

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

ATTORNEYS AT LAW

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

April 26, 2024

VIA CM/ECF

WWW.ALLYNFORTUNA.COM

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

*Application GRANTED. Defendants' opposition papers are due by **May 24, 2024**. Plaintiff's reply papers are due by **June 11, 2024**.*

*The Clerk of Court is directed to terminate ECF No. 42.*

*SO ORDERED.*

Re:   *Sound Around, Inc. v. Friedman et al.*
      Case No. 1:24-cv-01986

*Jennifer H. Rearden, U.S.D.J.*
*Date: April 29, 2024*

Dear Judge Rearden:

      This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Defendants") in the above-referenced matter. Together with counsel for Plaintiff Sound Around, Inc. ("Plaintiff"), we respectfully submit a proposed briefing schedule for Plaintiff's motion for a preliminary injunction, which was filed on Monday April 15, 2024 (ECF Doc. Nos. 34-36):

- Defendants' opposition papers to be filed on or before May 24, 2024; and
- Plaintiff's reply papers to be filed on or before June 11, 2024.

Counsel for the parties conferred and agreed to the above proposed briefing schedule to accommodate conflicts caused by the Passover holiday and both firm's current caseloads. Counsel for the parties remain available to discuss the scheduling of the preliminary injunction hearing at Your Honor's convenience. Thank you for your consideration.

HOLLAND & KNIGHT
*Counsel for Plaintiff*

ALLYN & FORTUNA LLP
*Counsel for Defendants*

By: ___/s/Marisa Marinelli___
        Marisa Marinelli

By: ___/s/ Megan J. Muoio___
        Megan J. Muoio