# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Sound Around, Inc.,

**Plaintiff(s),**

**- against -**

MOISES FRIEDMAN, ET AL.,

**Defendant(s),**
-------------------------------------------------------------X

1:24 **Civ.** 01986 (JHR)

## CLERK'S CERTIFICATE
## OF DEFAULT

**I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on March 15, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Executive Services and Executive Laundry, LLC by personally serving Pedro Doe at 99 Toledo Street, Farmingdale, NY 11735, *and proof of service was therefore filed on* May 6, 2024 *, Doc. #(s)* ECF Nos. 45, 46.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

May 7 **, 20** 24

**RUBY J. KRAJICK**
**Clerk of Court**

*K. Mango*

**By:** _____
**Deputy Clerk**