# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Jesús E. Cuza
305 789 7513
jesus.cuza@hklaw.com

June 3, 2024

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010

      Re: *Sound Around, Inc. v. Friedman et al.*, Case No. 1:24-cv-01986

Dear Judge Rearden,

      We represent Plaintiff Sound Around, Inc. ("Plaintiff") in the above-referenced matter. We write to inform the Court that Plaintiff does not oppose Defendants Executive Laundry, LLC and Executive Services' Motion to Vacate (the "Motion") the default entered by the Clerk of the Court on May 7, 2024.[1]

      Respectfully submitted,

HOLLAND & KNIGHT LLP
By: */s/ Jesus E. Cuza*
Jesus E. Cuza (*Admitted PHV*)
Florida Bar No. 428991
Email: jesus.cuza@hklaw.com
Rebecca Canamero (*Admitted PHV*)
Florida Bar No. 86424
Email: rebecca.canamero@hklaw.com
Annelise Del Rivero
Florida Bar No. 1003234 (*Admitted PHV*)
Email: annelise.delrivero@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, Florida 33131

and

By: */s/ Marisa Marinelli*

---

[1] In filing this non-opposition letter, Plaintiff notes that it is not in agreement with the assertions made in the Motion regarding the merits of the claims, but does not oppose the vacating of the default.

31 West 52Nd Street
New York, NY 10019
(212) 513-3200
Marisa.Marinelli@hklaw.com

*Attorneys for Plaintiff Sound Around, Inc.*