**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUND AROUND, INC.,

                      Plaintiff,

    v.

MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP, LLC, EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC, MDF MARKETING, INC., WORLD GROUP IMPORT, LLC, HEFEI PAIDONG OUTDOOR PRODUCTS CO., LTD.,

                      Defendants.

---

CASE NO.
1:24-CV-01986-JHR

NOTICE OF MOTION
TO VACATE DEFAULT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2024

**PLEASE TAKE NOTICE** that, upon the Affirmation of Michael J. Byrne, Esq., the exhibits attached thereto, and the accompanying Memorandum of Law, and all other pleadings and papers filed herein, **Defendants Executive Laundry, LLC and Executive Services** will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, at such date and time as the Court may direct, for an Order pursuant to Fed. R. Civ. P. 55(c) to vacate the default entered by the Clerk of the Court on May 7, 2024 (Docket Entry No. 51) against Defendants Executive Laundry, LLC and Executive Services, and for such other and further relief as the Court deems just and proper.

Dated:  New York, NY
        May 17, 2024

Upon consideration of Defendants Executive Laundry, LLC and Executive Services' Motion to Vacate Default and Plaintiff's letter stating that it does not oppose, ECF No. 66, Defendants' application is GRANTED. Defendants Executive Laundry, LLC and Executive Services shall respond to the Complaint by **Wednesday, June 19, 2024**.  The Clerk of Court is directed to vacate the Certificate of Default, ECF No. 51.  The Clerk of Court is further directed to terminate ECF No. 59.  SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: June 5, 2024

**DEFENDANTS EXECUTIVE LAUNDRY, LLC AND EXECUTIVE SERVICES**

By:  */s/ Michael J. Byrne, Esq.*
     Michael J. Byrne, Esq.
     Paul Novak, Esq.

**BYRNE & O'NEILL, LLP**
11 Broadway, Suite 615
New York, NY 10004
212-422-9424
mjb@bonlaw.com
pn@bonlaw.com

TO: All parties via ECF