# Exhibit A

**Ibarra, Massiel (MIA - X27545)**

| | |
|---|---|
| **From:** | Megan Muoio <mmuoio@allynfortuna.com> |
| **Sent:** | Wednesday, July 31, 2024 3:38 PM |
| **To:** | Cuza, Jesus E (MIA - X27513); Nicholas Fortuna; Canamero, Rebecca J (MIA - X27533) |
| **Cc:** | Ibarra, Massiel (MIA - X27545); Marinelli, Marisa (NYC - X73239); Del Rivero, Annelise (MIA - X27589) |
| **Subject:** | RE: Sound Around v. Friedman (follow up) |

*[External email]*
Jesus,

As far as we understand, the Court has not yet scheduled a hearing on the preliminary injunction motion so there is nothing for us to do at this time.

Thank you,
Megan J. Muoio

## ALLYN & FORTUNA LLP

400 Madison Avenue, Suite 10D
New York, New York 10017
(212) 213-8844 (office)
(212) 213-2731 (direct)
(718) 536-7286 (cell)
mmuoio@allynfortuna.com
www.allynfortuna.com

Note: All information contained in this e-mail communication is attorney/client privileged and confidential and is intended solely for the use of the individual or entity named above. If you are not the intended recipient or authorized agent, you are hereby notified that reading, distributing or otherwise disseminating or copying this confidential communication is strictly prohibited.  If you have received this transmission in error, please notify us by telephone at (212) 213-8844, delete the communication, and destroy all hard copies.  Thank you.

**From:** Jesus.Cuza@hklaw.com <Jesus.Cuza@hklaw.com>
**Sent:** Wednesday, July 31, 2024 12:38 PM
**To:** Megan Muoio <mmuoio@allynfortuna.com>; Nicholas Fortuna <nfortuna@allynfortuna.com>; Rebecca.Canamero@hklaw.com
**Cc:** Massiel.Ibarra@hklaw.com; Marisa.Marinelli@hklaw.com; Annelise.DelRivero@hklaw.com
**Subject:** RE: Sound Around v. Friedman (follow up)

Megan, we will be moving the court for the hearing on the MPI and we are taking steps to follow the Judge's individual rules.  *See* R. 5.G and 7.E.  This is what we intend to cover with you and Nick during the conference.  Please let us know if you are available for the conference at 5:15 pm.  If not, please provide a time that works after 5:15 pm.  I suspect we can cover everything in 15 minutes or less.

Thx

Jesus

**Jesus E. Cuza | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7513 | Fax 305.789.7799
jesus.cuza@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Megan Muoio <mmuoio@allynfortuna.com>
**Sent:** Tuesday, July 30, 2024 2:39 PM
**To:** Cuza, Jesus E (MIA - X27513) <Jesus.Cuza@hklaw.com>; Nicholas Fortuna <nfortuna@allynfortuna.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>
**Cc:** Ibarra, Massiel (MIA - X27545) <Massiel.Ibarra@hklaw.com>; Marinelli, Marisa (NYC - X73239) <Marisa.Marinelli@hklaw.com>; Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>
**Subject:** RE: Sound Around v. Friedman (follow up)

*[External email]*
Jesus,

What is the reason that you want to discuss the preliminary injunction with us?

Thank you,
Megan J. Muoio

**ALLYN & FORTUNA LLP**

400 Madison Avenue, Suite 10D
New York, New York 10017
(212) 213-8844 (office)
(212) 213-2731 (direct)
(718) 536-7286 (cell)
mmuoio@allynfortuna.com
www.allynfortuna.com

Note: All information contained in this e-mail communication is attorney/client privileged and confidential and is intended solely for the use of the individual or entity named above. If you are not the intended recipient or authorized agent, you are hereby notified that reading, distributing or otherwise disseminating or copying this confidential communication is strictly prohibited.  If you have received this transmission in error, please notify us by telephone at (212) 213-8844, delete the communication, and destroy all hard copies.  Thank you.

