UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUND AROUND, INC.,

                Plaintiff,

v.

MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP, LLC, EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC, MDF MARKETING, INC., WORLD GROUP IMPORT, LLC, HEFEI PAIDONG OUTDOOR PRODUCTS CO., LTD.,

                Defendants.

CASE NO.
1:24-CV-01986-JHR

NOTICE OF
MOTION TO QUASH
PLAINTIFF'S SUBPOENAS

**PLEASE TAKE NOTICE** that, upon the Affirmation and Certification of Paul Novak, Esq., the exhibits attached thereto, including the Affidavit of Levi Rottenberg, and the accompanying Memorandum of Law, and all other pleadings and papers filed herein, Defendants Executive Laundry, LLC and Executive Services (collectively "Executive Laundry") will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, at such date and time as the Court may direct, for an Order quashing Subpoenas to Produce Documents served by the Plaintiff on non-parties Citibank, N.A., Amazon.com, Inc., Convenient Logistics LLC, EBAY Inc., Shifl Inc., Paypal, Inc., and Target Corporation pursuant to F.R.C.P. 45, including F.R.C.P. 45(d)(3), and for such other and further relief as the Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE** that Executive Laundry requests oral argument.

Dated:  New York, NY
         August 30, 2024

          **DEFENDANTS EXECUTIVE LAUNDRY, LLC AND EXECUTIVE SERVICES**

By:    */s/ Paul Novak, Esq.*
       Paul Novak, Esq.
       Michael J. Byrne, Esq.
       **BYRNE & O'NEILL, LLP**
       26 Broadway, Third Floor
       New York, NY 10004
       212-422-9424
       pn@bonlaw.com
       mjb@bonlaw.com