```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOUND AROUND, INC.,

                Plaintiff,

     -against-

MOISES FRIEDMAN et al.,

                Defendants.
-----------------------------------------------------------------X

24-CV-1986 (JHR) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    Several motions to quash subpoenas are currently pending before the Court. (*See* ECF Nos. 78, 83, 86, 90.) In addition, Defendants Executive Laundry, LLC and Executive Services have requested that discovery be stayed until the outstanding motion to dismiss is ruled on. (*See* ECF No. 82.) The motions to quash and the discovery schedule will be discussed at the upcoming Initial Case Management Conference on October 8, 2024 at 10:00 a.m.

    **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 82.**

**SO ORDERED.**

DATED:    New York, New York
                September 9, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge

1