# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUND AROUND, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:24-cv-01986 |
| ) | |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| ) | |
| MOISES FRIEDMAN, SHULIM ELIEZER ) | |
| ILOWITZ, ML IMPORTS, INC., CYRF, INC., ) | |
| LRI GROUP, LLC, EXECUTIVE SERVICES, ) | |
| EXECUTIVE LAUNDRY, LLC, MDF ) | |
| MARKETING, INC., WORLD GROUP ) | |
| IMPORT, LLC, HEFEI PAIDONG OUTDOOR ) | |
| PRODUCTS CO., LTD., ) | |
| ) | |
| Defendants. ) | |

To:   The clerk of court and all parties of record

PLEASE TAKE NOTICE that Gabriel Godoy-Dalmau of Holland & Knight LLP is admitted and otherwise authorized to practice in this court, and hereby appears on behalf of Plaintiff Sound Around Inc. in the above-captioned action and respectfully requests that he be electronically served (at his e-mail address listed below) with a copy of all future submissions to the Court.

Dated: November 20, 2024                              Respectfully Submitted,

HOLLAND & KNIGHT LLP
By: */s/ Gabriel Godoy-Dalmau*
Gabriel Godoy-Dalmau
NY Bar No. 5668447
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Email: Gabriel.Godoy-Dalmau@hklaw.com
Tel. (305) 789-7471
Fax (305) 789-7799
*Attorney for Plaintiff Sound Around, Inc.*