```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SOUND AROUND, INC.,

                         Plaintiff,                    24-CV-1986 (JHR) (KHP)

      -against-                     **POST-CONFERENCE ORDER**

MOISES FRIEDMAN et al.,

                         Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the Case Management Conference on December 2, 2024, Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group LLC, MDF Marketing, Inc., and World Group Import, LLC (the "Friedman Defendants") shall provide to Plaintiff written responses and objections to Plaintiff's document requests by **January 15, 2025**. The Friedman Defendants shall produce responsive documents on a rolling basis, including those documents described more fully on the record. In addition, the Friedman Defendants shall reproduce with bates numbers those documents produced in connection with their motion to dismiss by **December 16, 2024**. Plaintiff may not serve further document requests without first obtaining Court approval.

Defendants Executive Laundry, LLC and Executive Services (the "Executive Defendants") shall provide to Plaintiff written responses and objections to Plaintiff's document requests by **January 2, 2025**, and shall produce responsive documents by **January 16, 2025**.

A Case Management Conference is hereby scheduled for **Monday, January 13, 2025 at 4:30 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:   New York, New York
         December 2, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge