USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOUND AROUND, INC.,

                    Plaintiff,

       -against-

MOISES FRIEDMAN et al.,

                    Defendants.
-----------------------------------------------------------------X

24-CV-1986 (JHR) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    As discussed at the Case Management Conference on January 13, 2025, the parties are directed to meet and confer regarding the scheduling of depositions. In addition, the parties shall file a joint status letter on **Monday, February 10, 2025**, updating the Court on the status of discovery.

**SO ORDERED.**

DATED:    New York, New York
               January 14, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge