**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————X

SOUND AROUND, INC.,                          :
                                             :
                          Plaintiff,         :        Case No.: 1:24-cv-01986
                                             :
        v.                                   :
                                             :
MOISES FRIEDMAN, SHULIM ELIEZER              :        **NOTICE OF APPEARANCE**
ILOWITZ, ML IMPORTS, INC., CYRF, INC.,       :
LRI GROUP, LLC, EXECUTIVE SERVICES,          :
EXECUTIVE LAUNDRY, LLC, MDF                  :
MARKETING, INC., WORLD GROUP                 :
IMPORT, LLC, HEFEI PAIDONG OUTDOOR           :
PRODUCTS CO., LTD.,                          :
                                             :
                          Defendants.        :
——————————————————————X

    **PLEASE TAKE NOTICE** that Han Lin Rong of the law firm Allyn & Fortuna LLP, 400

Madison Avenue, Suite 10D, New York, New York, 10017, hereby appears in the above-captioned

action as attorney for Defendants MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML

IMPORTS, INC., CYRF, INC., LRI GROUP, LLC, MDF MARKETING, INC., and WORLD

GROUP IMPORT.

Dated: January 16, 2025

                                ALLYN & FORTUNA LLP


                                By:_____/s/_____
                                            Han Lin Rong
                                *Attorneys for Defendants*
                                400 Madison Avenue, Suite 10D
                                New York, New York 10017
                                Telephone: (212) 213-8844
                                E-mail: hrong@allynfortuna.com