```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SOUND AROUND, INC.,

                Plaintiff,                       24-CV-1986 (JHR) (KHP)

      -against-                        **SCHEDULING ORDER**

MOISES FRIEDMAN et al.,

                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letters requesting a pre-motion discovery conference, as well as the parties' joint status letter detailing outstanding discovery disputes. (ECF Nos. 129-131.) A Case Management Conference is hereby scheduled for **Tuesday, February 18, 2025 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 129 and 130.

**SO ORDERED.**

DATED:     New York, New York
                 February 11, 2025

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge