

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/12/2025

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

February 12, 2025

**VIA CM/ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, New York 10007

> **APPLICATION GRANTED:** The Case Management Conference in tis matter scheduled for Tuesday, February 18, 2025 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Friday, February 21, 2025 at 10:00 a.m.**
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 02/12/2025

Re:  *Sound Around, Inc. v. Friedman et al.*
     Case No. 1:24-cv-01986

Dear Judge Parker:

    This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Friedman Defendants") in the above-referenced matter.

    We write to respectfully request the Court to adjourn the upcoming case management conference on February 18, 2025 at 2 p.m. to a later date in the same week as we have in-person court conferences both in the morning and afternoon on February 18, 2025. After inquiring about counsels' availability, it appears that parties are available on February 19, 2025 and February 21, 2025.

    There have been no previous requests for adjournment for this conference. Executive Services, and Executive Laundry, LLC (collectively, "Executive Laundry Defendants") and Plaintiff consented to this request.

    We thank the Court for your time and consideration.

                                           ALLYN & FORTUNA LLP
                                           *Counsel for Friedman Defendants*


                                           By: /s/ Nicholas Fortuna
                                                Nicholas Fortuna

cc:  Jesus E. Cuza (jesus.cuza@hklaw.com)
      Rebecca Canamero (rebecca.canamero@hklaw.com)
      Paul Novak (pn@bonlaw.com)