

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

March 7, 2025

**VIA CM/ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

    Re:    *Sound Around, Inc. v. Friedman et al.*
             Case No. 1:24-cv-01986

Dear Judge Rearden:

    This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Defendants") in the above-referenced matter. This joint letter is submitted after conferring with counsel for Plaintiff Sound Around, Inc., as required by Your Honor in the January 15, 2025 Text Order. (*See* ECF Doc. No. 125).

    Together, we respectfully submit proposed deadlines for pre-hearing submissions and additional briefing for the preliminary injunction scheduled for May 13, 2025. The parties propose the following deadlines:

- April 25, 2025: All parties exchange and provide the Court with affidavits constituting direct testimony, deposition excerpts to be introduced as direct evidence and a synopsis thereof, and documentary exhibits to be used at the hearing;
- May 1, 2025: All parties exchange and provide the Court with the list of affiants they wish to cross-examine at the hearing;
- May 7, 2025: All parties exchange and provide the Court with pre-hearing briefs, which shall not exceed 25 pages.

    Thank you for your consideration.

                                        Sincerely,

                                        /s/Megan J. Muoio

                                        Megan J. Muoio

cc: All counsel (via ECF)