USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SOUND AROUND, INC.,

                        Plaintiff,           24-CV-1986 (JHR) (KHP)

    -against-            **SCHEDULING ORDER**

MOISES FRIEDMAN et al.,

                        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Court is in receipt of the parties' letters requesting a pre-motion discovery conference. (ECF Nos. 139-40.) A Case Management Conference is hereby scheduled for **Monday, April 28, 2025 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. The Court will discuss potential motions and resolution of the disputes at the conference but directs the parties to continue to meet and confer to narrow or eliminate the need for motion practice in advance of the conference.

        The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 139 and 140.

**SO ORDERED.**

DATED:      New York, New York
               March 10, 2025

                                                    _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge