USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOUND AROUND, INC.,

                              Plaintiff,                    24-CV-1986 (JHR) (KHP)

      -against-                            **SCHEDULING ORDER**

MOISES FRIEDMAN et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court is in receipt of the parties' letters concerning Defendants' upcoming depositions and related discovery. (ECF Nos. 151-53.) A telephonic Case Management Conference is hereby scheduled for **Friday, March 28, 2025 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's conference line at the scheduled time. Please dial 646-453-4442; conference ID: 928 188 175.

       The Clerk of Court is respectfully directed to terminate the motion at ECF Nos. 151.

**SO ORDERED.**

DATED:      New York, New York
                March 26, 2025

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge