```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SOUND AROUND, INC.,

                           Plaintiff,                    **24-CV-1986 (JHR) (KHP)**

    -against-                                      **POST-CONFERENCE ORDER**

MOISES FRIEDMAN et al.,

                           Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        As discussed at the Case Management Conference on March 28, 2025, Defendants' request to adjourn the depositions scheduled for April 8, 9 and 10, 2025 is denied. By the end of the day today, Plaintiff shall provide Defendants with the bates stamp numbers for the documents related to Friedman and Ilowitz's employment or independent contractor status. Further, Plaintiff shall complete the third-party production discussed in more detail on the record by **Monday, March 31, 2025**.

        To the extent Plaintiff's third-party production is deficient, and the parties are unable to reach a resolution through the meet and confer process, Defendants may move to compel production by **Friday April 4, 2025**, and the third party may oppose the motion to compel by **Friday, April 11, 2025**. No reply.

        Finally, Defendants' request to limit the time for the depositions on April 8, 9 and 10 is denied.

**SO ORDERED.**

DATED:   New York, New York
         March 28, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge