```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
SOUND AROUND, INC.,                       :    24cv1986 (DLC)
                                          :
                    Plaintiff,            :    ORDER
                                          :
          -v-                             :
                                          :
MOISES FRIEDMAN et al.,                   :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On April 11, 2025, this action was reassigned to this Court. It is hereby

ORDERED that a conference will be held on April 24, 2025 at 10:00 a.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the May 17, 2024 motion to dismiss is denied without prejudice to the defendants reasserting arguments about the legal sufficiency of claims should they bring or respond to a motion for summary judgment on those claims.

IT IS FURTHER ORDERED that the April 22, 2024 motion for a preliminary injunction is denied without prejudice to renewal. The Scheduling Order of March 13, 2025 is also vacated. Should the plaintiff wish to renew the motion, it shall file by April 22, 2025 an outline of the relief it will seek in a submission

no longer than two pages. In that event, a schedule for the renewed motion will be set at the April 24 conference, including a new preliminary injunction hearing date.

IT IS FURTHER ORDERED that a schedule for summary judgment practice or, in the alternative, a pretrial order, will be set at the April 24 conference. That schedule will assume that discovery will be completed no later than October 31, 2025. The parties are encouraged to consult with each other regarding any schedule they may propose.

Dated:     New York, New York
           April 16, 2025

                                      _____
                                           DENISE COTE
                                      United States District Judge