

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Jesús E. Cuza
305 789 7513
jesus.cuza@hklaw.com

April 18, 2025

**VIA ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18B
New York, NY 10007-1312

      Re: *Sound Around, Inc. v. Friedman et al.,* Case No. 1:24-cv-01986-JHR-KHP

Dear Judge Cote,

      We write in response to the Court's Order, ECF No. 166, to respectfully request a brief adjournment of the April 24, 2024 conference before Your Honor. The undersigned lead counsel for Sound Around will be traveling starting tomorrow until Wednesday, April 30, 2025, and must then be in Florida on Friday, May 2, 2025, for oral argument before the Eleventh Circuit Court of Appeals. As a result, we have conferred with all counsel of record and have been informed that all parties consent to our request for the brief adjournment. In addition, we have been authorized to inform Your Honor that the parties' counsel are available for a conference before Your Honor on either May 6 or May 8, 2025, to the extent the Court is also available on either of those dates.

      Thank you for your consideration.[1]

                                             */s/Jesus E. Cuza*
                                             Jesus E. Cuza

cc:    Megan Muoio (mmuoio@allynfortuna.com)
        Nick Fortuna (nfortuna@allynfortuna.com)
        Paul Novak (pn@bonlaw.com)

---

[1] Notwithstanding our request for an adjournment of the April 24, 2025, conference, Sound Around will be timely submitting the letter due on April 22, 2025.

**Error! Unknown document property name.**