**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SOUND AROUND, INC.,

                                  Plaintiff,

                -against-

MOISES FRIEDMAN et al.,

                              Defendants.
----------------------------------------------------------------X

**24-CV-1986 (DLC) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

         As discussed at the Case Management Conference on April 28, 2025, for the reasons stated on the record during that conference:

- Defendants' motion for sanctions (ECF No. 139) based on violations of the protective order entered in this case at ECF No. 116 was withdrawn to the extent of requesting terminating sanctions.  Defendants requested a warning, which the Court finds appropriate for reasons set forth on the record.  Accordingly, Plaintiff is hereby warned that it shall comply with all court-orders regarding the protection of confidential information and that further violations may result in more severe sanctions.  Plaintiff shall instruct its client on the proper treatment of information designated as confidential pursuant to the Protective Order in this case.

- Defendants' motion to quash the subpoena served upon Department of Social Services (ECF No. 167) is denied for the reasons stated on the record.

- Plaintiff's motion to quash the subpoena served upon Webster Bank (ECF No. 140) is denied for the reasons stated on the record.

The Friedman Defendants' time to file their Answer, including to assert any counterclaims, is extended to **May 7, 2025**. Defendants shall have until **May 14, 2025**, to file any third-party complaints, which deadline will not be extended. Further, the parties in this case will have until **May 19, 2025**, to file any motion to compel third party subpoenas, with replies due **May 26, 2025**.

The parties shall file a status letter on or before **May 23, 2025**.

A Case Management Conference is hereby scheduled for **June 18, 2025, at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall submit an agenda letter for the conference date by no later than **June 11, 2025.**

                     **SO ORDERED.**

DATED:       New York, New York
             April 29, 2025

KATHARINE H. PARKER
United States Magistrate Judge