```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SOUND AROUND, INC.,                      :    24cv1986 (DLC)
                                         :
                         Plaintiff,      :    ORDER
                                         :
             -v-                         :
                                         :
MOISES FRIEDMAN et al.,                  :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This case has been referred to Magistrate Judge Katharine H. Parker for general pretrial purposes. On May 8, 2025, Sound Around, Inc. ("Sound Around") filed a letter motion requesting Judge Parker's reconsideration of an Order of April 25. On May 9, Sound Around filed objections to the same Order, requesting that this Court modify it pursuant to Fed. R. Civ. P. 72(a), while also requesting that a ruling on its objections be deferred until resolution of the motion for reconsideration. It is hereby

ORDERED that Sound Around's May 9 objections are denied without prejudice to renewal after a ruling on its motion for reconsideration.

Dated:   New York, New York
         May 12, 2025

                                      _____
                                            DENISE COTE
                                      United States District Judge