# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

May 28, 2025

**VIA ECF**
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18B
New York, NY 10007-1312

Re: *Sound Around, Inc. v. Friedman et al.*, Case No. 1:24-cv-01986-JHR-KHP

Dear Judge Cote,

> *Denied. Any response is due June 6, 2025. If a motion to dismiss is filed, opposition or an amended set of counterclaims is due June 27. If opposition is filed, a reply is due July 11. There shall be no further opportunity to amend. /s/ Denise Cote 5/28/25*

    We represent Plaintiff, Sound Around, Inc. ("Sound Around"). As discussed in the parties' Joint Status Letter to the Court [ECF No. 188], and pursuant to Local Rule 7.1, Sound Around wishes to request an extension of time to file its response to Defendants' Counterclaim [ECF No. 179]. Defendants filed the Counterclaim on May 7, 2025. Sound Around's response to the Counterclaim is due May 28, 2025.

    Sound Around has been conferring with Defendants regarding its intent to request an extension of time to file its response to the Counterclaim. Defendants indicated that they do not oppose the requested extension. The parties propose the following schedule relating to the response to the Counterclaim:

    Sound Around to file response to Counterclaim: **June 20, 2025**

    In the event Sound Around files a motion to dismiss the Counterclaim:

        Defendants to file a response to the motion to dismiss: **July 14, 2025**

        Sound Around to file reply in support of the motion to dismiss: **July 28, 2025**

The requested extension is sought in good faith and not for the purpose of delay. No prior extension has been requested.

    Thank you for your consideration.

                                    /s/Jesus E. Cuza
                                    Jesus E. Cuza

cc: Megan Muoio (mmuoio@allynfortuna.com)
    Nick Fortuna (nfortuna@allynfortuna.com)
    Paul Novak (pn@bonlaw.com)

**Error! Unknown document property name.**