

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/06/2025

June 5, 2025

**VIA ECF**

Hon. Katharine H. Parker
U.S. District Court
500 Pearl Street, Room 750
New York, New York 10007

APPLICATION GRANTED

/s/ Katharine H. Parker   06/06/2025
Hon. Katharine H. Parker, U.S.M.J.

Re:   *Sound Around Inc. v. Friedman et al.*
      Case No. 1:24-cv-01986-JHR-KHP

Dear Judge Parker:

This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC (the "Friedman Defendants") in the above-referenced matter.

<u>We write, with the consent of Plaintiff Sound Around ("Plaintiff") and Defendants Executive Services and Executive Laundry LLC (the "Executive Defendants") to request a brief extension of the deadline to submit an agenda letter for the June 18, 2025 Case Management Conference, from June 11 to June 16, 2025.</u> The reason for the request is that the parties have scheduled a meet-and-confer session for June 11, 2025, during which they expect to discuss a number of outstanding discovery issues. The parties would prefer to have the opportunity to potentially resolve as many of these issues as possible prior to submitting the agenda for the June 18, 2025 Case Management Conference.

Thank you for your consideration.

Sincerely,

/s/Nicholas Fortuna

Nicholas Fortuna

cc:   All counsel (via ECF)