**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————X

SOUND AROUND, INC.,                    :

                               :

                Plaintiff,    :        Case No.: 1:24-cv-01986

                               :

      v.                        :        **NOTICE OF VOLUNTARY**

                               :        **DIMISSAL PURSUANT TO**

MOISES FRIEDMAN, SHULIM ELIEZER   :        **F.R.C.P. 41(a)(1)(A)(i)**

ILOWITZ, ML IMPORTS, INC., CYRF, INC.,   :

LRI GROUP, LLC, EXECUTIVE SERVICES,   :

EXECUTIVE LAUNDRY, LLC, MDF       :

MARKETING, INC., WORLD GROUP      :

IMPORT, LLC, HEFEI PAIDONG OUTDOOR  :

PRODUCTS CO., LTD.,             :

                               :

               Defendants.   :

————————————————————————X

MOISES FRIEDMAN and SHULIM ELIEZER  :

ILOWITZ,                        :

                               :

          Third-Party Plaintiffs, :

                               :

      -against-                 :

                               :

RETURNAROUND, LLC,           :

                               :

         Third-Party Defendant.  :

————————————————————————X

       Pursuant to F.R.C.P. 41(a)(1)(A)(i), Defendants/Third-Party Plaintiffs MOISES

FRIEDMAN and SHULIM ELIEZER ILOWITZ and their counsel Allyn & Fortuna LLP hereby

give notice that the Third-Party action against Third-Party Defendant RETURNAROUND, LLC

is voluntarily dismissed, without prejudice against the Third-Party Defendant

RETURNAROUND, LLC.


Dated: June 16, 2025
      New York, New York

ALLYN & FORTUNA LLP


By:   /s/ Nicholas Fortuna
                Nicholas Fortuna, Esq.
*Attorneys for Defendants/Third-Party
Plaintiffs Moises Friedman and
Shulim Eliezer Ilowitz*
400 Madison Ave., Suite 10D
New York, NY 10017
(212) 213-8844