# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| SOUND AROUND, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:24-cv-01986-DLC-KHP |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MOISES FRIEDMAN, SHULIM ELIEZER | ) | |
| ILOWITZ, ML IMPORTS, INC., CYRF, INC., | ) | |
| LRI GROUP, LLC, EXECUTIVE SERVICES, | ) | |
| EXECUTIVE LAUNDRY, LLC, MDF | ) | |
| MARKETING, INC., WORLD GROUP | ) | |
| IMPORT, LLC, HEFEI PAIDONG OUTDOOR | ) | |
| PRODUCTS CO., LTD., | ) | |
| | ) | |
| Defendants. | ) | |

_____

## ORDER REGARDING DISCOVERY FROM FINANCIAL INSTITUTIONS

Plaintiff, Sound Around, Inc. ("Sound Around") seeks entry of an order clarifying the documents that must be produced by non-party financial institutions subpoenaed in this action. After consideration of the Court's prior written orders and statements on the record, the Court concludes that the records to be produced by non-party financial institutions subpoenaed in this action shall include:

a) A listing of all accounts, including open and closed checking, savings, and money market accounts, held by the entities listed on the Subpoenas from 2018 to the present;

b) Bank account statements, copies of checks, and signature documents for any account identified;

c) Any tax-related documents corresponding to those accounts.

**SO ORDERED**

DATED:    New York, New York
          June 18, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge