**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SOUND AROUND, INC.,

                              Plaintiff,                              24-CV-1986 (DLC) (KHP)

           -against-                               **CASE MANAGEMENT ORDER**

MOISES FRIEDMAN et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties in the above-captioned case appeared before the undersigned for a case management conference on June 18, 2025, at 2:00 p.m. The Court ordered the following on the record:

- **By June 25, 2025**, Plaintiff shall respond to the Friedman & Ilowitz Defendants' deficiency letter. By that date, they shall either produce the outstanding documents or represent that they conducted a thorough search and none exist.

- **By June 25, 2025**, the Plaintiff shall serve its ten contemplated contention interrogatories mentioned at the conference.

- **By June 25, 2025**, the Friedman & Ilowitz Defendants shall sign the authorization for release of Department of Social Services records previously ordered to be produced.

- The Friedman & Ilowitz Defendants shall provide an update by **July 2, 2025**, regarding the status of a forensically sound extraction of their email and PDF files with metadata such that it will be usable in Relativity.

- The Friedman & Ilowitz Defendants shall produce WhatsApp communications by **July 9, 2025**.

- **By July 18, 2025**, the parties shall file a letter if they want to schedule a settlement conference.

- The parties shall file a status letter by **August 5, 2025**. The letter shall specify if there are any issues to resolve and whether the parties believe they will need motions to compel and, if so, the parties shall propose a briefing schedule.

- The Court also **granted in part** on the record the request made by Plaintiff (ECF No. 201) for an order clarifying what documents must be produced by the banking institutions. The Court will separately issue that order.

**SO ORDERED.**

Dated: June 18, 2025
New York, NY

_____
Katharine H. Parker
United States Magistrate Judge