

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

July 2, 2025

**VIA ECF**

Hon. Katharine H. Parker
U.S. District Court
500 Pearl Street, Room 750
New York, New York 10007

  Re: *Sound Around Inc. v. Friedman et al.*
     *Case No. 1:24-cv-01986-JHR-KHP*

Dear Judge Parker:

  This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Defendants") in the above-referenced matter. We write in response to Your Honor's order at the Case Management Conference on June 18, 2025, in which you instructed counsel for the Defendants to provide an update regarding the status of extracting Defendants' e-mails and WhatsApp communications.

  Defendants have been able to obtain and extract Defendants' e-mails and WhatsApp communications and are presently preparing them for production in their native format with metadata in a forensically-sound manner. We anticipate that we will produce this information to counsel for Plaintiff Sound Around, Inc. by July 9, 2025.

  Thank you for your consideration.

              Sincerely,

              /s/Nicholas Fortuna

              Nicholas Fortuna

cc: All counsel (via ECF)