

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

July 15, 2025

**VIA ECF**

Hon. Katharine H. Parker
U.S. District Court
500 Pearl Street, Room 750
New York, New York 10007

Re:  *Sound Around Inc. v. Friedman et al.*
     *Case No. 1:24-cv-01986-JHR-KHP*

Dear Judge Parker:

This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Defendants") in the above-referenced matter. We write in response to Your Honor's memo endorsement dated July 7, 2025 (ECF Doc. No. 217), directing counsel for the Defendants to provide a further update regarding the status of the production of Defendants' e-mails and WhatsApp communications.

On July 9, 2025, Defendants produced e-mails communications to opposing counsel in their native format with metadata and, on the morning of July 10, 2025, Defendants produced WhatsApp communications to opposing counsel in their native format with metadata. Both productions were made in a forensically-sound manner.

Thank you for your consideration.

Sincerely,

/s/Nicholas Fortuna

Nicholas Fortuna

cc:     All counsel (via ECF)