UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

SOUND AROUND, INC.,

                            Plaintiff,         Case No.: 1:24-cv-01986

    v.

MOISES FRIEDMAN, SHULIM ELIEZER        **NOTICE OF DEFENDANTS'**
ILOWITZ, ML IMPORTS, INC., CYRF, INC.,       **MOTION IN LIMINE**
LRI GROUP, LLC, EXECUTIVE SERVICES,     **TO EXCLUDE PLAINTIFF'S**
EXECUTIVE LAUNDRY, LLC, MDF               **DECLARATIONS AND**
MARKETING, INC., WORLD GROUP                <u>**EXHIBITS**</u>
IMPORT, LLC, HEFEI PAIDONG OUTDOOR
PRODUCTS CO., LTD.,

                            Defendants.

------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendants MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP LLC, MDF MARKETING, INC., and WORLD GROUP IMPORT, LLC (collectively, the "Defendants") will move before the Hon. Honorable Denise L. Cote, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York as soon as this matter may be heard, for an Order, in limine, excluding pursuant Federal Rules of Evidence 801-803, 602 and 901, the declarations of Abraham Brach and Jeremiah Brach, and all exhibits annexed thereto, served by Plaintiff SOUND AROUND, INC. together with such other relief as this Court deems equitable and just.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendants will rely on the accompanying Declaration of Nicholas Fortuna, Esq., and all exhibits annexed thereto, and the accompanying Memorandum of Law.

1

Dated: July 21, 2025

                                                  ALLYN & FORTUNA LLP

                                                  By:       s/Nicholas Fortuna
                                                           Nicholas Fortuna
*Attorneys for Defendants*
400 Madison Avenue, Suite 10D
New York, New York 10017
(212) 213-8844
nfortuna@allynfortuna.com