

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile  (973) 379-0048

WWW.ALLYNFORTUNA.COM

August 13, 2025

**VIA CM/ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, New York 10007

      Re:    *Sound Around, Inc. v. Friedman et al.*
              *Case No. 1:24-cv-01986*

Dear Judge Parker:

      This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Friedman Defendants") in the above-referenced matter. This letter, which is submitted on behalf of Plaintiff Sound Around, Inc. ("Plaintiff") and the Friedman Defendants, is to request a 45-day extension of the deadlines to complete expert discovery as set forth in Your Honor's Scheduling and Post-Conference Order dated November 7, 2024 (ECF Doc. No. 109).

      Currently, the deadline for the parties to complete expert discovery is October 31, 2025, with affirmative expert reports due to be served on August 29, 2025 and rebuttal expert reports to be served by September 30, 2025. Due to outstanding discovery issues, of which this Court is aware and is scheduled to address at the September 10, 2025, hearing, the parties require additional time to obtain relevant discovery and provide such information to potential expert witnesses. A 45-day extension of the expert discovery deadlines will allow the parties to prepare potential expert witnesses and provide them with the necessary information to render accurate opinions in this matter. The extension of expert discovery will not affect the current end date for the completion of fact discovery, which is October 31, 2025, or the schedule for the submission of summary judgment motions set by Judge Denise L. Cote in the Pretrial Scheduling Order dated June 10, 2025 (ECF Doc. No. 195). Therefore, the parties jointly propose the following deadlines:

              Service of affirmative expert reports:    October 13, 2025
              Service of rebuttal expert reports:      November 14, 2025
              Completion of expert discovery:       December 15, 2025

The parties have made no prior requests for the extension of the deadlines to complete expert discovery. We thank the Court for your time and consideration.

| HOLLAND & KNIGHT LLP | ALLYN & FORTUNA LLP |
|---|---|
| *Counsel for Plaintiff* | *Counsel for the Friedman Defendants* |

By: /s/Jesus Cuza  
      Jesus Cuza

By: /s/ Nicholas Fortuna  
      Nicholas Fortuna