

**Partners:**
Kevin J. O'Neill ♦
Michael J. Byrne ■
Elaine C. Gangel ◦
Albert Wesley McKee ■
Mark R. McCauley ●

**Senior Associates:**
John M. Rondello, Jr. ●
Paul Novak ◦

Admitted in
● NY, NJ, & CT
■ NY, NJ & PA
♦ NY & NJ
◦ NY & CT
● NY Only

26 Broadway, Third Floor
New York, NY 10004
Tel: (212) 422-9424
Fax: (212) 422-9429

August 14, 2025

**VIA ECF**
Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 1010

  Re: **Sound Around, Inc. v. Friedman et al.**
    **Case No. 1:24-cv-01986**
    **Our File # 1055-101**

Honorable Judge Parker:

  This office represents Defendants Executive Laundry, LLC and Executive Services (collectively, "Executive Laundry"). Executive Laundry respectfully opposes in part the "Joint Letter Motion for Extension of Time" filed today only on behalf of the Plaintiff and Co-Defendants Friedman, Ilowitz (and their respective corporate entities), and over the objection of Executive Laundry.

  Contrary to the assertion in the Joint Letter that extending expert discovery deadlines will not affect summary judgment motions, I have advised all counsel that the extension will impact summary judgment motions, since the proposed December 15, 2025 deadline for expert discovery is after the November 21, 2025 summary judgment motion deadline set by the Hon. Denise L. Cote (ECF Doc. No. 195), and thus not all discovery will be completed by the deadline for dispositive motions, which could potentially prejudice Executive Laundry, if expert discovery raises any potential issues relevant to Executive Laundry.

  Plaintiff and Co-Defendants are the only parties who have outstanding discovery obligations, and should not be permitted to potentially prejudice Executive Laundry by conducting expert discovery after the deadline to move for summary judgment passed. Additionally, the proposed extension, without a reciprocal extension of the summary judgment motion deadline, is contrary to Judge Cote's order that summary judgment motions are to be filed by November 21, 2025, or three weeks after the completion of all discovery, including expert discovery. (ECF Doc. No. 195).



Hon. Katharine H. Parker  August 14, 2025
Page 2

Thank you for the Court's attention to this matter.

Respectfully,

Paul Novak, Esq.