UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SOUND AROUND, INC.,                )
                                   )
                Plaintiff,         )   Case No.: 1:24-cv-01986-JHR
                                   )
        v.                         )
                                   )   Notice of Motion for
                                   )   Motion to Compel
MOISES FRIEDMAN, SHULIM ELIEZER    )   Production of
ILOWITZ, ML IMPORTS, INC., CYRF, INC., )   Documents from
LRI GROUP, LLC, EXECUTIVE SERVICES, )   Defendants
EXECUTIVE LAUNDRY, LLC, MDF        )
MARKETING, INC., WORLD GROUP       )
IMPORT, LLC, HEFEI PAIDONG OUTDOOR )
PRODUCTS CO., LTD.,                )
                                   )
                Defendants.        )
_____

## NOTICE OF MOTION TO COMPEL (1) PRODUCTION OF DOCUMENTS AND (2) COMPLETE ANSWERS TO INTERROGATORIES FROM DEFENDANTS

PLEASE TAKE NOTICE that Plaintiff Sound Around Inc., through its attorneys, Holland & Knight LLP, will move this Court pursuant to Federal Rule of Civil Procedure 26, 34 and 37(a) before the Honorable Katherine H. Parker, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312 as soon as the matter may be heard, for an Order compelling Defendants MOISES FRIEDMAN, SHULIM ILOWITZ, ML IMPORTS INC., CYRF, INC., LRI GROUP LLC, MDF MARKETING, INC., and WORLD GROUP IMPORT, LLC (collectively, the "Friedman/Ilowitz Defendants") to (1) produce documents responsive to Plaintiff's First Requests for Production and (2) provide complete answers to Plaintiff's Second Set of Interrogatories. In support, Plaintiff Sound Around Inc. submits the Memorandum of Law, which is being filed contemporaneously

with this notice, and the Declaration of Rebecca Canamero, Esq., dated August 15, 2025, and all exhibits annexed thereto, and the accompanying Memorandum of Law.

Dated: August 15, 2025

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Jesus E. Cuza
Jesus E. Cuza (*PHV*)
Florida Bar No. 428991
Email: jesus.cuza@hklaw.com
Rebecca Canamero (*PHV*)
Florida Bar No. 86424
Email: rebecca.canamero@hklaw.com
Annelise Del Rivero
Florida Bar No. 1003234 (*PHV*)
Email: annelise.delrivero@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, Florida 33131

Marisa Marinelli
31 West 52nd Street
New York, NY 10019
(212) 513-3200
Marisa.Marinelli@hklaw.com

*Attorneys for Plaintiff Sound Around, Inc.*