

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Jesús E. Cuza
305 789 7513
jesus.cuza@hklaw.com

August 27, 2025

**VIA ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, NY 10007-1312

   Re: *Sound Around, Inc. v. Friedman et al.,* Case No. 1:24-cv-01986-DLC-KHP

Dear Judge Parker,

   This firm represents Plaintiff Sound Around, Inc.  We write to respectfully request a brief or one day adjournment of the case management conference scheduled for Sept. 10, 2025, before Your Honor.  The reason for the request is that counsel for Sound Around, Inc. is set for a bench trial before Judge Pamela Chen in the Eastern District of New York commencing on Sept. 9, 2025.  We anticipate the bench trial will not last more than two days.  As a result, we have conferred with all counsel of record and have been informed that all parties consent to our request for the brief adjournment.  In addition, we have been authorized to inform Your Honor that the parties' counsel are available for a conference before Your Honor on September 11, 2025, the day after the currently scheduled conference, to the extent the Court is available on that date.

   Thank you for your consideration.


           */s/ Jesus E. Cuza*
           Jesus E. Cuza


cc: Megan Muoio (mmuoio@allynfortuna.com)
  Nick Fortuna (nfortuna@allynfortuna.com)
  Paul Novak (pn@bonlaw.com)