

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

August 29, 2025

**VIA ECF**

Hon. Katharine H. Parker
U.S. District Court
500 Pearl Street, Room 750
New York, New York 10007

      Re:   *Sound Around Inc. v. Friedman et al.*
               Case No. 1:24-cv-01986-JHR-KHP

Dear Judge Parker:

      This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC (the "Friedman Defendants") in the above-referenced matter. As directed by Your Honor on August 15, 2025 in ECF Doc. No. 237, attached please find an index of the documents produced by the Friedman Defendants in this action.

      Thank you for your consideration.

                                  Sincerely,

                                  /s/Nicholas Fortuna

                                Nicholas Fortuna

cc:     All counsel (via ECF)

| Documents Produced by the Friedman Defendants | Bates-Numbers |
|---|---|
| MDF Marketing Inc. 2023 Form 1099 | FD00001 |
| Ilowitz's 2019, 2020, 2021, and 2022 W-2s | FD00002 – FD00005 |
| Executive Services 2022 Form 1099 | FD00006 |
| Forum Business Advisors Consultant Report dated 12/23/2022 | FD00007 – FD00010 |
| Sales Report for 118 Possibly Overlapping Products (Including SKU, ASIN, Product Description, 2023-2024 Sales Quantity, and 2023-2024 Sales Amount) | FD00011 – FD00026 |
| Detailed Amazon Listings for 118 Possibly Overlapping Products (Including Price, Display Photos, Product Description, and Customer Reviews) | FD00027 – FD00993 |
| TD Bank, N.A. Statements for MDF Marketing, Inc. Business Convenience Plus Account Ending in 1424 (March 2018 – September 2023) | FD00994 – FD01199 |
| Email Correspondence Between Sound Around Controller Jack Tyberg and Friedman Regarding Payment of Sales Commissions | FD01200 – FD0108 |
| Spreadsheet of Payments from Sound Around to Executive Services on Behalf of Ilowitz | FD01209 |
| Wire Confirmations for Payments from Sound Around to Executive Services on Behalf of Ilowitz | FD01210 – FD01221 |
| Spreadsheet of Friedman's PayPal Transactions with Sound Around Expenses (January 2018 – February 2024) | FD01222 – FD01376 FD01488 |
| Friedman's PayPal Account Statements with Sound Around Expenses (November 2022 – February 2024) | FD01377 – FD01487 |
| LRI Group LLC Articles of Organization | FD01489 |
| LRI Group EIN Letter from IRS | FD01490 – FD01491 |
| MDF Marketing Inc. NYS Incorporation Receipt | FD01492 |
| MDF Marketing Inc. EIN Letter from IRS | FD1493 – FD01495 |
| World Group Import LLC EIN Letter from IRS | FD01496 – FD01497 |
| World Group Import LLC Formation Receipt | FD01498 |
| CYRF Inc. EIN Confirmation Receipt | FD01499 |

| Documents Produced by the Friedman Defendants | Bates-Numbers |
|---|---|
| Email Correspondence with Amazon Regarding Opening Account (2022) | FD01500 – FD01521 |
| Email Correspondence with eBay Regarding Opening Account (2024) | FD01522 – FD01531 |
| Email Correspondence with Target Regarding Opening Account (2023) | FD01532 – FD01538 |
| Email Correspondence with Walmart Regarding Opening Account (2023) | FD01539 – FD01704 |
| Email Correspondence with Wayfair Regarding Opening Account (2023) | FD01705 – FD01707 |
| Spreadsheet of Friedman Itemized Upwork Expenses (March 2018 – August 2019) | FD01708 |
| Spreadsheet of Friedman Itemized Program Expenses (February 2018 – December 2021) | FD01709 – FD01711 |
| Spreadsheet of Friedman Itemized Travel Expenses (January 2018 – November 2023) | FD01712 – FD01730 |
| Ilowitz Sound Around Email Correspondence with Sound Around Employees and Chinese Manufacturers | FD01731 – FD02190 |
| LifeMaster Scooter Renderings and Photographs | FD02191 – FD02232 |
| Sales Report for Friedman and Ilowitz Sound Around Products dated October 3, 2022 (including SKU, Sales Quantity, Returns, Sales, Net Sales, Gross Profit, Margin, Total Ads Cost, Additional Ads, and VC Credits) | FD02234 |
| Sales Report for Friedman and Ilowitz Sound Around Products dated November 29, 2022 (including SKU, Sales Quantity, Returns, Sales, Net Sales, Gross Profit, Margin, Total Ads Cost, Additional Ads, and VC Credits) | FD02235 |
| Sales Report for Friedman and Ilowitz Sound Around Products dated December 31, 2022 (including SKU, Sales Quantity, Returns, Sales, Net Sales, Gross Profit, Margin, Total Ads Cost, Additional Ads, and VC Credits) | FD02236 |
| Sales Report for Friedman and Ilowitz Sound Around Products dated September 5, 2023 (including SKU, Sales Quantity, Returns, Sales, Net Sales, Gross Profit, Margin, Total Ads Cost, Additional Ads, and VC Credits) | FD02237 |
| American Express Business Platinum Credit Card Statements for MDF Marketing Inc. for Account Ending in 92007 (November 2021 – January 2024) | FD02238 – FD02560 |
| Capital One Visa Signature Credit Card Statements for Friedman for Account Ending in 7695 (December 2019 – December 2023) | FD02561 – FD02920 |
| Friedman 2019 Federal and State Tax Return | FD02951 – FD02983 |

