**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X

SOUND AROUND, INC.,                                         :
                                                            :
                                        Plaintiff,          :
                                                            :
            v.                                              :
                                                            :          Case No.: 1:24-cv-01986
MOISES FRIEDMAN, SHULIM ELIEZER                             :
ILOWITZ, ML IMPORTS, INC., CYRF, INC.,                      :          **AFFIDAVIT OF SERVICE**
LRI GROUP, LLC, EXECUTIVE SERVICES,                         :
EXECUTIVE LAUNDRY, LLC, MDF                                 :
MARKETING, INC., WORLD GROUP                                :
IMPORT, LLC, HEFEI PAIDONG OUTDOOR                          :
PRODUCTS CO., LTD.,                                         :
                                                            :
                                        Defendants.         :
_____X

STATE OF NEW YORK      :      )

COUNTY OF NEW YORK   :      )

NKOSANE CURTIS, being duly sworn, deposes and says:

1.  That I am over eighteen years of age and am not a party to the above-entitled action.

2.  That on the afternoon of the 15th day of September 2025, at approximately 3:57 PM, I hand delivered and served a true copy of a NOTICE OF FRIEDMAN DEFENDANTS' MOTION TO COMPEL SAUL FRIEDMAN, CPA AND STEVEN L. TOPAL, CPA TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA WITH SUPPORTING AFFIRMATIONS AND EXHIBITS, AND MEMORANDUM OF LAW upon Saul Friedman, CPA. at his place of business at Saul Friedman & Co., Certified Public Accountants, 1333 60th Street, Brooklyn, NY 11219.

3.  That the person at the premises who accepted personal service by hand delivery on behalf of Saul Friedman is described as follows; Front desk receptionist, Caucasian female 5 feet 4 inches tall, approximately 135lbs, approximately 45-50 years of age, wearing a black sweater, white shirt, black dress , and had brunette hair.

4.  That additional service was made on September 16, 2025, by mailing a true copy of a NOTICE OF FRIEDMAN DEFENDANTS' MOTION TO COMPEL SAUL FRIEDMAN, CPA AND STEVEN L. TOPAL, CPA TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA WITH SUPPORTING AFFIRMATIONS AND EXHIBITS, AND MEMORANDUM OF LAW by regular mail marked "Personal & Confidential" on the

outside of the envelope to Saul Friedman, CPA. at his place of business at Saul Friedman & Co., Certified Public Accountants, 1333 60th Street, Brooklyn, NY 11219 and not indicating on the outside thereof by return address or otherwise that same was from an attorney or concerned an action against said Defendant, with said mailing occurring on or within 20 days of the date of service.

Such being the address previously designated for that purpose in the preceding papers in this action. Such service was done in full compliance with Rule 2103 of the CPLR.  I am over 18 years old.

Dated:  New York, New York
      September 16, 2025

NKOSANE CURTIS

Sworn to Before Me This
16th Day of September 2025

Notary Public

MEGAN J. MUOIO
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in
New York County
02MU6298047
MY COMMISSION EXPIRES March 10, 2026