**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SOUND AROUND, INC.,

                               Plaintiff,

            -against-

MOISES FRIEDMAN et al.,

                              Defendants.

-----------------------------------------------------------------X

**24-CV-1986 (DLC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the Friedman Defendants' motion filing. (ECF No. 260.) Defendants are directed to file a certificate of service of the motion and supporting papers, together with a copy of this order, on the third parties **on or before September 19, 2025**. Opposition to the motion will be due **September 29, 2025**. No reply. The motion will be heard on the record at the conference on **October 3, 2025**. Counsel for Defendants are directed to advise counsel for the third parties of the date of the argument. Finally, the Court is excusing Defendants' failure to request a pre-motion conference in accordance with the Court's rules but are reminded that going forward they must request a pre-motion conference and demonstrate compliance with the obligation to meet and confer prior to bringing a motion to compel.

    **SO ORDERED.**

Date:  September 16, 2025
          New York, NY

                                              Katharine H. Parker
                                              U.S. Magistrate Judge