```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____        \  │
│ DATE FILED:  09/22/2025      LP │
└─────────────────────────────────┘
```

**NEW YORK**
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
Parkway
ills, New Jersey 07078
ne (973) 379-0038
le  (973) 379-0048

ALLYNFORTUNA.COM

September 16, 2025

**VIA CM/ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, New York 10007

┌────────────────────────────────────────┐
│ Upon review of this letter and         │
│ Plaintiff's response, the request      │
│ to order a deposition deadline in      │
│ advance of the close of                │
│ discovery is DENIED in light of        │
│ the Jewish holidays.                   │
└────────────────────────────────────────┘

**SO ORDERED:**                                    09/22/2025

*[signature: Katharine H. Parker]*

**HON. KATHARINE H. PARKER**
**UNITED STATES MAGISTRATE JUDGE**

Re:    *Sound Around, Inc. v. Friedman et al.*
       *Case No. 1:24-cv-01986*

Dear Judge Parker:

This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Friedman Defendants") in the above-referenced matter. I write to request this Court's assistance with an issue that has arisen related to the scheduling of depositions of Plaintiff Sound Around Inc. ("Plaintiff")'s witnesses.

The Friedman Defendants conducted the deposition of Plaintiff's corporate witness Jeremiah Brach on May 13, 2025 pursuant to this Court's Order (*see* ECF Doc. No. 138). The Plaintiff that the depositions of the remaining Plaintiff's witnesses would be scheduled that month. Thereafter, on May 23, 2025, the Friedman Defendants served Plaintiff with Notices of Deposition for Hershey Green, Jack Tyberg, Abraham Brach, and Ziggy Brach. Since that time, Plaintiff has repeatedly deferred the scheduling of those depositions. Counsel for the Friedman Defendants have repeatedly proposed available dates to Plaintiff, but Plaintiff has refused to commit to producing its witnesses. We conducted yet another meet and confer session with Plaintiff via telephone yesterday and continued discussions via email today, during which Plaintiff finally committed to producing Jack Tyberg to be deposed on September 29, 2025 and Hershey Green to be deposed on September 30, 2025. However, Plaintiff refused to commit to dates for the in-person depositions of Abraham Brach and Ziggy Brach before the last week of October.

By pushing the scheduling of these depositions to the last week of fact discovery, Plaintiff continues to behave in a manner that evidences a desire to avoid the depositions altogether. This conduct seriously prejudices the Friedman Defendants. Therefore, we respectfully request that

this Court order the Plaintiff to produce Abraham Brach and Ziggy Brach to be deposed in person prior to October 9, 2025.

Thank you for your consideration.

Sincerely,

/s/Nicholas Fortuna

Nicholas Fortuna

cc:     All counsel (via ECF)