UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SOUND AROUND, INC.,                   :        24cv1986 (DLC)
                                      :
                         Plaintiff,   :             ORDER
                                      :
             -v-                      :
                                      :
MOISES FRIEDMAN et al.,               :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    This case has been referred to Magistrate Judge Katharine
H. Parker for general pretrial purposes.  On September 22, 2025,
defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports,
Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World
Group Import, LLC (the "Friedman Defendants") filed a letter
motion requesting Judge Parker's reconsideration of portions an
Opinion of September 8.  Also on September 22, the Friedman
Defendants filed objections to the same Opinion, requesting that
this Court modify it pursuant to Rule 72(a), Fed. R. Civ. P.  It
is hereby

    ORDERED that the Friedman Defendants' September 22
objections are denied without prejudice to renewal after a

ruling on their motion for reconsideration.

Dated:     New York, New York
           September 23, 2025

                              _____
                              DENISE COTE
                       United States District Judge