```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
SOUND AROUND, INC.,                       :    24cv1986 (DLC)
                                          :
                      Plaintiff,          :    ORDER
                                          :
                -v-                       :
                                          :
MOISES FRIEDMAN et al.,                   :
                                          :
                      Defendants.         :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

This case has been referred to Magistrate Judge Katharine H. Parker for general pretrial purposes. On September 22, 2025, plaintiff Sound Around, Inc. filed objections to an Opinion of September 8, requesting that this Court modify it pursuant to Rule 72(a), Fed. R. Civ. P. It is hereby

ORDERED that any opposition to the September 22 objections is due on **September 29, 2025**. Should the Court require a reply, it will so inform the parties.

Dated:    New York, New York
          September 23, 2025

                              _____
                                     DENISE COTE
                              United States District Judge