# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Jesús E. Cuza
305 789 7513
jesus.cuza@hklaw.com

September 24, 2025

**VIA ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, NY 10007-1312

      Re: *Sound Around, Inc. v. Friedman et al.,* Case No. 1:24-cv-01986-JHR-KHP

Dear Judge Parker,

      Sound Around, Inc. ("Plaintiff") writes this letter to provide an update to the Court regarding the scheduling of the depositions of Abraham Brach and Ziggy Brach addressed in the Court's Sept. 23, 2025 Order [ECF No. 271]. The parties have conferred and reached an agreement to conduct the depositions of Abraham Brach and Ziggy Brach on October 28 and 29, respectively. The depositions will be conducted in person after the return of the witnesses' from Israel after the conclusion of the Jewish Holidays.

      Thank you for your careful consideration of the matter.

            Respectfully submitted,

            HOLLAND & KNIGHT LLP
            By: */s/ Jesus E. Cuza*
            Jesus E. Cuza (*Admitted PHV*)
            Florida Bar No. 428991
            Email: jesus.cuza@hklaw.com
            Rebecca Canamero (Admitted PHV)
            Florida Bar No. 86424
            Email: rebecca.canamero@hklaw.com
            Annelise Del Rivero
            Florida Bar No. 1003234 (*Admitted PHV*)
            Email: annelise.delrivero@hklaw.com
            Gabriel Godoy-Dalmau
            New York Bar No. 5668447
            Email: gabriel.godoy-dalmau@hklaw.com

701 Brickell Avenue, Suite 3300
Miami, Florida 33131

and
By: */s/ Marisa Marinelli*
31 West 52nd Street
New York, NY 10019
(212) 513-3200
Marisa.Marinelli@hklaw.com


*Attorneys for Plaintiff Sound Around, Inc.*