UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SOUND AROUND, INC., | ) |
| Plaintiff, | ) Case No.: 1:24-cv-01986-JHR |
| v. | ) **NOTICE OF APPEARANCE** |
| MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP, LLC, EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC, MDF MARKETING, INC., WORLD GROUP IMPORT, LLC, HEFEI PAIDONG OUTDOOR PRODUCTS CO., LTD., | ) |
| Defendants. | ) |

---

PLEASE TAKE NOTICE that non-parties STEVEN L. TOPAL, CPA and PRAGER METIS, CERTIFIED PUBLIC ACCOUNTANTS hereby appear in the above-entitled action, and that the undersigned has been retained as attorneys for said non-parties.

Dated: Woodbury, New York
September 29, 2025

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

By: _____
Peter Seiden (PS-0658)
*Attorneys for Non-Parties*
STEVEN L. TOPAL, CPA and
PRAGER METIS, CERTIFIED
PUBLIC ACCOUNTANTS
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
MMPS File No.: 446-32008
(516) 870-1102
pseiden@milbermakris.com