USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOUND AROUND, INC.,

                              Plaintiff,

              -against-

MOISES FRIEDMAN et al.,

                            Defendants.
-----------------------------------------------------------------X

24-CV-1986 (JHR) (KHP)

**ORDER SCHEDULING TELEPHONIC PRE-MOTION CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The request for a pre-motion conference is hereby granted. A telephonic pre-motion conference in this matter is hereby scheduled for **Wednesday, October 22, 2025 at 10:00 a.m.**

    At the scheduled time, the parties shall dial (646)-453-4442, conference ID: 715 750 267#.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No 291.

**SO ORDERED.**

DATED:    New York, New York
              October 15, 2025

*Katharine H Parker*

_____
KATHARINE H. PARKER
United States Magistrate Judge