UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
SOUND AROUND, INC.,

                              Plaintiff,          Case No.: 1:24-cv-01986

v.

MOISES FRIEDMAN, SHULIM ELIEZER          **NOTICE OF DEFENDANTS'**
ML IMPORTS, INC., CYRF, INC.,                       **DEFENDANTS' MOTION**
LRI GROUP, LLC, EXECUTIVE SERVICES,       **FOR ATTORNEYS' FEES**
EXECUTIVE LAUNDRY, LLC, MDF                 <u>**AND COSTS**</u>
MARKETING, INC., WORLD GROUP
IMPORT, LLC, HEFEI PAIDONG OUTDOOR
PRODUCTS CO., LTD.,

                              Defendants.
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned attorneys for Defendants MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP LLC, MDF MARKETING, INC., and WORLD GROUP IMPORT, LLC (collectively, the "Defendants") will move before the Hon. Katharine H. Parker, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York as soon as this matter may be heard, for an Order awarding the Defendants attorneys' fees and costs from Plaintiff SOUND AROUND, INC. ("Plaintiff") pursuant to F.R.C.P. Rule 37(a)(5) and (c)(1)(A), together with such other relief as this Court deems equitable and just.

      **PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendants will rely on the accompanying Declaration of Nicholas Fortuna, Esq., dated October 22, 2025, and all exhibits annexed thereto.

1

Dated: October 22, 2025

                                              ALLYN & FORTUNA LLP

                                              By:     s/Nicholas Fortuna
                                                     Nicholas Fortuna
*Attorneys for Defendants*
400 Madison Avenue, Suite 10D
New York, New York 10017
(212) 213-8844
nfortuna@allynfortuna.com