UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――X

SOUND AROUND, INC.,

      Plaintiff,

    v.

MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP, LLC, EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC, MDF MARKETING, INC., WORLD GROUP IMPORT, LLC, HEFEI PAIDONG OUTDOOR PRODUCTS CO., LTD.,

      Defendants.

―――――――――――――――――――――――――X

Case No.: 1:24-cv-01986

**DECLARATION OF NICHOLAS FORTUNA, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Nicholas Fortuna, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at law of the State of New York, admitted to practice before this Court, and a member of Allyn & Fortuna, LLP ("A&F"), attorneys for Defendants MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP LLC, MDF MARKETING, INC., and WORLD GROUP IMPORT, LLC (collectively, the "Defendants") in this action. This Declaration is based on facts that are true to the best of my personal knowledge or based on the documents maintained in my file in the ordinary course of business.

2. I submit this Declaration in support of the Defendants' motion for attorneys' fees and costs from Plaintiff SOUND AROUND, INC. ("Plaintiff") pursuant to F.R.C.P. Rule 37(a)(5) and (c)(1)(A). On October 8, 2025, this Court issued the Opinion and Order on Motion for Reconsideration and on Additional Discovery ("Opinion and Order"), in which the Court granted

1

Defendants' oral motion to compel production from the "Data Warehouse" and found, *inter alia*, that Plaintiff

- failed to conduct a reasonable search for relevant repositories of information;
- failed to produce relevant data concerning Defendants' commissions;
- failed to comply with Rule 34's requirements by identifying relevant information that was being withheld on the basis of objections and failing to produce responsive data;
- misled defense counsel and the Court as to the reasonableness of their search and the existence of information relevant to the computation of defendants' commissions; and
- failed to comply with Rule 26(g) that requires counsel to sign discovery responses attesting that they are complete and correct as of the time it is made.

*See* ECF Doc. No. 290, pgs. 9-10. In light of these failures, the Court instructed the Defendants to submit a motion for attorneys' fees and costs within two weeks of the Opinion.

3. For the period from August 4, 2025 through October 9, 2025, A&F staff members provided legal services to Defendants directly related to their Motion to Compel Production of Documents from Plaintiff (ECF Doc. No. 241), their Letter Motion for Reconsideration (ECF Doc. No. 272), and the oral Motion to Compel made at the Case Management Conference on October 3, 2025 (ECF Doc. No. 285). Attached hereto as **Exhibit A** is an extract of billing entries related to the motions for the applicable period, referencing the date of service, the invoice number[1], the A&F staff member providing the service, a description of the service, hours invoiced, rate per hour, and invoiced amount. In total, Defendants incurred $20,926.50 in legal fees related to these matters during this period and no costs.

4. The attorneys who provided services related to the motions during the relevant

---

[1] As noted on Exhibit A, of the total amount incurred by the Defendants for these matters, $6,055.50 of the billing was for services incurred in October 2025, which will be invoiced to the Defendants on November 1, 2025.

period are:

 a. Nicholas Fortuna, a partner with A&F, is an attorney admitted to the New York State Bar in 1987 and to the United States District Court for the Southern District of New York in 1989. Mr. Fortuna's billing rate during the relevant period was $495.00 per hour.

 b. Megan J. Muoio, a partner with A&F, is an attorney admitted to the New York State Bar in 2005 and to the United States District Court of the Southern District of New York in 2006. Ms. Muoio's billing rate during the relevant period was $330.00 per hour.

 c. Han Lin Rong, an associate of A&F, is an attorney admitted to the New York State Bar in 2023 and to the United States District Court for the Southern District of New York in 2023. Ms. Rong's billing rating during the relevant period was $330.00 per hour.

 d. Patricia Mancabelli, of counsel to A&F, is an attorney admitted to the New York State Bar in 1999 and to the United States District Court for the Southern District of New York in 2006. Ms. Mancabelli's billing rate during the relevant period was $390.00 per hour.

5. Therefore, pursuant to the Opinion and Order and FRCP Rule 37, Defendants respectfully request that this Court order Plaintiff to pay them attorneys' fees in the total amount of $20,926.50.

Dated: October 22, 2025

        ALLYN & FORTUNA LLP

        By:   s/Nicholas Fortuna
           Nicholas Fortuna
        *Attorneys for Defendants*
        400 Madison Avenue, Suite 10D
        New York, New York 10017
        (212) 213-8844
        nfortuna@allynfortuna.com

## CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

      I, Nicholas Fortuna, counsel for the Defendants, certify that the foregoing Declaration in support of Defendants' Motion for Attorneys' Fees and Costs, and Related Relief, consists of 717 words and complies with the word count limitations and format requirements set forth in Local Rule 7.1.

Dated:  October 22, 2025

                                                                                                      s/Nicholas Fortuna
                                                                                                       Nicholas Fortuna