## Allyn & Fortuna LLP Billing Entries Regarding Motion to Compel, Motion for Reconsideration, and Oral Motion to Compel
### August 4, 2025 – October 9, 2025

| Date of Service | Invoice Number | Staff Member | Description of Service | Hours Invoiced | Rate Per Hour | Invoiced Amount |
|---|---|---|---|---|---|---|
| 8/4/25 | 43797 | Nicholas Fortuna | Editing request to file motion to compel; t/c with clients re: same. | 1.0 | 495.00 | 495.00 |
| 8/4/25 | 43797 | Megan J. Muoio | Discussion with NF re: motion to compel; reviewing transcript re: same; reviewing emails and correspondence re: same; research re: Rule 37; drafting pre-motion letter; telephone call with PM re: motion to compel. | 2.5 | 330.00 | 825.00 |
| 8/4/25 | 43797 | Megan J. Muoio | Revising pre-motion letter with comments from NF; finalizing and filing same. | 1.0 | 330.00 | 330.00 |
| 8/8/25 | 43797 | Megan J. Muoio | Telephone call with NF re: motion to compel schedule; t/c and email correspondence with PM re: same. | 0.4 | 330.00 | 132.00 |
| 8/8/25 | 43797 | Patricia Mancabelli | T/c with MJM re: details relevant to motion to compel discovery. | 0.3 | 390.00 | 117.00 |
| 8/10/25 | 43797 | Patricia Mancabelli | Review documents relevant to motion to compel discovery; draft notice of motion to compel discovery; review Judge Parker's rules re: same. | 3.10 | 390.00 | 1,209.00 |
| 8/11/25 | 43797 | Patricia Mancabelli | Review documents outlined in Ds' pre-motion letter, document demands, correspondence to P's counsel; research re: case law supporting motion to compel and SDNY local rules re: same. | 3.30 | 390.00 | 1,287.00 |
| 8/11/25 | 43797 | Megan J. Muoio | T/c with NF re: motion to compel; email correspondence with PM re: same. | 0.2 | 330.00 | 66.00 |
| 8/11/25 | 43797 | Nicholas Fortuna | Drafting correspondence re: discovery. | 0.5 | 495.00 | 247.50 |
| 8/12/25 | 43797 | Megan J. Muoio | Email correspondence and t/c with PM re: motion to compel. | 0.3 | 330.00 | 99.00 |
| 8/12/25 | 43797 | Nicholas Fortuna | Draft correspondence re: motion to compel; editing same. | 0.3 | 495.00 | 148.50 |

**Allyn & Fortuna LLP Billing Entries Regarding Motion to Compel,
Motion for Reconsideration, and Oral Motion to Compel
August 4, 2025 – October 9, 2025**

