

ATTORNEYS AT LAW

October 24, 2025

**VIA ECF**

Hon. Katharine H. Parker
U.S. District Court
500 Pearl Street, Room 750
New York, New York 10007

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

      Re:    *Sound Around Inc. v. Friedman et al.*
               *Case No. 1:24-cv-01986-DLC-KHP*

Dear Judge Parker:

      This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Defendants") in the above-referenced matter. As instructed by Your Honor during the Case Management Conference on October 22, 2025, counsel for the Defendant and Plaintiff Sound Around, Inc. ("Plaintiff") met and conferred regarding the Defendants' request for an opportunity to file an affirmative expert report regarding their Counterclaim damages, to which Plaintiff has consented. Defendants have received much of the information the Court ordered to be provided in order to begin the work of preparing its affirmative expert report. Due to his pre-existing obligations and the extent of the work necessary to analyze the information produced by Plaintiff, Defendants' expert Ross Hickman, CPA/CFF, CFE, requires 30 days to prepare the report.

      Together with counsel for Plaintiff, we respectfully submit a proposed schedule for the completion of expert discovery in this matter:

- Defendants to serve an affirmative report regarding Counterclaim damages on or before November 24, 2025;
- Plaintiff to serve a rebuttal report to Defendants' affirmative expert report regarding Counterclaim damages, if any, on or before December 23, 2025;
- The parties to complete depositions of Defendants' affirmative expert and Plaintiff's rebuttal expert regarding Counterclaim damages by January 15, 2026.

The proposed deadlines will not affect the briefing schedule set by Judge Cote for motions for summary judgment or any other deadlines in this matter. Thank you for your consideration.

| HOLLAND & KNIGHT | ALLYN & FORTUNA LLP |
| --- | --- |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

By:_____/s/Jesus Cuza_____   By:_____/s/Nicholas Fortuna_____

            Jesus Cuza                                     Nicholas Fortuna