UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SOUND AROUND, INC.,

                               Plaintiff,                        24-CV-1986 (DLC) (KHP)

          -against-                             **SCHEDULING ORDER**

MOISES FRIEDMAN et al.,

                               Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the joint letter of the parties (ECF No. 300) requesting a thirty-day extension of expert discovery deadlines. They represent that this extension will not impact any other deadlines in this case, including summary judgment briefing.

The extension is granted. The following deadlines shall apply:

- Defendants' Affirmative Expert Report regarding Counterclaim damages is due by **November 24, 2025**.

- Plaintiff's Rebuttal Report regarding Counterclaim damages is due **December 23, 2025**.

- The expert depositions on these two reports shall be completed by **January 15, 2026**.

There will be no extensions of these deadlines.

**SO ORDERED.**

Dated: October 28, 2025
New York, NY

                                                              _____
                                                               Katharine H. Parker
                                                               United States Magistrate Judge