

ATTORNEYS AT LAW

**NEW YORK**
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

November 4, 2025

**VIA CM/ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, New York 10007

    Re:    *Sound Around, Inc. v. Friedman et al.*
              Case No. 1:24-cv-01986

Dear Judge Cote:

    This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Friedman Defendants") in the above-referenced matter.

    The Friedman Defendants intend to file a motion for summary judgment by November 21, 2025. We write, pursuant to Local Rule 7.1, to request the Court's permission to file an extended brief in support of the Friedman Defendants' motion. The reason for the request is that Plaintiff's Complaint is a sprawling document that contains 377 paragraphs of allegations and 22 causes of action which touch on various principles of federal statutory law (including but not limited to the Lanham Act, the Defend Trade Secrets Act, and the Racketeer Influenced and Corrupt Organization Act) and New York State statutory and common law. After extensive document production and party depositions, the Friedman Defendants intend to present the Court with a basis to dismiss each of the 22 causes of action.

    Therefore, the Friedman Defendants request permission to file a brief containing not more than 15,000 words, which is necessary to fully brief the intended motion for summary judgment. Thank you for your consideration.

                                                           Sincerely,

                                                           /s/Nicholas Fortuna

                                                            Nicholas Fortuna

cc:    All counsel (via ECF)