# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Rebecca Canamero
305 789 7533
rebecca.canamero@hklaw.com

November 5, 2025

**VIA ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, NY 10007-1312

      Re: *Sound Around, Inc. v. Friedman et al.,* Case No. 1:24-cv-01986-DLC-KHP

Dear Judge Parker,

      Sound Around, Inc. ("Plaintiff") writes this letter regarding Defendants' Motion for Attorneys' Fees and Costs (the "Motion") [ECF No. 299]. By way of the Motion, Defendants request payment of $20,926.50 in attorneys' fees pursuant to the Court's October 8, 2025 Order [ECF No. 290]. Plaintiff wishes to inform the Court that Plaintiff will not be challenging the amounts requested by Defendants; payment will be issued tomorrow.

      Thank you for your consideration.

      Respectfully submitted,

      HOLLAND & KNIGHT LLP
      By: */s/ Rebecca J. Canamero*
      Jesus E. Cuza (*Admitted PHV*)
      Florida Bar No. 428991
      Email: jesus.cuza@hklaw.com
      Rebecca Canamero (Admitted PHV)
      Florida Bar No. 86424
      Email: rebecca.canamero@hklaw.com
      Annelise Del Rivero
      Florida Bar No. 1003234 (*Admitted PHV*)
      Email: annelise.delrivero@hklaw.com
      Gabriel Godoy-Dalmau
      New York Bar No. 5668447
      Email: gabriel.godoy-dalmau@hklaw.com

      701 Brickell Avenue, Suite 3300

Miami, Florida 33131

and

Marisa Marinelli
31 West 52nd Street
New York, NY 10019
(212) 513-3200
Marisa.Marinelli@hklaw.com

*Attorneys for Plaintiff Sound Around, Inc.*