

**Partners:**
Kevin J. O'Neill ♦
Michael J. Byrne ■
Elaine C. Gangel ●
Albert Wesley McKee ■
Mark R. McCauley ●

**Senior Associates:**
John M. Rondello, Jr. ●
Paul Novak ○

Admitted in
● NY, NJ, & CT
■ NY, NJ & PA
♦ NY & NJ
○ NY & CT
● NY Only

26 Broadway, Third Floor
New York, NY  10004
Tel: (212) 422-9424
Fax: (212) 422-9429

November 7, 2025

**VIA ECF**
Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 1010

  Re: Sound Around, Inc. v. Friedman et al.
     Case No. 1:24-cv-01986
     **Our File # 1055-101**

Honorable Judge Parker:

  This office represents Defendants Executive Laundry, LLC and Executive Services (collectively, "Executive Laundry"). Counsel Michael J. Byrne and Paul Novak respectfully request permission to file a motion under seal to withdraw as Executive Laundry's counsel because it contains confidential information.

  Thank you for the Court's attention to this matter.

                 Respectfully,

                 Paul Novak, Esq.

**NEW YORK, NY**
212-422-9424

**SYRACUSE, NY**
315-218-9590

**NEW JERSEY**
973-778-7074

**CONNECTICUT**
203-327-7561