

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

November 11, 2025

**VIA CM/ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, New York 10007

    Re:   *Sound Around, Inc. v. Friedman et al.*
                *Case No. 1:24-cv-01986*

Dear Judge Cote:

    This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Friedman Defendants") in the above-referenced matter. As per Your Honor's June 10, 2025 Pretrial Scheduling Order (ECF Doc. No. 195), we write to inform the Court that the Friedman Defendants will be filing a motion for summary judgment on November 21, 2025.

    Thank you for your consideration.

                                            Sincerely,

                                            /s/Nicholas Fortuna

                                            Nicholas Fortuna

cc:    All counsel (via ECF)