# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Rebecca Canamero
305 789 7533
rebecca.canamero@hklaw.com

November 12, 2025

**VIA ECF**

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: *Sound Around, Inc. v. Friedman et al.,* Case No. 1:24-cv-01986-DLC-KHP

Dear Judge Cote,

    Pursuant to the Court's June 10, 2025 Pretrial Scheduling Order [ECF No. 195], Sound Around, Inc. hereby informs the Court that it intends to file a Motion for Summary Judgment on November 21, 2025.

                                    Respectfully submitted,

                                    HOLLAND & KNIGHT LLP
                                    By: */s/ Rebecca J. Canamero*
                                  Jesus E. Cuza (*Admitted PHV*)
                                  Florida Bar No. 428991
                                  Email: jesus.cuza@hklaw.com
                                  Rebecca Canamero (Admitted PHV)
                                  Florida Bar No. 86424
                                  Email: rebecca.canamero@hklaw.com
                                  Annelise Del Rivero
                                  Florida Bar No. 1003234 (*Admitted PHV*)
                                  Email: annelise.delrivero@hklaw.com
                                  Gabriel Godoy-Dalmau
                                  New York Bar No. 5668447
                                  Email: gabriel.godoy-dalmau@hklaw.com

                                  701 Brickell Avenue, Suite 3300
                                  Miami, Florida 33131

                                  and
                                  Marisa Marinelli
                                  31 West 52nd Street

New York, NY 10019
(212) 513-3200
Marisa.Marinelli@hklaw.com

*Attorneys for Plaintiff Sound Around, Inc.*

2