# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

November 19, 2025

*Via ECF*

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18B
New York, NY 10007-1312

      Re: *Sound Around, Inc. v. Friedman et. al.,* Case No. 1:24-cv-01986

Dear Judge Cote,

      We represent Plaintiff, Sound Around, Inc. ("Sound Around"). We are submitting this letter-motion pursuant to Local Rule 7.1 to respectfully request an enlargement of word-limitation in connection with Plaintiff's forthcoming Memorandum of Law in Support of its Motion for Summary Judgment (which will be filed by November 21, 2025). Plaintiff makes this request as it will be moving for summary judgment on several of its claims and several of Defendants' counterclaims, and additional space is needed to adequately brief these issues for the Court. Accordingly, Plaintiff respectfully requests the Court's permission to file a brief containing not more than 11,000 words.

      Thank you for your time and consideration.

Respectfully submitted,

*Granted.*
*[signature] Denise Cote*
*11/19/25*

HOLLAND & KNIGHT LLP

By: */s/ Annelise Del Rivero*
Florida Bar No. 1003234 (Admitted PHV)
Email: annelise.delrivero@hklaw.com