UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUND AROUND, INC.,

                Plaintiff,

v.

MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP, LLC, EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC, MDF MARKETING, INC., WORLD GROUP IMPORT, LLC, HEFEI PAIDONG OUTDOOR PRODUCTS CO., LTD.,

                Defendants.

CASE NO.
1:24-CV-01986-JHR

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 56 and the local rules of this Court, the undersigned will move before the Honorable **Denise L. Cote** on January 26, 2026 at 9:30 A.M. in the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 18B, New York, NY for an order granting summary judgment in favor of EXECUTIVE SERVICES and EXECUTIVE LAUNDRY, LLC on all claims:

This motion is based on the attached Memorandum of Law in Support of Motion for Summary Judgment, the accompanying Statement of Undisputed Material Facts, the Declaration of MICHAEL J. BYRNE, ESQ. and all exhibits referenced therein, and such other evidence as may be presented in the course of this proceeding.

Dated: New York, NY
       November 21, 2025

Respectfully submitted,

DEFENDANTS EXECUTIVE LAUNDRY, LLC AND EXECUTIVE SERVICES

By: */s/ Michael J. Byrne*
Michael J. Byrne, Esq.
Paul Novak, Esq.
BYRNE & O'NEILL, LLP
26 Broadway, Third Floor
New York, NY 10004
212-422-9424
mjb@bonlaw.com
pn@bonlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of November, 2025, a true and correct copy of the foregoing was served on:

Marisa Marinelli, Esq.
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200
Marisa.Marinelli@hklaw.com
Attorneys for Plaintiff Sound Around, Inc.

Nicholas Joseph Fortuna
Allyn & Fortuna LLP
400 Madison Avenue
Ste 10d
New York, NY 10017
212-213-8844
Email: nfortuna@allynfortuna.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Peter Seiden, Esq.
Milber, Makris, Plousadis & Seiden, LLP
1000 Woodbury Rd., Ste. 402
Woodbury, NY 11797
(516)-509-0432
Fax: (516)-712-4013
Email: pseiden@milbermakris.com
*ATTORNEY TO BE NOTICED*

via electronic filing with the Court.

           __/s/ Michael J. Byrne_____
           Michael J. Byrne, Esq.
           Byrne & O'Neill, LLP
           26 Broadway, 3rd Floor
           New York, NY 10004
           212-422-9424
           MJB@Bonlaw.com