UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X
SOUND AROUND, INC.,                                :
                                                   :
                        Plaintiff,      :   Case No.: 1:24-cv-01986
                                                   :
   v.                                              :
                                                   :
MOISES FRIEDMAN, SHULIM ELIEZER                    :   **NOTICE OF DEFENDANTS'**
ILOWITZ, ML IMPORTS, INC., CYRF, INC.,             :   **MOTION FOR**
LRI GROUP, LLC, EXECUTIVE SERVICES,                :   <u>**SUMMARY JUDGMENT**</u>
EXECUTIVE LAUNDRY, LLC, MDF                        :
MARKETING, INC., WORLD GROUP                       :
IMPORT, LLC, HEFEI PAIDONG OUTDOOR                 :
PRODUCTS CO., LTD.,                                :
                                                   :
                        Defendants.     :
———————————————————————X

      **PLEASE TAKE NOTICE** that the undersigned attorneys for Defendants MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP LLC, MDF MARKETING, INC., and WORLD GROUP IMPORT, LLC (collectively, the "Defendants") will move before the Hon. Denise L. Cote at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York as soon as this matter may be heard, for an Order granting Defendants summary judgment dismissing all claims in Plaintiff SOUND AROUND, INC.'s Complaint pursuant to F.R.C.P. 56, together with such other relief as this Court deems equitable and just.

      **PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendants will rely on the accompanying Statement of Material Facts, Declaration of Nicholas Fortuna and all exhibits annexed thereto, Declaration of Moises Friedman and all exhibits annexed thereto, Declaration of Shulim Eliezer Ilowitz and all exhibits annexed thereto, Declaration of Keith

1

Sterling and all exhibits annexed thereto, Declaration of Ross Hickman, CPA/CFF, CFE and all exhibits annexed thereto, and the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that the Defendants request oral argument.

Dated: November 21, 2025

                                      ALLYN & FORTUNA LLP

                                      By:       s/Nicholas Fortuna
                                                 Nicholas Fortuna
*Attorneys for Defendants*
400 Madison Avenue, Suite 10D
New York, New York 10017
(212) 213-8844
nfortuna@allynfortuna.com