UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SOUND AROUND, INC.,

                          PLAINTIFF,


        -against-      Case No.:
                    1:24-cv-01986-JHR


MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML
IMPORTS, INC., CYRF, INC., LRI GROUP, LLC,
EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC,
MDF MARKETING, INC., WORLD GROUP IMPORT,
LLC, HEFEI PAIDONG OUTDOOR PRODUCTS CO.,
LTD.,
----------------------------------------X


                 DATE:  October 29, 2025

                 TIME:  11:13 A.M.


        DEPOSITION of the Plaintiff,

SOUND AROUND, INC., by a Witness, ZIGMOND

BRACH, taken by the Defendants, pursuant to

an Order and to the Federal Rules of Civil

Procedure, held at the offices of Holland &

Knight LLP, 787 Seventh Avenue, 31st Floor,

New York, New York 10019, before Elizabeth

Keating, a Notary Public of the State of

New York.

1

2   A P P E A R A N C E S:

3

4   HOLLAND & KNIGHT LLP
    Attorneys for the Plaintiff
5   SOUND AROUND INC.
      701 Brickell Avenue, Suite 3300
6     Miami, Florida 33131
    BY:  JESUS E. CUZA, ESQ.
7     Jesus.cuza@hklaw.com

8

9   ALLYN & FORTUNA LLP
    Attorneys for the Defendants
10  MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML
    IMPORTS, INC., CYRF, INC., LRI GROUP, LLC,
11  MDF MARKETING, INC., WORLD GROUP IMPORT,
    LLC
12    400 Madison Avenue, 10th Floor
      New York, New York 10017
13  BY:  NICHOLAS FORTUNA, ESQ.
         MEGAN J. MUOIO, ESQ.
14    nfortuna@allynfortuna.com
      Mmuoio@allynfortuna.com

15

16
    BYRNE & O'NEILL LLP
17  Attorneys for the Defendants
    EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC
18    26 Broadway, 3rd Floor
      New York, New York 10004
19  (NOT PRESENT)

20
    ALSO PRESENT:
21
    SHULIM ILOWITZ
22
    MOISES FRIEDMAN
23
    JEREMIAH BRACH
24

25          *         *         *

Zigmond Brach
October 29, 2025

1

2    F E D E R A L   S T I P U L A T I O N S

3

4

5      IT IS HEREBY STIPULATED AND AGREED by and

6    between the counsel for the respective

7    parties herein that the sealing, filing and

8    certification of the within deposition be

9    waived; that the original of the deposition

10   may be signed and sworn to by the witness

11   before anyone authorized to administer an

12   oath, with the same effect as if signed

13   before a Judge of the Court; that an

14   unsigned copy of the deposition may be used

15   with the same force and effect as if signed

16   by the witness, 30 days after service of

17   the original & 1 copy of same upon counsel

18   for the witness.

19

20     IT IS FURTHER STIPULATED AND AGREED that

21   all objections except as to form, are

22   reserved to the time of trial.

23

24              *     *     *     *

25

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2    Z I G M O N D   B R A C H, called as a

3    witness, having been first duly affirmed,

4    by a Notary Public of the State of New

5    York, was examined and testified as

6    follows:

7              THE REPORTER:  Can you please

8         state your name for the record.

9              THE WITNESS:  Zigmond Brach.

10             THE REPORTER:  Can you please

11        state your address for the record.

12             THE WITNESS:  250 Seven Springs

13        Road, Monroe, New York 10950.

14             MR. CUZA:  So for the record,

15        it's Jesus Cuza, I do want to make

16        this statement.  The deponent is 74

17        years old, right, and his health is

18        not the best.  I thought that we were

19        gonna be videoed, and that would have

20        been picked up by the video.  I did

21        speak with opposing counsel, with

22        Mr. Fortuna, right, we will take as

23        many breaks as Mr. Brach has to take.

24        Obviously he needs to finish

25        answering the question, right, but we

Zigmond Brach
October 29, 2025

```
 1                ZIGMOND BRACH

 2         have to be paying attention to his

 3         health condition.  I'm only saying

 4         this, right, because I want the

 5         record to reflect this.  I also want

 6         to repeat that I spoke to Mr. Fortuna

 7         about this, and Mr. Fortuna had no

 8         objections and had no problems, so

 9         it's for the record.

10             MR. FORTUNA:  You didn't have

11         to state that.  I really -- we're

12         going to cooperate, you know,

13         whatever's needed.

14             MR. CUZA:  And I have no doubt

15         with regards to that.

16             MR. FORTUNA:  Okay.

17     EXAMINATION BY

18     MR. FORTUNA:

19         Q.   Good morning, Mr. Brach.  My

20     name is Nicholas Fortuna, I'm an attorney

21     and I'm with the firm Allyn and Fortuna, we

22     represent the Friedman defendants in an

23     action brought by Sound Around.  The

24     Friedman defendants are Moises Friedman,

25     Shulim Ilowitz, which I'll refer to as
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2      Lazer during this deposition, ML Imports,
3      CYRF Inc., LRI Group, LLC, MDF Marketing,
4      Inc., World Group Import, LLC.
5      Collectively I'll just refer to them as the
6      Friedman defendants, if that's okay.  It
7      makes it much easier.
8           A.    Okay.
9           Q.    So I'm here to take your
10     deposition.  I'll be asking you questions
11     which you will be required to answer.  The
12     Court Reporter will take down everything
13     that is said, and it will be prepared in a
14     transcript form for later use in this case.
15     The testimony you give today will be under
16     oath, subject to the penalties of perjury,
17     and it's as if you're testifying in Court.
18     Do you understand?
19          A.    No, what he say, if I would
20     testify in Court?
21          Q.    So the testimony you're giving
22     today is under oath.  Do you understand
23     that?
24          A.    (Indicating).
25          Q.    You have to verbalize your
```

```
1                    ZIGMOND BRACH

2    answers.

3         A.    Yes.

4         Q.    Okay.  And then the -- and it's

5    subject to penalties of perjury.  Meaning

6    if you don't tell the truth, you can be

7    charged with perjury.  You understand that?

8         A.    Yes.

9         Q.    So the testimony you're giving

10   today is equal to the testimony you would

11   give in Court in front of a judge.

12        A.    Yes.

13        Q.    Do you understand that?

14        A.    Yes.

15        Q.    The questions I'll be asking

16   today will be -- will concern the

17   litigation Sound Around brought against the

18   defendants, and counterclaims asserted in

19   that action.  If you don't hear a question

20   please speak up and I'll repeat it.  Is

21   that okay?

22        A.    Yes.

23        Q.    Okay.  If you don't understand

24   a question, please let me know and I'll

25   rephrase it.  Is that okay?
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2        A.    Yes.
 3        Q.    If you don't say anything, I
 4   will assume you heard and understand the
 5   question.  Is that okay?
 6        A.    Yes.
 7        Q.    You must verbalize all your
 8   responses because the Court Reporter can't
 9   transcribe nods or gestures of any type.
10   If you need to take a break at any time,
11   please let me know, we can take a break.
12   However, if there's a question pending, as
13   your attorney just said, you must answer
14   the question before we take the break.
15        A.    Yes.
16        Q.    Okay.  What's your date of
17   birth?
18        A.    October 21, 1951.
19             MR. FORTUNA:  Did you get that?
20             THE REPORTER:  Yes.
21             (Whereupon, the referred-to
22          answer was read back by the
23          Reporter.)
24        Q.    Where were you born?
25        A.    Germany.
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2        Q.    Are you a citizen of the United

3    States?

4        A.    Yes.

5        Q.    Have you ever been deposed

6    before?

7        A.    Yes.

8        Q.    Have you testified in Court?

9        A.    Yes.

10       Q.    Okay.  Was it business or

11   personal in those circumstances?

12       A.    What do you mean business or

13   personal?

14       Q.    Withdrawn.  How many times have

15   you testified either at -- at a deposition?

16       A.    We had lawsuits in injuries and

17   real estate.

18       Q.    Approximately how many times?

19       A.    More than five times.

20       Q.    More than five times, okay.

21             How many times have you

22   testified in Court?

23       A.    Two times maybe.

24       Q.    Okay.  The two times that you

25   testified in Court, what was the nature of

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2     the action in those cases?
 3          A.    One time is a bankruptcy case
 4     and one time was a witness.
 5          Q.    You were a witness in a case?
 6          A.    Yes.
 7          Q.    Okay.  The bankruptcy case, was
 8     that your bankruptcy that you filed or one
 9     of your companies?
10          A.    No, I was sued as a -- how you
11     call it?
12          Q.    Preferential payment?
13          A.    Yes, something like that, yeah.
14          Q.    Okay.  And the case that you
15     were a witness in, what kind of case was
16     that?
17          A.    It was a -- somebody claimed
18     that somebody stole some money.
19          Q.    Somebody stole -- repeat --
20          A.    Somebody took away money and --
21     and they called me to Court to -- to
22     testify for him.
23          Q.    In the depositions, what were
24     the nature of those cases?
25          A.    There were so many from -- it
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2      was mainly, like, injury claims.  Property
3      owner, property have injuries, people got
4      hurt and they -- the insurance company
5      makes you testify.
6           Q.    When was the last time you
7      testified at a deposition or in Court?
8           A.    That, I don't remember.
9           Q.    Have you taken any medication
10     today, or suffer from any medical condition
11     -- and this is important -- that would
12     impair your ability to truthfully and
13     accurately give testimony?
14          A.    No, I didn't.
15          Q.    Okay.  Have you ever been
16     convicted of a crime?
17          A.    No.
18          Q.    Have you ever been arrested?
19          A.    No.
20          Q.    Did you review documents in
21     preparation of your testimony here today?
22          A.    What do you mean, today?  No.
23          Q.    No, did you review any
24     documents in preparation for your
25     testimony?
```

Zigmond Brach
October 29, 2025

```
 1                   ZIGMOND BRACH

 2        A.    For today's date?

 3        Q.    Yeah.

 4              MR. CUZA:  Let me object and

 5         I'm going to give you instructions.

 6         Okay.  Nothing that you did with your

 7         attorneys is subject to the

 8         discovery, okay.  The -- if you

 9         reviewed documents with us, you can

10         say yes, you don't mention what

11         documents you reviewed with us.  Do

12         you understand that?

13              THE WITNESS:  I just review

14         just for the -- for five minutes I

15         was sitting here, reviewed, that's

16         all.

17        Q.    Other than what you reviewed

18   with your attorney, just a little while

19   ago, did you review any other documents?

20        A.    No.

21        Q.    Did you read any deposition

22   transcripts in preparation --

23        A.    No.

24        Q.    -- for today?

25        A.    No.
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2         Q.    What's the highest level of

3    education you've received?

4         A.    Besides Yeshiva, high school --

5    high school to the ninth grade, I went, and

6    then I went to Yeshiva.

7         Q.    So you went to secular school

8    until ninth grade and you switched --

9         A.    It's not secular.  Yeshiva is

10   secular school in the afternoon.

11        Q.    Okay.  Did you graduate from

12   high school?

13        A.    No.

14        Q.    What year did you leave high

15   school?  Withdrawn.

16              How many years did you go to

17   high school?

18        A.    High school just -- just did

19   one year, the ninth grade.

20        Q.    One year in high school?

21        A.    Yeah.

22        Q.    Did you ever take any

23   educational classes or have any other

24   formal education beyond that one year of

25   high school?
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2        A.    No.

 3        Q.    Do you hold any licenses or

 4   certifications?

 5        A.    When you say "license," driving

 6   license?

 7        Q.    I wasn't so much talking about

 8   a driver's license.  License, you know, a

 9   business license.  It could be a real

10   estate license, any kind of

11   certifications --

12        A.    No.

13        Q.    -- related to your business?

14        A.    No.

15        Q.    What was your first work

16   experience after you left school?

17        A.    I helped out my -- my mother.

18   She had remarried, I lost my father when I

19   was two, she remarried, and she was in the

20   electronic business back in 1960.

21   Photographs, 8-track tapes, 8-track

22   players, cassette players, this is back.

23              MR. FORTUNA:  Did you get that?

24              THE REPORTER:  Yes.

25        A.    Cassette players, 8-track
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2    players, photographs.

 3         Q.    And was that here in the United

 4    States?

 5         A.    Yes.

 6         Q.    So your mother had her own

 7    business that you worked in?

 8         A.    When I was -- when I was a

 9    teenager.

10         Q.    And how long did you work in

11    that business?

12         A.    Probably from -- probably seven

13    years.

14         Q.    The business of Sound Around,

15    is it an outgrowth of that business that

16    your mother had?

17         A.    Not the name, no.  It's the

18    product, yeah.

19         Q.    The product?

20         A.    Type of product.

21         Q.    Did you take over your mother's

22    business?

23         A.    No.

24         Q.    And then -- it was a separate

25    business altogether?
```

Zigmond Brach
October 29, 2025

```
 1                     ZIGMOND BRACH
 2        A.    Yes, yes, yes, they retired.
 3   My brother took one part, their part, and I
 4   went.  They paid me out and I started my
 5   own.
 6        Q.    Okay.  So just so I understand,
 7   your brother bought you out of your
 8   mother's business and then you started your
 9   own?
10        A.    We split up because they
11   retired.
12        Q.    Okay.  Now, you started Sound
13   Around?
14        A.    Yes.
15        Q.    What year did you start Sound
16   Around?
17        A.    1977.
18        Q.    What were you doing just before
19   you started Sound Around?
20        A.    I worked for my mother's
21   business.
22        Q.    You worked for your mother
23   right up until you --
24        A.    Yes.
25        Q.    -- started Sound Around?  Okay.
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2                    Would you describe the nature

3     of the business when you started Sound

4     Around?

5          A.    It was -- I was importing from

6     Japan, from Taiwan, Korea, products.

7          Q.    And what kind of products?

8          A.    The electronic field.

9          Q.    Did you have a particular store

10    or how -- were you a wholesaler or

11    something else?

12         A.    I was a wholesaler.  I had a

13    warehouse.

14         Q.    So you sold to retail outlets?

15         A.    Jobbers, distributors.

16         Q.    Did that change, that form of

17    business, at any point?

18         A.    Later on it became online

19    business, that business kind of very

20    limited distributors kept on going down and

21    down and down, and now mostly it's 80

22    percent is online business.

23         Q.    Okay.  Did you ever transition

24    to a retail store?  Did you ever have a

25    retail store as part of Sound Around?
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2        A.    When I did a lot in the car

 3   stereo I had installation business.

 4        Q.    Installation?

 5        A.    Car -- stereo installation.

 6        Q.    For cars?

 7        A.    Part of the wholesale, yeah,

 8   radios for cars, speakers, those items.

 9        Q.    So -- and what kind of location

10   was that?

11        A.    In Brooklyn.

12        Q.    Was it a store location where

13   people brought their cars to have radios

14   installed?

15        A.    Yes.

16        Q.    And how long was that in

17   operation?

18        A.    I don't remember, it's a lot of

19   year.  Maybe four, five years.

20        Q.    I'm just going to jump up to

21   the present day at this point, okay, just

22   get a sense.

23              What's your position now at

24   Sound Around?

25        A.    When you mean position, what do
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2    I do?
3         Q.    I'll get to that in a second.
4    Did you have a title?
5         A.    Owner.
6         Q.    I'm sorry?
7         A.    I'm the original owner.
8         Q.    Okay.  Are you president; do
9    you have an officer title or anything like
10   that?
11        A.    I would imagine president, yes.
12        Q.    Okay, and what are your duties
13   and responsibility at Sound Around?
14        A.    Right now?
15        Q.    Yeah.
16        A.    Mainly I handle how to stuff,
17   to load the containers --
18        Q.    I'm sorry, say that again?
19        A.    To load the container and the
20   -- get the right shipping cost for
21   containers.  And I make sure the payments
22   for vendors overseas are properly priced
23   and no overcharge.  Overcharge meaning
24   mistakes.
25        Q.    When you say "vendors," you're
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2      talking about manufacturers and things like
 3      that?
 4           A.    Manufacturers, yes.
 5           Q.    I understand also that you
 6      negotiated the prices of the product that
 7      you purchase from manufacturers?
 8           A.    It's the product that I've been
 9      purchasing way back, the ones I been
10      handling.
11           Q.    Okay.  Do you have a group of
12      products that you handle?
13           A.    It's mainly in the -- it's
14      mainly in the car amplifiers from my old
15      type of business.
16           Q.    Audio products and things like
17      that?
18           A.    Audio product, yes.
19           Q.    The products that were sourced
20      by Ilowitz and Friedman, did you negotiate
21      the prices with the manufacturers on those
22      products?
23           A.    No.
24           Q.    Never?
25           A.    No.
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2         Q.    Did you place the orders for

3    those products?

4         A.    No.

5         Q.    Were you ever involved, at all,

6    in reviewing those products?

7         A.    No.  Just by -- when the --

8    when the shipments went out, just to make

9    sure the loading is good, whatever.

10        Q.    Who negotiated the prices for

11   those products?

12        A.    It wasn't me, so I don't know.

13        Q.    Do you know who negotiated the

14   prices for the products that were sourced

15   by Ilowitz and Friedman?

16        A.    I imagine that they make the

17   decisions on the prices, I don't know.  I

18   didn't do it.  They might be different

19   buyers.  We had more than one.  We had

20   different buyers, too, before, but they all

21   type of goods that I had before, familiar

22   with.  I kind of knew prices and knew what

23   to do with it.

24        Q.    Okay.  I just want to, for now,

25   focus on the -- on Friedman and Ilowitz,
```

Zigmond Brach
October 29, 2025

```
 1                   ZIGMOND BRACH

 2      and the products that they were sourcing

 3      for Sound Around, okay.  Was anyone at

 4      Sound Around responsible for negotiating

 5      those prices with the manufacturers?

 6           A.    Not that I know, somebody else.

 7           Q.    You don't know?

 8           A.    No.

 9           Q.    It's not something you're aware

10      of?

11           A.    That somebody else?  I mean,

12      could be sometimes we would cross-check,

13      but I wasn't the one dealing with.

14           Q.    Okay.  Would any of your sons

15      negotiate those prices with the

16      manufacturers?

17           A.    I wouldn't know.

18           Q.    You wouldn't know?

19           A.    No.

20           Q.    Who would be responsible for

21      ordering the products from the

22      manufacturers that Ilowitz and Friedman

23      sourced for Sound Around?

24           A.    I don't know the words for me

25      -- I don't know if let's say the -- they
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2      worked for me 10 years, I had never had any
 3      negotiations or discussions with them on
 4      their products.  Probably my sons did.
 5           Q.    I'm not trying to ask you about
 6      your negotiations or discussions --
 7           A.    Not negotiations, but I never
 8      spoke to them, even know what they're
 9      buying.  I never had, with them, sitting
10      down with them, by table, we're having a
11      meeting.
12           Q.    Okay, that's helpful.  What I'm
13      trying to find out is, like, who at Sound
14      Around was responsible for ordering the
15      products that Ilowitz and Friedman sourced;
16      do you know?
17           A.    If it wasn't them, it's
18      probably gonna be Jerry or Abe.
19           Q.    But not you?
20           A.    No.
21           Q.    And I --
22           A.    Excuse me one second, you're
23      asking me till they were at the company,
24      right, or you're asking me past that?
25           Q.    Well, okay, just a framework.
```

