Abraham Brach
October 28, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
SOUND AROUND, INC.,

                            Plaintiff

        -against-          Case No.:
                           1:24-cv-01986
                              (JHR)

MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML
IMPORTS, INC., CYRF, INC., LRI GROUP, LLC,
EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC,
MDF MARKETING, INC., WORLD GROUP IMPORTS,
LLC, HEFEI PAIDONG OUTDOOR PRODUCTS
COMPANY, LTD.,

                            Defendants.
-----------------------------------------X
             DATE: October 28, 2025
             TIME: 10:15 a.m.


        DEPOSITION of ABRAHAM BRACH,

taken by the Defendants, pursuant to a

notice and to the Federal Rules of Civil

Procedure, held remotely via Zoom

Videoconference, before Suzanne Pastor, a

Notary Public of the State of New York.

Abraham Brach
October 28, 2025

```
 1    A P P E A R A N C E S:
      (All appearances via Zoom)
 2


 3    HOLLAND & KNIGHT, LLP
      Attorneys for the Plaintiff and Witness
 4         701 Brickell Avenue, Suite 3300
           Miami, Florida 33131
 5    BY:   REBECCA CANAMERO, ESQ.
            305.347.8500
 6          rebecca.canamero@hklaw.com


 7
      ALLYN & FORTUNA, LLP
 8    Attorneys for the Defendants
      MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML
 9    IMPORTS, INC., CYRF, INC., LRI GROUP, LLC,
      MDF MARKETING, INC., WORLD GROUP IMPORTS,
10    LLC
           400 Madison Avenue, 10th Floor
11         New York, New York 10017
      BY:   NICHOLAS FORTUNA, ESQ.
12         212.213.8844
           nfortuna@allynfortuna.com
13    AND:  MEGAN J. MUOIO, ESQ.
           mmuoio@allynfortuna.com
14


15


16    ALSO PRESENT:

17      SCHULA ILOWITZ

18
                *        *        *
19


20


21


22


23


24


25
```

Abraham Brach
October 28, 2025

```
1              THE REPORTER:  Mr. Brach,
2         please raise your right hand.
3              Do you affirm that the
4         testimony you are about to give will
5         be the truth, the whole truth, and
6         nothing but the truth?
7              THE WITNESS:  Yes.
8    EXAMINATION
9    BY MR. FORTUNA:
10        Q.   Good morning, Mr. Brach.  Thank
11   you for your patience.  I know we had a
12   late start.
13             My name is Nicholas Fortuna, as
14   you may have heard.  I'm an attorney with
15   the firm Allyn & Fortuna; we represent the
16   Friedman defendants in an action brought by
17   Sound Around.  The Friedman defendants are
18   Moises Friedman, Shulim Ilowitz, which I'll
19   refer to as Lazer, ML Imports, CYRF, Inc.,
20   LRI Group, LLC, DMF Marketing, Inc., World
21   Group LLC.  And I'll refer to them
22   collectively as the "Friedman defendants."
23   Is that okay?
24        A.   Yes.
25        Q.   I'm here to take your
```

Abraham Brach
October 28, 2025

1    deposition.  I'll be asking you questions;

2    you'll be required to answer.  The court

3    reporter will take down everything that is

4    said and it will be prepared in transcript

5    form for later use in this case.

6              The testimony you give today

7    will you under oath subject to the

8    penalties of perjury, it's as if you were

9    testifying in court.  Do you understand?

10        A.    Yes.

11        Q.    If you don't hear a question,

12   please speak up and we'll have it repeated.

13   If you don't understand a question, please

14   let me know and I'll try to rephrase it.

15   If you don't say anything, I'll assume you

16   understood and heard the question.  Is that

17   okay?

18        A.    Okay.

19        Q.    You must verbalize all your

20   responses because the court reporter cannot

21   transcribe nods or gestures.

22              If you need to take a break at

23   any time, please let us know, we could take

24   a break.  However, if there's a question

25   pending, you must answer the question

Abraham Brach
October 28, 2025

1    first, then you could take a break.

2              What is your full name?

3         A.    Abraham Brach.

4         Q.    What is your current home

5    address?

6         A.    1456 58th Street, New York.

7         Q.    What is your date of birth?

8         A.    January 18, '84.

9         Q.    Where were you born?

10        A.    Brooklyn, New York.

11        Q.    You've never been deposed

12   before?

13        A.    No.

14        Q.    Have you ever testified in

15   court?

16        A.    No.  Is there any other

17   recording except this recording in this

18   room?

19        Q.    There's no other recording

20   going.  Only the court reporter is taking

21   down what we say.

22        A.    No laptops, no phones.

23        Q.    Have you taken any medication

24   or do you suffer from any medical condition

25   that would impair your ability to

Abraham Brach
October 28, 2025

1    truthfully and accurately give testimony

2    today?

3          A.    No.

4          Q.    Have you ever been convicted of

5    a crime?

6          A.    No.

7          Q.    Have you ever been arrested?

8          A.    No.

9          Q.    Did you speak to anyone other

10   than your attorney regarding your testimony

11   here today?

12         A.    Yes.

13         Q.    Who did you speak with?

14         A.    My dad.

15         Q.    What was the substance of that

16   conversation?

17         A.    That I'm being deposed today.

18         Q.    Anything else?

19         A.    No.

20         Q.    Did you review any documents in

21   preparation for your testimony here today?

22         A.    Yes.

23         Q.    What documents did you review?

24         A.    Just the reports, the case.

25   What I gave in the -- the testimony, the

Abraham Brach
October 28, 2025

1    papers I gave them.

2        Q.    Just to break this down, what

3    reports did you look at?

4        A.    I looked at reports of the

5    case, different e-mails, documents.  Just

6    gathered the information.

7        Q.    What kind of documents?

8        A.    Regarding the business, the

9    data in the business.  What they stole from

10   us.

11       Q.    You said what they stole from

12   you?

13       A.    Yeah.

14       Q.    Okay, what documents show that?

15       A.    The paperwork.  Like actual

16   stealing documents, the information.

17       Q.    I'm just trying to understand.

18   What documents show that something was

19   stolen from you?

20            MS. CANAMERO:  I'm just going

21        to raise an objection.  If you're

22        talking about documents that counsel

23        prepared for you, you don't want to

24        discuss what was in the

25        communications between us.

Abraham Brach
October 28, 2025

```
1                If you're talking about

2          documents that existed historically,

3          like e-mails, then you can discuss

4          that.  But if it's something that we

5          prepared for you --

6     A.    Yes, something that counsel

7  prepared.

8     Q.    What other things -- other than

9  what counsel prepared, what did you review?

10    A.    Old e-mails, old messages,

11 between me and Moises.

12    Q.    Moises and who?

13    A.    Me.

14    Q.    What form are those messages?

15 Were they e-mails or some other form?

16    A.    Some e-mails, some WhatsApp.

17    Q.    So you communicated with Moises

18 Friedman by WhatsApp?

19    A.    Yes.

20    Q.    How often would you do that?

21    A.    I don't know.

22    Q.    What other documents did you

23 review?

24    A.    That's it.

25    Q.    What's the highest level of
```

Abraham Brach
October 28, 2025

```
1   education you received?
2        A.    High school.
3        Q.    Where did you go to high
4   school?
5        A.    Yeshiva Biesemeyer.
6        Q.    Did you graduate?
7        A.    Yes.
8        Q.    What year did you graduate from
9   high school?
10       A.    Maybe '01.  I'm not sure.
11       Q.    Did you pursue any other kind
12  of education after graduating from high
13  school?
14       A.    Talmud studies.
15       Q.    Anything else other than Talmud
16  study?
17       A.    No.
18       Q.    Do you hold any certifications
19  or licenses?
20       A.    No.
21       Q.    What was your first work
22  experience after you graduated from school?
23       A.    It was Sound Around, Inc.
24       Q.    What were your duties and
25  responsibilities in that first job?
```

Abraham Brach
October 28, 2025

1      A.      Whatever they needed help with.

2      Q.      What things did you help with?

3      A.      Warranty, customer service.

4      Q.      Anything else?

5      A.      No.

6      Q.      Did your position change at all

7   at any time after that?

8      A.      Position is to help wherever

9   the company needs help.

10      Q.      Did that change over time?

11      A.      It went to more running the

12   business, running parts of the business.

13      Q.      When did you start running the

14   business?

15      A.      Maybe four years being there,

16   three years being there.

17      Q.      When you started running the

18   business, what were your duties and

19   responsibilities?

20      A.      Parts of the business.

21      Q.      Can you speak up?

22      A.      Not the whole business.  Parts

23   of the business.  What was my duty then?  I

24   purchased products from China, helped with

25   sales, helped with systems.

Abraham Brach
October 28, 2025

1      Q.    Anything else at that time?

2      A.    No.

3      Q.    How long did you stay in that

4   position where you were doing those things

5   such as purchasing products from China,

6   help with sales, help with systems?

7      A.    Since then, always.

8      Q.    Has your responsibility changed

9   or increased since then?

10     A.    Just -- moves between those

11   responsibilities, and more and more.

12     Q.    What do you mean by "moves

13   between those responsibilities"?

14     A.    More headaches, longer there.

15     Q.    Do you have anybody that

16   reports to you?

17     A.    Yes.

18     Q.    Is that now or at that time?

19     A.    So we don't work with the

20   direct report structure completely, but

21   there's many people that report to me.

22     Q.    Sorry to keep reminding you --

23     A.    Many people report to me.  It's

24   just not in a structural -- reporting

25   structure, professional and corporate

Abraham Brach
October 28, 2025

```
 1    company.
 2         Q.    What groups of people report to
 3    you?  What areas?
 4         A.    Salespeople, operation people.
 5         Q.    Anyone else?
 6         A.    A little bit of finance.
 7         Q.    Anything else?
 8         A.    Not that I recall.  Many other
 9    people report to me, so I can't -- it's
10    hard to think of.
11         Q.    Approximately how many people
12    report to you?
13         A.    It doesn't work in a direct
14    report, but ten, above ten.
15         Q.    Approximately ten?
16         A.    Yes.
17         Q.    Did they all work in the office
18    or somewhere else?
19         A.    Some work in the office, some
20    work overseas.
21         Q.    How many work in the office
22    that report to you?  How many people that
23    report to you?
24         A.    Maybe seven.
25         Q.    Is that the office located in
```

Abraham Brach
October 28, 2025

1    Brooklyn?

2         A.    Yes.

3         Q.    What's the address?

4         A.    1600 63rd Street.

5         Q.    And the remaining three or so

6    people work overseas?

7         A.    Yes.

8         Q.    What are their duties and

9    responsibilities, the people who work

10   overseas?

11        A.    Development.  They're just

12   random tasks.

13        Q.    Were those tasks associated

14   with technology or something else?

15        A.    Just data entry help.

16        Q.    What was after "data entry"?  I

17   didn't hear you.

18        A.    Just help.

19        Q.    How long have you been employed

20   at Sound Around?

21        A.    About 18 years give or take,

22   somewhere in there area.

23        Q.    Do you have a title currently?

24        A.    No official titles.  Manager,

25   director.

Abraham Brach
October 28, 2025

```
 1        Q.    Is there anybody else that runs
 2   the company along with you?
 3        A.    My father and my brother.
 4        Q.    What's your father's name?
 5        A.    Zigmond Brach.
 6        Q.    And your brother's name?
 7        A.    Jeremiah Brach.
 8        Q.    How are the duties and
 9   responsibilities split among the three of
10   you?
11        A.    No official way.  Dad is more
12   to the owner side so he's given more
13   responsibilities.  To me and Jeremiah it's
14   just shared.  There's no, like, official,
15   you do this, I'll do this.  Some we share,
16   some we take whoever's better and whatever
17   they're better at.
18        Q.    Do you have an area of
19   concentration that your brother doesn't?
20        A.    Maybe in software and process.
21        Q.    Does your brother have an area
22   of concentration that you don't?
23        A.    Coming up with ideas, devising
24   new concepts.
25        Q.    What's the ownership structure
```

Abraham Brach
October 28, 2025

1    at Sound Around?

2        A.    What's that mean?

3        Q.    The ownership structure.

4    What's the ownership structure?

5        A.    So there is four partners.

6        Q.    Who are they?

7        A.    Me, Jeremiah Brach, Zigmond

8    Brach and Sol Weiss.

9        Q.    Do you each own a percentage

10   interest in Sound Around?

11       A.    Yes.

12       Q.    Would you describe the

13   percentage interest of each of the four

14   people.

15       A.    That is important for the case?

16       Q.    I can't weigh the importance.

17   It's a question that you have to answer.

18       A.    So I'm 20 percent, Jeremiah is

19   20, my dad is 45, and Sol Weiss is 15

20   percent.

21       Q.    Does Sound Around have any

22   affiliate companies?

23       A.    When you say "affiliate," what

24   do you mean with that?

25       Q.    Other corporations or LLCs that

Abraham Brach
October 28, 2025

1    are associated with.

2        A.    There's some.  I don't know

3    exact names.  Just, like, different

4    entities.

5        Q.    What are they?

6        A.    One is Deal Chaser.

7        Q.    What else?

8        A.    There's GP Sales.

9        Q.    I'm sorry, say that again.

10       A.    GP Sales.

11       Q.    What else?

12       A.    That's what I know off of my

13   head.

14       Q.    You're not aware of any other

15   companies that are associated with Sound

16   Around?

17       A.    There's maybe there's -- I'm

18   not sure if they're LLCs or not, maybe

19   Pyle, SereneLife, NutriChef.

20       Q.    Anything else?

21       A.    Not that I recall at the

22   moment.

23       Q.    Are there employees at each of

24   these affiliates or do they all work

25   through Sound Around?

Abraham Brach
October 28, 2025

```
 1        A.    They all work through Sound
 2   Around.
 3        Q.    How many employees at Sound
 4   Around?
 5        A.    Not exact number, but I would
 6   guess between 200 and 250.  Maybe 200.
 7        Q.    How many work at the office in
 8   Brooklyn?
 9        A.    Give you a guess, 25 maybe, 30.
10        Q.    Where do the remaining
11   employees work?
12        A.    A lot remote.  We have in
13   Philippines, we have in India, we have in
14   Israel, we have in the warehouses.
15        Q.    How many warehouses do you
16   have?
17        A.    Three.
18        Q.    How many people work in each
19   warehouse?
20        A.    I don't know.
21        Q.    Approximately?
22        A.    I would guess between 20 in the
23   warehouse.
24        Q.    How many people work remotely
25   in the United States?
```

Abraham Brach
October 28, 2025

1        A.    Just give you guesses because I

2    don't know the exact number.

3        Q.    Approximately.

4        A.    Maybe three to five.  Just

5    guessing.

6        Q.    How many people work remotely

7    overseas?

8        A.    Approximately 100.

9        Q.    What are the duties and

10   responsibilities of people that work

11   overseas?

12       A.    Software development,

13   designers, goods and service.

14       Q.    Are they independent

15   contractors or employees?

16       A.    Employees.

17       Q.    Are they on Sound Around's

18   payroll?

19       A.    I'm not sure how that works.

20       Q.    Who would know that

21   information?

22       A.    Maybe Jack Tyberg.

23       Q.    Anybody else?

24       A.    I don't know.

25       Q.    So if he doesn't know, let's

Abraham Brach
October 28, 2025

1    say he testified that he doesn't know, who

2    else would know how the employees or the

3    people that are overseas are paid?

4         A.    I think he would know.  Maybe

5    him.  I don't know.

6         Q.    No one else would know?

7         A.    Not what I recall.

8         Q.    Are there organizational charts

9    that describe the structure of Sound

10   Around?

11        A.    There's some, not completely

12   baked out, yes.

13        Q.    I'm sorry, say that again.

14        A.    There are some, but not for

15   every employee.

16        Q.    Where are those organizational

17   charts maintained?

18        A.    They're pending stuff.  They're

19   not completed, like a complete organization

20   chart.

21        Q.    I'm just asking where they're

22   located.

23        A.    In the computer.

24        Q.    Where is the computer that have

25   these organizational charts?

Abraham Brach
October 28, 2025

1          A.    In the SharePoint.

2          Q.    I'm sorry?

3          A.    SharePoint documents.

4          Q.    And you can access them from

5     your office in Brooklyn?

6          A.    I think so.

7          Q.    Are you familiar with an

8     individual named Moises Friedman?

9          A.    Yes.

10         Q.    How are you familiar with him?

11         A.    He's my brother-in-law.  My

12    wife's brother.

13         Q.    Did he ever work for Sound

14    Around?

15         A.    Yes.

16         Q.    When did he start working for

17    Sound Around?

18         A.    Very long time ago.

19         Q.    Does 2013 sound familiar?

20         A.    About that time maybe.  I'm not

21    good on dates and I'm not good in

22    memorizing numbers, so.

23         Q.    Are you familiar with an

24    individual named Shulim Ilowitz?

25         A.    Yes.

Abraham Brach
October 28, 2025

```
1          Q.    How are you familiar with him?

2          A.    A former employee for Sound

3    Around who has done a lot of bad things.

4    And to be honest, though he's religious,

5    but I don't even know why he wears a kippah

6    and a payot if he doesn't act religious.

7          Q.    Sounds like you don't like him.

8          A.    It's not I don't like him.

9    He's not religious.

10         Q.    So you don't like him because

11   he's not religious?

12         A.    No, I said it's not I don't

13   like him.  He stole from us.

14         Q.    We'll get to that.

15               What do you know about his

16   religious activities?

17         A.    I know about this activity.

18   What he did in Sound Around.

19         Q.    So you don't know anything

20   about his religious activities.

21         A.    That's part of the bible.  And

22   it says when a person comes to the next

23   world, if you believe in Judaism, the first

24   question they ask you is if you are honest.

25   So that's the first question they ask you
```

Abraham Brach
October 28, 2025

1    when you come out.  If you don't believe in

2    that, you don't believe in anything else.

3         Q.    So Sound Around is part of the

4    bible?

5         A.    I don't understand the

6    question.

7         Q.    I'm sorry?

8         A.    I don't understand that

9    question.

10        Q.    I'm just responding to your

11   answer.  You said --

12        A.    It's being honest with Sound

13   Around.  It's just natural of being honest.

14        Q.    When did Mr. Ilowitz begin

15   working at Sound Around?

16        A.    I'm not good with dates, again.

17   Maybe '18, '17.

18        Q.    Does 2019 sound familiar?

19        A.    Could be.

20        Q.    Are you familiar with an action

21   that Sound Around filed in March of 2024

22   against Mr. Friedman and Mr. Ilowitz, among

23   other entities?

24        A.    Yes.

25        Q.    Turning your attention to

Abraham Brach
October 28, 2025

1    Mr. Friedman, he began working at Sound

2    Around as a warehouse manager in a

3    warehouse located in Monroe, New York?

4        A.    Correct.

5        Q.    What was he paid at that time?

6        A.    Numbers are not my thing, but

7    again, I think somewhere between 800, 900 a

8    week.

9        Q.    At that time what were

10   Mr. Friedman's duties and responsibilities?

11       A.    He started off in helping the

12   warehouse.  Was looking for an employer at

13   that time.  So he made himself up to be a

14   manager.

15       Q.    So he was hired to be a manager

16   of the warehouse?

17       A.    To get into -- not the first

18   day but slowly become the manager.

19       Q.    How long did it take him to

20   become manager?

21       A.    Giving a guess, about six

22   months maybe.  Three to six months.

23       Q.    What were his duties and

24   responsibilities as a manager?

25       A.    Made sure all the containers

Abraham Brach
October 28, 2025

1    would come in, get packed away, managing

2    the people there, managing the outbound

3    shipments.

4         Q.    At that time how many people

5    were working in the Monroe warehouse at the

6    time he first became manager?

7         A.    I'm guessing 12, 15 people.

8         Q.    Did his responsibilities change

9    at any point?

10        A.    Yes.

11        Q.    When was that?

12        A.    After a while in the warehouse

13   he wanted to get a raise, and because I was

14   his brother-in-law, I wanted to help him

15   grow and make it to the next level.  So I

16   told him at that point -- he was making

17   about $75,000 a year and he asked for

18   another raise.  And I told him that, okay,

19   so warehouse manager, you'll make 100, 120,

20   $130,000 a year.  That's gonna be your

21   peak.  That's what you pay for a warehouse

22   manager.  If you want to grow, I'll teach

23   you how to become a buyer, buy products,

24   and sell the products online and you could

25   work on commissions where you can grow to

Abraham Brach
October 28, 2025

1    make more money than being a warehouse

2    manager.  That's when his responsibilities

3    started to shift to that position.

4          Q.   You said you'd teach him how to

5    buy.  What did you specifically do with

6    Moises Friedman?

7          A.   Sat with him hours, showing him

8    our systems --

9          Q.   What systems --

10         A.   -- taking him to China.  There

11    was the back office, we had a system what

12    we would put in purchasing.  I showed him

13    how to look at items on Amazon, how to see

14    items what sell well.

15         Q.   Do you know how to do that?

16         A.   Yes.

17         Q.   Have you ever done that?

18         A.   Yes.

19         Q.   Did you look up items on

20    Amazon?

21         A.   Yes.

22         Q.   How often did you do that?

23         A.   It used to be a full -- most of

24    my day.

25         Q.   Do you know how to look up

Abraham Brach
October 28, 2025

1    sales of products on Amazon?

2         A.    Yes.

3         Q.    And you can look at the history

4    of sales on Amazon?

5         A.    Those days there was no history

6    but you were able to get ideas.

7         Q.    Did Sound Around sign an

8    agreement with Moises Friedman at that

9    time?

10        A.    I don't know if it was

11   beginning at the time or if later once he

12   started becoming a little successful, so it

13   was important to have an agreement.

14        Q.    Do you have any diary or

15   records detailing whether he was being

16   successful or when things changed?

17        A.    I'm just guessing as a date, I

18   told you memory doesn't --

19        Q.    So you're just guessing.

20        A.    It was about a year after he

21   started or nine months after he started

22   buying.

23        Q.    Now, do you have any records of

24   the training that you say you gave Moises

25   Friedman?

Abraham Brach
October 28, 2025

1        A.    It was all verbally.

2        Q.    So you don't have any diary

3    records or any record of showing what time

4    you spent with him?

5        A.    No.

6        Q.    Do you have any records of what

7    programs that you showed him?

8        A.    No.

9        Q.    I'm going to show you what's

10   been marked as Defendants' Exhibit A at

11   Jeremiah Brach's deposition on May 13,

12   2025.  Would you take a look at this.

13            Do you recognize this document?

14       A.    I saw this document but I

15   wasn't involved in it.

16       Q.    When did you first see this

17   document?

18       A.    After it was signed.  I don't

19   know exactly when.

20       Q.    So back in 2018 when it was

21   signed is when you first saw this?

22       A.    I saw it but I didn't pay

23   attention to it.

24       Q.    I'm sorry, say the last part

25   again.

Abraham Brach
October 28, 2025

1          A.    I saw it but I didn't pay

2     attention to it.  I didn't read everything

3     in the document.

4          Q.    Did you ever read anything in

5     this document?  Did you ever read this

6     document?

7          A.    So the first time -- I once

8     read it later on I think, like, once we

9     found out about these problems.

10         Q.    I didn't understand that.  What

11    did you say?

12         A.    I think I read it later on once

13    we got betrayed and I went to look back

14    what this document said.

15         Q.    So the first time you read it

16    was when?  About 2024?

17         A.    Yes.

18         Q.    So you hadn't read it prior to

19    that.

20         A.    I don't think so.

21         Q.    So you didn't have any

22    responsibilities to see that the terms of

23    this agreement were complied with?

24         A.    I guess that it was just

25    complied.  Yeah, I didn't pay attention to

Abraham Brach
October 28, 2025

1    the document against compliance of what --

2        Q.    I draw your attention -- you

3    could look at the English translation on

4    this, the certified English translation, to

5    paragraph 7.

6        A.    Yes.

7        Q.    Do you see where it says that

8    Moises Friedman will be paid 3 percent of

9    net sales?

10       A.    Yes.

11       Q.    Was that ever done?

12       A.    I think something at the

13   beginning, but I wasn't -- I didn't skip

14   the payments.

15       Q.    So did the payments change, the

16   structure change from this agreement?

17       A.    I remember something got

18   changed to a 10 percent profits.

19       Q.    I want you to point down to

20   paragraph 4 on the English translation.  Do

21   you see where it says he would receive

22   compensation of $1,000 a week?

23       A.    Yes.

24       Q.    That stopped, isn't that

25   correct?

Abraham Brach
October 28, 2025

1       A.    I don't know.

2       Q.    You have no idea?

3       A.    I never paid him, I never paid

4  him.

5       Q.    So did you ever talk to him

6  about the fact that he was taken off the

7  payroll?

8       A.    No.

9       Q.    Do you know when he was taken

10  off the payroll?

11       A.    No.

12       Q.    So you have no information

13  regarding that.

14       A.    Correct.

15       Q.    When was the first time you had

16  information about the noncompetition

17  provision in paragraph 11?

18       A.    Also -- I knew verbally that

19  there was a deal made not to compete and

20  all that.  But as of the document is only

21  after he left.

22       Q.    After he left.  After 2024.

23       A.    Yes.

24       Q.    Where was this employment

25  agreement maintained?

Abraham Brach
October 28, 2025

1          A.    I never dealt with this

2     agreement.  I never made the agreement.  I

3     wasn't part of it.  The deal was that me

4     and Moises, I didn't know he was gonna do

5     what he did to me.  But when it comes to

6     payment, any normal business issues, like

7     he should deal to me so we could keep the

8     family in contact and we stay family close.

9     But unfortunately, he went way above and

10    beyond that of any kind of thing what a

11    person could do to a brother-in-law and to

12    family.  I'm just telling you.  Tearing a

13    family.  I have to be careful not -- his

14    mother has cancer, I don't know if you

15    know, but if she would know what's going on

16    between me and him, what he did, she would

17    die from it.

18            So I keep in the family very

19    quiet.  I don't tell anyone about it, I

20    don't talk to anyone about it.  But he's

21    not -- I've been loyal and he has been with

22    a thorn in my back what he did to me, to

23    Sound Around, and to our family.

24          Q.    Which part is that?  The part

25    where he earned $100 million for your

Abraham Brach
October 28, 2025

1  family?

2            MS. CANAMERO:  Objection to

3       form.

4       A.    First of all, when you hire

5  employees, you don't hire them, even family

6  members, how much he earned I don't know

7  exact number, you hire them because you

8  want to grow a business.  You don't hire

9  people to bring down your business.

10            So if an employee made for the

11  company money, they're working for the

12  company, right?  If I'm hiring an employee

13  to do my maintenance, I'm saving money on

14  the gardener, that's because that's his

15  job.  It doesn't give a right to steal,

16  betray, lie, compete, all those things.

17  And especially when it's a brother -- if he

18  wants to be a thief, that's one problem.

19  When it's a brother-in-law, he betrayed the

20  family, what I did for him, and again, God

21  makes people -- I helped him become

22  successful.  And what he did back to me --

23  that's why I didn't want to be in the

24  position, I didn't want to be part of this

25  case because it's too hard for me, this

Abraham Brach
October 28, 2025

1    whole thing.

2         Q.    But you do admit that he helped

3    your family -- he made $100 million for

4    your family?

5              MS. CANAMERO:  Objection to

6         form.

7         A.    I don't admit.  I didn't say

8    that.

9         Q.    Do you know how much money he

10   made for your family?

11        A.    Profits, not sure.

12        Q.    Is it approximately

13   $100 million?

14        A.    I don't think so.

15        Q.    Well, where would that

16   information be?

17        A.    You have to calculate.

18        Q.    Where are the documents to

19   calculate that information?

20        A.    We would have to pull up

21   reports, what does the company cost, what's

22   left in the bottom line, the P&L.

23        Q.    So that would be on Power BI?

24        A.    Some parts of it.  Not all.

25        Q.    And you could reach back to the

Abraham Brach
October 28, 2025

1    information relating to all the sales he

2    did starting in 2019?

3          A.    It's hard to reach back.  I

4    don't know.  I have to see with the

5    developers if that's possible.

6          Q.    Can you say that --

7          A.    We have to work with developers

8    to see if that's possible.

9          Q.    It's true that Mr. Friedman

10   helped double the size of the revenue for

11   your family's company, is that correct?

12              MS. CANAMERO:  Objection to

13       form.

14         A.    I don't think so.

15         Q.    Well, have you ever looked at

16   those numbers?

17         A.    Yes.  Our company was -- our

18   business was successful before Friedman

19   came and before Lazer came.

20         Q.    Isn't it true that they doubled

21   the size of your company with the addition

22   of their revenues?

23         A.    No.

24         Q.    Do you know the total revenues

25   that they added to your company while they

Abraham Brach
October 28, 2025

1    were there?

2         A.    No.

3         Q.    Have you ever tried to look

4    that up?

5         A.    No.

6         Q.    Do you know what the total

7    revenues of your company were in 2018?

8         A.    No.

9         Q.    Who drafted the employment

10   agreement for Moises Friedman?

11        A.    This one?

12        Q.    Yes.

13        A.    I think somebody Meisels, if I

14   recall.

15        Q.    Who is he?

16        A.    A rabbi.

17        Q.    Who hired the rabbi to draft

18   the agreement?

19        A.    Jerry or my dad.

20        Q.    Is part of the change in his

21   responsibility adding another warehouse for

22   him to supervise, is that correct?  In

23   2018.

24        A.    I didn't hire him to supervise.

25   That's not what happened.  He wasn't hired

Abraham Brach
October 28, 2025

1    to supervise another location.

2        Q.    You're not aware whether -- I

3    didn't understand your answer.

4        A.    I'm not aware that he was hired

5    to supervise another warehouse.  He might

6    have helped out another warehouse but it

7    wasn't like -- like I said, in our company

8    everyone helps out.  If there's a problem

9    there, maybe he helped out.  But not what I

10   recall that he was hired to supervise --

11       Q.    So you're saying he wasn't

12   asked to supervise another warehouse in

13   2018?

14           MS. CANAMERO:  Objection.

15       A.    Not what I know of.  I don't

16   remember me asking to supervise another

17   warehouse.

18           I'd like to take a break.

19           (Whereupon, a short recess was

20       taken.)

21   BY MR. FORTUNA:

22       Q.    I want to just draw your

23   attention to the Friedman agreement again

24   to paragraph 1 in the English translation.

25   Do you see where it's added the supervision

Abraham Brach
October 28, 2025

1   of the Los Angeles warehouse to the one for

2   New York?

3       A.   Yes.

4       Q.   So at the time of the

5   agreement, you added another warehouse for

6   him to supervise?

7       A.   I did not realize this.

8            (The witness reviews the

9   document.)

10           Okay.

11      Q.   Do you see that?

12      A.   Yes.

13      Q.   So in addition, at that time it

14  was added that he had a role of buyer as

15  well, right?

16      A.   Yes.

17      Q.   And that's where he was to be

18  compensated 3 percent of net sales.  Do you

19  see that?

20      A.   Yes.

21      Q.   At the end of 2018 Sound Around

22  terminated that agreement, isn't that

23  correct?

24      A.   Not what I know of.

25      Q.   At the end of 2018 you stopped

Abraham Brach
October 28, 2025

1    paying Friedman his salary of a thousand

2    dollars a week, is that correct?

3        A.    I don't know.

4        Q.    Who would know that?

5        A.    Jeremiah maybe.

6        Q.    You mean your brother?

7        A.    Yes.

8        Q.    And then he was taken off

9    payroll as well at the end of 2018, is that

10   correct?

11       A.    I don't know exactly, I don't

12   deal with payroll.  I never dealt with

13   payment to him.

14       Q.    Are you aware that the last

15   year he received a W-2 for was 2018?

16       A.    I don't know the limits, what

17   was W-2 or not.  But like I said, I never

18   dealt with his payroll.

19       Q.    Do you know what a W-2 is?

20       A.    Yes.

21       Q.    That's a document that's given

22   to an employee that reports their total

23   income to the state, is that right?

24       A.    Yes.

25       Q.    And then also, in addition to

Abraham Brach
October 28, 2025

1    that, the employer of Sound Around would

2    have to pay payroll taxes associated with

3    that income, is that right?

4         A.    W-2, yes.

5         Q.    It also would have to pay a

6    portion of the Social Security for that

7    employee, isn't that correct?

8         A.    Yes.

9         Q.    After 2018 Sound Around didn't

10   pay any payroll taxes for Friedman, isn't

11   that correct?

12              MS. CANAMERO:  Objection to

13        form.

14        A.    Ask Jerry.  He took care of the

15   payroll.

16        Q.    You just have to speak up.

17        A.    Ask whoever takes care of the

18   payroll.

19        Q.    Who is that?

20        A.    Jack or Jerry.

21        Q.    When you say Jack, you mean

22   Jack Tyberg --

23        A.    Jack Tyberg or Jerry Brach.

24        Q.    Your brother.

25        A.    Yes.

Abraham Brach
October 28, 2025

1       Q.     Are you familiar with the Form

2    1099?