---

**From:** Jesus.Cuza@hklaw.com <Jesus.Cuza@hklaw.com>
**Sent:** Tuesday, July 30, 2024 1:36 PM
**To:** Nicholas Fortuna <nfortuna@allynfortuna.com>; Rebecca.Canamero@hklaw.com; Megan Muoio <mmuoio@allynfortuna.com>
**Cc:** Massiel.Ibarra@hklaw.com; Marisa.Marinelli@hklaw.com; Annelise.DelRivero@hklaw.com
**Subject:** RE: Sound Around v. Friedman (follow up)

Hi Nick and Megan,

Please provide times for a call or zoom conference today (at or after 5:30 pm) today or tomorrow afternoon or evening—topic: the preliminary injunction.  We did not hear back from you last week and we need to move this now that you are done with your trial.  Thank you both.

Jesus


**Jesus E. Cuza | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7513 | Fax 305.789.7799
jesus.cuza@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Cuza, Jesus E (MIA - X27513)
**Sent:** Tuesday, July 23, 2024 6:48 PM
**To:** Nicholas Fortuna <nfortuna@allynfortuna.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>; Megan Muoio <mmuoio@allynfortuna.com>
**Cc:** Ibarra, Massiel (MIA - X27545) <Massiel.Ibarra@hklaw.com>; Marinelli, Marisa (NYC - X73239) <Marisa.Marinelli@hklaw.com>; Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>
**Subject:** RE: Sound Around v. Friedman

Hi Nick and Megan, let's talk tomorrow about the preliminary injunction.  Please let us know what works for you in the afternoon.

Thx

Jesus

**Jesus E. Cuza | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7513 | Fax 305.789.7799
jesus.cuza@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Nicholas Fortuna <nfortuna@allynfortuna.com>
**Sent:** Thursday, July 11, 2024 3:43 PM
**To:** Cuza, Jesus E (MIA - X27513) <Jesus.Cuza@hklaw.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>; Megan Muoio <mmuoio@allynfortuna.com>
**Cc:** Ibarra, Massiel (MIA - X27545) <Massiel.Ibarra@hklaw.com>; Marinelli, Marisa (NYC - X73239) <Marisa.Marinelli@hklaw.com>; Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>
**Subject:** RE: Sound Around v. Friedman

*[External email]*
Hi Jesus,

3

We can discuss this issue after my trial is over. It is scheduled through July 23. If it ends sooner, I will reach out to you.

Regards,
Nick


Nicholas Fortuna
Allyn & Fortuna LLP
400 Madison Avenue, 10th Floor
New York, New York 10017
(212) 213-8844
(212) 213-3318 (fax)
nfortuna@allynfortuna.com

www.allynfortuna.com


**Featured as a Legal Analyst on:**

     


Note: All information contained in this e-mail communication is attorney/client privileged and confidential and is intended solely for the use of the individual or entity named above.  If you are not the intended recipient or authorized agent, you are hereby notified that reading, distributing or otherwise disseminating or copying this confidential communication is strictly prohibited.  If you have received this transmission in error, please notify us by telephone at (212) 213-8844, delete the communication, and destroy all hard copies.  Thank you.

**From:** Jesus.Cuza@hklaw.com <Jesus.Cuza@hklaw.com>
**Sent:** Thursday, July 11, 2024 9:55 AM
**To:** Nicholas Fortuna <nfortuna@allynfortuna.com>; Rebecca.Canamero@hklaw.com; Megan Muoio <mmuoio@allynfortuna.com>
**Cc:** Massiel.Ibarra@hklaw.com; Marisa.Marinelli@hklaw.com; Annelise.DelRivero@hklaw.com
**Subject:** Re: Sound Around v. Friedman

I understand, Nick.  We can agree to disagree.  When would you like to have the meet and confer?

Best and thx,

Jesus

**Jesus E. Cuza** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131

Phone 305.789.7513 | Fax 305.789.7799
jesus.cuza@hklaw.com | www.hklaw.com

---

**From:** Nicholas Fortuna <nfortuna@allynfortuna.com>
**Sent:** Thursday, July 11, 2024 9:40:38 AM
**To:** Cuza, Jesus E (MIA - X27513) <Jesus.Cuza@hklaw.com>; Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>; Megan Muoio <mmuoio@allynfortuna.com>
**Cc:** Ibarra, Massiel (MIA - X27545) <Massiel.Ibarra@hklaw.com>; Marinelli, Marisa (NYC - X73239) <Marisa.Marinelli@hklaw.com>; Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>
**Subject:** RE: Sound Around v. Friedman

*[External email]*
Hi Jesus,

We do not agree with you.