| Documents Produced by the Friedman Defendants | Bates-Numbers |
|---|---|
| Friedman 2020 Federal and State Tax Return | FD02984 – FD03058 |
| Friedman 2021 Federal and State Tax Return | FD03059 – FD03139 |
| Friedman 2022 Federal and State Tax Return | FD03140 – FD03256 |
| Friedman 2023 Federal and State Tax Return | FD03257 – FD03374 |
| MDF Marketing Inc. 2019 Federal and State Tax Return | FD03375 – FD03405 |
| MDF Marketing Inc. 2020 Federal and State Tax Return | FD03406 – FD03474 |
| MDF Marketing Inc. 2021 Federal and State Tax Return | FD03475 – FD03571 |
| MDF Marketing Inc. 2022 Federal and State Tax Return | FD03572 – FD03668 |
| MDF Marketing Inc. 2023 Federal and State Tax Return | FD03669 – FD03766 |
| Ilowitz 2019 Federal and State Tax Return | FD03767 – FD03817 |
| Ilowitz 2020 Federal and State Tax Return | FD03818 – FD03856 |
| Ilowitz 2022 Federal and State Tax Return | FD03857 – FD03896 |
| Ilowitz 2023 Federal and State Tax Return | FD03897 – FD03950 |
| ML Imports Inc. 2022 Federal and State Tax Return | FD03951 – FD03992 |
| ML Imports Inc. 2023 Federal and State Tax Return | FD03993 – FD04070 |
| Photographs of Sound Around Meeting Agendas and Commission Policies | FD04071 – FD04082 |
| Documents Regarding Deal Good/Deal Chaser Amazon Account Suspension (from Ilowitz Hard Drive) | FD04083 – FD04095 |
| Ilowitz Home Renovation Renderings (from Ilowitz Hard Drive) | FD04096 – FD04123 |
| Product Photos (from Ilowitz Hard Drive) | FD04124 – FD04401<br>FD04484 – FD04514<br>FD04620 – FD04665<br>FD04798 – FD04853<br>FD04857 – FD04886 |

| **Documents Produced by the Friedman Defendants** | **Bates-Numbers** |
|---|---|
| Sound Around Invoices to Amazon, May – July 2021 (from Ilowitz Hard Drive) | FD04402 – FD04483 |
| Personal Legal Documents (from Ilowitz Hard Drive) | FD04515 – FD04619 |
| Technical Guidelines in Chinese (from Ilowitz Hard Drive) | FD04666 – FD04670 |
| Amazon Template for U.S. Electrical Safety Declaration of Conformity (from Ilowitz Hard Drive) | FD04799 – FD04809 |
| Sound Around Website Text for Recall of Children's Helmets Due to Risk of Head Injury (from Ilowitz Hard Drive) | FD04854 – FD04856 |
| Sound Around Invoice, June 2022 (from Ilowitz Hard Drive) | FD04887 |
| Spreadsheet of Sound Around Purchase Orders, October 2023 – January 2024 (from Ilowitz Hard Drive) | FD04888 – FD05371 |
| Friedman Personal Email Correspondence Containing Communications, Purchase Orders, Invoices, etc. with Vendors, Manufacturers, and Retailers (August 2023 – November 2023) | FD05372 – FD05651 |
| LifeMaster Email Correspondence for markf@lifemaster.com Containing Communications, Purchase Orders, Invoices, etc. with Vendors, Manufacturers, and Retailers (February 2023 – February 2024) | FD05652 – FD05930 |
| LifeMaster Email Correspondence for moshef@lifemaster.com Containing Communications, Purchase Orders, Invoices, etc. with Vendors, Manufacturers, and Retailers (July 2022 – February 2024) | FD05931 – FD12092 |
| LifeMaster Email Correspondence for sebastian@lifemaster.com Containing Communications, Purchase Orders, Invoices, etc. with Vendors, Manufacturers, and Retailers (July 2022 – February 2024) | FD12093 – FD14229 |
| LifeMaster Email Correspondence for sol@lifemaster.com Containing Communications, Purchase Orders, Invoices, etc. with Vendors, Manufacturers, and Retailers (September 2022 – February 2024) | FD14230 – FD24029 |
| All LifeMaster Email Correspondence Containing Communications, Purchase Orders, Invoices, etc. with Vendors, Manufacturers, and Retailers (With Attachments, in Native Format) | FD24030 – FD62844 |
| WhatsApp Communications Between Friedman and Ilowitz Regarding Sound Around Commission Issues and Establishment of Business (2019 – 2024) | FD62845 – FD66227 |
| Ilowitz 2021 Federal and State Tax Return | FD66228 – FD66266 |
| Updated Sales Report for 118 Possibly Overlapping Products (Including SKU, ASIN, Product Description, 2023-2025 Sales Quantity, and 2023-2025 Sales Amount) | FD66267 – FD66270 |

| Documents Produced by the Friedman Defendants | Bates-Numbers |
|---|---|
| Bank of America Business Gold Bank Account Statements for ML Imports Inc. for Account Ending in 6267 (July 2022 – May 2025) | FD66271 – FD66609 |
| American Express Platinum Credit Card Statements for Chany Friedman for Account Ending in 51003 (November 2020 – January 2024) | FD66610 – FD67007 |
| Chase Saphire Credit Card Statements for Chany Friedman for Account Ending in 8112 (February 2018 –January 2022) | FD67008 – FD67157 |
| Bank of America Business Gold Bank Account Statements for CYRF Inc. for Account Ending in 1781 (January 2024 – July 2025) | FD67158 – FD67267 |
| Bank of America Business Advantage Bank Account Statements for World Group Import LLC for Account Ending in 5847 (August 2023 – July 2025) | FD67268 – FD67439 |
| Chase Checking Account Statements for LRI Group LLC (January 2021 – July 2025) | FD67440 – FD67557 |