| Date of Service | Invoice Number | Staff Member | Description of Service | Hours Invoiced | Rate Per Hour | Invoiced Amount |
|---|---|---|---|---|---|---|
| 8/12/25 | 43797 | Patricia Mancabelli | Research re: party's entitlement to insist on formal document production. | 2.3 | 390.00 | 897.00 |
| 8/13/25 | 43797 | Patricia Mancabelli | Detailed review of correspondence from P's counsel re: response to document demands, review of Jerry Brach deposition transcript for citations in NF Declaration; cont'd legal research. | 5.2 | 390.00 | 2,028.00 |
| 8/14/25 | 43797 | Nicholas Fortuna | Draft correspondence re: motion to compel. | 0.3 | 495.00 | 148.50 |
| 8/14/25 | 43797 | Patricia Mancabelli | Cont'd drafting NF Decl. | 3.6 | 390.00 | 1,404.00 |
| 8/14/25 | 43797 | Patricia Mancabelli | Drafting MOL in support of motion to compel. | 1.8 | 390.00 | 702.00 |
| 8/15/25 | 43797 | Nicholas Fortuna | Editing motion to compel. | 2.0 | 495.00 | 990.00 |
| 8/15/25 | 43797 | Megan J. Muoio | Reviewing motion to compel; revising and finalizing same; efiling motion to compel. | 0.5 | 330.00 | 165.00 |
| 8/20/25 | 43797 | Han Lin Rong | Reviewing P's opposition to motion to compel. | 0.7 | 330.00 | 231.00 |
| 9/12/25 | 43884 | Megan J. Muoio | Discussion with NF, clients re: motion for reconsideration; research re: same. | 0.8 | 330.00 | 264.00 |
| 9/12/25 | 43884 | Nicholas Fortuna | Draft outline for motion for reconsideration. | 1.5 | 495.00 | 742.50 |
| 9/15/25 | 43884 | Megan J. Muoio | Drafting letter motion for reconsideration. | 1.0 | 330.00 | 330.00 |
| 9/16/25 | 43884 | Megan J. Muoio | Cont'd drafting letter motion for reconsideration. | 0.8 | 330.00 | 264.00 |
| 9/16/25 | 43884 | Nicholas Fortuna | Review and draft provisions re: reconsideration. | 0.5 | 495.00 | 247.50 |
| 9/18/25 | 43884 | Megan J. Muoio | Discussion with NF re: motion for reconsideration, objections to Judge Cote; research re: procedure for same; revising motion for reconsideration with comments from NF; drafting objections to Judge Cote. | 2.5 | 330.00 | 825.00 |
| 9/18/25 | 43884 | Nicholas Fortuna | Editing reconsideration letter. | 0.4 | 495.00 | 198.00 |
| 9/19/25 | 43884 | Nicholas Fortuna | Editing reconsideration motion. | 0.3 | 495.00 | 148.50 |

**Allyn & Fortuna LLP Billing Entries Regarding Motion to Compel,**
**Motion for Reconsideration, and Oral Motion to Compel**
**August 4, 2025 – October 9, 2025**

| Date of Service | Invoice Number | Staff Member | Description of Service | Hours Invoiced | Rate Per Hour | Invoiced Amount |
|---|---|---|---|---|---|---|
| 9/22/25 | 43884 | Megan J. Muoio | Editing and finalizing motion for reconsideration; efiling same. | 1.0 | 330.00 | 330.00 |
| 10/2/25 | TBD[1] | Megan J. Muoio | Reviewing P's opp. to motion for reconsideration; drafting letter response; efiling same. | 0.8 | 330.00 | 264.00 |
| 10/3/25 | TBD | Megan J. Muoio | Research re: Rule 37 data obligations. | 0.6 | 330.00 | 198.00 |
| 10/3/25 | TBD | Megan J. Muoio | Attend case management conference. | 3.0 | 330.00 | 990.00 |
| 10/3/25 | TBD | Nicholas Fortuna | Draft outline for court; review and mark deposition transcript; review court's opinion; compile exhibits. | 2.5 | 495.00 | 1,237.50 |
| 10/3/25 | TBD | Nicholas Fortuna | Court appearance before Judge Parker. | 3.0 | 495.00 | 1,485.00 |
| 10/7/25 | TBD | Megan J. Muoio | Reviewing correspondence from P, Hershey Green Decl. re: data warehouse; discussion with NF re: same; drafting response; editing and efiling same. | 1.8 | 330.00 | 594.00 |
| 10/7/25 | TBD | Nicholas Fortuna | Review filings re: Power BI by Plaintiff; outline response; edit response; review court decision. | 2.0 | 495.00 | 990.00 |
| 10/8/25 | TBD | Megan J. Muoio | Reviewing letter from o/c re: motion for reconsideration; reviewing decision on motion for reconsideration. | 0.7 | 330.00 | 231.00 |
| 10/9/25 | TBD | Megan J. Muoio | T/c with clients re: decision on motion for reconsideration. | 0.2 | 330.00 | 66.00 |

**Total: $20,926.50**

---

[1] Invoices labeled "TBD" are for billing entries for work performed in October 2025 and which will be included on the invoice issued on November 1, 2025.