Zigmond Brach
October 29, 2025

```
1                ZIGMOND BRACH
2    My understanding is they stopped
3    transacting business with Sound Around in
4    January, January of 2024.
5         A.    Okay.  So let's go to then.
6         Q.    So it would be before that
7    period that I'm asking you about.
8         A.    Okay, then I answered you then.
9    Because after that period I was the one
10   that once I -- once we let them go, it was
11   a little bit short of help, so I negotiated
12   -- so I start with the factories,
13   negotiating, telling them they left my
14   company, whatever violations they did, and
15   thank God it was a good thing from God that
16   every factory lowered me the price 5 to 10
17   percent to 20 percent sometimes.
18        Q.    So -- so I understand what
19   you're saying --
20        A.    I had to pick up someplace.
21        Q.    -- you -- you started
22   negotiating with the manufacturers that
23   produced the product that they sourced
24   after January 2024; is that correct?
25        A.    Yes, a lot of stuff was still
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2   open orders which I had to negotiating
 3   because I knew what was happening with the
 4   prices, and I started to negotiate; you
 5   want me to take over the goods you have to
 6   come down in the price, and they all
 7   agreed.
 8        Q.    Okay.  So I understand you
 9   contacted the manufacturers, and you said
10   if you want me to continue buying these
11   goods they have to lower the price?
12        A.    Yes.
13        Q.    And they did?
14        A.    Yes.
15        Q.    Okay.  And you had some open
16   orders, at that time, and you weren't going
17   to take them unless they lowered the price;
18   is that right?
19        A.    Yes.
20        Q.    And you were successful in
21   that?
22        A.    Very successful.
23        Q.    Okay.  Okay.  Do you continue
24   to negotiate with the manufacturers on
25   those goods now?
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2          A.     Not necessarily.  I can't know
 3    particularly, but most of it, it's -- we
 4    have somebody automatic that looks over
 5    product if we need, and the orders.  We
 6    have a new staff that orders the goods.  If
 7    we need to continue, we run low, and I
 8    might -- and I helped him out a little bit
 9    to negotiate, but I've not been so well so
10    I wasn't -- they hired, got new people in
11    there.
12          Q.     When you say you're not so
13    well, you're talking about your health
14    condition?
15          A.     Yes.
16          Q.     I'm sorry about that.  Just
17    going back, for what period of time did you
18    take over negotiations with the
19    manufacturer for products sourced by
20    Ilowitz and Friedman?  So if it began in
21    January 2024, until what date did you,
22    approximately, did you continue to be the
23    person manufacturing --
24          A.     I'm still training in.  We're
25    still working and training in a new guy to
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2    do it, but I work together with him,
 3    placing orders --
 4          Q.    So you're still doing it now
 5    with someone else?
 6          A.    I'm doing with someone else,
 7    but not as much until somebody else takes
 8    me over.
 9          Q.    What's the name of the person
10    who took over the ordering?
11          A.    Shlem Desser (phonetic).
12                MR. FORTUNA:  Do you have that?
13                THE REPORTER:  Shlem Desser.
14          Q.    Can you spell that?
15          A.    D-E-S-S-E-R.
16          Q.    And what's his role at Sound
17    Around?
18          A.    He checks over the items that
19    we need, that we're running low on.  That's
20    all the items, he checks it.
21          Q.    He's not a buyer, he's just a
22    manager?
23          A.    He's not -- he doesn't source
24    out product if that's what you mean.
25          Q.    Yeah.
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2         A.    He doesn't source out product.

3         Q.    So he's managing the inventory,

4    let's say?

5         A.    Yes.

6         Q.    Okay.  And does he -- he does

7    that for the whole company or just the

8    goods that Ilowitz and Friedman --

9         A.    No, no, for the whole company.

10        Q.    Whole company.  And when did he

11   start?

12        A.    Probably a year ago.

13        Q.    Did you get any new buyers to

14   replace Ilowitz and Friedman?

15        A.    That, I don't know yet.  You

16   have to ask -- excuse me -- you have to ask

17   Abe, my son Abe, who hire new buyer because

18   it's a lot of new people, I don't know

19   who's what and what is what.

20        Q.    So there're a lot of new people

21   at Sound Around you're not familiar with?

22        A.    About four, five people.

23        Q.    Four or five people.  And

24   you're not sure what their role is?

25        A.    Not exactly, no.

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2        Q.    I'm going to start out with
 3   some basic questions, they're obvious
 4   answers.  You know, just for the transcript
 5   I'm going to ask it in a certain way.  Are
 6   you familiar with an individual named
 7   Moises Friedman?
 8        A.    Sure.
 9        Q.    And how are you familiar with
10   him?
11        A.    How long or when?
12        Q.    How, how do you know him?
13        A.    My son Abe is a brother-in-law
14   with him, which he gave him a stinky
15   daughter for him and...
16        Q.    You don't like his wife?
17        A.    He knows, they all know.  Let's
18   not get into that.  They have eight kids
19   and they should let them be healthy.  So he
20   said that he -- when he get a guy, he
21   worked for somebody that was doing kitchen
22   cabinets, that's a brother-in-law of his,
23   supposedly he's not happy there, and he
24   could bring him in to run my warehouse.
25   And we were looking for somebody, we had a
```

```
1                    ZIGMOND BRACH

2    problem, warehouse, which is in Orange

3    County, New York, and this is how he came

4    out, to manage the warehouse.

5         Q.    And was that in 2013?

6         A.    That's when he started, I don't

7    know which day exactly he started.  I don't

8    know.  I don't have the exact date in my

9    head, but the day when he started --

10        Q.    Was it approximately 2000 --

11   sorry.

12        A.    I don't remember, probably in

13   that time.  Makes sense.

14        Q.    Okay.

15             MR. CUZA:  But let me say this,

16         it's -- Ziggy, you're doing the right

17         thing, but if you don't remember

18         don't -- you don't remember.

19             THE WITNESS:  I don't.

20             MR. CUZA:  So because we want

21         to make sure we get a correct record,

22         right, so now Mr. Fortuna's doing his

23         job by asking you to try to see if

24         you remember something, but if you

25         don't remember, then just say you
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2         don't remember, that's fine.
 3              THE WITNESS:  Okay.
 4              MR. CUZA:  Okay.
 5              THE WITNESS:  I don't remember,
 6         but it's record of all those things,
 7         when he started.
 8              MR. CUZA:  That's a fair
 9         statement.
10              MR. FORTUNA:  I understand
11         what's going on, I'm not going to
12         trick him into anything.  I'm just
13         helping move this along.  You
14         probably see that, but I'm moving
15         this along.
16              MR. CUZA:  I don't have a
17         problem with what you're doing at
18         all.
19              MR. FORTUNA:  I'm just saying,
20         you don't have to worry and jump in
21         like that.
22              MR. CUZA:  No, I understand
23         that, but we're -- we have to take
24         care of the record, too, right, so
25         the -- right, so please, go ahead.
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2        Q.    All right, I'm going to
 3   continue.  Are you familiar with an
 4   individual named Shulim Ilowitz or Lazer
 5   Ilowitz?
 6        A.    Yes.
 7        Q.    Okay.  And how are you familiar
 8   with him?
 9        A.    He used to was a -- he used to
10   -- he was in the office every day, almost.
11   I mean, when I was there.
12        Q.    He was a buyer?
13        A.    He was a buyer, yes.
14        Q.    Okay.  And when he first
15   started, he started out selling overstock
16   items for Sound Around?
17        A.    That, I wouldn't know.  Abe
18   would know.
19        Q.    Okay.  And he began working
20   around 2019?
21        A.    Again, I don't remember the
22   exact dates.
23        Q.    In March of 2024, Sound Around
24   filed an action against Mr. Friedman,
25   Mr. Ilowitz, among other entities; is that
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2     correct?

3         A.    Yes.

4         Q.    Okay.  Drawing your attention

5     to Mr. Friedman.  In 2013 he worked as a

6     warehouse manager located in Monroe, New

7     York; is that correct?

8         A.    That's Orange County, yes.

9         Q.    Okay.

10        A.    It's not -- the warehouse

11    wasn't Monroe, the warehouse was in

12    Mountainville.

13        Q.    Oh, okay.  At that time

14    Mr. Friedman was paid $1,000 a week for his

15    role as a warehouse manager; is that

16    correct?

17        A.    I -- I didn't do anything in

18    the payroll, I was not involved.  Abe

19    probably knew what the amount was, I wasn't

20    involved.

21        Q.    At that time, what were

22    Mr. Friedman's duties and responsibility as

23    warehouse manager?

24        A.    What a warehouse manager

25    supposed to do.  Warehouse person supposed

Zigmond Brach
October 29, 2025

1                        ZIGMOND BRACH

2      to get orders, ship it out, make sure he

3      has employees, to unload the containers,

4      pull orders and ship it out.  That's what a

5      warehouse guy, manager, supposed to do.

6           Q.    Jumping ahead to June of 2018.

7      I understand Sound Around entered into a

8      written agreement with Friedman, a written

9      employment agreement, are you familiar with

10     that?

11          A.    I don't have anything to -- I

12     was not involved in that.

13          Q.    Okay.  And did you ever see an

14     employment agreement that was between Sound

15     Around and Friedman?

16          A.    Only after the -- after the

17     lawsuits, not -- not before.

18          Q.    Okay.  Did you read that

19     agreement?

20          A.    Not so perfectly.

21          Q.    I'm --

22          A.    No, I'm not good in --

23          Q.    I just couldn't hear you.

24          A.    I'm not good in Jewish

25     language.

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2         Q.    Okay.  Did you see that there
3    was an English translation?
4         A.    After the Court case there was
5    a translation.
6         Q.    Did you read the English
7    translation?
8         A.    No, no, not really.
9         Q.    No, okay.  Do you know who
10   drafted that agreement?
11        A.    Now I know.
12        Q.    Who was that?
13        A.    Some rabbi.
14        Q.    At that time you had no idea
15   that that agreement was going into effect?
16        A.    No.
17        Q.    You weren't aware of the terms
18   or anything like that?
19        A.    No.
20        Q.    Were you aware of the role that
21   Friedman had at the company after June of
22   2018?
23        A.    I know once we got another
24   warehouse manager replaced, he came into
25   the office and was working there.
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2        Q.    Okay.  And was he working as a

3   buyer?

4        A.    He was working as a buyer, yes.

5        Q.    Okay.  And at that time, what

6   was his compensation for working as a

7   buyer?

8        A.    I wasn't involved in the

9   negotiation with him.

10       Q.    Okay.

11       A.    It was Jerry or Abe.  Jerry or

12  Abe, I think.  I was not involved with the

13  formula of the negotiation.

14       Q.    I understand at the end of 2018

15  you directed Jack Tieberg to take Friedman

16  off payroll; do you recall that, or is that

17  correct?

18       A.    That's a lie.  We heard those

19  lies that you asked my other sons.  He --

20  he went -- he did -- the way I understand

21  what happened, he -- he was taking food

22  stamps, unemployment, Medicaid, everything

23  else from the day he was born.  And if he

24  would get this big big paychecks, whatever,

25  million dollar paychecks, he cannot -- he
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2    cannot get those things, government

3    assistance.

4         Q.    Okay.  So -- so just so we're

5    clear, you never told Jack Tieberg to take

6    him off payroll?

7         A.    No.

8         Q.    Okay.  And are you aware of the

9    situation how Friedman was removed from

10   payroll?

11        A.    No.

12        Q.    You don't know what the

13   circumstance was?

14        A.    No, no.

15        Q.    Okay.  Are you aware at some

16   point Sound Around stopped paying Friedman

17   in payroll, through payroll?

18        A.    No.

19        Q.    Okay.

20             MR. CUZA:  Just for the record,

21         when you're talking about payroll,

22         you're talking about W2?

23             MR. FORTUNA:  I'm about to

24         explain that.  I'm just about to get

25         to that.
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2              MR. CUZA:  Because you're using
 3         payroll, how can he understand what
 4         payroll means.
 5              MR. FORTUNA:  Well, Sound
 6         Around's payroll -- just bear with
 7         me.
 8              MR. CUZA:  No -- okay.
 9         Q.   At some point did Sound Around
10    stop issuing Friedman a W2 for the
11    compensation he was receiving?
12         A.   I wouldn't know.
13         Q.   At some point did Sound Around
14    start issuing 1099s for money it was paying
15    him?
16         A.   I wouldn't know.
17         Q.   Okay.  So you're not familiar
18    with the circumstances surrounding
19    switching from a W2 to a 1099?
20         A.   No, I don't take care of the
21    accounting on that.
22         Q.   Okay.  And you're not familiar
23    with the circumstances of him going from
24    being on Sound Around's payroll to not
25    being on the payroll; is that correct?
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2         A.    I don't know when that

3    happened, or when it was.

4         Q.    Did you -- other than me asking

5    you today, did you ever become aware that

6    Friedman went from a W2 employee to 1099?

7         A.    I didn't know the difference or

8    anything.  I know he made a million

9    dollars, I don't know how it was done.

10        Q.    Okay.  What I'm asking you is a

11   different question.  Prior to me asking you

12   today, about the fact that Friedman went

13   from a W2 employee to 1099 recipient --

14        A.    I didn't know when that

15   happened.

16        Q.    -- when was the first time you

17   heard about that?

18        A.    When this whole thing blew up.

19        Q.    During the litigation?

20        A.    Before.  I mean, when we found

21   out what they did to the company.

22        Q.    I'm just trying to pinpoint a

23   time when you found out that he was a 1099.

24        A.    I don't know when the case

25   start.  After, after they left.
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2        Q.    After, okay.  Was it during the

 3   litigation?

 4        A.    Could be before, after, I don't

 5   know when exactly.

 6        Q.    But it was after January 2024?

 7        A.    Correct.

 8        Q.    During the time that Friedman

 9   was a 1099, did Sound Around pay payroll

10   taxes associated with the money that

11   Friedman was paid?

12        A.    I wouldn't know.

13        Q.    You said I don't know?

14        A.    I don't know.

15        Q.    Okay.  I just didn't hear.  And

16   I'm presuming that you don't know whether

17   or not Sound Around paid employer share of

18   Social Security while he was receiving a

19   1099?

20        A.    I wouldn't know either.

21        Q.    Other than being aware that

22   Friedman was a buyer, were you familiar

23   with his role in transactions with Sound

24   Around?

25        A.    What do you mean?  What do you
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2    mean by that?
3         Q.    Well, did you know anything
4    else about what he was doing?
5         A.    He was -- he worked as a buyer,
6    then he worked as a seller on the
7    ecommerce.  I don't know if you mean that.
8         Q.    I'll try to ask it in a
9    different way.  Were you familiar with the
10   duties and responsibilities that Friedman
11   undertook while he transacted business with
12   Sound Around?
13        A.    I don't understand your
14   question.  He was a buyer, he was a seller,
15   so what does he want to know?  He didn't
16   have --
17        Q.    I'm saying beyond that.  Do you
18   know anything about the interactions
19   Friedman had with Sound Around?
20        A.    I'm -- not that I know of
21   anything else.
22        Q.    Just to be clarified, do -- are
23   you familiar with the payment structures of
24   paying Friedman over the course of time
25   that he transacted business with Sound
```

Zigmond Brach
October 29, 2025

```
 1                 ZIGMOND BRACH
 2   Around?
 3        A.    Till the day he left?
 4        Q.    Yeah.
 5        A.    I didn't know how he was
 6   getting paid, which way, no.
 7        Q.    Or even, like, how it was
 8   calculated; do you have any familiarity?
 9        A.    (Indicating).
10        Q.    You have no information about
11   that?
12        A.    I don't understand those
13   programs, and the other things I have, no
14   idea.
15        Q.    No idea about how his
16   commissions were calculated?
17        A.    No, I have no idea.
18        Q.    Or how expenses were deducted?
19   Do you have a familiarity how expenses were
20   deducted from the profit to calculate the
21   commissions for Friedman?
22        A.    No, I just knew the cost.  I
23   just knew certain cost, beginning, the way
24   I had it set up 30 years ago, 35 years ago,
25   to know when you sell product, just to know
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2    what prices you should sell it for.

 3         Q.    So were you -- did you -- were

 4    you involved in reviewing reports relating

 5    to expenses or commissions that were

 6    produced by your system called power BI?

 7         A.    No idea, I never saw it.

 8         Q.    What about your back office

 9    system?

10         A.    What do you mean back office

11    system?

12         Q.    I'm --

13         A.    I don't know what you mean back

14    office system.

15         Q.    Do you have -- did you have a

16    system in the --

17         A.    I just -- I have a system that

18    I have 35 years already, my company, we

19    call it the blue system.  That's the only

20    one I use.  I don't use anything else.

21         Q.    Okay.  On the blue system,

22    okay, are you aware of any information

23    relating to the commissions or expenses

24    that were deducted from the profit

25    associated with calculating the
```

Zigmond Brach
October 29, 2025

```
 1                  ZIGMOND BRACH
 2    commissions?
 3         A.    That doesn't have any of those
 4    programs.  The blue system simply has
 5    inventory, receivable, that's it.
 6         Q.    Inventory and receivable, so
 7    nothing to do with Friedman or Ilowitz on
 8    the blue system?
 9         A.    No.
10         Q.    Okay.
11              MR. FORTUNA:  I just want to
12         take a minute to talk to my clients
13         and come back, okay.
14              (Whereupon, a short recess was
15         taken.)
16    BY MR. FORTUNA:
17         Q.    So what I'm going to do,
18    Mr. Brach, is I'll ask you about a
19    particular topic and if you have no
20    information about those topics, I'll move
21    on.  This way we can get through this
22    quickly and let you go.  If there's
23    something you know about, we'll clear that
24    up, but I don't want to -- I see there's a
25    lot that you aren't involved in, so if
```

Zigmond Brach
October 29, 2025

```
 1                ZIGMOND BRACH
 2    you're not aware, we can find out and move
 3    on.
 4              So with respect to just
 5    clarifying about information that's in your
 6    systems, with respect to calculating landed
 7    cost and using that to calculate
 8    commissions, were you familiar with that or
 9    were you involved in that in any way?
10         A.    What do you mean the landed
11    cost?
12         Q.    Okay.  You know, shipping cost
13    and how --
14         A.    You're talking shipping,
15    there's inbound shipping, there's outbound
16    shipping, so which one are you -- I know
17    what containers cost, so I got to know.
18    That's called inbound shipping.
19         Q.    Okay.  On the inbound
20    shipping --
21         A.    Yes.
22         Q.    -- okay, there are costs
23    associated with the product and their
24    calculations that Sound Around did to
25    determine what costs should be -- expenses
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2     should be deducted from profit.  Were you

3     involved in that at all?

4          A.    I know it should be added to

5     cost, I don't know what expense deduct from

6     profit.

7          Q.    So you weren't involved in

8     calculating --

9          A.    Deducting.

10         Q.    -- calculating the profits?

11         A.    Profits, no, just the cost of

12    landing.

13         Q.    And in determining what costs

14    should be used in calculating the profits,

15    were you involved in that?

16         A.    I just told you, in the profits

17    I was not involved in.  Just to know what

18    my staff should know, what a cost is, which

19    is commission or not, how do they know this

20    bottle cost them 10 cents, now I got to

21    sell it for 20 because I want to make sure

22    we at the right cost.

23         Q.    But you weren't involved in

24    calculating it?

25         A.    I wasn't involve in

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2    calculating.
3         Q.    What about the tariff, keeping
4    track of tariffs, were you involved in that
5    at all?
6         A.    What about keeping in tariffs?
7         Q.    How much Sound Around was
8    charged in tariffs, were you keeping track
9    of that at all?
10        A.    How much was charged?
11        Q.    How much Sound Around had to
12   pay in tariffs.
13        A.    Total amount, particular item?
14   I mean, there's 100 different categories,
15   so I can't understand what you mean.
16        Q.    Sure.  What I'm trying --
17        A.    See what I'm trying -- I'll try
18   to answer you in advance.  One of the
19   2024 --
20             MR. CUZA:  Ziggy, let him ask
21          his question, right, and then -- and
22          then -- but listen to me for a
23          second --
24             THE WITNESS:  We cut it shorter
25          that way.  We cut it shorter.  We pay
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2          duty, we pay duty general.  We don't
3          know the rates, the dollar, but we
4          pay duty on the cost of goods.  Those
5          guys inflate the prices by 20 percent
6          that I paid duty for every dollar,
7          which I found out afterwards, but the
8          company lower me the prices.  I got
9          screwed two times because I also paid
10         duty for more value than really the
11         value was.
12         Q.    Okay.  Can you explain how that
13    worked?
14         A.    How that works?  If a thing
15    supposed to cost the duty rate is what I
16    think it's supposed to cost, now if
17    somebody goes and he says to a company in
18    China, do me a favor, don't bill it for
19    $10, bill it for $12, $2, bill it, I'm
20    buyer, and I can get it, I'll approve it
21    for $12.  So I pay $2 extra duty on it.
22    Now is that understandable or not?  If not,
23    you can ask those two bums that.
24              I had to pay more duty,
25    millions of dollars.  Because if -- because
```

Zigmond Brach
October 29, 2025

```
1              ZIGMOND BRACH

2    how do I know?  Because they lowered the

3    price.  Next month I paid less duty on the

4    product because they inflated it, and they

5    want to say that I cheated them.  I pay --

6    and our cost is building, insurance, ocean

7    freight, building, fire insurance, product

8    liability, that's over 2 percent.  Any

9    product that I sell, I paid 2 percent

10   because we have lawsuits, we have product

11   liability, and we have -- we have ocean

12   freight, and we have warehouse insurance.

13   It's called fire insurance or theft,

14   warehouse theft.

15        Q.   All those items that you talked

16   about, those costs, were you involved in

17   keeping track of them?

18        A.   I didn't keep track.  A product

19   had to have the cost of the goods, it's a

20   fee.  You pay insurance more than you sell

21   it for, you lost money.  So you have to

22   know the cost of the product.

23        Q.   Right, and I understand that --

24        A.   The profit, I don't know, I

25   don't know anything how it gets the profit
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2    share.  But that, that part, I know.  Not

3    to do with them, have to do with for 35, 40

4    years.

5         Q.    So conceptually I understand

6    that you have to sell the product for more

7    than your cost, I get that.

8         A.    Right.

9         Q.    What I'm just trying to find

10   out, at Sound Around, while they were

11   transacting business with you -- by "they"

12   meaning Friedman and Ilowitz -- were you

13   keeping track of all those costs, like

14   individually?

15        A.    No, we have a new item, it gets

16   put in, in a certain formula.

17        Q.    And who took care of that?

18        A.    What do you mean?  We have FOB

19   cost and we put it in a formula.  I didn't

20   put it in.

21        Q.    Did you create the formula?

22        A.    This was something 35, 40 years

23   ago.

24        Q.    And what's the formula?

25        A.    We have a formula, duty,

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2    freight, and a cost, but some of the cost

3    is so -- we just took, like, a percentage

4    and we put it into the landed cost.

5    Because it's -- it's not deduct and where,

6    some containers get stripped.  Some

7    containers the customs open up, it cost you

8    $10,000 and so many things.  So we took a

9    bunch between, like, 4 percent, like,

10   generally make it comfortable, so we don't

11   work for a loss.

12        Q.    And who managed that, by

13   keeping track of that?

14        A.    What do you mean?  It's not a

15   track, we did a formula in advance.  We

16   didn't push in ten lines, we just try to

17   take a formula and threw in a certain

18   percentage.

19        Q.    And where is that formula

20   maintained?

21        A.    What do you mean maintained?

22        Q.    Where is that formula located?

23        A.    It's not a formula.  We have a

24   page that puts in the line of duty,

25   trucking, if we have to pay commission, if
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2      we have to pay extra boxes.  It's -- it has
3      two, three, column.  A lot of things are
4      not the same.  There's containers that you
5      can fill in more goods because it's not so
6      heavy.  Some containers don't get filled
7      up.  It's not water, the packing.  Now, if
8      you have a measurement and a container,
9      which those dumb bats never knew, because I
10     know, they complain to me about the
11     container cost, which is full of crap, I'll
12     prove them every container we paid more
13     than he thinks.  If we add in all those
14     things.  Once you caught them, once you
15     caught those thieves, then they realized
16     oh, you stole from me 10 years ago, so now
17     I can steal from you.
18          Q.    Okay.  I don't want --
19          A.    They never approve themselves.
20     You know what, I'm 73 years old, I'm not a
21     shmuck, and you're not going to make me
22     idiot.
23               MR. FORTUNA:  Do you want to
24          take a break for a minute?
25          A.    No, because he comes with
```

Zigmond Brach
October 29, 2025

```
1                ZIGMOND BRACH
2     things like --
3               MR. JEREMIAH BRACH:  Listen,
4          you're taking an unhealthy person and
5          you're very bright, but you're
6          taking --
7               THE WITNESS:  Taking me.  You
8          don't believe, as an attorney -- Abe
9          Glance told you that I'm a thief.
10              MR. FORTUNA:  Abe Glance didn't
11         tell me anything.
12              THE WITNESS:  Don't tell me, I
13         know more than you know.
14              MR. CUZA:  Please, everybody,
15         wait.
16              THE WITNESS:  I know the grand
17         rabbi, I know.
18              MR. CUZA:  We're gonna take a
19         break.
20              THE WITNESS:  I know -- I know
21         the whole game with them, okay.
22         Don't tell me Abe Glance didn't tell
23         you.
24              MR. CUZA:  Okay, let's take a
25         break.
```

Zigmond Brach
October 29, 2025

```
 1                ZIGMOND BRACH

 2             THE WITNESS:  Take a break,

 3        take whatever you want, do whatever

 4        you want.

 5             MR. CUZA:  Just two minutes.

 6             (Whereupon, a short recess was

 7        taken.)

 8   BY MR. FORTUNA:

 9        Q.    Are you familiar with a program

10   at Sound Around where customers are given

11   rebates or gift cards for writing reviews?

12        A.    No idea.

13        Q.    I'm sorry?

14        A.    No.

15        Q.    Are you aware of one existing

16   at Sound Around?

17        A.    What?

18        Q.    Are you aware of the existence

19   of that program at Sound Around?

20        A.    No.

21        Q.    Did you -- so you're not aware

22   of that at all?

23        A.    No.

24        Q.    I'm going to show you what's

25   been marked as Defendants' I at Jerry
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2     Brach's deposition, dated May 13, 2025.

3     Would you take a look at this document.

4     (Handing).

5          A.    (Complies).  I'm sorry, I can't

6     read it.  If you want me to read it, I

7     can't read it.

8          Q.    Have you seen those documents

9     before?

10         A.    No.

11         Q.    You see that they are letters

12    to customers to get --

13         A.    I can't read it.

14         Q.    -- rebates?  Oh, you can't read

15    it?

16         A.    I can't read it.

17              MR. CUZA:  Are you going to

18         mark it?

19              MR. FORTUNA:  We decided

20         yesterday we are going to use the

21         same markings in prior depositions,

22         if you're okay with that.

23              MR. CUZA:  That's fine.  So

24         you've marked this Defendants' I, is

25         it I?
```

Zigmond Brach
October 29, 2025

```
1              ZIGMOND BRACH
2         MR. FORTUNA:  Yeah.
3         MR. CUZA:  I.
4         MR. FORTUNA:  At -- I just
5    stated that for the record, that it
6    was marked as Defendants' I at
7    Jeremiah Brach's deposition on May
8    13, 2025.
9         MR. CUZA:  Okay, okay.  So do
10   you have another copy or no?
11        MR. FORTUNA:  Yeah, yesterday
12   -- you don't have any?
13        MR. CUZA:  No, no.
14        MR. FORTUNA:  Okay.
15        MR. CUZA:  But if you're done
16   with that, I can just leave it.
17   Q.    I just have another question.
18   Are you familiar with letters, like that,
19   going out to customers of Sound Around
20   offering rebates or gift cards?
21   A.    No.
22   Q.    Okay.  I'm going to show you
23   what's been marked as Defendants' G at
24   Jeremiah Brach's deposition on May 13,
25   2025.  It's the summons and complaint in
```

Zigmond Brach
October 29, 2025

```
 1                 ZIGMOND BRACH
 2    this case.  (Handing).
 3              I want to draw your attention
 4    -- withdrawn.
 5              Have you seen that document
 6    before?
 7         A.   If I saw it, I never really
 8    read it through completely.  I'm not so
 9    good in reading, but what you want to refer
10    to?
11         Q.   I just want to know if you're
12    familiar with that document?
13         A.   This is Sound Around complaint?
14         Q.   Yes.  In this action.
15         A.   I remember the caption letter,
16    but I don't remember reading through each,
17    each piece of paper from it.
18         Q.   Okay.  I want to draw your
19    attention to Paragraph 53 on page 12.  In
20    there Sound Around alleges that "the
21    individual defendants --" meaning Ilowitz
22    and Friedman, "-- were using Sound Around's
23    proprietary information to further
24    their --" what's called "-- scheme."
25    Meaning to create their own business.  What
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2    proprietary information is being referred

3    to there?  Are you aware of any?

4          A.    You mean to prove or to what?

5    I'm trying -- I'm trying to understand your

6    question.

7          Q.    I'm trying to understand, what

8    proprietary information is Sound Around

9    alleging that they used of Sound Around's?

10         A.    They -- you mean like -- what

11   is proprietary?  What you say?

12         Q.    It's information owned by Sound

13   Around.

14         A.    I mean, there was -- they were

15   sitting at the office and working on Sound

16   Around's computers.

17         Q.    Are you aware of what, if

18   anything, they used for their own business?

19         A.    They have every information

20   there.

21         Q.    Do you know what, anything

22   about that?

23         A.    What do you mean?

24         Q.    What they used, if they used

25   anything?

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2           A.    I mean, they had a computer

3      there.  If I know exactly what they used in

4      there, what information they took from

5      there, I don't know exactly.  I don't know

6      what information they took.

7           Q.    Do you know if Sound Around

8      provided any training to Ilowitz and

9      Friedman?

10          A.    I wouldn't know.

11               MR. FORTUNA:  Jesus, I have a

12          question for you.  Can we ask you

13          something outside?

14               (Whereupon, an off-the-record

15          discussion was held.)

16     BY MR. FORTUNA:

17          Q.    I want to draw your attention

18     -- we're going to go through the complaint.

19     I'm going to ask you questions about

20     different things, see what you know.  I'll

21     draw your attention to Paragraph 62.

22          A.    Yes.

23          Q.    Do you know what -- in

24     Paragraph 62 Sound Around is alleging that

25     "the defendants took numerous international

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2     trips where they used those trips to source

3     products for their own business."  What

4     evidence do you have of that?  Are you

5     familiar with what evidence there is, that

6     exists, that supports that allegation?

7          A.    I don't even know about the

8     trips.  I don't know about the trips that

9     they took trips or when they took trips.

10         Q.    Do you have any evidence that

11    on those trips they were doing things for

12    their own business?  Are you aware of

13    anything like that?

14         A.    To me, to my -- to my

15    understanding, they have the same business,

16    same product, same thing.  So what they

17    have, do they have interest of Sound Around

18    or their own interest?  What commonsense

19    say?  It's the same product.

20         Q.    Other than that assumption, do

21    you have any evidence that during those

22    trips, they -- they were sourcing product

23    for their own business?

24              MR. CUZA:  Just so the record's

25         clear, when you're saying "you"

Zigmond Brach
October 29, 2025

```
 1                 ZIGMOND BRACH
 2        you're talking about him?
 3              MR. FORTUNA:  Him personally.
 4              MR. CUZA:  What you mean is
 5        does he have personal knowledge?
 6              MR. FORTUNA:  Does he have any
 7        awareness or personal knowledge,
 8        right.
 9        A.    I know somebody got killed, I
10   don't know who did it, right.  They brought
11   in goods for themselves, and they made
12   those trips.  I don't know if they made the
13   trips, but if they made the trips, it was
14   for sure for their interest not for my
15   interest, for Sound Around interest.
16        Q.    And the question is -- just
17   let's simplify it.  I know you're assuming
18   that, based on your answer, but do you have
19   any evidence, are you aware of any specific
20   circumstances, that that was done?
21        A.    It's circumstance it was done.
22   I have circumstance that it was done for
23   their own interest.
24        Q.    Okay.  What evidence do you
25   have that it was done?
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2          A.    I didn't see them in China, so
 3    I don't know.  I mean, I don't know what
 4    you mean by evidence.  They got product and
 5    they got the items, and they met factories,
 6    so I don't know what else evidence you
 7    have.  They should give me evidence that he
 8    didn't do anything for his own, just for
 9    me.  You want me to give evidence, I wasn't
10    there.
11          Q.    So you have no idea?
12          A.    I have no idea.
13          Q.    Okay.
14          A.    Assumption, yes.  Assume.
15          Q.    Okay.  Now, the different
16    factories and vendors, Friedman and Ilowitz
17    developed those relationships on their own
18    with them; is that correct, when they were
19    sourcing business?
20          A.    Some yes, some no.
21          Q.    Which ones that they didn't
22    develop?
23          A.    Don't ask, I can't give you off
24    my head their names.  We have to go through
25    a list of all the factories I can tell you
```

Zigmond Brach
October 29, 2025

1                   ZIGMOND BRACH

2      that might be factories that I dealt before

3      with.

4           Q.    Well, did Sound Around, any of

5      the product that they had manufactured in

6      China, did Sound Around ever deal with

7      those products prior to Ilowitz and

8      Friedman?

9           A.    Yes, there was some.

10          Q.    Which ones?

11          A.    I don't know all of them, but I

12     know I -- I don't know all the model they

13     have, whatever they have.  If you give me a

14     list of their models, I mean, my own

15     factory particular I know they did that,

16     they went factory of mine and took the same

17     product, which he never dealt with it, and

18     he developed it.

19          Q.    What product is that?

20          A.    It's a -- what do you call it

21     -- a rec -- it's -- I don't know if Moises,

22     but I think Lazer dealt with them, they are

23     called Nimbo James (phonetic).

24          Q.    I'm sorry?

25          A.    Nimbo James, a factory.

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2        Q.    What kind of product was it?

 3        A.    Make, like, metal stands.

 4        Q.    Metal stands?

 5        A.    Metal stands, shelves, yes.

 6        Q.    Are you aware of any other

 7   products?

 8        A.    I didn't know so many product,

 9   but that product I developed personally,

10   myself.

11        Q.    Do you have any other evidence

12   that they used those international trips to

13   source their own product?

14        A.    I don't know, remember in my

15   head, all of it because I don't know all

16   the product they have.  They knew my

17   product because they sat in my office for

18   all those years and worked there.  I

19   wouldn't work in their office, I don't know

20   what their product is, so how would I know

21   that?

22        Q.    So you don't know?

23        A.    If I don't know the product I

24   couldn't tell you.

25        Q.    Drawing your attention to
```