3       A.     Yes.

4       Q.     And those are given to

5    independent contractors, isn't that

6    correct?

7       A.     I never heard that.

8       Q.     You never heard that?

9       A.     1099 could be given to an

10   employee as well.

11      Q.     Where did you get that

12   information?

13      A.     It's something that we do.

14      Q.     It's something that you do.

15      A.     Yes.

16      Q.     Are you familiar with the rules

17   governing independent contractors?

18      A.     No.

19             MS. CANAMERO:  Objection; form.

20      Q.     So you don't know the

21   difference between an independent

22   contractor and an employee?

23             MS. CANAMERO:  Objection to

24       form.

25      A.     You said independent contractor

Abraham Brach
October 28, 2025

1    employer or 1099 --

2        Q.    I'm asking you a different

3    question.  Do you know the difference

4    between an independent contractor and an

5    employee?

6        A.    The rules exactly, no.

7        Q.    After 2018, Friedman no longer

8    received holiday pay, is that correct?

9        A.    I don't know.

10       Q.    Who would know that?

11       A.    Whoever pays him.

12       Q.    Is that Jack Tyberg or Jerry

13   Brach?

14       A.    One of those two.

15       Q.    Is there anybody else that

16   would know that information?

17       A.    I don't know.

18       Q.    After 2018 Friedman no longer

19   received bonuses, isn't that correct?

20       A.    Again, I didn't take care of

21   payroll, any payroll.  But I know where

22   you're going with these questions --

23       Q.    I'm just asking you --

24       A.    -- so I'm going to answer you

25   that if he got the commissions, he got way

Abraham Brach
October 28, 2025

1    more than the -- you say holiday pay.  He

2    wasn't involved with holiday pay anymore

3    because he got paid way, way above that.

4    So he got more than the salary, so the

5    commissions have to slide to the salary.

6    Let's say he got a salary of, whatever it

7    was, $75,000 a year, once that commission

8    kicked in higher than the salary, and he

9    got way more holiday pay, this pay, that

10   pay, he got way more of all those pays.  He

11   got generous pay for being employed with

12   Sound Around.  Very generous pay.

13        Q.    At the end of 2018 did he stop

14   getting holiday pay?

15        A.    I don't deal with payroll.

16        Q.    So you don't know.

17        A.    I don't know.

18        Q.    Did Friedman receive health

19   insurance after 2018?

20        A.    I don't know.

21        Q.    Did he receive any employment

22   benefits after 2018?

23            MS. CANAMERO:  Objection to

24      form.

25        A.    He got the biggest employment

Abraham Brach
October 28, 2025

1    benefit that he made a lot of money for

2    being an employee.  We paid him very

3    generous.  That's what I know, that's it.

4    I made sure that he's getting paid way more

5    than his salaries as a brother-in-law to

6    make him successful.  Whether you want to

7    call it holiday pay, this kind of pay, that

8    kind of pay, he got paid a lot, a lot of

9    money.

10        Q.    And the money that Friedman

11   earned was based on how many products he

12   sold, is that right?

13        A.    Correct.

14        Q.    So if he didn't sell any

15   products, he wouldn't make any money.

16        A.    He would because it would go

17   back to the roll-over.

18        Q.    What roll-over?

19        A.    If he got paid let's say 75,000

20   a year to support his life until the

21   commission could kick in and take over the

22   payroll, whatever he's getting paid.  So

23   now if he's gonna make $200,000 a year,

24   75,000 -- let's say it would be a bad year

25   and he wouldn't make let's say even $75,000

Abraham Brach
October 28, 2025

1   in commission, do you really think we

2   wouldn't pay him $75,000?

3       Q.    I don't think anything.

4       A.    We would pay him.

5       Q.    Is that written anywhere, what

6   you just said?

7       A.    No, because I don't deal with

8   payroll.  I'm just saying the fact of the

9   situation.

10      Q.    Well, you had a written

11  agreement with Friedman, correct?

12      A.    I didn't have the agreement

13  with him.

14      Q.    Sound Around had a written

15  agreement --

16      A.    Sound Around had an agreement

17  with him.

18      Q.    Is there anywhere in that

19  agreement what you just said?

20      A.    No.

21      Q.    Is it anywhere, written

22  anywhere what you just said that that's the

23  policy of Sound Around?

24      A.    I said that that's what I would

25  make sure we would do.  That's what I said.

Abraham Brach
October 28, 2025

1    Q.    So it's not written anywhere.

2    A.    No.  But there's something

3    written that he's getting a salary until

4    commission gets something.  Again --

5    Q.    Can you find that?

6    A.    Okay, whatever.  Next.

7    Q.    It's not there?

8    A.    I don't know.

9    Q.    But you're able to -- you just

10   said --

11   A.    I don't know how to read

12   documents like lawyers.

13   Q.    So you're not aware of that

14   being written anywhere, is that correct?

15   A.    Correct.  I know it was

16   verbally discussed, those things.

17   Q.    Do you have any notes of those

18   verbal conversations that you're referring

19   to?

20   A.    No.  Didn't think with a

21   brother-in-law I would need to keep notes.

22   We don't keep notes.

23   Q.    So after 2018 Sound Around stop

24   paying Friedman 3 percent of total net

25   sales, is that correct?

Abraham Brach
October 28, 2025

1          A.    Based on what I heard that once

2    there was a system, it was 10 percent of

3    profits.  But I don't know the details of

4    when that changed.

5          Q.    When Friedman became a --

6    Friedman became a 1099 contractor, correct?

7          A.    That's what you said before, so

8    I guess so.

9          Q.    I'm sorry?

10         A.    I don't deal with payroll I

11   said.  You're saying so, so I guess we paid

12   him a 1099.

13         Q.    And then when you started

14   issuing 1099s to him, that's when you

15   changed to 10 percent of the profits, is

16   that correct?

17         A.    I don't know.  Is that when it

18   was?

19         Q.    After Friedman became a 1099,

20   products that were sourced by Friedman and

21   sold for return, Friedman had to pay part

22   of the refund to that customer, isn't that

23   correct?

24              MS. CANAMERO:  Objection to

25        form.

Abraham Brach
October 28, 2025

1          A.    I don't think so, but again, I

2     didn't take care of how it works.  If a

3     product comes back it gets -- it's like it

4     wasn't sold.  And let's say this is broken,

5     it comes back so it's $100, this is gonna

6     be 100 of garbage.  That 100 gets negative

7     when it's returned.

8          Q.    In addition to refunding the

9     commission he was paid for that product,

10    Friedman also had to pay part of a refund

11    from the customer that Sound Around had

12    received in payment, isn't that correct?

13         A.    I don't recall something like

14    that.

15         Q.    Who would know that?

16         A.    There's no such a thing.  I

17    don't know what we're talking about.

18    There's no system what calculates that, so

19    I don't know what we're discussing.

20         Q.    So you're not aware of that at

21    all.

22         A.    I'm not aware of it.

23         Q.    Who would be aware of that

24    information?

25         A.    Maybe the one who built the

Abraham Brach
October 28, 2025

```
 1    Power BI back then, Shmuel Glanz maybe.
 2         Q.    How do you spell his name?
 3         A.    S-H-M-U-E-L, G-L-A-N-Z.
 4         Q.    He set up the Power BI system?
 5         A.    He helped set it up.  He
 6    helped -- when they had problems, they
 7    would go to him.
 8         Q.    So he was like a tech --
 9         A.    He was technology.
10         Q.    Does he work for Sound Around
11    or does he have his own company --
12         A.    No, he doesn't work for Sound
13    Around.
14         Q.    I'm sorry?
15         A.    He does not work at the moment
16    for Sound Around.
17         Q.    Had he previously worked for
18    Sound Around?
19         A.    Yes.
20         Q.    When did he leave Sound Around?
21         A.    A while back.  I don't remember
22    the date.
23         Q.    Was it before --
24         A.    Before they left.
25         Q.    Before Friedman left and
```

Abraham Brach
October 28, 2025

1   Ilowitz left?

2        A.    Yes.

3        Q.    I want to show you what's been

4   marked as Defendants' B at Jeremiah Brach's

5   deposition on May 13, 2025.  Do you

6   recognize this document?

7        A.    I recognize it but it was never

8   used and never implemented, so.

9        Q.    I want to draw your attention

10  to number 6, the example illustrating that

11  buyers had to buy back dead inventory.  Do

12  you see that?

13       A.    Yes.

14       Q.    And it goes on to the second

15  page.

16       A.    Yes.

17       Q.    So was Friedman and Ilowitz

18  required to buy back inventory that was

19  considered dead or too old?

20       A.    Never happened.  This never

21  happened.

22       Q.    Are you sure about that?

23       A.    Yes.

24       Q.    And is there anybody else who

25  would have information about that?

Abraham Brach
October 28, 2025

1      A.     Jeremiah Brach.

2      Q.     Anyone else other than Jeremiah

3  Brach?

4      A.     I don't think so.

5      Q.     Before paying commissions to

6  Friedman and Ilowitz, Sound Around changed

7  the business expenses that it deducted from

8  the commissions from time to time, isn't

9  that correct?

10      A.     We didn't change expenses.  We

11  put in -- just added expenses, what we

12  figured out.  We fixed things.

13      Q.     So Sound Around would deduct

14  shipping costs from the commissions, is

15  that correct?

16      A.     Yes.

17      Q.     And then if shipping cost

18  changed over time in the amount that you

19  deducted, even if the amount that Sound

20  Around was charged did not change, isn't

21  that correct?

22      A.     Not correct.

23      Q.     Did Sound Around deduct higher

24  shipping costs from Friedman and Ilowitz

25  than it was charged for shipping the

Abraham Brach
October 28, 2025

1    products?

2         A.    We put in a certain

3    calculation, how we calculated always our

4    business.  And we kept that calculation.

5    Did it change from before they came to work

6    with us or after they worked for us, we

7    have a calculation of how we consider

8    landed cost.  That's how we put in our

9    system a landed cost average.

10        Q.    I asked you a different

11   question.  The shipping costs, the cost of

12   container let's say to be shipped to the

13   United States, would you charge Friedman

14   and Ilowitz a higher amount for the cost of

15   a shipping container than Sound Around was

16   actually charged?

17        A.    I don't understand the

18   question.

19        Q.    So --

20        A.    Because if a container -- what

21   do you consider a container?  Container you

22   mean only the vessel fee?  Are you

23   considering the moorage fees, are you

24   considering the put-away fee when it gets

25   to the warehouse?  The chassis coming to

Abraham Brach
October 28, 2025

1    the warehouse?  I'm not sure when you're

2    saying shipping cost what you're

3    considering that number.

4         Q.    Sound Around used a logistics

5    company, right, to ship goods, is that

6    correct?

7         A.    Correct.

8         Q.    One of the logistics companies

9    was ACT, is that correct?

10        A.    Yes.

11        Q.    And ACT would list on its

12   invoice the cost of a container that's

13   being shipped, is that correct?

14        A.    Correct.

15        Q.    That cost, the amount that

16   Sound Around paid for that shipping

17   container, you charged more than that for

18   that container to Friedman and Ilowitz, is

19   that correct?

20             MS. CANAMERO:  Objection to

21        form.

22        A.    From the beginning of time we

23   always put in higher than that because

24   there's other costs -- we don't charge by

25   the shipping container cost in the system.

Abraham Brach
October 28, 2025

1    We put in other costs -- there's other

2    costs associated.  Getting to the port,

3    going from the port to the customer,

4    unpacking fees, put-away fees, transfer

5    fees to different warehouses.  So all these

6    costs are involved in this cost.

7              So we never put in just the

8    cost of how much a container cost from

9    China by sea.  There's other costs will

10   come around it; what all those costs add

11   up.  And we use an average.  And we always

12   use this average.  I can't tell you if it

13   was less or more.  I think the costs --

14   what it cost us is even higher than what --

15   it could even be higher.  Like, if a

16   container -- there was times when

17   containers were $17,000.  We never put in

18   $17,000.  That would just be the container

19   cost without all the other costs.

20        Q.    But Sound Around would separate

21   out all those other costs and would have a

22   container cost, then it would have holding

23   costs --

24        A.    Holding costs is a different

25   thing.

Abraham Brach
October 28, 2025

1          Q.     Okay, so they would charge

2     higher costs than actually the container

3     cost.

4          A.     The container itself.  That's

5     how we calculate.

6          Q.     And then you would charge

7     storage costs to Friedman and Ilowitz

8     for --

9          A.     Storage started later, way

10    later.  And it was I think after even they

11    stole from us already and after they had

12    their own business.  What this came upon,

13    and it came upon because they had enormous

14    amount of aged inventory -- one of the

15    reasons for them to have aged inventory is

16    because they got kickbacks.  So they were

17    very excited to buy inventory so they'd get

18    more money from stock.  When we're sitting

19    with goods and losing money, they already

20    made money on the stuff coming to the U.S.

21               So they were very excited to

22    have these high costs.  And once we had

23    these high storage costs because we had so

24    much inventory just sitting, staggering, we

25    wanted to incentivize to move inventory

Abraham Brach
October 28, 2025

1    out.  So we added to it a holding cost.  I

2    can't tell you exact date when it was

3    added, but that was at a way later time

4    because our costs went up.

5        Q.    It was your brother Jeremiah

6    Brach who determined how much it cost, is

7    that correct?

8        A.    We did it together, with him.

9        Q.    My understanding is that

10   Jeremiah made all the orders, is that

11   right?

12       A.    Every order -- Jeremiah would

13   do orders, but he did it together with

14   them.  They looked at it, they got e-mails

15   cc'd on every order and they all agreed to

16   the orders what got ordered.

17       Q.    But it was your brother who

18   made the decision, isn't that correct?

19       A.    Together with them.

20       Q.    So what you're testifying to is

21   that Friedman and Ilowitz had

22   decision-making authority on ordering?

23       A.    Correct.

24       Q.    And they would actually make

25   the orders and decide how much --

Abraham Brach
October 28, 2025

1        A.    They would work together with

2    him on the orders.

3        Q.    Okay, I didn't ask you that.  I

4    said would they have decision-making

5    authority on how much to order?

6        A.    They had decision-making.

7    Usually would get approved also, but yes,

8    they had decision-making authority.

9        Q.    Who would approve it?

10       A.    Me or my brother.

11       Q.    So you or your brother had

12   ultimate authority on how much was ordered.

13            MS. CANAMERO:  Objection to

14        form.

15       A.    No.  They would put in the

16   order, we would trust them most of the

17   time.  If it would look -- one of us just

18   to approve, just like any approval, you put

19   in an order, it gets approved by someone

20   else.

21            But we came to the place where

22   we trusted them on their orders.  So when

23   they order it, they ordered with the

24   benefit of they're gonna make money on the

25   order.

Abraham Brach
October 28, 2025

```
 1          Q.    I'm just a little confused.   So
 2    they would be able to just order the
 3    products on their own.
 4          A.    They were able to.
 5          Q.    And they did?
 6          A.    Sometimes.  I think so.
 7          Q.    You think so or sometimes or
 8    yes or no?  I don't understand.
 9          A.    Again, it's not yes or no
10    because I have to go back to what was.
11    It's a while ago, right?
12          Q.    So was there any time that they
13    actually ordered the product on their own?
14          A.    There definitely was time when
15    they ordered on their own.  Yes.
16          Q.    How many times?
17          A.    I don't know.
18          Q.    Where would that information
19    be?
20          A.    We have to see if we could pull
21    it up.
22          Q.    Where would you pull it up
23    from?
24          A.    From our system, what was
25    ordered.
```

Abraham Brach
October 28, 2025

1    Q.    So they would order the

2    products on their own you say, and no one

3    would review the order?

4    A.    I said that somebody would

5    review it.

6    Q.    Who would review it?

7    A.    Or me or Jerry.  Most

8    occasions.

9    Q.    In most cases or all cases?

10    A.    In most cases.  I have to go

11    back and see exactly details.

12    Q.    Have you ever had buyers as

13    successful as Friedman and Ilowitz work at

14    Sound Around?

15    A.    No.  The company's products,

16    yes.  Sorry.

17    Q.    You mean you sold more than

18    they have?

19    A.    Successful.  I don't know who

20    sold more, profits more.  But products that

21    the company had, house products did very

22    well.

23    Q.    Yeah, but your products were in

24    existence long before you were there, is

25    that correct?

Abraham Brach
October 28, 2025

1                    MS. CANAMERO:  Objection to

2           form.

3           A.    No.

4           Q.    You also deducted

5    administrative fees from their commissions,

6    isn't that correct?

7                    MS. CANAMERO:  Objection to

8           form.

9           A.    Administration fee was not -- I

10   don't think it was on everything, or it was

11   a -- I have to look back exactly the

12   calculation, but it was -- I think it was 1

13   percent.  That was just to pay the

14   insurance on products.  Product liability.

15          Q.    How was that calculated?

16          A.    I think that was about 1

17   percent of sales.

18          Q.    Wasn't there a separate

19   insurance deduction in addition to the

20   administrative fee?

21          A.    No.

22          Q.    How did 1 percent get

23   calculated?

24          A.    Again, I don't know exact, but

25   I think it's 1 percent of sales.

Abraham Brach
October 28, 2025

1        Q.    And how was that calculated as

2    a cost?  You just made that up or --

3        A.    No, it was a rounding number

4    about what it costs.  Just insurance,

5    product liability.

6        Q.    And then you would also deduct

7    tariff and import fees from their

8    commissions, isn't that correct?

9        A.    That's product landed cost,

10   right?

11       Q.    I don't know.  You have to tell

12   me.

13       A.    Yes, that was definitely part

14   of cost of goods.

15       Q.    And the tariffs, you wouldn't

16   deduct the actual tariffs that were charged

17   to Sound Around.  You would bump those fees

18   higher and charge them more than you were

19   charged -- that Sound Around was charged,

20   isn't that correct?

21            MS. CANAMERO:  Objection to

22       form.

23       A.    It's the way we calculated our

24   landed -- how we calculated our landed cost

25   not for them, for the whole company.  For

Abraham Brach
October 28, 2025

1    every product in the company, we use the

2    same formula for everyone in the company.

3          Q.    What was the formula?

4          A.    I can't tell you the exact

5    formula.  But there's a formula what has to

6    do with the tariffs built in of how we

7    average what the tariff costs are.  Whether

8    they're tariffs or duty.

9          Q.    Who would know that formula?

10         A.    I think Jeremiah.

11         Q.    Is it kept anywhere?

12         A.    We put it into the system.  The

13   formula.

14         Q.    What system?

15         A.    Our back office.  Where we keep

16   that information.

17         Q.    You don't know where you keep

18   it?

19         A.    It's called back office.

20         Q.    Back office.

21               You also deduct finance fees,

22   is that correct?

23         A.    I don't think we actually ever

24   deducted it.  We spoke about it but it

25   never happened.

Abraham Brach
October 28, 2025

```
1          Q.      You would deduct Amazon fees
2     from the commissions as well, right?
3          A.      Yes.
4          Q.      Amazon fees that were --
5          A.      I want to get it straight.
6     It's not we deduct from commission.  We
7     deduct of our sales and how we calculate
8     our profits.  We don't deduct commission.
9     We calculate profits and we look at profits
10    what we make, and we use that number to
11    give commission to our buyers.
12               Our company didn't have more
13    than three buyers at the time when they
14    started.  There was one more buyer before
15    them.  So we're talking about success;
16    there were only two buyers, except one
17    other one who was a semi buyer and doing
18    other tasks for the company.
19               And the reason that it was so
20    successful, Moises Friedman definitely
21    because I spent a lot, a lot of time
22    training him, teaching him, going with him
23    to shows and giving away myself for him
24    because I wanted him to be successful.
25    Again, the company had a benefit but I gave
```

Abraham Brach
October 28, 2025

1    myself away for him because I really wanted

2    him to be successful because he was my

3    brother-in-law.

4         Q.    So you're taking full credit

5    for his knowledge and success.

6              MS. CANAMERO:  Objection to

7         form.

8         A.    Yes.  A lot of credit.  I

9    didn't say full.  I said a lot of credit.

10        Q.    Why don't you tell me where you

11   traveled with Friedman.

12        A.    I went with him to China.

13        Q.    How many times?

14        A.    I don't remember.

15        Q.    More than once?

16        A.    Yes.

17        Q.    How many times?

18        A.    I don't remember.

19        Q.    Approximately.

20        A.    I told you I'm not good with

21   numbers and dates, so.

22        Q.    Anywhere else?

23        A.    Traveled with him to the

24   warehouse in California.  Mainly China.

25   Hong Kong and China.

Abraham Brach
October 28, 2025

1      Q.    Do you have a list of those

2   trips that you went on anywhere?

3      A.    No.

4      Q.    Do you have any records of

5   those trips?

6      A.    No.

7      Q.    When you did these

8   calculations, deducting the Amazon fees,

9   Sound Around took more than what they were

10  actually charged by Amazon, isn't that

11  correct?

12          MS. CANAMERO:   Objection to

13      form.

14      A.    I don't think so.

15      Q.    Where would this information be

16  as to how the formula was done, how it was

17  calculated in order to calculate the

18  commissions?  Where is that information

19  stored?

20      A.    We store numbers.  I don't know

21  exactly because a lot of people touched it.

22  It's an average for not how to calculate

23  commission.  How to calculate profits.  And

24  this form is to help calculate profits.  So

25  instead of waiting to the end of the year,

Abraham Brach
October 28, 2025

1    we have a P&L to give commissions.  We give

2    it earlier than end of the year because

3    P&Ls don't come out until the end of the

4    year.  So we already give this.  We're

5    overgenerous so these are all calculations

6    what we created to be as accurate as we can

7    to pay out and be honest and giving nice

8    commissions and making sure our people stay

9    happy.

10              So this is how it works.  It's

11   not -- these calculations are not built for

12   commission.  They're built for profits.

13        Q.    Where are the records showing

14   how the profit was calculated?

15        A.    There's a -- I don't know if

16   it's kept in Excel, the portal.  There's

17   different pieces coming from different

18   places.

19        Q.    Where would it be?

20        A.    So between the portal, back

21   office, CSI, SharePoint documents.  Between

22   all those.  Between Power BI.

23        Q.    Who has access to that

24   information?

25        A.    IT department.

Abraham Brach
October 28, 2025

1          Q.    Who would be the one -- who

2     could give us that information as to what

3     the profit was in each period of time?

4               MS. CANAMERO:   Objection to

5          form.

6          A.    Maybe Hershey Green.

7          Q.    Anyone else?

8          A.    Not sure.

9          Q.    And then once the profit was

10    calculated, who did the calculations for

11    the commissions?

12         A.    Jerry gave them checks.  Jerry

13    wrote checks for them.  Overgenerous checks

14    because Jerry is a generous guy.  Too

15    generous.

16         Q.    Is there a record of the

17    calculation of those commissions?

18         A.    You have to ask Jerry.

19         Q.    So you said "too generous."

20    You think you paid Friedman and Ilowitz too

21    much?

22         A.    Yes.

23         Q.    And then you're bitter as a

24    result of that?

25         A.    I'm just --

Abraham Brach
October 28, 2025

1          MS. CANAMERO:  Objection to

2      form.

3          A.    I'm bitter because what they

4      did to us.  If they didn't do that to us, I

5      wouldn't be bitter about it.

6          Q.    And the amount of money you

7      paid, is it reflective of the amount of

8      sales that they did?

9          MS. CANAMERO:  Objection to

10      form.

11          A.    I think it's way more.

12          Q.    I'm sorry?

13          A.    I think it's way more.

14          Q.    You paid them more than

15      they were --

16          A.    They should have been getting.

17          Q.    Than the sales they did?  You

18      paid them for products they didn't sell?

19          A.    No, I didn't say that.  I said

20      more than they should have got based on

21      profits.

22          Q.    I understand that.  But you

23      never paid them more than 10 percent, did

24      you?

25          A.    If you go deep and dig, it's

Abraham Brach
October 28, 2025

1    more than 10 percent.

2        Q.    Where would I find that?

3        A.    Complicated calculations.  So

4    between all the crappy inventory what's

5    sitting by us, all the garbage we need to

6    throw out, all the items what they bought

7    because they got good kickbacks and never

8    sold.  So if we take all that in account,

9    what we never did of buying back dead

10   inventory what you're talking about, I

11   don't know who -- you took a document of

12   someone who worked there for six months and

13   wrote a document out and never got used or

14   implemented and you're taking facts based

15   on it, it's just frustrating.

16       Q.    So how would I get the records

17   showing all that information that you're

18   talking about, like garbage, inventory that

19   didn't sell?  Where are those calculations

20   kept?

21       A.    You need to dig that.

22       Q.    Where do you get it?

23       A.    Hershey Green will have to dig

24   it up.

25       Q.    Did you ever look at those

Abraham Brach
October 28, 2025

1   calculations?

2        A.    I have an idea.  I didn't look

3   at it but I have an idea.

4        Q.    Where did you get your idea

5   from?

6        A.    Because I know how much

7   inventory was aged when they left.

8        Q.    How much inventory was aged

9   when they left?

10       A.    I can't tell you the items.

11  Something about 15 million of aged

12  inventory or more.

13       Q.    15?

14       A.    15 million.

15       Q.    1-5?

16       A.    Yes.

17       Q.    How did you get that number?

18       A.    We have a report what brings in

19  aged inventory.

20       Q.    So of the 350 million in sales

21  that they did for Sound Around, they had

22  15 million in aged inventory you're saying?

23       A.    I don't know what the number

24  350 million is, but they have 15 million of

25  aged inventory.

Abraham Brach
October 28, 2025

1    Q.    Well, isn't it true that they

2  did about 350 million in sales for Sound

3  Around?

4    A.    Didn't look at the numbers to

5  tell you if it's true or not.

6    Q.    15 million in aged inventory,

7  is there a record of that anywhere?

8    A.    I have to see if we kept the

9  download.  Maybe Lazer downloaded it

10  because he downloaded all the information

11  before he left.

12    Q.    Where did you get the number

13  from?

14    A.    I remember at that time.  I

15  mean about.  It's an average number.

16    Q.    But where did you get it from?

17  You said you remember -- did you go and

18  count?

19    A.    No, Power BI.

20    Q.    It's on Power BI?

21    A.    I don't know if you go back

22  date.  I didn't snap screenshots.  They did

23  it with snap screenshots what he stole from

24  us in commission before he left.  Maybe he

25  has that information --

Abraham Brach
October 28, 2025

1        Q.    Before we get to that, I gotta

2    ask you about what they stole.  You said

3    they stole.  How would you get the

4    information on Power BI at that time?  What

5    would you have to do on Power BI?

6        A.    Go into that report and see

7    what it says.

8        Q.    Is there a specific report --

9        A.    Yes.

10       Q.    You can do it for any time

11   period?

12       A.    I can't go back.

13       Q.    Why not?

14       A.    I'm not sure if we have

15   screen -- we didn't snapshot the data.

16       Q.    Doesn't the data exist in the

17   data warehouse?

18       A.    It gets overwritten.

19       Q.    I'm sorry?

20       A.    It gets overwritten.  I have to

21   see if it's possible to get it.

22       Q.    When you say "it gets

23   overwritten," what kind of --

24       A.    If inventory sells out, it's

25   sold, so you don't see that number anymore.

Abraham Brach
October 28, 2025

1      Q.    So the inventory is already

2  sold.

3      A.    Some of it might have sold

4  already.  So I have to go back and see

5  every detail.

6      Q.    So how would you do that?

7      A.    I'm not a software engineer.  I

8  have to speak to the software people and

9  see if it's possible.

10      Q.    So how would you determine what

11  inventory is left now from when they left?

12      A.    Now I can see now.  Now I could

13  see now.

14      Q.    Would you be able to tell which

15  products are from that aged inventory?

16      A.    Yes.

17      Q.    How would you do that?

18      A.    I would put in the item

19  numbers.

20      Q.    Do you have those item numbers?

21      A.    Somewhere record.

22      Q.    Where?

23      A.    Someone's computer.  I have to

24  see who has it, a list of those items.  Or

25  I could go back and try to figure out what

Abraham Brach
October 28, 2025

1    was the items.

2         Q.    Would that be easy to do?

3         A.    Nothing's easy.

4         Q.    What item numbers -- how would

5    you keep track of the products that they

6    sourced?

7         A.    In my head I would remember

8    what they sold -- what they sourced.

9         Q.    Oh, so there isn't any record

10   of what items they sold?

11        A.    Things got moved around, so.

12        Q.    Sounds like a mess.

13        A.    It's a big mess, yes.

14        Q.    A number of times you said you

15   commented that they, meaning Friedman and

16   Ilowitz, stole from you.  What did they

17   steal?  Specific items.

18        A.    Moises Friedman stole credit

19   cards.  He swiped credit cards and paid

20   with our bank accounts it was discovered.

21        Q.    Anything else?

22        A.    That's theft.  That was the

23   real theft, like black and white theft.

24   Like going to someone's house and stealing

25   something, you know, that kind of theft.

Abraham Brach
October 28, 2025

```
1         Q.     Anything else?

2         A.     They took kickbacks.

3         Q.     Anything else?

4         A.     They stole information.

5         Q.     What information?

6         A.     They stole reports.

7         Q.     What reports?

8         A.     Power BI reports.

9         Q.     What were on those Power BI

10   reports?

11        A.     Sales, what sells, top selling

12   products, what aged, how much PPC cost,

13   there's PPC reports.  Advertising reports,

14   what was stolen.

15        Q.     And those reports, they all had

16   to do with the products that they had

17   sourced, is that right?

18        A.     I'm not sure -- no, I think

19   they took from everything.  Not only those

20   reports.

21        Q.     Where do you have that

22   information?

23        A.     They stole a lot of other

24   reports.

25        Q.     Where do you have that
```

Abraham Brach
October 28, 2025

1    information about reports that they stole?

2    Where is the proof of that?

3         A.    They downloaded documents and

4    they sent themselves e-mails of more than

5    just their products.

6         Q.    Where is that record that they

7    did that?

8         A.    I know there's records.  I

9    don't know where they are.

10        Q.    Have you seen them?

11        A.    Based on what they did after,

12   what they purchased and which vender --

13   they stole vendor relationship reports, all

14   our vendors, another report they stole.

15   There's a lot more.  I can't recall now.  I

16   don't have a big paper here telling me all

17   the reports.

18        Q.    Do you have a copy of those

19   reports that you say they stole?

20        A.    Me personally, if I have a

21   copy?

22        Q.    Or at Sound Around, anyone.

23        A.    I think there's a copy

24   somewhere of what they stole.

25        Q.    Where?

Abraham Brach
October 28, 2025

1          A.    They have it.

2          Q.    I'm asking --

3          A.    A hard drive.  They stole our

4    hard drive, right?  They put everything on

5    their hard drive before they left.

6          Q.    I don't know if they did.

7          A.    You know what they did.  You

8    know better than me what they did.

9          Q.    The hard drive you're talking

10   about, that was the one that was owned by

11   Ilowitz, isn't that right?

12         A.    I don't know who owned it.

13   What information was on it.  Who cares

14   about a $5 hard drive.

15         Q.    Well, you're saying they stole

16   a hard drive --

17         A.    They stole a hard drive with

18   information.  I don't care about the hard

19   drive.

20         Q.    What information was on the

21   hard drive, do you know?

22         A.    I guess it was Power BI, Excel

23   reports, orders from the system.

24         Q.    Did you review that information

25   on the hard drive?

Abraham Brach
October 28, 2025

```
1         A.    I didn't.
2         Q.    Then how would you know what
3    information --
4         A.    I said I would guess.
5         Q.    Oh, you would guess.
6         A.    Yes.
7         Q.    So you have no idea what was on
8    the hard drive.
9         A.    I'd have to go back and see.  I
10   didn't get the hard drive.  I don't know if
11   lawyers got it or not.  I definitely know
12   that they sent themself e-mails of things,
13   they took information from us and they gave
14   it to a competitor.  The competitor was
15   themself.  So they stole information from
16   us, not only did they gave it to
17   competitor, the competitor -- they were the
18   competitor what they stole information and
19   gave it to compete with us.  That's how
20   complex.
21        Q.    I'm just trying to get the
22   specifics.  You're talking generalizations.
23   Anything else specifically that you say
24   that they stole as far as information is
25   concerned other than what you just
```

Abraham Brach
October 28, 2025

1    described?

2         A.    They stole customer

3    information.

4         Q.    Who would be the customers?

5         A.    What?

6         Q.    What customers?  Who are the

7    customers?

8         A.    So the big customer information

9    what they stole is Amazon.

10        Q.    When you say "customer

11   information," do you mean Amazon or do you

12   mean customers who bought products on

13   Amazon?

14        A.    First Amazon is one.  Wal-Mart.

15   The vendor manager is Amazon, the vendor

16   manager is Wal-Mart.  They did stole those

17   contacts to use for themselves.

18        Q.    So weren't they operating and

19   working with Amazon while they were --

20        A.    That was their job.

21        Q.    So wouldn't they already know

22   about the Amazon company?

23        A.    They Amazon company doesn't

24   mean knowing all the managers in Amazon,

25   all the vendor managers.  They stole that

Abraham Brach
October 28, 2025

1    information while they were working for us.