Regards,
Nick

Nicholas Fortuna
Allyn & Fortuna LLP
400 Madison Avenue, 10th Floor
New York, New York 10017
(212) 213-8844
(212) 213-3318 (fax)
nfortuna@allynfortuna.com
www.allynfortuna.com

**Featured as a Legal Analyst on:**

    

Note: All information contained in this e-mail communication is attorney/client privileged and confidential and is intended solely for the use of the individual or entity named above.  If you are not the intended recipient or authorized agent, you are hereby notified that reading, distributing or otherwise disseminating or copying this confidential communication is strictly prohibited.  If you have received this transmission in error, please notify us by telephone at (212) 213-8844, delete the communication, and destroy all hard copies.  Thank you.

---

**From:** Jesus.Cuza@hklaw.com <Jesus.Cuza@hklaw.com>
**Sent:** Thursday, July 11, 2024 9:39 AM
**To:** Nicholas Fortuna <nfortuna@allynfortuna.com>; Rebecca.Canamero@hklaw.com; Megan Muoio <mmuoio@allynfortuna.com>
**Cc:** Massiel.Ibarra@hklaw.com; Marisa.Marinelli@hklaw.com; Annelise.DelRivero@hklaw.com
**Subject:** Re: Sound Around v. Friedman

Hi Nick.  As we discussed, motions to dismiss do not stay discovery as a matter of law.  I specifically mentioned this during the 26(f) conference.   Happy to further meet and confer in good faith, but we need to proceed in accordance with the applicable rules.

Best,

Jesus

**Jesus E. Cuza** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7513 | Fax 305.789.7799
jesus.cuza@hklaw.com | www.hklaw.com

---

**From:** Nicholas Fortuna <nfortuna@allynfortuna.com>
**Sent:** Thursday, July 11, 2024 8:07:54 AM
**To:** Canamero, Rebecca J (MIA - X27533) <Rebecca.Canamero@hklaw.com>; Megan Muoio <mmuoio@allynfortuna.com>
**Cc:** Cuza, Jesus E (MIA - X27513) <Jesus.Cuza@hklaw.com>; Ibarra, Massiel (MIA - X27545) <Massiel.Ibarra@hklaw.com>; Marinelli, Marisa (NYC - X73239) <Marisa.Marinelli@hklaw.com>; Del Rivero, Annelise (MIA - X27589) <Annelise.DelRivero@hklaw.com>
**Subject:** RE: Sound Around v. Friedman

*[External email]*
Hi Rebecca,

It is our position that you cannot demand discovery pre-answer. As you know, Defendants maintain there are no valid claims that would keep this matter in federal court, or in any court for that matter. We need a decision from the judge on the motion to dismiss before going forward with discovery. Further, during our conference call, I made our position clear that the Rule 26 disclosures are not due until an answer is filed.

Regards,
Nick

Nicholas Fortuna
Allyn & Fortuna LLP
400 Madison Avenue, 10th Floor
New York, New York 10017
(212) 213-8844
(212) 213-3318 (fax)
nfortuna@allynfortuna.com
www.allynfortuna.com

**Featured as a Legal Analyst on:**

    

Note: All information contained in this e-mail communication is attorney/client privileged and confidential and is intended solely for the use of the individual or entity named above. If you are not the intended recipient or authorized agent, you are hereby notified that reading, distributing or otherwise disseminating or copying this confidential communication is strictly prohibited. If you have received this transmission in error, please notify us by telephone at (212) 213-8844, delete the communication, and destroy all hard copies. Thank you.

---

**From:** Rebecca.Canamero@hklaw.com <Rebecca.Canamero@hklaw.com>
**Sent:** Wednesday, July 10, 2024 10:13 PM
**To:** Nicholas Fortuna <nfortuna@allynfortuna.com>; Megan Muoio <mmuoio@allynfortuna.com>

**Cc:** Jesus.Cuza@hklaw.com; Massiel.Ibarra@hklaw.com; Marisa.Marinelli@hklaw.com; Annelise.DelRivero@hklaw.com
**Subject:** Sound Around v. Friedman

Counsel,

Please see attached Requests for Production directed to your clients.

Thank you,

**Rebecca Canamero | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7533 | Fax 305.789.7799
rebecca.canamero@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.