Zigmond Brach
October 29, 2025

```
 1                ZIGMOND BRACH

 2    Paragraph 65.

 3         A.    Yes.

 4         Q.    It says here that "the

 5    individual defendants --" it's alleged that

 6    "the individual defendants --" meaning

 7    Friedman and Ilowitz "-- contacted vendors

 8    they met at conferences, trade shows, and

 9    meetings they were attending on behalf of

10    Sound Around, and solicited information for

11    their own products."  What trade shows did

12    that happen at?

13         A.    What it means generally,

14    generally they went to China trade shows,

15    different shows.

16         Q.    So are you aware of any trade

17    shows where they were soliciting pricing

18    for their own product?

19         A.    Over there particular?

20         Q.    Any.

21         A.    They got product and this is

22    how -- this is how the way the business

23    runs.  You go to the trade shows and you

24    meet people.  Two years ago he met them

25    under Sound Around.  Why would they -- why
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2     would the factory sell them again?  Why
3     would they sell them?  Come out of --
4     anybody comes out of the woods, they're
5     there to sell product, right, and they're
6     Chinese people, double-crossers from the
7     next level.
8          Q.    The Chinese people are
9     double-crossers?
10         A.    Yeah, even they knew he worked
11    for you, whatever, they are still going to
12    sell them the same items, that's the
13    nature.  I mean, you say evidence, they
14    have goods, they have everything else in
15    place, so it had to be that happen.  They
16    came out of Yeshiva, they came out from
17    warehouse manager.
18              I've been traveling to trade
19    shows for 50 years already.  I've been
20    traveling in the worse conditions to China,
21    Taiwan, I was in Tokoyo, Korea, many times,
22    and I was there.  And some of -- sometime I
23    don't know if I went with them or my sons,
24    some trips went on together, we trained
25    them in to go.
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2                    Now I used to go, I got older,

3          I used to sit there almost every trade

4          show, then I had my older son Jerry go.

5          Jerry -- Jerry developed, in China,

6          colitis, poison, you know, stomach poison,

7          and he couldn't go for three, four years,

8          he was sick with that.  And -- because the

9          food in China didn't carry good, whatever.

10         Abe went one or two.  A day he couldn't go

11         because he had a bunch of little babies,

12         and they were -- and they had them go

13         instead.  So they developed a good relation

14         with the factories.  You don't come in and

15         look like a Jew, with curls, come in and go

16         and talk to Chinese people if you're not

17         introduced before.

18              Q.    Okay.  Are you familiar with

19         any conversations that occurred between the

20         individual defendants, Friedman and

21         Ilowitz, and any of the vendors, while they

22         were at these trade shows, where they

23         talked about their own product?

24              A.    No.

25              Q.    Are you familiar with any

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2      circumstance where they got pricing about

3      -- for their products at any of these trade

4      shows or meetings?

5          A.    How do you place an order, how

6      you get -- how do you buy if you don't get

7      price?  How did they get goods?

8          Q.    I'm just talking about at the

9      trade --

10         A.    They went into Walmart and

11     bought goods and sold it?

12         Q.    I'm just talking about the

13     circumstance where they went to a trade

14     show --

15         A.    I don't know individually if

16     they -- how they asked, what they --

17         Q.    So you don't have any evidence

18     of that?

19         A.    What they have, goods, they --

20     yes, they bought goods and was in business,

21     that's the evidence I have.

22         Q.    Nothing else?

23         A.    No.

24         Q.    Okay.  No other evidence?

25         A.    They spoke to the vendors.  No.

Zigmond Brach
October 29, 2025

```
 1                 ZIGMOND BRACH

 2        Q.    Okay.  In Paragraph 68, Sound

 3   Around alleges that "the individual

 4   defendants, Friedman and Ilowitz, had

 5   vendors delay manufacture and development

 6   of Sound Around products to help their

 7   sales, their sales of their own goods."

 8   What evidence do you have that they caused

 9   the manufacturers to delay development

10   manufacture of Sound Around products?

11        A.    Because we ran out of stock and

12   they had the goods.

13        Q.    I'm sorry?

14        A.    We had no stock and the

15   shipping was delayed.

16        Q.    And what products were they?

17        A.    I don't remember particular

18   which product, but I know we had problems

19   with out of stock, and late shipments.

20        Q.    And then would you have records

21   of what products were out of stock?

22        A.    Not to go back four, five

23   years, not that I know of.

24        Q.    Okay.  And is it -- who dealt

25   with out of stock issues at that time?
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2         A.    I don't remember who would be
3    out of stock, sadly.
4         Q.    Is there any files or -- or
5    recordings of those circumstances?
6         A.    No, we just know that.  We will
7    just know.  Let's say we get an order from
8    Amazon, we couldn't ship a lot of items, we
9    were out of stock.  That's only way I could
10   see it.
11        Q.    And how do you know the out of
12   stock situation was caused by Friedman or
13   Ilowitz telling the manufacturers to delay
14   manufacture?
15        A.    If he knows I'm out of stock,
16   he knows he'll sell his better, if it's the
17   same copy and paste models.  So he will
18   know what's out of -- he was there, he knew
19   what didn't have stock, so he knew what to
20   tell the factory don't ship, or don't
21   order, we're not going to order this model.
22   They were the buyer for this product, why
23   would they buy the product.  They wouldn't
24   buy the product, they wouldn't by the
25   product for Sound Around, they buy it for
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2    themselves.
 3         Q.    What evidence do you have of
 4    that?
 5         A.    They are not such dumb people,
 6    and that's what anybody would do that has a
 7    second business that's competing.
 8         Q.    But you don't have any evidence
 9    other than they are not dumb people?
10         A.    Yes, that's good enough for me.
11         Q.    That's the only evidence?
12         A.    That's good enough for me, yes.
13         Q.    Okay.  But nothing -- you don't
14    have any other evidence?  I know it's good
15    enough for you, I'm just asking if there's
16    anything else.
17         A.    Excuse me, you ask me, like,
18    Abe Glance and ask questions.
19         Q.    Just so you understand, my job
20    here is just to find out information --
21         A.    It's nothing to -- when you
22    don't have stock and they have stock, and
23    they dealt with the factory that supposed
24    to buy from me, stock, or for them, who
25    they supposed to buy?  That's what it says
```

Zigmond Brach
October 29, 2025

1                ZIGMOND BRACH

2     here.  They bought to themselves, not Sound

3     Around.  Now you think they cared about me

4     or themselves?

5                The fact is they allowed to,

6     whatever you want to say, but they're in

7     business, we're competing, that, we all

8     agree.  I don't think we all -- maybe they

9     never even had a business, it's not even a

10    business, how do I know they're in

11    business?  We know they're in business, and

12    that's the way anybody would be.  If I have

13    a competitor, I would -- I would -- I would

14    place an order, you know, that's what they

15    did.  Don't ship, switch my orders, and I

16    know there was a few incidents, which I

17    heard, that we found their phone numbers in

18    our product, and the warranty cards were

19    there.  I don't know, one or few items that

20    my warranty cards were in their product.

21    So something must have been switched, and

22    bait was ready to switch, ready to go out.

23        Q.    Other than what you just said,

24    you don't have any other evidence of that

25    situation?

Zigmond Brach
October 29, 2025

```
1              ZIGMOND BRACH
2         MR. CUZA:  Nick, again, I'm
3    going to object to the terminology
4    evidence.
5         MR. FORTUNA:  I'm sorry?
6         MR. CUZA:  I'm going to object
7    to the terminology evidence.  He's
8    not here to testify about what the
9    evidence is, you can ask him about
10   personal knowledge, which is what I
11   think you're trying to ask him.
12        MR. FORTUNA:  It's just a word,
13   I'm not --
14        MR. CUZA:  I understand that, I
15   don't disagree.  Again, that's why I
16   said, I understand what you're trying
17   to ask, I'm also telling you the
18   record, it doesn't say personal
19   knowledge, it says evidence.  He's
20   here to testify about his personal
21   knowledge, not the evidence that
22   Sound Around has.  Nick, by the way,
23   just so the record's clear, I
24   understand your question, I know that
25   you mean personal knowledge, and I
```

Zigmond Brach
October 29, 2025

```
1                  ZIGMOND BRACH
2          don't have a problem with what you
3          mean.  The reason that I'm making the
4          objection is because the record
5          doesn't pick up, right --
6               MR. FORTUNA:  Okay.
7               MR. CUZA:  -- what your intent
8          is.
9         Q.    I'll draw your attention to
10   Paragraph 70 of the complaint.  There it's
11   alleged, by Sound Around, that "the
12   individual defendants, Friedman and
13   Ilowitz, procured product and samples from
14   Sound Around's vendor using Sound Around's
15   established brands, claiming that they were
16   sourcing production for Sound Around when
17   they were in fact using those products and
18   samples for their own lines."  What start
19   -- to start with, what products and samples
20   are you talking about there?
21        A.    I remember we found --
22               MR. CUZA:  Objection to the
23          terminology "you're talking about
24          there."  It's not him, right?
25        Q.    What products and samples --
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2          A.    No, somebody, somebody --

3          Q.    -- are being referred to in

4    Paragraph 70?

5          A.    That, the type of samples, I

6    don't remember what type of product, but --

7          Q.    I'm sorry?

8          A.    It was product that was sent

9    from China that came particularly to them.

10   I have no knowledge, but I don't remember

11   what it was.  There was boxes in the

12   warehouse that came for the -- for

13   themselves.

14         Q.    And -- and -- and how do you

15   know that?

16         A.    It was brought over, boxes.

17         Q.    How do you know it was for

18   them?

19         A.    Because it was never showed to

20   us, those products.  I mean, not me because

21   I didn't deal with them, but Jerry or Abe

22   discussed it.

23         Q.    And what products were they?

24         A.    Some thing, the similar

25   categories that we have.

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2        Q.    Do you know specifically what

3   product?

4        A.    No, no.

5        Q.    Is there a record of what

6   products they were?

7        A.    No.

8        Q.    Is there any information

9   anywhere that lists what products they are?

10        A.    Not that I know.

11        Q.    I'll draw your attention to

12   Paragraph 77.  There it says that "the

13   individual defendants, meaning Ilowitz and

14   Friedman, accessed Sound Around's bank and

15   PayPal accounts to purchase items needed

16   for their separate business."  What items

17   were purchased for their separate business

18   using Sound Around's bank or PayPal

19   account?

20        A.    It wasn't -- first of all, I

21   did not handle -- I did not handle, so I

22   don't know which product it was.

23        Q.    So you don't have any

24   information about 70 -- Paragraph 77?

25        A.    No.

Zigmond Brach
October 29, 2025

```
 1                     ZIGMOND BRACH

 2          Q.     Okay.  I'm going to draw your

 3      attention to Paragraph 84.  There it's

 4      alleged that "Ilowitz e-mailed and called

 5      an individual at Amazon, whom Sound Around

 6      had a long-standing relationship, and asked

 7      for a vendor central account."  Who is that

 8      individual that Sound Around had a

 9      long-standing relationship with?

10          A.     I don't know their names from

11      Amazon.  I didn't deal with Amazon, so I

12      don't know the names.

13          Q.     Okay.  So you don't have any

14      information about that paragraph?

15          A.     For me, myself, no.

16          Q.     Yeah.

17          A.     No.

18          Q.     Okay.  I'll draw your attention

19      to Paragraph 91 of the complaint.  There

20      it's alleged that "Ilowitz attempted to

21      bribe an Amazon representative into

22      providing an account."  Who was it that

23      Ilowitz attempted to bribe?  Do you have

24      any information about that?

25          A.     No.
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2        Q.    Do you have any information

3    about what he offered them?

4        A.    No.

5        Q.    Do you have any information

6    about when that took place, that attempted

7    bribe?

8        A.    I was heard from Jerry about

9    it, but I don't know particularly myself.

10       Q.    You don't know anything about

11   it?

12       A.    No.

13       Q.    Drawing your attention to

14   Paragraph 100.  There it's alleged that

15   "the individual defendants, meaning

16   Friedman and Ilowitz, misappropriated or

17   took Sound Around's confidential

18   information."  Let's start with that.  What

19   confidential information did Ilowitz and

20   Friedman take and misappropriate?

21       A.    Everything.  They knew

22   everything of the business in the computer.

23   They were sitting in the company's computer

24   and they had every information they had.

25       Q.    But what information was that

Zigmond Brach
October 29, 2025

```
1              ZIGMOND BRACH
2    they took was confidential?  What
3    specifically?  I want to know exactly what
4    information they took.
5         A.    To me, I would guess what
6    products sells good, even if it's not
7    theirs, or is theirs.  Any information they
8    had, what sold good, and to me, that's a
9    no-no.
10        Q.    Okay.  Putting aside -- I don't
11   want you to guess, I just want to know what
12   you know that they actually took that was
13   confidential.
14        A.    Every sales item is
15   confidential, even though you know what's
16   no good and what not to buy, and what's
17   good for surely they bought.  So every --
18   they had every information.
19        Q.    How?
20        A.    They had the computer on the
21   desk sitting in my office, in my place, and
22   looking there, everything.  They knew
23   everything.  You know in your office
24   everything you own, everything you have,
25   you have every file, same way.  What are
```

Zigmond Brach
October 29, 2025

1                ZIGMOND BRACH

2     you talking about?  They were sitting

3     there, they worked on it.  They had every

4     code, every access, so you telling me what

5     they took, I don't know what they took.

6     They took even away the computers, too.

7          Q.    So you're not aware of

8     specifically what they took?

9          A.    I don't know.  I don't know

10    particular item from 2000 items.

11         Q.    And you're not aware of what

12    confidential information they took?

13         A.    They took every sales lead.

14    Anything they wanted, they took.  They have

15    every code.

16         Q.    I understand, but I want to

17    know if you know of a circumstance where

18    they actually took it.

19         A.    What do you mean "took it"?

20    Information you put in the head, you can

21    make a little note, I mean, I don't know,

22    they knew everything.

23         Q.    So it's just because they knew

24    stuff, that's the basis of the allegation?

25         A.    What do you mean?  I don't know

Zigmond Brach
October 29, 2025

```
1              ZIGMOND BRACH
2   what is called taken and what's not called
3   taken.  They put in their -- they put in
4   the pocket, information.  They download it
5   to hard drives.  I mean, what are you
6   asking me?  I'm trying to understand what
7   you trying to -- they had access to go in.
8   Being in Japan they could have gotten into
9   my computer, any place in the world.  They
10  were more trusted than I was trusted, even
11  from my kids, they trust them to hold
12  everything.
13        Q.   Okay.  I'm asking you, do you
14  have --
15        A.   You're not asking me.  I don't
16  know particularly what, but if they lived
17  in my computer, they knew everything and
18  they had the same product, and they knew
19  everything.
20        Q.   So you don't know of a
21  circumstance where they actually downloaded
22  or took it?
23        A.   The date they downloaded, no,
24  I'm not a computer I'm not a computer
25  genius.
```

Zigmond Brach
October 29, 2025

```
1                       ZIGMOND BRACH
2          Q.    And so you're not aware of what
3     information they misappropriated then?
4          A.    Every information.  It was what
5     didn't they know.  Everything they knew.
6          Q.    So you're just going based on
7     their knowledge?
8          A.    I really don't know what you're
9     getting, and I'm not gonna answer you.  So
10    you want to go next paragraph, you can go.
11             MR. CUZA:  He actually answered
12          your question many times and you have
13          a clear record, right, about what
14          specifically does he know that they
15          took.  It's -- if you go into the
16          record it's there.
17         Q.    I want to draw your attention
18    in Paragraph 18, about trade secrets.
19             THE WITNESS:  18?
20             MR. CUZA:  No, he misspoke.
21         Q.    I'm sorry, 100.  I'm sorry, I
22    misspoke.  In the same paragraph, 100.
23         A.    100?
24         Q.    Yeah, the same paragraph.  It's
25    referenced in the allegations it's Sound
```

```
 1                    ZIGMOND BRACH
 2    Around's trade secrets.  What are Sound
 3    Around's trade secrets?
 4         A.    What is trade secrets?
 5         Q.    What are Sound Around's trade
 6    secrets?
 7         A.    What items sell good, what kind
 8    of product sells good, what kind of item
 9    sells good.  I have 60 years of experience,
10    I know -- I know seasonally when to buy
11    what and when not to buy.  What goes good
12    for seasons.  This is years of experience.
13    You know, you don't sell toys, for example,
14    in February, that's not the toy season, but
15    that's knowledge.  I don't know that's
16    called, you know, what goes to the right
17    time.  That's part of secrets.  It's part
18    of the secret is how you setup, how do you
19    setup certain programs, how you setup
20    warehouses to ship for you.  Everything is
21    part of a secret.
22         Q.    Other than what you described,
23    are there any other trade secrets of Sound
24    Around?
25         A.    Almost everything's a secret,
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2      that's why I'm successful 70 years and

3      making hundreds and millions of dollars

4      going back 70 years already.  Not 70, 60.

5      I'm going to crazy.

6          Q.    I'm impressed you made hundreds

7      of millions of dollars, I'm impressed, but

8      I just want to know, are there any other

9      things that Sound Around claims is its

10     trade secrets?

11         A.    If somebody knows everything

12     that was done by me, I think that's called

13     trade secrets.  Everybody that sits in my

14     computer knows everything.

15         Q.    Other than what you described,

16     are there any other trade secrets of Sound

17     Around?

18         A.    I don't know.

19         Q.    I want to draw your attention

20     to Paragraph 104.  There it's alleged that

21     "the individual defendants, meaning

22     Friedman and Ilowitz, accessed and

23     comported Sound Around's customer list,

24     which had been gathered from prior product

25     sales, and used it for their own benefit."
```

Zigmond Brach
October 29, 2025

```
 1                 ZIGMOND BRACH
 2    How did the individual defendants, Friedman
 3    and Ilowitz, use Sound Around's customer
 4    list for their own benefit?
 5          A.    They had access to it.  They
 6    had access to the list.
 7          Q.    And so how would they use it
 8    for their benefit?
 9          A.    If they would know a customer
10    that bought this particular model, you can
11    know, oh, I sold 2,000 pieces, now who is
12    the customer that bought it.  They had the
13    computer, they had access, they would know
14    who the customer is.
15          Q.    I'm just trying to find out how
16    that would be helpful to their business?
17          A.    If they would know my customer,
18    and know who bought 2,000 piece of the item
19    that looks identical, they could offer them
20    for 20 percent, 10 percent cheaper because
21    they got 10 percent back already in their
22    pocket, so extra 10 for the factory.
23          Q.    Let's break this down.  95
24    percent of Friedman and Ilowitz' sales were
25    on Amazon; is that correct?
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2         A.    What do you mean?  I don't know

3    exactly where, I don't know exactly where.

4         Q.    So when you're talking about

5    customer list, are you talking about

6    Amazon?

7         A.    Could be anything.  Could be

8    anything.  Could be anyone's list.  It

9    could be any customer list, Amazon or not.

10   Now, if you put on Amazon a product that's

11   identical, almost 95 percent to me, so they

12   know Amazon bought it, now they could go

13   look for Amazon.  Yes, they could have gone

14   to straight to Amazon to see what I have.

15        Q.    So the customer list you're

16   talking about is not individual customers

17   that bought products, but customers like

18   Amazon?

19        A.    You mean not the retailer; are

20   you talking about the retailer?

21        Q.    Well, I'm asking what Sound

22   Around's talking about in Paragraph 104.  I

23   want to find out --

24        A.    List of customers, whoever it

25   is.

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2              MR. CUZA:  Objection, he's not
 3         going to have personal knowledge of
 4         what someone else wrote, so.
 5              MR. FORTUNA:  Of what?
 6              MR. CUZA:  Of what someone else
 7         wrote.  So again, if you want to ask
 8         him about customers, right, and going
 9         to ask him what it is he knows, then
10         yes.  What someone else wrote, that's
11         not for him to --
12              MR. FORTUNA:  That's not what
13         I'm asking him.  I asked him how
14         those customer lists would benefit
15         them, and then I asked him what those
16         customers consisted of.
17              MR. CUZA:  The customers that
18         he's referring to in his mind, right,
19         I don't disagree with that.
20              MR. FORTUNA:  I understand your
21         point.
22         Q.    So the customers that you're
23    referring to in Paragraph 104 are not the
24    customers that bought the individual
25    products?
```

Zigmond Brach
October 29, 2025

```
 1                 ZIGMOND BRACH
 2        A.    It's not the consumer, no, I'm
 3   not talking about the consumer.
 4        Q.    Who are you talking about?
 5        A.    A distributor or whatever it
 6   is.
 7        Q.    Amazon or Walmart?
 8        A.    Amazon, Home Depot, whatever.
 9        Q.    So you're talking about people
10   who would resell the product?
11        A.    Yes, yes.
12             MR. FORTUNA:  Do you want to
13        break for lunch at 1:00?
14             MR. CUZA:  How much time are
15        you gonna spend?
16             MR. FORTUNA:  Well, this is
17        going way longer than I want.
18             MR. CUZA:  I know, and I
19        understand that, which is the reason
20        why I want to ask.
21             MR. FORTUNA:  If I shorten it,
22        I assume at least a couple of hours.
23             MR. CUZA:  Okay.  Then let's go
24        to 1:30, and then we'll see what
25        happens.
```

Zigmond Brach
October 29, 2025

```
 1                   ZIGMOND BRACH

 2              MR. FORTUNA:  Are you okay with

 3       that?

 4              THE REPORTER:  Yeah.

 5              MR. FORTUNA:  Are you okay with

 6       that?

 7              THE WITNESS:  Yeah.

 8  BY MR. FORTUNA:

 9       Q.    Drawing your attention to

10  Paragraph 105.  It says "the individual

11  defendants, Friedman and Ilowitz, began

12  using Sound Around's proprietary business

13  strategy."  Okay.  And what I'd like to

14  know is, what is the proprietary business

15  strategy that they were using that's

16  referred to in that paragraph?

17              MR. CUZA:  Again, that he knows

18       about?

19       A.    I don't know exactly.

20       Q.    I didn't hear you.

21       A.    I don't know what it means.

22       Q.    So you don't -- it's like Sound

23  Around's business strategy.  It's saying

24  it's -- you're not familiar with what --

25  what the defendants were using of Sound
```

Zigmond Brach
October 29, 2025

```
 1                ZIGMOND BRACH

 2   Around's business strategy?

 3        A.    I don't know particular point

 4   to that.

 5        Q.    You don't know?

 6        A.    Particular point of strategy,

 7   maybe I don't understand the question,

 8   but...

 9             MR. CUZA:  But again, if he

10        doesn't know he doesn't know, so.

11             MR. FORTUNA:  No, if he's

12        saying "I don't know," that's fine.

13        I just want to clarify --

14        A.    No, I said I don't know, I

15   don't know what you mean.  I don't know

16   what it is, the word, strategy, would be

17   used for.  What is strategy be used?

18        Q.    Do you know what a business

19   strategy is?

20        A.    I know business strategy.  Buy

21   merchandise, you sell it, whatever.  So I

22   don't know particular -- you ask me what --

23   how would I know they used it, that's

24   basically what you want to lead to.  I

25   don't know how they used it or not, I don't
```

Zigmond Brach
October 29, 2025

```
1                  ZIGMOND BRACH

2    know what they did.

3         Q.    Okay.  That's fine.  I'm going

4    to draw your attention to Paragraph 109.

5    There it's alleged that "the individual

6    defendants manipulated prices and marketing

7    of Sound Around products to depress sales."

8    How did they do that?

9              MR. CUZA:  If he knows.

10        A.    Is this mean they manipulated

11   in Sound Around?  The question on -- what

12   the question here?

13             MR. CUZA:  Nick, clarify your

14        question.

15        Q.    In Paragraph 109, it says "the

16   individual defendants depressed or reduced

17   Sound Around sales by changing the prices

18   and the marketing of the Sound Around

19   products."  And I'm asking, how did they do

20   that?

21        A.    I got it now, okay.  First of

22   all, I went over, before, that he took away

23   goods supposed to be shipped for me, and

24   they took it.  That will depress sales.

25   Now, if they took a product, that's the
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2    same identical item, which I guess at
 3    trial, whatever will be shown, but they
 4    have control of the pricing on Amazon,
 5    Sound Around's pricing.  They were able to
 6    go in and change Sound Around price to the
 7    consumer, Amazon for example, selling it
 8    for $23, and they only -- they upped my
 9    price and their price was lower.
10         Q.    What products did they do that
11    with?
12         A.    With many products.
13         Q.    Which ones, name a few?
14         A.    Similar products.  I don't
15    remember, but I remember it was a lot of
16    those products was shown to me, what
17    happened.
18         Q.    Okay.  It's my understanding
19    that Amazon sets the price of the product?
20         A.    No, not at all.
21         Q.    Amazon never sets the price of
22    the product?
23         A.    You could change your retail
24    price on Amazon.  First of all, when you
25    sell it, you sell it yourself, individual,
```

Zigmond Brach
October 29, 2025

                    ZIGMOND BRACH

1

2    I understand that, yes.  If you the seller,

3    you just pay Amazon a fee, a percentage

4    fee, if that's the sale.  Now, then you

5    could lower the suggested retail price,

6    bring it up, and you raise them, the price,

7    they're gonna go up.

8         Q.    When Sound Around sells

9    products through Amazon, it sells them

10   through the vendor central account,

11   correct?

12        A.    There's two ways, there's also

13   selling it on your own.

14        Q.    Okay.  The large majority of

15   the products that Sound Around sells on

16   Amazon is sold through the vendor central

17   account; isn't that correct?

18        A.    I don't know exact numbers, but

19   there's two ways you can higher the price

20   to Amazon and you tell them there's new

21   retail price on it.

22        Q.    When you sell a product through

23   Amazon vendor central account, isn't it

24   correct that Amazon selects the price for

25   that product?

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2           A.    But if you raising the price

3      and you change the -- what is it called --

4      factory suggestion retail price, there is

5      an initial -- I don't know exactly, MSRP, I

6      don't know, they would raise the price.

7           Q.    Okay.  Isn't it true when you

8      sell products through the vendor central

9      account at Amazon, that Amazon determines

10     the price it'll purchase it from Sound

11     Around at, and the price that it will sell

12     it at retail?

13          A.    If they need the goods they'll

14     pay you a higher price.

15          Q.    I'm sorry?

16          A.    If you mark up the price, you

17     don't ship them, they raise the price.

18          Q.    Okay.  I asked you a different

19     question.

20          A.    I don't know exactly how it

21     works, but I know if you sell individual

22     you can raise the seller price.  So I can't

23     tell you how this was done or not.

24          Q.    You have no idea how this was

25     done?