2    And at the same time when they stole that

3    information, they used it for themself to

4    compete with us.

5        Q.    So while they were 1099s, they

6    worked with these people at Amazon, is that

7    what you're saying?

8            MS. CANAMERO:   Objection to

9        form.

10       A.    While they are employed by us

11   they stole this information to compete with

12   our products.

13       Q.    That's what I'm trying to find

14   out.  What did they steal?

15       A.    They stole that information,

16   right?

17       Q.    What information?

18       A.    You're a lawyer, right?  Let's

19   give example.  You're a lawyer, you have a

20   client's record of information.  Now you're

21   giving this record -- you're a lawyer,

22   they're employees.  So you're not an

23   employee but they were employees.  Now, you

24   would give this record to a different

25   client of yours what's competing with your

Abraham Brach
October 28, 2025

1    client.  And now that client knows not only

2    that, make believe you have the same

3    business and you open that business and

4    competing with them.

5        Q.    So the information that they

6    have -- I'm just trying to find out the

7    information that they have let's say in

8    their head because they have these

9    every-day dealings with Amazon, is the

10   information you're talking about that they

11   stole?  I'm just trying to find out what

12   they stole.  Actually stole.

13            So the information that they

14   learned in sourcing products for Sound

15   Around is the information you're saying

16   they stole.

17       A.    Information, yes.

18       Q.    That they learned by sourcing

19   products.

20       A.    Learned while they were still

21   at Sound Around.  They stole it.  It's not

22   what was in their head they left Sound

23   Around, but I don't know if that's allowed,

24   I'm not a lawyer.  And then they said I

25   have this information in my head, let me go

Abraham Brach
October 28, 2025

1    try to open the business.

2              While they were in Sound

3    Around's office they were doing this in

4    Sound Around's office.  While they were

5    working for us.

6        Q.    Do you have any evidence of

7    that?

8        A.    Yes.  There's e-mail records

9    how they contact Amazon.

10       Q.    So the e-mail records.

11       A.    E-mail records on that part.

12       Q.    Anything else?

13       A.    Then there's customer

14   information, just downloading GoFlow files

15   of direct-to-consumer information what they

16   also took.

17       Q.    How is direct consumer

18   information useful to anybody's business

19   who sells on Amazon?

20       A.    So I know Lazer has some kind

21   of review club what he -- and he contacts

22   people.  So I don't know if he uses it for

23   that.  I can't tell you the details what he

24   uses it for.

25       Q.    So you have no idea what the

Abraham Brach
October 28, 2025

1    customer information is used for?

2         A.    What he used that customer

3    information, no.

4         Q.    You're selling on Amazon,

5    right?  What do you need customer

6    information for?

7         A.    Maybe he wants to contact them

8    to join some kind of e-mail marketing.  I

9    don't know what he does with it.

10        Q.    So you have no information as

11   to when --

12        A.    That piece I don't know what he

13   did with.  Maybe he used it to see the

14   sales numbers, how many drop ship orders,

15   to see how many sales -- which items have

16   the most drop ships, the most sales, what

17   warehouse it's going from, if it's in the

18   East Coast, the West Coast.  I don't know

19   his calculations what he used it for.  I

20   wouldn't give it to a competitor.

21        Q.    Can you tell me how having an

22   individual customer's information name

23   relates to drop ship orders, East Coast or

24   West Coast shipping or anything like that,

25   an individual customer's name?

Abraham Brach
October 28, 2025

1            MS. CANAMERO:  Objection to

2        form.

3        A.    He takes all the information.

4   So he took with that information, right?

5        Q.    So let's say Jim Smith bought a

6   scooter --

7        A.    In California, he knows the

8   guy's in California.  That's this part.  I

9   don't know what else he's using it.  He

10   might use it for e-mail marketing, mailing

11   marketing.

12        Q.    So you do mailings to

13   customers?

14        A.    We don't do mailings.

15        Q.    Have you heard of anybody doing

16   mailings to individual customers?

17        A.    In the past.

18        Q.    I'm sorry?

19        A.    In the past I heard of it.

20        Q.    Who?  Who did that?

21        A.    Lazer used to do it working by

22   us.

23        Q.    Oh, really?  What was mailed?

24        A.    He sent out mail for gifts.

25        Q.    Do you have a record of that?

Abraham Brach
October 28, 2025

```
 1          A.    I'm not sure I have a record.
 2          Q.    So you don't have any record of
 3   what was sent by Lazer or anyone else to
 4   individual customers?
 5          A.    I have to look it up.
 6          Q.    Where would you look it up?
 7          A.    His computer when he left.  If
 8   he kept it in the share drive.  Maybe he
 9   left it in the share drive or on his
10   computer.  I have to see.
11          Q.    Have you seen it?
12          A.    I saw one letter once, but not
13   recently.  So I can't recall.
14          Q.    What did the letter say?
15          A.    I don't remember exactly.
16          Q.    Where is that letter now
17   located?
18          A.    I don't know.
19          Q.    What's the share drive?
20          A.    Share drive is a drive with
21   documents.  A shared folder.
22          Q.    Is that a particular program at
23   Sound Around?
24          A.    It's just a SharePoint.  It's
25   like Google Drive.
```

Abraham Brach
October 28, 2025

1       Q.      SharePoint?

2       A.      Yeah.

3       Q.      Any of the products that

4    Ilowitz or Friedman sourced for Sound

5    Around, did Sound Around ever sell those

6    products previously prior to them sourcing

7    it?

8               MS. CANAMERO:  Objection.

9       A.      Only some products in Ilowitz's

10   group.

11      Q.      What were they?

12      A.      Keyboard stands.  That

13   category.

14      Q.      I'm sorry?

15      A.      Keyboard stands, that category.

16      Q.      Anything else?

17      A.      Not what I recall.

18      Q.      And then --

19      A.      That's what they were hired

20   for, to mention it again.  They were hired

21   to source products what Sound Around does

22   not sell.  To source products what Sound

23   Around does not carry and to grow

24   portfolios and brands for Sound Around.

25      Q.      So they doubled the source for

Abraham Brach
October 28, 2025

1    Sound Around, isn't that correct?

2           MS. CANAMERO:  Objection to

3       form.

4       A.    I don't know how much they went

5    up in sale.  But the result was of a

6    leadership to make a decision to hire

7    people to build up new portfolios.

8       Q.    I'm asking you a different

9    question.

10      A.    What they did.  They were

11   employees for Sound Around.  So whatever

12   they did, they worked for Sound Around.

13          If Sony is a multibillion

14   dollar company, if Apple is a multibillion

15   company today is because they have

16   employees what helped them become a

17   multibillion dollar company.  So I don't

18   understand why you keep on saying they

19   could steal or do whatever they did because

20   they doubled sales from Sound Around.

21      Q.    I'm not saying any of that.  I

22   only asked you the one question.  I'm just

23   asking you the question.  The results, the

24   work that they did in sourcing products for

25   Sound Around ended up doubling the size of

Abraham Brach
October 28, 2025

1    Sound Around, isn't that correct?

2         A.    I'm not sure.  I don't know.  I

3    do not know the number.

4         Q.    Is it approximately correct?

5              MS. CANAMERO:  Objection to

6         form.

7         A.    I don't know.

8         Q.    I want to show you what was

9    marked as Defendants' E at the deposition

10   of Jerry Brach on May 13, 2025.  And there

11   are three separate reports.

12             I'm going to show you what was

13   marked as Defendants' C, not E, at Jerry

14   Brach's deposition on May 13, 2025.  Would

15   you take a look at that report.

16        A.    Yes.

17        Q.    Have you seen that report

18   before?

19        A.    Yes.

20        Q.    What do you recognize that

21   report to be?

22        A.    It's a consultant we tried to

23   work with.  Again, because we were trying

24   to make -- there was a de-motivation in the

25   company, we tried to make people happy.

Abraham Brach
October 28, 2025

1        Q.    And that report was issued

2   October 17, 2018?

3        A.    Oh, this is '18.  This is a

4   different one, sorry.

5              Yeah, this is just -- we

6   brought in a consultant to do just a --

7   help the company organize things in the

8   company.

9        Q.    And the consultant's name is

10  Martin Stevens?

11       A.    Yes.

12       Q.    And the name of his business

13  was Forum Business Advisors?

14       A.    Yes.

15       Q.    In that report Mr. Stevens

16  pointed out that Sound Around was paying

17  high salaries plus commissions in his view.

18  Do you see that?

19       A.    Which page?

20       Q.    I said in that report

21  Mr. Stevens pointed out that Sound Around

22  was paying high salaries and commissions.

23  I'll refer you to page 3 under

24  "sales/buyers."

25       A.    Yes.

Abraham Brach
October 28, 2025

```
 1              MS. CANAMERO:  Object to the
 2        form of the question.
 3        Q.    Do you see where Mr. Stevens
 4   identified that as an issue at Sound
 5   Around?
 6              MS. CANAMERO:  Objection to
 7        form.
 8        A.    Which part is the issue?
 9        Q.    The first paragraph under
10   "sales" --
11        A.    The first paragraph?
12        Q.    No, it says -- I'm saying that
13   Mr. Stevens identified that Sound Around
14   was paying high salary along with
15   commissions as an issue.  Do you see that?
16        A.    This one?
17        Q.    Right here.  "In your case."
18              MS. CANAMERO:  I'm also lost.
19        A.    Yeah, yeah, okay.  So that's
20   what -- he suggested that, okay.
21        Q.    Right after you got this report
22   Sound Around took Friedman off his salary
23   and made him a 1099, isn't that correct?
24        A.    I don't think it had anything
25   to do with this report.  I didn't get
```

Abraham Brach
October 28, 2025

1    involved with that, but I don't think one

2    has to do with another.  This person came

3    into our company to do an overlook of the

4    company.  At that point when he finished

5    this overview look, we didn't hire him

6    further to maintain consulting.  The next

7    time we took him to consult was on a small

8    project, but it was also a failed project

9    what we also didn't implement.  So this

10   form has zero value to me.

11        Q.    But after he identified that

12   issue, you took Friedman off --

13        A.    I don't think this has to do

14   with that.

15        Q.    But it was right after that

16   that Friedman became a 1099 and was no

17   longer paid a salary, is that correct?

18        A.    I don't know.  But if Friedman

19   wanted a 1099, because he asked for it I

20   would guess.  And not because it has

21   anything to do with this document.  This

22   document is toilet paper to me.  It's

23   something that was first created.  We

24   didn't use anything after to structure

25   anything.  Next time we hired him for a

Abraham Brach
October 28, 2025

1    small project but that also failed.  That's
2    all what I could say.
3          Q.    But you did hire him again so
4    it wasn't -- you didn't necessarily
5    consider it toilet paper because you hired
6    him again.
7          A.    I thought he'd be able to do
8    another small project for us but we didn't
9    end up using it.  We thought maybe he could
10   help us make people happy in the company.
11   It didn't work out because people are not
12   happy, are never happy.  People are greedy,
13   are always greedy, people who steal are
14   gonna stay stealers.  And you can't make
15   people in a toxic environment happy if
16   their whole mindset is to screw over a
17   company.
18              So at that point when we hired
19   him a second time, the company's culture
20   was being shambled by a worm in the company
21   of two people what were creating cancer in
22   the company.
23         Q.    I'm going to show you what's
24   marked as Defendants' Exhibit D at Jeremiah
25   Brach's deposition on May 13, 2025.  Would

Abraham Brach
October 28, 2025

1    you take a look at this.  Is this report

2    familiar to you?

3         A.    Yes.

4         Q.    This is a report done by Martin

5    Stevens as well from Forum Business

6    Advisors, isn't that right?

7         A.    This was done by him, right.

8    But it was never implemented, so.

9         Q.    And the report was done on

10   October 29, 2022, isn't that right?

11        A.    Yes.

12        Q.    And it was based on

13   conversations with you and your brother

14   Jeremiah, is that correct?

15        A.    Yes.

16        Q.    And he reiterates here that the

17   buyers are 1099 workers, which means they

18   are independent contractors.  Do you see

19   that?

20             MS. CANAMERO:  Objection to

21        form.

22        A.    I see it.  I see he's writing

23   it, yes.

24        Q.    So that was part of your

25   discussion at the time, that 1099 buyers

Abraham Brach
October 28, 2025

1    were independent contractors, correct?

2              MS. CANAMERO:   Objection to

3        form.

4        A.    He wrote it.  I don't know if

5    it was a discussion, but he wrote it.

6        Q.    And you read this report at

7    that time.

8        A.    I read it but I don't go

9    through the lines like a lawyer what each

10   word means.  But again, we never

11   implemented this as well.  This was his

12   suggestion.  It doesn't mean it means

13   anything what he says.

14       Q.    But he wrote this to you and

15   your brother, is that correct?

16       A.    He wrote it, yes.

17       Q.    And it was for you and your

18   brother, is that correct?

19       A.    Yes.

20       Q.    And you received it at that

21   time.

22       A.    Yes.

23       Q.    And you read it at that time.

24       A.    Yes.

25       Q.    In that report you suggest

Abraham Brach
October 28, 2025

1    deducting storage fees, freight, marketing

2    and legal fees from the commissions.  Do

3    you see that?

4         A.    Which action number?  What

5    action number?

6         Q.    It would be items number 2

7    and --

8         A.    Yes, we never implemented the

9    aged inventory.

10        Q.    But you did start deducting

11   marketing, freight, storage --

12        A.    Marketing, freight we always

13   did.  Storage, I don't remember the date we

14   did.

15        Q.    Wasn't it after this date --

16        A.    Marketing no.  We did that

17   before that.

18        Q.    After this report was issued,

19   you started implementing lower commissions

20   on Ilowitz and Friedman, isn't that

21   correct?

22             MS. CANAMERO:  Objection to

23        form.

24        A.    Not what I know of.

25        Q.    The report also recommended a

Abraham Brach
October 28, 2025

1    holding charge, isn't that right?

2        A.    It says, yes.

3        Q.    And then at that point you

4    started implementing a holding charge after

5    receiving that report, is that correct?

6        A.    I'm not sure if that was

7    already built in before or after.  The

8    holding was only -- I don't know how much

9    we actually had this implemented.  I don't

10   think it was right after.  I think it was

11   way after.

12       Q.    Do you have records of when you

13   implemented that?

14       A.    No record.  We can try to look

15   when things got changed and moved.

16       Q.    The report also says that the

17   independent contractors should perform

18   their own marketing of their merchandise,

19   is that correct?

20       A.    Which thing is it?

21       Q.    Hold on one second.  Hold on

22   with that question.  It's not in the

23   report.  I'll get back to that.

24            Friedman and Ilowitz did their

25   own marketing of their products, is that

Abraham Brach
October 28, 2025

1    correct?  The ones they sourced for Sound

2    Around.

3         A.    We paid the marketing.

4         Q.    I didn't ask you that.  I said

5    they would do all the marketing, isn't that

6    correct?

7         A.    They did most of it.

8         Q.    And they will select the

9    agency, hire the agency to do the

10   marketing --

11        A.    They asked if they could use a

12   certain agency, I don't think they selected

13   all the agencies.  They worked with the

14   agencies what was selected by the company.

15   Maybe there was times where each one asked

16   to use a different agency, and if we

17   agreed, we agreed.  They would try

18   different agencies.

19        Q.    What agency did the company

20   select to do the ads for Ilowitz and

21   Friedman's products?

22        A.    At that time it was a company

23   Perpetual.  And there's another company, I

24   forget the name.  There's another company

25   what worked with Perpetual.  I forgot the

Abraham Brach
October 28, 2025

1   name of it.  Incrementum.

2        Q.    Incremental?

3        A.    Incrementum I think.

4        Q.    I'm going to show you what was

5   marked as Defendants' Exhibit G at Jeremiah

6   Brach's deposition on May 13, 2025.

7        A.    Which page?

8        Q.    I'm not going to a page yet.

9   Would you take a look at that.  Do you

10  recognize this document?

11       A.    This document?

12       Q.    Yes.

13       A.    Me?  No.

14       Q.    Had you ever seen the complaint

15  that was filed in this action?

16       A.    I've seen it, yes.

17       Q.    Is that a copy of the complaint

18  that was filed in this action?

19       A.    I didn't look at it in a long

20  time.  Is this the complaint or defendant?

21  I'm not sure.

22       Q.    I'm sorry?

23       A.    Yes, this is the complaint,

24  yeah.  This, I recognize this.

25       Q.    Did you provide the information

Abraham Brach
October 28, 2025

1    to formulate the complaint?

2        A.    Looks like Jerry worked on it.

3        Q.    Did you ever work on it?

4        A.    I'm trying to recall if I

5    worked on this complaint.  I'm not sure.

6    Original complaint.  I have to recall my

7    memory if I worked on this or I worked --

8    the lawyers asked me questions and I

9    answered them.

10       Q.    Don't talk about what the

11   lawyers asked you or what you responded to

12   the lawyers.  I want to draw your attention

13   to paragraph 53.

14       A.    What page?

15       Q.    12.  In that paragraph it says

16   the individual defendants, and they're

17   defined as Ilowitz and Friedman, used

18   proprietary information and training they

19   were provided.

20            What proprietary information

21   did they use specifically?

22            MS. CANAMERO:  Objection to

23      form.

24       A.    So they were using reports,

25   advertising reports, vendor information

Abraham Brach
October 28, 2025

1   reports, they were using sales and profit

2   reports.

3        Q.    Any other proprietary

4   information?

5        A.    They used information going

6   back to e-mails to find Amazon buyers,

7   going back to e-mails to find Wal-Mart

8   buyers, they used information like

9   employees for Sound Around to do

10  photography for them.  They used Mike

11  Eisenberg to give them videos of how to do

12  certain things and formulas.  They used

13  someone in India to give them how to upload

14  products to Wal-Mart while they were

15  working for us.  I think they used John

16  Gaston to create certain work for them.

17           They used our Fiverr -- paid

18  Fiverr employees to us through our account

19  to do graphic work.  Might be many more,

20  but just so much that I can't remember

21  everything.

22       Q.    So of the ones that you

23  remember here, what evidence do you have

24  that they used sales reports for their

25  business?

Abraham Brach
October 28, 2025

1      A.    So they downloaded documents.

2    You could see that they're downloading

3    sales documents and they're communicating

4    to buy products to save those products for

5    themselves.

6      Q.    The sales reports that you say

7    you saw they downloaded, those were the

8    sales that they actually conducted, isn't

9    that correct?

10          MS. CANAMERO:   Objection to

11       form.

12      A.    No, not only.

13      Q.    What other sales did they

14   download?

15      A.    They dealt with items what they

16   didn't even buy that they tried to

17   purchase.

18      Q.    What evidence do you have that

19   they tried to purchase items that they

20   didn't buy previously?

21      A.    They bought an item because

22   they went back and forth with the vendor

23   what they didn't deal with to buy a rack

24   mount -- a rack mount -- what is it called,

25   table, a rack mount insert to buy from a

Abraham Brach
October 28, 2025

1    company what they never dealt with that

2    product before.

3        Q.    What's a rack mount insert?

4        A.    It was -- it's like a rack

5    mount holder.  So it's like an AV rack,

6    has --

7        Q.    You mean to hold a keyboard?

8        A.    To hold a keyboard on an AV

9    rack or to hold different tools on it.

10       Q.    What evidence do you have that

11   they -- so was Sound Around selling a rack

12   mount?

13       A.    Yes.

14       Q.    Who was the buyer on that rack

15   mount?

16       A.    Me.

17       Q.    And what evidence do you have

18   that they tried to sell --

19       A.    They knew where we buy it from

20   and they contacted the manufacturer.

21            They also stole UPS account.

22   They sent samples back and forth with Sound

23   Around's UPS account because they were so

24   stingy, so greedy that they couldn't even

25   pay their own label to send a product to

Abraham Brach
October 28, 2025

1    China and get it back.  Even that they used

2    Sound Around for.

3         Q.    Before we get to the UPS

4    thing --

5         A.    But they used this vendor, they

6    got this vendor information from our

7    system.

8         Q.    How do you know that?  What

9    evidence do you have?

10        A.    Because they looked there where

11   they got the information from.

12        Q.    How do you know what they

13   looked at?

14        A.    You think it came into their

15   brain?  They e-mailed through our computer

16   systems.

17        Q.    And now the UPS account, what

18   samples did they send that was for their

19   business that they used your UPS account?

20   What samples?

21        A.    I know they had samples going

22   back and forth with this vendor for this

23   rack mount thing.

24        Q.    How do you know that it was for

25   their business?

Abraham Brach
October 28, 2025

1          A.    Because after they bought it

2    they actually imported it from that vendor,

3    this rack mount thing.

4          Q.    How do you know your UPS

5    account was used for that particular item?

6          A.    I think there's a record.  I

7    saw it in the past.

8          Q.    Where?

9          A.    There's a label record that we

10   paid for the UPS.

11         Q.    And it tells you what product

12   it was?

13         A.    If that's what they bought,

14   that must be the product what was put in.

15   I think there's e-mail records.

16         Q.    I'm confused.  How do you know

17   what was the product that was shipped --

18         A.    I'm assuming the evidence will

19   come later as we get the evidence.

20         Q.    So you don't know.

21         A.    I'm assuming.

22         Q.    I understand that.  So at this

23   point you don't know --

24         A.    I know for sure.  Again, I

25   can't prove you at the moment because I

Abraham Brach
October 28, 2025

1    wasn't ready that this is the evidence

2    you're asking for.  But I know for sure

3    that that's something they used.

4         Q.    I'm asking about the UPS

5    account.

6         A.    They used our UPS account

7    because we got a bill on that.

8         Q.    For what product?

9         A.    For this rack mount table.

10        Q.    How do you know it was for the

11   rack mount table?  That's what I'm trying

12   to find out.

13        A.    I have to look to remind myself

14   how I know that.

15        Q.    You don't have any other --

16        A.    At the moment, not.

17        Q.    No records?

18        A.    At the moment, not.

19        Q.    Part of the sourcing that

20   Ilowitz and Friedman did would be to find

21   vendors to create products, is that

22   correct?

23        A.    Correct.

24        Q.    So it was Ilowitz and Friedman

25   who created the vendor relationships for

Abraham Brach
October 28, 2025

1    the products that they sourced, is that

2    correct?

3            MS. CANAMERO:  Objection to

4        form.

5        A.    They created relationships for

6    Sound Around because they were employees

7    for Sound Around.  So they were paid --

8    that's why they were paid commissions, is

9    to form a relationship with vendors.

10            Secondary, this one product was

11   actually a product what they never formed a

12   relationship with that vendor.  That's a

13   previous relationship that Sound Around had

14   with that vendor.

15       Q.    Putting aside this one product,

16   all the other vendor relationships they

17   created at the time they were sourcing

18   products for Sound Around, is that correct?

19            MS. CANAMERO:  Objection to

20        form.

21       A.    At the time they were working

22   for Sound Around.

23       Q.    I'm asking you if that's

24   correct.

25       A.    Was that the time they were

Abraham Brach
October 28, 2025

1    working for Sound Around, they were

2    creating new relationships, yes.

3        Q.    So all those vendor

4    relationships were ones that they

5    identified and created at that time.

6        A.    They identified under working

7    for Sound Around.

8        Q.    When you say "working for Sound

9    Around," you mean when they were acting as

10   buyers sourcing products, is that correct?

11       A.    Yes.

12       Q.    And that was while they were

13   being given 1099s for the work that they

14   were doing, is that correct?

15            MS. CANAMERO:  Objection to

16        form.

17       A.    I didn't pay them, so on that

18   part I can't tell you what they got, when

19   they formed the relationship.  But they

20   were employees for Sound Around.

21       Q.    Other than the training you

22   described that you gave Moises Friedman, is

23   there any other training that was offered

24   to Friedman and Ilowitz?

25       A.    So again, Ilowitz I gave less

Abraham Brach
October 28, 2025

1    training to.  But also training.  We would

2    talk a lot of what kind of products, ideas,

3    graphics.

4         Q.    Who is "we"?

5         A.    Me.

6         Q.    And who else?

7         A.    Mainly me.

8         Q.    No, I'm saying who were you

9    talking to when you're saying "we" now?

10        A.    I'm sorry, I said "we" on which

11   part?  Sorry.

12        Q.    Let me start again.  Focus on

13   Friedman.  Other than what you described as

14   the training that you gave Friedman, was

15   there any other training that Sound Around

16   provided Friedman?

17        A.    I trained him on PPC.  I

18   trained him on Vendor Central, how to

19   price, how to be competitive.

20        Q.    Anything else?

21        A.    I trained him on the systems we

22   had, like the softwares, how to use it.

23        Q.    When you say you trained him

24   how to be competitive, what did that

25   involve?

Abraham Brach
October 28, 2025

1          A.     How to look up pricing,

2     profits, how to use coupons and other

3     formulas and tactics to get the price down

4     so you could be competitive in the market.

5          Q.     Do you have any records of that

6     training?

7          A.     No.

8          Q.     Do you have any records of --

9          A.     Not what I recall, no records.

10    I don't want to say I don't have records.

11    I don't remember the records I have.  Most

12    is verbal conversations.

13          Q.     And the PPC training, do you

14    have any records of that training?

15          A.     It's also verbal conversations,

16    how to do PPC, how to look up keywords, how

17    to do display ads.

18          Q.     What about Ilowitz, what, if

19    any, training did Sound Around provide

20    Ilowitz?

21          A.     So Sound Around provided more

22    understanding Vendor Central, how it works.

23    With Ilowitz it was more general training

24    of how to look at things.  Maybe more the

25    advertising.

Abraham Brach
October 28, 2025

1      Q.    When you say "maybe," do you

2   know --

3      A.    Again, Moises Friedman I know I

4   spent a lot of lot of time and energy with

5   him.  Lazer I spent less time.  So it's

6   very hard, so many years.  But definitely I

7   helped him be able to grow in Sound Around

8   by the things what he did know is the

9   systems, Vendor Central, providing him the

10  right people to go to with questions.  So

11  that kind of training more for Ilowitz.

12     Q.    With respect to Vendor Central,

13  what did you provide?

14     A.    How Vendor Central works.  It's

15  a very different system than Ilowitz was

16  used to where he worked previously.  So

17  Moises Friedman knew nothing about Amazon

18  when he started doing Amazon for us.  He

19  knew zero.  So for him it was from zero.

20          With Lazer, he knew something

21  because he came from a previous place.  So

22  with him it was just showing the difference

23  of Vendor Central, Seller Central, how to

24  navigate it.  And also how to use our back

25  office portal, guide him who to go to for

Abraham Brach
October 28, 2025

1    what.  That part.

2         Q.    So you explained how the system

3    worked to both Vendor Central system --

4         A.    Friedman was more intensive

5    training because he knew nothing about

6    Amazon.

7         Q.    I want to draw your attention

8    to paragraph 62, which is on page 13.  You

9    indicate in your complaint, when I say

10   your, Sound Around's complaint, that the

11   defendants took -- individual defendants,

12   meaning Ilowitz and Friedman, took

13   international trips where they were using

14   those trips to source their own products.

15           I want to know what evidence

16   you have that they used international trips

17   they took with Sound Around to source their

18   own products.

19           MS. CANAMERO:  Objection to

20        form.

21        A.    The evidence is that they went

22   to China and they brought in products.  So

23   I don't think they went to source at that

24   point.  When they started competing with

25   us, they went to source and bring products

Abraham Brach
October 28, 2025

1    to us, they went to source to bring

2    products for themselves.

3         Q.    How do you know that?

4         A.    How then did they find products

5    for themselves?

6         Q.    I can't answer that question.

7    I'm saying what evidence do you have that

8    they were actually were using trips that

9    they were doing for Sound Around for

10    sourcing their own products?  Do you have

11    any evidence at all?

12        A.    I know the last few trips they

13    didn't bring anything back for us.

14        Q.    That's it?

15        A.    Or very minimal.  They would

16    bring all the crap.

17        Q.    Is there any other evidence you

18    have that --

19        A.    Me personally, I don't have

20    other evidence.

21        Q.    Does Sound Around have any

22    other evidence?

23        A.    I don't know.

24             MR. FORTUNA:  I suggest we take

25        lunch at 1:00.  Is that okay with

Abraham Brach
October 28, 2025

1           everyone.

2                   THE WITNESS:  Can I take a

3           break?

4                   MR. FORTUNA:  The witness just

5           took a break.

6                   (Whereupon, a short recess was

7           taken.)

8    BY MR. FORTUNA:

9           Q.    I draw your attention to

10   paragraph 67.  Do you know what information

11   your brother Jerry sent to Ilowitz for

12   evaluation to incorporate --

13          A.    No.

14          Q.    I draw your attention to 68,

15   there it's alleged that the individual

16   defendants, meaning Ilowitz and Friedman,

17   delayed Sound Around's orders so their

18   orders could be developed.  What evidence

19   do you have of that?

20          A.    The evidence is first that we

21   were out of stock of some of the top

22   sellers of Ilowitz's product.  I spoke to

23   Ilowitz, why he's not ordering more, and he

24   said yeah, the vendor ships fast.

25          Q.    What did he say?

Abraham Brach
October 28, 2025

1          A.    So I then asked Ilowitz why is

2     he not ordering more of this product.  So

3     he's playing a game like, oh, because we

4     have issues with aged inventory.  Then I

5     asked him aged inventory is not for the top

6     selling items.  It's more like for things

7     that don't sell.  Top selling items you

8     should always think of having enough stock.

9     And he says yeah, okay, we're gonna get a

10    shipment.

11               He had to just order -- at that

12    point he ordered more.  It was, like, he

13    didn't really care anymore to order the

14    quantity needed on that one product.  We

15    were able to see that because that's one of

16    the products what he competed in his own

17    business.  So he made sure to -- he was

18    excited to be out of stock so his business

19    can take away the sales.

20          Q.    What product was that?

21          A.    That was the three-set

22    bakeware.

23          Q.    But didn't your brother do

24    ordering?

25          A.    As I said, my brother did

Abraham Brach
October 28, 2025

1    ordering.  If I would see something I would

2    suggest, I would ask, I would find out why

3    something wasn't ordered.

4                   At that point I think my

5    brother was slowing down on the ordering

6    and we were trying to get the buyers to

7    take over the ordering, that they should do

8    the full ordering without his help even.

9         Q.    When did this occur?

10        A.    I don't have the exact date.

11        Q.    Is this the only incident that

12   you have as evidence --

13        A.    This is an incident what I had

14   direct conversation.  I would go back and

15   find many products went out of stock.  I

16   guess we would but at the moment this is

17   like direct evidence.

18        Q.    Did you ever -- what evidence

19   do you have that they tried to delay the

20   production of products?

21        A.    This isn't delay production.

22   It was delay the order.  So it goes

23   together.  So if you don't -- delay means

24   that they're delaying to order it so the

25   manufacturing is slowing so the products is

Abraham Brach
October 28, 2025

1    out of stock.

2         Q.    So there was no delaying of the

3    manufacturing of the products.  What you

4    allege is the individual defendants delayed

5    ordering products and you ran out of stock.

6              MS. CANAMERO:  Objection to

7         form.

8         A.    Me personally has evidence.  I

9    don't know if there's other evidence that

10   shows that they special delayed products.

11        Q.    Are you aware of any other

12   evidence that exists?

13        A.    Reports would indicate it.

14        Q.    I'm sorry?

15        A.    Reports would indicate it.  So

16   if we find reports where the out stock

17   level, and if we could pull back that

18   information and see if there's a trend and

19   more items, more things would have that

20   same nature.

21        Q.    So the only other evidence that

22   you think might exist is reports of

23   out-of-stock products?

24        A.    Not me personally because

25   there's other evidence from other people.

Abraham Brach
October 28, 2025

1    Q.    Who would those other people

2    be?

3    A.    Ask Jeremiah.

4    Q.    And then would you be able to

5    get reports of the out-of-stock inventory

6    for that period of time?

7    A.    I'm not sure.

8    Q.    What system would you look at

9    to look for out-of-stock reports for that

10   period of time?

11   A.    I have to see if the data

12   warehouse can pull something together,

13   build something.

14   Q.    I want to draw your attention

15   to paragraph 70.  There it says that

16   defendants -- individual defendants,

17   meaning Ilowitz and Friedman, procured

18   products and samples from Sound Around

19   vendors using Sound Around's established

20   bands.

21        Specifically what products did

22   they procure that's referred to in

23   paragraph --

24   A.    So what I know of for sure is

25   this rack mount, what I know for sure.

Abraham Brach
October 28, 2025

1    Might be others.

2         Q.    So you're not aware of any

3    others.  Just the rack mount.  You

4    personally.

5         A.    There's all the products they

6    purchased technically, that came as of then

7    with the manufacturer, but as of Sound

8    Around, using Sound Around, their

9    letterheads, things like that to get

10   samples.

11        Q.    Okay, but the only sample

12   you're aware of that you think they got was

13   this rack --

14        A.    No, I think they got bakeware,

15   all the products that they sell.

16        Q.    What evidence do you have that

17   they got samples of all the products?