```
1                    ZIGMOND BRACH

2        A.    If this was done under vendor

3   central, or it was done individually, I

4   don't know, I'm not so familiar with it.

5        Q.    And are you familiar with any

6   facts where the individual defendants

7   manipulated the price?

8        A.    I saw our price went up,

9   retail.  Fact is there, the price went up

10  and their product went down.

11       Q.    Okay.  And who caused those

12  prices to change?

13       A.    To where, to go up?

14       Q.    Yeah, who caused the price to

15  go up on Sound Around's products?

16       A.    I don't know how to -- they do

17  at Amazon, but they knew how to manipulate

18  because you saw different prices.

19       Q.    I know you saw different

20  prices, but I'm asking, who caused the

21  prices to go higher, do you know?

22       A.    They were handling it, so they

23  would handle those, their item.  I don't

24  know -- I don't know one of the two who was

25  handling, I can't tell you both of them,
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2      each one had their own product they were

3      handling.

4           Q.    So you're not familiar of a

5      circumstance where either one of them

6      raised the price?

7           A.    Maybe -- maybe you could ask

8      other expert, I'm not so expert, but

9      there's a way to do it, but I don't know.

10     Don't ask me because I really don't know.

11          Q.    I want to draw your attention

12     to Paragraph 112.

13          A.    Yes.

14          Q.    What information or evidence do

15     you have in that circumstance -- withdrawn.

16                In Paragraph 112, it says "the

17     individual defendants, meaning Friedman and

18     Ilowitz, were able to purchase products

19     because they misrepresented to Sound Around

20     vendors that the scooters were being

21     purchased on behalf of Sound Around's -- on

22     behalf of Sound Around."  What information,

23     or facts, or evidence, do you have that

24     they represented that they were purchasing

25     the scooters on behalf of Sound Around?

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2        A.    Me, myself, I don't know.
 3        Q.    Okay.  At any point in time,
 4   drawing your attention to Paragraph 155.
 5   It -- go ahead.  It's on page 27.
 6                There it alleges that "Sound
 7   Around's trade dress is inherently
 8   distinctive as the source of the product."
 9   What is the Sound Around trade dress, do
10   you know?
11        A.    I don't know this answer.
12                MR. CUZA:  Okay, that's fine.
13                MR. FORTUNA:  I'm sorry?
14                MR. CUZA:  He said he doesn't
15          know.
16                MR. FORTUNA:  Yeah, I heard
17          him.
18                MR. CUZA:  Okay.
19        Q.    I want to draw your attention
20   to Paragraph 218, it's on page 37.  In that
21   paragraph it's alleged that "Sound Around
22   had employees sign agreements prohibiting
23   disclosure and having policies in place for
24   restricting use of Sound Around's
25   information."  What agreements did Sound
```

Zigmond Brach
October 29, 2025

```
 1                 ZIGMOND BRACH
 2   Around have employees sign?
 3        A.    I don't know.
 4        Q.    What policies did Sound Around
 5   have regarding use of its information?
 6        A.    What do you mean by policy?
 7        Q.    I'm kind of asking you that.
 8   Like what policies are being referred to
 9   here?
10        A.    I don't know.
11        Q.    You don't know, okay.  I want
12   to draw your attention to Paragraph 282,
13   which is on page 45 of the complaint.
14        A.    285?
15              MR. CUZA:  282.
16              MR. FORTUNA:  I'm sorry, 282,
17         paragraph 45.
18              MR. CUZA:  Page 45, Paragraph
19         282.
20              MR. FORTUNA:  Okay, thank you.
21         Do you want to ask the question for
22         me?
23              MR. CUZA:  You and I are a
24         team.
25        Q.    I'm sorry, Paragraph 282 on
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2    page 45.  Do you see that one?

 3         A.    Yes.

 4         Q.    Okay.  It's alleged there that

 5    "the individual defendants, Friedman and

 6    Ilowitz, instructed certain Sound Around

 7    vendors to delay production of its

 8    products."  Which vendors were instructed

 9    to delay production of Sound Around's

10    production?

11         A.    Isn't that a similar question

12    before, delay the product, was that an -- I

13    think that was a question that was said

14    before.

15         Q.    No, it's very similar --

16         A.    What's the change?

17         Q.    -- it's different because it

18    says that they instructed vendors not to

19    produce the product, and I was trying to

20    find out if you had any information as to

21    what vendor they instructed?

22         A.    I don't know particular names

23    now.

24         Q.    Okay.

25         A.    I don't remember.  I remember
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2     there were a lot of goods, which I answered

 3     before.

 4          Q.    So same answer as before --

 5          A.    Yes.

 6          Q.    -- you were assuming it --

 7          A.    Yes.

 8          Q.    -- because you were out of

 9     stock?

10          A.    Yes.

11          Q.    And you're not familiar with --

12     okay, withdrawn.

13                Go to Paragraph 291 on page 46.

14          A.    (Complies).

15          Q.    In item number three in

16     Paragraph 291 do you see there are three

17     different items, item number three?

18          A.    Yeah.

19          Q.    It states that "defendants were

20     working with unnamed coconspirators to

21     develop a scheme to undermine Sound

22     Around's business."  Who are the unnamed

23     coconspirators referred to there?

24          A.    I don't know.  The only one I

25     could guess is Friedman with Ilowitz.
```

Zigmond Brach
October 29, 2025

```
 1                   ZIGMOND BRACH

 2        Q.    I'm sorry?

 3        A.    They -- excuse me, are they

 4   considered one on this question?

 5        Q.    Let me -- let me --

 6        A.    No, I want to see that.

 7        Q.    Let me explain the question a

 8   little more.  They are talking about

 9   Friedman and Ilowitz.

10        A.    Is one?

11        Q.    No, no, those two people were

12   working with other people that were unnamed

13   that worked with them, and I'm asking you

14   if you know who those unnamed people are

15   that's being referred to in that paragraph?

16        A.    I don't know.

17        Q.    Okay.

18        A.    I can't think of.

19        Q.    At any point in time -- drawing

20   your attention to Paragraph 335 on page 53.

21   Are you familiar with what electronic

22   records they are alleging that Ilowitz and

23   Friedman took from Sound Around?

24        A.    I don't know what the word

25   electronic records means.  I don't know
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2    what electronic records mean.

3         Q.    What they mean here is records

4    that were on your computer systems.  Do you

5    know what records Friedman and Ilowitz

6    allegedly took that's referred to here?

7         A.    As far as I understand the

8    whole -- some of the whole computer was

9    gone, not only the particular, everything

10   that's there.

11        Q.    So --

12        A.    If you pick up the whole

13   computer, everything is on there, on the

14   hard drive.

15        Q.    Okay.  So what I'm asking you,

16   do you know what electronic, or what

17   records were taken from the -- from Sound

18   Around's systems?

19        A.    If the whole system is, I

20   imagine record goes with it, it's on it.

21        Q.    Say that again?

22        A.    A computer has all the records

23   or not.  I know they took the computers, I

24   don't know what.

25        Q.    Other than taking a computer,

Zigmond Brach
October 29, 2025

```
 1                 ZIGMOND BRACH

 2     do you know of any other records that were

 3     taken?

 4          A.    Like a printout?  I'm saying,

 5     what do you mean, like, a printout?

 6          Q.    It could be a printout, it

 7     could be anything.

 8          A.    I don't know if they took a

 9     printout.  I know they took the whole

10     computer, I don't know what they took.

11          Q.    You don't know what they took,

12     okay.

13               MR. FORTUNA:  I want to take a

14          lunch break now.  I know it's little

15          earlier, this will be a good time to

16          do that so I can assess where I'm

17          going.

18               MR. CUZA:  That's fine.

19               (Whereupon, a recess was

20          taken.)

21     BY MR. FORTUNA:

22          Q.    Mr. Brach, I'm going to show

23     you what's been marked Defendants' D at

24     Jeremiah Brach's deposition on May 13,

25     2025.  It's a report from Foreign Business
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2    Advisors' Martin Stevens.  (Handing).

 3               Mr. Brach, have you seen that

 4    report before?

 5        A.    No.

 6        Q.    Have you ever worked with

 7    Foreign Business Advisors?

 8        A.    No.

 9        Q.    Are you aware that they did

10    work for Sound Around?

11        A.    No.

12        Q.    I want to point you to

13    Paragraph 1 on the first page.

14        A.    Yeah.

15        Q.    You see where it states that

16    "buyers are 1099 workers, which means they

17    are independent contractors"?

18        A.    Yes, what do you want to ask

19    me?

20        Q.    So have you seen that before?

21        A.    No, I told you.

22        Q.    Okay.  Are you aware that

23    independent contractors are, when they are

24    paid, they are given a 1099?

25               MR. CUZA:  Objection, that's a
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2          legal question.

 3               MR. FORTUNA:  I'm sorry?

 4               MR. CUZA:  That's a legal

 5          question.  Don't answer, it's a legal

 6          question.

 7               MR. FORTUNA:  It's not a legal

 8          question.

 9               MR. CUZA:  Yes, it is.  You're

10          saying that an independent contractor

11          is the same thing as a 1099.

12               MR. FORTUNA:  No, I didn't.  I

13          said -- I'll repeat the question.

14          Q.    Okay.  Are you aware that

15    independent contractors are given 1099s

16    when they are paid?

17               MR. CUZA:  Objection, you can

18           answer.

19          A.    I mean, by -- by -- you mean

20    instead of giving them a W2 they give them

21    a 1099?

22          Q.    You're aware of that?

23          A.    They get a 1099, yes.

24          Q.    Okay.  You can put that aside

25    if you don't have any -- yeah.  You had no
```

Zigmond Brach
October 29, 2025

```
 1                ZIGMOND BRACH
 2   dealing with Foreign Business Advisors?
 3        A.    No.
 4        Q.    Or Martin Stevens?
 5        A.    No.
 6        Q.    Did Sound Around -- are you
 7   aware if Sound Around had a policy that
 8   buyers had to buy back, buyers meaning
 9   Ilowitz and Friedman, had to buy back
10   inventory that got too old?
11        A.    What do you mean a buy back?
12        Q.    That they had to pay for the
13   inventory that didn't sell, that got too
14   old.
15        A.    If we sold it at lower price,
16   we sold it at a loss so what do you mean
17   buy back?
18        Q.    Inventory that wasn't sold at
19   all --
20        A.    How much was deducted?
21        Q.    -- that got to a certain age.
22   Are you aware of a policy that Friedman or
23   Ilowitz had to pay for that inventory?
24        A.    100 percent for their
25   inventory?
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2         Q.    Yes.

 3         A.    100 percent?

 4         Q.    Yes.

 5         A.    I know we discussed it one

 6    time, I don't know if it was implemented.

 7    Many years ago it was discussed.

 8         Q.    You're not sure if it was

 9    implemented?

10         A.    Yes, I'm not sure.

11         Q.    Okay.  Are you aware that

12    Friedman paid expenses on behalf of Sound

13    Around?

14         A.    What do you mean expense, you

15    mean --

16         Q.    Are you aware that -- I'll

17    rephrase it -- that Friedman advanced money

18    for certain Sound Around expenses.

19         A.    I have no idea.

20         Q.    Okay.  Are you aware that

21    Friedman was reimbursed for expenses that

22    he advanced on behalf of Sound Around?

23         A.    If he ever was, I never --

24    nothing that I know of.

25         Q.    So for instance, if Friedman
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2    paid money to -- for gift cards for

3    customers, are you aware that he was

4    reimbursed for those expenses?

5          A.    Nobody -- nobody ask me or

6    nobody gave me a slip that he's -- sheet,

7    or asking for money so.

8          Q.    Okay.  And then the trips that

9    Friedman took on behalf of Sound Around,

10   and the expenses, of those trips, were

11   reimbursed to Friedman?

12         A.    He never gave me any, he never

13   ask me for any reimburse.

14         Q.    So you're not familiar with any

15   of that?

16         A.    They never ask me for any

17   reimbursements.

18         Q.    Okay.  Did Sound Around have a

19   policy or procedure for reimbursing people

20   for money they advanced on behalf of Sound

21   Around?

22         A.    I mean we -- I mean, years ago,

23   my younger years, we had a rap, you went on

24   a trip, whatever, he brought a slip, way

25   back, and we reimburse him.

Zigmond Brach
October 29, 2025

```
1                ZIGMOND BRACH

2        Q.    What about during the period

3   that Ilowitz and Friedman transacted

4   business with --

5        A.    I wasn't involve in that.

6              MR. FORTUNA:  Did you get that

7        --

8        A.    They never ask me anything for

9   reimbursement.

10       Q.    Earlier we talked about Sound

11  Around having a customer list.  Did Sound

12  Around keep a customer list of the

13  consumers that brought product either

14  through Amazon or other outlets?

15       A.    I don't think we -- I don't

16  remember keeping it, but we have the smart

17  -- warranty cards where they fill out a

18  warranty card.  I don't think it was ever

19  kept, it was just thrown in a box.  I don't

20  think it was done, anything, I don't

21  remember.  Not in my time.  I used to keep

22  the warranty cards just in a box, coming

23  in, just pile them.  Never computerized,

24  when I was involved.  The list, 10 years, I

25  have no idea.
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2         Q.    So during the period of time
 3    that Friedman and Ilowitz were buyers for
 4    Sound Around, was consumer contact
 5    information kept by Sound Around?
 6         A.    I have no idea.  I don't -- I
 7    don't know.
 8         Q.    Earlier you had mentioned that
 9    -- about Friedman and Ilowitz receiving
10    commissions from factories, I think you
11    called them kickbacks.  At the time that
12    Friedman and Ilowitz were buyers for Sound
13    Around, was there any written policies or
14    any policies with respect to receiving
15    commissions from factories?
16         A.    What do you mean policy?
17         Q.    Well, did Sound Around have any
18    written policy that dictated what the
19    circumstances, or the lack of them, in
20    which --
21         A.    I was --
22         Q.    -- buyers can receive
23    commissions from factories?
24         A.    About in 50 -- please don't
25    call it commission because commission we
```

Zigmond Brach
October 29, 2025

1                ZIGMOND BRACH

2     paid, not the factory paid.  Commission, we

3     paid for the buyers, for their profits.  So

4     we didn't pay -- I -- see, either we call

5     it they took money back.  Now I have -- I

6     approached a factory, probably in, let's

7     say, 2021 maybe, and I asked them if they

8     gave Moises Friedman kickback they said no.

9     I asked him, he says no.

10          Q.    I'm asking you a different

11    question.  Did Sound Around have any

12    written policy regarding that?

13          A.    I didn't know.  To me, that's a

14    standard policy.  It wasn't written up.

15          Q.    Well --

16          A.    And not -- I didn't know, I

17    never saw a policy.

18          Q.    Okay.  Did you ever -- anyone

19    from Sound Around ever instruct --

20    withdrawn.

21                If a product was returned that

22    was sourced by either Friedman or Ilowitz,

23    would they be charged back the commissions

24    that were paid for that product?

25          A.    I have no idea with those,

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2    those charges.  I have no idea.
 3          Q.    Are you familiar with a company
 4    called Returnaround?
 5          A.    No.
 6          Q.    Are you aware that your son has
 7    interest in a company that sells returned
 8    products?
 9          A.    I understand he was -- he is
10    involved, I don't know if he still has it.
11          Q.    I'm sorry?
12          A.    Years ago he had a company, but
13    I think he gave it up, it didn't make
14    money, he gave it up.
15          Q.    Does Sound Around resell its
16    returned products?
17          A.    We did it years ago, not
18    anymore.
19          Q.    And was your son Jerry the one
20    that resold them?
21          A.    No, Sound Around used to have a
22    repair department, used to fix it and clean
23    it up and resell it itself.
24          Q.    Okay.  So you're not aware of a
25    situation where Sound Around has an
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2     agreement with Returnaround to resell

3     return product?

4          A.    No, no.

5          Q.    What happens to the products

6     that are returned at this time?

7          A.    Since we stopped doing it

8     ourself, we -- we get -- we get a price for

9     a palate and we just sell a palate as it

10    is.

11         Q.    To whom?

12         A.    There's different -- I don't

13    know the names, different contractors that

14    buy it off and they take it over per

15    palate.

16         Q.    And do you have records of

17    those sales?

18         A.    I would imagine.  Not me,

19    myself, but it should be records.

20         Q.    How many employees does Sound

21    Around have?

22         A.    Jack Tieberg knows, I don't

23    know.

24         Q.    Are you familiar with an entity

25    called Brach Family Foundation?
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2        A.    That's my family foundation.
 3        Q.    Okay.  And are you familiar
 4   with the circumstance where part of the
 5   compensation for Sound Around's employees
 6   is made through donations to Sound Around's
 7   employees' none profits?
 8        A.    I know the question was asked
 9   and Jack Tieberg handled that.  I mean, you
10   had different depositions.  I never knew
11   about it.
12        Q.    You didn't know anything about
13   --
14        A.    There is a checkbook, people
15   call up and they give donations.
16        Q.    I'm sorry?
17        A.    I was not involved.  People
18   call up, people call up my office and I
19   give donations from that organization,
20   whoever ask, I give them donation.
21        Q.    I'm talking about your
22   employees, specific employees, giving
23   donations through Brach Family Foundation
24   as part of their compensation?
25        A.    Not that I know of, no.
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2        Q.    Has that ever been done?

3        A.    Not that I know of.

4        Q.    Are you aware of a situation

5    where employees are paid by paying Yaitev

6    Lev and UTA instead of being paid on

7    payroll?

8        A.    No.

9        Q.    And Yaitev, Y-A-I-T-E-V,

10    separate word, L-E-V, UTA --

11        A.    Jack Tieberg, would know, I

12    wouldn't know.

13        Q.    -- are schools, aren't they?

14        A.    Jack Tieberg would know.

15        Q.    And those are schools for

16    children?

17        A.    Which one?

18        Q.    Yaitev Lev and UTA?

19        A.    Yaitev Lev is an organization

20    that's in Monroe, which I think

21    Mr. Friedman belongs there, that

22    organization.

23        Q.    Yes, is it a school?

24        A.    It's a synagogue school.  It's

25    more than one.  I think Abe Glance is even

Zigmond Brach
October 29, 2025

```
 1                ZIGMOND BRACH

 2   on the board from that school.

 3        Q.    Are you familiar with a company

 4   named LifePro?

 5        A.    LifePro is exercise company.

 6        Q.    I'm sorry?

 7        A.    Exercise equipment.  My

 8   grandson owns it, has that company.

 9        Q.    And that's owned by your

10   grandson?

11        A.    Yes.

12        Q.    Abe Brach, Heim A. Brach?

13        A.    I call him heimabromay

14   (phonetic), I don't know how you call him.

15        Q.    Okay.  Does LifePro sell the

16   same products as Sound Around?

17        A.    Mostly not.

18        Q.    Does it sell some product the

19   same as Sound Around?

20        A.    Could be some product, maybe.

21        Q.    Did you ever object to LifePro

22   selling the same products as Sound Around?

23        A.    It wouldn't help me, he's his

24   own man.

25        Q.    Okay.  So he's free to sell
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2       whatever product he wants, even if they are
3       the same as Sound Around?
4            A.    He never worked for me.  I
5       don't, no, like it, but there's nothing you
6       can do about it.
7            Q.    Did Sound Around ever pay any
8       of the expenses on behalf of LifePro?
9            A.    Not that I know of.
10           Q.    Does Sound Around share
11      inventory with LifePro?
12           A.    No, not that I know of.
13           Q.    Are you aware of a situation
14      where sound reclassifies goods to lower the
15      tariffs?
16           A.    I don't handle that department.
17           Q.    I'm sorry?
18           A.    I don't handle that.
19           Q.    Who does?
20           A.    We have the brokers do it.  We
21      have Shareful and we have ATC.
22           Q.    Okay.  So are you aware of a
23      situation where, for instance, an air
24      conditioner would be purchased but it'd be
25      labeled an evaporator to pay a lower
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2    tariff?

 3         A.    I don't know.

 4         Q.    Are you aware of any situation

 5    like that?

 6         A.    No.

 7         Q.    Are you aware of a situation

 8    where Sound Around charged more than

 9    $500,000 to Friedman's credit card for

10    rebates to customers?

11         A.    (Indicating).

12         Q.    Have you ever heard that

13    before?

14         A.    No.

15         Q.    Have you reviewed records

16    pertaining to that in this case?

17         A.    I know the credit cards to the

18    records what our company paid.

19    Mr. Friedman, Mrs. Friedman, credit card,

20    is that what you mean, that record?

21         Q.    I'm talking about Friedman's

22    American Express card, where he paid more

23    than 500,000 in expenses for Sound Around.

24    Have you seen those records?

25         A.    No.
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2        Q.    Are you familiar with a company

3    called Deal Chaser?

4        A.    Deal Chaser is one of the

5    companies that we sell online.

6        Q.    And isn't it true that Deal

7    Chaser's account was suspended by Amazon

8    for paying for reviews?

9        A.    I have no idea.

10       Q.    I'm sorry?

11       A.    I have no idea.

12       Q.    Did you ever have employees

13   living outside of New York City use a cell

14   phone assigned to you --

15       A.    I give a lot.

16       Q.    -- on your behalf?

17       A.    I give a lot of people, and I

18   heard that story.  I never use records from

19   that cell phone for my taxes, ever, I never

20   used it.  Now, if you want to come to DA,

21   I'll go with you tomorrow, how do you like

22   that?

23       Q.    If I want to what?

24       A.    If I committed a crime, let's

25   go to my DA.  I never used records of those

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2   phones.

3        Q.    Okay.  I asked you a different

4   question.  Did you ever give your cell

5   phone --

6        A.    I give a lot of employees cell

7   phone, not only Mr. Friedman.

8        Q.    -- that were in your name?

9        A.    Not only Mr. Friedman.  I don't

10  even know which phone it is.  I don't

11  remember giving them -- I give a lot of

12  employees cell phone.  If you think I

13  commit a crime, I'm open, let's go.  I

14  never used it.  I never use records.  I

15  never put in those phones.  It's just the

16  teeth wants to put somebody else to the

17  teeth.  I want to go with you to the DA.

18  When you want, I'm ready, appointment with

19  you, you ready?  We write up both crimes,

20  if I did a crime, if he did a crime.  I did

21  a crime, I never used it.  It was never

22  used.  You're like a baby.

23        Q.    The cell phones that you gave

24  out, were they under your name?

25        A.    I don't remember.
```

Zigmond Brach
October 29, 2025

```
 1              ZIGMOND BRACH
 2         MR. CUZA:  I'm going to stop
 3      it.
 4      A.   I don't even remember the
 5   number --
 6         MR. CUZA:  Stop it.
 7         THE WITNESS:  I don't have no
 8      number.
 9         MR. CUZA:  Stop it.  Nick,
10      we're not going into this issue, it's
11      completely irrelevant to the case.
12      If you want to bring it up with Judge
13      Parker, we'll deal with Judge Parker,
14      and I doubt that she's going to allow
15      this to continue, but he's answered
16      the question so let's move on.
17         MR. FORTUNA:  So you're
18      instructing him not to answer any
19      more questions about that?
20         MR. CUZA:  Absolutely.  He's
21      answered everything that he's
22      answered.
23         THE WITNESS:  Maybe I should
24      bring out how he smuggled cameras to
25      Brazil.  What is it related to the
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2            case?

 3                    MR. CUZA:  Okay.

 4                    THE WITNESS:  I never used it.

 5                    MR. CUZA:  Okay, let's move on.

 6                    THE WITNESS:  Piece of shit.

 7            Q.    Are you familiar with a

 8      situation where Sound Around would

 9      calculate the cost of shipping containers

10      by reducing the number of products that

11      were actually shipped in the container?

12            A.    I don't understand, I don't

13      understand the question.

14            Q.    So are you familiar with a

15      situation -- I'll rephrase it -- where

16      Sound Around would reduce the number of

17      products in a container by 30 percent to

18      calculate the per product cost of the

19      container?

20            A.    This needs a little better

21      explanation.  30 percent of what?  A

22      container, you never fill up.  I think I

23      explained it the beginning.  I calculate

24      container with an average around.  Some

25      containers go in a lot more, some goods are
```

Zigmond Brach
October 29, 2025

```
 1              ZIGMOND BRACH
 2   not ready always, the full container, from
 3   a factory.  Sometimes we ship a 20-foot
 4   container, it doesn't -- it doesn't -- it
 5   varies, in general.  Individual -- we
 6   didn't have a price based on individual, we
 7   have a price more like a concept.
 8        Q.    Okay.
 9        A.    Now, you understand, the
10   container could take 20,000 pounds, or
11   kilos, and sometimes this weight is heavy
12   and you only could load in 50 percent, but
13   30 percent less, very unlikely.  Very
14   unlikely we ship any container that's 30
15   percent, except really heavy, it's
16   impossible.  And if you prove that, I write
17   you a check a million dollars now.
18              He's coming in like -- this
19   Moises Friedman is coming like an idiot.
20   How much money you think this whole
21   container shipped that he calls, maybe 100
22   to $1,000.  Even if he was right, it's
23   coming off the wall.  It's coming off the
24   wall.  $10 million stealing.  He's coming
25   off the wall with containers.  Go calculate
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2    every container and let him see what I

3    paid, the dollar amount was loaded.  Some

4    containers cost 20,000, then they dropped

5    the price to 18 to 15.  We have to average,

6    we cannot do every container separate

7    change, change from formula's.

8         Q.    That conceptual pricing, is

9    that kept anywhere at Sound Around?

10        A.    What do you mean?  The

11   change --

12        Q.    Is that information kept, the

13   averaging pricing that you're talking --

14        A.    It's cost each -- once a year

15   we update the cost.  We can't update every

16   time up or down, it's not -- like container

17   business, the last three, four years, was,

18   like, up and down, seesaw.

19        Q.    Is that information kept

20   anywhere at Sound Around?

21        A.    The what?

22        Q.    The information about the --

23   what you calculated?