18        A.    All this other stuff, I don't

19   know.

20        Q.    You don't have it?

21        A.    Me personally, I don't know.

22        Q.    Going to paragraph 77, you say

23   that defendants accessed Sound Around's

24   bank and Paypal accounts to purchase items

25   needed for their separate competing

Abraham Brach
October 28, 2025

```
1    business.

2              What did they purchase with

3    Sound Around's bank account or Paypal

4    account?

5              MS. CANAMERO:  Objection to

6         form.

7         A.    So they purchased images.

8         Q.    Images?

9         A.    Yes.

10        Q.    How do you purchase images?

11        A.    Service.  You purchase service.

12   You purchase service.

13        Q.    Specifically what do you mean?

14   I'm sorry.

15        A.    If you need a service from

16   someone.  They would pay a legal fee bill.

17        Q.    Oh, a service.

18        A.    They would purchase a service

19   with Paypal.

20        Q.    What services did they

21   purchase?

22        A.    They purchased images on

23   branding, their whole branding they used

24   Sound Around's Paypal to pay their

25   brandings.  Bakken Swiss.
```

Abraham Brach
October 28, 2025

```
1        Q.    So specifically do you know

2   what images they purchased with Sound

3   Around's bank or Paypal?

4        A.    I don't know exactly but I

5   think they did some branding.  But which

6   images I can't tell you because I don't --

7        Q.    Is there any evidence of any

8   images that they purchased?

9              MS. CANAMERO:  Objection to

10        form.

11        A.    Paypal paid for it.  There's

12   Paypal charges.

13        Q.    Where are those Paypal charges

14   kept that show --

15        A.    Paypal.

16        Q.    Do you have copies of them?

17        A.    I think it's somewhere.

18        Q.    Were they turned over in

19   discovery?

20        A.    I'm not sure.  I wasn't

21   involved.

22        Q.    How much were the images that

23   you say they purchased?

24        A.    I don't remember.

25        Q.    When did you review these
```

Abraham Brach
October 28, 2025

1    records -- withdrawn.

2            Did you review any records of

3    these payments?

4        A.    The last time I looked at this

5    was 2024 when they left.

6        Q.    And what did you see when you

7    looked at it?

8        A.    Paypal charges paying for what

9    was in line with the dates what they have

10   done work with people on Fiverr, the

11   company.

12       Q.    How do you know it was --

13       A.    Because it was for Fiverr -- it

14   was the Fiverr account, and then he

15   transferred it over to his own name, that

16   account.  So he has all the records.

17       Q.    So specifically what services

18   were purchased?

19       A.    To produce images, photography,

20   I don't know.  I don't know what other

21   services.

22       Q.    Is there a record of those

23   images that you say were purchased with the

24   Paypal account?

25       A.    I'm not sure.

Abraham Brach
October 28, 2025

```
1         Q.    Is there anything else that you
2    allege was purchased?
3              MS. CANAMERO:  Objection to
4         form.
5         A.    Yeah, he purchased a computer.
6         Q.    Anything else?
7         A.    He purchased snacks all the
8    time, took it home.  He's too stingy to pay
9    for snacks.
10        Q.    He purchased snacks with the
11   Paypal account?
12        A.    Paypal or under Sound Around.
13   I'm not sure exactly.
14        Q.    This would be, like, snacks he
15   would eat during the day or something?
16        A.    No, I think he took them home.
17        Q.    When you say you think he took
18   them home, what evidence do you have that
19   he took snacks home?
20        A.    Because the employees
21   downstairs kept on saying this for years.
22   And I didn't trust him so after that it
23   made sense.
24        Q.    I'm sorry, could you just --
25        A.    There's an employee at Sound
```

Abraham Brach
October 28, 2025

1    Around that sits downstairs by the desk.

2    He usually looks for the -- the laborers

3    will come in and check if they will steal

4    anything.  He kept on saying that Ilowitz

5    takes home snacks, and I didn't believe it.

6    A guy who's making so much money, why is he

7    taking home snacks.

8              So I just ignored that guy.

9    And later on I discovered that actually it

10   makes sense.

11        Q.    What kind of snacks were taken?

12        A.    I don't even know.  Didn't care

13   so much about it that I asked, okay, which

14   kind of snacks.  It's snacks for the

15   company's snack bar.

16        Q.    Anything else?

17        A.    No.

18        Q.    Do you want to take lunch now?

19              MS. CANAMERO:  Sure.

20              (Whereupon, a lunch recess was

21        taken.)

22   BY MR. FORTUNA:

23        Q.    Good afternoon, Mr. Brach.  I

24   want to continue working with the

25   complaint.  I draw your attention to

Abraham Brach
October 28, 2025

1    paragraph 484.  In paragraph 84 it's

2    alleged that Ilowitz e-mailed and called an

3    individual at Amazon with whom Sound Around

4    had a long-standing relationship to ask to

5    obtain a new Vendor Central account.

6              What's the name of the

7    individual that you allege that he

8    contacted at Amazon that Sound Around had a

9    long-standing relationship with?

10             MS. CANAMERO:  Objection to

11        form.

12        A.    I don't remember the name.

13        Q.    Do you have that information

14   anywhere?

15        A.    Yes.

16        Q.    Where?

17        A.    The e-mail.

18        Q.    In the e-mail?

19        A.    E-mail what he sent.

20        Q.    And what was the prior

21   relationship that Sound Around had with

22   this individual that he e-mailed?

23        A.    Jerry is the one that has the

24   vendor relationship --I mean the customer

25   relationships.

Abraham Brach
October 28, 2025

```
 1        Q.    I'm going to draw your

 2   attention to paragraph 91 on page 18 of the

 3   complaint.  In that paragraph you allege

 4   that Ilowitz attempted to -- I'm sorry, go

 5   to 90, paragraph 90 of the complaint.  It's

 6   alleged that Ilowitz attempted to steal a

 7   license from Sound Around, a Vendor Central

 8   license from Sound Around.

 9             What evidence do you have of

10   that?

11             MS. CANAMERO:  Objection to

12        form.

13        A.    The evidence is that he used

14   our e-mail domain, used it to contact the

15   Amazon rep and trying to obtain a Vendor

16   Central license.  And he has gone back and

17   forth with Sound Around letterhead, using

18   him, and looking like he was employed by

19   Sound Around to obtain a Vendor Central

20   license.

21        Q.    What letter are you talking

22   about?

23        A.    The e-mail, and then he signs

24   off as a buyer at Sound Around.  So if I

25   will send you an e-mail with a letterhead
```

Abraham Brach
October 28, 2025

1    of Holland & Knight, you'd assume that

2    Holland & Knight is the one that needs some

3    kind of information or wants to obtain

4    something for Holland & Knight.  That's how

5    I think most people would read it that way.

6         Q.    Okay, but what was being stolen

7    from Sound Around?  Sound Around had its

8    vendor license -- are you alleging that he

9    tried to steal your license?

10        A.    He tried to obtain another

11   license.  Instead of trying to get for us

12   another license what has a value for Sound

13   Around, he took it for himself.

14        Q.    You understand that Amazon just

15   gives one Vendor Central license to an

16   entity?

17        A.    That's not true.

18             MS. CANAMERO:  Objection to

19    form.

20        A.    That's not true.

21        Q.    How many Vendor Central

22   licenses does Sound Around have?

23        A.    We have one, but I know that

24   Lazer Ilowitz has two.  So Amazon does give

25   more than one account.

Abraham Brach
October 28, 2025

1        Q.    Other than your allegation that

2    Lazer Ilowitz has two, do you know of any

3    other circumstance where Amazon was given a

4    single company more than one Vendor Central

5    license?

6        A.    Yes, I know other companies

7    that have more than one.

8        Q.    Which ones?

9        A.    I know Chefman has more than

10   one.

11       Q.    Who is Chefman?

12       A.    A brand.  A company that sells

13   on Amazon.

14       Q.    Anyone else?

15       A.    How would I know, but I would

16   guess there's a lot more.

17       Q.    I'm going to draw your

18   attention to paragraph 91.  It indicates

19   that Ilowitz attempted to bribe an Amazon

20   representative.  What representative did he

21   attempt to bribe?

22       A.    I don't have any information on

23   this.

24       Q.    Do you have any evidence that

25   he attempted to bribe anyone?

Abraham Brach
October 28, 2025

1            MS. CANAMERO:  Objection to

2       form.

3       A.    Me personally, no.  I guess

4   other people know more information.

5       Q.    Who would have that

6   information?

7       A.    Jeremiah Brach.

8       Q.    Anyone else?

9       A.    You have to ask Jeremiah.

10      Q.    What was the bribe?

11      A.    I wasn't involved how he

12  obtained that information.

13      Q.    Do you know when this

14  supposedly occurred?

15      A.    No.

16      Q.    Do you know how it was

17  conveyed?

18      A.    No.

19      Q.    Okay, I want to draw your

20  attention to paragraph 100.  It's alleged

21  that the individual defendants, which is

22  Friedman and Ilowitz, among other things,

23  took trade secrets from Sound Around.  What

24  trade secrets were taken?  Can you tell me

25  what they were?

Abraham Brach
October 28, 2025

1        A.    As we discussed before, vendor

2    relationships, how to look at cost of

3    product, cost of goods, cost of goods sold,

4    what sells, what doesn't sell, what are the

5    good items, what are the bad items, what is

6    expensive to do advising, what is cheaper

7    to do advising, where there is more margin

8    opportunities, secrets of how Vendor

9    Central contacts --

10        Q.    I'm sorry?

11        A.    Customer contacts.  Customer

12    contacts.  Wholesale customer contacts.

13        Q.    Anything else?

14        A.    There's a lot more.  I just

15    have to think of.  Power BI, the whole

16    system --

17        Q.    That's the Microsoft system.

18        A.    Power BI, not the software.

19    The information what the software spits

20    out.

21              Advertising reports, I think I

22    said that already.  Sound Around SOPs.

23        Q.    What's a SOP?

24        A.    Standard operating procedures

25    for different processes we have.

Abraham Brach
October 28, 2025

1          Q.    Specifically what standard

2     operating procedures did they appropriate?

3          A.    I know for sure images they

4     used our SOPs.

5          Q.    Images?

6          A.    Images, how to do images.

7          Q.    Anything else?

8          A.    They used customer service

9     SOPs.

10          Q.    What are customer service SOPs?

11     What are they?

12          A.    Basically it was our operation

13     procedures to run their business.  Like,

14     they couldn't -- even things you could get

15     easy on the street they'd rather steal from

16     us than get it from somewhere else.

17          Q.    Like what?

18          A.    Customer service.  How to deal

19     with customers, the back and forth

20     communications.

21          Q.    What was secret about customer

22     service information?

23          A.    It's a domino effect.  If you

24     have all the information from Sound Around,

25     it's a domino effect, they have all that,

Abraham Brach
October 28, 2025

1    you can plug it into your own business.

2    Maybe customer service itself is not a big

3    value, but when you put it all together,

4    it's a very tremendous value.

5         Q.    What evidence do you have that

6    what you're describing happened?

7         A.    Because you could see what they

8    did and what they're using and how they're

9    doing business.

10        Q.    For instance, the images,

11   doesn't Amazon prescribe how the images

12   have to be on their site?

13        A.    No, it doesn't count how it has

14   to be.  It's the design, the designers,

15   the -- there's different ways how to do it.

16   If I would give this to my competitor, no,

17   that's called a trade secret.

18        Q.    As far as the images for the

19   products that Friedman and Ilowitz sourced,

20   they created those images, correct?

21        A.    They worked with our designers

22   to create images for them.  But they didn't

23   create it themselves.

24        Q.    When you say they worked with

25   your designer, who is your designer?

Abraham Brach
October 28, 2025

1      A.    We have a design team in

2   Philippians, then we source designers on

3   Fiverr and Upwork.

4      Q.    So independent contractors?

5      A.    Some were independent, some

6   not.  It depends which ones.

7      Q.    Who is a designer that's not --

8      A.    Designers who worked for us

9   full-time in the Philippines.

10     Q.    What's his name, or her name?

11     A.    There's a lot of designers,

12  it's not one.  I don't have their names.

13     Q.    What about the design of the

14  images of the products that were sold on

15  Amazon was unique to Sound Around?

16     A.    We had weekly meetings what we

17  would discuss how to become better at it,

18  and in my knowledge, Lazer has downloaded

19  these weekly meetings and taken them for

20  himself to be able to keep track of these

21  weekly meetings to use for himself of each

22  strategy we had.

23     Q.    So is there a record of these

24  weekly meetings?

25     A.    Might be.

Abraham Brach
October 28, 2025

1          Q.     Well, you just said Lazer

2     downloaded --

3          A.     I know that he downloaded one,

4     but you'll have to ask other people if they

5     could find the records.

6          Q.     What was on the record that he

7     downloaded?

8          A.     Downloaded company meetings

9     what was private.

10         Q.     Where are those --

11         A.     Sales meetings.

12         Q.     Where are those meetings kept?

13         A.     Like a transcript.

14         Q.     Where are the transcripts of

15    the meetings kept?

16         A.     He downloaded his own

17    transcript.

18         Q.     I'm asking were they're kept at

19    Sound Around?

20         A.     Hard drive.  We don't keep the

21    transcripts as a whole.

22         Q.     You don't keep the transcripts?

23         A.     He took the transcripts of some

24    meetings.

25         Q.     He took them from where?

Abraham Brach
October 28, 2025

1        A.     He took them, he recorded the

2    meeting and used those transcripts for

3    himself.

4        Q.     How did he record the meeting?

5        A.     How does this meeting get

6    recorded?  It's recording software, I don't

7    know.

8        Q.     Do you know how he recorded it?

9        A.     I don't remember.

10       Q.     Did you ever see him record it?

11       A.     No.

12       Q.     And did Sound Around ever

13   record those meetings?

14       A.     I don't remember.

15       Q.     When you say he downloaded it,

16   where did he download it from?

17       A.     One of these meeting sites.

18   Like Zoom has a recording, you can pull it

19   out.  I don't know how it works.

20       Q.     Was it on Zoom?

21       A.     It's done on Teams.  Microsoft

22   Teams.

23       Q.     Was it done on Teams, the

24   recording?

25       A.     Yes.

Abraham Brach
October 28, 2025

1          Q.    The sales meeting you're

2     talking about?

3          A.    Yes.

4          Q.    Do you have a copy of that?

5          A.    I have to look back if we have

6     a copy.

7          Q.    Where would you look?

8          A.    On drives, ask a few people

9     around, ask IT.  So before -- if you're

10    ready for the next question or not, I know

11    there's a lot more information they took

12    but it's hard just to recall in a

13    deposition of all the other documents they

14    took.

15         Q.    Is there a record of that

16    information?

17         A.    There's a lot more.

18         Q.    Sorry.

19         A.    Yes, there's records I think, a

20    lot of them.

21         Q.    Where?

22         A.    We pulled from Lazer's machine

23    downloads what were created.

24         Q.    What's in that record?  What

25    does it show?

Abraham Brach
October 28, 2025

1          A.    It shows document --

2    information he took.  This is after he

3    left.  But when he was at Sound Around, he

4    took documents every second.  So every

5    second he's using Sound Around's computer

6    and he's looking at the document and he's

7    using in his head his own business and

8    stealing document information.

9          Q.    How do you know that he was

10   using it for his own business?

11         A.    Because how then did he run his

12   own business?

13         Q.    I'm sorry?

14         A.    If I'm looking at this document

15   now, I'm not a lawyer, and I have a lawyer

16   on the side and using this from the

17   different cases very similar, that means

18   I'm taking this information now and I'm

19   duplicating it for my own business.

20         Q.    You're making an assumption

21   that whatever information he got --

22         A.    Not assumption.  It's more than

23   an assumption.  It's not he went away and

24   did something.  While he was working

25   already by us, every document he looked at

Abraham Brach
October 28, 2025

1    he has used because you could see that he

2    bought certain products, what he knew is

3    our top products, he took only the top

4    items.  He's not selling any fire pits in

5    his brand what he bought for us and screwed

6    us over with inventory on that.  He's not

7    buying that for his brand because he had

8    information what he stole from us to know

9    not to bring fire pits for his own brand.

10         Q.    And how did Sound Around get

11    screwed over on fire pits?  Can you

12    describe that for me?

13         A.    Basically he bought fire pits,

14    what was a very bad purchase, bad sales.

15    Not only that, when -- there was another

16    shipment he made to go out and he told us

17    that he has a whole plan how to sell it,

18    what was a bogus plan to be able to get

19    kickbacks from the vendor for these fire

20    pits.

21         Q.    Who ordered the fire pits?  Who

22    at Sound Around?

23         A.    I have to check.  He definitely

24    approved the shipment to leave China.

25    Because that's something I disapproved to

Abraham Brach
October 28, 2025

1    ship and I know he approved it.

2         Q.    So you're saying because a

3    product that he sourced didn't sell well --

4         A.    So not only the stock that we

5    had, he went and took another shipment from

6    the vendor what -- he lied that he had a

7    major plan how to sell this out, but it

8    never sold out because he was able to get a

9    kickback for him, it was rather to get a

10   kickback and screw us over with

11   merchandise.

12        Q.    When you say he got a kickback,

13   how much commission did the factory pay

14   him --

15        A.    I don't know.

16        Q.    How do you know he got one?

17        A.    I know he got kickbacks.  The

18   exact amounts I don't know.

19        Q.    Do you know if he ever got any

20   money from the factory on the fire pits?

21        A.    I don't know.  I don't know.

22        Q.    So when you're saying he

23   ordered the fire pits to get kickbacks, you

24   have no evidence of that.  You don't know

25   that.

Abraham Brach
October 28, 2025

1       A.    You're assuming that the whole

2   picture comes together.  But there's other

3   people I would guess have it.

4       Q.    I'm saying you don't have any

5   evidence.

6       A.    I don't have any evidence.

7       Q.    You're not aware of any

8   evidence.

9       A.    We have to look.  I don't know

10  at the moment.

11      Q.    Now, you're saying that Sound

12  Around had customer lists for people who

13  purchased Sound Around's products on Amazon

14  and that the defendants took that, right?

15      A.    Certain lists, yes.

16      Q.    Isn't it a violation of

17  Amazon's terms and conditions for Sound

18  Around to retain customer lists?

19            MS. CANAMERO:  Objection to

20       form.

21      A.    I don't know.  I didn't read

22  their terms and conditions.

23      Q.    In fact, wasn't Deal Chaser one

24  of the affiliated companies that you

25  mentioned earlier suspended from Amazon

Abraham Brach
October 28, 2025

1    because it was keeping customer lists?

2         A.    No, that wasn't the reason.

3         Q.    What was the reason?

4         A.    The reason wasn't that.

5         Q.    What was the reason?

6         A.    The reason was that actually a

7    product what Moises had put into a carton,

8    suspended the account because the insert

9    card violated Moises -- Moises had product

10   what he put in an insert card, what that

11   insert card Amazon claims violated their

12   terms and conditions.

13        Q.    Which product was that?

14        A.    Vacuum Sealer.

15        Q.    What did the card say?

16        A.    I don't know the exact words.

17   It said something to leave a review on the

18   product and get a free gift.

19        Q.    Now, Sound Around would pay

20   people -- customers for reviews, isn't that

21   right?

22             MS. CANAMERO:  Objection to

23        form.

24        A.    We would not pay people for

25   reviews.  We would give a gift if the

Abraham Brach
October 28, 2025

1    person would leave an unbiased review.

2         Q.    And you would use Moises

3    Friedman's account to pay for that gift,

4    isn't that correct?

5              MS. CANAMERO:  Objection to

6         form.

7         A.    No.

8         Q.    It would be Moises Friedman's

9    Paypal account that you would take money

10   from to pay for that gift, isn't that true?

11        A.    No.

12        Q.    Isn't it a violation of

13   Amazon's terms and conditions to give

14   anything of value in exchange for a review?

15             MS. CANAMERO:  Objection to

16        form.

17        A.    Different timing, Amazon

18   changed policies as the time went on.

19        Q.    Isn't it a violation of their

20   terms and conditions?

21        A.    When we started this there was

22   no violation.

23        Q.    Isn't it a violation now?

24        A.    Now, I didn't read the new

25   policy.

Abraham Brach
October 28, 2025

```
 1        Q.    And you still do give value for
 2   a review, right?  Gifts and money.
 3        A.    No.
 4        Q.    My understanding is that Sound
 5   Around has an outside contractor that was a
 6   pay for review program, correct?
 7        A.    As a contractor they don't pay
 8   for review.  And even if you don't get a
 9   review you still need to pay them.
10        Q.    What's the name of that
11   contractor that runs that?
12        A.    It's called APO, APRO.
13        Q.    Can you spell that?
14        A.    Actually, they're in
15   competition with them.  He has his own
16   company doing that.  So how is he violating
17   the law of Amazon.
18        Q.    I asked you to spell it.
19        A.    I don't know if it's A-P-O or
20   A-P-R-O, I'm not sure.
21        Q.    Who is the owner of that
22   company?
23        A.    I don't know his name.
24        Q.    Who is Sound Around's contact?
25        A.    I don't know.
```

Abraham Brach
October 28, 2025

```
 1                What time is this, the end?
 2                MS. CANAMERO:  Seven hours.
 3                THE WITNESS:  With breaks or
 4          without breaks?
 5                MS. CANAMERO:  Without breaks.
 6          Q.    I'm going to show you what's
 7     been marked as Defendants' Exhibit I at
 8     Jeremiah Brach's deposition on May 13,
 9     2025.  Do you recognize those documents?
10     It's a two-page document.
11          A.    I saw it in the past, this.
12     Yes.
13          Q.    Now, can you look at the second
14     page.  It's on Amazon letterhead you'll
15     see.
16          A.    Yes.
17          Q.    And it's from one of your
18     employees, Ryan P.  Do you see that?
19          A.    Yes.
20          Q.    Those are letters that Sound
21     Around would send out to get people to
22     write reviews on products.
23          A.    This letter wasn't sent out.
24     I'm almost sure.  This was never sent.
25          Q.    But these are examples of
```

Abraham Brach
October 28, 2025

1    letters trying to get people --

2         A.    This is Moises Friedman, it was

3    his idea, okay?  Mastermind of this.  And

4    as buyers, people did their own things and

5    this is something Moises Friedman did, he

6    used to send out these letters.  This

7    wasn't, like, proved something, Moises

8    decide to send this out and this is a

9    letter what Moises sent out.

10        Q.    Well, isn't it true that you

11   asked Moises Friedman to use his personal

12   Amazon card and Paypal account to pay these

13   rebates for customer reviews so Sound

14   Around wouldn't get caught by Amazon?

15             MS. CANAMERO:  Objection to

16        form.

17        A.    So Paypal for sure is not true.

18   I never asked him to use his own Paypal

19   account.  On the side of buying rebates,

20   there was a time -- there was a discussion

21   that he's -- I don't know if we told him or

22   he decided on his own and told us that he's

23   going to buy rebates.  He didn't say his

24   own account.  A rebate company to use for

25   refunds to customers.  Refunds and reviews.

Abraham Brach
October 28, 2025

1    I don't know if he said the word "review,"

2    but it was refunds to customers.

3                So Moises did it on his own

4    discretion.  But for Paypal, we never told

5    him to use Paypal account to give any

6    customers rebates.

7        Q.    Did you review the Paypal

8    records in this case?

9        A.    Myself, no.

10       Q.    Who is the person at Sound

11   Around that works with either APO or APRO

12   to do the reviews now?

13       A.    I'm not sure who works directly

14   with them.  We don't do it anymore, so I'm

15   not sure --

16       Q.    You just have to speak up.

17       A.    I'm not sure who does this in

18   the company now because it's a very -- it's

19   not something we do anymore.

20       Q.    Well, who was doing it with

21   APRO?

22       A.    I know Moises was doing it with

23   APO.  Lazer stopped doing it with APO

24   because he did it himself, he created his

25   own group.

Abraham Brach
October 28, 2025

```
1          Q.    Who at Sound Around was doing

2     it?

3          A.    At that point it was Moises.

4          Q.    And who else?

5          A.    I guess other buyers if they

6     wanted to do it, they went to APO.  It

7     could be Ryan.

8          Q.    Did your brother do it?

9          A.    My brother himself ask for

10    reviews?  Not what I know of.

11         Q.    Did you?

12         A.    Me?  No.  I don't deal with

13    them.

14         Q.    Go to paragraph 109.  In that

15    paragraph 109 of Sound Around's complaint

16    you allege that the individual defendants,

17    manipulated prices and marketing of Sound

18    Around's products to depress sales and

19    increase their own sales.

20               Can you describe how they did

21    that?

22         A.    So one is by not having

23    merchandise for our top selling items.

24               Number 2 is turning off

25    advertising and not caring the selling
```

Abraham Brach
October 28, 2025

1    price is high so they can get sales on

2    their items.

3         Q.    Can you repeat that last one.

4         A.    So --

5         Q.    Number 2.

6         A.    Yeah, number 2 is that they

7    would lower advertising spend so they can

8    advertise on their products instead of

9    ours.

10        Q.    Do you have any examples of

11   that?

12        A.    You could just see sales drop

13   when these competing items from them came

14   out.

15        Q.    Do you have records of the

16   advertising expenditures going down?

17        A.    We have to see if we could

18   retain.

19        Q.    I'm asking --

20        A.    Now this minute, no, I don't

21   have them.

22        Q.    Did you ever see such records?

23        A.    Me?  No.

24        Q.    Where did you ever get that

25   idea that advertising expenditures were

Abraham Brach
October 28, 2025

1    down?

2         A.    We were able to see that sales

3    went down.  Sales dropped.

4         Q.    Even though sales dropped, the

5    idea was because the advertising

6    expenditures were --

7         A.    That's part of it.

8         Q.    Do you have any evidence of

9    that?

10        A.    Me personally, no.  Might be

11   other people that have evidence.

12        Q.    Who are those other people?

13        A.    Jeremiah or Hershey Green.

14        Q.    I draw your attention to

15   paragraph 112.  In paragraph 112 of

16   plaintiff's complaint it alleges the

17   individual defendants, Friedman and

18   Ilowitz, purchased scooters by

19   misrepresenting who they were to Sound

20   Around's vendors.

21             What evidence do you have of

22   that being the case?

23        A.    I don't have details myself

24   about this.

25        Q.    Who would?

Abraham Brach
October 28, 2025

1    A.    Jeremiah would have.

2    Q.    Anybody else?

3    A.    I'm not sure.

4    Q.    Paragraph 156, there it says

5    Sound Around's trade dress is not

6    functional, it's distinctive.  What's

7    unique or distinctive about Sound Around's

8    trade dress?

9    A.    I don't understand this.

10    Q.    You don't know?

11    A.    I don't know.  I don't know

12    what it refers to.  I guess it explains it

13    on the next one.  Vendors know who Sound

14    Around is, companies know who Sound Around

15    is.  We're in business so many years so we

16    have a certain name standing for us.  I

17    guess it refers to that.

18    Q.    So the trade dress refers to

19    how well known Sound Around's name is?  Is

20    that what you mean?

21    A.    I'm guessing.

22    Q.    So paragraph 195, it says Sound

23    Around gave access to the individual

24    defendants, meaning Friedman and Ilowitz,

25    data relating to pricing cost, listing

Abraham Brach
October 28, 2025

1  sales and other systems and technical

2  product specifications.  Do you see that?

3      A.    Yes.

4      Q.    Wasn't that all developed by

5  Friedman and Ilowitz while they were

6  sourcing the products, the pricing, the

7  cost, didn't they do that?

8              MS. CANAMERO:  Objection to

9       form.

10     A.    So number 1, no, because -- I

11  mean, they get a price, we retain it, we

12  have documents, we keep the data.  Prices

13  go up, go down.  Keep costs in there,

14  landed costs in there, margins, how it

15  works, there's calculations built.  It

16  keeps information organized and it can be

17  exported, it can be used.  It's not

18  something they just going to the vendor and

19  getting a price from them.  They're not

20  keeping the data when they were employed by

21  Sound Around to whatever they did as well.

22     Q.    So it's just how the data is

23  kept that you're referring to?

24     A.    The date kept and they can

25  export the data themself for their own

Abraham Brach
October 28, 2025

1    needs, what they need it.  And they don't

2    get involved in getting all the factory

3    specifications.  The whole team creates the

4    product online, gets it live.

5        Q.    I want to draw your attention

6    to paragraph 218.  In there it says that

7    Sound Around required employees to sign

8    agreements prohibiting disclosure and

9    having policies in place restricting use of

10   Sound Around's information.

11            What agreements were signed by

12   employees?

13       A.    I don't set up employees so I

14   don't know the exact agreement language,

15   what is signed.  But I know there's like a

16   handbook.

17       Q.    Other than the handbook, is

18   there any agreement that you're aware of?

19       A.    Me personally, no.

20       Q.    I draw your attention to

21   paragraph 282 of plaintiff's complaint.

22   There it says that individual defendants,

23   meaning Friedman and Ilowitz, instructed

24   certain Sound Around vendors to delay the

25   production of Sound Around products to

Abraham Brach
October 28, 2025

1   expedite their own products.  What evidence

2   do you have of that?

3        A.    Me personally, I don't know.

4        Q.    What vendors --

5        A.    I don't know.  I'm not sure.

6        Q.    What instructions were being

7   told about that?

8        A.    I don't know.

9        Q.    I want to draw your attention

10  to paragraph 291.  In item number 3 in 291

11  it states there was disclosures made by the

12  defendants to unnamed co-conspirators.  Who

13  are those co-conspirators?

14       A.    I don't know who it's referring

15  to.

16       Q.    Who would know that?

17       A.    Jeremiah.

18       Q.    Anyone else?

19       A.    I don't know.

20       Q.    Moving past the complaint,

21  putting that aside, Friedman and Ilowitz

22  had full discretion to negotiate with

23  manufacturers' pricing and purchase of

24  products, is that correct?

25             MS. CANAMERO:  Objection to

Abraham Brach
October 28, 2025

1           form.

2           A.    I don't know "full discretion."

3    I don't agree to that.

4           Q.    Well, they were free to

5    exercise their judgment as they saw fit in

6    sourcing products, is that correct?

7           A.    They would show it to us and it

8    would be a joint effort.

9           Q.    Prior to showing it to you,

10   they would take the manufacturers' design

11   of the products and then present it to you,

12   is that right?

13          A.    Yes.

14          Q.    And then all the efforts that

15   they did prior to showing you was based on

16   their full discretion what they thought was

17   good, is that correct?

18          A.    We were to overlook it and see

19   if the price makes sense.  If we made

20   profits we would try to -- later on we

21   started trusting them on their own mostly,

22   because we would create a reputation.  But

23   unfortunately, the reputation has not ended

24   very well.

25          Q.    What you're saying is they

Abraham Brach
October 28, 2025

1    would exercise their own judgment as they

2    saw fit, correct --

3         A.    Starting points.

4         Q.    -- as buyers for sourcing

5    products.

6         A.    As starting points.

7         Q.    I'm sorry?

8         A.    They would show us the products

9    and we would go over them if there's profit

10    to be made.  It wasn't just like closed

11    eyes.  Later the trust went heavier on my

12    side.  Jerry dealt more with a lot of those

13    things so he would have more answers.

14         Q.    If I understand what happened

15    there is that Sound Around would make the

16    ultimate decision what to buy or whether to

17    buy it or whether they thought it was

18    profitable.  Prior to that, in sourcing the

19    product and putting it together and

20    presenting it, it was all within the

21    discretion of Friedman and Ilowitz, is that

22    right?

23         A.    Yes.

24         Q.    When Ilowitz was initially

25    hired in 2019, he was hired for two roles:

Abraham Brach
October 28, 2025

1    to sell over stock items and then, as a

2    1099 as a buyer, is that correct?

3         A.    I'm not sure what deal Jerry

4    made with them, but in the beginning it's

5    not so much work for the buyers.  So they

6    help out with learning existing products to

7    sell those as a learning curve to be able

8    to continue taking over the full buyer

9    role.

10        Q.    So when he first came on, would

11   that be the overstock items that were sold?

12        A.    I don't know if it was so much

13   overstock as items given to him.

14        Q.    So he was given certain items

15   to sell.  Was it items that already

16   existed?

17        A.    Yes.

18        Q.    Ilowitz was paid a salary of

19   $50,000 a year when he started?

20        A.    I don't know, I wasn't involved

21   in salaries.

22        Q.    What Sound Around considered as

23   trade secrets, were they ever identified to

24   Friedman and Ilowitz as specifically trade

25   secrets?

Abraham Brach
October 28, 2025

1          A.    I don't know if we used the

2    word "trade secrets," but I think there was

3    identification to them that everything in

4    this company is confidential.

5          Q.    So it was just a blanket

6    statement, everything's confidential?

7          A.    Definitely.  Friedman has a

8    contract, it's detailed.  But with Lazer

9    and others, any time we spoke about the

10   company it's confidential.