24        A.    When it was changed from 3,000

25   container to 8,000 to 10,000 to 20, I don't

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2    think it get changed, the computers, time
3    goes on, but it doesn't get changed every
4    time.
5         Q.    Other than changing it in the
6    computer, do you have information about how
7    they were calculated?
8         A.    When we know the price in the
9    market, we went up.  If we had goods -- if
10   we lowered it back, the goods in the
11   warehouse became cheaper, too.  It didn't
12   change.  It wasn't, like, on a daily level,
13   it was a year.  Like if we had goods that
14   we paid 20,000 container, now it went down,
15   the price of cost went down automatically
16   because otherwise we're never going to
17   sell.  We need to know the real cost.
18        Q.    All these calculations, are
19   they kept anywhere in particular?
20        A.    When the date we changed?
21        Q.    No --
22        A.    Each contain -- we got to go to
23   each container that ever came in and look
24   at what the real freight was.  You want to
25   call my office, you can look at every
```

Zigmond Brach
October 29, 2025

```
1                  ZIGMOND BRACH
2    freight bill come in.
3         Q.    My understanding of your
4    testimony is that you figure out an average
5    for a period of time that you use that
6    average?
7         A.    No, when the price change then
8    we change the price.
9         Q.    Okay.  When you figure out that
10   average, that calculation, do you have that
11   information anywhere?
12        A.    No, no.
13            MR. CUZA:  Do you want more
14      water, Ziggy?
15            THE WITNESS:  I got plenty.
16        Q.    Are you familiar with an
17   individual named John Gaston?
18        A.    John Gaston, he works, I'll
19   call it, odd department, camera, whatever.
20        Q.    Are you familiar of a
21   circumstance where he altered bank
22   statements on behalf of Sound Around?
23        A.    No idea.
24        Q.    Did he ever alter bank
25   statements so Sound Around can give them to
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2    a bank to get approved for a loan?

 3          A.    For Sound Around?

 4          Q.    Yeah.

 5          A.    Not that I know of.  Sorry, I

 6    don't have any loans from the bank for

 7    Sound Around.

 8          Q.    I'm sorry?

 9          A.    I don't have any loans for

10    Sound Around.

11          Q.    Do you have any credit lines?

12          A.    Credit line, but I don't have

13    loans.

14          Q.    Okay.  Credit line's like a

15    loan, isn't it?

16          A.    It's for LLCs, but it's

17    different.

18          Q.    Mm-hmm.

19                MR. FORTUNA:  Can you mark

20      this.

21                (Whereupon, an Organizational

22      Chart was marked as Defendants'

23      Exhibit A for identification as of

24      this date by the Reporter.)

25          Q.    Mr. Brach, I'm going to show
```

Zigmond Brach
October 29, 2025

```
 1                ZIGMOND BRACH
 2   you this corporate organizational chart.
 3   Are you familiar with this?
 4        A.    No.
 5        Q.    Have you seen it before?
 6        A.    No.
 7        Q.    Does this organizational chart,
 8   looking at it now, accurately reflect the
 9   organization of Sound Around's business?
10        A.    I have no idea.  I don't know
11   what this is.
12        Q.    I'm sorry?
13        A.    I never -- I didn't see this
14   ever.
15        Q.    So you're not sure if this
16   represents an accurate portrayal of Sound
17   Around's business?
18        A.    What do you mean business?  I
19   mean, I see business developer, marketing,
20   so I see here what I see.  I don't know who
21   created, when it was created, or nobody
22   ever showed me this.  Nobody ever showed me
23   this.
24        Q.    So you're not familiar with it?
25        A.    No.
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2          Q.    Does Sound Around have an

3    inventory rating system?

4          A.    What do you mean "rating"?

5          Q.    Do you rate your inventory, the

6    inventory that you have in stock?

7          A.    I just know what they call

8    aging, after 12 months, that's the only

9    thing that I know.

10         Q.    After 12 months inventory's

11   called aged?

12         A.    It's called end of life or

13   whatever.

14         Q.    Do you know of any other rating

15   system?

16         A.    I don't know.

17         Q.    Are you familiar with how -- I

18   may have asked you this -- how the power BI

19   system works?

20         A.    No idea.

21              MR. FORTUNA:  Give me a couple

22        minutes.

23              (Whereupon, a short recess was

24        taken.)

25              MR. FORTUNA:  I'm done asking
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2          questions of Mr. Brach, unless I may
 3          have follow-up now that his counsel's
 4          going to ask questions.
 5     EXAMINATION BY
 6     MR. CUZA:
 7          Q.    Ziggy, very very few questions,
 8     okay.  You mentioned that you started your
 9     company back in --
10          A.    1977.
11          Q.    Okay.  I want to talk a little
12     bit about manufacturers and manufacturers
13     in China.  Okay?
14          A.    (Indicating) but manufacturer
15     in China came the middle of the 80s.  It
16     was Taiwan, but the same Chinese people.
17          Q.    When did you start working with
18     manufacturers in China?
19          A.    In China, but a lot of them
20     factories were Chinese, I mean Taiwanese
21     people, and then they went, they moved the
22     factories to China.
23          Q.    Okay.
24          A.    So they started in Taiwan and
25     they just moved over for labor cost in the
```

Zigmond Brach
October 29, 2025

```
 1                ZIGMOND BRACH

 2    80s.

 3         Q.    And more or less when did they,

 4    the manufacturing companies, move to China,

 5    more or less?

 6         A.    Those, from Taiwan, the middle

 7    80s.

 8         Q.    Okay.  When did you start doing

 9    business with manufacturers in China?

10    Forget about Taiwan at this point, I want

11    to focus on China.

12         A.    Probably a few years, probably

13    '88, '90.

14         Q.    Okay.  And since you started

15    doing business with manufacturers in China,

16    did that continue until the present?

17         A.    Yes.

18         Q.    And I'm talking about your

19    companies right now.

20         A.    Yes.

21         Q.    Now, do you have a reputation

22    with the manufacturers in China?

23         A.    Most of them --

24              MR. FORTUNA:  Objection.

25         A.    -- when I used to go there,
```

Zigmond Brach
October 29, 2025

```
1                  ZIGMOND BRACH
2    they -- they wined me and dined me.  They
3    took my wife shopping to the local, what's
4    called, Chinese markets.  You know, buy
5    scarves and pocketbooks.  Like they were
6    really nice.  They gave away -- they gave
7    away their secretary to go shop with my
8    wife all over China.  They were really --
9    most of them were super.
10        Q.    How about credit-wise, what
11   type of credit have you had in China for
12   the years that you've been doing business?
13        A.    You mean business?
14             MR. FORTUNA:  Are you talking
15         about financial credit?
16             MR. CUZA:  Yeah.
17        A.    I didn't have much, but if we
18   had a problem with a product, they stood
19   behind to reach which was a problem
20   product.  Whatever were left, returns, they
21   didn't just say get lost, even though they
22   got the money, paid already, so that was
23   because I paid them even just when the
24   container leaves, before we receive the
25   bill of lading, or we pay them before they
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2    loaded the thing.

3              MR. FORTUNA:  Are you getting

4         all that?

5              THE REPORTER:  Yes.

6         Q.    About -- by the time that

7    Friedman and Ilowitz joined Sound Around,

8    right, more or less, how many years had you

9    been doing that business with the

10   manufacturers in China?

11        A.    I don't know when.  I don't

12   know when -- I started 1990, so that's --

13   must -- 30 years.

14        Q.    So Ilowitz --

15        A.    Almost 30 years, 25 to 30

16   years.

17        Q.    Okay.  At that time, did Sound

18   Around have a reputation in China, Sound

19   Around?

20        A.    Me?

21        Q.    Yeah, Sound Around.

22        A.    Yeah, everybody knew me there.

23   I went to the trade show.  To say Ziggy,

24   they went crazy.

25        Q.    Okay.  In your working
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2      experience with the -- generally speaking,

3      right, I'm not going to talk about the bad

4      apples specifically, we're going to get

5      there.  Your general experience with the

6      manufacturers in China?

7          A.    It was very good reputation.

8          Q.    Your general experience with

9      the Chinese community when you were there?

10         A.    We have there, in China, we

11     have in --

12              MR. FORTUNA:  Can you speak a

13          little louder.

14         A.    In China we have -- I start --

15     I went to Shanghai, there we had a Jewish

16     Chabad center, and, you know, you dealt

17     with the employees in the center.  We, you

18     know, build them a restaurant, Beijing,

19     Guangzhou (phonetic), Zhengzhou (phonetic),

20     we are doing, like, very very good, very

21     good experience.

22         Q.    Okay.

23         A.    With the general public.

24         Q.    Okay.  Now, you've learned,

25     right, that both Ilowitz and Friedman were

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2   paid kickbacks, correct?

3        A.    Yes.

4             MR. FORTUNA:  Objection to

5         form.

6        Q.    But they were paid kickbacks by

7   some manufacturers, correct?

8        A.    Yes.

9        Q.    And what is your opinion --

10            MR. FORTUNA:  Objection to

11        form.

12       Q.    -- about those manufacturers

13  that specifically paid the kickbacks to --

14            MR. FORTUNA:  Objection to

15        form.

16       Q.    -- Ilowitz and Friedman?

17       A.    We only found out after they

18  left actually, a few days later.  Even

19  though I had suspicions, but no proof.

20       Q.    Okay.  Did Mr. Friedman ever

21  tell you that he was being paid kickbacks?

22            MR. FORTUNA:  Objection to

23        form.

24       A.    I asked him, he told me no.

25       Q.    Okay.
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2         A.    And even after, we found
3    Ilowitz first, and I met him, that's when I
4    approached him, he was in my office, and he
5    says I nothing to do with it, this was only
6    Ilowitz was part of this, and he wants to
7    stay on board, but we told him if you lie,
8    not telling us the truth.  Instead he said
9    a few lies, which we verified right away.
10   I don't remember exactly, tried right away,
11   so we let him go.  Even then he didn't say
12   no, he didn't say this was just a gift, you
13   know, had a little necklace, a wallet,
14   whatever, you know.
15        Q.    Ziggy, you mentioned that
16   Friedman lied to you about the kickbacks,
17   correct?
18        A.    Yes.
19              MR. FORTUNA:  Objection to
20        form.
21        Q.    And you mentioned that you
22   specifically asked him about kickbacks --
23        A.    Yes.
24        Q.    -- and he denied it, correct?
25              MR. FORTUNA:  Objection to
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2          form.
3          A.    Yes.
4          Q.    Did he ever tell you that, when
5     you asked him, did he ever tell you he was
6     receiving commissions from manufacturers --
7          A.    No, no, not at all.
8          Q.    -- in China?
9          A.    Why it was suspicious, because
10    both of those people get period in '21,
11    '22, build $5 million houses, and I knew
12    when they're making a million to 2 million,
13    they can't afford a $5 million house.  They
14    don't have to be so dumb.  That's why I got
15    suspicious on kickbacks.  That they opened
16    their own company, competing.  No one never
17    even dreamt this is even going on.  But my
18    son started bring some items that's
19    similar, and he approached them, and they
20    said they don't know who it is, which is
21    their company in the back scene, and -- and
22    that, I never dreamt in my life.  Somebody
23    makes a million plus a year will do that.
24          Q.    Did you feel betrayed when you
25    heard kickbacks --
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2              MR. FORTUNA:  Objection to

3       form.

4        A.     Devastated.

5        Q.     Excuse me?

6        A.     Devastated.

7        Q.     Okay.

8        A.     Devastated.  When my -- my son

9    married his sister --

10             MR. FORTUNA:  I'm going to

11         object to this line of questioning.

12       What's the point of --

13             MR. CUZA:  Noted.

14             MR. FORTUNA:  I'm sorry?

15             MR. CUZA:  I said noted Nick.

16       Go ahead, go ahead, you can answer.

17       A.    I mean, like, I was nice to

18    Moises' father as individual, better than

19    anybody, financial, and whatever,

20    everything.  Generally in our community we

21    pay weddings, you know, we split, the two

22    sides, the girl side, boy, in our Jewish

23    community, that's the nature.  I didn't

24    want anything from him.  I wanted him to --

25    I didn't want anything from his father,
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2    anything else, so you feel double betrayed,
3    you know.
4         Q.    Okay.  Now, when you say
5    betrayed, is it the same thing as being
6    double-crossed?
7         A.    Yes, I think so.
8         Q.    Okay.  Now, how about Ilowitz?
9         A.    What?
10        Q.    How about Ilowitz, right, you
11   know, right, the evidence is clear that
12   Mr. Ilowitz also received kickbacks?
13             MR. FORTUNA:  Objection.
14        A.    I feel betrayed, but I never
15   did personal say anything except we gave
16   him a good job, and he made a lot of sale,
17   more than anybody in the community, yes.
18        Q.    Okay.  Now the -- now, the
19   Chinese manufacturers that were paying the
20   kickbacks --
21             MR. FORTUNA:  Objection to
22        form.
23        Q.    -- they hid this from you as
24   well, correct?
25        A.    Correct.  I even asked one of
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2    them and they just lied me straight out.
3         Q.    Did you feel --
4         A.    And he probably has an e-mail
5    from that, too.  Because they think,
6    intentionally, I did the e-mail, Moises
7    made, when I e-mailed manufacturer, when he
8    answered, he put down his name on it.
9         Q.    Okay.  Did you feel betrayed by
10   them --
11              MR. FORTUNA:  Objection to
12        form.
13        A.    Yes, sure.
14        Q.    -- the manufacturers that were
15   paying the kickbacks?
16        A.    Yes, sure.
17        Q.    Did you feel double-crossed by
18   the manufacturers that were --
19        A.    Yes.
20              MR. FORTUNA:  Objection to
21        form.
22        A.    We treat them nice, paid them
23   nice, operate like business people.
24        Q.    Are these the people that you
25   referred to as double-crossers early on in
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2    the deposition?

 3         A.    Yes.

 4         Q.    Okay.  Now, the -- you now

 5    know, right, that during the time that they

 6    were working at Sound Around they had a

 7    separate business, correct?

 8                MR. FORTUNA:  Objection to

 9         form.

10         A.    Yes.

11         Q.    Where they were selling

12    products just like Sound Around, correct?

13         A.    Yes.

14         Q.    Did Friedman ever tell you that

15    they were selling products outside of Sound

16    Around?

17         A.    The same product, no, he didn't

18    tell any kind of product.  Even it would

19    have been tires, anything, because I

20    wouldn't have accepted a second business

21    from them when they make enough money, and

22    there's enough money to be make, more, so.

23         Q.    How about Ilowitz, did Ilowitz

24    tell you that he was selling products

25    outside of Sound Around?
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2               MR. FORTUNA:  Objection to

 3          form.

 4          A.    No.

 5          Q.    Okay.  You mentioned that

 6     Friedman is your son's brother-in-law,

 7     correct?

 8          A.    Yes.

 9          Q.    Did Friedman hide, from your

10     son, the fact that he was selling

11     products --

12               MR. FORTUNA:  Objection as to

13          form, and objection to what his

14          son --

15          Q.    -- outside of Sound Around?

16          A.    Again, what's the question?

17               MR. CUZA:  Can you repeat the

18          question.

19               (Whereupon, the referred-to

20          question was read back by the

21          Reporter.)

22          A.    My son didn't tell me that.

23     He's telling me that he's doing this, so he

24     knew I'm upset, the next level.  He didn't

25     tell me.  He told me that he didn't.
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2          Q.    And you do know that Abe didn't

3    know, correct?

4          A.    Yeah, that's what he told me.

5          Q.    You do know that Friedman hid

6    that from your son, correct?

7          A.    Yes, yes.

8          Q.    And your son is the one that

9    brought him to Sound Around?

10         A.    That's correct.

11         Q.    Sound Around opened the door to

12   Friedman because of your son?

13         A.    That's for sure.

14         Q.    The -- now, do you remember --

15   I know that you asked, based on your

16   testimony, Friedman about kickbacks before

17   Friedman was terminated, correct?

18              MR. FORTUNA:  Objection to

19         form.

20         A.    Yes.

21         Q.    Do you remember when you asked

22   Friedman whether he was receiving

23   kickbacks?

24              MR. FORTUNA:  Objection to

25         form.
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH

2        A.    Must have been '21, '22.  I was

3   looking for the e-mail, I don't find it.

4        Q.    Okay.

5        A.    I search my computer, it didn't

6   come up.

7        Q.    Okay.

8              MR. CUZA:  I have no more

9        questions.  Okay.

10             MR. FORTUNA:  I just have a

11        few.

12   CONTINUED EXAMINATION BY

13   MR. FORTUNA:

14       Q.    Friedman and Ilowitz together

15   earned you and your family over $150

16   million in the products they sourced; isn't

17   that correct?

18       A.    Totally wrong.

19       Q.    Why is that wrong?

20       A.    Because you let them give

21   calculation.  I've made -- I've made a lot

22   of money, a lot of money, but I don't think

23   this kind of numbers in those years you

24   think they made.

25       Q.    Are you aware they sold over
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2     $350 million in products for you?
 3          A.    We talking about -- let them
 4     show me records.  I don't know any of those
 5     records that they sold.
 6          Q.    So that $150 million that they
 7     made for you, did you experience that
 8     money?
 9          A.    I told you, I don't think they
10     made that kind of money.  Regardless, they
11     were hired to make money, that they did
12     something wrong.
13          Q.    Has anyone ever made that much
14     money for you?
15          A.    They took money --
16               MR. CUZA:  Let him finish.
17          Q.    Has anyone ever made that much
18     money for you?
19          A.    Three years I still don't
20     believe it is.  Numbers is off.
21          Q.    Has any buyer ever been more
22     successful than Friedman?
23          A.    They were successful buyers,
24     that, I'm not saying, but that's still
25     didn't give them rights --
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH
 2        Q.    Answer my question.
 3              MR. CUZA:  Wait, wait, wait,
 4         wait, you ask questions, you let him
 5          finish it, don't interrupt him.
 6              MR. FORTUNA:  Yeah, but he
 7          didn't answer the question.
 8              MR. CUZA:  Well, he did.
 9        Q.    Has any buyer ever --
10        A.    I said he never made for me
11    $150 million.
12        Q.    No, I said has any buyer ever
13    made --
14        A.    You prove me, show me.
15        Q.    -- been more successful -- I
16    will show you, but has any --
17        A.    You show me, you show me they
18    made me profit 150 million --
19        Q.    Has any buyer ever been more
20    successful at Sound Around than Friedman?
21        A.    So that does not -- even though
22    what they did, and stole to get, still
23    happy with the other people.
24        Q.    Mr. Brach, has anybody ever
25    been more successful than Friedman?
```

Zigmond Brach
October 29, 2025

```
1                    ZIGMOND BRACH
2        A.    They were two good buyers.  I
3   never had buyers before those -- before
4   Mr. Friedman came in, I don't think we had
5   a buyer.
6              THE WITNESS:  Did we Jerry?  I
7         don't remember.
8              MR. JEREMIAH BRACH:  I don't
9          know if I can answer.
10       A.    No, no, I don't think we had
11   another buyer.
12       Q.    You were buying products,
13   right?
14       A.    Me.
15       Q.    Whoever; you, your sons.
16       A.    No, I used to buy myself.
17       Q.    Did anybody ever do better than
18   they did?
19       A.    Jerry helped me and Abe helped
20   me buy, I never had, like, buyers, it was a
21   new system.
22       Q.    I'll ask you another question.
23   Friedman and Ilowitz together --
24              MR. JEREMIAH BRACH:  Could I
25          answer?
```

Zigmond Brach
October 29, 2025

```
 1              ZIGMOND BRACH
 2          MR. CUZA:  No, no, stop.
 3          MR. JEREMIAH BRACH:  No, it's
 4       'cause it's off --
 5       Q.    Friedman and Ilowitz together
 6  doubled the size of your company; isn't
 7  that correct?
 8       A.    No, and they took -- they did
 9  very well and then when they started the
10  other thing, they took it down the drain.
11  They -- they took it down, and my -- my
12  sales and volume and profit went down,
13  which I once gave you from my accountant,
14  CPA, the report, my sales went down,
15  everything went down.
16       Q.    So since they left, your sales
17  have gone way down?
18       A.    It's not as -- it -- the profit
19  is there, but the sales went down.  We had
20  to revamp with new staff and everything
21  else, just about -- just --
22       Q.    Do you know -- there was no one
23  in Sound Around that could replicate the
24  sales they were doing at Sound Around?
25       A.    We did, we try to give them the
```

Zigmond Brach
October 29, 2025

1                    ZIGMOND BRACH

2     most we could.  We pushed them more, why

3     you need more workers, you have the same

4     people to do it.

5          Q.    So you've lost a lot of sales

6     since they left?

7          A.    I've lost sales that we're

8     building back, yes.  Yes, I lost sales.  We

9     were stuck with inventory, no money, with

10    old inventory, garbage that they bought and

11    left to us because the head was going for

12    their own business.

13         Q.    What was the revenue of Sound

14    Around at the end of 2018?

15         A.    I can't tell you, I can't tell

16    you off my head.

17         Q.    Do you have that information

18    somewhere?

19         A.    It must have been accountant.

20         Q.    I'm sorry?

21         A.    My accountant must have it, I

22    don't have it.

23         Q.    What was the revenue at the end

24    of 2023 of Sound Around?

25         A.    I don't know any --

Zigmond Brach
October 29, 2025

```
 1                ZIGMOND BRACH

 2   everything --

 3        Q.    Evidently.

 4        A.    -- you can ask my lawyer, we

 5   can supply it.

 6        Q.    Okay.

 7             MR. FORTUNA:  I have no further

 8         questions.

 9             MR. CUZA:  Okay, thank you very

10         much.

11             THE REPORTER:  Are you ordering

12         the transcript in any form?

13             MR. CUZA:  We'll get a copy.

14         Whenever he orders it, we'll get a

15         copy.

16             MR. FORTUNA:  We'll get a rough

17         draft.

18             (Whereupon, at 2:50 P.M., the

19         Examination of this Witness was

20         concluded.)

21

22

23             *    *    *

24

25
```

Zigmond Brach
October 29, 2025

```
 1                    ZIGMOND BRACH

 2              D E C L A R A T I O N

 3

 4

 5        I _____, the witness herein,

 6    having read the foregoing testimony of the

 7    pages of this deposition, do hereby certify

 8    it to be a true and correct transcript,

 9    subject to the corrections, if any, shown

10    on the attached page.

11

12

13

14

15                    _____
                          ZIGMOND BRACH

16

17

18    Subscribed and affirmed to before me

19    this _____ day of _____ 20___.

20

21

22    _____
          NOTARY PUBLIC

23

24

25
```

1                    ZIGMOND BRACH

2                  E X H I B I T S

3

4    DEFENDANTS' EXHIBITS

5

6    EXHIBIT    EXHIBIT                    PAGE

7    LETTER     DESCRIPTION

8    EXHIBIT A Organizational Chart      127

9

10      (Exhibits retained by Counsel Fortuna.)

11

12                  I N D E X

13

14   EXAMINATION BY                      PAGE

15   MR. FORTUNA                         5, 144

16   MR. CUZA                            130

17

18      INFORMATION AND/OR DOCUMENTS REQUESTED

19   INFORMATION AND/OR DOCUMENTS        PAGE

20   (None)

21

22

23

24

25

```
 1                    ZIGMOND BRACH

 2            C E R T I F I C A T E

 3

 4    STATE OF NEW YORK  )
                         :  SS.:
 5    COUNTY OF RICHMOND )

 6

 7        I, ELIZABETH KEATING, a Notary Public

 8    for and within the State of New York, do

 9    hereby certify:

10        That the witness whose examination is

11    hereinbefore set forth was duly affirmed

12    and that such examination is a true record

13    of the testimony given by that witness.

14        I further certify that I am not

15    related to any of the parties to this

16    action by blood or by marriage and that I

17    am in no way interested in the outcome of

18    this matter.

19        IN WITNESS WHEREOF, I have hereunto

20    set my hand this 6th day of November 2025.