11         Q.    Who spoke about it?

12         A.    I definitely brought it up to

13   him.  Times where we spoke about how

14   confidential things are here.  When people

15   come in we tell them that we don't share

16   out on the street what goes on here.  We

17   keep things confidential and it could be

18   Jerry as well.

19         Q.    So just so I understand, the

20   way the trade secrets or information was

21   protected is that you would have these

22   verbal conversations with employees,

23   including Ilowitz and Friedman, that

24   everything in the business is confidential

25   and you don't want it out on the street, is

Abraham Brach
October 28, 2025

1    that right?

2         A.    Yes.

3         Q.    Is there any other thing that

4    you did?

5         A.    I think there was a handbook

6    but I'm not sure.

7         Q.    Other than the handbook and

8    these verbal conversations, any other

9    security measures taken?

10        A.    We asked once Ilowitz about if

11   he's doing things on the side, businesses,

12   and assumed that he was competing because

13   he was totally disconnected and he says no,

14   like he lied straight out in my face.

15        Q.    I'm saying any other -- other

16   than verbal conversations, questions, any

17   other security measures taken?

18        A.    Passwords and all things, you

19   know, on the computer you have to log in

20   with passwords.  So you have to log in with

21   passwords.  You can't get information

22   without passwords.

23        Q.    Anything else?

24        A.    Not what I know of.

25        Q.    Were you aware that Friedman

Abraham Brach
October 28, 2025

1   advanced certain expenses on behalf of

2   Sound Around --

3                MS. CANAMERO:  Objection to

4   form.

5        Q.     Through his American Express

6   credit card and Paypal account?

7        A.     Except the gift cards, I don't

8   know of any other things that he put on his

9   own personal credit card.

10        Q.     What about the travel expenses?

11        A.     I'm assuming he uses the

12   company's card.  I don't know.

13        Q.     What about purchasing --

14        A.     He used a lot of times points.

15   Laser used travel expenses.

16        Q.     What about purchasing equipment

17   for Sound Around?

18        A.     I guess he would use a Sound

19   Around credit card.

20        Q.     In the instances where you

21   advanced expenses for Sound Around, how

22   would he be paid back?

23        A.     If he would, he would give a

24   receipt.  This is how I would think it

25   would happen.  He would give a receipt and

Abraham Brach
October 28, 2025

1    it would be approved, the receipt, to pay

2    him back what he spent on the card.  It

3    makes sense.

4         Q.    What actually happened at Sound

5    Around?

6         A.    I heard that he used a bank

7    account to directly pay his credit card.

8    What we found out after.

9         Q.    Did you review the expense

10   reports that Friedman submitted?

11        A.    I looked at it very quickly.

12        Q.    How many did you look at?

13        A.    I just, like, dabbled.  I

14   didn't, like, Zoom into each one of it so I

15   can't give you information.

16        Q.    How many were there at the time

17   you were looking at it?

18        A.    15, 20 different line items.

19   Line items broken out.

20        Q.    When did you look at that?

21        A.    This week.

22        Q.    Where were they?  The reports,

23   expense reports.

24        A.    It was in a PDF.

25        Q.    What period of time does the

Abraham Brach
October 28, 2025

1    expense reports cover?

2        A.    I did not look at the dates.

3        Q.    How many pages were there?

4        A.    I think one or two.

5              Can I ask you a favor?  Can I

6    try to be out by 5:00?

7        Q.    You'll be out by 5:00.

8        A.    Thank you.

9        Q.    Not because I'm giving you a

10   favor, but just because I'll be done.

11             In the complaint you allege

12   that Friedman and Ilowitz solicited pricing

13   information for their business while at

14   trade shows, conferences and meetings on

15   behalf of Sound Around.  What evidence do

16   you have of that?

17             MS. CANAMERO:  Objection; form.

18       A.    I'm not understanding the

19   question.  What page is it?

20       Q.    Okay, if you go to paragraph

21   65.

22       A.    Yeah, so they would get prices

23   for products.  They went through Sound

24   Around to China, and they would get prices

25   and they would use the prices for themself.

Abraham Brach
October 28, 2025

1    So let's say they get a price for a

2    bakeware set, they would make their own

3    bakeware set.

4         Q.    What evidence do you have that

5    they did that?  That they got prices for

6    their own products during trips for Sound

7    Around?

8         A.    So me personally, I don't have

9    direct evidence of vendors that are

10   involved.

11        Q.    Do you know anyone that does

12   have evidence?

13        A.    Jeremiah might have evidence.

14        Q.    Do you know what pricing was

15   solicited?

16        A.    No.

17        Q.    You said that in the complaint,

18   paragraph 77, that Ilowitz purchased a

19   computer for himself to run his business.

20   How do you know what that computer was used

21   for?

22             MS. CANAMERO:  Objection to

23         form.

24        A.    When I came in here today I was

25   thinking if that's the laptop that he

Abraham Brach
October 28, 2025

1    bought.  I was wondering.  But I don't

2    know, I guess if he took it at home, he

3    used the computer -- he used our computer

4    also for his business.  If he used our

5    compute for his business, I'm sure he used

6    the computer that he bought for his

7    business.

8         Q.    So you're assuming.  You don't

9    have any evidence.

10             MS. CANAMERO:  Objection to

11         form.

12         A.    Me personally, I don't know.

13    That's the evidence I have.

14         Q.    While Friedman and Ilowitz were

15    sourcing products for Sound Around, did

16    Sound Around have any policies, written

17    policies against receiving commissions from

18    factories?

19         A.    I don't know if we had written

20    policies except the contract.  I don't know

21    if the contract has anything about it.  But

22    that's just a nature of business, of

23    wrongdoing in a business, to take

24    kickbacks.

25         Q.    Okay, I'm not -- what I'm

Abraham Brach
October 28, 2025

1  asking you is, was there ever any policy

2  articulated that the buyers couldn't get

3  commissions from factories?

4       A.    It wasn't -- I don't think

5  there was an official policy, but there was

6  a -- company culture, everybody knows that,

7  that kickbacks is a very wrong thing.

8       Q.    I know you're calling them

9  "kickbacks," but do you have --

10      A.    That's what it's called by me.

11      Q.    Does Sound Around now have a

12  policy against receiving commissions from

13  factories?

14      A.    After the story we created --

15  we learned that people do these things,

16  that we created a policy.

17      Q.    When did you create that

18  policy?

19      A.    Somewhere in 2024.

20      Q.    Are you familiar with a company

21  called Return Around?

22      A.    A little bit.  I don't know too

23  much about it, but I know who they are.  I

24  know who they are but I don't have any -- I

25  don't do -- I know who they are.

Abraham Brach
October 28, 2025

1        Q.    It's a company owned by your

2   brother?

3        A.    Yes.

4        Q.    Does Sound Around deal with

5   Return Around?

6        A.    Yes.

7        Q.    And in what manner?

8        A.    They take returns from us.

9        Q.    Do they pay you for those

10  returns?

11       A.    When we sell the products, yes.

12       Q.    And how much do they pay you

13  for returns based on --

14       A.    50/50 from what they get back.

15       Q.    And is there a written

16  agreement with Return Around regarding

17  that?

18       A.    I'm not sure.

19       Q.    Do any Sound Around employees

20  do work for Return Around?

21       A.    Not what I know of.

22       Q.    The products that were returned

23  to Sound Around that were sourced by

24  Friedman and/or Ilowitz, when they're

25  resold, was any commission paid to Friedman

Abraham Brach
October 28, 2025

1   and Ilowitz on those products?

2             MS. CANAMERO:  Objection to

3        form.

4        A.    I don't think it went into

5   calculation.  But I don't know what the

6   deal was.

7        Q.    Were they refunded the money

8   that they paid towards refund to the

9   customer for those returned products?

10            MS. CANAMERO:  Objection to

11       form.

12       A.    I don't know.

13       Q.    Does Return Around have a

14   separate warehouse from Sound Around or

15   does it share the warehouse with Sound

16   Around for the returns?

17       A.    It's a separate company.  It's

18   a separate company.

19       Q.    Do they have a separate

20   warehouse?

21       A.    Yes.

22       Q.    So would you ship the returned

23   products to their warehouse?

24       A.    It goes straight from the

25   customer to them.

Abraham Brach
October 28, 2025

1        Q.    So that's part of, like, the

2    return process for any products, it goes

3    directly to Return Around?

4        A.    Correct.

5        Q.    I understand that Brach Family

6    Foundation pays part of the compensation to

7    employees through donations to employees'

8    nonprofits or religious organizations, is

9    that correct?

10            MS. CANAMERO:   Objection to

11        form.

12        A.    I don't deal with anything with

13    paying.  I told you before, I have nothing

14    to do with any paying, payroll, donations,

15    any of that, I have nothing to do with

16    them.

17        Q.    Are you aware that that

18    happens?

19        A.    Aware that they spoke about it

20    in the last week or two.  But I have no

21    information.

22        Q.    So prior to the last week or

23    two, you didn't know Brach Family

24    Foundation compensated employees by making

25    donations?

Abraham Brach
October 28, 2025

```
1        A.    No.
2        Q.    Do you have anything to do with
3    Brach Family Foundation?
4        A.    It has my name on it, but it's
5    not my foundation.
6        Q.    Do you do any work for the
7    foundation?
8        A.    No.
9        Q.    Do you provide any services to
10   the foundation?
11       A.    No.
12       Q.    Do you know if payroll taxes
13   are paid on the payments made through Brach
14   Family Foundation to compensate employees?
15       A.    I don't know.
16       Q.    Why are employees paid by
17   paying to Yetev Lev and UTA instead of
18   through payroll?
19       A.    Like I said, I don't know
20   anything about payroll.  Ask the people
21   what you heard this from.
22       Q.    Yetev Lev and UTA are religious
23   groups, is that right?
24       A.    Yes.
25       Q.    And many of your employees'
```

Abraham Brach
October 28, 2025

1    children go to those schools, is that

2    correct?

3        A.    I guess, yeah.  It makes sense.

4        Q.    So is part of their

5    compensation that you pay for the tuition

6    at these schools for their children?

7        A.    I don't know.

8        Q.    Are you familiar with a company

9    called LifePro?

10       A.    Yes.

11       Q.    Who are the owners of LifePro?

12       A.    What I know of, my nephew, Abe

13   Brach, Chaim Abe Brach.  I don't know how

14   he pronounces his name is English.

15       Q.    What kind of company is that?

16       A.    He has a fitness brand.

17       Q.    Does Sound Around sell any of

18   the same products that LifePro sells?

19       A.    Some.

20       Q.    What?

21       A.    Vibration plate I know for

22   sure.

23       Q.    Anything else?

24       A.    I'm trying to think what I

25   know.  Some other fitness items you might

Abraham Brach
October 28, 2025

1    bump into it.

2         Q.    So there may be some other

3    fitness items that Sound Around sells that

4    also LifePro sells?

5         A.    Correct.

6         Q.    Did Sound Around pay expenses

7    on behalf of LifePro at any time?

8         A.    Not to my knowledge.

9         Q.    Does Sound Around share any of

10   its inventory with LifePro?

11        A.    No.

12        Q.    How long has LifePro been

13   selling competing products with Sound

14   Around?

15              MS. CANAMERO:  Objection to

16        form.

17        A.    From whenever they started.

18        Q.    How long would that be?

19        A.    I'm not good with dates.

20        Q.    Is it more than four years?

21        A.    Yes, something like that.

22   Could be six years, seven years, I don't

23   know.

24        Q.    Did you ever object to LifePro

25   selling the same products as Sound Around?

Abraham Brach
October 28, 2025

1        A.    I questioned it.

2        Q.    Did you ever consider suing

3   LifePro as a result?

4        A.    No.

5        Q.    Are there any written

6   agreements with LifePro -- between LifePro

7   and Sound Around?

8        A.    No.

9        Q.    On the products that LifePro

10  competes with Sound Around on, who started

11  selling those products first?  Sound

12  Around?

13            MS. CANAMERO:  Objection to

14       form.

15       A.    Sells the vibration plates?

16  Sound Around.

17       Q.    And you're not sure of the

18  others?

19       A.    Some fitness products they

20  started first.

21       Q.    Do you know which ones?

22       A.    Like an elliptical bike or

23  something.  Some red light therapy.  A

24  couple of items.

25       Q.    What other items did Sound

Abraham Brach
October 28, 2025

1    Around start selling first that LifePro

2    sells?

3        A.    What I recall is this one, the

4    vibration plate.

5        Q.    In order to avoid paying

6    tariffs or avoid paying higher tariffs, did

7    Sound Around reclassify goods that it was

8    importing to pay a lower tariff?

9            MS. CANAMERO:  Objection to

10       form.

11       A.    I don't know.

12       Q.    For instance, would it call air

13   conditioners evaporators to pay a lower

14   tariff?

15       A.    Might be.

16       Q.    In that situation, when it

17   would deduct tariffs for the -- from the

18   profit in calculating the commissions for

19   Ilowitz and Friedman, would it deduct the

20   tariff paid based on the reclassified

21   product or the original tariff?

22       A.    I don't know exactly.  I could

23   tell you -- as I say always, I could tell

24   you the profit reports uses the average.

25   It doesn't use the highest and doesn't use

Abraham Brach
October 28, 2025

1    the lowest.

2        Q.    And those profit reports, where

3    can I get copies of those?

4        A.    We have to see if we could

5    create the old documents.

6        Q.    Where would you try to create

7    them?

8        A.    That's the programmers.  If

9    it's possible.

10        Q.    In order to reclassify

11    products, you would have to have the

12    Chinese manufacturers change the invoices,

13    is that correct?

14            MS. CANAMERO:  Objection to

15        form.

16        A.    I don't know if they have to

17    change it.  They create from the beginning

18    what we buy.

19        Q.    So for instance, if you bought

20    air conditioners, the invoice that they

21    would create would be for evaporators.

22        A.    Because it could be also

23    evaporator.

24        Q.    Therefore you pay a lower

25    tariff on the air conditioners because they

Abraham Brach
October 28, 2025

1    were labeled "evaporators" on the invoice.

2         A.    Do you know what an evaporator

3    is?

4         Q.    I'm asking you a different

5    question.  I'm asking you if --

6         A.    They buy it as an evaporator.

7         Q.    But they're actually air

8    conditioners in the container.

9         A.    Air conditioners and

10   evaporators.  So they have both of them.

11        Q.    Are you aware that Friedman

12   spent in excess of $500,000 in rebates on

13   behalf of Sound Around?

14             MS. CANAMERO:  Objection to

15        form.

16        A.    No.

17        Q.    Have you looked at any of the

18   reports detailing what was spent by

19   Friedman for rebates?

20        A.    No.

21        Q.    What is your father Zigmond

22   Brach's role in the company?

23        A.    He's the president.

24        Q.    What does he do for the company

25   at this point now?

Abraham Brach
October 28, 2025

```
 1          A.    He makes sure there's money in
 2     the company.
 3          Q.    Makes sure --
 4          A.    That there's money in the
 5     company.
 6          Q.    How does he do that?
 7          A.    Checks the bank accounts.
 8          Q.    Does he do anything else?
 9          A.    Coordinates shipments.
10          Q.    I understand he negotiates
11     prices with manufacturers.
12          A.    Also.
13          Q.    What else does he do?
14          A.    He gives strategy on selling a
15     product sometimes.
16          Q.    When you say "he gives
17     strategy," who does he give strategy to?
18          A.    Me or Jerry.
19          Q.    What else does he do?
20          A.    That's it.
21          Q.    Does he go into the office?
22          A.    Yes.
23          Q.    Is he there every day?
24          A.    Not always.
25          Q.    Most days?
```

Abraham Brach
October 28, 2025

```
1          A.    He doesn't always live here, so
2     he comes and goes.
3          Q.    So where does he live?
4          A.    In Monroe, New York.
5          Q.    When you say Monroe, New York,
6     does he work?
7          A.    He logs in.
8          Q.    What's he do when he logs in?
9          A.    Same.
10          Q.    So he does the same work from
11     Monroe as he does from Brooklyn?
12          A.    Yes.
13          Q.    Does he live anywhere else?
14          A.    In the winter he goes to Miami
15     a lot.
16          Q.    Does he work from Miami?
17          A.    I'm not sure.
18          Q.    How long does he spend in
19     Miami?
20          A.    In the winter days.  I don't
21     count the days.  Nice amount of times.
22          Q.    Does he spend weeks, months,
23     something different?
24          A.    Weeks.  Months.
25          Q.    A month?
```

Abraham Brach
October 28, 2025

```
1          A.    Maybe a month, two months.  I'm
2     not sure.
3          Q.    Sound Around has its own
4     warehouses for storing the products that
5     were sourced by Friedman and Ilowitz, isn't
6     that correct?
7          A.    Yes.
8          Q.    But then they'd be charged
9     third party logistic rates for storage, is
10    that correct?
11         A.    That's much later on when we
12    created a holding cost.  I'm not sure which
13    date.  And our cost to keep in our
14    warehouse is way more expensive than
15    keeping it in the public ports.
16         Q.    Who keeps track of those costs?
17    The cost of keeping products in your
18    warehouse versus third party --
19         A.    We just did a one-time
20    calculation.  We don't keep cost of the
21    difference.
22         Q.    When was that?
23         A.    I don't remember.
24         Q.    Where is that calculation kept?
25         A.    So it's like a one-time thing,
```

Abraham Brach
October 28, 2025

1    so it's not kept.  We do an Excel formula,

2    and I forgot where we keep them.

3         Q.    Sound Around charges a finance

4    fee against the profit?

5         A.    I don't know if that was ever

6    implemented so I can't answer you.  Maybe

7    at the end of their role, of their working

8    with us.  But I'm not sure if that ever got

9    actually implemented, that finance fee.  We

10   spoke about it but it never happened.

11        Q.    Sound Around sold Friedman and

12   Ilowitz's products in Europe without paying

13   commission, isn't that correct?

14             MS. CANAMERO:  Objection to

15        form.

16        A.    I don't know what commission,

17   but I know for sure that it was not

18   Friedman and Ilowitz's products.  They

19   worked for Sound Around to bring products

20   for Sound Around.  They don't own the

21   products, so let's get the word straight.

22   Friedman and Ilowitz sourced products that

23   Sound Around had and what was sold in

24   Europe.  I'm not sure when it was sold in

25   Europe, at what time, date, or even if it

Abraham Brach
October 28, 2025

1    was done when they worked there.  It might

2    have not have been something when they

3    worked there.  So I'm not sure if that's

4    true.

5        Q.    For products that Friedman and

6    Ilowitz sourced that was sold in Europe,

7    were they paid commissions?

8        A.    I don't know.  I don't know

9    when it was sold.  I don't know anything

10   with Europe.  I don't deal with it.

11            To my knowledge, I don't think

12   when they worked at Sound Around there was

13   too much sales in those countries of their

14   products.

15       Q.    The products that Friedman and

16   Ilowitz sourced that were sold in Israel,

17   were they paid commissions for those?

18       A.    I'm not aware that Sound Around

19   sells in Israel.

20       Q.    The products that Friedman and

21   Ilowitz sold -- sourced that were sold in

22   Canada were paid on a reduced commission of

23   3 percent instead of 10 percent.  Are you

24   aware of that?

25       A.    I know there was a less

Abraham Brach
October 28, 2025

1    commission because it was split between the

2    people that ran the Canadian side and with

3    the buyers.  But I'm almost sure it wasn't

4    3 percent.  But I can't recall because I

5    don't know.  I don't pay the commissions.

6         Q.    So the reason for the reduced

7    commission is that it was split?

8         A.    Yeah, basically we have someone

9    what takes care of Canada.  There's

10   overhead and he gets commission for what he

11   sells.

12            So in the U.S. they would buy

13   and sell.  In the other countries, the

14   product they sourced but they didn't work

15   in sales, so the person what worked on the

16   sale, we have to pay him commission.

17        Q.    I just need a break for a

18   second.

19            MS. CANAMERO:  No problem.

20            (Whereupon, a short recess was

21        taken.)

22   BY MR. FORTUNA:

23        Q.    Are you familiar with a person

24   name John Gaston?

25        A.    Yes.

Abraham Brach
October 28, 2025

1      Q.    Are you aware that he was used

2  to alter bank statements?

3            MS. CANAMERO:  Objection to

4      form.

5      A.    No.

6      Q.    Has he ever been used to alter

7  bank statements on behalf of Sound Around

8  to get loans?

9            MS. CANAMERO:  Objection to

10      form.

11      A.    Not what I know of.

12      Q.    Do you have anything to do with

13  obtaining loans for Sound Around?

14      A.    No.

15      Q.    Who takes care of that?

16      A.    Maybe Jack, maybe my dad.  I'm

17  not even sure.

18      Q.    I understand that Sound Around

19  has a current credit line.

20      A.    Yes.

21      Q.    And then who established the

22  credit line?  Who did the work to establish

23  the credit line, if you know?

24      A.    My dad.

25      Q.    Did your father have any role

Abraham Brach
October 28, 2025

1    in selecting products to sell for Sound

2    Around?

3         A.    Limited.  Very limited.  These

4    days.

5         Q.    Prior to Ilowitz and Friedman

6    becoming buyers, Sound Around's primary

7    product was audio equipment, is that

8    correct?

9         A.    Correct.

10        Q.    So would you describe the types

11   of products that -- audio product that

12   Sound Around was selling at that time.

13        A.    So it was car radio, pro audio,

14   home audio, everything what has to do with

15   audio.

16        Q.    Does Sound Around still sell

17   those products?

18        A.    Yes.

19        Q.    I'm going to mark this -- this

20   will be the first one that I'm marking for

21   Abraham Brach's Deposition Exhibit A dated

22   October 28, 2025.  For the record, it's an

23   organizational chart.

24             (Whereupon, Organizational

25        Chart was marked as A. Brach Exhibit

Abraham Brach
October 28, 2025

1              A for identification as of this date

2          by the Reporter.)

3          Q.    Mr. Brach, would you take a

4     look at this organizational chart and tell

5     me if you're familiar with this.

6          A.    (The witness reviews the

7     document.)

8              I never saw this.  How did you

9     get this?

10         Q.    I'm sorry?

11         A.    I'm trying to think how you got

12    this.

13         Q.    There's a Bates stamp on it, so

14    from someone.

15             You could see that it's an

16    organizational chart of Sound Around's

17    business, correct?

18             MS. CANAMERO:  Objection to

19         form.

20         A.    It's of a business.  I don't

21    know -- I never was involved with this so I

22    don't know what this is.  I'm trying to

23    wrap my head.

24         Q.    So of the charts that are

25    there, do any of them depict the operations

Abraham Brach
October 28, 2025

1    of Sound Around as it exists today?

2         A.    We had these kind of things

3    happening but I'm trying to wrap my head

4    who created this.  It's the first time I'm

5    seeing this.

6         Q.    So you've never seen these

7    organizational charts before?

8         A.    I'm trying to think where this

9    is coming from.  It's actually nice.  I

10   don't know who made it.

11              So what's the question on this?

12        Q.    Well, the question is, 1, are

13   you familiar with it, and you said no.  The

14   second question was, do any of the charts

15   in that packet reflect the business as it

16   exists today?

17        A.    Technically a lot of these

18   things happened, right?  So there's sales

19   department, right?  There's brands and

20   marketing.  There's customer service in the

21   company, there's sourcing, there's

22   operations, someone in finance.  There's

23   admin work.  It makes sense, the concept

24   makes sense.

25        Q.    Pyle USA, is that the main

Abraham Brach
October 28, 2025

1    company or is it Sound Around?

2         A.    Sound Around.

3         Q.    What is Pyle USA?

4         A.    Pyle is a brand.

5         Q.    What does it sell?

6         A.    It sells the audio.

7         Q.    All the audio comes under Pyle?

8         A.    Correct.

9         Q.    I'm going to show you what's

10   marked A. Brach for your deposition, A.

11   Brach's deposition Exhibit B, dated

12   10/28/25.

13              (Whereupon, 10/24/23 E-mail

14         from Ms. Klein was marked as A. Brach

15         Exhibit B for identification as of

16         this date by the Reporter.)

17        Q.    Do you recognize that document,

18   the e-mail and the information in it?

19        A.    I understand the information.

20   I'm not on this e-mail chain but what's the

21   question?

22        Q.    So does Sound Around have an

23   inventory rating system?

24        A.    Yes.

25        Q.    Can you explain how the

Abraham Brach
October 28, 2025

1    inventory rating system works?

2          A.    So basically it works on the

3    sales level, how to sell -- it basically

4    helps to identify quickly how well the

5    product sells and where it's sitting from A

6    to D on the rating level.

7          Q.    Are all the products that Sound

8    Around sells rated?

9          A.    I think most of it.

10         Q.    Who takes care of the rating?

11         A.    So it's like an upload once a

12   month.

13         Q.    When you say "an upload," can

14   you describe how that --

15         A.    Formula how it's calculated.  I

16   don't know exact the formula, but basically

17   it's telling you if product is A, B, C or

18   D, where it falls in.

19         Q.    And it's based on how quickly

20   it sells or something else?

21         A.    Something with sales and

22   profits.  I'm not sure.

23         Q.    Who created the system?

24         A.    Accountability Consultants.

25         Q.    So that's an outside

Abraham Brach
October 28, 2025

1    consultant, Accountability Consultants?

2         A.    Yes.

3         Q.    They created the system for

4    you?

5         A.    Yes.

6         Q.    And you employ it regularly --

7         A.    It's not as much employed

8    anymore, but it's used sometimes.

9         Q.    I'm going to show you what was

10   marked Exhibit L at Jeremiah Brach's

11   deposition on May 13, 2025.  Do you

12   recognize this?

13        A.    I recognize what it is, yes.

14        Q.    Do you know how to read this

15   report?

16        A.    A little bit.

17        Q.    It's a Power BI report, right?

18        A.    Right, yes.

19        Q.    Going across the top it lists

20   the product sales, right?

21        A.    Yes.

22        Q.    And down the left it identifies

23   Moises Friedman as the buyer of the

24   product.

25        A.    Yes.

Abraham Brach
October 28, 2025

1        Q.    Is this just one particular

2   product?

3        A.    Yes.

4        Q.    An SKU number is given also?

5        A.    Yes.

6        Q.    And it gives the total

7   inventory of a product.

8        A.    Correct.

9        Q.    And how much of it's aged.  All

10  the way to the right.

11       A.    Yes.

12       Q.    Now, are you able to tell a

13  similar report for any product SKU that

14  Sound Around has sold?

15       A.    I think so.

16       Q.    And then in this case it's an

17  electric air pump, right?

18       A.    Yes.

19       Q.    And do you know the time period

20  that this report covers?  Is it listed

21  anywhere?  Is that the timeline at the top,

22  January 2022 to September 2023?

23       A.    No, it looks like it's always.

24  This report is an all time report.

25       Q.    Oh, always.  So the entire time

Abraham Brach
October 28, 2025

1    the product was being sold by Sound Around,

2    is that what that is?

3           A.    Yes.

4           Q.    Each product that was sourced

5    by Friedman would be identified in the

6    inventory or in your system as a product

7    that was sourced by Friedman; it would be

8    kept track that way, correct?

9           A.    Yes.

10          Q.    And the same with Ilowitz?

11          A.    Yes.

12          Q.    Now, there are numbers across

13   the top, they have a little bar chart.  Do

14   you see that with numbers on them?

15          A.    Yes.

16          Q.    Would they be the sales for

17   each month of those years?  Is that what

18   that indicates?

19          A.    I'm not sure because those were

20   never developed well, the charts.  The

21   charts were never developed well so I can't

22   tell you a hundred percent.

23          Q.    When you say they weren't

24   developed well, they aren't necessarily

25   accurate?

Abraham Brach
October 28, 2025

```
1         A.    Yes.

2         Q.    Jack Tyberg, who works with him

3    in his area?

4         A.    He works a lot with my dad.

5         Q.    And he's in charge of finance?

6         A.    Part of finance, yes.

7         Q.    He's the company comptroller?

8         A.    It's not like a name for him,

9    but he takes care of all the -- he's a

10   jack-of-all-trades.

11        Q.    What does that mean?

12        A.    And his name is Jack.

13        Q.    What areas does he cover?

14        A.    Anywhere that has to do with

15   paying bills, paying the people, write

16   checks.

17        Q.    Keeping track of expenses?

18        A.    I don't know -- he's supposed

19   to but I don't know how good he does it.

20        Q.    Anybody else work in those

21   areas with him?

22        A.    I'm not sure.

23        Q.    Anybody else work on the

24   finances of the company other than Jack

25   Tyberg and your father?
```

Abraham Brach
October 28, 2025

1        A.      There's receivables.   There's

2    Chai Gross.

3        Q.      Anyone else?

4        A.      Those are the main.

5        Q.      And the receivables are from

6    wholesalers?

7        A.      Yes.

8        Q.      Anyone else?   Any other kind of

9    company --

10        A.      Well, whoever buys from us and

11    needs to pay.

12        Q.      Right, but it wouldn't be the

13    individual retail customers.

14        A.      No.

15        Q.      Comparing size of business, the

16    wholesale side versus the retail side,

17    which is larger?

18        A.      The wholesale side.

19        Q.      Wholesale side is larger?

20        A.      Yes.

21        Q.      And who are -- what's the

22    typical wholesale customer?

23        A.      The biggest one is Amazon.

24        Q.      Oh, you consider Amazon a

25    whole --

Abraham Brach
October 28, 2025

```
 1         A.    Yes.  Because we're a vendor.

 2         Q.    Okay, I was defining it

 3   incorrectly.  Thank you.  I was thinking

 4   more Amazon is a retailer.

 5              Do you have a retail outlet at

 6   all?

 7         A.    The Shopify store.

 8         Q.    Anything else?

 9         A.    No, that's the only real

10   retail.  We do Seller Central.

11         Q.    When you say "Seller Central,"

12   do you sell directly to Amazon customers?

13         A.    Yeah.

14         Q.    And you consider that the

15   retail?

16         A.    Yeah, but that money comes

17   right away.  It's not like --

18         Q.    Which means they buy and you

19   get paid.

20         A.    I mean, 15 days later, 30 days

21   later, I'm not sure.  But you don't have to

22   run after for the money.

23         Q.    So all other online sales

24   through Amazon, Wal-Mart, Target you

25   consider wholesale.
```

Abraham Brach
October 28, 2025

1        A.    It depends.  Wal-Mart is

2    wholesale, Target is retail.  It depends if

3    it's a vendor account or it's a seller.

4    That's how we identify it.

5        Q.    And then the receivables would

6    be on the vendor accounts for the

7    particular --

8        A.    So we need to keep track if the

9    money is coming from.

10        Q.    I don't have any further

11    questions at this time.

12            MS. CANAMERO:  I have just a

13        few questions.

14    EXAMINATION

15    BY MS. CANAMERO:

16        Q.    Counsel asked you a little

17    while ago about whether you reviewed

18    expenses or expense reports from

19    Mr. Friedman, and I believe you responded

20    that you reviewed some reports this week.

21            Were you referring to reports

22    submitted by Mr. Friedman at the time he

23    was working for Sound Around or reports

24    that you saw in connection with this

25    litigation?

Abraham Brach
October 28, 2025

1          A.    In connection to the

2    litigation.

3          Q.    Did Mr. Friedman and

4    Mr. Ilowitz ever complain or raise issues

5    to you in instances where Power BI was

6    wrong in their favor?

7          A.    Never, ever.  Even we found

8    wrong things in their favor.  But they made

9    sure never to raise those issues.

10         Q.    So can you provide examples of

11   instances of what you mean?

12         A.    The big instances was on

13   dimensions, product dimensions, what was

14   wrong on one of Friedman's products.  And

15   we found after that he changed dimensions

16   what we accused, that it had to do with

17   lowering the shipping rates.  That was

18   extremely expensive so it would make a big

19   difference.  That would mess up the

20   calculations in the profit reports because

21   we would think it would make more profits

22   but really it would be a disconnect.

23              Power BI is always just a thing

24   what a -- it's like a never-ending problem,

25   it's like any reports what you're trying to

Abraham Brach
October 28, 2025

1    build and build and we always will find

2    errors that needed to be fixed.

3              So it goes both ways.  There's

4    things better for the buyers and good

5    things for the company.  As things keep on

6    changing, things break, things don't come

7    in correctly, things get missed.

8              I know one of the things that

9    was brought up was returns.  But most of

10   the returns I know never even got into

11   Power BI as a return of the product because

12   if the warehouse wouldn't -- if Return

13   Around wouldn't give us a return list,

14   never got into the system that the product

15   was returned, so there was never credits

16   what we take off from the commission.  But

17   never, ever did they complain about that.

18        Q.    So when would they complain?

19        A.    If they would see something

20   what's for their benefit.  Like okay, maybe

21   we're doing something -- something's done

22   wrong and they want to fix it, why is this

23   order not coming in, why is the sales not

24   coming in.  We got requests all day about

25   these things.