21

22

23    _____
                ELIZABETH KEATING
24

25
```

1                    ZIGMOND BRACH

2     STATE OF NEW YORK  )

3                        :  SS.:

4     COUNTY OF RICHMOND )

5

6        I wish to make the following changes, for

7     the following reasons:

8

9     PAGE     LINE

10    _____    _____ CHANGE: _____

11       REASON:    _____

12    _____    _____ CHANGE: _____

13       REASON:    _____

14    _____    _____ CHANGE: _____

15       REASON:    _____

16    _____    _____ CHANGE: _____

17       REASON:    _____

18    _____    _____ CHANGE: _____

19       REASON:    _____

20    _____    _____ CHANGE: _____

21       REASON:    _____

22    _____    _____ CHANGE: _____

23       REASON:    _____

24

25

Zigmond Brach
October 29, 2025

**$**

**$1,000**
  33:14 123:22
**$10**
  48:19 123:24
**$10,000**
  51:8
**$12**
  48:19,21
**$150**
  144:15 145:6
  146:11
**$2**
  48:19,21
**$23**
  92:8
**$350**
  145:2
**$5**
  137:11,13
**$500,000**
  118:9

**1**

**1**
  104:13
**10**
  23:2 24:16
  46:20 52:16
  85:20,21,22
  109:24
**10,000**
  124:25
**100**
  47:14 78:14
  82:21,22,23
  106:24 107:3
  123:21
**104**
  84:20 86:22
  87:23
**105**
  89:10

**109**
  91:4,15
**10950**
  4:13
**1099**
  38:19 39:6,
  13,23 40:9,
  19 104:16,24
  105:11,21,23
**1099s**
  38:14 105:15
**112**
  96:12,16
**12**
  57:19 129:8,
  10
**13**
  55:2 56:8,24
  103:24
**15**
  124:5
**150**
  146:18
**155**
  97:4
**18**
  82:18,19
  124:5
**1951**
  8:18
**1960**
  14:20
**1977**
  16:17 130:10
**1990**
  133:12
**1:00**
  88:13
**1:30**
  88:24

**2**

**2**
  49:8,9
  137:12

**2,000**
  85:11,18
**20**
  24:17 46:21
  48:5 85:20
  124:25
**20,000**
  123:10 124:4
  125:14
**20-foot**
  123:3
**2000**
  30:10 80:10
**2013**
  30:5 33:5
**2018**
  34:6 35:22
  36:14 149:14
**2019**
  32:20
**2021**
  111:7
**2023**
  149:24
**2024**
  24:4,24
  26:21 32:23
  40:6 47:19
**2025**
  55:2 56:8,25
  103:25
**21**
  8:18 137:10
  144:2
**218**
  97:20
**22**
  137:11 144:2
**25**
  133:15
**250**
  4:12
**27**
  97:5
**282**
  98:12,15,16,
  19,25

**285**
  98:14
**291**
  100:13,16
**2:50**
  150:18

**3**

**3,000**
  124:24
**30**
  42:24
  122:17,21
  123:13,14
  133:13,15
**335**
  101:20
**35**
  42:24 43:18
  50:3,22
**37**
  97:20

**4**

**4**
  51:9
**40**
  50:3,22
**45**
  98:13,17,18
  99:2
**46**
  100:13

**5**

**5**
  24:16
**50**
  66:19 110:24
  123:12
**500,000**
  118:23

Zigmond Brach
October 29, 2025

**53**
  57:19 101:20

---

**6**

**60**
  83:9 84:4
**62**
  59:21,24
**65**
  65:2
**68**
  69:2

---

**7**

**70**
  74:10 75:4
  76:24 84:2,4
**73**
  52:20
**74**
  4:16
**77**
  76:12,24

---

**8**

**8,000**
  124:25
**8-track**
  14:21,25
**80**
  17:21
**80s**
  130:15
  131:2,7
**84**
  77:3
**88**
  131:13

---

**9**

**90**
  131:13

**91**
  77:19
**95**
  85:23 86:11

---

**A**

**Abe**
  23:18 28:17
  29:13 32:17
  33:18 36:11,
  12 53:8,10,
  22 67:10
  71:18 75:21
  115:25
  116:12 143:2
  147:19
**ability**
  11:12
**able**
  92:5 96:18
**Absolutely**
  121:20
**accepted**
  141:20
**access**
  80:4 81:7
  85:5,6,13
**accessed**
  76:14 84:22
**account**
  76:19 77:7,
  22 93:10,17,
  23 94:9
  119:7
**accountant**
  148:13
  149:19,21
**accounting**
  38:21
**accounts**
  76:15
**accurate**
  128:16
**accurately**
  11:13 128:8

**action**
  5:23 7:19
  10:2 32:24
  57:14
**add**
  52:13
**added**
  46:4
**address**
  4:11
**advance**
  47:18 51:15
**advanced**
  107:17,22
  108:20
**Advisors**
  104:7 106:2
**Advisors'**
  104:2
**affirmed**
  4:3
**afford**
  137:13
**afternoon**
  13:10
**afterwards**
  48:7
**age**
  106:21
**aged**
  129:11
**aging**
  129:8
**ago**
  12:19 28:12
  42:24 50:23
  52:16 65:24
  107:7 108:22
  112:12,17
**agree**
  72:8
**agreed**
  25:7
**agreement**
  34:8,9,14,19
  35:10,15
  113:2

**agreements**
  97:22,25
**ahead**
  31:25 34:6
  97:5 138:16
**air**
  117:23
**allegation**
  60:6 80:24
**allegations**
  82:25
**alleged**
  65:5 74:11
  77:4,20
  78:14 84:20
  91:5 97:21
  99:4
**allegedly**
  102:6
**alleges**
  57:20 69:3
  97:6
**alleging**
  58:9 59:24
  101:22
**allow**
  121:14
**allowed**
  72:5
**Allyn**
  5:21
**alter**
  126:24
**altered**
  126:21
**altogether**
  15:25
**Amazon**
  70:8 77:5,
  11,21 85:25
  86:6,9,10,
  12,13,14,18
  88:7,8 92:4,
  7,19,21,24
  93:3,9,16,
  20,23,24
  94:9 95:17

Zigmond Brach
October 29, 2025

109:14 119:7

**American**
118:22

**amount**
33:19 47:13
124:3

**amplifiers**
20:14

**answer**
6:11 8:13,22
47:18 61:18
82:9 97:11
100:4 105:5,
18 121:18
138:16
146:2,7
147:9,25

**answered**
24:8 82:11
100:2
121:15,21,22
140:8

**answering**
4:25

**answers**
7:2 29:4

**anybody**
66:4 71:6
72:12 138:19
139:17
146:24
147:17

**anymore**
112:18

**anyone**
22:3 111:18
145:13,17

**anyone's**
86:8

**apples**
134:4

**appointment**
120:18

**approached**
111:6 136:4
137:19

**approve**
48:20 52:19

**approved**
127:2

**approximately**
9:18 26:22
30:10

**around**
5:23 7:17
15:14 16:13,
16,19,25
17:4,25
18:24 19:13
22:3,4,23
23:14 24:3
27:17 28:21
32:16,20,23
34:7,15
37:16 38:9,
13 40:9,17,
24 41:12,19
42:2 45:24
47:7,11
50:10 54:10,
16,19 56:19
57:13,20
58:8,13
59:7,24
60:17 61:15
63:4,6
65:10,25
69:3,6,10
70:25 72:3
73:22 74:11,
16 77:5,8
83:24 84:9,
17 91:7,11,
17,18 92:6
93:8,15
94:11 96:19,
22,25 97:9,
21 98:2,4
99:6 101:23
104:10
106:6,7
107:13,18,22
108:9,18,21
109:11,12

110:4,5,13,
17 111:11,19
112:15,21,25
113:21
116:16,19,22
117:3,7,10
118:8,23
122:8,16,24
124:9,20
126:22,25
127:3,7,10
129:2 133:7,
18,19,21
141:6,12,16,
25 142:15
143:9,11
146:20
148:23,24
149:14,24

**Around's**
38:6,24
57:22 58:9,
16 74:14
76:14,18
78:17 83:2,
3,5 84:23
85:3 86:22
89:12,23
90:2 92:5
95:15 96:21
97:7,24 99:9
100:22
102:18
114:5,6
128:9,17

**arrested**
11:18

**asked**
36:19 68:16
77:6 87:13,
15 94:18
111:7,9
114:8 120:3
129:18
135:24
136:22 137:5
139:25
143:15,21

**asking**
6:10 7:15
23:23,24
24:7 30:23
39:4,10,11
71:15 81:6,
13,15 86:21
87:13 91:19
95:20 98:7
101:13
102:15 108:7
111:10
129:25

**asserted**
7:18

**assess**
103:16

**assigned**
119:14

**assistance**
37:3

**associated**
40:10 43:25
45:23

**assume**
8:4 62:14
88:22

**assuming**
61:17 100:6

**assumption**
60:20 62:14

**ATC**
117:21

**attempted**
77:20,23
78:6

**attending**
65:9

**attention**
5:2 33:4
57:3,19
59:17,21
64:25 74:9
76:11 77:3,
18 78:13
82:17 84:19
89:9 91:4

Zigmond Brach
October 29, 2025

96:11 97:4,
19 98:12
101:20
**attorney**
5:20 8:13
12:18 53:8
**attorneys**
12:7
**Audio**
20:16,18
**automatic**
26:4
**automatically**
125:15
**average**
122:24 124:5
126:4,6,10
**averaging**
124:13
**aware**
22:9 35:17,
20 37:8,15
39:5 40:21
43:22 45:2
54:15,18,21
58:3,17
60:12 61:19
64:6 65:16
80:7,11 82:2
104:9,22
105:14,22
106:7,22
107:11,16,20
108:3 112:6,
24 115:4
117:13,22
118:4,7
144:25
**awareness**
61:7

———————

**B**

———————

**babies**
67:11
**baby**
120:22

**back**
8:22 14:20,
22 20:9
26:17 43:8,
10,13 44:13
69:22 84:4
85:21 106:8,
9,11,17
108:25
111:5,23
125:10 130:9
137:21
142:20 149:8
**bad**
134:3
**bait**
72:22
**bank**
76:14,18
126:21,24
127:2,6
**bankruptcy**
10:3,7,8
**based**
61:18 82:6
123:6 143:15
**basic**
29:3
**basically**
90:24
**basis**
80:24
**bats**
52:9
**bear**
38:6
**began**
26:20 32:19
89:11
**beginning**
42:23 122:23
**behalf**
65:9 96:21,
22,25
107:12,22
108:9,20
117:8 119:16

126:22
**behind**
132:19
**Beijing**
134:18
**believe**
53:8 145:20
**belongs**
115:21
**benefit**
84:25 85:4,8
87:14
**Besides**
13:4
**best**
4:18
**betrayed**
137:24
139:2,5,14
140:9
**better**
70:16 122:20
138:18
147:17
**BI**
43:6 129:18
**big**
36:24
**bill**
48:18,19
126:2 132:25
**birth**
8:17
**bit**
24:11 26:8
130:12
**blew**
39:18
**blue**
43:19,21
44:4,8
**board**
116:2 136:7
**born**
8:24 36:23
**bottle**
46:20

**bought**
16:7 68:11,
20 72:2
79:17 85:10,
12,18 86:12,
17 87:24
149:10
**box**
109:19,22
**boxes**
52:2 75:11,
16
**boy**
138:22
**Brach**
4:1,9,23
5:1,19 6:1
7:1 8:1 9:1
10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1,18 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1,3
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1

70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1,
22 104:1,3
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1,25
114:1,23
115:1 116:1,
12 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1,
25 128:1
129:1 130:1,
2 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1,24
147:1,8,24
148:1,3
149:1 150:1

**Brach's**
55:2 56:7,24
103:24

**brands**
74:15
**Brazil**
121:25
**break**
8:10,11,14
52:24 53:19,
25 54:2
85:23 88:13
103:14
**breaks**
4:23
**bribe**
77:21,23
78:7
**bright**
53:5
**bring**
29:24 93:6
121:12,24
137:18
**brokers**
117:20
**Brooklyn**
18:11
**brother**
16:3,7
**brother-in-
law**
29:13,22
142:6
**brought**
5:23 7:17
18:13 61:10
75:16 108:24
109:13 143:9
**build**
134:18
137:11
**building**
49:6,7 149:8
**bums**
48:23
**bunch**
51:9 67:11
**business**
9:10,12

14:9,13,20
15:7,11,14,
15,22,25
16:8,21
17:3,17,19,
22 18:3
20:15 24:3
41:11,25
50:11 57:25
58:18 60:3,
12,15,23
62:19 65:22
68:20 71:7
72:7,9,10,11
76:16,17
78:22 85:16
89:12,14,23
90:2,18,20
100:22
103:25 104:7
106:2 109:4
124:17
128:9,17,18,
19 131:9,15
132:12,13
133:9 140:23
141:7,20
149:12
**buy**
68:6 70:23,
24,25 71:24,
25 79:16
83:10,11
90:20 106:8,
9,11,17
113:14 132:4
147:16,20
**buyer**
27:21 28:17
32:12,13
36:3,4,7
40:22 41:5,
14 48:20
70:22 145:21
146:9,12,19
147:5,11
**buyers**
21:19,20

28:13 104:16
106:8 110:3,
12,22 111:3
145:23
147:2,3,20
**buying**
23:9 25:10
147:12

---

**C**

**cabinets**
29:22
**calculate**
42:20 45:7
122:9,18,23
123:25
**calculated**
42:8,16
124:23 125:7
**calculating**
43:25 45:6
46:8,10,14,
24 47:2
**calculation**
126:10
144:21
**calculations**
45:24 125:18
**call**
10:11 43:19
63:20 110:25
111:4
114:15,18
116:13,14
125:25
126:19 129:7
**called**
4:2 10:21
43:6 45:18
49:13 57:24
63:23 77:4
81:2 83:16
84:12 94:3
110:11 112:4
113:25 119:3
129:11,12

Zigmond Brach
October 29, 2025

132:4

**calls**
123:21

**camera**
126:19

**cameras**
121:24

**caption**
57:15

**car**
18:2,5 20:14

**card**
109:18
118:9,19,22

**cards**
54:11 56:20
72:18,20
108:2
109:17,22
118:17

**care**
31:24 38:20
50:17

**cared**
72:3

**carry**
67:9

**cars**
18:6,8,13

**case**
6:14 10:3,5,
7,14,15 35:4
39:24 57:2
118:16
121:11 122:2

**cases**
10:2,24

**cassette**
14:22,25

**categories**
47:14 75:25

**caught**
52:14,15

**caused**
69:8 70:12
95:11,14,20

**cell**
119:13,19
120:4,6,12,
23

**center**
134:16,17

**central**
77:7 93:10,
16,23 94:8
95:3

**cents**
46:20

**certain**
29:5 42:23
50:16 51:17
83:19 99:6
106:21
107:18

**certification
s**
14:4,11

**Chabad**
134:16

**change**
17:16 92:6,
23 94:3
95:12 99:16
124:7,11
125:12
126:7,8

**changed**
124:24
125:2,3,20

**changing**
91:17 125:5

**charged**
7:7 47:8,10
111:23 118:8

**charges**
112:2

**chart**
127:22
128:2,7

**Chaser**
119:3,4

**Chaser's**
119:7

**cheaper**
85:20 125:11

**cheated**
49:5

**check**
123:17

**checkbook**
114:14

**checks**
27:18,20

**children**
115:16

**China**
48:18 62:2
63:6 65:14
66:20 67:5,9
75:9 130:13,
15,18,19,22
131:4,9,11,
15,22 132:8,
11 133:10,18
134:6,10,14
137:8

**Chinese**
66:6,8 67:16
130:16,20
132:4 134:9
139:19

**circumstance**
37:13 61:21,
22 68:2,13
80:17 81:21
96:5,15
114:4 126:21

**circumstances**
9:11 38:18,
23 61:20
70:5 110:19

**citizen**
9:2

**City**
119:13

**claimed**
10:17

**claiming**
74:15

**claims**
11:2 84:9

**clarified**
41:22

**clarify**
90:13 91:13

**clarifying**
45:5

**classes**
13:23

**clean**
112:22

**clear**
37:5 44:23
60:25 73:23
82:13 139:11

**clients**
44:12

**coconspirator
s**
100:20,23

**code**
80:4,15

**colitis**
67:6

**Collectively**
6:5

**column**
52:3

**come**
25:6 44:13
66:3 67:14,
15 119:20
126:2 144:6

**comes**
52:25 66:4

**comfortable**
51:10

**commission**
46:19 51:25
110:25 111:2

**commissions**
42:16,21
43:5,23 44:2
45:8 110:10,
15,23 111:23
137:6

commit
  120:13
committed
  119:24
commonsense
  60:18
community
  134:9
  138:20,23
  139:17
companies
  10:9 119:5
  131:4,19
company
  11:4 23:23
  24:14 28:7,
  9,10 35:21
  39:21 43:18
  48:8,17
  112:3,7,12
  116:3,5,8
  118:18 119:2
  130:9
  137:16,21
  148:6
company's
  78:23
compensation
  36:6 38:11
  114:5,24
competing
  71:7 72:7
  137:16
competitor
  72:13
complain
  52:10
complaint
  56:25 57:13
  59:18 74:10
  77:19 98:13
completely
  57:8 121:11
Complies
  55:5 100:14
comported
  84:23

computer
  59:2 78:22,
  23 79:20
  81:9,17,24
  84:14 85:13
  102:4,8,13,
  22,25 103:10
  125:6 144:5
computerized
  109:23
computers
  58:16 80:6
  102:23 125:2
concept
  123:7
conceptual
  124:8
conceptually
  50:5
concern
  7:16
concluded
  150:20
condition
  5:3 11:10
  26:14
conditioner
  117:24
conditions
  66:20
conferences
  65:8
confidential
  78:17,19
  79:2,13,15
  80:12
considered
  101:4
consisted
  87:16
consumer
  88:2,3 92:7
  110:4
consumers
  109:13
contact
  110:4

contacted
  25:9 65:7
container
  19:19 52:8,
  11,12
  122:11,17,
  19,22,24
  123:2,4,10,
  14,21 124:2,
  6,16,25
  125:14,23
  132:24
containers
  19:17,21
  34:3 45:17
  51:6,7 52:4,
  6 122:9,25
  123:25 124:4
continue
  25:10,23
  26:7,22 32:3
  121:15
  131:16
CONTINUED
  144:12
contractor
  105:10
contractors
  104:17,23
  105:15
  113:13
control
  92:4
conversations
  67:19
convicted
  11:16
cooperate
  5:12
copy
  56:10 70:17
  150:13,15
corporate
  128:2
correct
  24:24 30:21
  33:2,7,16

36:17 38:25
  40:7 62:18
  85:25 93:11,
  17,24 135:2,
  7 136:17,24
  139:24,25
  141:7,12
  142:7 143:3,
  6,10,17
  144:17 148:7
cost
  19:20 42:22,
  23 45:7,11,
  12,17 46:5,
  11,18,20,22
  48:4,15,16
  49:6,19,22
  50:7,19
  51:2,4,7
  52:11 122:9,
  18 124:4,14,
  15 125:15,17
  130:25
costs
  45:22,25
  46:13 49:16
  50:13
counsel
  4:21
counsel's
  130:3
counterclaims
  7:18
County
  30:3 33:8
couple
  88:22 129:21
course
  41:24
Court
  6:12,17,20
  7:11 8:8
  9:8,22,25
  10:21 11:7
  35:4
CPA
  148:14

crap
  52:11
crazy
  84:5 133:24
create
  50:21 57:25
created
  128:21
credit
  118:9,17,19
  127:11,12,14
  132:11,15
credit-wise
  132:10
crime
  11:16 119:24
  120:13,20,21
crimes
  120:19
cross-check
  22:12
curls
  67:15
customer
  84:23 85:3,
  9,12,14,17
  86:5,9,15
  87:14
  109:11,12
customers
  54:10 55:12
  56:19 86:16,
  17,24 87:8,
  16,17,22,24
  108:3 118:10
customs
  51:7
cut
  47:24,25
Cuza
  4:14,15 5:14
  12:4 30:15,
  20 31:4,8,
  16,22 37:20
  38:2,8 47:20
  53:14,18,24
  54:5 55:17,

23 56:3,9,
13,15 60:24
61:4 73:2,6,
14 74:7,22
82:11,20
87:2,6,17
88:14,18,23
89:17 90:9
91:9,13
97:12,14,18
98:15,18,23
103:18
104:25
105:4,9,17
121:2,6,9,20
122:3,5
126:13 130:6
132:16
138:13,15
142:17 144:8
145:16
146:3,8
148:2 150:9,
13
CYRF
  6:3

_____

            D

D-E-S-S-E-R
  27:15
DA
  119:20,25
  120:17
daily
  125:12
date
  8:16 12:2
  26:21 30:8
  81:23 125:20
  127:24
dated
  55:2
dates
  32:22
daughter
  29:15

day
  18:21 30:7,9
  32:10 36:23
  42:3 67:10
days
  135:18
deal
  63:6 75:21
  77:11 119:3,
  4,6 121:13
dealing
  22:13 106:2
dealt
  63:2,17,22
  69:24 71:23
  134:16
decided
  55:19
decisions
  21:17
deduct
  46:5 51:5
deducted
  42:18,20
  43:24 46:2
  106:20
Deducting
  46:9
defendants
  5:22,24 6:6
  7:18 57:21
  59:25 65:5,6
  67:20 69:4
  74:12 76:13
  78:15 84:21
  85:2 89:11,
  25 91:6,16
  95:6 96:17
  99:5 100:19
Defendants'
  54:25 55:24
  56:6,23
  103:23
  127:22
delay
  69:5,9 70:13
  99:7,9,12

delayed
  69:15
denied
  136:24
department
  112:22
  117:16
  126:19
deponent
  4:16
deposed
  9:5
deposition
  6:2,10 9:15
  11:7 12:21
  55:2 56:7,24
  103:24 141:2
depositions
  10:23 55:21
  114:10
Depot
  88:8
depress
  91:7,24
depressed
  91:16
describe
  17:2
described
  83:22 84:15
desk
  79:21
Desser
  27:11,13
determine
  45:25
determines
  94:9
determining
  46:13
Devastated
  138:4,6,8
develop
  62:22 100:21
developed
  62:17 63:18
  64:9 67:5,13

Zigmond Brach
October 29, 2025

developer
128:19
development
69:5,9
dictated
110:18
difference
39:7
different
21:18,20
39:11 41:9
47:14 59:20
62:15 65:15
94:18 95:18,
19 99:17
100:17
111:10
113:12,13
114:10 120:3
127:17
dined
132:2
directed
36:15
disagree
73:15 87:19
disclosure
97:23
discovery
12:8
discussed
75:22 107:5,
7
discussion
59:15
discussions
23:3,6
distinctive
97:8
distributor
88:5
distributors
17:15,20
document
55:3 57:5,12
documents
11:20,24

12:9,11,19
55:8
doing
16:18 27:4,6
29:21 30:16,
22 31:17
41:4 60:11
113:7 131:8,
15 132:12
133:9 134:20
142:23
148:24
dollar
36:25 48:3,6
124:3
dollars
39:9 48:25
84:3,7
123:17
donation
114:20
donations
114:6,15,19,
23
door
143:11
double
139:2
double-
crossed
139:6 140:17
double-
crossers
66:6,9
140:25
doubled
148:6
doubt
5:14 121:14
download
81:4
downloaded
81:21,23
draft
150:17
drafted
35:10

drain
148:10
draw
57:3,18
59:17,21
74:9 76:11
77:2,18
82:17 84:19
91:4 96:11
97:19 98:12
drawing
33:4 64:25
78:13 89:9
97:4 101:19
dreamt
137:17,22
dress
97:7,9
drive
102:14
driver's
14:8
drives
81:5
driving
14:5
dropped
124:4
duly
4:3
dumb
52:9 71:5,9
137:14
duties
19:12 33:22
41:10
duty
48:2,4,6,10,
15,21,24
49:3 50:25
51:24

_____

**E**

_____

e-mail
140:4,6
144:3

e-mailed
77:4 140:7
earlier
103:15
109:10 110:8
early
140:25
earned
144:15
easier
6:7
ecommerce
41:7
education
13:3,24
educational
13:23
effect
35:15
eight
29:18
either
9:15 40:20
96:5 109:13
111:4,22
electronic
14:20 17:8
101:21,25
102:2,16
employee
39:6,13
employees
34:3 97:22
98:2 113:20
114:5,22
115:5 119:12
120:6,12
134:17
employees'
114:7
employer
40:17
employment
34:9,14
end
36:14 129:12
149:14,23

**English**
  35:3,6
**entered**
  34:7
**entities**
  32:25
**entity**
  113:24
**equal**
  7:10
**equipment**
  116:7
**established**
  74:15
**estate**
  9:17 14:10
**evaporator**
  117:25
**everybody**
  53:14 84:13
  133:22
**everything's**
  83:25
**evidence**
  60:4,5,10,21
  61:19,24
  62:4,6,7,9
  64:11 66:13
  68:17,21,24
  69:8 71:3,8,
  11,14 72:24
  73:4,7,9,19,
  21 96:14,23
  139:11
**Evidently**
  150:3
**exact**
  30:8 32:22
  93:18
**exactly**
  28:25 30:7
  40:5 59:3,5
  79:3 86:3
  89:19 94:5,
  20 136:10
**Examination**
  5:17 130:5

144:12
150:19
**examined**
  4:5
**excuse**
  23:22 28:16
  71:17 101:3
  138:5
**exercise**
  116:5,7
**Exhibit**
  127:23
**existence**
  54:18
**existing**
  54:15
**exists**
  60:6
**expense**
  46:5 107:14
**expenses**
  42:18,19
  43:5,23
  45:25
  107:12,18,21
  108:4,10
  117:8 118:23
**experience**
  14:16 83:9,
  12 134:2,5,
  8,21 145:7
**expert**
  96:8
**explain**
  37:24 48:12
  101:7
**explained**
  122:23
**explanation**
  122:21
**Express**
  118:22
**extra**
  48:21 52:2
  85:22

**F**

**fact**
  39:12 72:5
  74:17 95:9
  142:10
**factories**
  24:12 62:5,
  16,25 63:2
  67:14
  110:10,15,23
  130:20,22
**factory**
  24:16 63:15,
  16,25 66:2
  70:20 71:23
  85:22 94:4
  111:2,6
  123:3
**facts**
  95:6 96:23
**fair**
  31:8
**familiar**
  21:21 28:21
  29:6,9 32:3,
  7 34:9
  38:17,22
  40:22 41:9,
  23 45:8 54:9
  56:18 57:12
  60:5 67:18,
  25 89:24
  95:4,5 96:4
  100:11
  101:21
  108:14 112:3
  113:24 114:3