Abraham Brach
October 28, 2025

```
 1        Q.    Did Mr. Friedman or Mr. Ilowitz

 2   ever tell you that Sound Around was

 3   breaching its agreement with them?

 4        A.    No.

 5        Q.    Did Mr. Friedman or Mr. Ilowitz

 6   ever mention that they were operating a

 7   business on the side of their work for

 8   Sound Around?

 9        A.    No.  Not only that, Lazer was

10   actually asked if he has any business, not

11   even Sound Around.  We spoke about if he

12   has different business where he can't focus

13   and he said he doesn't have any other

14   businesses, he's fully focused on Sound

15   Around.

16        Q.    And you're Mr. Friedman's

17   brother-in-law and he didn't tell you he

18   was operating a separate business?

19        A.    No.

20        Q.    What would you have done if he

21   had told you that?

22        A.    Fire him.  Yeah.

23        Q.    I have no other questions.

24              MR. FORTUNA:  Just a question

25         on the shipping.
```

Abraham Brach
October 28, 2025

1   EXAMINATION CONTINUED

2   BY MR. FORTUNA:

3        Q.    My understanding is that in

4   calculating container costs as part of the

5   weight, that Sound Around would reduced the

6   number of products by 30 percent and spread

7   the cost of the container over 70 percent

8   of those products rather than a hundred

9   percent of the products, is that correct?

10       A.    That is not correct officially.

11   I remember Moises brought up such a theory.

12   But it never went -- it was once a

13   discussion and then the discussion stopped.

14       Q.    Can you explain the

15   situation --

16       A.    Again, we don't have

17   calculation of our cost of goods landed,

18   has nothing to do with commissions.  This

19   is how we always have done it before we had

20   buyers.  This is the way we calculate for

21   our own risk safety levels, we put in a

22   calculated land cost because we never

23   calculated profits.

24            Really we should have

25   calculated profits the right way.  We never

Abraham Brach
October 28, 2025

1    did it the right way.  That means we should

2    take much less profits left for the company

3    than the 90/10 split.  That means they got

4    much more money than they should have got.

5         Q.    I understand Sound Around

6    suffered greatly in making all that money.

7    But what I was asking you is calculating

8    the container cost per product.  I wasn't

9    asking about the commissions.

10        A.    Container cost -- I don't know

11   the exact calculation.  This was done years

12   ago, before even me.  It's an old

13   calculation what was done based on CPM and

14   it gets divided by CPM to the freight.

15             I'm not aware that -- none of

16   the numbers is a hundred percent accurate.

17   But there's much time we did different ways

18   of cost of goods against different ways how

19   we -- like, bottom line costs of P&Ls, we

20   saw they were very close to the numbers.

21        Q.    So you would change it -- it

22   would change all the time.

23        A.    That part never changed.  The

24   calculation based on CPM is a calculation

25   based on how much CPM goes in the

Abraham Brach
October 28, 2025

1    container.  That's how it's calculated.

2    This is an old formula, Jerry has

3    formulated this before I came to work at

4    Sound Around.

5        Q.    What's CPM?

6        A.    It's cubic measures.

7        Q.    You said that Friedman and

8    Ilowitz wouldn't complain to you when there

9    was a mistake in their favor.  What

10   circumstances was there a mistake in their

11   favor?

12       A.    So that's the one I brought up

13   now.  The one big one was -- so I know

14   there was times where let's say invoices

15   went in twice into the system.  Like a

16   duplicate invoice.  Let's say there was an

17   error in the system and it would double

18   invoices.  So automatically it means double

19   sales.  They never brought up that, hey,

20   it's even more sales than it's supposed to

21   in the system.

22       Q.    How would you find that there

23   was a duplicate invoice?

24       A.    A lot of times we could find it

25   out six months later, a year later because

Abraham Brach
October 28, 2025

1    there was an error, a glitch.  We have to

2    delete invoices and bring it back in.

3    There's always different people in the

4    company.  Sometimes we find until today

5    these kind of mistakes.

6        Q.    But I'm saying who found the

7    mistakes?

8        A.    There's times where the

9    accounts receivable finds it, there's times

10   where IT -- you go into one item and say

11   how could it be we sold so many pieces and

12   we say how can it be that we sold so many.

13       Q.    Did you keep a record of all

14   these mistakes?

15       A.    No.

16       Q.    So there's no document or

17   anything this shows these mistakes

18   happened.

19       A.    No.  The only big mistake that

20   we have documented is the dimensions being

21   changed manually to beat us on the

22   dimension cost on the item.

23       Q.    When you say "dimensions being

24   changed," dimensions of what?

25       A.    Of the product.  So let's say

Abraham Brach
October 28, 2025

1    if this product is 4 by 4, they change it 2

2    by 2.  So let's say a product is dimension

3    4 by 4 and if I change it to 2 by 2,

4    automatically that product to ship is going

5    to be half the cost.  So if the container

6    costs 5, 6, $7,000, not a big deal.  But in

7    COVID when a container cost us $18,000 or

8    16,000, it makes a huge difference.  When

9    you fit 500 in the container, that means

10   that makes a huge difference to the landed

11   cost.

12           So that we discovered when they

13   left the company, that there was a

14   dimension -- that Moises Friedman changed

15   dimensions in the system.

16        Q.    And what products did he change

17   dimensions?

18        A.    The air conditioners.

19        Q.    One air conditioner?

20        A.    I'm not sure if it was one or

21   more, but one for sure.

22        Q.    So you found one.  No other

23   products where dimensions were changed.

24        A.    What I found.

25        Q.    Anybody else found?

Abraham Brach
October 28, 2025

```
 1         A.    We didn't look deeper.   And
 2    it's very hard to manage.   You go to each
 3    item and go back to old logs and records to
 4    see.
 5         Q.    What air conditioner --
 6         A.    This was bumped in.   It wasn't,
 7    like, hey we are we making -- something
 8    didn't make sense and you realize it and so
 9    you go look at what happened.
10         Q.    What air conditioner?   What
11    model air conditioner was changed?
12         A.    I'm not sure which model it
13    was.
14         Q.    Do you have a record of that?
15         A.    I'm sure we have somewhere a
16    record.
17         Q.    How many items were shipped
18    with the wrong dimensions?
19         A.    No, it wasn't shipped -- the
20    system brings it in.   If I change it now,
21    everything changes -- the system changes
22    everything.   If you change a calculation,
23    everything changes.
24         Q.    Yeah, but how many did it
25    affect --
```

Abraham Brach
October 28, 2025

1        A.    Thousands.  Thousands of air

2    conditioners.

3        Q.    But some were old sales, right?

4        A.    But it would bump up the

5    number.

6        Q.    But some of them were old sales

7    that were already paid on so it wouldn't

8    matter.

9        A.    Yeah, but from when that

10    happened, anything paid after would bump up

11    the number.

12        Q.    When did it happen?

13        A.    I don't remember the exact -- I

14    don't remember the exact date.

15        Q.    Do you have a record of the

16    date?

17        A.    There's records, yes.

18        Q.    Where are those records?

19        A.    We have it in the log

20    somewhere.

21        Q.    So if we wanted a copy of it,

22    you could get us a copy of those records?

23        A.    I think so.

24        Q.    And the model of the air

25    conditioner?

Abraham Brach
October 28, 2025

1        A.    Yes.

2        Q.    And the number of air

3   conditions?

4        A.    Numbers is harder.

5        Q.    I'm sorry?

6        A.    The number is harder.

7        Q.    That's the only product you're

8   aware of that it happened to?

9        A.    That I am aware of, yes.

10       Q.    And you're not aware of anybody

11  else knowing of other products that that

12  happened to, correct?

13       A.    Correct.

14       Q.    No further questions.

15            (Whereupon, at 3:45 p.m. the

16        examination of this witness was

17        concluded.)

18

19

20     ○        ○              ○          ○

21

22

23

24

25

Abraham Brach
October 28, 2025

1              D E C L A R A T I O N

2

3         I hereby certify that having been

4    first duly sworn to testify to the truth, I

5    gave the above testimony.

6

7         I FURTHER CERTIFY that the foregoing

8    transcript is a true and correct transcript

9    of the testimony given by me at the time

10   and place specified hereinbefore.

11

12

13

                    _____
14                  ABRAHAM BRACH

15

16

17

     Subscribed and sworn to before me
18

19   this _____ day of _____ 20___.

20

     _____
21
         NOTARY PUBLIC
22

23

24

25

Abraham Brach
October 28, 2025

1              E X H I B I T S

2    A. BRACH EXHIBITS

3    EXHIBIT        EXHIBIT                PAGE
     NUMBER         DESCRIPTION
4
     Exhibit A  Organization Chart        180
5
     Exhibit B  10/24/23 E-mail from
6              Ms. Klein                  183

7       (Exhibits accompany the transcript.)

8

9

                        I N D E X
10
     EXAMINATION BY                      PAGE
11
     Mr. Fortuna                          3
12
     Ms. Canamero                        191
13
     Mr. Fortuna                         195
14

15

16

17

        INFORMATION AND/OR DOCUMENTS REQUESTED
18
     (None)
19

20

21

22

23

24

25

Abraham Brach
October 28, 2025

1         C E R T I F I C A T E

2

STATE OF NEW YORK        )

3                  :    SS.:

COUNTY OF DELAWARE       )

4

5         I, SUZANNE PASTOR, a Notary Public

6    for and within the State of New York, do

7    hereby certify:

8         That the witness whose examination is

9    hereinbefore set forth was duly sworn and

10    that such examination is a true record of

11    the testimony given by that witness.

12         I further certify that I am not

13    related to any of the parties to this

14    action by blood or by marriage and that I

15    am in no way interested in the outcome of

16    this matter.

17         IN WITNESS WHEREOF, I have hereunto

18    set my hand this day, November 5, 2025.

19

20         *Suzanne Pastor*

21         SUZANNE PASTOR

22

23

24

25

Abraham Brach
October 28, 2025

**Exhibits**

**EX A Abraham B**
**rach 102825**
  27:10
  180:21,25
  181:1 204:4

**EX B Abraham B**
**rach 102825**
  183:11,15
  204:5

**$**

**$1,000**
  29:22

**$100**
  31:25 33:3,
  13 47:5

**$130,000**
  24:20

**$17,000**
  53:17,18

**$18,000**
  199:7

**$200,000**
  43:23

**$5**
  76:14

**$50,000**
  154:19

**$500,000**
  172:12

**$7,000**
  199:6

**$75,000**
  24:17 42:7
  43:25 44:2

**-**

**--I**
  123:24

**0**

**01**
  9:10

**1**

**1**
  36:24 59:12,
  16,22,25
  149:10
  182:12

**1-5**
  69:15

**10**
  29:18 46:2,
  15 67:23
  68:1 177:23

**10/24/23**
  183:13

**10/28/25**
  183:12

**100**
  18:8 24:19
  47:6 127:20

**109**
  145:14,15

**1099**
  40:2,9 41:1
  46:6,12,19
  89:23 90:16,
  19 92:17,25
  154:2

**1099s**
  46:14 79:5

106:13

**11**
  30:17

**112**
  147:15

**12**
  24:7 98:15

**120**
  24:19

**13**
  27:11 49:5
  87:10,14
  91:25 97:6
  110:8 142:8
  185:11

**1456**
  5:6

**15**
  15:19 24:7
  69:11,13,14,
  22,24 70:6
  158:18
  190:20

**156**
  148:4

**16,000**
  199:8

**1600**
  13:4

**17**
  22:17 88:2

**18**
  5:8 13:21
  22:17 88:3
  124:2

**195**
  148:22

**1:00**
  111:25

**2**

**2**
  94:6 145:24
  146:5,6
  199:1,2,3

**20**
  15:18,19
  17:22 158:18

**200**
  17:6

**2013**
  20:19

**2018**
  27:20 35:7,
  23 36:13
  37:21,25
  38:9,15 39:9
  41:7,18
  42:13,19,22
  45:23 88:2

**2019**
  22:18 34:2
  153:25

**2022**
  92:10 186:22

**2023**
  186:22

**2024**
  22:21 28:16
  30:22 120:5
  162:19

**2025**
  27:12 49:5
  87:10,14
  91:25 97:6
  142:9 180:22
  185:11

**218**
  150:6

Abraham Brach
October 28, 2025

**25**
  17:9
**250**
  17:6
**28**
  180:22
**282**
  150:21
**29**
  92:10
**291**
  151:10

---

**3**

**3**
  29:8 37:18
  45:24 88:23
  151:10
  177:23 178:4
**30**
  17:9 190:20
  195:6
**350**
  69:20,24
  70:2
**3:45**
  202:15

---

**4**

**4**
  29:20 199:1,
  3
**45**
  15:19
**484**
  123:1

---

**5**

**5**
  199:6
**50/50**
  163:14
**500**
  199:9
**53**
  98:13
**58th**
  5:6
**5:00**
  159:6,7

---

**6**

**6**
  49:10 199:6
**62**
  110:8
**63rd**
  13:4
**65**
  159:21
**67**
  112:10
**68**
  112:14

---

**7**

**7**
  29:5
**70**
  116:15 195:7
**75,000**
  43:19,24

**77**
  117:22
  160:18

---

**8**

**800**
  23:7
**84**
  5:8 123:1

---

**9**

**90**
  124:5
**90/10**
  196:3
**900**
  23:7
**91**
  124:2 126:18

---

**A**

**A-P-O**
  141:19
**A-P-R-O**
  141:20
**Abe**
  167:12,13
**ability**
  5:25
**Abraham**
  5:3 180:21
**access**
  20:4 65:23
  148:23
**accessed**
  117:23

**account**
  68:8 99:18
  101:21,23
  102:17,19
  103:5 104:5,
  6 118:3,4
  120:14,16,24
  121:11 123:5
  125:25 139:8
  140:3,9
  143:12,19,24
  144:5 157:6
  158:7 191:3
**Accountability**
  184:24 185:1
**accounts**
  73:20 117:24
  173:7 191:6
  198:9
**accurate**
  65:6 187:25
  196:16
**accurately**
  6:1
**accused**
  192:16
**act**
  21:6 52:9,11
**acting**
  106:9
**action**
  3:16 22:20
  94:4,5
  97:15,18
**activities**
  21:16,20
**activity**
  21:17
**actual**
  7:15 60:16

Abraham Brach
October 28, 2025

add
  53:10

added
  34:25 36:25
  37:5,14
  50:11 55:1,3

adding
  35:21

addition
  34:21 37:13
  38:25 47:8
  59:19

address
  5:5 13:3

admin
  182:23

Administration
  59:9

administrative
  59:5,20

admit
  33:2,7

ads
  96:20 108:17

advanced
  157:1,21

advertise
  146:8

advertising
  74:13 98:25
  108:25
  128:21
  145:25
  146:7,16,25
  147:5

advising
  128:6,7

Advisors
  88:13 92:6

affect
  200:25

affiliate
  15:22,23

affiliated
  138:24

affiliates
  16:24

affirm
  3:3

afternoon
  122:23

aged
  54:14,15
  69:7,8,11,
  19,22,25
  70:6 72:15
  74:12 94:9
  113:4,5
  186:9

agencies
  96:13,14,18

agency
  96:9,12,16,
  19

agree
  152:3

agreed
  55:15 96:17

agreement
  26:8,13
  28:23 29:16
  30:25 31:2
  35:10,18
  36:23 37:5,
  22 44:11,12,
  15,16,19
  150:14,18
  163:16 194:3

agreements

150:8,11
169:6

air
  170:12
  171:20,25
  172:7,9
  186:17
  199:18,19
  200:5,10,11
  201:1,24
  202:2

allegation
  126:1

allege
  115:4 121:2
  123:7 124:3
  145:16
  159:11

alleged
  112:15 123:2
  124:6 127:20

alleges
  147:16

alleging
  125:8

allowed
  80:23

Allyn
  3:15

alter
  179:2,6

Amazon
  25:13,20
  26:1,4 62:1,
  4 64:8,10
  78:9,11,13,
  14,15,19,22,
  23,24 79:6
  80:9 81:9,19
  82:4 99:6
  109:17,18

110:6 123:3,
8 124:15
125:14,24
126:3,13,19
130:11
131:15
138:13,25
139:11
140:17
141:17
142:14
143:12,14
189:23,24
190:4,12,24

Amazon's
  138:17
  140:13

American
  157:5

amount
  50:18,19
  51:14 52:15
  54:14 67:6,7
  174:21

amounts
  137:18

and/or
  163:24

Angeles
  37:1

answers
  153:13

anybody's
  81:18

anymore
  42:2 71:25
  113:13
  144:14,19
  185:8

APO
  141:12

Abraham Brach
October 28, 2025

144:11,23
145:6

**Apple**
86:14

**approval**
56:18

**approve**
56:9,18

**approved**
56:7,19
136:24 137:1
158:1

**approximately**
12:11,15
17:21 18:3,8
33:12 63:19
87:4

**APRO**
141:12
144:11,21

**area**
13:22 14:18,
21 188:3

**areas**
12:3 188:13,
21

**Around's**
18:17 81:3,4
101:23
110:10
112:17
116:19
117:23
118:3,24
119:3 135:5
138:13
141:24
145:15,18
147:20
148:5,7,19
150:10 180:6
181:16

**arrested**
6:7

**articulated**
162:2

**assume**
4:15 125:1

**assumed**
156:12

**assuming**
103:18,21
138:1 157:11
161:8

**assumption**
135:20,22,23

**attempt**
126:21

**attempted**
124:4,6
126:19,25

**attention**
22:25 27:23
28:2,25 29:2
36:23 49:9
98:12 110:7
112:9,14
116:14
122:25 124:2
126:18
127:20
147:14
150:5,20
151:9

**attorney**
3:14 6:10

**audio**
180:7,11,13,
14,15 183:6,
7

**authority**
55:22 56:5,
8,12

**automatically**
197:18 199:4

**AV**
101:5,8

**average**
51:9 53:11,
12 61:7
64:22 70:15
170:24

**avoid**
170:5,6

**aware**
16:14 36:2,4
38:14 45:13
47:20,22,23
115:11
117:2,12
138:7 150:18
156:25
165:17,19
172:11
177:18,24
179:1 196:15
202:8,9,10

---

**B**

**back**
25:11 27:20
28:13 31:22
32:22 33:25
34:3 43:17
47:3,5 48:1,
21 49:11,18
57:10 58:11
59:11 61:15,
19,20 65:20
68:9 70:21
71:12 72:4,
25 77:9
95:23 99:6,7
100:22
101:22

102:1,22
109:24
111:13
114:14
115:17
124:16
129:19 134:5
157:22 158:2
163:14 198:2
200:3

**bad**
21:3 43:24
128:5 136:14

**baked**
19:12

**bakeware**
113:22
117:14
160:2,3

**Bakken**
118:25

**bands**
116:20

**bank**
73:20 117:24
118:3 119:3
158:6 173:7
179:2,7

**bar**
122:15
187:13

**based**
43:11 46:1
67:20 68:14
75:11 92:12
152:15
163:13
170:20
184:19
196:13,24,25

**basically**
129:12

Abraham Brach
October 28, 2025

136:13 178:8
184:2,3,16

**Bates**
181:13

**beat**
198:21

**began**
23:1

**begin**
22:14

**beginning**
26:11 29:13
52:22 154:4
171:17

**behalf**
157:1 159:15
168:7 172:13
179:7

**benefit**
43:1 56:24
62:25 193:20

**benefits**
42:22

**betray**
32:16

**betrayed**
28:13 32:19

**BI**
33:23 48:1,4
65:22 70:19,
20 71:4,5
74:8,9 76:22
128:15,18
185:17
192:5,23
193:11

**bible**
21:21 22:4

**Biesemeyer**
9:5

**big**
73:13 75:16
78:8 130:2
192:12,18
197:13
198:19 199:6

**biggest**
42:25 189:23

**bike**
169:22

**bill**
104:7 118:16

**bills**
188:15

**birth**
5:7

**bit**
12:6 162:22
185:16

**bitter**
66:23 67:3,5

**black**
73:23

**blanket**
155:5

**bogus**
136:18

**bonuses**
41:19

**born**
5:9

**bottom**
33:22 196:19

**bought**
68:6 78:12
83:5 100:21
103:1,13
136:2,5,13
161:1,6
171:19

**Brach**
3:1,10 5:3
14:5,7 15:7,
8 39:23
41:13 50:1,3
55:6 87:10
122:23 127:7
165:5,23
166:3,13
167:13
180:25 181:3
183:10,14

**Brach's**
27:11 49:4
87:14 91:25
97:6 142:8
172:22
180:21
183:11
185:10

**brain**
102:15

**brand**
126:12
136:5,7,9
167:16 183:4

**branding**
118:23 119:5

**brandings**
118:25

**brands**
85:24 182:19

**breaching**
194:3

**break**
4:22,24 5:1
7:2 36:18
112:3,5
178:17 193:6

**breaks**
142:3,4,5

**bribe**
126:19,21,25
127:10

**bring**
32:9 110:25
111:1,13,16
136:9 176:19
198:2

**brings**
69:18 200:20

**broken**
47:4 158:19

**Brooklyn**
5:10 13:1
17:8 20:5
174:11

**brother**
14:3,19,21
20:12 32:17
38:6 39:24
55:5,17
56:10,11
92:13 93:15,
18 112:11
113:23,25
114:5 145:8,
9 163:2

**brother's**
14:6

**brother-in-law**
20:11 24:14
31:11 32:19
43:5 45:21
63:3 194:17

**brought**
3:16 88:6
110:22
155:12 193:9
195:11
197:12,19

**build**
86:7 116:13

Abraham Brach
October 28, 2025

193:1

**built**
47:25 61:6
65:11,12
95:7 149:15

**bump**
60:17 168:1
201:4,10

**bumped**
200:6

**business**
7:8,9 10:12,
14,18,20,22,
23 31:6
32:8,9 34:18
50:7 51:4
54:12 80:3
81:1,18
88:12,13
92:5 99:25
102:19,25
113:17,18
118:1 129:13
130:1,9
135:7,10,12,
19 148:15
155:24
159:13
160:19
161:4,5,7,
22,23
181:17,20
182:15
189:15
194:7,10,12,
18

**businesses**
156:11
194:14

**buy**
24:23 25:5
49:11,18
54:17 100:4,

16,20,23,25
101:19
143:23
153:16,17
171:18 172:6
178:12
190:18

**buyer**
24:23 37:14
62:14,17
101:14
124:24
154:2,8
185:23

**buyers**
49:11 58:12
62:11,13,16
92:17,25
99:6,8
106:10 114:6
143:4 145:5
153:4 154:5
162:2 178:3
180:6 193:4
195:20

**buying**
26:22 68:9
136:7 143:19

**buys**
189:10

—————————

C

—————————

**calculate**
33:17,19
54:5 62:7,9
64:17,22,23,
24 195:20

**calculated**
51:3 59:15,
23 60:1,23,
24 64:17
65:14 66:10

184:15
195:22,23,25
197:1

**calculates**
47:18

**calculating**
170:18 195:4
196:7

**calculation**
51:3,4,7
59:12 66:17
164:5
175:20,24
195:17
196:11,13,24
200:22

**calculations**
64:8 65:5,11
66:10 68:3,
19 69:1
82:19 149:15
192:20

**California**
63:24 83:7,8

**call**
43:7 170:12

**called**
61:19 100:24
123:2 130:17
141:12
162:10,21
167:9

**calling**
162:8

**Canada**
177:22 178:9

**Canadian**
178:2

**CANAMERO**
7:20 32:2
33:5 34:12

36:14 39:12
40:19,23
42:23 46:24
52:20 56:13
59:1,7 60:21
63:6 64:12
66:4 67:1,9
79:8 83:1
85:8 86:2
87:5 89:1,6,
18 92:20
93:2 94:22
98:22 100:10
105:3,19
106:15
110:19 115:6
118:5 119:9
121:3 122:19
123:10
124:11
125:18 127:1
138:19
139:22
140:5,15
142:2,5
143:15 149:8
151:25 157:3
159:17
160:22
161:10
164:2,10
165:10
168:15
169:13 170:9
171:14
172:14
176:14
178:19
179:3,9
181:18
191:12,15

**cancer**
31:14 91:21

**car**

Abraham Brach
October 28, 2025

180:13

card
139:9,10,11,
15 143:12
157:6,9,12,
19 158:2,7

cards
73:19 157:7

care
39:14,17
41:20 47:2
76:18 113:13
122:12 178:9
179:15
184:10 188:9

careful
31:13

cares
76:13

caring
145:25

carry
85:23

carton
139:7

case
4:5 6:24 7:5
15:15 32:25
89:17 144:8
147:22
186:16

cases
58:9,10
135:17

category
85:13,15

caught
143:14

cc'd
55:15

Central
107:18
108:22
109:9,12,14,
23 110:3
123:5 124:7,
16,19
125:15,21
126:4 128:9
190:10,11

certifications
9:18

certified
29:4

Chai
189:2

Chaim
167:13

chain
183:20

change
10:6,10 24:8
29:15,16
35:20 50:10,
20 51:5
171:12,17
196:21,22
199:1,3,16
200:20,22

changed
11:8 26:16
29:18 46:4,
15 50:6,18
95:15 140:18
192:15
196:23
198:21,24
199:14,23
200:11

changing
193:6

charge
51:13 52:24
54:1,6 60:18
95:1,4 188:5

charged
50:20,25
51:16 52:17
60:16,19
64:10 175:8

charges
119:12,13
120:8 176:3

chart
19:20
180:23,25
181:4,16
187:13

charts
19:8,17,25
181:24
182:7,14
187:20,21

Chaser
16:6 138:23

chassis
51:25

cheaper
128:6

check
122:3 136:23

checks
66:12,13
173:7 188:16

Chefman
126:9,11

children
167:1,6

China
10:24 11:5
25:10 53:9

63:12,24,25
102:1 110:22
136:24
159:24

Chinese
171:12

circumstance
126:3

circumstances
197:10

claims
139:11

client
79:25 80:1

client's
79:20

close
31:8 196:20

closed
153:10

club
81:21

co-
conspirators
151:12,13

Coast
82:18,23,24

collectively
3:22

commented
73:15

commission
42:7 43:21
44:1 45:4
47:9 62:6,8,
11 64:23
65:12 70:24
137:13
163:25
176:13,16

Abraham Brach
October 28, 2025

177:22
178:1,7,10,
16 193:16

**commissions**
24:25 41:25
42:5 50:5,8,
14 59:5 60:8
62:2 64:18
65:1,8
66:11,17
88:17,22
89:15 94:2,
19 105:8
161:17
162:3,12
170:18
177:7,17
178:5 195:18
196:9

**communicated**
8:17

**communicating**
100:3

**communications**
7:25 129:20

**companies**
15:22 16:15
52:8 126:6
138:24
148:14

**company**
10:9 12:1
14:2 32:11,
12 33:21
34:11,17,21,
25 35:7 36:7
48:11 52:5
58:21 60:25
61:1,2
62:12,18,25
78:22,23
86:14,15,17
87:25 88:7,8

90:3,4
91:10,17,20,
22 96:14,19,
22,23,24
101:1 120:11
126:4,12
132:8
141:16,22
143:24
144:18
155:4,10
162:6,20
163:1
164:17,18
167:8,15
172:22,24
173:2,5
182:21 183:1
188:7,24
189:9 193:5
196:2 198:4
199:13

**company's**
58:15 91:19
122:15
157:12

**Comparing**
189:15

**compensate**
166:14

**compensated**
37:18 165:24

**compensation**
29:22 165:6
167:5

**compete**
30:19 32:16
77:19 79:4,
11

**competed**
113:16

**competes**

169:10

**competing**
79:25 80:4
110:24
117:25
146:13
156:12
168:13

**competition**
141:15

**competitive**
107:19,24
108:4

**competitor**
77:14,17,18
82:20 130:16

**complain**
192:4
193:17,18
197:8

**complaint**
97:14,17,20,
23 98:1,5,6
110:9,10
122:25
124:3,5
145:15
147:16
150:21
151:20
159:11
160:17

**complete**
19:19

**completed**
19:19

**completely**
11:20 19:11

**complex**
77:20

**compliance**
29:1

**Complicated**
68:3

**complied**
28:23,25

**comptroller**
188:7

**compute**
161:5

**computer**
19:23,24
72:23 84:7,
10 102:15
121:5 135:5
156:19
160:19,20
161:3,6

**concentration**
14:19,22

**concept**
182:23

**concepts**
14:24

**concerned**
77:25

**concluded**
202:17

**condition**
5:24

**conditioner**
199:19
200:5,10,11
201:25

**conditioners**
170:13
171:20,25
172:8,9
199:18 201:2

Abraham Brach
October 28, 2025

conditions
  138:17,22
  139:12
  140:13,20
  202:3
conducted
  100:8
conferences
  159:14
confidential
  155:4,6,10,
  14,17,24
confused
  57:1 103:16
connection
  191:24 192:1
considered
  49:19 154:22
consult
  90:7
consultant
  87:22 88:6
  185:1
consultant's
  88:9
Consultants
  184:24 185:1
consulting
  90:6
consumer
  81:17
contact
  31:8 81:9
  82:7 124:14
  141:24
contacted
  101:20 123:8
contacts
  78:17 81:21

128:9,11,12
container
  51:12,15,20,
  21 52:12,17,
  18,25 53:8,
  16,18,22
  54:2,4 172:8
  195:4,7
  196:8,10
  197:1 199:5,
  7,9
containers
  23:25 53:17
continue
  122:24 154:8
CONTINUED
  195:1
contract
  155:8
  161:20,21
contractor
  40:22,25
  41:4 46:6
  141:5,7,11
contractors
  18:15 40:5,
  17 92:18
  93:1 95:17
  131:4
conversation
  6:16 114:14
conversations
  45:18 92:13
  108:12,15
  155:22
  156:8,16
conveyed
  127:17
convicted
  6:4

Coordinates
  173:9
copies
  119:16 171:3
copy
  75:18,21,23
  97:17 134:4,
  6 201:21,22
corporate
  11:25
corporations
  15:25
correct
  23:4 29:25
  30:14 34:11
  35:22 37:23
  38:2,10
  39:7,11 40:6
  41:8,19
  43:13 44:11
  45:14,15,25
  46:6,16,23
  47:12 50:9,
  15,21,22
  52:6,7,9,13,
  14,19 55:7,
  18,23 58:25
  59:6 60:8,20
  61:22 64:11
  86:1 87:1,4
  89:23 90:17
  92:14 93:1,
  15,18 94:21
  95:5,19
  96:1,6 100:9
  104:22,23
  105:2,18,24
  106:10,14
  130:20 140:4
  141:6 151:24
  152:6,17
  153:2 154:2
  165:4,9

167:2 168:5
  171:13
  175:6,10
  176:13
  180:8,9
  181:17 183:8
  186:8 187:8
  195:9,10
  202:12,13
correctly
  193:7
cost
  33:21 50:17
  51:8,9,11,14
  52:2,12,15,
  25 53:6,8,
  14,19,22
  54:3 55:1,6
  60:2,9,14,24
  74:12 128:2,
  3 148:25
  149:7
  175:12,13,
  17,20 195:7,
  17,22 196:8,
  10,18 198:22
  199:5,7,11
costs
  50:14,24
  51:11 52:24
  53:1,2,6,9,
  10,13,19,21,
  23,24 54:2,
  7,22,23 55:4
  60:4 61:7
  149:13,14
  175:16 195:4
  196:19 199:6
counsel
  7:22 8:6,9
  191:16
count
  70:18 130:13