  116:3 119:2
  122:7,14
  126:16,20
  128:3,24
  129:17
**familiarity**
  42:8,19
**family**
  113:25

114:2,23
144:15
**far**
  102:7
**father**
  14:18
  138:18,25
**favor**
  48:18
**February**
  83:14
**fee**
  49:20 93:3,4
**feel**
  137:24
  139:2,14
  140:3,9,17
**field**
  17:8
**figure**
  126:4,9
**file**
  79:25
**filed**
  10:8 32:24
**files**
  70:4
**fill**
  52:5 109:17
  122:22
**filled**
  52:6
**financial**
  132:15
  138:19
**find**
  23:13 45:2
  50:9 71:20
  85:15 86:23
  99:20 144:3
**fine**
  31:2 55:23
  90:12 91:3
  97:12 103:18
**finish**
  4:24 145:16
  146:5

Zigmond Brach
October 29, 2025

**fire**
49:7,13
**firm**
5:21
**first**
4:3 14:15
32:14 39:16
76:20 91:21
92:24 104:13
136:3
**five**
9:19,20
12:14 18:19
28:22,23
69:22
**fix**
112:22
**FOB**
50:18
**focus**
21:25 131:11
**follow-up**
130:3
**follows**
4:6
**food**
36:21 67:9
**Foreign**
103:25 104:7
106:2
**Forget**
131:10
**form**
6:14 17:16
135:5,11,15,
23 136:20
137:2 138:3
139:22
140:12,21
141:9 142:3,
13 143:19,25
150:12
**formal**
13:24
**formula**
36:13 50:16,
19,21,24,25

51:15,17,19,
22,23
**formula's**
124:7
**Fortuna**
4:22 5:6,7,
10,16,18,20,
21 8:19
14:23 27:12
31:10,19
37:23 38:5
44:11,16
52:23 53:10
54:8 55:19
56:2,4,11,14
59:11,16
61:3,6 73:5,
12 74:6
87:5,12,20
88:12,16,21
89:2,5,8
90:11 97:13,
16 98:16,20
103:13,21
105:3,7,12
109:6 121:17
127:19
129:21,25
131:24
132:14 133:3
134:12
135:4,10,14,
22 136:19,25
138:2,10,14
139:13,21
140:11,20
141:8 142:2,
12 143:18,24
144:10,13
146:6 150:7,
16
**Fortuna's**
30:22
**found**
39:20,23
48:7 72:17
74:21 135:17
136:2

**foundation**
113:25
114:2,23
**four**
18:19 28:22,
23 67:7
69:22 124:17
**framework**
23:25
**free**
116:25
**freight**
49:7,12 51:2
125:24 126:2
**Friedman**
5:22,24 6:6
20:20 21:15,
25 22:22
23:15 26:20
28:8,14 29:7
32:24 33:5,
14 34:8,15
35:21 36:15
37:9,16
38:10 39:6,
12 40:8,11,
22 41:10,19,
24 42:21
44:7 50:12
57:22 59:9
62:16 63:8
65:7 67:20
69:4 70:12
74:12 76:14
78:16,20
84:22 85:2,
24 89:11
96:17 99:5
100:25
101:9,23
102:5 106:9,
22 107:12,
17,21,25
108:9,11
109:3 110:3,
9,12 111:8,
22 115:21
118:19

120:7,9
123:19 133:7
134:25
135:16,20
136:16
141:14
142:6,9
143:5,12,16,
17,22 144:14
145:22
146:20,25
147:4,23
148:5
**Friedman's**
33:22 118:9,
21
**front**
7:11
**full**
52:11 123:2

---

G

---

**game**
53:21
**garbage**
149:10
**Gaston**
126:17,18
**gathered**
84:24
**gave**
29:14 108:6,
12 111:8
112:13,14
120:23 132:6
139:15
148:13
**general**
48:2 123:5
134:5,8,23
**generally**
51:10 65:13,
14 134:2
138:20
**genius**
81:25

Zigmond Brach
October 29, 2025

**Germany**
8:25
**gestures**
8:9
**getting**
42:6 82:9
133:3
**gift**
54:11 56:20
108:2 136:12
**girl**
138:22
**give**
6:15 7:11
11:13 12:5
62:7,9,23
63:13 105:20
114:15,19,20
119:15,17
120:4,6,11
126:25
129:21
144:20
145:25
148:25
**given**
54:10 104:24
105:15
**giving**
6:21 7:9
105:20
114:22
120:11
**Glance**
53:9,10,22
71:18 115:25
**God**
24:15
**goes**
48:17 83:11,
16 102:20
125:3
**going**
5:12 12:5
17:20 18:20
25:16 26:17
29:2,5 31:11

32:2 35:15
38:23 44:17
52:21 54:24
55:17,20
56:19,22
59:18,19
66:11 70:21
73:3,6 77:2
82:6 84:4,5
87:3,8 88:17
91:3 103:17,
22 121:2,10,
14 125:16
127:25 130:4
134:3,4
137:17
138:10
149:11
**good**
5:19 21:9
24:15 34:22,
24 57:9
67:9,13
71:10,12,14
79:6,8,16,17
83:7,8,9,11
103:15
134:7,20,21
139:16 147:2
**goods**
21:21 25:5,
11,25 26:6
28:8 48:4
49:19 52:5
61:11 66:14
68:7,11,19,
20 69:7,12
91:23 94:13
100:2 117:14
122:25
125:9,10,13
**government**
37:2
**grade**
13:5,8,19
**graduate**
13:11

**grand**
53:16
**grandson**
116:8,10
**group**
6:3,4 20:11
**Guangzhou**
134:19
**guess**
79:5,11 92:2
100:25
**guy**
26:25 29:20
34:5
**guys**
48:5

---

**H**

**Handing**
55:4 57:2
104:2
**handle**
19:16 20:12
76:21 95:23
117:16,18
**handled**
114:9
**handling**
20:10 95:22,
25 96:3
**happen**
65:12 66:15
**happened**
36:21 39:3,
15 92:17
**happening**
25:3
**happy**
29:23 146:23
**hard**
81:5 102:14
**he'll**
70:16
**head**
30:9 62:24
64:15 80:20

149:11,16
**health**
4:17 5:3
26:13
**healthy**
29:19
**hear**
7:19 34:23
40:15 89:20
**heard**
8:4 36:18
39:17 72:17
78:8 97:16
118:12
119:18
137:25
**heavy**
52:6 123:11,
15
**Heim**
116:12
**heimabromay**
116:13
**held**
59:15
**help**
24:11 69:6
116:23
**helped**
14:17 26:8
147:19
**helpful**
23:12 85:16
**helping**
31:13
**hid**
139:23 143:5
**hide**
142:9
**high**
13:4,5,12,
14,17,18,20,
25
**higher**
93:19 94:14
95:21

Zigmond Brach
October 29, 2025

| | | | |
|---|---|---|---|
| **highest** | 26:20 28:8, | **inbound** | 99:20 110:5 |
| 13:2 | 14 32:4,5,25 | 45:15,18,19 | 124:12,19,22 |
| **hire** | 44:7 50:12 | **incidents** | 125:6 126:11 |
| 28:17 | 57:21 59:8 | 72:16 | 149:17 |
| **hired** | 62:16 63:7 | **independent** | **inherently** |
| 26:10 145:11 | 65:7 67:21 | 104:17,23 | 97:7 |
| **hold** | 69:4 70:13 | 105:10,15 | **initial** |
| 14:3 81:11 | 74:13 76:13 | **Indicating** | 94:5 |
| **Home** | 77:4,20,23 | 6:24 42:9 | **injuries** |
| 88:8 | 78:16,19 | 118:11 | 9:16 11:3 |
| **hours** | 84:22 85:3 | 130:14 | **injury** |
| 88:22 | 89:11 96:18 | **individual** | 11:2 |
| **house** | 99:6 100:25 | 29:6 32:4 | **installation** |
| 137:13 | 101:9,22 | 57:21 65:5,6 | 18:3,4,5 |
| **houses** | 102:5 106:9, | 67:20 69:3 | **installed** |
| 137:11 | 23 109:3 | 74:12 76:13 | 18:14 |
| **hundreds** | 110:3,9,12 | 77:5,8 78:15 | **instance** |
| 84:3,6 | 111:22 | 84:21 85:2 | 107:25 |
| **hurt** | 133:7,14 | 86:16 87:24 | 117:23 |
| 11:4 | 134:25 | 89:10 91:5, | **instruct** |
| | 135:16 | 16 92:25 | 111:19 |
| **I** | 136:3,6 | 94:21 95:6 | **instructed** |
| | 139:8,10,12 | 96:17 99:5 | 99:6,8,18,21 |
| **idea** | 141:23 | 123:5,6 | **instructing** |
| 35:14 42:14, | 144:14 | 126:17 | 121:18 |
| 15,17 43:7 | 147:23 148:5 | 138:18 | **instructions** |
| 54:12 62:11, | **Ilowitz'** | **individually** | 12:5 |
| 12 94:24 | 85:24 | 50:14 68:15 | **insurance** |
| 107:19 | **imagine** | 95:3 | 11:4 49:6,7, |
| 109:25 110:6 | 19:11 21:16 | **inflate** | 12,13,20 |
| 111:25 112:2 | 102:20 | 48:5 | **intent** |
| 119:9,11 | 113:18 | **inflated** | 74:7 |
| 126:23 | **impair** | 49:4 | **intentionally** |
| 128:10 | 11:12 | **information** | 140:6 |
| 129:20 | **implemented** | 42:10 43:22 | **interactions** |
| **identical** | 107:6,9 | 44:20 45:5 | 41:18 |
| 85:19 86:11 | **Import** | 57:23 58:2, | **interest** |
| 92:2 | 6:4 | 8,12,19 | 60:17,18 |
| **identificatio** | **important** | 59:4,6 65:10 | 61:14,15,23 |
| **n** | 11:11 | 71:20 76:8, | 112:7 |
| 127:23 | **importing** | 24 77:14,24 | **international** |
| **idiot** | 17:5 | 78:2,5,18, | 59:25 64:12 |
| 52:22 123:19 | **Imports** | 19,24,25 | **interrupt** |
| **Ilowitz** | 6:2 | 79:4,7,18 | 146:5 |
| 5:25 20:20 | **impossible** | 80:12,20 | **introduced** |
| 21:15,25 | 123:16 | 81:4 82:3,4 | 67:17 |
| 22:22 23:15 | **impressed** | 96:14,22 | |
| | 84:6,7 | 97:25 98:5 | |

Zigmond Brach
October 29, 2025

**inventory**
28:3 44:5,6
106:10,13,
18,23,25
117:11
129:3,5,6
149:9,10
**inventory's**
129:10
**involve**
46:25 109:5
**involved**
21:5 33:18,
20 34:12
36:8,12 43:4
44:25 45:9
46:3,7,15,
17,23 47:4
49:16 109:24
112:10
114:17
**irrelevant**
121:11
**issue**
121:10
**issues**
69:25
**issuing**
38:10,14
**item**
47:13 50:15
79:14 80:10
83:8 85:18
92:2 95:23
100:15,17
**items**
18:8 27:18,
20 32:16
49:15 62:5
66:12 70:8
72:19 76:15,
16 80:10
83:7 100:17
137:18

---

**J**

**Jack**
36:15 37:5
113:22 114:9
115:11,14
**James**
63:23,25
**January**
24:4,24
26:21 40:6
**Japan**
17:6 81:8
**Jeremiah**
53:3 56:7,24
103:24
147:8,24
148:3
**Jerry**
23:18 36:11
54:25 67:4,5
75:21 78:8
112:19
147:6,19
**Jesus**
4:15 59:11
**Jew**
67:15
**Jewish**
34:24 134:15
138:22
**job**
30:23 71:19
139:16
**Jobbers**
17:15
**John**
126:17,18
**joined**
133:7
**judge**
7:11 121:12,
13
**jump**
18:20 31:20

**Jumping**
34:6
**June**
34:6 35:21

---

**K**

**keep**
49:18
109:12,21
**keeping**
47:3,6,8
49:17 50:13
51:13 109:16
**kept**
17:20 109:19
110:5 124:9,
12,19 125:19
**kickback**
111:8
**kickbacks**
110:11
135:2,6,13,
21 136:16,22
137:15,25
139:12,20
140:15
143:16,23
**kids**
29:18 81:11
**killed**
61:9
**kilos**
123:11
**kind**
10:15 14:10
17:7,19 18:9
21:22 64:2
83:7,8 98:7
141:18
144:23
145:10
**kitchen**
29:21
**knew**
21:22 25:3
33:19 42:22,

23 52:9
64:16 66:10
70:18,19
78:21 79:22
80:22,23
81:17,18
82:5 95:17
114:10
133:22
137:11
142:24
**know**
5:12 7:24
8:11 14:8
21:12,13,17
22:6,7,17,
18,24,25
23:8,16 26:2
28:15,18
29:4,12,17
30:7,8
32:17,18
35:9,11,23
37:12 38:12,
16 39:2,7,8,
9,14,24
40:5,12,13,
14,16,20
41:3,7,15,
18,20 42:5,
25 43:13
44:23 45:12,
16,17 46:4,
5,17,18,19
48:3 49:2,
22,24,25
50:2 52:10,
20 53:13,16,
17,20 57:11
58:21 59:3,
5,7,10,20,23
60:7,8 61:9,
10,12,17
62:3,6
63:11,12,15,
21 64:8,14,
15,19,20,22,
23 66:23
67:6 68:15

Zigmond Brach
October 29, 2025

69:18,23
70:6,7,11,18
71:14 72:10,
11,14,16,19
73:24 75:15,
17 76:2,10,
22 77:10,12
78:9,10
79:3,11,12,
15,23 80:5,
9,17,21,25
81:16,20
82:5,8,14
83:10,13,15,
16 84:8,18
85:9,11,13,
17,18 86:2,
3,12 88:18
89:14,19,21
90:3,5,10,
12,14,15,18,
20,22,23,25
91:2 93:18
94:5,6,20,21
95:4,16,19,
21,24 96:9,
10 97:2,10,
11,15 98:3,
10,11 99:22
100:24
101:14,16,
24,25 102:5,
16,23,24
103:2,8,9,
10,11,14
107:5,6,24
110:7
111:13,16
112:10
113:13,23
114:8,12,25
115:3,11,12,
14 116:14
117:9,12
118:3,17
120:10
125:8,17
127:5
128:10,20

129:7,9,14,
16 132:4
133:11,12
134:16,18
136:13,14
137:20
138:21
139:3,11
141:5 143:2,
3,5,15 145:4
147:9 148:22
149:25
**knowledge**
61:5,7
73:10,19,21,
25 75:10
82:7 83:15
87:3
**Korea**
17:6 66:21

---

**L**

---

L-E-V
115:10
**labeled**
117:25
**labor**
130:25
**lack**
110:19
**lading**
132:25
**landed**
45:6,10 51:4
**landing**
46:12
**language**
34:25
**large**
93:14
**late**
69:19
**lawsuits**
9:16 34:17
49:10

**lawyer**
150:4
**Lazer**
6:2 32:4
63:22
**lead**
80:13 90:24
**learned**
134:24
**leave**
13:14 56:16
**leaves**
132:24
**left**
14:16 24:13
39:25 42:3
132:20
135:18
148:16
149:6,11
**legal**
105:2,4,5,7
**letter**
57:15
**letters**
55:11 56:18
**Lev**
115:6,18,19
**level**
13:2 66:7
125:12
142:24
**liability**
49:8,11
**license**
14:5,6,8,9,
10
**licenses**
14:3
**lie**
36:18 136:7
**lied**
136:16 140:2
**lies**
36:19 136:9
**life**
129:12

137:22
**Lifepro**
116:4,5,15,
21 117:8,11
**limited**
17:20
**line**
51:24 127:12
138:11
**line's**
127:14
**lines**
51:16 74:18
127:11
**list**
62:25 63:14
84:23 85:4,6
86:5,8,9,15,
24 109:11,
12,24
**listen**
47:22 53:3
**lists**
76:9 87:14
**litigation**
7:17 39:19
40:3
**little**
12:18 24:11
26:8 67:11
80:21 101:8
103:14
122:20
130:11
134:13
136:13
**lived**
81:16
**living**
119:13
**LLC**
6:3,4
**LLCS**
127:16
**load**
19:17,19
123:12

Zigmond Brach
October 29, 2025

loaded
  124:3 133:2
loading
  21:9
loan
  127:2,15
loans
  127:6,9,13
local
  132:3
located
  33:6 51:22
location
  18:9,12
long
  15:10 18:16
  29:11
long-standing
  77:6,9
longer
  88:17
look
  55:3 67:15
  86:13
  125:23,25
looking
  29:25 79:22
  128:8 144:3
looks
  26:4 85:19
loss
  51:11 106:16
lost
  14:18 49:21
  132:21
  149:5,7,8
lot
  18:2,18
  24:25 28:18,
  20 44:25
  52:3 70:8
  92:15 100:2
  119:15,17
  120:6,11
  122:25
  130:19
  139:16

144:21,22
  149:5
louder
  134:13
low
  26:7 27:19
lower
  25:11 48:8
  92:9 93:5
  106:15
  117:14,25
lowered
  24:16 25:17
  49:2 125:10
LRI
  6:3
lunch
  88:13 103:14

——————————

M

made
  39:8 61:11,
  12,13 84:6
  114:6 139:16
  140:7
  144:21,24
  145:7,10,13,
  17 146:10,
  13,18
maintained
  51:20,21
majority
  93:14
make
  4:15 19:21
  21:8,16
  30:21 34:2
  46:21 51:10
  52:21 64:3
  80:21 112:13
  141:21,22
  145:11
makes
  6:7 11:5
  30:13 137:23

making
  74:3 84:3
  137:12
man
  116:24
manage
  30:4
managed
  51:12
manager
  27:22 33:6,
  15,23,24
  34:5 35:24
  66:17
managing
  28:3
manipulate
  95:17
manipulated
  91:6,10 95:7
manufacture
  69:5,10
  70:14
manufactured
  63:5
manufacturer
  26:19 130:14
  140:7
manufacturers
  20:2,4,7,21
  22:5,16,22
  24:22 25:9,
  24 69:9
  70:13
  130:12,18
  131:9,15,22
  133:10 134:6
  135:7,12
  137:6 139:19
  140:14,18
manufacturing
  26:23 131:4
March
  32:23
mark
  55:18 94:16
  127:19

marked
  54:25 55:24
  56:6,23
  103:23
  127:22
market
  125:9
marketing
  6:3 91:6,18
  128:19
markets
  132:4
markings
  55:21
married
  138:9
Martin
  104:2 106:4
MDF
  6:3
mean
  9:12 11:22
  18:25 22:11
  27:24 32:11
  39:20 40:25
  41:2,7
  43:10,13
  45:10 47:14,
  15 50:18
  51:14,21
  58:4,10,14,
  23 59:2 61:4
  62:3,4 63:14
  66:13 73:25
  74:3 75:20
  80:19,21,25
  81:5 86:2,19
  90:15 91:10
  98:6 102:2,3
  103:5 105:19
  106:11,16
  107:14,15
  108:22
  110:16 114:9
  118:20
  124:10
  128:18,19
  129:4 130:20

132:13
138:17

**meaning**
7:5 19:23
50:12 57:21,
25 65:6
76:13 78:15
84:21 96:17
106:8

**means**
38:4 65:13
89:21 101:25
104:16

**measurement**
52:8

**Medicaid**
36:22

**medical**
11:10

**medication**
11:9

**meet**
65:24

**meeting**
23:11

**meetings**
65:9 68:4

**mention**
12:10

**mentioned**
110:8 130:8
136:15,21
142:5

**merchandise**
90:21

**met**
62:5 65:8,24
136:3

**metal**
64:3,4,5

**middle**
130:15 131:6

**million**
36:25 39:8
123:17,24
137:11,12,
13,23 144:16

145:2,6
146:11,18

**millions**
48:25 84:3,7

**mind**
87:18

**mine**
63:16

**minute**
44:12 52:24

**minutes**
12:14 54:5
129:22

**misappropriate**
78:20

**misappropriated**
78:16 82:3

**misrepresented**
96:19

**misspoke**
82:20,22

**mistakes**
19:24

**ML**
6:2

**Mm-hmm**
127:18

**model**
63:12 70:21
85:10

**models**
63:14 70:17

**Moises**
5:24 29:7
63:21 111:8
123:19 140:6

**Moises'**
138:18

**money**
10:18,20
38:14 40:10
49:21 107:17
108:2,7,20
111:5 112:14

123:20
132:22
141:21,22
144:22
145:8,10,11,
14,15,18
149:9

**Monroe**
4:13 33:6,11
115:20

**month**
49:3

**months**
129:8,10

**morning**
5:19

**mother**
14:17 15:6,
16 16:22

**mother's**
15:21 16:8,
20

**Mountainville**
33:12

**move**
31:13 44:20
45:2 121:16
122:5 131:4

**moved**
130:21,25

**moving**
31:14

**MSRP**
94:5

---

**N**

---

**name**
4:8 5:20
15:17 27:9
92:13 120:8,
24 140:8

**named**
29:6 32:4
116:4 126:17

**names**
62:24 77:10,

12 99:22
113:13

**nature**
9:25 10:24
17:2 66:13
138:23

**necessarily**
26:2

**necklace**
136:13

**need**
8:10 26:5,7
27:19 94:13
125:17 149:3

**needed**
5:13 76:15

**needs**
4:24 122:20

**negotiate**
20:20 22:15
25:4,24 26:9

**negotiated**
20:6 21:10,
13 24:11

**negotiating**
22:4 24:13,
22 25:2

**negotiation**
36:9,13

**negotiations**
23:3,6,7
26:18

**never**
20:24 23:2,
7,9 37:5
43:7 52:9,19
57:7 63:17
72:9 75:19
92:21 107:23
108:12,16
109:8,23
111:17
114:10 117:4
119:18,19,25
120:14,15,21
122:4,22
125:16

Zigmond Brach
October 29, 2025

128:13
137:16,22
139:14
146:10
147:3,20
**nice**
132:6 138:17
140:22,23
**Nicholas**
5:20
**Nick**
73:2,22
91:13 121:9
138:15
**Nimbo**
63:23,25
**ninth**
13:5,8,19
**no-no**
79:9
**nods**
8:9
**Notary**
4:4
**note**
80:21
**noted**
138:13,15
**number**
100:15,17
121:5,8
122:10,16
**numbers**
72:17 93:18
144:23
145:20
**numerous**
59:25

---

**O**

**oath**
6:16,22
**object**
12:4 73:3,6
116:21
138:11

**objection**
74:4,22 87:2
104:25
105:17
131:24
135:4,10,14,
22 136:19,25
138:2
139:13,21
140:11,20
141:8 142:2,
12,13
143:18,24
**objections**
5:8
**obvious**
29:3
**Obviously**
4:24
**occurred**
67:19
**ocean**
49:6,11
**October**
8:18
**odd**
126:19
**off-the-
record**
59:14
**offer**
85:19
**offered**
78:3
**offering**
56:20
**office**
32:10 35:25
43:8,10,14
58:15 64:17,
19 79:21,23
114:18
125:25 136:4
**officer**
19:9
**okay**
5:16 6:6,8

7:4,21,23,25
8:5,16 9:10,
20,24 10:7,
14 11:15
12:6,8 13:11
16:6,12,25
17:23 18:21
19:8,12
20:11 21:24
22:3,14
23:12,25
24:5,8 25:8,
15,23 28:6
30:14 31:3,4
32:7,14,19
33:4,9,13
34:13,18
35:2,9 36:2,
5,10 37:4,8,
15,19 38:8,
17,22 39:10
40:2,15
43:21,22
44:10,13
45:12,19,22
48:12 52:18
53:21,24
55:22 56:9,
14,22 57:18
61:24 62:13,
15 67:18
68:24 69:2,
24 71:13
74:6 77:2,
13,18 79:10
81:13 88:23
89:2,5,13
91:3,21
92:18 93:14
94:7,18
95:11 97:3,
12,18 98:11,
20 99:4,24
100:12
101:17
102:15
103:12
104:22
105:14,24

107:11,20
108:8,18
111:18
112:24 114:3
116:15,25
117:22 120:3
122:3,5
123:8 126:9
127:14
130:8,11,13,
23 131:8,14
133:17,25
134:22,24
135:20,25
138:7 139:4,
8,18 140:9
141:4 142:5
144:4,7,9
150:6,9
**older**
67:2,4
**once**
24:10 35:23
52:14 124:14
148:13
**one**
10:3,4,8
13:19,20,24
16:3 21:19
22:13 23:22
24:9 43:20
45:16 47:18
54:15 67:10
72:19 95:24
96:2,5 99:2
100:24
101:4,10
107:5 112:19
115:17,25
119:4 137:16
139:25 143:8
148:22
**ones**
20:9 62:21
63:10 92:13
**online**
17:18,22
119:5

open
25:2,15 51:7
120:13
opened
137:15
143:11
operate
140:23
operation
18:17
opinion
135:9
opposing
4:21
Orange
30:2 33:8
order
68:5 70:7,21
72:14
ordering
22:21 23:14
27:10 150:11
orders
21:2 25:2,16
26:5,6 27:3
34:2,4 72:15
150:14
organization
114:19
115:19,22
128:9
organizational
127:21
128:2,7
original
19:7
ourself
113:8
outbound
45:15
outgrowth
15:15
outlets
17:14 109:14
outside
59:13 119:13

141:15,25
142:15
overcharge
19:23
overseas
19:22
overstock
32:15
owned
58:12 116:9
owner
11:3 19:5,7
owns
116:8

_____

P

P.M.
150:18
packing
52:7
page
51:24 57:19
97:5,20
98:13,18
99:2 100:13
101:20
104:13
paid
16:4 33:14
40:11,17
42:6 48:6,9
49:3,9 52:12
104:24
105:16
107:12 108:2
111:2,3,24
115:5,6
118:18,22
124:3 125:14
132:22,23
135:2,6,13,
21 140:22
palate
113:9,15
paper
57:17

paragraph
57:19 59:21,
24 65:2 69:2
74:10 75:4
76:12,24
77:3,14,19
78:14 82:10,
18,22,24
84:20 86:22
87:23 89:10,
16 91:4,15
96:12,16
97:4,20,21
98:12,17,18,
25 100:13,16
101:15,20
104:13
Parker
121:13
part
16:3 17:25
18:7 50:2
83:17,21
114:4,24
136:6
particular
17:9 44:19
47:13 63:15
65:19 69:17
80:10 85:10
90:3,6,22
99:22 102:9
125:19
past
23:24
paste
70:17
pay
40:9 47:12,
25 48:2,4,
21,24 49:5,
20 51:25
52:2 93:3
94:14
106:12,23
111:4 117:7,
25 132:25
138:21

paychecks
36:24,25
paying
5:2 37:16
38:14 41:24
115:5 119:8
139:19
140:15
payment
10:12 41:23
payments
19:21
Paypal
76:15,18
payroll
33:18 36:16
37:6,10,17,
21 38:3,4,6,
24,25 40:9
115:7
penalties
6:16 7:5
pending
8:12
people
11:3 18:13
26:10 28:18,
20,22,23
65:24 66:6,8
67:16 71:5,9
88:9 101:11,
12,14 108:19
114:14,17,18
119:17
130:16,21
137:10
140:23,24
146:23 149:4
percent
17:22 24:17
48:5 49:8,9
51:9 85:20,
21,24 86:11
106:24 107:3
122:17,21
123:12,13,15
percentage
51:3,18 93:3

Zigmond Brach
October 29, 2025

perfectly
    34:20
period
    24:7,9 26:17
    109:2 110:2
    126:5 137:10
perjury
    6:16 7:5,7
person
    26:23 27:9
    33:25 53:4
personal
    9:11,13
    61:5,7
    73:10,18,20,
    25 87:3
    139:15
personally
    61:3 64:9
pertaining
    118:16
phone
    72:17
    119:14,19
    120:5,7,10,
    12
phones
    120:2,15,23
phonetic
    27:11 63:23
    116:14
    134:19
photographs
    14:21 15:2
pick
    24:20 74:5
    102:12
picked
    4:20
piece
    57:17 85:18
    122:6
pieces
    85:11
pile
    109:23

pinpoint
    39:22
place
    21:2 66:15
    68:5 72:14
    78:6 79:21
    81:9 97:23
placing
    27:3
players
    14:22,25
    15:2
please
    4:7,10 7:20,
    24 8:11
    31:25 53:14
    110:24
plenty
    126:15
pocket
    81:4 85:22
pocketbooks
    132:5
point