Abraham Brach
October 28, 2025

174:21

countries
177:13
178:13

couple
169:24

coupons
108:2

court
4:2,9,20
5:15,20

cover
159:1 188:13

covers
186:20

COVID
199:7

CPM
196:13,14,
24,25 197:5

crap
111:16

crappy
68:4

create
99:16 104:21
130:22,23
152:22
162:17
171:5,6,17,
21

created
65:6 90:23
104:25
105:5,17
106:5 130:20
134:23
144:24
162:14,16
175:12 182:4

creates
150:3

creating
91:21 106:2

credit
63:4,8,9
73:18,19
157:6,9,19
158:7
179:19,22,23

credits
193:15

crime
6:5

CSI
65:21

cubic
197:6

culture
91:19 162:6

current
5:4 179:19

curve
154:7

customer
10:3 46:22
47:11 53:3
78:2,8,10
81:13 82:1,
2,5 123:24
128:11,12
129:8,10,18,
21 130:2
138:12,18
139:1 143:13
164:9,25
182:20
189:22

customer's

82:22,25

customers
78:4,6,7,12
83:13,16
84:4 129:19
139:20
143:25
144:2,6
189:13
190:12

CYRF
3:19

_____

D

dabbled
158:13

dad
6:14 14:11
15:19 35:19
179:16,24
188:4

data
7:9 13:15,16
71:15,16,17
116:11
148:25
149:12,20,
22,25

date
5:7 26:17
48:22 55:2
70:22 94:13,
15 114:10
149:24
175:13
176:25 181:1
183:16
201:14,16

dated
180:21
183:11

dates
20:21 22:16
63:21 120:9
159:2 168:19

day
23:18 25:24
121:15
173:23
193:24

days
26:5 173:25
174:20,21
180:4 190:20

de-motivation
87:24

dead
49:11,19
68:9

deal
16:6 30:19
31:3,7 38:12
42:15 44:7
46:10 100:23
129:18
138:23
145:12 154:3
163:4 164:6
165:12
177:10 199:6

dealings
80:9

dealt
31:1 38:12,
18 100:15
101:1 153:12

decide
55:25 143:8

decided
143:22

decision
55:18 86:6

Abraham Brach
October 28, 2025

153:16

**decision-making**
55:22 56:4,
6,8

**deduct**
50:13,23
60:6,16
61:21 62:1,
6,7,8
170:17,19

**deducted**
50:7,19 59:4
61:24

**deducting**
64:8 94:1,10

**deduction**
59:19

**deep**
67:25

**deeper**
200:1

**defendant**
97:20

**defendants**
3:16,17,22
98:16 110:11
112:16 115:4
116:16
117:23
127:21
138:14
145:16
147:17
148:24
150:22
151:12

**Defendants'**
27:10 49:4
87:9,13
91:24 97:5

142:7

**defined**
98:17

**defining**
190:2

**delay**
114:19,21,
22,23 150:24

**delayed**
112:17
115:4,10

**delaying**
114:24 115:2

**delete**
198:2

**department**
65:25 182:19

**depends**
131:6 191:1,
2

**depict**
181:25

**deposed**
5:11 6:17

**deposition**
4:1 27:11
49:5 87:9,14
91:25 97:6
134:13 142:8
180:21
183:10,11
185:11

**depress**
145:18

**describe**
15:12 19:9
136:12
145:20
180:10
184:14

**describing**
130:6

**design**
130:14
131:1,13
152:10

**designer**
130:25 131:7

**designers**
18:13
130:14,21
131:2,8,11

**desk**
122:1

**detail**
72:5

**detailed**
155:8

**detailing**
26:15 172:18

**details**
46:3 58:11
81:23 147:23

**determine**
72:10

**determined**
55:6

**developed**
112:18 149:4
187:20,21,24

**developers**
34:5,7

**development**
13:11 18:12

**devising**
14:23

**diary**
26:14 27:2

**die**
31:17

**difference**
40:21 41:3
109:22
175:21
192:19
199:8,10

**dig**
67:25 68:21,
23

**dimension**
198:22
199:2,14

**dimensions**
192:13,15
198:20,23,24
199:15,17,23
200:18

**direct**
11:20 12:13
81:17
114:14,17
160:9

**direct-to-consumer**
81:15

**directly**
144:13 158:7
165:3 190:12

**director**
13:25

**disapproved**
136:25

**disclosure**
150:8

**disclosures**
151:11

**disconnect**
192:22

Abraham Brach
October 28, 2025

disconnected
156:13

discovered
73:20 122:9
199:12

discovery
119:19

discretion
144:4 151:22
152:2,16
153:21

discuss
7:24 8:3
131:17

discussed
45:16 128:1

discussing
47:19

discussion
92:25 93:5
143:20
195:13

display
108:17

distinctive
148:6,7

divided
196:14

DMF
3:20

document
27:13,14,17
28:3,5,6,14
29:1 30:20
37:9 38:21
49:6 68:11,
13 90:21,22
97:10,11
135:1,6,8,
14,25 142:10

181:7 183:17
198:16

documented
198:20

documents
6:20,23 7:5,
7,14,16,18,
22 8:2,22
20:3 33:18
45:12 65:21
75:3 84:21
100:1,3
134:13 135:4
142:9 149:12
171:5

dollar
86:14,17

dollars
38:2

domain
124:14

domino
129:23,25

donations
165:7,14,25

double
34:10
197:17,18

doubled
34:10 85:25
86:20

doubling
86:25

download
70:9 100:14
133:16

downloaded
70:9,10 75:3
100:1,7
131:18

132:2,3,7,8,
16 133:15

downloading
81:14 100:2

downloads
134:23

downstairs
121:21 122:1

draft
35:17

drafted
35:9

draw
29:2 36:22
49:9 98:12
110:7 112:9,
14 116:14
122:25 124:1
126:17
127:19
147:14
150:5,20
151:9

dress
148:5,8,18

drive
76:3,4,5,9,
14,16,17,19,
21,25 77:8,
10 84:8,9,
19,20,25
132:20

drives
134:8

drop
82:14,16,23
146:12

dropped
147:3,4

duplicate

197:16,23

duplicating
135:19

duties
9:24 10:18
13:8 14:8
18:9 23:10,
23

duty
10:23 61:8

E

e-mail
81:8,10,11
82:8 83:10
103:15
123:17,18,19
124:14,23,25
183:13,18,20

e-mailed
102:15
123:2,22

e-mails
7:5 8:3,10,
15,16 55:14
75:4 77:12
99:6,7

earlier
65:2 138:25

earned
31:25 32:6
43:11

East
82:18,23

easy
73:2,3
129:15

eat
121:15

Abraham Brach
October 28, 2025

education
  9:1,12

effect
  129:23,25

effort
  152:8

efforts
  152:14

Eisenberg
  99:11

electric
  186:17

elliptical
  169:22

employ
  185:6

employed
  13:19 42:11
  79:10 124:18
  149:20 185:7

employee
  19:15 21:2
  32:10,12
  38:22 39:7
  40:10,22
  41:5 43:2
  79:23 121:25

employees
  16:23 17:3,
  11 18:15,16
  19:2 32:5
  79:22,23
  86:11,16
  99:9,18
  105:6 106:20
  121:20
  142:18
  150:7,12,13
  155:22
  163:19
  165:7,24

employees'
  165:7 166:25

employer
  23:12 39:1
  41:1

employment
  30:24 35:9
  42:21,25

end
  37:21,25
  38:9 42:13
  64:25 65:2,3
  91:9 142:1
  176:7

ended
  86:25 152:23

energy
  109:4

engineer
  72:7

English
  29:3,4,20
  36:24 167:14

enormous
  54:13

entire
  186:25

entities
  16:4 22:23

entity
  125:16

entry
  13:15,16

environment
  91:15

equipment
  157:16 180:7

error
  197:17 198:1

errors
  193:2

establish
  179:22

established
  116:19
  179:21

Europe
  176:12,24,25
  177:6,10

evaluation
  112:12

evaporator
  171:23
  172:2,6

evaporators
  170:13
  171:21
  172:1,10

every-day
  80:9

everything's
  155:6

evidence
  81:6 99:23
  100:18
  101:10,17
  102:9
  103:18,19
  104:1
  110:15,21
  111:7,11,17,
  20,22
  112:18,20
  114:12,17,18
  115:8,9,12,
  21,25 117:16
  119:7 121:18
  124:9,13

error
  126:24 130:5
  137:24
  138:5,6,8
  147:8,11,21
  151:1 159:15
  160:4,9,12,
  13 161:9,13

exact
  16:3 17:5
  18:2 32:7
  55:2 59:24
  61:4 114:10
  137:18
  139:16
  150:14
  184:16
  196:11
  201:13,14

examination
  3:8 191:14
  195:1 202:16

examples
  142:25
  146:10
  192:10

Excel
  65:16 76:22
  176:1

excess
  172:12

exchange
  140:14

excited
  54:17,21
  113:18

exercise
  152:5 153:1

Exhibit
  27:10 91:24
  97:5 142:7
  180:21,25
  183:11,15

Abraham Brach
October 28, 2025

185:10

**exist**
71:16 115:22

**existed**
8:2 154:16

**existence**
58:24

**existing**
154:6

**exists**
115:12
182:1,16

**expedite**
151:1

**expenditures**
146:16,25
147:6

**expense**
158:9,23
159:1 191:18

**expenses**
50:7,10,11
157:1,10,15,
21 168:6
188:17
191:18

**expensive**
128:6 175:14
192:18

**experience**
9:22

**explain**
183:25
195:14

**explained**
110:2

**explains**
148:12

**export**

149:25

**exported**
149:17

**Express**
157:5

**extremely**
192:18

**eyes**
153:11

———————

**F**

———————

**face**
156:14

**fact**
30:6 44:8
138:23

**factories**
161:18
162:3,13

**factory**
137:13,20
150:2

**facts**
68:14

**failed**
90:8 91:1

**falls**
184:18

**familiar**
20:7,10,19,
23 21:1
22:18,20
40:1,16 92:2
162:20 167:8
178:23 181:5
182:13

**family**
31:8,12,13,
18,23 32:1,

5,20 33:3,4,
10 165:5,23
166:3,14

**family's**
34:11

**fast**
112:24

**father**
14:3 172:21
179:25
188:25

**father's**
14:4

**favor**
159:5,10
192:6,8
197:9,11

**fee**
51:22,24
59:9,20
118:16
176:4,9

**fees**
51:23 53:4,5
59:5 60:7,17
61:21 62:1,4
64:8 94:1,2

**figure**
72:25

**figured**
50:12

**filed**
22:21 97:15,
18

**files**
81:14

**finance**
12:6 61:21
176:3,9
182:22

188:5,6

**finances**
188:24

**find**
45:5 68:2
79:13 80:6,
11 99:6,7
104:12,20
111:4 114:2,
15 115:16
132:5 193:1
197:22,24
198:4

**finds**
198:9

**finished**
90:4

**fire**
136:4,9,11,
13,19,21
137:20,23
194:22

**firm**
3:15

**fit**
152:5 153:2
199:9

**fitness**
167:16,25
168:3 169:19

**Fiverr**
99:17,18
120:10,13,14
131:3

**fix**
193:22

**fixed**
50:12 193:2

**focus**
107:12

Abraham Brach
October 28, 2025

194:12

focused
  194:14

folder
  84:21

forget
  96:24

forgot
  96:25 176:2

form
  4:5 8:14,15
  32:3 33:6
  34:13 39:13
  40:1,19,24
  42:24 46:25
  52:21 56:14
  59:2,8 60:22
  63:7 64:13,
  24 66:5
  67:2,10 79:9
  83:2 86:3
  87:6 89:2,7
  90:10 92:21
  93:3 94:23
  98:23 100:11
  105:4,9,20
  106:16
  110:20 115:7
  118:6 119:10
  121:4 123:11
  124:12
  125:19 127:2
  138:20
  139:23
  140:6,16
  143:16 149:9
  152:1 157:4
  159:17
  160:23
  161:11
  164:3,11
  165:11
  168:16

169:14
170:10
171:15
172:15
176:15
179:4,10
181:19

formed
  105:11
  106:19

formula
  61:2,3,5,9,
  13 64:16
  176:1
  184:15,16
  197:2

formulas
  99:12 108:3

formulate
  98:1

formulated
  197:3

Fortuna
  3:9,13,15
  36:21 111:24
  112:4,8
  122:22
  178:22
  194:24 195:2

Forum
  88:13 92:5

found
  28:9 158:8
  192:7,15
  198:6
  199:22,24,25

foundation
  165:6,24
  166:3,5,7,
  10,14

free

139:18 152:4

freight
  94:1,11,12
  196:14

Friedman
  3:16,17,18,
  22 8:18 20:8
  22:22 23:1
  25:6 26:8,25
  29:8 34:9,18
  35:10 36:23
  38:1 39:10
  41:7,18
  42:18 43:10
  44:11 45:24
  46:5,6,19,
  20,21 47:10
  48:25 49:17
  50:6,24
  51:13 52:18
  54:7 55:21
  58:13 62:20
  63:11 66:20
  73:15,18
  85:4 89:22
  90:12,16,18
  94:20 95:24
  98:17
  104:20,24
  106:22,24
  107:13,14,16
  109:3,17
  110:4,12
  112:16
  116:17
  127:22
  130:19
  143:2,5,11
  147:17
  148:24 149:5
  150:23
  151:21
  153:21
  154:24

155:7,23
156:25
158:10
159:12
161:14
163:24,25
170:19
172:11,19
175:5
176:11,18,22
177:5,15,20
180:5 185:23
187:5,7
191:19,22
192:3 194:1,
5 197:7
199:14

Friedman's
  23:10 96:21
  140:3,8
  192:14
  194:16

frustrating
  68:15

full
  5:2 25:23
  63:4,9 114:8
  151:22
  152:2,16
  154:8

full-time
  131:9

fully
  194:14

functional
  148:6

---

G

---

G-L-A-N-Z
  48:3

game

Abraham Brach
October 28, 2025

113:3

**garbage**
47:6 68:5,18

**gardener**
32:14

**Gaston**
99:16 178:24

**gathered**
7:6

**gave**
6:25 7:1
26:24 62:25
66:12 77:13,
16,19
106:22,25
107:14
148:23

**general**
108:23

**generalization
s**
77:22

**generous**
42:11,12
43:3 66:14,
15,19

**gestures**
4:21

**gift**
139:18,25
140:3,10
157:7

**gifts**
83:24 141:2

**give**
3:4 4:6 6:1
13:21 17:9
18:1 32:15
62:11 65:1,4
66:2 79:19,

24 82:20
99:11,13
125:24
130:16
139:25
140:13 141:1
144:5
157:23,25
158:15
173:17
193:13

**giving**
23:21 62:23
65:7 79:21
159:9

**Glanz**
48:1

**glitch**
198:1

**God**
32:20

**Goflow**
81:14

**good**
3:10 20:21
22:16 63:20
68:7 122:23
128:5 152:17
168:19
188:19 193:4

**goods**
18:13 52:5
54:19 60:14
128:3 170:7
195:17
196:18

**Google**
84:25

**gotta**
71:1

**governing**

40:17

**GP**
16:8,10

**graduate**
9:6,8

**graduated**
9:22

**graduating**
9:12

**graphic**
99:19

**graphics**
107:3

**greatly**
196:6

**greedy**
91:12,13
101:24

**Green**
66:6 68:23
147:13

**Gross**
189:2

**group**
3:20,21
85:10 144:25

**groups**
12:2 166:23

**grow**
24:15,22,25
32:8 85:23
109:7

**guess**
17:6,9,22
23:21 28:24
46:8,11
76:22 77:4,5
90:20 114:16
126:16 127:3
138:3 145:5

148:12,17
157:18 161:2
167:3

**guesses**
18:1

**guessing**
18:5 24:7
26:17,19
148:21

**guide**
109:25

**guy**
66:14 122:6,
8

**guy's**
83:8

---

**H**

**half**
199:5

**hand**
3:2

**handbook**
150:16,17
156:5,7

**happen**
157:25
201:12

**happened**
35:25 49:20,
21 61:25
130:6 153:14
158:4 176:10
182:18
198:18 200:9
201:10
202:8,12

**happening**
182:3

Abraham Brach
October 28, 2025

**happy**
65:9 87:25
91:10,12,15

**hard**
12:10 32:25
34:3 76:3,4,
5,9,14,16,
17,18,21,25
77:8,10
109:6 132:20
134:12 200:2

**harder**
202:4,6

**head**
16:13 73:7
80:8,22,25
135:7 181:23
182:3

**headaches**
11:14

**health**
42:18

**hear**
4:11 13:17

**heard**
3:14 4:16
40:7,8 46:1
83:15,19
158:6 166:21

**heavier**
153:11

**helped**
10:24,25
32:21 33:2
34:10 36:6,9
48:5,6 86:16
109:7

**helping**
23:11

**helps**
36:8 184:4

**Hershey**
66:6 68:23
147:13

**hey**
197:19 200:7

**high**
9:2,3,9,12
54:22,23
88:17,22
89:14 146:1

**higher**
42:8 50:23
51:14 52:23
53:14,15
54:2 60:18
170:6

**highest**
8:25 170:25

**hire**
32:4,5,7,8
35:24 86:6
90:5 91:3
96:9

**hired**
23:15 35:17,
25 36:4,10
85:19,20
90:25 91:5,
18 153:25

**hiring**
32:12

**historically**
8:2

**history**
26:3,5

**hold**
9:18 95:21
101:7,8,9

**holder**
101:5

**holding**
53:22,24
55:1 95:1,4,
8 175:12

**holiday**
41:8 42:1,2,
9,14 43:7

**Holland**
125:1,2,4

**home**
5:4 121:8,
16,18,19
122:5,7
161:2 180:14

**honest**
21:4,24
22:12,13
65:7

**Hong**
63:25

**hours**
25:7 142:2

**house**
58:21 73:24

**huge**
199:8,10

**hundred**
187:22 195:8
196:16

---

**I**

**idea**
30:2 69:2,3,
4 77:7 81:25
143:3 146:25
147:5

**ideas**
14:23 26:6
107:2

**identification**
155:3 181:1
183:15

**identified**
89:4,13
90:11 106:5,
6 154:23
187:5

**identifies**
185:22

**identify**
184:4 191:4

**illustrating**
49:10

**Ilowitz**
3:18 20:24
22:14,22
49:1,17
50:6,24
51:14 52:18
54:7 55:21
58:13 66:20
73:16 76:11
85:4 94:20
95:24 96:20
98:17
104:20,24
106:24,25
108:18,20,23
109:11,15
110:12
112:11,16,23
113:1 116:17
122:4 123:2
124:4,6
125:24
126:2,19
127:22
130:19
147:18
148:24 149:5
150:23
151:21

153:21,24
154:18,24
155:23
156:10
159:12
160:18
161:14
163:24 164:1
170:19 175:5
176:22
177:6,16,21
180:5 187:10
192:4 194:1,
5 197:8

**Ilowitz's**
85:9 112:22
176:12,18

**images**
118:7,8,10,
22 119:2,6,
8,22 120:19,
23 129:3,5,6
130:10,11,
18,20,22
131:14

**impair**
5:25

**implement**
90:9

**implemented**
49:8 68:14
92:8 93:11
94:8 95:9,13
176:6,9

**implementing**
94:19 95:4

**import**
60:7

**importance**
15:16

**important**
15:15 26:13

**imported**
103:2

**importing**
170:8

**Imports**
3:19

**incentivize**
54:25

**incident**
114:11,13

**including**
155:23

**income**
38:23 39:3

**incorporate**
112:12

**incorrectly**
190:3

**increase**
145:19

**increased**
11:9

**Incremental**
97:2

**Incrementum**
97:1,3

**independent**
18:14 40:5,
17,21,25
41:4 92:18
93:1 95:17
131:4,5

**India**
17:13 99:13

**individual**
20:8,24
82:22,25
83:16 84:4
98:16 110:11

112:15 115:4
116:16
123:3,7,22
127:21
145:16
147:17
148:23
150:22
189:13

**information**
7:6,16 18:21
30:12,16
33:16,19
34:1 40:12
41:16 47:24
49:25 57:18
61:16 64:15,
18 65:24
66:2 68:17
70:10,25
71:4 74:4,5,
22 75:1
76:13,18,20,
24 77:3,13,
15,18,24
78:3,8,11
79:1,3,11,
15,17,20
80:5,7,10,
13,15,17,25
81:14,15,18
82:1,3,6,10,
22 83:3,4
97:25 98:18,
20,25 99:4,
5,8 102:6,11
112:10
115:18
123:13 125:3
126:22
127:4,6,12
128:19
129:22,24
134:11,16
135:2,8,18,

21 136:8
149:16
150:10
155:20
156:21
158:15
159:13
165:21
183:18,19

**initially**
153:24

**insert**
100:25 101:3
139:8,10,11

**instance**
130:10
170:12
171:19

**instances**
157:20
192:5,11,12

**instructed**
150:23

**instructions**
151:6

**insurance**
42:19 59:14,
19 60:4

**intensive**
110:4

**interest**
15:10,13

**international**
110:13,16

**inventory**
49:11,18
54:14,15,17,
24,25 68:4,
10,18 69:7,
8,12,19,22,
25 70:6

Abraham Brach
October 28, 2025

71:24 72:1,
11,15 94:9
113:4,5
116:5 136:6
168:10
183:23 184:1
186:7 187:6

invoice
52:12 171:20
172:1
197:16,23

invoices
171:12
197:14,18
198:2

involve
107:25

involved
27:15 42:2
53:6 90:1
119:21
127:11 150:2
154:20
160:10
181:21

Israel
17:14
177:16,19

issue
89:4,8,15
90:12

issued
88:1 94:18

issues
31:6 113:4
192:4,9

issuing
46:14

item
72:18,20
73:4 100:21

103:5 151:10
198:10,22
200:3

items
25:13,14,19
68:6 69:10
72:24 73:1,
10,17 82:15
94:6 100:15,
19 113:6,7
115:19
117:24 128:5
136:4 145:23
146:2,13
154:1,11,13,
14,15
158:18,19
167:25 168:3
169:24,25
200:17

---

**J**

---

Jack
18:22 39:20,
21,22,23
41:12 179:16
188:2,12,24

jack-of-all-
trades
188:10

January
5:8 186:22

Jeremiah
14:7,13
15:7,18
27:11 38:5
49:4 50:1,2
55:5,10,12
61:10 91:24
92:14 97:5
116:3 127:7,
9 142:8

147:13 148:1
151:17
160:13
185:10

Jerry
35:19 39:14,
20,23 41:12
58:7 66:12,
14,18 87:10,
13 98:2
112:11
123:23
153:12 154:3
155:18
173:18 197:2

Jim
83:5

job
9:25 32:15
78:20

John
99:15 178:24

join
82:8

joint
152:8

Judaism
21:23

judgment
152:5 153:1

---

**K**

---

keeping
139:1 149:20
175:15,17
188:17

keyboard
85:12,15
101:7,8

keywords
108:16

kick
43:21

kickback
137:9,10,12

kickbacks
54:16 68:7
74:2 136:19
137:17,23
161:24
162:7,9

kicked
42:8

kind
7:7 9:11
31:10 43:7,8
71:23 73:25
81:20 82:8
107:2 109:11
122:11,14
125:3 167:15
182:2 189:8
198:5

kippah
21:5

Klein
183:14

knew
30:18 101:19
109:17,19,20
110:5 136:2

Knight
125:1,2,4

knowing
78:24 202:11

knowledge
63:5 131:18
168:8 177:11

Kong

Abraham Brach
October 28, 2025

63:25

**L**

**label**
101:25 103:9

**labeled**
172:1

**laborers**
122:2

**land**
195:22

**landed**
51:8,9 60:9,
24 149:14
195:17
199:10

**language**
150:14

**laptop**
160:25

**laptops**
5:22

**larger**
189:17,19

**Laser**
157:15

**late**
3:12

**law**
141:17

**lawyer**
79:18,19,21
80:24 93:9
135:15

**lawyers**
45:12 77:11
98:8,11,12

**Lazer**

3:19 34:19
70:9 81:20
83:21 84:3
109:5,20
125:24 126:2
131:18 132:1
144:23 155:8
194:9

**Lazer's**
134:22

**leadership**
86:6

**learned**
80:14,18,20
162:15

**learning**
154:6,7

**leave**
48:20 136:24
139:17 140:1

**left**
30:21,22
33:22 48:24,
25 49:1
69:7,9
70:11,24
72:11 76:5
80:22 84:7,9
120:5 135:3
185:22 196:2
199:13

**legal**
94:2 118:16

**letter**
84:12,14,16
124:21
142:23 143:9

**letterhead**
124:17,25
142:14

**letterheads**

117:9

**letters**
142:20
143:1,6

**Lev**
166:17,22

**level**
8:25 24:15
115:17
184:3,6

**levels**
195:21

**liability**
59:14 60:5

**license**
124:7,8,16,
20 125:8,9,
11,12,15
126:5

**licenses**
9:19 125:22

**lie**
32:16

**lied**
137:6 156:14

**life**
43:20

**Lifepro**
167:9,11,18
168:4,7,10,
12,24 169:3,
6,9 170:1

**light**
169:23

**limited**
180:3

**limits**
38:16

**lines**

93:9

**list**
52:11 64:1
72:24 193:13

**listed**
186:20

**listing**
148:25

**lists**
138:12,15,18
139:1 185:19

**litigation**
191:25 192:2

**live**
150:4 174:1,
3,13

**LLC**
3:20,21

**LLCS**
15:25 16:18

**loans**
179:8,13

**located**
12:25 19:22
23:3 84:17

**location**
36:1

**log**
156:19,20
201:19

**logistic**
175:9

**logistics**
52:4,8

**logs**
174:7,8
200:3

**long**
11:3 13:19

Abraham Brach
October 28, 2025

20:18 23:19
58:24 97:19
168:12,18
174:18

long-standing
123:4,9

longer
11:14 41:7,
18 90:17

looked
7:4 34:15
55:14
102:10,13
120:4,7
135:25
158:11
172:17

Los
37:1

losing
54:19

lost
89:18

lot
17:12 21:3
43:1,8 62:21
63:8,9 64:21
74:23 75:15
107:2 109:4
126:16
128:14
131:11
134:11,17,20
153:12
157:14
174:15
182:17 188:4
197:24

lower
94:19 146:7
170:8,13
171:24

lowering
192:17

lowest
171:1

loyal
31:21

LRI
3:20

lunch
111:25
122:18,20

————————

M

————————

machine
134:22

made
23:13,25
30:19 31:2
32:10 33:3,
10 43:1,4
54:20 55:10,
18 60:2
89:23 113:17
121:23
136:16
151:11
152:19
153:10 154:4
166:13
182:10 192:8

mail
83:24

mailed
83:23

mailing
83:10

mailings
83:12,14,16

main
182:25 189:4

maintain
90:6

maintained
19:17 30:25

maintenance
32:13

major
137:7

make
24:15,19
25:1 43:6,
15,23,25
44:25 55:24
56:24 62:10
80:2 86:6
87:24,25
91:10,14
153:15 160:2
192:18,21
200:8

makes
32:21 122:10
152:19 158:3
167:3 173:1,
3 182:23,24
199:8,10

making
24:16 65:8
122:6 135:20
165:24 196:6
200:7

manage
200:2

manager
13:24 23:2,
14,15,18,20,
24 24:6,19,
22 25:2
78:15,16

managers
78:24,25

managing
24:1,2

manipulated
145:17

manner
163:7

manually
198:21

manufacturer
101:20 117:7

manufacturers
171:12
173:11

manufacturers'
151:23
152:10

manufacturing
114:25 115:3

March
22:21

margin
128:7

margins
149:14

mark
180:19

marked
27:10 49:4
87:9,13
91:24 97:5
142:7 180:25
183:10,14
185:10

market
108:4

marketing
3:20 82:8
83:10,11
94:1,11,12,
16 95:18,25

Abraham Brach
October 28, 2025

96:3,5,10
145:17
182:20

**marking**
180:20

**Martin**
88:10 92:4

**Mastermind**
143:3

**matter**
201:8

**meaning**
73:15 110:12
112:16
116:17
148:24
150:23

**means**
92:17 93:10,
12 114:23
135:17
190:18
196:1,3
197:18 199:9

**measures**
156:9,17
197:6

**medical**
5:24

**medication**
5:23

**meeting**
133:2,4,5,17
134:1

**meetings**
131:16,19,
21,24 132:8,
11,12,15,24
133:13
159:14

**Meisels**
35:13

**members**
32:6

**memorizing**
20:22

**memory**
26:18 98:7

**mention**
85:20 194:6

**mentioned**
138:25

**merchandise**
95:18 137:11
145:23

**mess**
73:12,13
192:19

**messages**
8:10,14

**Miami**
174:14,16,19

**Microsoft**
128:17
133:21

**Mike**
99:10

**million**
31:25 33:3,
13 69:11,14,
20,22,24
70:2,6

**mindset**
91:16

**minimal**
111:15

**minute**
146:20

**misrepresenting**
147:19

**missed**
193:7

**mistake**
197:9,10
198:19

**mistakes**
198:5,7,14,
17

**ML**
3:19

**model**
200:11,12
201:24

**Moises**
3:18 8:11,
12,17 20:8
25:6 26:8,24
29:8 31:4
35:10 62:20
73:18 106:22
109:3,17
139:7,9
140:2,8
143:2,5,7,9,
11 144:3,22
145:3 185:23
195:11
199:14

**moment**
16:22 48:15
103:25
104:16,18
114:16
138:10

**money**
25:1 32:11,
13 33:9
43:1,9,10,15
54:18,19,20

56:24 67:6
122:6 137:20
140:9 141:2
164:7 173:1,
4 190:16,22
191:9 196:4,
6

**Monroe**
23:3 24:5
174:4,5,11

**month**
174:25 175:1
184:12
187:17

**months**
23:22 26:21
68:12
174:22,24
175:1 197:25

**moorage**
51:23

**morning**
3:10

**mother**
31:14

**mount**
100:24,25
101:3,5,12,
15 102:23
103:3 104:9,
11 116:25
117:3

**move**
54:25

**moved**
73:11 95:15

**moves**
11:10,12

**Moving**
151:20

Abraham Brach
October 28, 2025

multibillion
86:13,14,17

———————————

**N**

named
20:8,24

names
16:3 131:12

natural
22:13

nature
115:20
161:22

navigate
109:24

necessarily
91:4 187:24

needed
10:1 113:14
117:25 193:2

negative
47:6

negotiate
151:22

negotiates
173:10

nephew
167:12

net
29:9 37:18
45:24

never-ending
192:24

nice
65:7 174:21
182:9

Nicholas
3:13

nods
4:21

noncompetition
30:16

nonprofits
165:8

normal
31:6

notes
45:17,21,22

Nothing's
73:3

number
17:5 18:2
32:7 49:10
52:3 60:3
62:10 69:17,
23 70:12,15
71:25 73:14
87:3 94:4,5,
6 145:24
146:5,6
149:10
151:10 186:4
195:6 201:5,
11 202:2,6

numbers
20:22 23:6
34:16 63:21
64:20 70:4
72:19,20
73:4 82:14
187:12,14
196:16,20
202:4

Nutrichef
16:19

———————————

**O**

oath
4:7

object
89:1 168:24

objection
7:21 32:2
33:5 34:12
36:14 39:12
40:19,23
42:23 46:24
52:20 56:13
59:1,7 60:21
63:6 64:12
66:4 67:1,9
79:8 83:1
85:8 86:2
87:5 89:6
92:20 93:2
94:22 98:22
100:10
105:3,19
106:15
110:19 115:6
118:5 119:9
121:3 123:10
124:11
125:18 127:1
138:19
139:22
140:5,15
143:15 149:8
151:25 157:3
159:17
160:22
161:10
164:2,10
165:10
168:15
169:13 170:9
171:14
172:14
176:14
179:3,9
181:18

obtain
123:5

124:15,19
125:3,10

obtained
127:12

obtaining
179:13

occasions
58:8

occur
114:9

occurred
127:14

October
88:2 92:10
180:22

offered
106:23

office
12:17,19,21,
25 17:7 20:5
25:11 61:15,
19,20 65:21
81:3,4
109:25
173:21

official
13:24 14:11,
14 162:5

officially
195:10

one-time
175:19,25

online
24:24 150:4
190:23

open
80:3 81:1

operating
78:18 128:24
129:2 194:6,

Abraham Brach
October 28, 2025

18

**operation**
12:4 129:12

**operations**
181:25
182:22

**opportunities**
128:8

**order**
55:12,15
56:5,16,19,
23,25 57:2
58:1,3 64:17
113:11,13
114:22,24
170:5 171:10
193:23

**ordered**
55:16 56:12,
23 57:13,15,
25 113:12
114:3 136:21
137:23

**ordering**
55:22 112:23
113:2,24
114:1,5,7,8
115:5

**orders**
55:10,13,16,
25 56:2,22
76:23 82:14,
23 112:17,18

**organization**
19:19

**organizational**
19:8,16,25
180:23,24
181:4,16
182:7

**organizations**

**organize**
88:7

**organized**
149:16

**original**
98:6 170:21

**out-of-stock**
115:23
116:5,9

**outbound**
24:2

**outlet**
190:5

**overgenerous**
65:5 66:13

**overhead**
178:10

**overlook**
90:3 152:18

**overseas**
12:20 13:6,
10 18:7,11
19:3

**overstock**
154:11,13

**overview**
90:5

**overwritten**
71:18,20,23

**owned**
76:10,12
163:1

**owner**
14:12 141:21

**owners**
167:11

**ownership**

14:25 15:3,4

_____

**P**

_____

**P&l**
33:22 65:1

**P&ls**
65:3 196:19

**p.m.**
202:15

**packed**
24:1

**packet**
182:15

**pages**
159:3

**paid**
19:3 23:5
29:8 30:3
42:3 43:2,4,
8,19,22
46:11 47:9
52:16 66:20
67:7,14,18,
23 73:19
90:17 96:3
99:17 103:10
105:7,8
119:11
154:18
157:22
163:25 164:8
166:13,16
170:20
177:7,17,22
190:19
201:7,10

**paper**
75:16 90:22
91:5

**papers**
7:1

**paperwork**
7:15

**paragraph**
29:5,20
30:17 36:24
89:9,11
98:13,15
110:8 112:10
116:15,23
117:22 123:1
124:2,3,5
126:18
127:20
145:14,15
147:15
148:4,22
150:6,21
151:10
159:20
160:18

**part**
21:21 22:3
27:24 31:3,
24 32:24
35:20 46:21
47:10 60:13
81:11 83:8
89:8 92:24
104:19
106:18
107:11 110:1
147:7 165:1,
6 167:4
188:6 195:4
196:23