    17:17 18:21
    37:16 38:9,
    13 87:21
    90:3,6 97:3
    101:19
    104:12
    131:10
    138:12
poison
    67:6
policies
    97:23 98:4,8
    110:13,14
policy
    98:6 106:7,
    22 108:19
    110:16,18
    111:12,14,17
portrayal
    128:16
position
    18:23,25

pounds
    123:10
power
    43:6 129:18
Preferential
    10:12
preparation
    11:21,24
    12:22
prepared
    6:13
present
    18:21 131:16
president
    19:8,11
presuming
    40:16
price
    24:16 25:6,
    11,17 49:3
    68:7 92:6,9,
    19,21,24
    93:5,6,19,
    21,24 94:2,
    4,6,10,11,
    14,16,17,22
    95:7,8,9,14
    96:6 106:15
    113:8 123:6,
    7 124:5
    125:8,15
    126:7,8
priced
    19:22
prices
    20:6,21
    21:10,14,17,
    22 22:5,15
    25:4 43:2
    48:5,8 91:6,
    17 95:12,18,
    20,21
pricing
    65:17 68:2
    92:4,5
    124:8,13

printout
    103:4,5,6,9
prior
    39:11 55:21
    63:7 84:24
probably
    15:12 23:4,
    18 28:12
    30:12 31:14
    33:19 111:6
    131:12 140:4
problem
    30:2 31:17
    74:2 132:18,
    19
problems
    5:8 69:18
procedure
    108:19
procured
    74:13
produce
    99:19
produced
    24:23 43:6
product
    15:18,19,20
    20:6,8,18
    24:23 26:5
    27:24 28:2
    42:25 45:23
    49:4,7,9,10,
    18,22 50:6
    60:16,19,22
    62:4 63:5,
    17,19 64:2,
    8,9,13,16,
    17,20,23
    65:18,21
    66:5 67:23
    69:18 70:22,
    23,24,25
    72:18,20
    74:13 75:6,8
    76:3,22
    81:18 83:8
    84:24 86:10
    88:10 91:25

Zigmond Brach
October 29, 2025

92:19,22
93:22,25
95:10 96:2
97:8 99:12,
19 109:13
111:21,24
113:3
116:18,20
117:2 122:18
132:18,20
141:17,18
**production**
74:16 99:7,
9,10
**products**
17:6,7
20:12,16,19,
22 21:3,6,
11,14 22:2,
21 23:4,15
26:19 60:3
63:7 64:7
65:11 68:3
69:6,10,16,
21 74:17,19,
25 75:20,23
76:6,9 79:6
86:17 87:25
91:7,19
92:10,12,14,
16 93:9,15
94:8 95:15
96:18 99:8
112:8,16
113:5
116:16,22
122:10,17
141:12,15,24
142:11
144:16 145:2
147:12
**profit**
42:20 43:24
46:2,6
49:24,25
146:18
148:12,18

**profits**
46:10,11,14,
16 111:3
114:7
**program**
54:9,19
**programs**
42:13 44:4
83:19
**prohibiting**
97:22
**proof**
135:19
**properly**
19:22
**property**
11:2,3
**proprietary**
57:23 58:2,
8,11 89:12,
14
**prove**
52:12 58:4
123:16
146:14
**provided**
59:8
**providing**
77:22
**public**
4:4 134:23
**pull**
34:4
**purchase**
20:7 76:15
94:10 96:18
**purchased**
76:17 96:21
117:24
**purchasing**
20:9 96:24
**push**
51:16
**pushed**
149:2
**put**
50:16,19,20

51:4 80:20
81:3 86:10
105:24
120:15,16
140:8
**puts**
51:24
**Putting**
79:10

---

### Q

**question**
4:25 7:19,24
8:5,12,14
39:11 41:14
47:21 56:17
58:6 59:12
61:16 73:24
82:12 90:7
91:11,12,14
94:19 98:21
99:11,13
101:4,7
105:2,5,6,8,
13 111:11
114:8 120:4
121:16
122:13
142:16,18,20
146:2,7
147:22
**questioning**
138:11
**questions**
6:10 7:15
29:3 59:19
71:18 121:19
130:2,4,7
144:9 146:4
150:8
**quickly**
44:22

---

### R

**rabbi**

35:13 53:17
**radios**
18:8,13
**raise**
93:6 94:6,
17,22
**raised**
96:6
**raising**
94:2
**ran**
69:11
**rap**
108:23
**rate**
48:15 129:5
**rates**
48:3
**rating**
129:3,4,14
**reach**
132:19
**read**
8:22 12:21
34:18 35:6
55:6,7,13,
14,16 57:8
142:20
**reading**
57:9,16
**ready**
72:22
120:18,19
123:2
**real**
9:17 14:9
125:17,24
**realized**
52:15
**reason**
74:3 88:19
**rebates**
54:11 55:14
56:20 118:10
**rec**
63:21

Zigmond Brach
October 29, 2025

recall
  36:16
receivable
  44:5,6
receive
  110:22
  132:24
received
  13:3 139:12
receiving
  38:11 40:18
  110:9,14
  137:6 143:22
recess
  44:14 54:6
  103:19
  129:23
recipient
  39:13
reclassifies
  117:14
record
  4:8,11,14
  5:5,9 30:21
  31:6,24
  37:20 56:5
  73:18 74:4
  76:5 82:13,
  16 102:20
  118:20
record's
  60:24 73:23
recordings
  70:5
records
  69:20
  101:22,25
  102:2,3,5,
  17,22 103:2
  113:16,19
  118:15,18,24
  119:18,25
  120:14
  145:4,5
reduce
  122:16

reduced
  91:16
reducing
  122:10
refer
  5:25 6:5
  57:9
referenced
  82:25
referred
  58:2 75:3
  89:16 98:8
  100:23
  101:15 102:6
  140:25
referred-to
  8:21 142:19
referring
  87:18,23
reflect
  5:5 128:8
regarding
  98:5 111:12
reimburse
  108:13,25
reimbursed
  107:21
  108:4,11
reimbursement
  109:9
reimbursements
  108:17
reimbursing
  108:19
related
  14:13 121:25
relating
  43:4,23
relation
  67:13
relationship
  77:6,9
relationships
  62:17
remarried
  14:18,19

remember
  11:8 18:18
  30:12,17,18,
  24,25 31:2,5
  32:21 57:15,
  16 64:14
  69:17 70:2
  74:21 75:6,
  10 92:15
  99:25
  109:16,21
  120:11,25
  121:4 136:10
  143:14,21
  147:7
removed
  37:9
repair
  112:22
repeat
  5:6 7:20
  10:19 105:13
  142:17
rephrase
  7:25 107:17
  122:15
replace
  28:14
replaced
  35:24
replicate
  148:23
report
  103:25 104:4
  148:14
Reporter
  4:7,10 6:12
  8:8,20,23
  14:24 27:13
  89:4 127:24
  133:5 142:21
  150:11
reports
  43:4
represent
  5:22

representative
  77:21
represented
  96:24
represents
  128:16
reputation
  131:21
  133:18 134:7
required
  6:11
resell
  88:10
  112:15,23
  113:2
resold
  112:20
respect
  45:4,6
  110:14
responses
  8:8
responsibilities
  41:10
responsibility
  19:13 33:22
responsible
  22:4,20
  23:14
restaurant
  134:18
restricting
  97:24
retail
  17:14,24,25
  92:23 93:5,
  21 94:4,12
  95:9
retailer
  86:19,20
retired
  16:2,11
return
  113:3

Zigmond Brach
October 29, 2025

**Returnaround**
  112:4 113:2
**returned**
  111:21
  112:7,16
  113:6
**returns**
  132:20
**revamp**
  148:20
**revenue**
  149:13,23
**review**
  11:20,23
  12:13,19
**reviewed**
  12:9,11,15,
  17 118:15
**reviewing**
  21:6 43:4
**reviews**
  54:11 119:8
**right**
  4:17,22,25
  5:4 16:23
  19:14,20
  23:24 25:18
  30:16,22
  31:24,25
  32:2 46:22
  47:21 49:23
  50:8 61:8,10
  66:5 74:5,24
  82:13 83:16
  87:8,18
  123:22
  131:19 133:8
  134:3,25
  136:9,10
  139:10,11
  141:5 147:13
**rights**
  145:25
**Road**
  4:13
**role**
  27:16 28:24

  33:15 35:20
  40:23
**rough**
  150:16
**run**
  26:7 29:24
**running**
  27:19
**runs**
  65:23

---

**S**

**sadly**
  70:3
**sale**
  93:4 139:16
**sales**
  69:7 79:14
  80:13 84:25
  85:24 91:7,
  17,24 113:17
  148:12,14,
  16,19,24
  149:5,7,8
**samples**
  74:13,18,19,
  25 75:5
**sat**
  64:17
**saying**
  5:3 24:19
  31:19 41:17
  60:25 89:23
  90:12 103:4
  105:10
  145:24
**says**
  48:17 65:4
  71:25 73:19
  76:12 89:10
  91:15 96:16
  99:18 111:9
  136:5
**scarves**
  132:5

**scene**
  137:21
**scheme**
  57:24 100:21
**school**
  13:4,5,7,10,
  12,15,17,18,
  20,25 14:16
  115:23,24
  116:2
**schools**
  115:13,15
**scooters**
  96:20,25
**screwed**
  48:9
**search**
  144:5
**season**
  83:14
**seasonally**
  83:10
**seasons**
  83:12
**second**
  19:3 23:22
  47:23 71:7
  141:20
**secret**
  83:18,21,25
**secretary**
  132:7
**secrets**
  82:18 83:2,
  3,4,6,17,23
  84:10,13,16
**secular**
  13:7,9,10
**Security**
  40:18
**see**
  30:23 31:14
  34:13 35:2
  44:24 47:17
  55:11 59:20
  62:2 70:10
  86:14 88:24

  99:2 100:16
  101:6 104:15
  111:4 124:2
  128:13,19,20
**seesaw**
  124:18
**selects**
  93:24
**sell**
  42:25 43:2
  46:21 49:9,
  20 50:6
  66:2,3,5,12
  70:16 83:7,
  13 90:21
  92:25 93:22
  94:8,11,21
  106:13 113:9
  116:15,18,25
  119:5 125:17
**seller**
  41:6,14 93:2
  94:22
**selling**
  32:15 92:7
  93:13 116:22
  141:11,15,24
  142:10
**sells**
  79:6 83:8,9
  93:8,9,15
  112:7
**sense**
  18:22 30:13
**separate**
  15:24 76:16,
  17 115:10
  124:6 141:7
**set**
  42:24
**sets**
  92:19,21
**setup**
  83:18,19
**seven**
  4:12 15:12

Zigmond Brach
October 29, 2025

Shanghai
 134:15
share
 40:17 50:2
 117:10
Shareful
 117:21
sheet
 108:6
shelves
 64:5
ship
 34:2,4 70:8,
 20 72:15
 83:20 94:17
 123:3,14
shipments
 21:8 69:19
shipped
 91:23 122:11
 123:21
shipping
 19:20 45:12,
 14,15,16,18,
 20 69:15
 122:9
shit
 122:6
Shlem
 27:11,13
shmuck
 52:21
shop
 132:7
shopping
 132:3
short
 24:11 44:14
 54:6 129:23
shorten
 88:21
shorter
 47:24,25
show
 54:24 56:22
 67:4 68:14
 103:22

127:25
 133:23 145:4
 146:14,16,17
showed
 75:19 128:22
shown
 92:3,16
shows
 65:8,11,14,
 15,17,23
 66:19 67:22
 68:4
Shulim
 5:25 32:4
sick
 67:8
side
 138:22
sides
 138:22
sign
 97:22 98:2
similar
 75:24 92:14
 99:11,15
 137:19
simplify
 61:17
simply
 44:4
sister
 138:9
sit
 67:3
sits
 84:13
sitting
 12:15 23:9
 58:15 78:23
 79:21 80:2
situation
 37:9 70:12
 72:25 112:25
 115:4
 117:13,23
 118:4,7
 122:8,15

size
 148:6
slip
 108:6,24
smart
 109:16
smuggled
 121:24
Social
 40:18
sold
 17:14 68:11
 79:8 85:11
 93:16
 106:15,16,18
 144:25 145:5
solicited
 65:10
soliciting
 65:17
someplace
 24:20
son
 28:17 29:13
 67:4 112:6,
 19 137:18
 138:8
 142:10,14,22
 143:6,8,12
son's
 142:6
sons
 22:14 23:4
 36:19 66:23
 147:15
sound
 5:23 7:17
 15:14 16:12,
 15,19,25
 17:3,25
 18:24 19:13
 22:3,4,23
 23:13 24:3
 27:16 28:21
 32:16,23
 34:7,14
 37:16 38:5,

9,13,24
40:9,17,23
41:12,19,25
45:24 47:7,
11 50:10
54:10,16,19
56:19 57:13,
20,22 58:8,
9,12,15
59:7,24
60:17 61:15
63:4,6
65:10,25
69:2,6,10
70:25 72:2
73:22 74:11,
14,16 76:14,
18 77:5,8
78:17 82:25
83:2,5,23
84:9,16,23
85:3 86:21
89:12,22,25
91:7,11,17,
18 92:5,6
93:8,15
94:10 95:15
96:19,21,22,
25 97:6,9,
21,24,25
98:4 99:6,9
100:21
101:23
102:17
104:10
106:6,7
107:12,18,22
108:9,18,20
109:10,11
110:4,5,12,
17 111:11,19
112:15,21,25
113:20
114:5,6
116:16,19,22
117:3,7,10,
14 118:8,23
122:8,16
124:9,20

Zigmond Brach
October 29, 2025

126:22,25
127:3,7,10
128:9,16
129:2 133:7,
17,18,21
141:6,12,15,
25 142:15
143:9,11
146:20
148:23,24
149:13,24
**source**
27:23 28:2
60:2 64:13
97:8
**sourced**
20:19 21:14
22:23 23:15
24:23 26:19
111:22
144:16
**sourcing**
22:2 60:22
62:19 74:16
**speak**
4:21 7:20
134:12
**speakers**
18:8
**speaking**
134:2
**specific**
61:19 114:22
**specifically**
76:2 79:3
80:8 82:14
134:4 135:13
136:22
**spell**
27:14
**spend**
88:15
**split**
16:10 138:21
**spoke**
5:6 23:8
68:25

**Springs**
4:12
**staff**
26:6 46:18
148:20
**stamps**
36:22
**standard**
111:14
**stands**
64:3,4,5
**start**
16:15 24:12
28:11 29:2
38:14 39:25
74:18,19
78:18 130:17
131:8 134:14
**started**
16:4,8,12,
19,25 17:3
24:21 25:4
30:6,7,9
31:7 32:15
130:8,24
131:14
133:12
137:18 148:9
**state**
4:4,8,11
5:11
**stated**
56:5
**statement**
4:16 31:9
**statements**
126:22,25
**states**
9:3 15:4
100:19
104:15
**stay**
136:7
**steal**
52:17
**stealing**
123:24

**stereo**
18:3,5
**Stevens**
104:2 106:4
**stinky**
29:14
**stock**
69:11,14,19,
21,25 70:3,
9,12,15,19
71:22,24
100:9 129:6
**stole**
10:18,19
52:16 146:22
**stomach**
67:6
**stood**
132:18
**stop**
38:10 121:2,
6,9 148:2
**stopped**
24:2 37:16
113:7
**store**
17:9,24,25
18:12
**story**
119:18
**straight**
86:14 140:2
**strategy**
89:13,15,23
90:2,6,16,
17,19,20
**stripped**
51:6
**structures**
41:23
**stuck**
149:9
**stuff**
19:16 24:25
80:24
**subject**
6:16 7:5

12:7
**successful**
25:20,22
84:2 145:22,
23 146:15,
20,25
**sued**
10:10
**suffer**
11:10
**suggested**
93:5
**suggestion**
94:4
**summons**
56:25
**super**
132:9
**supply**
150:5
**supports**
60:6
**supposed**
33:25 34:5
48:15,16
71:23,25
91:23
**supposedly**
29:23
**sure**
19:21 21:9
28:24 29:8
30:21 34:2
46:21 47:16
61:14 107:8,
10 128:15
140:13,16
143:13
**surely**
79:17
**surrounding**
38:18
**suspended**
119:7
**suspicions**
135:19

Zigmond Brach
October 29, 2025

suspicious
  137:9,15
switch
  72:15,22
switched
  13:8 72:21
switching
  38:19
synagogue
  115:24
system
  43:6,9,11,
  14,16,17,19,
  21 44:4,8
  102:19
  129:3,15,19
  147:21
systems
  45:6 102:4,
  18

---

T

table
  23:10
Taiwan
  17:6 66:21
  130:16,24
  131:6,10
Taiwanese
  130:20
take
  4:22,23 6:9,
  12 8:10,11,
  14 13:22
  15:21 25:5,
  17 26:18
  31:23 36:15
  37:5 38:20
  44:12 51:17
  52:24 53:18,
  24 54:2,3
  55:3 78:20
  103:13
  113:14
  123:10

taken
  11:9 44:15
  54:7 81:2,3
  102:17
  103:3,20
  129:24
takes
  27:7
taking
  36:21 53:4,
  6,7 102:25
talk
  44:12 67:16
  130:11 134:3
talked
  49:15 67:23
  109:10
talking
  14:7 20:2
  26:13 37:21,
  22 45:14
  61:2 68:8,12
  74:20,23
  80:2 86:4,5,
  16,20,22
  88:3,4,9
  101:8 114:21
  118:21
  124:13
  131:18
  132:14 145:3
tapes
  14:21
tariff
  47:3 118:2
tariffs
  47:4,6,8,12
  117:15
taxes
  40:10 119:19
team
  98:24
teenager
  15:9
teeth
  120:16,17

tell
  7:6 53:11,
  12,22 62:25
  64:24 70:20
  93:20 94:23
  95:25 135:21
  137:4,5
  141:14,18,24
  142:22,25
  149:15
telling
  24:13 70:13
  73:17 80:4
  136:8 142:23
ten
  51:16
terminated
  143:17
terminology
  73:3,7 74:23
terms
  35:17
testified
  4:5 9:8,15,
  22,25 11:7
testify
  6:20 10:22
  11:5 73:8,20
testifying
  6:17
testimony
  6:15,21 7:9,
  10 11:13,21,
  25 126:4
  143:16
thank
  24:15 98:20
  150:9
theft
  49:13,14
there're
  28:20
thief
  53:9
thieves
  52:15

thing
  24:15 30:17
  39:18 48:14
  60:16 75:24
  105:11 129:9
  133:2 139:5
  148:10
things
  20:2,16 31:6
  37:2 42:13
  51:8 52:3,14
  53:2 59:20
  60:11 84:9
think
  36:12 48:16
  63:22 72:3,8
  73:11 84:12
  99:13 101:18
  109:15,18,20
  110:10
  112:13
  115:20,25
  120:12
  122:22
  123:20 125:2
  139:7 140:5
  144:22,24
  145:9 147:4,
  10
thinks
  52:13
thought
  4:18
three
  52:3 67:7
  100:15,16,17
  124:17
  145:19
threw
  51:17
thrown
  109:19
Tieberg
  36:15 37:5
  113:22 114:9
  115:11,14
till
  23:23 42:3

Zigmond Brach
October 29, 2025

**time**
  8:10 10:3,4
  11:6 25:16
  26:17 30:13
  33:13,21
  35:14 36:5
  39:16,23
  40:8 41:24
  69:25 83:17
  88:14 97:3
  101:19
  103:15 107:6
  109:21
  110:2,11
  113:6 124:16
  125:2,4
  126:5 133:6,
  17 141:5
**times**
  9:14,18,19,
  20,21,23,24
  48:9 66:21
  82:12
**tires**
  141:19
**title**
  19:4,9
**today**
  6:15,22
  7:10,16
  11:10,21,22
  12:24 39:5,
  12
**today's**
  12:2
**Tokoyo**
  66:21
**told**
  37:5 46:16
  53:9 104:21
  135:24 136:7
  142:25 143:4
  145:9
**tomorrow**
  119:21
**topic**
  44:19

**topics**
  44:20
**Total**
  47:13
**Totally**
  144:18
**toy**
  83:14
**toys**
  83:13
**track**
  47:4,8
  49:17,18
  50:13 51:13,
  15
**trade**
  65:8,11,14,
  16,23 66:18
  67:3,22
  68:3,9,13
  82:18 83:2,
  3,4,5,23
  84:10,13,16
  97:7,9
  133:23
**trained**
  66:24
**training**
  26:24,25
  59:8
**transacted**
  41:11,25
  109:3
**transacting**
  24:3 50:11
**transactions**
  40:23
**transcribe**
  8:9
**transcript**
  6:14 29:4
  150:12
**transcripts**
  12:22
**transition**
  17:23

**translation**
  35:3,5,7
**traveling**
  66:18,20
**treat**
  140:22
**trial**
  92:3
**trick**
  31:12
**trip**
  108:24
**trips**
  60:2,8,9,11,
  22 61:12,13
  64:12 66:24
  108:8,10
**trucking**
  51:25
**true**
  94:7 119:6
**trust**
  81:11
**trusted**
  81:10
**truth**
  7:6 136:8
**truthfully**
  11:12
**try**
  30:23 41:8
  47:17 51:16
  148:25
**trying**
  23:5,13
  39:22 47:16,
  17 50:9
  58:5,7
  73:11,16
  81:6,7 85:15
  99:19
**two**
  9:23,24
  14:19 48:9,
  23 52:3 54:5
  65:24 67:10
  93:12,19

  95:24 101:11
  138:21 147:2
**type**
  8:9 15:20
  20:15 21:21
  75:5,6
  132:11

―――――――

U

―――――――

**undermine**
  100:21
**understand**
  6:18,22 7:7,
  13,23 8:4
  12:12 16:6
  20:5 24:18
  25:8 31:10,
  22 34:7
  36:14,20
  38:3 41:13
  42:12 47:15
  49:23 50:5
  58:5,7 71:19
  73:14,16,24
  80:16 81:6
  87:20 88:19
  90:7 93:2
  102:7 112:9
  122:12,13
  123:9
**understandable**
  48:22
**understanding**
  24:2 60:15
  92:18 126:3
**undertook**
  41:11
**unemployment**
  36:22
**unhealthy**
  53:4
**United**
  9:2 15:3
**unload**
  34:3

Zigmond Brach
October 29, 2025

unnamed
    100:20,22
    101:12,14
update
    124:15
upped
    92:8
upset
    142:24
UTA
    115:6,10,18

**V**

value
    48:10,11
varies
    123:5
vendor
    74:14 77:7
    93:10,16,23
    94:8 95:2
    99:21
vendors
    19:22,25
    62:16 65:7
    67:21 68:25
    69:5 96:20
    99:7,8,18
verbalize
    6:25 8:7
verified
    136:9
video
    4:20
videoed
    4:19
violations
    24:14
volume
    148:12

**W**

W2
    37:22 38:10,

19 39:6,13
    105:20
wait
    53:15 146:3,
    4
wall
    123:23,24,25
wallet
    136:13
Walmart
    68:10 88:7
want
    4:15 5:4,5
    21:24 25:5,
    10 30:20
    41:15 44:11,
    24 46:21
    49:5 52:18,
    23 54:3,4
    55:6 57:3,9,
    11,18 59:17
    62:9 72:6
    79:3,11
    80:16 82:10,
    17 84:8,19
    86:23 87:7
    88:12,17,20
    90:13,24
    96:11 97:19
    98:11,21
    101:6 103:13
    104:12,18
    119:20,23
    120:17,18
    121:12
    125:24
    126:13
    130:11
    131:10
    138:24,25
wanted
    80:14 138:24
warehouse
    17:13 29:24
    30:2,4 33:6,
    10,11,15,23,
    24,25 34:5
    35:24 49:12,

14 66:17
    75:12 125:11
warehouses
    83:20
warranty
    72:18,20
    109:17,18,22
water
    52:7 126:14
way
    20:9 29:5
    36:20 41:9
    42:6,23
    44:21 45:9
    47:25 65:22
    70:9 72:12
    73:22 79:25
    88:17 96:9
    108:24
    148:17
ways
    93:12,19
weddings
    138:21
week
    33:14
weight
    123:11
went
    13:5,6,7
    16:4 21:8
    36:20 39:6,
    12 63:16
    65:14 66:23,
    24 67:10
    68:10,13
    91:22 95:8,
    9,10 108:23
    125:9,14,15
    130:21
    133:23,24
    134:15
    148:12,14,
    15,19
whatever's
    5:13
wholesale

18:7
wholesaler
    17:10,12
wife
    29:16 132:3,
    8
wined
    132:2
withdrawn
    9:14 13:15
    57:4 96:15
    100:12
    111:20
witness
    4:3,9,12
    10:4,5,15
    12:13 30:19
    31:3,5 47:24
    53:7,12,16,
    20 54:2
    82:19 89:7
    121:7,23
    122:4,6
    126:15 147:6
    150:19
woods
    66:4
word
    73:12 90:16
    101:24
    115:10
words
    22:24
work
    14:15 15:10
    27:2 51:11
    64:19 104:10
worked
    15:7 16:20,
    22 23:2
    29:21 33:5
    41:5,6 48:13
    64:18 66:10
    80:3 101:13
    104:6 117:4
workers
    104:16 149:3

Zigmond Brach
October 29, 2025

**working**
26:25 32:19
35:25 36:2,
4,6 58:15
100:20
101:12
130:17
133:25 141:6
**works**
48:14 94:21
126:18
129:19
**world**
6:4 81:9
**worry**
31:20
**worse**
66:20
**write**
120:19
123:16
**writing**
54:11
**written**
34:8 110:13,
18 111:12,14
**wrong**
144:18,19
145:12
**wrote**
87:4,7,10

---

**Y**

**Y-A-I-T-E-V**
115:9
**Yaitev**
115:5,9,18,
19
**yeah**
10:13 12:3
13:21 15:18
18:7 19:15
27:25 42:4
56:2,11
66:10 77:16
82:24 89:4,7

95:14 97:16
100:18
104:14
105:25 127:4
132:16
133:21,22
143:4 146:6
**year**
13:14,19,20,
24 16:15
18:19 28:12
124:14
125:13
137:23
**years**
4:17 13:16
15:13 18:19
23:2 42:24
43:18 50:4,
22 52:16,20
64:18 65:24
66:19 67:7
69:23 83:9,
12 84:2,4
107:7
108:22,23
109:24
112:12,17
124:17
131:12
132:12
133:8,13,15,
16 144:23
145:19
**Yeshiva**
13:4,6,9
66:16
**yesterday**
55:20 56:11
**York**
4:5,13 30:3
33:7 119:13
**younger**
108:23

---

**Z**

**Zhengzhou**
134:19
**Ziggy**
30:16 47:20
126:14 130:7
133:23
136:15
**Zigmond**
4:1,9 5:1
6:1 7:1 8:1
9:1 10:1
11:1 12:1
13:1 14:1
15:1 16:1
17:1 18:1
19:1 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1
41:1 42:1
43:1 44:1
45:1 46:1
47:1 48:1
49:1 50:1
51:1 52:1
53:1 54:1
55:1 56:1
57:1 58:1
59:1 60:1
61:1 62:1
63:1 64:1
65:1 66:1
67:1 68:1
69:1 70:1
71:1 72:1
73:1 74:1
75:1 76:1
77:1 78:1

79:1 80:1
81:1 82:1
83:1 84:1
85:1 86:1
87:1 88:1
89:1 90:1
91:1 92:1
93:1 94:1
95:1 96:1
97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1 146:1
147:1 148:1
149:1 150:1