**partners**
15:5

**parts**
10:12,20,22
33:24

**party**
175:9,18

Abraham Brach
October 28, 2025

**passwords**
156:18,20,
21,22

**past**
83:17,19
103:7 142:11
151:20

**patience**
3:11

**pay**
24:21 27:22
28:1,25
39:2,5,10
41:8 42:1,2,
9,10,11,12,
14 43:7,8
44:2,4 46:21
47:10 59:13
65:7 101:25
106:17
118:16,24
121:8 137:13
139:19,24
140:3,10
141:6,7,9
143:12
158:1,7
163:9,12
167:5 168:6
170:8,13
171:24
178:5,16
189:11

**paying**
38:1 45:24
50:5 88:16,
22 89:14
120:8
165:13,14
166:17
170:5,6
176:12
188:15

**payment**
31:6 38:13
47:12

**payments**
29:14,15
120:3 166:13

**payot**
21:6

**Paypal**
117:24
118:3,19,24
119:3,11,12,
13,15 120:8,
24 121:11,12
140:9
143:12,17,18
144:4,5,7
157:6

**payroll**
18:18 30:7,
10 38:9,12,
18 39:2,10,
15,18 41:21
42:15 43:22
44:8 46:10
165:14
166:12,18,20

**pays**
41:11 42:10
165:6

**PDF**
158:24

**peak**
24:21

**penalties**
4:8

**pending**
4:25 19:18

**people**
11:21,23
12:2,4,9,11,

22 13:6,9
15:14 17:18,
24 18:6,10
19:3 24:2,4,
7 32:9,21
64:21 65:8
72:8 79:6
81:22 86:7
87:25 91:10,
11,12,13,15,
21 109:10
115:25 116:1
120:10 125:5
127:4 132:4
134:8 138:3,
12 139:20,24
142:21
143:1,4
147:11,12
155:14
162:15
166:20 178:2
188:15 198:3

**percent**
15:18,20
29:8,18
37:18 45:24
46:2,15
59:13,17,22,
25 67:23
68:1 177:23
178:4 187:22
195:6,7,9
196:16

**percentage**
15:9,13

**perform**
95:17

**period**
66:3 71:11
116:6,10
158:25
186:19

**perjury**
4:8

**Perpetual**
96:23,25

**person**
21:22 31:11
90:2 140:1
144:10
178:15,23

**personal**
143:11 157:9

**personally**
75:20 111:19
115:8,24
117:4,21
127:3 147:10
150:19 151:3
160:8 161:12

**Philippians**
131:2

**Philippines**
17:13 131:9

**phones**
5:22

**photography**
99:10 120:19

**picture**
138:2

**piece**
82:12

**pieces**
65:17 198:11

**pits**
136:4,9,11,
13,20,21
137:20,23

**place**
56:21 109:21
150:9

Abraham Brach
October 28, 2025

places
  65:18

plaintiff's
  147:16
  150:21

plan
  136:17,18
  137:7

plate
  167:21 170:4

plates
  169:15

playing
  113:3

plug
  130:1

point
  24:9,16
  29:19 90:4
  91:18 95:3
  103:23
  110:24
  113:12 114:4
  145:3 172:25

pointed
  88:16,21

points
  153:3,6
  157:14

policies
  140:18 150:9
  161:16,17,20

policy
  44:23 140:25
  162:1,5,12,
  16,18

port
  53:2,3

portal
  65:16,20

109:25

portfolios
  85:24 86:7

portion
  39:6

ports
  175:15

position
  10:6,8 11:4
  25:3 32:24

Power
  33:23 48:1,4
  65:22 70:19,
  20 71:4,5
  74:8,9 76:22
  128:15,18
  185:17
  192:5,23
  193:11

PPC
  74:12,13
  107:17
  108:13,16

preparation
  6:21

prepared
  4:4 7:23
  8:5,7,9

prescribe
  130:11

present
  152:11

presenting
  153:20

president
  172:23

previous
  105:13
  109:21

previously
  48:17 85:6
  100:20
  109:16

price
  107:19 108:3
  146:1
  149:11,19
  152:19 160:1

prices
  145:17
  149:12
  159:22,24,25
  160:5 173:11

pricing
  108:1 148:25
  149:6 151:23
  159:12
  160:14

primary
  180:6

prior
  28:18 85:6
  123:20
  152:9,15
  153:18
  165:22 180:5

private
  132:9

pro
  180:13

problem
  32:18 36:8
  178:19
  192:24

problems
  28:9 48:6

procedures
  128:24
  129:2,13

process
  14:20 165:2

processes
  128:25

procure
  116:22

procured
  116:17

produce
  120:19

product
  47:3,9 57:13
  59:14 60:5,9
  61:1 101:2,
  25 103:11,
  14,17 104:8
  105:10,11,15
  112:22
  113:2,14,20
  128:3 137:3
  139:7,9,13,
  18 149:2
  150:4 153:19
  170:21
  173:15
  178:14
  180:7,11
  184:5,17
  185:20,24
  186:2,7,13
  187:1,4,6
  192:13
  193:11,14
  196:8 198:25
  199:1,2,4
  202:7

production
  114:20,21
  150:25

products
  10:24 11:5
  24:23,24

Abraham Brach
October 28, 2025

26:1 43:11,
15 46:20
51:1 57:3
58:2,15,20,
21,23 59:14
67:18 72:15
73:5 74:12,
16 75:5
78:12 79:12
80:14,19
85:3,6,9,21,
22 86:24
95:25 96:21
99:14 100:4
104:21
105:1,18
106:10 107:2
110:14,18,
22,25 111:2,
4,10 113:16
114:15,20,25
115:3,5,10,
23 116:18,21
117:5,15,17
130:19
131:14
136:2,3
138:13
142:22
145:18 146:8
149:6 150:25
151:1,24
152:6,11
153:5,8
154:6 159:23
160:6 161:15
163:11,22
164:1,9,23
165:2 167:18
168:13,25
169:9,11,19
171:11
175:4,17
176:12,18,
19,21,22

177:5,14,15,
20 180:1,11,
17 184:7
192:14
195:6,8,9
199:16,23
202:11

**professional**
11:25

**profit**
65:14 66:3,9
99:1 153:9
170:18,24
171:2 176:4
192:20

**profitable**
153:18

**profits**
29:18 33:11
46:3,15
58:20 62:8,9
64:23,24
65:12 67:21
108:2 152:20
184:22
192:21
195:23,25
196:2

**program**
84:22 141:6

**programmers**
171:8

**programs**
27:7

**prohibiting**
150:8

**project**
90:8 91:1,8

**pronounces**
167:14

**proof**
75:2

**proprietary**
98:18,20
99:3

**protected**
155:21

**prove**
103:25

**proved**
143:7

**provide**
97:25 108:19
109:13 166:9
192:10

**provided**
98:19 107:16
108:21

**providing**
109:9

**provision**
30:17

**public**
175:15

**pull**
33:20 57:20,
22 115:17
116:12
133:18

**pulled**
134:22

**pump**
186:17

**purchase**
100:17,19
117:24
118:2,10,11,
12,18,21
136:14
151:23

**purchased**
10:24 75:12
117:6 118:7,
22 119:2,8,
23 120:18,23
121:2,5,7,10
138:13
147:18
160:18

**purchasing**
11:5 25:12
157:13,16

**pursue**
9:11

**put**
25:12 50:11
51:2,8 52:23
53:1,7,17
56:15,18
61:12 72:18
76:4 103:14
130:3 139:7,
10 157:8
195:21

**put-away**
51:24 53:4

**putting**
105:15
151:21
153:19

**Pyle**
16:19 182:25
183:3,4,7

---

**Q**

---

**quantity**
113:14

**question**
4:11,13,16,
24,25 15:17
21:24,25

Abraham Brach
October 28, 2025

22:6,9 41:3
51:11,18
86:9,22,23
89:2 95:22
111:6 134:10
159:19 172:5
182:11,12,14
183:21
194:24

**questioned**
169:1

**questions**
4:1 41:22
98:8 109:10
156:16
191:11,13
194:23
202:14

**quickly**
158:11
184:4,19

**quiet**
31:19

---

**R**

**rabbi**
35:16,17

**rack**
100:23,24,25
101:3,4,5,9,
11,14 102:23
103:3 104:9,
11 116:25
117:3,13

**radio**
180:13

**raise**
3:2 7:21
24:13,18
192:4,9

**ran**
115:5 178:2

**random**
13:12

**rated**
184:8

**rates**
175:9 192:17

**rating**
183:23
184:1,6,10

**reach**
33:25 34:3

**read**
28:2,4,5,8,
12,15,18
45:11 93:6,
8,23 125:5
138:21
140:24
185:14

**ready**
104:1 134:10

**real**
73:23 190:9

**realize**
37:7 200:8

**reason**
62:19 139:2,
3,4,5,6
178:6

**reasons**
54:15

**rebate**
143:24

**rebates**
143:13,19,23
144:6
172:12,19

**recall**
12:8 16:21
19:7 35:14
36:10 47:13
75:15 84:13
85:17 98:4,6
108:9 134:12
170:3 178:4

**receipt**
157:24,25
158:1

**receivable**
198:9

**receivables**
189:1,5
191:5

**receive**
29:21 42:18,
21

**received**
9:1 38:15
41:8,19
47:12 93:20

**receiving**
95:5 161:17
162:12

**recently**
84:13

**recess**
36:19 112:6
122:20
178:20

**reclassified**
170:20

**reclassify**
170:7 171:10

**recognize**
27:13 49:6,7
87:20 97:10,
24 142:9
183:17

**recommended**
94:25

**record**
27:3 66:16
70:7 72:21
73:9 75:6
79:20,21,24
83:25 84:1,2
95:14 103:6,
9 120:22
131:23 132:6
133:4,10,13
134:15,24
180:22
198:13
200:14,16
201:15

**recorded**
133:1,6,8

**recording**
5:17,19
133:6,18,24

**records**
26:15,23
27:3,6 64:4
65:13 68:16
75:8 81:8,
10,11 95:12
103:15
104:17
108:5,8,9,
10,11,14
120:1,2,16
132:5 134:19
144:8
146:15,22
200:3
201:17,18,22

**red**
169:23

**reduced**

Abraham Brach
October 28, 2025

relationships
104:25
105:5,16
106:2,4
123:25 128:2

religious
21:4,6,9,11,
16,20 165:8
166:22

remaining
13:5 17:10

remember
29:17 36:16
48:21 63:14,
18 70:14,17
73:7 84:15
94:13 99:20,
23 108:11
119:24
123:12
133:9,14
175:23
195:11
201:13,14

remind
104:13

reminding
11:22

remote
17:12

remotely
17:24 18:6

rep
124:15

repeat
146:3

repeated
4:12

rephrase
4:14

report
11:20,21,23
12:2,9,12,
14,22,23
69:18 71:6,8
75:14 87:15,
17,21 88:1,
15,20 89:21,
25 92:1,4,9
93:6,25
94:18,25
95:5,16,23
185:15,17
186:13,20,24

reporter
3:1 4:3,20
5:20 181:2
183:16

reporting
11:24

reports
6:24 7:3,4
11:16 33:21
38:22 74:6,
7,8,10,13,
15,20,24
75:1,13,17,
19 76:23
87:11 98:24,
25 99:1,2,24
100:6
115:13,15,
16,22 116:5,
9 128:21
158:10,22,23
159:1 170:24
171:2 172:18
191:18,20,
21,23
192:20,25

represent
3:15

representative

177:22 178:6
195:5

refer
3:19,21
88:23

referred
116:22

referring
45:18 149:23
151:14
191:21

refers
148:12,17,18

reflect
182:15

reflective
67:7

refund
46:22 47:10
164:8

refunded
164:7

refunding
47:8

refunds
143:25 144:2

regularly
185:6

reiterates
92:16

relates
82:23

relating
34:1 148:25

relationship
75:13 105:9,
12,13 106:19
123:4,9,21,
24

126:20

reputation
152:22,23

requests
193:24

required
4:2 49:18
150:7

resold
163:25

respect
109:12

responded
98:11 191:19

responding
22:10

responses
4:20

responsibiliti
es
9:25 10:19
11:11,13
13:9 14:9,13
18:10 23:10,
24 24:8 25:2
28:22

responsibility
11:8 35:21

restricting
150:9

result
66:24 86:5
169:3

results
86:23

retail
189:13,16
190:5,10,15
191:2

Abraham Brach
October 28, 2025

retailer
  190:4
retain
  138:18
  146:18
  149:11
return
  46:21 162:21
  163:5,16,20
  164:13
  165:2,3
  193:11,12,13
returned
  47:7 163:22
  164:9,22
  193:15
returns
  163:8,10,13
  164:16
  193:9,10
revenue
  34:10
revenues
  34:22,24
  35:7
review
  6:20,23 8:9,
  23 58:3,5,6
  76:24 81:21
  119:25 120:2
  139:17
  140:1,14
  141:2,6,8,9
  144:1,7
  158:9
reviewed
  191:17,20
reviews
  37:8 139:20,
  25 142:22
  143:13,25
  144:12

145:10 181:6
risk
  195:21
role
  37:14 154:9
  172:22 176:7
  179:25
roles
  153:25
roll-over
  43:17,18
room
  5:18
rounding
  60:3
rules
  40:16 41:6
run
  129:13
  135:11
  160:19
  190:22
running
  10:11,12,13,
  17
runs
  14:1 141:11
Ryan
  142:18 145:7

————————————
            S
————————————

S-H-M-U-E-L
  48:3
safety
  195:21
salaries
  43:5 88:17,
  22 154:21

salary
  38:1 42:4,5,
  6,8 45:3
  89:14,22
  90:17 154:18
sale
  86:5 178:16
sales
  10:25 11:6
  16:8,10
  26:1,4 29:9
  34:1 37:18
  45:25 59:17,
  25 62:7
  67:8,17
  69:20 70:2
  74:11 82:14,
  15,16 86:20
  89:10 99:1,
  24 100:3,6,
  8,13 113:19
  132:11 134:1
  136:14
  145:18,19
  146:1,12
  147:2,3,4
  149:1 177:13
  178:15
  182:18
  184:3,21
  185:20
  187:16
  190:23
  193:23
  197:19,20
  201:3,6
sales/buyers
  88:24
Salespeople
  12:4
sample
  117:11

samples
  101:22
  102:18,20,21
  116:18
  117:10,17
Sat
  25:7
save
  100:4
saving
  32:13
school
  9:2,4,9,13,
  22
schools
  167:1,6
scooter
  83:6
scooters
  147:18
screen
  71:15
screenshots
  70:22,23
screw
  91:16 137:10
screwed
  136:5,11
sea
  53:9
Sealer
  139:14
Secondary
  105:10
secret
  129:21
  130:17
secrets
  127:23,24

Abraham Brach
October 28, 2025

128:8
154:23,25
155:2,20

**security**
39:6 156:9,
17

**select**
96:8,20

**selected**
96:12,14

**selecting**
180:1

**sell**
24:24 25:14
43:14 67:18
68:19 85:5,
22 101:18
113:7 117:15
128:4 136:17
137:3,7
154:1,7,15
163:11
167:17
178:13
180:1,16
183:5 184:3
190:12

**seller**
109:23
190:10,11
191:3

**sellers**
112:22

**selling**
74:11 82:4
101:11
113:6,7
136:4
145:23,25
168:13,25
169:11 170:1
173:14

180:12

**sells**
71:24 74:11
81:19 126:12
128:4 167:18
168:3,4
169:15 170:2
177:19
178:11 183:6
184:5,8,20

**semi**
62:17

**send**
101:25
102:18
124:25
142:21
143:6,8

**sense**
121:23
122:10
152:19 158:3
167:3
182:23,24
200:8

**separate**
53:20 59:18
87:11 117:25
164:14,17,
18,19 194:18

**September**
186:22

**Serenelife**
16:19

**service**
10:3 18:13
118:11,12,
15,17,18
129:8,10,18,
22 130:2
182:20

**services**
118:20
120:17,21
166:9

**set**
48:4,5
150:13
160:2,3

**shambled**
91:20

**share**
14:15 84:8,
9,19,20
155:15
164:15 168:9

**shared**
14:14 84:21

**Sharepoint**
20:1,3 65:21
84:24 85:1

**shift**
25:3

**ship**
52:5 82:14,
23 137:1
164:22 199:4

**shipment**
113:10
136:16,24
137:5

**shipments**
24:3 173:9

**shipped**
51:12 52:13
103:17
200:17,19

**shipping**
50:14,17,24,
25 51:11,15
52:2,16,25
82:24 192:17

194:25

**ships**
82:16 112:24

**Shmuel**
48:1

**Shopify**
190:7

**short**
36:19 112:6
178:20

**show**
7:14,18 27:9
49:3 87:8,12
91:23 97:4
119:14
134:25 142:6
152:7 153:8
183:9 185:9

**showed**
25:12 27:7

**showing**
25:7 27:3
65:13 68:17
109:22
152:9,15

**shows**
62:23 115:10
135:1 159:14
198:17

**Shulim**
3:18 20:24

**side**
14:12 135:16
143:19
153:12
156:11 178:2
189:16,18,19
194:7

**sign**
26:7 150:7

Abraham Brach
October 28, 2025

signed
    27:18,21
    150:11,15
signs
    124:23
similar
    135:17
    186:13
single
    126:4
site
    130:12
sites
    133:17
sits
    122:1
sitting
    54:18,24
    68:5 184:5
situation
    44:9 170:16
    195:15
size
    34:10,21
    86:25 189:15
skip
    29:13
SKU
    186:4,13
slide
    42:5
slowing
    114:5,25
slowly
    23:18
small
    90:7 91:1,8
Smith
    83:5

snack
    122:15
snacks
    121:7,9,10,
    14,19 122:5,
    7,11,14
snap
    70:22,23
snapshot
    71:15
Social
    39:6
software
    14:20 18:12
    72:7,8
    128:18,19
    133:6
softwares
    107:22
Sol
    15:8,19
sold
    43:12 46:21
    47:4 58:17,
    20 68:8
    71:25 72:2,3
    73:8,10
    128:3 131:14
    137:8 154:11
    176:11,23,24
    177:6,9,16,
    21 186:14
    187:1
    198:11,12
solicited
    159:12
    160:15
someone's
    72:23 73:24
something's
    193:21

Sony
    86:13
SOP
    128:23
SOPS
    128:22
    129:4,9,10
sound
    3:17 9:23
    13:20 15:1,
    10,21 16:15,
    25 17:1,3
    18:17 19:9
    20:13,17,19
    21:2,18
    22:3,12,15,
    18,21 23:1
    26:7 31:23
    37:21 39:1,9
    42:12 44:14,
    16,23 45:23
    47:11 48:10,
    12,16,18,20
    50:6,13,19,
    23 51:15
    52:4,16
    53:20 58:14
    60:17,19
    64:9 69:21
    70:2 75:22
    80:14,21,22
    81:2,4 84:23
    85:4,5,21,
    22,24 86:1,
    11,12,20,25
    87:1 88:16,
    21 89:4,13,
    22 96:1 99:9
    101:11,22
    102:2 105:6,
    7,13,18,22
    106:1,7,8,20
    107:15
    108:19,21

109:7
110:10,17
111:9,21
112:17
116:18,19
117:7,8,23
118:3,24
119:2
121:12,25
123:3,8,21
124:7,8,17,
19,24 125:7,
12,22 127:23
128:22
129:24
131:15
132:19
133:12
135:3,5
136:10,22
138:11,13,17
139:19
141:4,24
142:20
143:13
144:10
145:1,15,17
147:19
148:5,7,13,
14,19,22
149:21
150:7,10,24,
25 153:15
154:22
157:2,17,18,
21 158:4
159:15,23
160:6
161:15,16
162:11
163:4,19,23
164:14,15
167:17
168:3,6,9,
13,25 169:7,

10,11,16,25
170:7 172:13
175:3 176:3,
11,19,20,23
177:12,18
179:7,13,18
180:1,6,12,
16 181:16
182:1 183:1,
2,22 184:7
186:14 187:1
191:23
194:2,8,11,
14 195:5
196:5 197:4

**Sounds**
21:7 73:12

**source**
85:21,22,25
110:14,17,
23,25 111:1
131:2

**sourced**
46:20 73:6,8
74:17 85:4
96:1 105:1
130:19 137:3
163:23 175:5
176:22
177:6,16,21
178:14
187:4,7

**sourcing**
80:14,18
85:6 86:24
104:19
105:17
106:10
111:10 149:6
152:6 153:4,
18 161:15
182:21

**speak**

4:12 6:9,13
10:21 39:16
72:8 144:16

**special**
115:10

**specific**
71:8 73:17

**specifically**
25:5 77:23
98:21 116:21
118:13 119:1
120:17 129:1
154:24

**specifications**
149:2 150:3

**specifics**
77:22

**spell**
48:2 141:13,
18

**spend**
146:7
174:18,22

**spent**
27:4 62:21
109:4,5
158:2
172:12,18

**spits**
128:19

**split**
14:9 178:1,7
196:3

**spoke**
61:24 112:22
155:9,11,13
165:19
176:10
194:11

**spread**

195:6

**staggering**
54:24

**stamp**
181:13

**standard**
128:24 129:1

**standing**
148:16

**stands**
85:12,15

**start**
3:12 10:13
20:16 94:10
107:12 170:1

**started**
10:17 23:11
25:3 26:12,
21 46:13
54:9 62:14
94:19 95:4
109:18
110:24
140:21
152:21
154:19
168:17
169:10,20

**starting**
34:2 153:3,6

**state**
38:23

**statement**
155:6

**statements**
179:2,7

**states**
17:25 51:13
151:11

**stay**
11:3 31:8
65:8 91:14

**steal**
32:15 73:17
79:14 86:19
91:13 122:3
124:6 125:9
129:15

**stealers**
91:14

**stealing**
7:16 73:24
135:8

**Stevens**
88:10,15,21
89:3,13 92:5

**stingy**
101:24 121:8

**stock**
54:18 112:21
113:8,18
114:15
115:1,5,16
137:4 154:1

**stole**
7:9,11 21:13
54:11 70:23
71:2,3
73:16,18
74:4,6,23
75:1,13,14,
19,24 76:3,
15,17 77:15,
18,24 78:2,
9,16,25
79:2,11,15
80:11,12,16,
21 101:21
136:8

**stolen**
7:19 74:14

Abraham Brach
October 28, 2025

125:6

**stop**
42:13 45:23

**stopped**
29:24 37:25
144:23
195:13

**storage**
54:7,9,23
94:1,11,13
175:9

**store**
64:20 190:7

**stored**
64:19

**storing**
175:4

**story**
162:14

**straight**
62:5 156:14
164:24
176:21

**strategy**
131:22
173:14,17

**street**
5:6 13:4
129:15
155:16,25

**structural**
11:24

**structure**
11:20,25
14:25 15:3,4
19:9 29:16
90:24

**studies**
9:14

**study**
9:16

**stuff**
19:18 54:20
117:18

**subject**
4:7

**submitted**
158:10
191:22

**substance**
6:15

**success**
62:15 63:5

**successful**
26:12,16
32:22 34:18
43:6 58:13,
19 62:20,24
63:2

**suffer**
5:24

**suffered**
196:6

**suggest**
93:25 111:24
114:2

**suggested**
89:20

**suggestion**
93:12

**suing**
169:2

**supervise**
35:22,24
36:1,5,10,
12,16 37:6

**supervision**
36:25

**support**
43:20

**supposed**
188:18
197:20

**supposedly**
127:14

**suspended**
138:25 139:8

**swiped**
73:19

**Swiss**
118:25

**system**
25:11 46:2
47:18 48:4
51:9 52:25
57:24 61:12,
14 76:23
102:7 109:15
110:2,3
116:8
128:16,17
183:23
184:1,23
185:3 187:6
193:14
197:15,17,21
199:15
200:20,21

**systems**
10:25 11:6
25:8,9
102:16
107:21 109:9
149:1

---

**T**

**table**
100:25
104:9,11

**tactics**
108:3

**takes**
39:17 83:3
122:5 178:9
179:15
184:10 188:9

**taking**
5:20 25:10
63:4 68:14
122:7 135:18
154:8

**talk**
30:5 31:20
98:10 107:2

**talking**
7:22 8:1
47:17 62:15
68:10,18
76:9 77:22
80:10 107:9
124:21 134:2

**Talmud**
9:14,15

**Target**
190:24 191:2

**tariff**
60:7 61:7
170:8,14,20,
21 171:25

**tariffs**
60:15,16
61:6,8
170:6,17

**tasks**
13:12,13
62:18

**taxes**
39:2,10
166:12

Abraham Brach
October 28, 2025

teach
    24:22 25:4

teaching
    62:22

team
    131:1 150:3

Teams
    133:21,22,23

Tearing
    31:12

tech
    48:8

technical
    149:1

technically
    117:6 182:17

technology
    13:14 48:9

telling
    31:12 75:16
    184:17

tells
    103:11

ten
    12:14,15

terminated
    37:22

terms
    28:22
    138:17,22
    139:12
    140:13,20

testified
    5:14 19:1

testifying
    4:9 55:20

testimony
    3:4 4:6 6:1,
    10,21,25

theft
    73:22,23,25

themself
    77:12,15
    79:3 149:25
    159:25

theory
    195:11

therapy
    169:23

thief
    32:18

thing
    23:6 31:10
    33:1 47:16
    53:25 95:20
    102:4,23
    103:3 156:3
    162:7 175:25
    192:23

things
    8:8 10:2
    11:4 21:3
    26:16 32:16
    45:16 50:12
    73:11 77:12
    88:7 95:15
    99:12 108:24
    109:8 113:6
    115:19 117:9
    127:22
    129:14 143:4
    153:13
    155:14,17
    156:11,18
    157:8 162:15
    182:2,18
    192:8 193:4,
    5,6,7,8,25

thinking
    160:25 190:3

thorn

31:22

thought
    91:7,9
    152:16
    153:17

thousand
    38:1

Thousands
    201:1

three-set
    113:21

throw
    68:6

time
    4:23 10:7,10
    11:1,18
    20:18,20
    23:5,9,13
    24:4,6 26:9,
    11 27:3
    28:7,15
    30:15 37:4,
    13 50:8,18
    52:22 55:3
    56:17 57:12,
    14 62:13,21
    66:3 70:14
    71:4,10 79:2
    90:7,25
    91:19 92:25
    93:7,21,23
    96:22 97:20
    105:17,21,25
    106:5 109:4,
    5 116:6,10
    120:4 121:8
    140:18 142:1
    143:20 155:9
    158:16,25
    168:7 176:25
    180:12 182:4
    186:19,24,25
    191:11,22

196:17,22

timeline
    186:21

times
    53:16 57:16
    63:13,17
    73:14 96:15
    155:13
    157:14
    174:21
    197:14,24
    198:8,9

timing
    140:17

title
    13:23

titles
    13:24

today
    4:6 6:2,11,
    17,21 86:15
    160:24
    182:1,16
    198:4

toilet
    90:22 91:5

told
    24:16,18
    26:18 63:20
    136:16
    143:21,22
    144:4 151:7
    165:13
    194:21

tools
    101:9

top
    74:11 112:21
    113:5,7
    136:3 145:23
    185:19

Abraham Brach
October 28, 2025

186:21
187:13

**total**
34:24 35:6
38:22 45:24
186:6

**totally**
156:13

**touched**
64:21

**toxic**
91:15

**track**
73:5 131:20
175:16 187:8
188:17 191:8

**trade**
127:23,24
130:17
148:5,8,18
154:23,24
155:2,20
159:14

**trained**
107:17,18,
21,23

**training**
26:24 62:22
98:18
106:21,23
107:1,14,15
108:6,13,14,
19,23 109:11
110:5

**transcribe**
4:21

**transcript**
4:4 132:13,
17

**transcripts**
132:14,21,

22,23 133:2

**transfer**
53:4

**transferred**
120:15

**translation**
29:3,4,20
36:24

**travel**
157:10,15

**traveled**
63:11,23

**tremendous**
130:4

**trend**
115:18

**trips**
64:2,5
110:13,14,16
111:8,12
160:6

**true**
34:9,20
70:1,5
125:17,20
140:10
143:10,17
177:4

**trust**
56:16 121:22
153:11

**trusted**
56:22

**trusting**
152:21

**truth**
3:5,6

**truthfully**
6:1

**tuition**
167:5

**turned**
119:18

**turning**
22:25 145:24

**two-page**
142:10

**Tyberg**
18:22 39:22,
23 41:12
188:2,25

**types**
180:10

**typical**
189:22

_____

**U**

_____

**U.S.**
54:20 178:12

**ultimate**
56:12 153:16

**unbiased**
140:1

**understand**
4:9,13 7:17
22:5,8 28:10
36:3 51:17
57:8 67:22
86:18 103:22
125:14 148:9
153:14
155:19 165:5
173:10
179:18
183:19 196:5

**understanding**
55:9 108:22
141:4 159:18
195:3

**understood**
4:16

**unique**
131:15 148:7

**United**
17:25 51:13

**unnamed**
151:12

**unpacking**
53:4

**upload**
99:13
184:11,13

**UPS**
101:21,23
102:3,17,19
103:4,10
104:4,6

**Upwork**
131:3

**USA**
182:25 183:3

**UTA**
166:17,22

_____

**V**

_____

**Vacuum**
139:14

**vender**
75:12

**vendor**
75:13 78:15,
25 98:25
100:22
102:5,6,22
103:2 104:25
105:12,14,16
106:3 107:18
108:22

Abraham Brach
October 28, 2025

109:9,12,14,
23 110:3
112:24
123:5,24
124:7,15,19
125:8,15,21
126:4 128:1,
8 136:19
137:6 149:18
190:1 191:3,
6

**vendors**
75:14 104:21
105:9 116:19
147:20
148:13
150:24 151:4
160:9

**verbal**
45:18
108:12,15
155:22
156:8,16

**verbalize**
4:19

**verbally**
27:1 30:18
45:16

**versus**
175:18
189:16

**vessel**
51:22

**vibration**
167:21
169:15 170:4

**videos**
99:11

**view**
88:17

**violated**

139:9,11

**violating**
141:16

**violation**
138:16
140:12,19,
22,23

—————————

**W**

—————————

**W-2**
38:15,17,19
39:4

**waiting**
64:25

**Wal-mart**
78:14,16
99:7,14
190:24 191:1

**wanted**
24:13,14
54:25 62:24
63:1 90:19
145:6 201:21

**warehouse**
17:19,23
23:2,3,12,16
24:5,12,19,
21 25:1
35:21 36:5,
6,12,17
37:1,5 51:25
52:1 63:24
71:17 82:17
116:12
164:14,15,
20,23
175:14,18
193:12

**warehouses**
17:14,15
53:5 175:4

**Warranty**
10:3

**ways**
130:15 193:3
196:17,18

**wears**
21:5

**week**
23:8 29:22
38:2 158:21
165:20,22
191:20

**weekly**
131:16,19,
21,24

**weeks**
174:22,24

**weigh**
15:16

**weight**
195:5

**Weiss**
15:8,19

**West**
82:18,24

**Whatsapp**
8:16,18

**white**
73:23

**whoever's**
14:16

**wholesale**
128:12
189:16,18,
19,22 190:25
191:2

**wholesalers**
189:6

**wife's**

20:12

**winter**
174:14,20

**withdrawn**
120:1

**wondering**
161:1

**word**
93:10 144:1
155:2 176:21

**words**
139:16

**work**
9:21 11:19
12:13,17,19,
20,21 13:6,9
16:24 17:1,
7,11,18,24
18:6,10
20:13 24:25
34:7 48:10,
12,15 51:5
56:1 58:13
86:24 87:23
91:11 98:3
99:16,19
106:13
120:10 154:5
163:20 166:6
174:6,10,16
178:14
179:22
182:23
188:20,23
194:7 197:3

**worked**
48:17 51:6
68:12 79:6
86:12 96:13,
25 98:2,5,7
109:16 110:3
130:21,24

Abraham Brach
October 28, 2025

131:8 176:19
177:1,3,12
178:15

**workers**
92:17

**working**
20:16 22:15
23:1 24:5
32:11 78:19
79:1 81:5
83:21 99:15
105:21
106:1,6,8
122:24
135:24 176:7
191:23

**works**
18:19 47:2
65:10 108:22
109:14
133:19
144:11,13
149:15
184:1,2
188:2,4

**world**
3:20 21:23

**worm**
91:20

**wrap**
181:23 182:3

**write**
142:22
188:15

**writing**
92:22

**written**
44:5,10,14,
21 45:1,3,14
161:16,19
163:15 169:5

**wrong**
162:7 192:6,
8,14 193:22
200:18

**wrongdoing**
161:23

**wrote**
66:13 68:13
93:4,5,14,16

---

Y

---

**year**
9:8 24:17,20
26:20 38:15
42:7 43:20,
23,24 64:25
65:2,4
154:19
197:25

**years**
10:15,16
13:21 109:6
121:21
148:15
168:20,22
187:17
196:11

**Yeshiva**
9:5

**Yetev**
166:17,22

**York**
5:6,10 23:3
37:2 174:4,5

---

Z

---

**Zigmond**
14:5 15:7
172:21

**Zoom**
133:18,20
158:14