UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No.: 1:24-cv-01986-JHR
 - - - - - - - - - - - - - - - - - - -x
SOUND AROUND, INC.,

                     Plaintiff,

        v.

MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ,
ML IMPORTS, INC., CYRF, INC., LRI GROUP, LLC,
EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC,
MDF MARKETING, INC., WORLD GROUP IMPORT, LLC,
HEFEI PAIDONG OUTDOOR PRODUCTS CO., LTD.,

                    Defendants.

 - - - - - - - - - - - - - - - - - - -x

        400 Madison Avenue, 10th Floor
        New York, New York 10017

             May 13, 2025
             9:57 a.m.


  DEPOSITION of JEREMIAH E. BRACH, the Plaintiff in

the above-entitled action, held at the above time

and place, taken before David Novick, a Shorthand

Reporter and Notary Public of the State of

New York, pursuant to the Federal Rules of Civil

Procedure, Order, and stipulations between Counsel.


           *    *    *

Jeremiah E. Brach
May 13, 2025

```
 1   APPEARANCES:

 2

 3   HOLLAND & KNIGHT LLP
     Attorneys for Plaintiff SOUND AROUND, INC.
 4   701 Brickell Avenue, Suite 3300
     Miami, Florida 33131
 5   Ph:  (305) 374-8500
     BY:  JESUS E. CUZA, ESQ.
 6   E-mail:  jesus.cuza@hklaw.com

 7   ALLYN & FORTUNA LLP
     Attorneys for Defendants MOISES FRIEDMAN,
 8   SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC.,
     CYRE, INC., LRI GROUP, LLC, MDF MARKETING, INC.,
 9   and WORLD GROUP IMPORT, LLC
     400 Madison Avenue, 10th Floor
10   New York, New York 10017
     Ph:  (212) 213-8844
11   BY:  NICHOLAS FORTUNA, ESQ.
     E-mail:  nfortuna@allynfortuna.com
12        MEGAN MUOIO, ESQ.
     E-mail:  mmuoio@allynfortuna.com
13
     BYRNE & O'NEILL, LLP
14   Attorneys for Defendants EXECUTIVE SERVICES and
     EXECUTIVE LAUNDRY, LLC
15   11 Broadway, 3rd Floor
     New York, New York 10004
16   Ph:  (212) 422-9424
     BY:  PAUL NOVAK, ESQ.
17   E-mail:  pn@bonlaw.com

18   ALSO PRESENT:

19   MOISES FRIEDMAN

20   SHULIM ELIEZER ILOWITZ

21

22                 *      *      *

23

24

25
```

Jeremiah E. Brach
May 13, 2025

1                          STIPULATIONS

2      IT IS HEREBY STIPULATED AND AGREED, by and among

3    counsel for the respective parties hereto, that the

4    filing, sealing and certification of the within

5    deposition shall be and the same are hereby waived;

6      IT IS FURTHER STIPULATED AND AGREED that all

7    objections, except as to form of the question,

8    shall be reserved to the time of the trial;

9      IT IS FURTHER STIPULATED AND AGREED that the

10   within deposition may be signed before any Notary

11   Public with the same force and effect as if signed

12   and sworn to before the Court.

13

14                    *      *      *

15

16

17

18

19

20

21

22

23

24

25

Jeremiah E. Brach
May 13, 2025

1                    I N D E X

2    WITNESS            EXAMINATION BY            PAGE

3    J.E. Brach          MR. FORTUNA             6-278

4                        MR. NOVAK              278-298

5                    E X H I B I T S

6    DEFENDANTS'            DESCRIPTION           PAGE

7    Exhibit A    A Certificate Of Accuracy        46
                  concerning an employment
8                 agreement written in Hebrew

9    Exhibit B    A two-page document from         75
                      David Lazar
10
     Exhibit C     A document entitled           129
11                "Forum Business Advisors"

12   Exhibit D       A document from            132
                  Martin Stevens of Forum
13                   Business Advisors

14   Exhibit E      Another document from     134-135
                  Martin Stevens of Forum
15                   Business Advisors

16   Exhibit F      A document entitled         163
                  "Sound Around Inc. Policy
17                 & Practices Guides"

18   Exhibit G         The Complaint            170

19   Exhibit H      An e-mail chain and         236
                      an invoice
20
     Exhibit I         Two letters             238
21
     Exhibit J      An investigative report     244
22
     Exhibit K      An advertisement seeking    250
23                    an HR person

24   Exhibit L  A report from Accountability    255

25   Exhibit M        An e-mail chain          265

Jeremiah E. Brach
May 13, 2025

1                    I N D E X (cont'd)

2                E X H I B I T S (cont'd)

3    DEFENDANTS'           DESCRIPTION              PAGE

4    Exhibit N        A message from the           268
                      NutriChef founder along
5                     with the NutriChef logo

6        Attorney NICHOLAS FORTUNA, from ALLYN &
     FORTUNA LLP, has retained all original exhibits.

7

8                       REQUESTS

9    DESCRIPTION                                   PAGE

10   PayPal payment receipts for photography       202

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jeremiah E. Brach
May 13, 2025

```
 1   J E R E M I A H   E.    B R A C H,

 2   the Plaintiff herein, having first been duly

 3   affirmed by the Notary Public, was examined and

 4   testified as follows:

 5   (By the court reporter:)

 6       Q.  Would you, once again, please state your

 7   full name for the record?

 8       A.  Jeremiah E. Brach.

 9       Q.  Would you, once again, state your business

10   address for the record?

11       A.  1600 63rd Street, Brooklyn, New York 11204.

12   EXAMINATION BY

13   MR. FORTUNA:

14       Q.  Good morning, Mr. Brach.

15       A.  Good morning.

16       Q.  At this point, you probably know my name is

17   Nicholas Fortuna; I'm an attorney for Allyn &

18   Fortuna, and we represent the Friedman Defendants

19   in this matter, and when I refer to the Friedman

20   Defendants, I'm specifically referring to

21   Moises Friedman, Lazer Friedman, ML Imports,

22   CYRF, Inc., LRI Group, MDF Marketing, World Group

23   Import.  Would that be okay, rather than repeating

24   those names, just to refer to them as --

25       A.  But if I may correct you, I think you said
```

Jeremiah E. Brach
May 13, 2025

1  Lazer Friedman.  I don't if it makes a difference

2  in the deposition, but you didn't say

3  Lazer Ilowitz.

4     Q.  Oh.  Lazer Ilowitz.  Thank you.  All right.

5  Perfect.  And, as you know, I'm here to take your

6  deposition.  I'll be asking you questions; you're

7  required to answer them.  The court reporter will

8  take everything down that's said and prepare a

9  transcript for later use in the case.  The

10  testimony you give today will be under oath and

11  subject to penalties of perjury.  Do you understand

12  that?

13     A.  Yes.

14     Q.  It's the same as if you were testifying in

15  Court.  Do you understand that?

16     A.  Yes.

17     Q.  Okay.  The questions I'll be asking you

18  today concern litigation Sound Around brought

19  against all the Defendants and the counterclaims

20  asserted in that action.  Do you understand that?

21     A.  Yes.

22     Q.  If you don't hear a question, please speak

23  up, and I can repeat it; if you don't understand a

24  question, please let me know, and I'll rephrase it;

25  if you don't say anything, I'll assume you heard

Jeremiah E. Brach
May 13, 2025

1  and understand the question.  Is that okay?

2      A.  Understood.

3      Q.  Okay.  You must verbalize all your

4  responses, because the court reporter can't

5  transcribe nods, gestures, or anything like that.

6      A.  Yes.

7      Q.  If you need a break at any time, please let

8  us know; we could take a break; however, if there's

9  a question pending, you have to answer the question

10  before you take the break.

11      A.  Okay.

12      Q.  What is your current home address?

13      A.  1455 59th Street, Brooklyn, New York 11219.

14      Q.  What's your date of birth?

15      A.  November 28th, 1973.

16      Q.  Where were you born?

17      A.  Brooklyn, New York.

18      Q.  Have you been deposed before?

19      A.  Yes.

20      Q.  Have you testified in Court before?

21      A.  Not that I recall.

22      Q.  Okay.  The depositions, how many have you

23  given?

24      A.  Four or five throughout my life.

25      Q.  Were they business or personal or both?

Jeremiah E. Brach
May 13, 2025

1      A.  Both.

2      Q.  What were the natures of the actions that

3  you testified in?

4      A.  So I had one -- I might not remember all,

5  because it's about -- I had one where somebody fell

6  down in front of my house; he broke his foot, so

7  they sued me, my insurance; it was more that -- I

8  was represented by Counsel for the insurance

9  company, I guess, but I was in deposition; that was

10  one case.  Another case was a lawsuit that somebody

11  sold me broken merchandise at one point, so it was

12  also a deposition, but it didn't make it to trial;

13  it was a settlement.

14      Q.  And that was related to your business --

15      A.  Not Sound Around; a different business that

16  I had.

17      Q.  A different business.  And what business was

18  that?

19      A.  It was a business named World Class Sales.

20  It was selling brand-name merchandise.  Another

21  case where I was deposed was for a warehouse case,

22  that we bought a warehouse, and the person that --

23  the seller -- wanted to go back on the contract,

24  and he didn't want to continue selling it to us, so

25  I think I was deposed there, too, but that was

Jeremiah E. Brach
May 13, 2025

1  through Zoom, if I'm not mistaken.  Another case

2  was -- actually where Mr. Ilowitz was involved was

3  -- a certain product that he brought for us that

4  was -- was -- it was -- it was a copyright -- I

5  don't know -- a copyright or IP, something --

6  trademark or something, a design copy, and we

7  probably could have won the case -- we'll go into

8  that later as well, but -- I was deposed there just

9  for that, but -- it was a case where -- where,

10 unfortunately, he did some other bad acts in that

11 case that costed us a lot of money for the company,

12 but it was something that -- a product that -- he

13 brought that we copied the design of the product

14 and they sued us for that.

15     Q.  So it was an infringement case?

16     A.  It was a product design maybe, and my

17 attorney told us we could have gone all the way,

18 but he happened to have stolen the video of the

19 person's son or something that was on the video

20 describing the product.  So -- but then, we

21 settled; we had to pay some -- whatever -- damages

22 or something, and we took care of that case.  Let

23 me just think back.  I'm trying to think if there's

24 any others.  Not that I could recall.  Maybe there

25 were others, but not that I --

Jeremiah E. Brach
May 13, 2025

1    Q.  If you do, you could let us know.

2    A.  Yeah.  Exactly.  Yeah.

3    Q.  Have you taken any medication, or do you

4  suffer from any medical condition, that would

5  impair your ability to truthfully and accurately

6  give testimony today?

7    A.  I'm on medication, but I don't know if it

8  could affect --

9    Q.  Does it impact your ability to tell the

10  truth or accurately give testimony?

11   A.  I don't think it would affect.  I'm on

12  medication.  I'm not a doctor; I don't know what

13  effect.  I take medication every day.

14   Q.  What kind of medication?

15   A.  Rinvoq.

16   Q.  And what is that for?

17   A.  It's -- I have colitis, a stomach issue.

18   Q.  Is that the only medication that you're

19  taking that you're concerned about?

20   A.  Yes.

21   Q.  Have you ever been convicted of a crime?

22   A.  No.

23   Q.  Have you ever been arrested?

24   A.  No.

25   Q.  Did you speak with anyone other than your

Jeremiah E. Brach
May 13, 2025

1    attorney about your testimony that you're going to

2    give today?

3        A.   About the specific testimony?  Not, but

4    about the case, yes.

5        Q.   Who did you speak with?

6        A.   My father and brother.

7        Q.   And what did you speak to them about?

8        A.   Just "good luck," and, like, just, you know,

9    "keep me up to date, keep me posted."

10       Q.   Any details regarding the specific facts of

11   the case?

12       A.   No.

13       Q.   Did you review any documents in preparation

14   for your testimony here today?

15       A.   Yes.

16       Q.   What documents did you review?

17       A.   Things that I reviewed with my attorney.

18       Q.   Okay.  Without saying what your attorney

19   did, just tell us what documents you reviewed.

20            MR. CUZA:  Well, you can talk about

21       documents that you reviewed, not documents that

22       you reviewed with us, right, because that would

23       be work product, so that's outside of

24       preparation; if you reviewed documents, that,

25       you can answer.

Jeremiah E. Brach
May 13, 2025

1    A.  So the only documents I reviewed was with

2  Jesus.

3    Q.  And what were the nature of the documents --

4  not documents prepared by your attorneys, but what

5  were the nature of the documents that you reviewed?

6    A.  I think all was prepared --

7    THE WITNESS:  Did I prepare any documents?

8    MR. CUZA:  To the best of your recollection.

9    A.  To the best of my recollection, I didn't

10  bring any documents.

11    Q.  What's the highest level of education that

12  you received?

13    A.  High school.

14    Q.  And where did you go to high school?

15    A.  A Yeshiva named Bais Mayer -- B-A-I-S,

16  M-A-Y-E-R -- and I took Regents and all that.

17    Q.  I'm sorry.  Say that last part again.

18    A.  It was in New York State; I did pass the

19  Regents and --

20    Q.  Okay.  Where was the high school located?

21    A.  In Brooklyn, New York.

22    Q.  Do you know the address?

23    A.  It's not in the same address where it was

24  then; that, I don't know where -- I know

25  approximately where it was, but I don't know the

Jeremiah E. Brach
May 13, 2025

1    address.

2        Q.  Did you do any kind of study beyond high

3    school -- you know, classes, certifications,

4    anything like that?

5        A.  So no certification.  I did Talmudic Studies

6    and I did Jewish law; I wouldn't say I did the

7    Bible --

8        Q.  You would not?

9        A.  I didn't do the Bible, but I did do Jewish

10   law, and I -- and then experience in business.

11       Q.  Where did you study -- have Talmudic Studies

12   and study Jewish law?

13       A.  In Mir Yeshiva in Israel, Jerusalem; I did a

14   Yeshiva in Monsey, New York; and I did a certain,

15   for a rabbinical college by Rabbi Steinwurtzel --

16   S-T-E-I-N-W-U-R-T-Z-E-L.

17       Q.  And what years were these studies

18   undertaken?

19       A.  Up to 1995, about.

20       MR. FORTUNA:  Off the record.

21       (Whereupon, a discussion was held off the

22   record.)

23       A.  About.  Again, it could be 1996.

24       Q.  Was it continuous study or periodic?

25       A.  It was continuous study.

Jeremiah E. Brach
May 13, 2025

1      Q.  And what year were you in Israel studying?

2      A.  1991, I think.

3      Q.  Do you hold any licenses?

4      A.  Car, driving.

5      Q.  Other than a car and driver's license.

6      A.  I don't think so.

7      Q.  What was your first job when you finished

8    your studies?

9      A.  My first job was to work in Sound Around,

10   and I actually started at the lowest level

11   possible.  My dad called me in one day when I was

12   studying, and I didn't know anything about his

13   business besides approximately what he does, and he

14   told me that he's having big problems with, like,

15   the Returns Department in the business, because he

16   used to walk through that area and see every day

17   the same pallets of returned goods and so much

18   money in front of his eyes.  So he called me that,

19   "maybe you have time to start going through the

20   returns," and that's what was my first job, picking

21   the returns with no heat or air condition, actually

22   -- maybe there was blowers or whatever, but -- and

23   I had to put on gloves, because my hands would get

24   chapped -- my wife would made me wear gloves at

25   work -- and I used to go through products.  But it

Jeremiah E. Brach
May 13, 2025

1    was a good place to learn, because I never knew

2    much about items, and I started to learn; I worked

3    my way up; even though it was my dad's business, I

4    didn't start at the top, and I knew what it means

5    to work with the blue-collar employees and work

6    hard and getting to know the products.  So that was

7    the first job.

8        Q.  What year was that?

9        A.  I think about '96, '95, whenever that

10   Talmudic Studies finished, so I don't know the

11   exact years, but approximately those years.

12       Q.  And where was this -- was the location of

13   it?

14       A.  It was on 63rd Street and on -- or maybe

15   when I started, it was on 60th Street, still.  No.

16   It was on 60th Street; 1501 60th Street.  Yes.

17       Q.  And how long did you work in -- with sorting

18   through returns?

19       A.  The most, a year.  So I don't know if it was

20   six months, but it definitely wasn't more than a

21   year.

22       Q.  Other than what you stated, what were your

23   duties and responsibilities with regard to returns?

24       A.  To get it organized and looking at the

25   leftover values, maybe, that you could find in a

Jeremiah E. Brach
May 13, 2025

```
1    business that nobody's looking at, that no one is

2    paying attention, so that was that to start.  And

3    once I got to know the products because I used to

4    touch it and feel it, that's when I just decided

5    there was enough there and I could move my way up;

6    he didn't promote me or anything, but he just

7    didn't have an issue of me going to get a desk in

8    the office.

9        Q.   So what was your next position?

10       A.   I got involved in Sales and Sourcing.

11       Q.   Okay.  And can you specifically tell us what

12   your duties and responsibilities were with regards

13   to Sales and Sourcing?

14       A.   So Sales -- I never had responsibilities,

15   because it was a very family-oriented business

16   where there were very few employees, and -- I mean,

17   we had warehouse people as much as we needed; we

18   had a Returns Department, Customer Service.  So it

19   was only just about how many people we needed at

20   that time.  And even in the office, we had my

21   father, we had, like, one man that was taking care

22   of sales, one man of graphics, and maybe a sourcer,

23   like, helping my dad source -- my dad used to

24   source -- and then, like, two people that did

25   clerical -- like, order entry or phone orders or
```

Jeremiah E. Brach
May 13, 2025

1    fax, you know, the order entry, and bookkeeper;

2    that was the whole company back then.  So when I

3    came to sit down, I just -- my first job was to go

4    after customers that used to buy; there was no

5    online sales then.  We used to sell to distributors

6    or retailers or export to other countries in the

7    world.  So I used to follow up with customers; I

8    used to go through the customer list in the

9    computer and see who stopped buying from us and

10   following up with those people why -- if they ever

11   bought, why -- they stopped buying and how we can

12   get them back onboard; that was the first place

13   where I went after Sales.

14       Q.  And what year was this approximately?

15       A.  1996 or -7 already, because if it was a year

16   later or the same year even, I don't know.  At that

17   time.

18       Q.  How many employees were at the company at or

19   about this time, total?

20       A.  Office and -- office, let's call it.  Seven,

21   eight, maybe; and we used to have -- we had -- we

22   did have -- I don't know if we had then four

23   warehouses, but we did have at certain points four

24   warehouses; we had in Los Angeles and New York --

25   actually in Brooklyn, New York was the warehouse;

Jeremiah E. Brach
May 13, 2025

1    we had in Chicago, and we had in Jacksonville,

2    Florida.  But every warehouse probably had between

3    six people to 20 people.  So that was the range.

4        Q.  And what products were you selling at that

5    time?

6        A.  All was audio related, and it was car audio

7    mainly; we had DJ audio and pro audio.  That's --

8    but car audio was the focus of the business.

9        Q.  You said something before --

10       A.  DJ?

11       Q.  BJ?

12       A.  DJ -- disc jockey -- equipment.

13       Q.  Okay.  And how long did you work in that

14   position?

15       A.  It really stayed in that position; it

16   evolved  to different things, and -- but I had a

17   desk already, so there wasn't a title and a

18   position; it was just I was doing things; that's

19   how the company -- like, everything was your

20   responsibility and nothing was your responsibility.

21   I didn't come -- like, I wasn't held accountable --

22   obviously, it was, "Okay.  You have to do this, you

23   have to do that.  Let us go and do that," but there

24   wasn't any accountability at that time.

25       Q.  And did you work your -- you know, from the

Jeremiah E. Brach
May 13, 2025

1    time you left your studies to today, always for

2    Sound Around?

3        A.   I always worked for Sound Around; I

4    sometimes had other things I was doing, like in

5    some, different period of my life.

6        Q.   And we'll get to that.  So other than Sound

7    Around, what was the next position that you had

8    that you took?  It sounds like in addition to Sound

9    Around.

10       A.   I have done real estate in the late nineties

11   a little bit, but it wasn't a job that I had --

12       Q.   It was --

13       A.   While I was in Sound Around, I used to do

14   that on the side a little bit.

15       Q.   And what would you do with respect to real

16   estate?

17       A.   I had friends that were in business, and

18   they were buying things; I used to buy with them.

19       Q.   So you were an investor?

20       A.   Yeah, but I used to be involved somewhat

21   with them as well, not only an investor.  At one

22   point, I did build two buildings, construction; I

23   wasn't the contractor, but I was involved in the

24   development.  I used to -- you know -- and then,

25   obviously, I did some real estate investments; some

Jeremiah E. Brach
May 13, 2025

1    of them I was more involved than just investing.

2        Q.  Okay.  Any other positions or businesses

3    that you were involved in while you worked at Sound

4    Around?

5        A.  Yes.  I was involved in -- again, I'm trying

6    to remember everything, because some of them have

7    come and gone, but I had a business to -- later

8    when online sales were popular, so I had a side

9    Internet business for Brandings Electronics that

10   was -- which was -- with consent through my father.

11       Q.  Which was?

12       A.  He gave me permission to do this.  It was

13   also -- it's not a partner, but it took a manager

14   to run it; I wasn't actively involved in it.

15       Q.  And how long did that business last?

16       A.  Probably about ten years.

17       Q.  And so, when did it start, when did it end?

18       A.  Maybe 2009, 2010.  I don't know the exact

19   year.  In those years.

20       Q.  It started then or it ended --

21       A.  Yeah, it started then.

22       Q.  And is it still going --

23       A.  No, no.  It ended about 2021, 2020, in

24   those, approximately.

25       Q.  What was the name of that business?

Jeremiah E. Brach
May 13, 2025

```
1        A.   World Class Sales.
2        Q.   Any other business that you were involved in
3    while you were working at Sound Around?
4        A.   Yeah.  So that business eventually was
5    turned in, because it came to a point where I
6    wanted to close it; I got too busy with Sound
7    Around, so I couldn't deal with both, with this --
8    even though I had a manager there and this, but it
9    used to -- sometimes it used to take my mind off
10   Sound Around.  So I felt that -- even though the
11   business wasn't a conflict business, but I felt
12   that it was too much on my head, so I decided I
13   wanted to give it up, but from that decision of
14   giving it up, I did have employees, I was paying
15   rent somewhere at that time.  So we basically
16   evolved it into -- so I couldn't just say, "Okay.
17   I'm closing down; I'll make auction people come."
18   There was inventory; there was -- because if you
19   have employees, it costs money; if you're starting
20   to get less inventory, it's not going to cover the
21   employees, so it was a little -- and to go and
22   liquidate, I would lose too much money for
23   liquidation,  so we decided -- and then, we had a
24   lot of returns in our business, and -- just from
25   pallets that were never touched.  So my manager
```

Jeremiah E. Brach
May 13, 2025

1    offered, "Maybe we should create this business into

2    a return business."

3        Q.   And is that what you did?

4        A.   Yes.  So we -- so how does that work?  We

5    had a loan; we started -- we had many, many pallets

6    of returns that were never looked at, because in

7    the nature of the selling business --

8        Q.   At Sound Around or World Class?

9        A.   No, World Class.  World Class had a lot of

10   pallets of returns that were neglected throughout

11   the years, because most of the -- most of the --

12   people or maybe all the people that sell online are

13   usually into selling, buying -- buying merchandise

14   -- they don't want to know about the returns, just

15   like -- actually, I didn't know it's going to lead

16   to this, but I started by the returns at Sound

17   Around; that was, like, my father's biggest burden:

18   he sees pallets that are not looked at and it's

19   money, it's value, but no one ever looks at it,

20   because people are just looking to -- you know,

21   once it's a return, it's worthless in a lot of

22   people's eyes.  So we found some value of taking

23   the people at least that we started to start going

24   through the items, checking them, the conditions,

25   see how we could sell it, repairing them sometimes,

Jeremiah E. Brach
May 13, 2025

```
 1    or sometimes it's open box, used as new or used
 2    goods -- there's different conditions how you can
 3    sell it:  there's eBay, there's an Amazon; they let
 4    you sell certain, different conditions; there are
 5    liquidators; there's sites called liquidation.com;
 6    there's different flea market liquidators.  So
 7    there's other opportunities.  So I had this
 8    manager, and so, he wanted to save the business, he
 9    wanted to save his job also, and then, we became
10    partners.  So I gave it up; I totally don't know
11    what's -- I mean, I know a little bit what goes on
12    there, but I'm not busy at all with it.  I just
13    sometimes file reports, and that's the extent that
14    I know what's going on there.  But -- and
15    eventually, he started to offer this service,
16    because since we started out for our own stuff --
17    "our own stuff" meaning World Class's Stuff -- he
18    offered it to other people in the industry, and he
19    started to reach out to different companies out
20    there:  "What do you do with your returns?" "Oh.
21    Nothing." I said -- I mean, some people obviously
22    did give him pushback; the most people that gave
23    him pushback was because they don't want him to
24    sell it even as used, because they're very limited
25    where they want to sell their goods, and they're
```

Jeremiah E. Brach
May 13, 2025

1    scared bad reviews might come in from selling used

2    stuff and it's going -- people are going to think

3    it was new, and even though you sold it as used, it

4    might be a bad reputation to the product, and so,

5    they -- or even to liquidators; if you sold it to

6    liquidators, you never know -- you're not

7    responsible  what that guy might do with the goods;

8    he may sell it as new and he might just destroy it

9    -- whatever, so that could -- so -- but there's

10   enough people that are looking to still, you know,

11   get back whatever they could, so he created this

12   return business.

13       Q.  And what's the name of the company?

14       A.  Return Around.

15       Q.  And do you still have an ownership interest

16   in it?

17       A.  Yeah.

18       Q.  What's your share of the business?

19       A.  I think, 50 percent.

20       Q.  And then, the other 50 percent belongs to

21   your original manager?

22       A.  My original manager.

23       Q.  And what's his name?

24       A.  Sneur Ringel.  S-N-E-U-R, R-I-N-G-E-L.

25       Q.  And do you also -- does Return Around also

Jeremiah E. Brach
May 13, 2025

1    sell returns on behalf of Sound Around?

2        A.  So we don't -- let me get clear what we do

3    for others.  I mean, obviously now, it's only for

4    others, because World Class is already not existing

5    and I don't think there's any goods left over still

6    from World Class.  So people send their -- a lot of

7    people have it set up if they sell on Amazon in

8    their seller account -- that's 3P vendors -- they

9    have out their returns; it's set up that it goes to

10   us directly.  So we have UPS, our Amazon trucks, or

11   whoever it is show up every day there with returns,

12   and they give it to us for free, let's call it.

13   The first thing happens, that they give to us these

14   returns for free, and we have to sort it,

15   obviously; we look at the conditions, we see what

16   could be done -- and again, the conditions could be

17   from -- from used like new, that would be the best

18   condition, usually, and -- or where it's just,

19   like, a box that was opened, the guy didn't like

20   it, he returned it to Amazon, but it's still an

21   open box usually; it doesn't look like new; but

22   that's called used like new, to even new stuff, and

23   then, there's garbage from it.  So we sort through

24   all these different products for all the people,

25   and they see the condition; sometimes they have to

Jeremiah E. Brach
May 13, 2025

1    repair, they get parts to repair it, so we have, I

2    think, one repairman, or we had one repairman --

3    I'm not up to date on the daily activity there, but

4    definitely, we have had people that know how to

5    repair, and we see where we could get the most

6    money for it and which types of markets -- as I

7    mentioned before, most of it would be eBay, Amazon

8    used or, like I mentioned, good, or whatever it is

9    or liquidation.com or other types of liquidators,

10   like thrift shops and those type of people that buy

11   it by the pallet and -- depending on the condition,

12   obviously, where we could get the most money; and

13   we would then sell it, and then, we have different

14   agreements with different customers, if you want to

15   call them -- or vendors, whatever they are -- or

16   Amazon companies -- mostly Amazon; it's not always

17   Amazon -- is that how we split the income.  So

18   either -- the rule starts by 50/50 and -- but it

19   could go as high as 80/20 in our favor or the

20   opposite, 20/80 in our favor.  It depends.

21       Q.  So basically, you're splitting the income

22   with the company that directed the returns to

23   Return Around?

24       A.  Yes.

25       Q.  And do you have an agreement with

Jeremiah E. Brach
May 13, 2025

1    Sound Around to do something similar?

2       A.   It's -- again, we had an agreement as well

3    with Sound Around on some items, and whatever -- I

4    don't think on all, but we have had some agreements

5    on certain returns to do with Sound Around.  Yes.

6       Q.   And is that agreement in writing?

7       A.   I don't think so.  Maybe Return Around has

8    one.  Not that I know about.

9       Q.   And do you keep track -- do you have a list

10   of -- does Return Around or Sound Around have a

11   list of products that were sold, or part of that

12   agreement to be sold, for Return Around?

13      A.   So I don't know if -- Sound Around

14   definitely doesn't have, because Sound Around

15   doesn't know what's going to them; it's either just

16   return -- I think -- I'm not sure how -- so just

17   either they were -- obviously from Amazon

18   themselves, we never got returns, because Amazon,

19   we have a line that's called Damage Allowance;

20   Amazon keeps the returns from Sound Around.  From

21   -- the only returns that come back from

22   Sound Around are either sometimes other vendors --

23   other customers, like, Walmart or Target or others,

24   whatever, or Amazon 3P -- that's called

25   third-party --

Jeremiah E. Brach
May 13, 2025

1      Q.  Third-party logistics?

2      A.  No, no, no.  Third-party accounts.  Like,

3  Sound Around has used a third-party account in the

4  past to sell some of their products on this

5  third-party platform; it's the Amazon seller

6  account, it's called, and the return -- over there,

7  there is returns, so I think over there, the

8  returns were directed to Return Around; the other

9  ones, I'm not sure if it was directed.

10     Q.  And how long the products that got returned

11  did Amazon, that part of the Damage Allowance, how

12  long has that part of the arrangement with Amazon

13  been in effect?

14     A.  I think from Day One, Damage Allowance.

15  Again, I don't know for sure, or definitely from

16  the beginning of times, like --

17     Q.  So Return Around would have a list of what

18  products they received from Sound Around from those

19  various sources that you described?

20     A.  Received, I'm not sure, but maybe sold,

21  maybe sold, and -- but -- so the way it goes is

22  that Return Around puts in all the, obviously,

23  labor, they have rent; they have all these costs to

24  start to work on to be able to -- to recoup money,

25  and as I mentioned, there's different agreements;

Jeremiah E. Brach
May 13, 2025

1    it depends on how much labor and all types of costs

2    go in to recoup this money from the product, right?

3    And, obviously, there's shipping; there's also

4    removal fees from the third party, because to ship

5    goods from, Amazon charges for whichever account.

6    You could either dispose it by Amazon or you could

7    remove.  Disposing costs money and removal costs

8    money, based on the weight, based on the size of

9    the product.  So by the time you're finished,

10   everybody in this industry treats this return issue

11   as literally a loss.  Obviously -- then there's

12   product; you try to get back the most you can from

13   -- for -- whatever it is.  By the time you're

14   finished -- so let's just say that if we sold

15   things for $5,000, then it could be it was a 50/50

16   deal, but then, Return Around would have probably

17   had a cost in that of $2,000; I made $500 on that,

18   because there's, as I mentioned, labor, rent,

19   electricity, employees -- whatever; and at

20   Sound Around, probably it was to recoup whatever

21   the other costs are.  And that's how all the

22   companies are treated.

23       Q.  Thank you.  Did you have an interest in any

24   other companies while you worked at Sound Around?

25       A.  I mean, besides real estate and besides --

Jeremiah E. Brach
May 13, 2025

```
1      Q.  Besides what you've described.

2      A.  But I'm involved in building an app.

3      Q.  Anything else?

4      A.  No, not that I recall.

5      Q.  What's your current title at Sound Around?

6      A.  I'm -- again, we're a family business; we

7  never -- I don't know how a title gets designated

8  by other businesses or who designates it, so I've

9  had many titles what people called me; it doesn't

10 mean that I called myself with that title.  I don't

11 have an official signature title, so I'm a partner,

12 I'm maybe a leader or whatever -- not a -- yeah.

13 So I don't know official title.

14     Q.  Do you have an ownership interest in

15 Sound Around?

16     A.  Yes.

17     Q.  And what's your percentage ownership

18 interest?

19     A.  Twenty.

20     Q.  And who are the other owners of

21 Sound Around?

22     A.  My dad.

23     Q.  What's his percentage?

24     A.  Forty-five percent.

25     Q.  Anyone else?
```

Jeremiah E. Brach
May 13, 2025

```
1        A.  I have my brother Abe.

2        Q.  And what's his interest?

3        A.  Twenty.

4        Q.  Any other owners?   Anybody else have an

5    ownership interest?

6        A.  I have a brother-in-law that has an

7    ownership interest.

8        Q.  What's his name?

9        A.  Sol Weiss (phonetic).

10       Q.  And what's his ownership interest?

11       A.  Fifteen percent.

12       Q.  Are all the owners employed at Sound Around?

13       A.  Yes.

14       Q.  Are they all considered officers of

15   Sound Around -- corporate officers?

16       A.  Sol Weiss -- I'm not sure, again, the

17   meaning of "corporate officer" exactly, but he's

18   not involved in leadership.

19       Q.  Okay.  So he doesn't have an authority to

20   bind Sound Around?

21       A.  To what?

22       Q.  To bind it in a contract or anything like

23   that; he doesn't have that kind of authority?

24       A.  No one gave me either authority, but he

25   wouldn't do anything.  He doesn't -- yeah, I don't
```

Jeremiah E. Brach
May 13, 2025

1    know.

2        Q.  Now, does Sound Around have any affiliates,

3    other companies, that it operates through?

4        A.  We have our brands that we own.

5        Q.  Okay.  Is that a separate company?

6        A.  I don't -- again, I don't know the whole

7    corporate structure proper, but I don't think we

8    use them as -- the brands as -- companies by -- as

9    -- as the company.

10       Q.  Okay.  Do you know if any other companies

11   are used as part of operating Sound Around?

12       A.  I know in the tax return we have done the

13   tax return as always together three companies.

14       Q.  What three companies are they?

15       A.  Pyramid Sound, and Jazzy Electronics.

16       Q.  Are there any other companies that you're

17   aware of that Sound Around uses?

18       A.  Not that I'm aware of.

19       Q.  Do each of those companies have employees

20   designated to them?

21       A.  I don't know.

22       Q.  Who would know that information?

23       A.  Jack Tybereg.

24       Q.  And what is his position?

25       A.  His position is comptroller or bookkeeper.

Jeremiah E. Brach
May 13, 2025

1        Q.   Does he have people that work under him

2    there as well?

3        A.   The question is -- no one reports to him, so

4    does he have people that work with him or?  Maybe,

5    but for these things, I think it's only him.

6        Q.   What is -- is he a CPA or something else?

7        A.   I don't think so.

8        Q.   Does he have education in finance?

9        A.   I don't know.  He had once a job in the IRS;

10   like, before, he worked for them more than 30 years

11   -- or -- I don't know; about 30 years ago.

12       Q.   And how long has he been comptroller for

13   Sound Around?

14       A.   Close to 30 years.

15       Q.   And what -- what's his authority with

16   respect to the position?  Can he write checks?  Can

17   he -- what --

18       A.   He has access to a checkbook; he has my

19   dad's stamp; he could -- he does the wire transfers

20   for the company, and that's about it.

21       Q.   And he maintains the financial records for

22   the company?

23       A.   He's the one that gives it to the

24   accountant.

25       Q.   Now, would you describe the corporate

Jeremiah E. Brach
May 13, 2025

1    structure of Sound Around?

2         A.  I'm not very familiar with it.

3         Q.  Who would be familiar with that?

4         A.  I'm not sure.

5         Q.  Is there anyone that understands the

6    corporate structure of Sound Around?

7         A.  I don't know if my accountant does, maybe.

8    I don't know.

9         Q.  What's your accountant's name?

10        A.  The accountant today is named Sol Friedman

11   (phonetic).

12        Q.  And does he work for a firm, or is it --

13        A.  He owns -- I mean, he owns a firm, and we

14   deal with his son.

15        Q.  And what's the name of the firm?

16        A.  S & F.

17        Q.  S & F?  Just S & F?

18        A.  Sol Friedman.  SFN, maybe.  Sol Friedman CPA

19   whatever.

20        Q.  And where are they located?

21        A.  In Brooklyn, New York.

22        Q.  Do you have the address?

23        A.  No, but it's on 60th Street between

24   13th Avenue and 14th Avenue.

25        Q.  How long has Sol Friedman been the

Jeremiah E. Brach
May 13, 2025

1    accountant for Sound Around?

2        A.   Two or three years.

3        Q.   And who was the accountant before that?

4        A.   Steve Topal -- T-O-P-A-L.

5        Q.   And what firm did he work at?

6        A.   I don't know the firm name.

7        Q.   Where was he located?

8        A.   In the City somewhere.

9        Q.   In Manhattan?

10       A.   Yeah, in Manhattan.

11       Q.   And how long was Steve Topal the accountant

12   for Sound Around?

13       A.   Again, I don't know.  From -- from when I

14   was in the business, that, I know.

15       Q.   So at least since the 1990s?

16       A.   Yes, and it was his dad before, meaning when

17   I came, his dad was.  Yeah.

18       Q.   What's the total number of employees that

19   work for Sound Around and its affiliates?

20       A.   I'm not sure.

21       Q.   Approximately?

22       A.   I don't know.

23       Q.   Is it more or less than 50?

24       A.   Fifty?

25       Q.   Yes.

Jeremiah E. Brach
May 13, 2025

1     A.  Yes.

2     Q.  How much more than 50?

3     A.  You know what?  I don't want to guess

4  anything, because I'm not sure, because we have a

5  lot of temp. agencies, so I'm not sure, so they're

6  not probably our full-time employees, so I really

7  don't know the number.

8     Q.  So you have some employees, some independent

9  contractors?

10    A.  I mean, we might have contractors also, but

11 agency workers.

12    Q.  And then the temp. agency workers?

13    A.  Yeah.

14    Q.  Who would know the compilation of all the

15 employees?

16    A.  Jack Tybereg.

17    Q.  Does he handle payroll for everyone?

18    A.  Yes.

19    Q.  And you use a payroll company?

20    A.  I think we do, but I don't know the name.

21    Q.  So he sees that employees are paid,

22 independent contractors are paid, and agency --

23 temp. agency -- workers are paid; is that correct?

24    A.  He sees that everyone -- yeah.

25    Q.  Now, your ownership interest, is that the

Jeremiah E. Brach
May 13, 2025

 1    same for Jazzy and Pyramid as well:  20 percent?

 2       A.  I'll be honest:  I don't know.  Whatever the

 3    tax return -- I don't know.

 4       Q.  And who would know the ownership interest of

 5    Jazzy and Pyramid?

 6       A.  Probably my accountant.

 7       Q.  Anyone else?

 8       A.  Maybe my dad.

 9       Q.  How old is your dad?

10       A.  Seventy-three.

11       Q.  And does your father still work full-time at

12    Sound Around?

13       A.  I wouldn't call it -- no, not really.

14       Q.  How often is he at Sound Around?  What

15    percentage of his work is at Sound Around?

16       A.  He doesn't work -- I mean, I don't know.

17    Sometimes he comes in once a week, sometimes four

18    days a week; sometimes he's not there for three

19    weeks; so it's really whenever with he wants to

20    come, however he feels; he doesn't feel so good, so

21    he's not here a lot; he's in upstate New York, he's

22    in Florida, so -- Israel.

23       Q.  Who's in charge of day-to-day operations of

24    Sound Around?

25       A.  Me and my brother.

Jeremian E. Brach
May 13, 2025

1    Q.  And how are your duties split between the

2    two of you?  Do you have an area that you take care

3    of?

4    A.  So I am now involved in the expansion of

5    international business --

6    Q.  Uh-huh.

7    A.  -- and I am the, like, analytical guy, like,

8    how to price things and -- and that's today, more

9    or less.

10    Q.  What does your brother do?

11    A.  He's involved in domestic business.  I also

12    get involved in the warehouse a little bit.  Not

13    that I work in the warehouse, but, like,

14    communicating with them, hearing what's going on.

15    Q.  When you say you're involved in the

16    international business, what countries do you sell

17    in?

18    A.  We started to sell in Europe, UK, Australia,

19    Japan, Mexico, Canada; I think we're looking to

20    sell in more places.

21    Q.  Any others right now?

22    A.  I think I said it all.

23    Q.  When you say Europe, how many countries in

24    Europe do you sell?

25    A.  Europe is most of the countries that are in

Jeremiah E. Brach
May 13, 2025

1    the EU.

2        Q.  And what platforms do you sell to the

3    countries in these different countries?

4        A.  Different online platforms.

5        Q.  Such as?

6        A.  Amazon, BOL, Allegra (phonetic), EMAG, PIGO

7    or PIGU maybe, Mercado Libre.

8        Q.  How do you spell that?

9        A.  M-E-R-C-A-D-O and L-I-B-R-E.

10       Q.  Any others?  Thank you.

11       A.  One Call, Cogan (phonetic), Take a Lot.  I

12   don't recall any -- oh.  Kaufland -- it's

13   K-A-U-F-L-A-N-D; FNAC -- F-N-A-C.  There's maybe

14   some others, but I can't recall.

15       Q.  Okay.  Turning your attention to an

16   individual named Moises Friedman, are you familiar

17   with him?

18       A.  Yes.

19       Q.  And how are you familiar with him?

20       A.  He worked for us for quite a few years.

21       Q.  And when did he begin working at

22   Sound Around?

23       A.  I don't remember the exact date, but I think

24   sometime in 2012 or 2013.

25       Q.  And are you familiar with a person named

Jeremiah E. Brach
May 13, 2025

1    Lazer Ilowitz?

2        A.  Yes.

3        Q.  Okay.  And how are you familiar with him?

4        A.  Just first to go back to Moises Friedman,

5    sorry, because I also knew him before he was

6    married; he was my sister-in-law's brother, and he

7    still is, I guess.

8        Q.  Sister-in-law's --

9        A.  -- brother.  So I knew him maybe when he was

10   a kid too, I'm not sure, but definitely when he was

11   in school.  Yes.

12       Q.  Now, is this your brother --

13       A.  My brother, Abe's brother-in-law.

14       Q.  Your brother, Abe's --

15       A.  -- who's an owner, right, his

16   brother-in-law.

17       Q.  So --

18       A.  His wife.  My brother's wife is

19   Moises Friedman's sister.  Right.  So that's where

20   I knew him first, and then, he worked for us.

21       Q.  And the relationship with Moises Friedman

22   terminated in or around January of 2024; is that

23   correct?

24       A.  Actually, I think it's the -- since I just

25   know the date, I think it's February 3rd, 2024.

Jeremiah E. Brach
May 13, 2025

1      Q.  February 3rd, 2024?

2      A.  Yeah.

3      Q.  Thank you.  And jumping back to Mr. Ilowitz,

4  Mr. Ilowitz, you're familiar with him?

5      A.  Yes.

6      Q.  And how are you familiar with him?

7      A.  So before work, I didn't know him

8  personally, but I knew him, because he's my

9  son-in-law's first cousin.  So that was the first

10  encounter, but I don't think we ever spoke or

11  anything like that, and the first time that I met

12  him -- and then he worked for us.  Yes.

13      Q.  And when did he begin working for you?

14      A.  I think, beginning of 2019.

15      Q.  And the relationship with Mr. Ilowitz

16  terminated in or around January, 2024?

17      A.  The end of January, 2024.  Yes.

18      Q.  In March of 2024, Sound Around filed an

19  action against Mr. Friedman, Mr. Ilowitz, and other

20  entities; is that right?

21      A.  Yes.

22      Q.  And when -- just drawing your attention back

23  to Mr. Friedman, when he started working, he

24  started working for Sound Around as a warehouse

25  manager; is that correct?

Jeremiah E. Brach
May 13, 2025

1      A.  Yes.

2      Q.  And do you recall how much he was paid?

3      A.  I just recall from the documents a little

4  bit:  around $50,000 a year.

5      Q.  Okay.  So -- and at that time, what were

6  Mr. Friedman's duties and responsibilities when he

7  started working?

8      A.  I think he was the warehouse manager, that

9  whatever a warehouse manager is supposed to do.

10     Q.  And that was for the Monroe, New York

11 warehouse, right?

12     A.  Yeah, in upstate New York.

13     Q.  That was the only warehouse he was managing

14 at that time?

15     A.  At that time, yes.

16     Q.  Then, in 2018, his duties and

17 responsibilities changed; is that correct?

18     A.  2018 was -- it started -- it started to

19 switch over before 2018, from the -- obviously,

20 from the -- documents that we -- I checked through,

21 it's not before this deposition just to -- you

22 know, throughout this case, let's say.  It's --

23 I've seen that he started to do in 2016 already

24 certain things for the new job.

25     Q.  Such as?

Jeremiah E. Brach
May 13, 2025

```
 1      A.   Sourcing, let's say, or buying.

 2      Q.   Okay.  But the way he was paid changed in

 3   2018; is that correct?

 4      A.   Correct.

 5      Q.   And in June of 2018, Sound Around entered

 6   into a written agreement with Friedman; is that

 7   right?

 8      A.   Yes.

 9      Q.   And you were the signor on the written

10   agreement for Sound Around?

11      A.   Yes.

12      Q.   And the agreement was written in Hebrew?  Is

13   that right?

14      A.   Yes.

15      Q.   Who drafted the agreement?

16      A.   A rabbi named Rabbi Meissels --

17   M-E-I-S-S-E-L-S.

18      Q.   And you hired him to draft the agreement?

19      A.   So I don't know if both of us or -- I knew

20   him.  Now, I don't recall who was the -- maybe both

21   of us wanted to go into agreement, obviously,

22   because it wasn't the normal practice; we're

23   usually -- we're very -- like, we don't really have

24   too many contracts or agreements with employees,

25   but -- so I probably -- since I knew him, I guess I
```

Jeremiah E. Brach
May 13, 2025

1   would assume I hired him.  I'm not sure if

2   Moises Friedman paid him as well or not; I don't

3   know, but --

4       Q.  But you definitely paid him?

5       A.  I definitely paid him.  Right.

6       Q.  And what is his background in order to draft

7   such an agreement?

8       A.  So he's a specialist in -- or a rabbi in --

9   very specific in -- Jewish law in civil matters.

10      Q.  And he does that for a living?

11      A.  Drafting agreements is not as -- he's mainly

12  a judge or a -- like, a -- Jewish judge, whatever

13  that means.

14      Q.  At, like a beth din or something like that?

15      A.  Yeah, yeah.  He works for a beth din; I

16  don't know if he still works for a beth din.

17  B-E-T-H D-I-N.

18      Q.  And where is that located?

19      A.  No.  So he's not there anymore, but he used

20  to work on Ocean Avenue for a beth din.  I think

21  today, he just has a -- it's called a -- kolo for

22  young Jewish rabbis to learn Jewish civil law.

23      Q.  And then -- and do you have -- do you know

24  his address?

25      A.  I know where he lives, but I don't have his

Jeremiah E. Brach
May 13, 2025

1    address.

2        Q.   Do you have his address somewhere else?

3        A.   His address?   Only from driving to his house

4    and seeing the address, or walking to his house.   I

5    think I know -- I'm not even sure.   I'm sure it's

6    that house, but I think I know where his house is.

7        Q.   And where is that?

8        A.   So it's on 58th Street between 15th Avenue

9    and 16th Avenue in Brooklyn.

10       Q.   And for the record, would you spell his

11   name?

12       A.   His full name?

13       Q.   Yes.

14       A.   So it's Rabbi Chaim -- C-H-A-I-M -- and the

15   second name would be Mordechai --

16   M-O-R-D-E-C-H-A-I, and then Meissels;

17   M-E-I-S-S-E-L-S.

18       Q.   One second here.

19           MR. FORTUNA:   Could we get this marked as

20       Defendants' A (indicating)?

21           (Whereupon, a Certificate Of Accuracy

22       concerning an employment agreement written in

23       Hebrew was marked as Defendants' Exhibit A for

24       identification, as of this date.)

25       Q.   Would you take a look at that, what's been

Jeremiah E. Brach
May 13, 2025

1    marked as Defendants' A, and let me know if you

2    recognize that?

3        A.   I should read through the whole thing?

4        Q.   You could page through it; you'll see right

5    away what it is.

6        A.   Yes.

7        Q.   What do you recognize that to be?

8        A.   This is the contract between Sound Around

9    and Moises Friedman.

10       Q.   And also attached to that is a English

11   translation of the agreement?

12       A.   Yes -- oh.  You mean -- in the back, you

13   mean?

14       Q.   Yes.

15       A.   Yes.

16       Q.   So let's focus on the English translation

17   for now.

18       A.   Yes.

19       Q.   Have you read -- withdrawn.

20            Have you read the English translation and

21   the Hebrew version?

22       A.   I used to only have the Hebrew one, so

23   obviously, I read that, that one I signed, and I

24   read the English one as well.

25       Q.   Is the English translation, as far as you're

Jeremiah E. Brach
May 13, 2025

```
 1   concerned, an accurate translation of the Hebrew

 2   one?

 3       A.  I'm not a professional translator, but it

 4   seems to address all the matters that I understand

 5   from the Hebrew.

 6       Q.  Okay.  So as far as you're concerned, even

 7   though you're not a professional, it's an accurate

 8   translation?

 9       A.  Yeah.  I mean, we also hired an accurate

10   translation company, so I hope they're doing their

11   job; we paid them for it, right?

12       Q.  Now, in this agreement, Mr. Friedman's role

13   expanded to include another warehouse, the one in

14   Los Angeles, so he had to manage the Monroe

15   warehouse and also the Los Angeles warehouse; is

16   that correct?

17       A.  So I wouldn't call it in here "managing a

18   warehouse"; it says here "supervise the warehouse."

19       Q.  Okay.  Let's call it "supervise the

20   warehouse."  So his role expanded that he would

21   then start supervising the warehouse at -- in --

22   Los Angeles in addition to the Monroe warehouse; is

23   that correct?

24       A.  From what it says here, yes.

25       Q.  What about from your own memory?  Do you
```

Jeremiah E. Brach
May 13, 2025

1    recall that his duty expanded to include the

2    Los Angeles warehouse?

3        A.  Yes.

4        Q.  And then --

5        A.  But if I want to get it clear, it doesn't

6    mean to manage it.  Supervise could be as -- I

7    think it mentions it here; it could be all the

8    hours or no hours.  It's just that if there's ever

9    a problem, he's -- he's -- he doesn't have to be

10   there, sometimes more, sometimes never; supervising

11   is something that is -- that if something -- to

12   make sure that everything is going well, that the

13   managers are doing their job, because both of them

14   have their own managers.

15       Q.  Okay.  Thank you for that clarification.

16   And then, he would continue to be paid $1,000 a

17   week, which is what he was getting paid before for

18   that role; is that correct?

19       A.  Does it say that?  Just to make sure.  Which

20   paragraph before I say yes?  Oh.  Yeah.  Paragraph

21   Four.  Right.  Yes.

22       Q.  In addition to that, he was going to take on

23   the role of what's called a buyer?

24       A.  Yes.

25       Q.  Okay.  And I could draw your attention to --

Jeremiah E. Brach
May 13, 2025

1   let's see what Paragraph -- Paragraph Seven:  he

2   was to be paid three percent of sales at that time

3   for sourcing and products being sold; is that

4   correct?

5       A.  Yes.

6       Q.  Okay.  And he was -- you know, as far as

7   that is concerned, he was on his own; he had to

8   figure out what products to sell, what he thought

9   would sell, and then present it to Sound Around; is

10  that correct?

11      A.  No.  First of all, he wasn't on his own.  He

12  had a job to -- but in the beginning, he had

13  guidance, obviously, but then which product to

14  bring to us and so on, yes, he had to go find

15  different products for us.  We didn't dictate which

16  products he should find for us and which he

17  shouldn't find for us.  Yes.

18      Q.  And at that time, Sound Around still

19  primarily sold the audio equipment that you

20  described earlier; is that right?

21      A.  Yes, and we also sold already -- at that

22  time, we started to sell already Nutri -- so I

23  described earlier only car audio, so let's go back

24  a little bit.

25      Q.  Sure.

Jeremiah E. Brach
May 13, 2025

1      A.   At that time, when we started -- I didn't

2   say the whole history, but when we started, we had

3   -- when I came into the business, because that's

4   the -- when you say "that time," the audio product,

5   you're going back to 1995 --

6      Q.   I'm talking about -- let's focus on, let's

7   say, prior to signing this agreement in 2017, what

8   products was Sound Around sending him to --

9      A.   So in audio, we had then already car audio

10   as before; we had home audio; we had pro audio; and

11   I believe we had already, like, microphones and

12   megaphones.  So it was very diversified around

13   audio, but not only car audio like I mentioned, but

14   in the beginning, it was all types of audio

15   already, including home audio.  And we also started

16   already -- at that time already, we had already a

17   brand named NutriChef and we started to do kitchen

18   products.

19      Q.   Now, focusing on -- at this point, let's

20   focus on --

21      A.   And just -- sorry.  And I think at that

22   time, we had already our brand named Serene Life; I

23   just can't recall what products we had already then

24   even before Friedman, but it was very minimal.

25      Q.   So let's just focus on as of December for

Jeremiah E. Brach
May 13, 2025

1   the year -- calendar year -- 2017.  What were the

2   total sales of Sound Around?

3       A.  I don't recall.

4       Q.  Approximately?

5       A.  It's -- I don't want to say a number that I

6   wouldn't say the right number, because I don't

7   remember yearly our sales graphs.

8       Q.  And where would that information be?

9       A.  We have the -- I think we have it in

10  documents.  I've seen it.  I just don't remember

11  which year what was  exactly what.

12      Q.  Does Sound Around keep that information,

13  have that information available?

14      A.  Yeah, I think we have that information.

15      Q.  And who at Sound Around would have that

16  information?

17      A.  I would also have it; I just don't remember

18  it by heart.

19      Q.  I understand.  So where would we look for

20  that information?  Where is it kept at

21  Sound Around?

22      A.  It's -- we probably have a book or a record

23  from maybe -- maybe from either -- it's through the

24  main system or whatever, but what I could say is we

25  probably didn't do less than 60 and we probably

Jeremiah E. Brach
May 13, 2025

1    didn't do more than -- or maybe less than 50 -- I

2    don't know; I don't want to say -- probably we did

3    about 50 as a minimum, and probably as much as 80

4    or 90 as a, you know --

5        Q.  Somewhere between 50 million and $80

6    million?

7        A.  Yes.

8        Q.  And what percentage was audio-related

9    equipment at that time?

10       A.  At that time, it was probably 90 percent or

11   95 percent.

12       Q.  And under this agreement, Mr. Friedman was

13   an employee of Sound Around; is that correct?

14       A.  Yes.

15       Q.  Okay.  The time period in which he was paid

16   -- withdrawn.

17           The three percent of the sales commission

18   that he was supposed to be paid under this

19   agreement, that was of total sales, like, three

20   percent of the total revenue less returns; is that

21   correct?

22       A.  Total of the company?

23       Q.  No, of the sales that he made; total of the

24   sales he made.

25       A.  It was three percent of the net sales of

Jeremiah E. Brach
May 13, 2025

1  after all discounts, after all co-ops and fundings

2  and whatever it is.  The net, net, net money that

3  comes in from a sale, because sometimes a sale on

4  an invoice could have a certain amount and the net,

5  net, net could be 25 percent less, and then plus

6  returns deducted.  So if -- so that's also

7  including credits and debits.  Correct.

8      Q.  So let's clear that up a little bit, you

9  know.  So it would be three percent of the total

10  revenue that Sound Around received from the sales

11  less returns.  Would that be accurate?

12      A.  Yes.

13      Q.  Okay.  Okay.  And that -- that agreement in

14  which he was to receive -- and this -- withdrawn.

15          This agreement was signed in June of 2018;

16  is that right?

17      A.  Yes.

18      Q.  Okay.  And the agreement to pay, we'll just

19  for now shorthand call it, "three percent of

20  sales," lasted only until the end of 2018; isn't

21  that correct?

22      A.  I am not a hundred percent sure about that,

23  but if it only lasted until then or a little

24  longer, but -- it wasn't for long.  Correct.

25      Q.  And then it changed to a different

Jeremiah E. Brach
May 13, 2025

1    commission structure and the agreement under that

2    provision was no longer followed; is that correct?

3        A.   No.  So where the three percent came about,

4    let's get it clear, we -- this type of job when we

5    hire them for this job, the verbal agreement was a

6    little different than the actual agreement on the

7    commission, but it was all based on the same

8    calculation, again, approximately, and from, let's

9    call it, some of our competitors in the industry,

10   different Amazon companies that are out there that

11   have this term "buyer" may also have a certain

12   agreement with some of the buyers; I don't know

13   what their agreements are, because I never saw

14   their agreements, but from what I heard in the

15   industry is that they pay something ten percent of

16   profits; again, I don't know how they define

17   "profits" or whatever, but ten percent of profits

18   for the buyers; and we didn't yet have a system

19   then to calculate from our profits per items per

20   categories that Mr. Friedman or anybody -- he was

21   the only one at that time -- would be assigned to.

22   So at that time, we agreed that we're going to give

23   -- we were at that time making approximately 30

24   percent profit margin, and we would -- so that

25   number, ten percent, it was all based on that ten

Jeremiah E. Brach
May 13, 2025

1  percent number.  So ten percent of profits of a 30

2  percent margin, if you do the math, equals three

3  percent of net sales; if you want, I can explain

4  it.  So let's assume you sell something for net,

5  net, net $100; so the sale invoice price would be,

6  let's just say, $130, and there comes off, let's

7  say, co-op and Damage Allowance and Freight

8  Allowance or whatever it is -- you know, all these

9  fees that come off -- and let's say the net, net,

10  net finishes by $100, right, so the sale amount --

11  as you say, the revenue, the money that comes in

12  from that sale -- is $100.  So if you take that,

13  and if on $100, we made typically on average in

14  those times 30 percent, so that would make it -- so

15  if you take that, that would be $30.  Ten percent

16  of 30 is $3.  So you take three percent of 100,

17  that's also $3.  So that would be the compensation,

18  so that's how we organized the compensation, and

19  knowing that we're working on a certain program or

20  a system to be able to calculate the profits, and

21  everybody would be more comfortable; sometimes it

22  could be a little bit more in the favor for him if

23  he made more than 35 -- let's assume he made first

24  35 percent, it would be in his favor, but it was

25  based on that number that we knew that it was going

Jeremiah E. Brach
May 13, 2025

1    to be shortly -- my brother was working on some

2    kind of a system or, obviously, with someone in the

3    company to develop a certain profit system that we

4    should be able to track this, and that's when it

5    was supposed to change, and that was probably that

6    time -- again, I don't know exactly when that time

7    was; it was, as you said, maybe December, 2018 or

8    January of '19 or February of '19; sometime around

9    then, we moved it over back to the original

10   discussion of ten percent of profits.

11       Q.   So putting aside the math, you know, of,

12   like, whether they equal or not equal, at or around

13   the end of 2018 or thereabouts, you stopped

14   following the three percent of net sales under the

15   agreement, and you instituted a new payment system

16   which had to do with a percentage of the profits

17   that Sound Around was making; is that correct?

18       A.   Yes.

19       Q.   Okay.  And over the years, that commission

20   structure varied from time to time and would be

21   changed or modified or tweaked; is that correct?

22       A.   No.  The base of ten percent was always ten

23   percent.

24       Q.   Okay.  We'll talk about that.

25       A.   So it really wasn't modified, but the way

Jeremiah E. Brach
May 13, 2025

1    different expenses came in that might have not

2    modified, but --

3        Q.  So over time, different expenses were

4    charged against that ten percent -- were charged

5    against that ten percent, so that didn't always

6    stay the same; is that correct?

7        A.  Yes.

8        Q.  Okay.  And then -- okay.  Thank you.  So --

9    at the end of 2018 or just prior to the end of

10   2018, Sound Around stopped paying Mr. Friedman the

11   salary of $1,000 a week under the agreement; isn't

12   that correct?

13       A.  At that time, he wasn't anymore supervising

14   the warehouses, so we stopped paying that -- that

15   -- $1,000, I guess.  But again, I'm just hearing it

16   from you that we stopped at that; I know there was

17   a certain point we stopped paying that $1,000.

18   Yes.

19       Q.  So under the agreement, you -- his -- you

20   stopped having him supervise the warehouses as per

21   the agreement and also stopped paying him a salary

22   of $1,000; is that accurate?

23       A.  Yeah, I think so.

24       Q.  And then -- and then by the end of 2018 was

25   the last time he was on payroll for Sound Around;

Jeremiah E. Brach
May 13, 2025

1    is that correct?

2        A.  I'm sorry.  When?

3        Q.  End of 2018 was the last time he received

4    any -- he was on payroll for Sound Around.

5        A.  No.  I think he was -- he definitely

6    received already at the beginning of 2018 the

7    payments to MDF, so I'm not sure about his payroll

8    or not.

9        Q.  Okay.  I'm asking a different question, but

10   thank you.  The question I'm asking is that, you

11   know, Sound Around has payroll, right?

12       A.  Yes.

13       Q.  And employees are on payroll; is that

14   correct?

15       A.  Employees are on payroll and on 1099s.

16       Q.  I'm just talking about payroll, okay?  And

17   then, as part of the payroll, Sound Around has to

18   pay payroll taxes; is that right?

19       A.  Yeah.  If somebody's on a W-2, you pay

20   payroll taxes.

21       Q.  Oh.  So you're familiar with the W-2, right?

22       A.  I know there's payroll taxes, because I'm

23   also on a W-2.

24       Q.  So social security taxes are paid on behalf

25   of the employee by the employer; is that correct?

Jeremiah E. Brach
May 13, 2025

1    A.   If you're on a W-2.

2    Q.   So the last time Mr. Friedman received a W-2

3    was for the year 2018; is that correct?

4    A.   I don't know.

5    Q.   Are you aware of whether or not he ever

6    received a W-2 after -- for any years after --

7    2018?

8    A.   I'm not aware.

9    Q.   Are you aware of any time after 2018 that

10   Sound Around paid payroll taxes on behalf of

11   Mr. Friedman?

12   A.   I'm not aware.

13   Q.   And who would have that information?

14   A.   Jack Tybereg.

15   Q.   And are you aware that under State and

16   Federal law that any employee must receive a W-2

17   for compensation that it receives?

18   A.   I'm not a lawyer, I'm not an accountant, so

19   I don't know.

20   Q.   But you're aware -- but you are aware that a

21   W-2 is the form in which an employer reports to the

22   State and Federal government what it pays an

23   employee; is that correct?

24   A.   Yes.

25   Q.   And the State and Federal government

Jeremiah E. Brach
May 13, 2025

1    requires the employer to pay certain taxes as a

2    result; is that right?

3        A.  Yes.

4        Q.  On behalf of the employee?

5        A.  Yes.

6        Q.  And after -- at some point -- if you're not

7    aware that 2018 was the last time it was paid, but

8    at some point, you're aware that Sound Around

9    stopped paying any payroll taxes for Mr. Friedman;

10   is that right?

11       A.  Yes.

12       Q.  And you're aware that Sound Around stopped

13   having Mr. Friedman on its payroll at some point

14   even if you're not sure that it was the end of

15   2018?

16       A.  Correct.

17       Q.  And you're aware that -- withdrawn.

18            Also, at the end of 2018, Mr. Friedman no

19   longer got paid holidays off; is that correct?

20       A.  I'm sorry?

21       Q.  As of the end of 2018, Mr. Friedman no

22   longer got paid holidays off; is that correct?

23       A.  What does "holidays off" mean?  I'm not

24   sure.

25       Q.  Well, as an employee -- okay.  We'll take a

Jeremiah E. Brach
May 13, 2025

1    step back.  As an employee, Mr. Friedman got paid

2    for holidays; is that correct?

3        A.  As an -- he got -- he was paid -- he was --

4    he had a different way how we paid him, so I don't

5    know -- what does "holidays off" mean or not?  We

6    had a different agreement how we're paying it.

7        Q.  So the agreement -- okay.  Under the written

8    agreement, he would get paid holidays; is that

9    correct? He would get holidays off --

10       A.  Does it say that?

11       Q.  -- and he would still get his pay; is that

12   correct?

13       A.  Does it say that in the agreement?

14       Q.  I'm asking you.

15       A.  I'm not sure.  Maybe if you can show me.

16       Q.  No, no, no.  I'm asking you.

17       A.  What?

18       Q.  I'm asking you, would he still get paid his

19   salary even though there were holidays under this

20   agreement?

21       A.  He didn't have to work on holidays, and he

22   still got paid whatever we agreed to pay him.

23       Q.  And then, after this agreement --

24       A.  And he went on vacation, and we didn't

25   deduct from the days that he went on vacation that

Jeremiah E. Brach
May 13, 2025

1    we're not paying him.

2        Q.  So did you pay him when he went on vacation

3    under this agreement?

4        A.  Yeah.  We paid him when he went on -- we

5    didn't deduct -- he went -- okay.  There were

6    Jewish holidays, legal holidays, let's say, right?

7    Again, I don't know the PTO policy of the company

8    exactly, but I know that Jewish holidays and legal

9    holidays, we -- people are not required to work,

10    and they get paid; that's what I know.

11        Q.  And he was paid?

12        A.  Yeah, because we deduct from his -- he was

13    supposed to work, obviously, for commission-based

14    or whatever, but he was supposed to work, and we

15    take off commission because he didn't work for the

16    holiday days and not the legal and not the Jewish

17    holidays.

18        Q.  I'm not talking about commission; I'm

19    talking about his salary that he was receiving.

20        A.  If he wasn't getting salary, he was then

21    getting a different payment.

22        Q.  No, no, no.  I'm saying, while this

23    agreement was in effect and prior to that, he was

24    receiving a salary; is that correct?

25        A.  Yes.

Jeremiah E. Brach
May 13, 2025

1      Q.  And he would receive this salary even if he

2  went on vacation or if he took off for Jewish

3  holidays or legal holidays; is that correct?

4      A.  Yes.  As far as I know.  I don't know if we

5  deducted it or not; I don't know, because I wasn't

6  involved, right, in the payroll.

7      Q.  But as far as you know, you didn't deduct

8  it?

9      A.  I didn't deduct it.  Yes.

10      Q.  Okay.  And after that, when you were no

11  longer working under this agreement as far as

12  payment is concerned and he was just getting

13  commissions on sales, he would get paid only if he

14  sold products; is that correct?

15      A.  He would get paid only if he sold products,

16  but -- it wasn't him selling; it was him with the

17  company selling, let's call it, with the support of

18  the company, but he would get paid -- obviously, he

19  tested in the  year of 2018 if it would work for

20  him; I think in 2018, he was making $300,000-plus,

21  so I guess he made a decision that it's worth for

22  me to already give up supervising a warehouse for

23  $50,000 a year and let me go for the $500,000 for

24  2019.  So the answer is yes, that we paid him for

25  whatever -- according to the agreement for whatever

Jeremiah E. Brach
May 13, 2025

1    -- he brought to us in sales, and we didn't deduct

2    the days of the year that he wasn't working, like

3    Jewish holidays or legal holidays or, obviously,

4    vacation.

5        Q.  Putting aside what you think was going on in

6    his head, okay, that if -- and we'll talk about --

7    if the products that he sourced didn't sell, he'd

8    get zero money; is that correct?  If he sold no

9    products, he'd get no money; is that correct?  Is

10   that the way it worked?

11       A.  If he wouldn't sell anything, he would get

12   no money.

13       Q.  And then, whatever he sold, he would get

14   commissions as per whatever verbal agreement you

15   worked out with him?

16       A.  If he wouldn't get -- okay.  You're saying

17   in 2019, if he wouldn't sell anything, then he

18   probably wouldn't get anything.  Correct.

19       Q.  I'm just making sure we understand what was

20   going on.  And then, if he did sell something, he

21   would get paid based on whatever new commission

22   agreement you worked out with him verbally that

23   changed from this agreement, correct?

24       A.  No, no.  It's not a new agreement; it was

25   just the change of the way we calculated the three

Jeremiah E. Brach
May 13, 2025

1    percent of sales or ten percent of profit; that was

2    the only change in this agreement.

3        Q.  Well, that was a change in the payment,

4    right?

5        A.  No.  It was more or less probably even the

6    same payment; it was just the way we calculated it,

7    as I explained to you before, the mathematics into

8    it.  No, but we didn't calculate anymore the three

9    percent; we calculated ten percent of profits going

10   forward.

11       Q.  Right.  However, from 2019 forward, what was

12   deducted from the amount of money received or from

13   the profit changed over time?

14       A.  2019?

15       Q.  Forward.

16       A.  Forward, there were times that other costs

17   came into play from selling products, and this --

18   and we did do some slight changes later on in the

19   days.

20       Q.  Now, starting in 2019, Sound Around started

21   issuing or paying Mr. Friedman as a 1099; is that

22   correct?

23       A.  No.  Starting in 2018.

24       Q.  Starting in 2018.

25       A.  Yes.

Jeremiah E. Brach
May 13, 2025

1    Q.  He got a 1099.

2    A.  Yes.

3    Q.  Starting in 2019, he got only a 1099; is

4    that correct?

5    A.  I don't know if starting in 2019, because I

6    don't know when he stopped that $1,000 a week, but

7    there was a time that he only got a 1099.  Yes.

8    Q.  So from the point he started only getting a

9    1099, those payments were made to a company owned

10   by Mr. Friedman called MDF Marketing Inc.; is that

11   correct?

12   A.  We made payments to the company MDF, but we

13   didn't start -- again, we started to do payments to

14   MDF in 2018.

15   Q.  So all the payments that were made pursuant

16   to 1099 were made to a company owned by

17   Mr. Friedman called  MDF Marketing, Inc.; is that

18   correct?

19   A.  Yes.

20   Q.  Now, I just want to focus briefly on when

21   you're calculating the returns deducting that

22   whether it was under the three percent or the ten

23   percent of the profit.  When a return came in,

24   right, Friedman or Mr. Ilowitz would have to, if

25   they were paid it already, give back the commission

Jeremiah E. Brach
May 13, 2025

1    that they were paid on the product that was

2    returned; isn't that right?

3        A.   So -- sorry.  As I said, the majority of

4    sales were done through Amazon 1P, which they did

5    not return the goods.  It -- there was a Damage

6    Allowance that it's called; they take a percentage

7    of -- it depends which category.  If I'm -- it's

8    somewhere between three and five-and-a-half

9    percent, I think, that they charge Damage Allowance

10   in our categories.  And so, over there, we never

11   got returns.  On the other hand, as I had

12   mentioned, sometimes selling by Seller Central or

13   maybe some other platforms, there were some returns

14   that came back from those platforms; and if --

15   obviously, if it comes -- if a return -- it's like

16   a debit.  So if you sell $100,000, let's say, five

17   percent is returned, so $5,000 might come back, so

18   those $5,000 would be deducted from the sales,

19   because it's a debit on the account.

20       Q.   Right.  So what I'm trying to say -- so

21   let's focus on the situation where the product did

22   come back, not the situation where Amazon -- in

23   that circumstance where Amazon -- it falls under

24   the Damage Allowance under Amazon.  When a product

25   comes back, right, and you have to refund to the

Jeremiah E. Brach
May 13, 2025

1    customer the amount that they paid, if you paid

2    Mr. Ilowitz or Mr. Friedman the commission on that

3    product, then that would be charged back to them;

4    is that correct?

5        A.   Correct.

6        Q.   Okay.  In addition to charging back the

7    commission, Sound Around would also charge back an

8    additional amount because they would contribute to

9    the cost of the return; isn't that correct?

10       A.   Okay.  So we're going into math; I just want

11   to understand the math here.  So let's just --

12   because I never thought of all the details, but --

13   so let's just go through it.

14       Q.   Sure.

15       A.   So if they sold, let's just take, $100,000

16   worth of product, right --

17       Q.   Why don't you make it simple:  $100.

18       A.   $100.  Okay.  They were just earning

19   hundreds of thousands of dollars, but I guess --

20       Q.   We're talking about the return situation.

21   So we'll just talk about a return that was a $100

22   return --

23       A.   You're asking very mathematical questions,

24   so I want to understand it before I answer.

25       Q.   Uh-huh.

Jeremiah E. Brach
May 13, 2025

1      A.   The -- we -- if we sold something -- let's
2  just start -- it starts with a sale, because
3  there's no return without a sale usually, right, so
4  it's not -- so when you sell, there's a certain
5  percentage of your sales that come back.  So let's
6  say a hundred dollars -- you sold $100 worth of
7  products at a dollar each and you sold 100 pieces,
8  and let's assume that costed you 50 cents, each
9  piece, so you made $50 on 100 pieces, right?  And
10  now, chances are five of the 100 are going to come
11  back, right?  So $5 is of goods.  So in that case,
12  so they -- how it works -- again, I'm -- I never
13  planned this exactly, but $5 of return -- of
14  returns, so the first thing is, we didn't sell
15  those five pieces, because it came -- it gets
16  canceled out, the sale.  So if on those $5 of
17  sales, $2-and-a-half profit gets canceled out,
18  that's what I think, okay?  Now, there's -- the
19  return is coming back, and so, obviously, there's
20  costs involved in the return; there's shipping or
21  whatever, handling in the warehouse, people have to
22  put it on pallets and move it, whatever, but -- so
23  as far as I know, I'm not sure how -- again, I
24  didn't design the Power BI and how we -- so I'm not
25  sure exactly what was charged and what wasn't

Jeremiah E. Brach
May 13, 2025

1    charged, but what would make sense what was charged

2    is the -- that the sales should be null, because we

3    didn't make any money, plus whatever fees were

4    involved in the returns of shipping or something

5    should also be added to it; that's what I would say

6    would make sense to charge.  So I don't know what

7    we charged.

8        Q.  So you don't know what you charged, but it

9    was something in addition to the commission that

10   was paid; there was another charge added to that?

11       A.  I'm not getting the detail of the question.

12   Sorry.

13       Q.  So I'm just from the perspective of Friedman

14   and Ilowitz, right?

15       A.  Okay.

16       Q.  So a product would be returned, okay?

17   They'd have to give back the commission that they

18   were paid, right?

19       A.  For that sale, because that it got canceled

20   out, let's say.

21       Q.  Right.  But if you paid them the commission,

22   they'd have to give it back, right?

23       A.  Okay.  Let's say in January, they -- we paid

24   them commission, right?  So we have to pay them at

25   a certain time commission to give it back.  So we

Jeremiah E. Brach
May 13, 2025

1    assume -- not we assumed; they sold 100 pieces and
2    we gave them commission on that; we said in a
3    scenario where the company made 50, they would get
4    $5, let's say -- again, we're not going into the
5    details of all the costs on these products, but
6    just -- now, you're saying that let's say that ten
7    pieces came back, okay?  So now, those ten sales
8    would be canceled, right?  So the next month, even
9    if they would sell another 100 pieces again -- so
10   they would be getting $5 -- it would be now $5
11   minus maybe 50 cents, I guess?  Yeah, that's how we
12   would probably calculate it.  But again, I don't
13   know we calculated that -- that makes sense --
14       Q.  I understand what you're saying, but let's
15   make it less complicated for the record, okay?  So
16   we'll talk about one product; I think I'm going to
17   say something consistent with what you describe,
18   but I just want it to be clearer on the record.
19   They sell one product, it gets returned; the
20   commission that you paid on that one product gets
21   charged back from them, because you have to recover
22   that, right?
23       A.  Yes.
24       Q.  But in addition to that commission, there's
25   another charge that you charge them; isn't that

Jeremiah E. Brach
May 13, 2025

1    correct?

2        A.  What?

3        Q.  That's what I'm asking.

4        A.  I don't know.

5        Q.  Who would know?

6        A.  I have to go check the report.  Like, I

7    don't know.

8        Q.  Who at Sound Around would know that, be able

9    to figure out that?

10       A.  Again, if I look into the reports, we could

11   check it out.

12       Q.  So what reports would you look at to

13   determine that?

14       A.  Maybe the Power BI report.

15       Q.  Okay.

16           (Whereupon, a discussion was held off the

17       record.)

18           (Whereupon, a break was taken at 11:34 a.m.,

19       and the deposition resumed at 11:41 a.m.)

20           (Whereupon, a discussion was held off the

21       record.)

22           (Whereupon, the requested portion of the

23       record was read back.)

24       Q.  Who's in charge of maintaining the BI

25   system?

Jeremiah E. Brach
May 13, 2025

1      A.   There was a guy; he might still be there.

2    Sarubgh (phonetic).

3      Q.   And what does he do to maintain it?

4      A.   I don't know exactly what he does, but --

5      Q.   Who does the data input for the BI system?

6      A.   I'm not exactly sure every person that does

7    every part of it, but there are different people

8    that are doing different things:  there's

9    developers, there's data entry, there's -- so I'm

10   not sure exactly who's responsible for what.

11     Q.   Who gives the information to the data entry

12   people to put into the BI system?

13     A.   So there's a guy named Yeshaya Gross; he

14   gives a lot of the financial information, like, the

15   co-op, all the back-end stuff that gets charged

16   back to us; then there's PPC stuff, like, marketing

17   expenses that go into the Power BI; that's also, I

18   think, he; I'm not one hundred percent sure.

19     Q.   You think it's Yeshaya Gross also?

20     A.   Yes.

21     Q.   And what is his background that he handles

22   that information?

23     A.   He's a college graduate, and he went,

24   actually, to college for -- to be an actuary, and

25   there was a guy before him named Glanz --

Jeremiah E. Brach
May 13, 2025

 1    Shmuel Glanz -- S-H-M-U-E-L, G-L-A-N-Z -- and he --

 2    I think he was the first designer, but not -- I'm

 3    not sure if he was the first-first, but he was the

 4    one that brought Power BI to us.  Again, I don't

 5    know for sure if he brought it to us, but he was

 6    the first, or maybe the second, that was very busy

 7    with it, and then, he left us, so I hired somebody

 8    named Yeshaya Gross; I heard he was an actuary.

 9    When somebody told me he was looking for a job, and

10    even though we didn't need an actuary, but he was

11    very good at math and numbers.

12        Q.  Okay.  Thank you.  In addition, beginning in

13    -- well, in addition, if certain inventory that was

14    sourced by either Ilowitz or Friedman became so

15    old, they'd have to buy it back from Sound Around;

16    isn't that correct?

17        A.  That's not correct.

18            MR. FORTUNA:  Can I have this marked as

19        Defendants' Exhibit B (indicating)?

20            (Whereupon, a two-page document from

21        David Lazar was marked as Defendants' Exhibit B

22        for identification, as of this date.)

23        Q.  Are you familiar with David Lazar?

24        A.  Actually, they pronounced it Lazar.

25        Q.  He used to work for Sound Around?

Jeremiah E. Brach
May 13, 2025

1      A.  Yes.

2      Q.  Does he still work there?

3      A.  No.

4      Q.  Okay.  And would you take a look at what's

5   been marked as Defendants' B and tell me if you

6   recognize this?

7      A.  Could I read it?  Because I don't remember

8   this like that, you know?

9      Q.  Sure.  And focus on, you know, when you're

10  reading, read closely -- I'll be asking you

11  questions about dead items at the bottom and onto

12  the next page.

13     A.  It's two pages; I just wanted to make sure.

14  So the date is -- sorry.  Where is the date here?

15     Q.  It says -- if you see under "Shipping

16  Costs," it says these will start March 1st, 2021;

17  it'll be around that date.  I don't have a date on

18  this one.

19     A.  You don't know when this was.  Okay.  So it

20  could be February, it could be December, let's say,

21  of the year before --

22     Q.  Right.  Whatever is prior to March 1st.

23         (Witness reading document.)

24     A.  Okay.  I don't understand every single line

25  here, but I read it.

Jeremiah E. Brach
May 13, 2025

1    Q.  So according to -- this is David Lazar.

2    What was his position at -- I'm sorry.  How do you

3    pronounce his name?

4    A.  David Lazar.

5    Q.  What was his position at Sound Around?

6    A.  Again, I don't know his exact position, and

7    I'm not sure of the exact role.  Abe hired him as

8    maybe -- I'm not sure if it was for sales or if you

9    want to call them -- again, he definitely didn't

10   have that position, but a certain operations

11   manager, but I'm not sure.  Not a COO or anything

12   like that, but again, I don't know if we give him a

13   title.  Does he sign here with a -- yeah.

14   Operations -- SVP Operations, so I guess that's his

15   title.

16   Q.  Okay.  Now, you see that this memo says the

17   need to start taking in consideration dead items.

18   Do you see where it says that?

19   A.  I saw it.  Yeah.

20   Q.  And it defines dead items, "Any item that is

21   in inventory still after a full calendar year will

22   be considered a dead item"?

23   A.  Yes, that's what it says there.

24   Q.  And then, if you look to Item Number Five

25   under Dead Items, it says, "Dead items will be

Jeremiah E. Brach
May 13, 2025

1   charged against profits on other items from the

2   same buyer"; is that correct?

3       A.   That's what it says there.

4       Q.   And then, it goes through a calculation on

5   how that would be done.  Do you see that?

6       A.   Right.  So I'm not -- I'm not sure if I

7   understand this correctly, but -- what he's

8   writing, because I didn't write this.

9            (Witness reading.)

10      A.   So that's what would be dead items.  I'm not

11  sure.

12      Q.   So basically, what it says here in

13  "Example," if there is 200,000 in dead inventory

14  from the past year associated with a particular

15  buyer, it would be deducted -- that 200,000 would

16  be deducted -- from his commissions.

17      A.   So -- no.  Okay.  So, first of all -- okay.

18  If you want to still ask questions, then I can

19  answer as far as I know.

20      Q.   No.  I'm saying, is that correct?  That's

21  the question.

22      A.   Does it say it here?

23      Q.   Yeah.

24      A.   That's what it says here, yes, but I could

25  explain it.

Jeremiah E. Brach
May 13, 2025

```
 1      Q.  And is that what Sound Around did?

 2      A.  No.

 3      Q.  Okay.  And what did Sound Around do with

 4  respect to dead items?

 5      A.  So first, just the definition at least,

 6  because I can't -- I don't think -- I mean, again,

 7  I don't remember this document, at least.  I --

 8  there was definitely discussions about this subject

 9  of whatever we read here.  A lot of things

10  happened, let's say, at that time, which, again, I

11  can't say, because I don't remember the exact

12  dates.  Some things happen at certain times and

13  some things never happened and some things happened

14  much later.  Now, just to correct you on your

15  definition, one thing is for sure; like, you said

16  that if it has 200K in dead inventory from past

17  year, that's "b.", so you interpreted it -- maybe

18  you read it somewhere, I'm not sure -- that he

19  would be charged 200K in commissions.

20      Q.  If you look at Item Number d. on the second

21  page, it calculates how that 200,000 in dead items

22  would be --

23      A.  Yes, it does calculate.  So let's go like

24  this.  If he sells a million in inventory -- so we

25  made 300K in profit, so the way -- first of all,
```

Jeremiah E. Brach
May 13, 2025

1    the way he's using markup, that's not the right way

2    in math how to -- so he has a wrong definition,

3    because it's really margin from a million; he's

4    talking about 30 percent before, so he's not

5    translating it correctly, does David Lazar, but --

6    so it's not marked up.

7        Q.   So it should be -- he's using the wrong

8    term; it should be the 30 percent margin?

9        A.   Margin.  Correct.

10       Q.   300,000 margin.

11       A.   Thirty percent would equal from a million

12   300,000 margin, not -- because -- correct.

13       Q.   So he's just using the wrong word?

14       A.   Right, right, because I happen to be very

15   mathematical; that's my job and whatever, and I got

16   on my Regents 99 and 98 trig. and geometry, so --

17   yes, so --

18       Q.   That's impressive.

19       A.   Yeah, thank you.  Now, the buyer's

20   commission -- so that's where I think we have it

21   wrong on this -- will be calculated from 300K in

22   profits, so usually, if it would be 300K in

23   profits, they would be paid, let's say again, the

24   $30,000 on that ten percent calculation.  So it's

25   saying that since you have 200,000 of dead

Jeremiah E. Brach
May 13, 2025

```
 1   inventory, really -- so he's only going to get --
 2   it's as we made now 100,000, so in that case, he
 3   would get -- $10,000 commission, right?  I think
 4   the way you described it -- maybe -- that's what I
 5   understood, at least -- is that we would deduct
 6   $200,000 from his pay.
 7        Q.   So just so I understand what you say, and
 8   I'll just reiterate, if that particular buyer sold
 9   -- under what you described as Sound Around's
10   commission policy at that time, sold -- a million
11   dollars worth of product but he still had 200,000
12   worth of dead items, the profit in this example on
13   that million dollars was 300,000, normally, based
14   on discussion, the buyer would get a $30,000
15   commission payment, but because there's a $200,000
16   dead-item deduction, you're going to take that from
17   the profits and then he'll only get commission on
18   what's left, which would be 100,000, so he'll get
19   10,000 instead of 30,000; that's how you're
20   describing how the dead items were charged against
21   the buyers; is that correct?
22        A.   Not how it was charged against the buyers;
23   how it's written in this document.
24        Q.   Okay.  How was it charged against the
25   buyers?
```

Jeremian E. Brach
May 13, 2025

1      A.  So it actually -- let's just go back.  In

2  the contract with Friedman, it does say, if I could

3  pull it up -- I don't know how it works --

4      Q.  It's Exhibit A.

5      A.  Exhibit A, right.  It says in Paragraph Six,

6  the last sentence, "...the goods shall not remain

7  in the enterprise for more than one year." So that

8  was a responsibility of the buyers, that they --

9  again, there's different responsibilities here in

10  the contract, but one of them was that it was their

11  responsibility that -- to make sure to get rid of

12  -- "rid of" usually means to sell the products by

13  the end of a 12-month calendar from when the

14  products came in.  So the first thing is that was

15  one of their responsibilities --

16      Q.  Right, but I'm asking a different question,

17  and I don't mean to cut you off, which is, in

18  Exhibit B, it describes what happens with those

19  items when they were -- if the items lasted longer

20  than a year.  You're saying something different

21  happened at Sound Around, and I'm asking you what

22  would happen with respect to the buyers for items

23  that were older than a year, a year older.

24      A.  Right.  So this was a big discussion in the

25  company, I guess, from sometime before 2021 --

Jeremiah E. Brach
May 13, 2025

1    let's say beginning of 2021 or end of 2020 -- that

2    this -- the responsibility that Friedman or other

3    buyers had to -- which says in the contract by

4    Friedman, that one of the responsibilities that he

5    should sell the inventory after, I think, a

6    calendar year -- I don't know -- but it means that

7    he has a responsibility after a year, it should be

8    sold, the products, right, whatever he's bringing.

9    We weren't -- how do you now gauge it?  How do you

10   now charge for it?  Somebody has to be accountable

11   to sell it, right?

12       Q.  But I'm asking you a different question.

13   I'm saying, what would happen -- let's assume that

14   they didn't sell the product, it's a year or more

15   older; what would happen with the cost of that

16   product with respect to the buyer?  You said it's

17   not what's written in David Lazar's menu; I'm

18   asking you what would happen.

19       A.  By the end of the day, the conversation was

20   a conversation.  Many times -- sometimes here,

21   again later, and they were by us until beginning of

22   2024 -- this conversation came up, and by end of

23   the day, we never charged back for items more than

24   12 months.

25       Q.  So there was no consequence to the buyer?

Jeremiah E. Brach
May 13, 2025

1    A.  Correct.  There was always warnings about it

2    -- when I say "warnings," discussions, like, "We

3    want to give you a chance.  You have a lot of

4    inventory.  Okay.  We're going push it off 'til

5    next year," and by next year, it dragged and

6    dragged, and finally, it was supposed to start

7    again in 2024, but then, obviously, what happened

8    in 2024, it never happened, and -- but the

9    consequence of that is we're still sitting with a

10   lot of products in stock that are costing us from

11   back then.

12   Q.  So just so I understand, there was, like,

13   intention to charge back the dead items as we

14   described it here, but it never occurred?

15   A.  Correct.

16   Q.  Okay.  So after the commission calculation

17   or structure changed where it was ten percent of

18   the profits, Sound Around would charge certain

19   things against the profits prior to calculating

20   both Friedman and Ilowitz's commission; isn't that

21   correct?

22   A.  I want to -- repeat, sorry, the question.

23   Q.  Oh, sure.  Sure.  After the commission

24   structure changed from three percent of sales and

25   the calculation was based on profits, there would

Jeremiah E. Brach
May 13, 2025

1    be certain expenses charged against those sales; is

2    that correct?

3        A.   Correct.

4        Q.   So one of those expenses would be shipping

5    costs; is that correct?

6        A.   Yes.

7        Q.   And the shipping-cost charge were not the

8    actual shipping costs of a particular product, but

9    they were just a general category of shipping

10   costs; is that correct?

11       A.   It was -- we call it -- it was -- we had a

12   spreadsheet; we named it, for us, our -- based on

13   our homegrown cost report.  Now, let me explain the

14   history of that cost report, because everything --

15   we could answer something yes, no, yes, no, but

16   obviously, there's -- I know where you're going to,

17   and I have to explain it.  The -- let's just --

18   since I'm a kid --

19       Q.   Since you were?

20       A.   -- I am a child, or you could say from when

21   I joined the company, because I did tweak it a

22   little bit.  So I can talk from when I was a kid,

23   because, as I mentioned, from when I came in, one

24   of the things, I'm a little analytical; I don't

25   call myself a mathematician, but my mind thinks

Jeremian E. Brach
May 13, 2025

1    mathematics, and we called it a spreadsheet -- if

2    you want to call it a cost sheet, a spreadsheet --

3    and when somebody's in the business of importing of

4    buying and selling products, you have to know your

5    cost and not fool yourself.  There's a saying that

6    people that don't know their costs, they turn

7    water; they're just buying, selling, buying,

8    selling, and they don't have to make money, right?

9    So people have to know their costs; that's

10   understandable when they run a company.  So we used

11   to have this spreadsheet, and going back to when I

12   came into the business -- actually, I didn't create

13   the spreadsheet; my father created it, the concept

14   of the spreadsheet, and, to understand, there's an

15   FOB cost, there's, let's call it, duties -- today,

16   we call it tariffs; there's CBM -- you know, how

17   much a container costs -- different costs.  That's

18   how we calculated our landed cost; and when we --

19   so if you see here again, just from what I can

20   assume what this guy writes here, just because --

21   since I -- I don't remember this document

22   (indicating), but he writes here, "we used to

23   estimate at five-and-a-half thousand dollars";

24   that's what he writes there.  So what that means is

25   that historically, when Friedman came to work for

Jeremiah E. Brach
May 13, 2025

1    us, and we had to just even -- not that I had to

2    show him or -- I just -- and actually, when Ilowitz

3    came as well, he wanted to know how we calculate

4    the costs and whatever, and I told him we have a

5    cost sheet how we create our costs; and that cost

6    sheet is included, it's always -- we do include

7    buffers, and I'll explain why.  So let's say under

8    five-and-a-half thousand dollars, when they came to

9    work by us, it was based on a

10   five-and-a-half-thousand-dollar container costs.

11   Now, included -- and I explained it to them.

12   Included in the five-and-a-half thousand dollars,

13   it could have been containers costs, let's say --

14   again, I don't know what it was back then exactly,

15   but it could be $2,000 container costs.  In that,

16   there's also drayage we have to bring from the --

17   so there's other costs in a container.  So there's

18   fixed costs -- besides the actual shipping of the

19   container, there's fixed costs, and that's how we

20   calculated; it could be there were -- we even

21   included other costs, like the water example;

22   there's always a chance of costs that --

23   demurrage-costs fees; there's fees of -- sometimes

24   they strip containers; they send us the bill of the

25   warehousing of the -- you know, downloading --

Jeremiah E. Brach
May 13, 2025

1    Customs might strip a container, which happens

2    every so often -- sometimes more often, sometimes

3    less often -- but all these costs, it doesn't have

4    to do with them; this is for the company; we have

5    to calculate these costs, and that's why we put in

6    there.  We felt at that time five-and-a-half

7    thousand would cover these costs; then we also

8    have -- let's say we bring containers to the East

9    Coast, we bring containers to the West Coast;

10   obviously, to the West Coast it might be a little

11   cheaper; to the East Coast it's more money; we use

12   transfers; like, we sent trailers from West Coast

13   to East Coast to move the goods; there's unloading

14   the container.  So whatever it is, all these

15   different fees, so what we felt at that time when

16   we created -- when I came in, my father might have

17   had a little -- but this is going back to the 1990s

18   where I created this sheet, and it was based on a

19   five-and-a-half-thousand-dollar, let's call it,

20   container cost, okay?  So now -- so that's one

21   cost.  Sorry.  So what was the question?  Let's

22   just go back to the question, because I'm heading

23   to the question.

24       Q.  The question was, the shipping costs that

25   were charged, weren't they actual costs of shipping

Jeremiah E. Brach
May 13, 2025

1    the particular items that they -- came, and you're

2    saying no, you had this other calculation.

3         A.   How the company calculated shipping costs.

4         Q.   Now, where would that information be at the

5    company?  If I wanted to see how you calculated the

6    specific items that was brought in and charged to

7    the commissions, where would that be?

8         A.   We have a spreadsheet; it's not like -- this

9    is how we calculate it.

10        Q.   Right.  Where is that spreadsheet

11   maintained?

12        A.   So we have different spreadsheets in

13   history, so I'm not sure what was when Friedman

14   started; I'm not sure exactly what was when Ilowitz

15   started, because it  was also a two-year

16   difference, I think, but we used to have it in an

17   Excel sheet -- like, more in an old-fashioned

18   sheet; that sheet I was searching recently, I

19   couldn't find that sheet, and we used -- there was

20   a copy, actually; we used to have a book that we

21   printed out -- this is going back to the nineties

22   or even early 2000s that we worked off a book, and

23   that's how we structured our cost, and that's how

24   we used it, nothing to do with buyers; that's why I

25   was explaining to you we used it to know how to

Jeremiah E. Brach
May 13, 2025

1    sell product, because if something cost $10 and it

2    lands here, based on our sheet, for $13, we

3    establish the price based on that landed price of

4    how we calculated the landed price.  Now, later on,

5    we had something that was called UPC scan, and I

6    think later on, it was maintained in back office.

7         Q.   Okay.  And where is it maintained now?

8         A.   I think, back office.

9         Q.   Now, let's jump just for a second here.

10   When Sound Around paid commission for specific

11   sales that either Friedman and Ilowitz did, would

12   there be a report that Sound Around would create

13   that would, like, identify the products that were

14   sold and the costs that are associated that were

15   deducted to calculate the commission?

16        A.   There would be the product -- it's, again,

17   based on this Power BI program.  There would be a

18   product; their name would be attached to this

19   product, so we would combine all the products that

20   have their name to it, and what was the --

21        Q.   Would there be a report that shows what was

22   sold and what was deducted as a cost in the final

23   amount of the commissions that they would be paid?

24        A.   So traditionally -- and things changed

25   throughout times a little bit, but traditionally,

Jeremiah E. Brach
May 13, 2025

```
 1    let's say when it started -- let's just start from
 2    the beginning.
 3        Q.   When they started?
 4        A.   When they started -- and, again, I don't
 5    remember exactly how the Power BI, what information
 6    was in there, but it would have the product, it
 7    would have their name; we would run a report -- we
 8    run a report, let's say, of the monthly or the
 9    quarterly, however we paid -- I forgot exactly the
10    timing, but it would be we would do a report in
11    there; so I would look at the month of January,
12    let's say; it would show up all these items for
13    Friedman, let's say, and it would tell you the
14    amount of sales it had, and it would tell you,
15    obviously, the cost of goods based on our cost of
16    goods from our spreadsheet or back office -- I am
17    not sure which program we had by the beginning, at
18    that time, and basically, based on that -- again,
19    it could be it was also marketing expenses for the
20    product, and obviously returns would be deducted,
21    all the debits, you know, sales, which marketplaces
22    -- all this information would come in, and by the
23    end of the day, it would show a number of, say,
24    $100,000 profit, so obviously, we would give them
25    -- from that number, we would give them -- $10,000.
```

Jeremiah E. Brach
May 13, 2025

1      Q.   Would that report list all those expenses

2    that you just described?

3      A.   Which expenses?

4      Q.   You were saying marketing expenses, you

5    know, things from your spreadsheet, this cost of

6    goods, the shipping.  Would that report show all

7    those expenses as it applied to Friedman or

8    Ilowitz?

9      A.   So PPC -- marketing expenses wasn't part of

10    the spreadsheet that we created.  Let's go back --

11      Q.   Before we go -- would the report show any

12    expenses on it?

13      A.   I don't know if the beginning-beginning of

14    times it showed PPC, but definitely -- from what I

15    remember the report, it showed PPC. "PPC" would

16    mean the pay per click, specific advertisements.

17    There's marketing and there's advertisements.  So

18    there's two types of marketing:  there's marketing

19    that's very plural marketing, like, you're making

20    an ad for the company; it really didn't -- let's

21    say for the brand Serene Life, it  wouldn't really

22    deduct from their sales, because that was the

23    marketing that we spent on the companies on the

24    brands, but if it was sale-specific,

25    product-specific -- that you're advertising it on

Jeremiah E. Brach
May 13, 2025

1    Amazon and people click on it and they have, you

2    know, the dollar per click, ten cents, or whatever

3    they charge, and we paid for it -- that got

4    deducted, because that is -- that had to do with

5    the sale, so that report we have, how we calculated

6    it.

7        Q.  So if I wanted a report for all the payments

8    that you made listing the products that were sold

9    and the expenses deducted, how would I get that

10   report from you?

11       A.  I'm sorry.  If you wanted a report --

12       Q.  -- for all the payments that you made to

13   them, each individual payment, listing the products

14   and expenses that were deducted, how would I get

15   that report?

16       A.  Probably from Power BI.

17       Q.  So Power BI could give me that report for

18   every payment that they were made -- that they were

19   given?

20       A.  From Power BI, you're going to -- first of

21   all, the checks is facts; there's wires --

22       Q.  No, I understand the total, but I want to

23   understand, like, how it was calculated listing the

24   products; I can get that from Power BI?

25       A.  Yes, but in Power BI, you're going to see it

Jeremiah E. Brach
May 13, 2025

1    pulls data from other programs, so I think it

2    brings in the FOB, the cost.  So let's go back to

3    original, because things changed throughout time.

4        Q.  I'm just trying to find out where I can get

5    that report.

6        A.  Oh, sorry.  I think, Power BI.

7        Q.  Power BI.  And so -- and all the information

8    regarding what deductions were taken for expenses

9    and sales would be in Power BI?

10       A.  I think so.

11       Q.  And would it be a custom report, or would it

12   be -- or is it a standard report?

13       A.  It's standard; you just download it and you

14   e-mail it; I think so.

15       Q.  That's it?

16       A.  Again, I never downloaded it, but -- yeah.

17       Q.  And would those reports be given to Ilowitz

18   or Friedman at the time payments were made?

19       A.  They actually knew everything before they

20   had payments.  They knew when there was issues,

21   they knew when -- if there was questions, and all

22   types of -- and they used to raise issues, they

23   used to talk to all the people involved, like,

24   Gross or Green or -- I'm not sure if they spoke to

25   Sarubgh maybe also, but I saw them speak to Gross

Jeremiah E. Brach
May 13, 2025

1   and Glanz; I'm not sure if they spoke to Sarubgh,

2   because he's not in my office.  And so, they knew

3   of all these different -- whenever there were

4   questions or they felt the calculations were wrong,

5   they would question it, and sometimes they were

6   right on their concerns, and obviously, we fixed

7   it, we adjusted it, we went back; things -- these

8   are reports; not all data didn't work, but they

9   never came back to us to tell us that we overpaid

10  them, which, occasionally, that also happened; it

11  was, like, reports are reports, numbers are

12  numbers, you know?  Nobody's doing things on

13  purpose to fix it or anything, but -- so it's about

14  information; a lot of information we found later

15  that -- not only that, even while they were by us,

16  that -- weren't entered into the Power BI; for

17  that, there was no issue, obviously, but when --

18  obviously, when they felt that it was hurting their

19  pay, they definitely addressed it, and it was

20  discussed, and they had information to it.

21      Q.   Just back to my question:  when you did pay

22  them, did you give them a copy of that report also?

23  Notwithstanding the fact that they knew it, would

24  you just give them a check, or would you give them

25  a report showing how it was calculated?

Jeremiah E. Brach
May 13, 2025

1        A.  So a lot of times -- it wasn't always like

2     that, but a lot of times, they used to come and sit

3     by me, and we would go through it a little bit --

4     not too long, but we'd go through it; they would

5     address sometimes some concerns -- "why this here

6     wasn't this, here it wasn't that," or whatever --

7     and I would send an e-mail, and that's it; they

8     would get a check and a wire.

9        Q.  So there was no -- when they got a check,

10     there was no report outlining what comprised that

11     amount?

12        A.  No.  And again, they used to have access to

13     it, so --

14        Q.  Prior to you using Power BI, what system

15     would Sound Around use?

16        A.  I don't know.  I asked about it.  I'm not

17     sure.

18        Q.  When did Power BI start being used by

19     Sound Around?

20        A.  For sure, we used it in 2020, but before

21     that, I am not a hundred percent sure how it was

22     done.

23        Q.  And then, storage costs were charged to --

24     charged against their commissions as well; is that

25     correct?

Jeremiah E. Brach
May 13, 2025

1      A.   At a certain point.

2      Q.   Yeah.   And the -- Sound Around has its own

3   warehouses and then it also uses in some rare

4   instances third-party logistic companies to store

5   product; is that correct?

6      A.   We used to store our product by various

7   third-party logistic companies, and we stored in

8   our own warehouses, which also cost money to run

9   them, to rent.   So space cost money.

10      Q.   And how did you calculate the storage costs

11   that were charged against the commission?

12      A.   So just for the record, you didn't ask me

13   when we started to charge them for the storage.   We

14   started to charge for the storage in February of

15   2023.

16      Q.   And how would you -- thank you for that.

17   How would you calculate the storage costs?

18      A.   We would calculate the storage cost by a

19   number what our 3PL charged us; I'm not sure if

20   it's exactly that number; I think it was exactly --

21   but again, I can't tell you if it was less or more,

22   but it was definitely in the range, but it was

23   based on their number that they charged us --

24      Q.   So it wasn't based on what it cost you to

25   run the warehouse; it was based on what you got

Jeremiah E. Brach
May 13, 2025

1   charged from the third-party logistic?

2       A.  It was based on what we got charged from the

3   third-party logistic, and just for the record, I

4   would explain that, because that's what we knew, we

5   had an actual cost.  Our cost, it's very hard to

6   know the actual cost, because our warehouse could

7   be empty, sometimes it could be full, it could be

8   overloaded, like, storing things in the aisles.  So

9   the clearest base was based on the -- how we could

10  store it -- how it was by the -- how the 3PL

11  charges us.

12      Q.  Okay.  You also charge administrative fees

13  against the commissions; is that correct?

14      A.  Again, that started sometime in 2023.

15      Q.  And what comprised of administrative fees?

16  What would you be charging for?

17      A.  So let me -- I can give you a complete

18  accounting and the whole cost of the products and

19  everything, but --

20      Q.  But before you do, can you just answer the

21  question of what comprised the administrative fees?

22      A.  Yes.

23      Q.  Okay.  Thank you.

24      A.  Administrative fees should be all the sales

25  help.  That was with the support that the company

Jeremiah E. Brach
May 13, 2025

1    gave to -- for selling the products; then -- it's

2    really -- it was a number that wasn't based on

3    actual; it was actually much less than the actual.

4    So if you want, I could break down -- that's why

5    it's important to understand all the costs involved

6    in selling product.

7        Q.  Okay.

8        A.  It's -- Number One -- and which was never

9    charged; it just -- so that's why we took a certain

10   number as administrative fee of two percent, and

11   we'll leave it.

12       Q.  Was that that charge:  two percent?

13       A.  It was two percent of sales, yes.  Now

14   again, just to calculate it, two percent of sales

15   we charged the company, and ten percent of that was

16   charged to the buyer.

17       Q.  Okay.

18       A.  So now, let me explain the costs, how -- I

19   don't know if I remember everything offhand, but

20   it's a big list.  We got charge-backs from Amazon

21   in those years somewhere between one and two

22   percent.  Or you know what?  Let's keep it -- it

23   depends which year, so between a half-a-percent and

24   two percent, which that was never calculated, so if

25   Amazon is charging us back for all types of

Jeremiah E. Brach
May 13, 2025

1    reasons, so if we sold products, it's right away at

2    two percent, if it was two percent; if it was a

3    half-a-percent, it was half-a-percent; there is

4    liability insurance, which is based on sales of the

5    company; that's how much you're usually charged by

6    liability insurance.  We had a very big bill, and

7    actually, for some of -- nothing personally, but

8    some of Mr. Friedman's products brought up our

9    liability insurance much more, because he sold

10   trampolines, treadmills; that's something -- it's

11   more prone for injury.  So when the insurance

12   companies heard that we sell those product or found

13   out about it, our rates went up.  Again, I'm just

14   telling you facts, but we still went with an

15   average of what liability insurance costs, again,

16   at whatever that percent is.  There's an amount

17   that's accepted in the world of warehousing that's

18   -- that's -- that if you look on Google, you'll

19   see, what's the average breakage in a warehouse?

20   It could be from one to five percent of inventory;

21   again, I'm just telling you things that cost this;

22   these are factual.  There's another thing that we

23   didn't -- like, it's the product creation:  all the

24   photography, the investment in the product,

25   compliance into the product; sometimes there might

Jeremiah E. Brach
May 13, 2025

1    have been tooling into a product -- and I'm not

2    saying these things are always; there's another fee

3    that we had to pay either before or we wound up

4    paying after to Amazon, so there's ISTA --

5        Q.  And all of these fees are what make up the

6    administrative fee?

7        A.  No.  That's much more than the

8    administrative fee.

9        Q.  No, no.  I'm saying these are all the

10   categories that you were considering when you came

11   up with the administrative fee.

12       A.  So it wasn't really the real number -- let's

13   really go back there, because you're trying to say

14   that I charged them for two percent administrative

15   fee.  When we said we're going to give ten percent

16   of commission  -- ten percent of profit -- ten

17   percent of the profits for commission, right, it's

18   -- it was when we weren't so intelligent of all our

19   costs, let's call it; at that time, we created --

20   not "we created"; we had already from before

21   nothing to do with how we -- I just want to explain

22   to you how we run our company.  So that's for sure,

23   the company has to know how much their costs are in

24   a product.  You understand, right?  We had a way

25   how we calculated those costs, right?  It's called

Jeremiah E. Brach
May 13, 2025

1    a homegrown calculation that we created.  As time

2    goes on, we realized other costs involved, but this

3    was -- this was from before -- again -- I'm sorry;

4    let me start again with this, because it's a lot

5    of --

6        Q.  So let me jump ahead to a couple of other

7    items and then we'll come to this, because I

8    understand that --

9        A.  No, I have to explain it, because we can't

10   just talk about we're the bad guys charging,

11   charging, charging; I've heard that for --

12       Q.  I'm not making a judgment; I'm just trying

13   to understand what was charged against the

14   commission.

15       A.  Right, I heard that for five years already

16   before, so I was very used to that abuse.  So

17   again, this is our company; you agree that?

18   Sound Around is --

19       Q.  No, I understand.  Let me ask you a

20   question.  We can get back to that.  I understand

21   what you're trying to say, but I just want to get

22   done all the kinds of things that were charged

23   against the commission so I understand that.  So

24   the administrative fees, I understand there's,

25   like, a deep well of costs that go into running a

Jeremiah E. Brach
May 13, 2025

1   business and that's what you're trying to explain

2   to me, but I want to just go over the other fees

3   that were charged.

4       A.  Oh, okay.  Then we could discuss -- I'm

5   sorry.

6       Q.  No, no, no.  It's great information.  So the

7   tariff and import or duties would also be charged

8   against the commissions, right?

9       A.  Obviously.  Would have to be.  Yes.

10      Q.  Would they be specific to each product or

11  would they be generalized as well?

12      A.  So let's just go back to this document here

13  (indicating), where he's writing, "duties have

14  increased costs and will cause the items to be

15  increased at a minimum of eight percent or two

16  percent above the actual duties to cover added

17  costs."  Yes.  So this is what he's writing here.

18  It was based on discussions; that's why I could

19  remember things from what he is saying here.  So

20  before the, let's say, the -- before the first

21  Trump tariff, right?  Before.  Before.  No, not

22  now.

23      Q.  Yeah, exactly.  I understand this.  Because

24  they weren't there during -- we're just talking

25  about their time there, so they weren't there

Jeremiah E. Brach
May 13, 2025

1    during that time.

2        A.  So when they came to work for us, going back

3    to that first spreadsheet or whatever, that was --

4    so when I put in "duties" in there, if I remember

5    correctly, it had a line item of six percent.  Why

6    six percent?  Everything was six percent before

7    they worked for me, because traditionally, before

8    Trump won -- Trump Number One, that's what I mean

9    -- there was -- duties in America was somewhere

10   between zero and six percent, so it was very hard

11   -- I got fooled sometimes that I assumed that this

12   item has zero duty, and then it arrived and I found

13   out later it had four percent, let's say.  So I

14   knew the most was six percent, and I put into the

15   calculation that everything has six percent, and

16   that's how I price my products.  So when it was

17   zero, great; if it's six, okay, the cost is there;

18   if it's four, someone else will cover it.  So

19   that's how we did our calculation, and that's what

20   was 'til -- I'm not sure which year that Trump did

21   these -- I forgot the year, but that's how it was

22   based, the spreadsheet, 'til those times, I'll call

23   it.

24       Q.  So you would just charge tariffs at six

25   percent across the board?

Jeremiah E. Brach
May 13, 2025

1      A.  I don't think it was called tariffs then; it
2    was called duties.

3      Q.  Duties, but same category?

4      A.  Yeah.

5      Q.  And that's what you charged against their
6    commission across the board, six percent --

7      A.  I didn't charge -- we based their commission
8    on a cost that included a six-percent duty.  Yes.

9      Q.  And did that change ever with respect to
10   that?  Did you ever change the percentage?

11     A.  Yes.

12     Q.  When did you change the percentage?

13     A.  So when things, the environment changed
14   after Trump started with different -- Customs
15   started with different amounts of duties -- all of
16   a sudden, it changed; some things got
17   seven-and-a-half percent, some things got 12
18   percent, some things got as far as 25 percent,
19   let's say; then obviously, we have to change that.
20   So this is what it's saying here.  So we started,
21   and we got hurt a lot of times, so that's why we
22   started with a number eight percent; that's where
23   we started; and we said, I guess, in March -- so
24   again, I can't tell you when exactly this change
25   happened, because a lot of things never happened

Jeremiah E. Brach
May 13, 2025

1   from this sheet, so I don't know which time it

2   changed, but it could be in the Power BI we would

3   see that, if we have to see it.  So again, we

4   started everything with eight percent because of

5   the environment of -- like, there were a lot of

6   items that we weren't clear; we only found out

7   after the fact or even after Customs came back to

8   us sometimes four months later: "Oh, you brought in

9   this product and really it was five percent," or

10  "You only paid five, and it really was ten

11  percent." So we put a minimum at eight percent to

12  make sure we're covered for many scenarios; so in

13  that could have been some items that still had zero

14  percent, like toys, and in there could have been

15  items that were eight percent or six percent, let's

16  say.

17      Q.  Did it ever go up from eight percent, or

18  that was the highest you charged while they were

19  working there?

20      A.  There were certain items that were more than

21  eight percent, because those items we paid higher

22  to --

23      Q.  So you would do it based on items at that

24  point instead of across the board?

25      A.  Oh, yeah.  So the way -- so we did it a

Jeremiah E. Brach
May 13, 2025

1    little different, that actually --

2       Q.  Wait.  Before you -- just so I understand,

3    you change it from six percent across the board to

4    based on items with a minimum of eight percent?  Is

5    that what you're saying?

6       A.  That's what I did, and again, I can't tell

7    you when.  Now I can't tell you when.

8       Q.  So if there's an item like air conditioners

9    that had a 25 percent tariff, you would charge 25

10   percent?

11      A.  I don't know specifically which item, but if

12   an item had 25 percent and we paid 25 percent, we

13   would charge 27 percent, meaning we would do the --

14   we would put in two percent above the actual

15   duties, it says here, and that, we did do.

16      Q.  But there was always a floor of eight

17   percent?

18      A.  Eight percent was things -- anything below

19   -- I think below -- six percent; I'm not sure of

20   eight percent or not, but anything below six

21   percent was for sure -- anything up to six was

22   eight, and from there, I think it went, like it

23   says here, two percent above the actual.  So if

24   something was ten percent, we would add two

25   percent.

Jeremiah E. Brach
May 13, 2025

1      Q.  And then, you would also charge finance fees

2   against the costs or commissions, correct?

3      A.  Are you saying I charged finance fees?

4      Q.  Yeah.

5      A.  I didn't.

6      Q.  So you're saying you never charged finance

7   fees?

8      A.  Correct.

9      Q.  Now, the Amazon fee that you would charge

10   against the commissions, that was a separate fee

11   from the administrative cost you would charge an

12   Amazon fee against the commissions; is that

13   correct?

14      A.  Please explain what the Amazon fee is.

15      Q.  Well, I've seen -- that's why I'm asking

16   you; I've seen charges for Amazon fees against the

17   commissions, and I'm trying to find out what that's

18   comprised of.

19      A.  So Amazon -- I think I explained it a little

20   bit before --

21      Q.  No, that's what I'm saying.  Is it what you

22   explained before, the half to two percent, or is it

23   something else?

24      A.  No.  Amazon, when they write a -- send you a

25   contract to become a vendor, they right away put in

Jeremiah E. Brach
May 13, 2025

1    there the program ten percent co-op -- I'm just

2    saying numbers; I don't know if it's actually by

3    us, you know?  Four percent DA; that means Damage

4    Allowance; four percent Freight Allowance, FA; two

5    percent terms -- you know, if they pay 30 or 60

6    days, whatever; AVS charge, maybe one or two

7    percent; again it doesn't mean I'm going with exact

8    numbers that are available to me.  I think I

9    mentioned all of them; it could be there's some

10   others of these type of names, right?  Now -- so

11   obviously, when you're -- when you have on your

12   report that you sold Amazon -- let's go to $100,000

13   -- it's not accurate, because they are deducting

14   those co- -- all those things, so I don't know

15   which fee you're talking about, Amazon fee, but I

16   would assume you mean that fee.

17       Q.  Okay.  And how would that fee be calculated

18   with respect to each Friedman and Ilowitz?

19       A.  It would be -- it was designed to be by --

20   by -- average, because every category had different

21   -- had different -- every category had different --

22   what I mentioned, so everyone had ten percent

23   co-op; everybody had two percent terms; by Freight

24   Allowance and Damage Allowance and AVS, over there

25   there could have been differences on the fees.  So

Jeremiah E. Brach
May 13, 2025

1    for us -- again, I think it was hard or we couldn't

2    know; maybe we could have; I don't know; maybe

3    there are programs that could know, but at least it

4    wasn't that simple; and another thing is that a lot

5    of products get miscategorized, and these

6    deductions go by category.  So you can just say

7    Mr. Friedman's is one category and Mr. Ilowitz's is

8    a different category; it's all about -- because

9    everybody was selling in all types of categories

10   products.  So I think we did -- how we calculated

11   is either by average or by -- or by -- the

12   worst-case scenario.  I'm not sure.

13       Q.  So would you have a uniform fee for Amazon,

14   then?  Like, one specific number and you'd use that

15   for everything?

16       A.  Correct.

17       Q.  And what was that number?

18       A.  I know at certain times it was 20 percent

19   and at certain times it was 22 -- and again, this

20   is best what I remember.

21       Q.  And you were talking about an agreement that

22   you have with Amazon; that would be in writing --

23       A.  Sorry.  Just to -- the change from 20 to 22

24   was probably actual; like, the reason why we

25   changed to 22, because it could be that later they

Jeremiah E. Brach
May 13, 2025

1  added more fees or more -- yeah, and so -- like,

2  every year is something called negotiations --

3  trade negotiations or something -- so they try to

4  get more percentages, so these things changed over

5  the years.

6      Q.  You were saying that you would have an

7  agreement with Amazon for a program agreement.

8  Would that be in writing?

9      A.  It's digital, so I don't know --

10     Q.  And would it renew on a regular basis or

11 it's been the same agreement?

12     A.  So usually, as I mentioned, there are these

13 yearly negotiations with them, and they always try

14 to get some additional fees to add it to the --

15     Q.  So every year, you would get a new contract

16 with them?

17     A.  I think so.

18     Q.  And where are those contracts maintained?

19     A.  It's in the Amazon file, I think, in the

20 Vendor Central account.

21     Q.  And you have access to those files?

22     A.  I mean, I have, but I never go to it, but

23 someone does.

24     Q.  Is there anybody that maintains that

25 account?

Jeremiah E. Brach
May 13, 2025

1      A.  Yeshaya Gross has access to that.

2      Q.  And he would have access to those

3   agreements?

4      A.  Yes.

5      Q.  So at some point in time, the total sales of

6   Ilowitz and Friedman combined of products that they

7   sourced for Sound Around reached in excess of

8   $120 million; isn't that correct?

9      A.  I don't know now.

10     Q.  Okay.

11     A.  Sitting here, I don't know.

12     Q.  Approximately, though, you know it?

13     A.  It could make sense.  It could make sense.

14     Q.  So -- and then, these two (indicating)

15  started from scratch, zero; like, they had no sales

16  when they started -- Friedman earlier than Ilowitz

17  -- but they had no sales, right?

18     A.  They started with us with no prior sales.

19     Q.  And the development that they did of that

20  business of $120 million, it went from zero -- that

21  was all new sales to Sound Around, the sales that

22  they brought; is that correct?

23     A.  Correct.

24     Q.  And then, those two more than doubled the

25  size of Sound Around's business when you added

Jeremiah E. Brach
May 13, 2025

1    their sales to what Sound Around was doing; isn't

2    that correct?

3        A.   Something is not correct, but it was with a

4    lot of help, and so, I don't know where you're

5    going to here, but --

6        Q.   No, no.  I'm just saying it more than

7    doubled the size.

8        A.   I don't know if more than doubled, because I

9    don't know -- but let's say pretty close to 50

10   percent of it either way.

11       Q.   So, you know, you're saying that you think

12   that the total sales they were doing were 50

13   percent of all the business that Sound Around was

14   doing --

15       A.   Oh, sorry.  So you said -- so what did you

16   say would double?  Sorry.  I misunderstand it.

17       Q.   I'm saying, as a result of the additional

18   sales that they brought, the more-than-120 million,

19   that doubled the size of Sound Around's business as

20   a result; isn't that correct?

21       A.   Which year?

22       Q.   No.  At the peak.  At the peak.  At the peak

23   of their sales.

24       A.   Okay.  There was some -- I'm not arguing if

25   it was or it wasn't, because I don't know for sure;

Jeremiah E. Brach
May 13, 2025

1    you're saying certain statements which I didn't

2    verify; I mean, I could verify it, but --

3        Q.   Would you say that's approximately correct?

4        A.   It was definitely significant.  I can't tell

5    you if it's double or not double or whatever.

6        Q.   Earlier, you said they were doing -- you

7    were more than 50 but you were not more than 80

8    million dollars in sales in 2017, so when they --

9    at the point that they were doing in excess of

10   $120 million, they were doing at least 50 percent

11   of all the business that Sound Around was doing.

12   Would that be correct to say?

13       A.   It could be, but I'm not sure.

14       Q.   Where would that information be kept?

15       A.   It's not kept; it's part of the Power BI.

16       Q.   So you could look that up to see how much

17   they were doing versus the rest of Sound Around?

18       A.   Yes.

19       Q.   So the products each Ilowitz and Friedman

20   would do, they would identify new products to bring

21   to Sound Around that Sound Around hasn't been

22   previously been selling and propose to be sold by

23   Sound Around; is that correct?

24       A.   Sometimes they would identify and sometimes

25   we would -- we would -- tell them to go after

Jeremiah E. Brach
May 13, 2025

1   certain products.

2       Q.   And how often did that happen?

3       A.   I can't tell you.

4       Q.   Do you have a record of products that you

5   told them to go after?

6       A.   No.

7       Q.   Now, as far as identifying the manufacturers

8   for the products that were sourced by Friedman and

9   Ilowitz, they solely picked their manufacturers;

10  they found them, they identified them, and they

11  negotiated with them; isn't that correct?

12      A.   We sent them to trade shows, and by the

13  trade shows, they would find -- usually, it would

14  start over there; they would find manufacturers.

15      Q.   So you agree that they were the ones who

16  found the manufacturers?

17      A.   And sometimes they would find the

18  manufacturers.  Yes.

19      Q.   Okay.  And were there any manufacturers that

20  Sound Around told them to use for the products that

21  they source?

22      A.   Not that I recall.

23      Q.   Okay.  These trade shows that they went to,

24  were they in China?

25      A.   Germany, Chicago, China; I think Las Vegas

Jeremiah E. Brach
May 13, 2025

```
 1   as well once, if I remember correctly.  I'm not
 2   sure if there were any shows -- countries that they
 3   visited for us.
 4       Q.  Would you go with them to any of these trade
 5   shows?
 6       A.  I don't remember going with Ilowitz.  I
 7   definitely traveled once with Friedman, but I don't
 8   remember if it was the show, so I don't remember if
 9   I went, but my brother definitely went; again, I
10   don't know how many times, but he has gone.
11       Q.  He's gone with --
12       A.  I don't know, with one of them for sure.
13       Q.  With one of them on how many occasions?
14       A.  I don't know.
15       Q.  And have you ever met any of the
16   manufacturers yourself personally?
17       A.  Yes.
18       Q.  When was that -- withdrawn.
19           Have you met any of the manufacturers that
20   manufactured products that Friedman and Ilowitz
21   sourced?
22       A.  Yes.
23       Q.  And when was that?
24       A.  Well, many times.
25       Q.  And where would you meet them?
```

Jeremiah E. Brach
May 13, 2025

1      A.   Usually, in my office.

2      Q.   So representatives from the manufacturers

3   would come to the U.S. to meet with you?

4      A.   Yes, obviously.  We're their vendor, right?

5      Q.   Okay.  So would you meet them after either

6   Friedman or Ilowitz identified them as

7   manufacturers to use so you would meet them after

8   that fact?  Withdrawn.  I'll rephrase it.

9   Would you meet them after they were already

10  manufacturing products for Sound Around?

11     A.   Sometimes it could have been before.  Again,

12  I don't know when exactly, at what point, but we

13  have met them before while we placed the first

14  order, let's say, it could be; it could be

15  afterwards, while it was ongoing.  We have met them

16  -- it's many factories, so I don't remember exactly

17  which time we met every factory.

18     Q.   Would it be part of the regular course of

19  business to meet each of the manufacturers that

20  they -- that -- and I'm just going to specify, that

21  -- either Friedman and Ilowitz sourced products

22  from?

23     A.   Before COVID, each -- I can't say everyone,

24  but almost -- I don't want to say "almost." A lot

25  of the factories came once a year, and obviously,

Jeremiah E. Brach
May 13, 2025

1  by COVID, they didn't come.

2      Q.  Okay.  And then, after a product was

3  identified, right, that Friedman or Ilowitz thought

4  would be a good product to sell, would they then

5  work out the design of that product with anyone at

6  Sound Around?

7      A.  Maybe with the graphic designer, the

8  Art Department.

9      Q.  Would that be more for advertising or the

10  creation of the product?

11      A.  No.  The color or the look a little bit, you

12  know?  So there would be -- I can't tell you every

13  time that they designed the product was --

14  sometimes I'm sure they bought it off the shelf;

15  sometimes they would ask to tweak it, you know, and

16  so, obviously, they would work with --

17      Q.  So it would really be in their judgment how

18  the product -- they would just oversee how that

19  product was designed, Ilowitz and Friedman, then?

20      A.  They would oversee how the product was

21  designed, because that's what their job was.

22      Q.  And then, in addition to that, would Ilowitz

23  and Friedman negotiate the purchase price from the

24  manufacturer?

25      A.  So with that, that was their responsibility,

Jeremiah E. Brach
May 13, 2025

1   and it could be that sometimes my dad might also

2   bargain a little bit for the price.

3       Q.  At what point would your dad get involved?

4   Would it be after Friedman and Ilowitz negotiated a

5   price and your father would, like, try to go and

6   push them back a little bit more or would he be

7   involved earlier?

8       A.  Usually not the first order.  If the second

9   order we're starting to buy much more, then he

10  might get involved on certain occasions, or other

11  people, like, "Oh, we're buying so much, we need a

12  price"; you know, that type of thing.

13      Q.  So the initial introduction to the product,

14  the negotiated price and stuff were done by

15  Friedman and Ilowitz, but as time went on, you

16  might get someone from the company, like your dad,

17  might involved and push back on the price?

18      A.  I mean, there's another scenario; you know,

19  when they bring a product with a price, obviously,

20  what we have to see is where we can make money,

21  right, so we have to make sure the price makes

22  sense or not.

23      Q.  And then, who would decide how much to buy?

24      A.  The first time, usually, it would be like

25  standard MOQ, it's called -- Minimum Ordered

Jeremiah E. Brach
May 13, 2025

1    Quantity -- and you're trying a product, so either

2    it would be a container or it might be 300 pieces,

3    500 pieces, maybe up to a thousand pieces; that

4    would be the typical; and that's the typical an

5    order that a factory should deal with you, usually

6    that's the amounts; if not, they don't want to deal

7    with you.

8        Q.   Okay.  So the first order would be a minimum

9    order that's required by the factory in order to

10   deal with you; is that correct?

11       A.   More or less, yeah.

12       Q.   In those circumstances, did Sound Around

13   always just buy the minimum to test out the

14   product, or would they --

15       A.   Most times, Sound Around would want to just

16   buy the minimum to test to see, you know, how the

17   product would launch and sell.

18       Q.   Okay.  And then the subsequent sales, who

19   would determine the amount -- the subsequent

20   purchases -- withdrawn.

21           In the subsequent purchases from the

22   manufacturer, who would determine the amount that

23   would be purchased?

24       A.   So in the subsequent, usually we used to

25   have meetings about discussing how the sales were

Jeremiah E. Brach
May 13, 2025

1   and seeing how much we think we could sell based on

2   the first-time sales or the second -- I'm not

3   saying -- it could be the second was still -- let's

4   just say we brought a thousand pieces or 500 like I

5   said before, and if we sold it in a month, the 500,

6   we would have a quick meeting, but we wouldn't go

7   crazy; we would just buy maybe another thousand or

8   maybe we would study the data from the sales over

9   that first time that we launched it, and when we

10  saw that it did so well, we may go a little --

11  we'll bump up from the previous order; that would

12  usually be by the second time; and the third time,

13  it would go through some more analytics, and it

14  would be usually a meeting, either me with

15  Mr. Ilowitz or me with Mr. Friedman, and we would

16  review the, well, let's say what would be, seasonal

17  items, and let's say air conditioners which

18  Mr. Friedman bought.  So it could be the first

19  year, he might have just bought what was the first

20  year; he had -- and let me go back here, because it

21  sounded like before, you were very impressed with

22  their double -- like, 50 percent double --

23       Q.  I'm not showing judgment or impression other

24  than your grades in trigonometry; I'm not

25  expressing any emotion.

Jeremiah E. Brach
May 13, 2025

```
 1      A.  Right, but I just want to discuss it,
 2  because it's a little feelings of sort; I don't
 3  know if it has anything to do with -- yeah.  But
 4  it's obviously a fact that they, too, had sales of
 5  50 percent, double, or whatever we spoke about, a
 6  hundred million.  So, you know, obviously they came
 7  from Yeshiva -- I don't know, from -- they call it
 8  Kollel (phonetic) Yeshiva.  We gave them the first
 9  opportunity, and obviously, Mr. Friedman is a
10  brother-in-law with my brother, so my brother gave
11  him an opportunity.  Our company, we were looking
12  -- we were until then a company that did very well
13  in a small business structure; we had a family
14  business at the time Mr. Friedman joined, but we
15  were still doing somewhere -- definitely we did, in
16  the years that I was there, from 1996 or from
17  whatever, we did -- all my years that I was there,
18  we did -- as low as 40 million, and we did as much
19  as 80 million throughout those years.  So it was
20  still a nice business for just a small operation;
21  we had  four warehouses, because we had to be
22  geographically around the country, but it wasn't --
23  we weren't thinking that big or anything.  So my
24  brother, obviously, we heard it before that gave a
25  job to Mr. Friedman in the warehouse.  Later, he
```

Jeremiah E. Brach
May 13, 2025

```
 1    wanted to leave the company -- no, no, I shouldn't
 2    say "he wanted to leave"; he asked for a raise, so
 3    my brother felt that it's a good opportunity to
 4    maybe promote him from warehouse manager to buyer,
 5    because a warehouse manager has a price how you can
 6    pay him at -- I don't know what that price was
 7    those years, but again, that's a Google answer,
 8    usually.  If you're a warehouse manager, you're
 9    paid in New York today between maybe 100- and
10    $150,000 a year.  That's -- so you can't pay
11    someone $200,000 a year for being a warehouse
12    manager, even though he's your brother-in-law.  So
13    my brother wanted to be nice and give him an
14    opportunity, which would, hopefully, help the
15    company as well, yes, and hire his brother-in-law
16    to give him this opportunity as buyer.  Now, in
17    those times, since we -- he was the only buyer at
18    that time, I was very excited, because -- of
19    getting this role; I wanted to start change -- I
20    used to be very involved in the business:  taking
21    care of returns, taking care of numbers, sales,
22    sourcing; I used to source all the house items
23    originally -- what we called house items -- Pyle,
24    audio, whatever; I sourced most of those.  So I
25    used to be very busy; I used to go to China.  I
```

Jeremiah E. Brach
May 13, 2025

1    hated China; I never wanted to go there, and that's

2    where I got sick, by the way, with my stomach, and

3    so, I couldn't go there anymore.  So I was very

4    happy to start hiring people that, hopefully, work

5    on the business and having such people, such

6    buyers, we call them, that set up.  So I wanted to

7    promote that a lot, and I was already pushing to

8    make sure that people should do both ways:  the

9    company should do well and the people should do

10   well, and that's why we were very generous with the

11   amounts that we paid and how we paid, because in no

12   other business do buyers make these numbers; maybe

13   the calculation might be similar, but the numbers,

14   no other business do they get this compensation.

15   Yeah.  So now, just going -- so the way we used to

16   do is when he brought, let's call it -- when

17   Mr. Friedman identified air conditioners or paddle

18   boards or treadmills, whatever was exciting for us

19   -- wow, we were sitting in audio, and, you know, we

20   were selling 50 million, 70, 80, whatever, yeah,

21   but we found new opportunities, and I was very

22   excited to start this and, hopefully, bring on a

23   guy like Mr. Ilowitz and, hopefully, bring on other

24   people that potentially could help us grow the

25   business this way, and I don't have to go anymore

Jeremiah E. Brach
May 13, 2025

1    to China, and to -- because I personally couldn't
2    go anymore, so I gave it up, so I wanted to build
3    up other people to do well for us.  So when it came
4    to a meeting, that's where I'm going to now.  Let's
5    say air conditioners.  So let's assume the first
6    year, it was a new thing; no one -- and again, we
7    used our company's strength; we had warehouses, we
8    had financing; we were a very solid company back
9    then, and so, we were able to go and place an air
10   conditioner order for whatever amount that was; and
11   we -- so let's assume the first year he decided
12   we're going to test it, we're going to bring in two
13   containers, maybe 800 pieces, a thousand pieces,
14   whatever.  It went through the summer, and we sold
15   it very well.  Now, in the summer, you can't now go
16   place another order anymore, because if you're
17   going to place an air conditioner order in June --
18   let's assume you sold it in May and June -- you're
19   going to get it in September; then it's not going
20   to sell anymore, right?  It's dying, the sales.  So
21   it could be we placed another small order, but
22   then, we would go and do the analytics of the next
23   year, and he would come down, sit with me September
24   time, "Let's discuss the air conditioners." It
25   could be he initiated it, it could be I initiated

Jeremiah E. Brach
May 13, 2025

1    it; and we went through, how quick of a time did we

2    sell those thousand air conditioners?  Let's assume

3    we sold it all in the month of May, or from May 1st

4    through June 15, so all those thousand.  So I

5    started my numbers; it was a new -- the way I was

6    thinking and the way he was thinking together -- we

7    used to discuss it -- is, "Wow.  A thousand sold

8    in, let's say, 40 days; imagine if we would have

9    had 2,000, we might have sold 2,000 in 40 days,"

10   but now, we didn't even have sales in July because

11   we were out of stock already, and we didn't have

12   sales in August; we were out of stock.  So on a

13   very conservative base, we decided that for next

14   year, we're going to jump that thousand-piece order

15   to 5,000 pieces base that we saw the thousand,

16   let's say, in the month of May.  So now, again, the

17   following year, we get all these air conditioners

18   in in March, let's say, before the -- April, before

19   the -- spring season starts, and it could be that

20   year we sold the 5,000 by, again, end of June.

21   "Oh, man.  So what are we doing now?  Should we

22   just buy 7,000 or" -- because, you know, you start

23   doing the analytics, and we actually did a jump

24   then from 5,000 to 30,000.  And so, in a way, I

25   gave him the confidence to "let's go for it," and

Jeremiah E. Brach
May 13, 2025

1    obviously, he -- we enjoyed it, he enjoyed it,

2    because, obviously, he was able to sell 30,000 -- I

3    don't know if he sold all 30,000, but it was a

4    risk, we took the risk, and -- but this is just an

5    example, the air conditioners, and the same thing

6    as with a lot of different products how we did, but

7    everything went with a meeting, and it was decided

8    between both of us, and if anyone ever felt that I

9    bought too much -- nothing was bought behind their

10   back -- yeah, so if they felt that I ordered

11   something, they knew of every PO, and if they felt

12   that I ordered too much, then they would have maybe

13   told me -- I don't know if they ever told me or

14   not, but they could have told me, but it was all

15   based on a meeting from before.

16       Q.   Okay.  And before we break for lunch, I'm

17   just going to ask this one last question.  At these

18   meetings you describe -- you said the meetings

19   would start after the initial order, which were to

20   be a minimum order required -- who else would be

21   there?  It would be you present and whichever buyer

22   -- Ilowitz or Friedman.  Anyone else at those

23   meetings?

24       A.   Usually not.  I can't say that they never

25   had a meeting with Abe.  Maybe they did, and maybe

Jeremiah E. Brach
May 13, 2025

1    Abe would have at some time stopped it as well; he

2    would have held back sometimes if he felt we went

3    too aggressive.  That could have happened

4    occasionally.

5        Q.  But primarily, it was you and them?

6        A.  Yes.

7        Q.  Okay.

8            MR. FORTUNA:  I think this is a good time to

9        break for lunch.

10           (Whereupon, a discussion was held off the

11       record.)

12           (Whereupon, a lunch break was taken at

13       1:03 p.m., and the deposition resumed 1:46 p.m.)

14       Q.  It was -- after the order was placed for

15   goods with the manufacturer, it would be either

16   Friedman or Ilowitz, depending on whose products

17   they were who would arrange for shipping; is that

18   correct?

19       A.  They might have been involved, but it wasn't

20   their job, really, to --

21       Q.  Who would arrange to have the goods shipped?

22       A.  My dad.  Usually, my dad.

23       Q.  And as far as the marketing, advertising,

24   and the placement online, that would be the

25   responsibility of either Ilowitz or Friedman,

Jeremiah E. Brach
May 13, 2025

1  depending on whose goods they were; is that

2  correct?

3      A.  That would be more or less their

4  responsibility.

5      Q.  In or around October of 2018, Sound Around

6  hired a consultant called Forum Business Advisors

7  to evaluate the business; is that correct?

8      A.  I learned that from the documents, yes.

9          MR. FORTUNA:  Can I have this marked as

10     Defendants' Exhibit C (indicating)?

11         (Whereupon, a document entitled "Forum

12     Business Advisors" was marked as Defendants'

13     Exhibit C for identification, as of this date.)

14     Q.  Would you take a look at what's been marked

15  as Defendants' C and tell me if you recognize that

16  document?

17     A.  Should I read it?

18     Q.  If you need to.  If you need to, or if you

19  recognize it without reading it through, that's

20  fine.

21     A.  I don't know exactly what it says here.  I

22  do recognize it, but I'm not sure --

23     Q.  And what do you recognize it to be?

24     A.  That it's some kind of company; I mean, an

25  advisor, a consultant, Forum Business Advisors,

Jeremiah E. Brach
May 13, 2025

1    came to us and they did some discussions,

2    assessments, assessments of operations, personnel,

3    and recommendations.

4        Q.  And that's a report they did at that time in

5    or around October of 2018?

6        A.  That's what it says here.

7        Q.  And is it a report that you saw at or around

8    that time when it was done?

9        A.  I was -- I wasn't that involved with them by

10   this one.  I mean, I knew of them, I heard of them;

11   Abe, my brother, was talking to him, so I do not

12   remember this report in particular; I do remember

13   that the next time he came; that's what I remember.

14       Q.  I want to draw your attention to the third

15   page, if you would, and under the category

16   "Sales/Buyers" -- and if you need a moment to read

17   that, I want to point out where it says that

18   Sound Around is paying larger than average salary

19   along with a commission.  Do you --

20       A.  Third -- oh.  You mean after the cover.

21   Okay.

22       Q.  I'm sorry.  Do you see where it says

23   "Sales/Buyers"?

24       A.  Yes.

25       Q.  And if you read -- you can read the whole

Jeremiah E. Brach
May 13, 2025

1    section or the first paragraph is where I am

2    identifying.

3        A.   So just to get -- this was October, 2018?

4        Q.   Correct.

5        A.   Okay.

6             (The Witness complied.)

7        A.   So I read the first paragraph.  Is that what

8    you want me to --

9        Q.   Yeah, it's okay.  Do you see where the

10   consultant Forum Business Advisors identifies that

11   Sound Around is offering larger-than-average

12   salaries along with commission; he identifies that

13   as an issue?  Do you see that?

14       A.   He's mentioning -- I don't know if that's an

15   issue -- and again, just at that time, because I

16   know from the date -- I wouldn't know otherwise --

17   we were only talking to them about one buyer, I

18   think, at that -- maybe we did have two buyers; I'm

19   not sure, but --

20       Q.   But it was definitely Friedman?

21       A.   It was definitely Friedman.  Maybe somebody

22   else was there.  Not Ilowitz.

23       Q.   So right after this report was issued,

24   though, Sound Around stopped paying Friedman its

25   salary; isn't that correct?

Jeremiah E. Brach
May 13, 2025

1      A.  Again, I said before I don't know when they
2    stopped paying the salary, and the salary was based
3    on -- there was two jobs in the contract --
4      Q.  I understand that, but I'm just saying
5    timing-wise, after this -- shortly after this
6    report, Sound Around stopped paying Friedman his
7    salary; is that correct?
8      A.  As I mentioned before, I don't when Sound
9    Around -- I didn't know earlier and I don't know
10   now when we stopped paying.
11         MR. FORTUNA:  I would like to have this
12      marked --
13      Q.  That's it for this one.  Thank you.
14         MR. FORTUNA:  I would like to have this
15      marked as Defendants' Exhibit D (indicating).
16         (Whereupon, a document from Martin Stevens
17      of Forum Business Advisors was marked as
18      Defendants' Exhibit D for identification, as of
19      this date.)
20      Q.  Would you take a look at what's been marked
21   Defendants' Exhibit D and tell me if you recognize
22   that document?
23      A.  Again, I probably didn't see it since then,
24   but I recognize it from the conversations.
25      Q.  Okay.  So this -- you recognize it as --

Jeremiah E. Brach
May 13, 2025

1      A.  -- a document.  I remember the meetings that
2   we had with them.
3      Q.  And this is a report done by Forum Business
4   Advisors based on meetings they had with you and
5   your brother; is that right?
6      A.  Correct.
7      Q.  And this report was done October 29th, 2022?
8      A.  That's what it says here.
9      Q.  And this is based on conversations
10  Martin Stevens, which is the owner of Forum
11  Business Advisors, had with you?
12     A.  And Abe.
13     Q.  And Abe.
14     A.  Yes.  That's what it says.
15     Q.  And so, I want to draw your attention to
16  Item Number One, okay?  And you see there it says,
17  "Buyers are 1099 workers which means they are
18  independent contractors." Do you remember that
19  discussion with Martin Stevens at the time?
20     A.  No, I don't remember -- I just remember the,
21  like, concerns, inventory problems, unsold goods.
22  So the legal terms of what 1099 workers are
23  whatever, I don't remember a discussion about it.
24     Q.  And -- but in this report it says that you
25  got -- you covered that topic in this report at

Jeremiah E. Brach
May 13, 2025

1    that time.  Do you see that?

2        A.  Yes, but I still don't remember it.  I don't

3    know.

4        Q.  And then, in the report, it advises that you

5    cannot dictate hours they work or give direction as

6    how they operate; that would violate 1099

7    regulations.  Do you see that?

8        A.  That's what it says.

9        Q.  So he was giving you advice at that time

10   with respect to how to manage the independent

11   contractors; is that right?

12       A.  I don't know if that's the advice, but

13   that's what he wrote here.

14       Q.  Okay.  And then, it further discusses the

15   commission structure you should have with the

16   buyers; is that right?

17       A.  Yes.

18       Q.  And it -- and the recommendation in the

19   report is that it should be ten percent of the

20   profit after deducting the expenses; is that right?

21       A.  That's what the recommendation is saying.

22       Q.  Okay.

23           MR. FORTUNA:  Would you mark this as

24       Defendants' Exhibit E (indicating)?

25           (Whereupon, another document from

Jeremiah E. Brach
May 13, 2025

1          Martin Stevens of Forum Business Advisors was

2          marked as Defendants' Exhibit E for

3          identification, as of this date.)

4          Q.  I show you what's been marked Defendants'

5     Exhibit E, Forum Business Advisors report dated

6     November 19th, 2022.  Do you recognize that

7     document?

8          A.  I've seen this document.  Yeah.

9          Q.  Okay.  And this is a report based on

10    conversations that Martin Stevens, the owner of

11    Forum Business Advisors, had with you and your

12    brother; is that right?

13         A.  Yes.

14         Q.  And this report discusses how commissions

15    should be structured for the buyers; is that right?

16         A.  You mean in Recommendations?

17         Q.  Yes.

18         A.  It says the company wants to propose --

19    yeah.

20         Q.  And it talks about deducting certain kinds

21    of expenses before paying commissions, and it has a

22    list of five items there.  Do you see that?

23         A.  Amazon costs?

24         Q.  Yeah.  Amazon costs, product liability

25    costs, administrative costs, shipping and logistics

Jeremiah E. Brach
May 13, 2025

1    costs, and chargebacks.  Do you see that?

2        A.  Yes.

3        Q.  So after this report, was that the first

4    time you started charging, let's say,

5    administrative costs?

6        A.  No, because it wasn't -- first of all, I

7    didn't -- let's get it -- I want to go back to that

8    thing of charging --

9        Q.  Before we do, I just want you to answer this

10   question.  Would it be better if I said "deducting"

11   administrative costs?  Would you feel more

12   comfortable?

13       A.  No, not either, but -- whatever you want to

14   say now, but I'm going to try to --

15       Q.  I just want to focus on the report right

16   now.

17       A.  Okay.

18       Q.  So after this report was issued, was it the

19   first time that administrative costs were charged

20   against commissions?

21       A.  It was sometime after; it wasn't -- again --

22   whatever that word "charged" or the term, but we

23   started to include in our -- in our -- homegrown

24   structure of cost calculations that we had figured

25   out, because there was no charges really, but that

Jeremiah E. Brach
May 13, 2025

1    was part of the costs, so we had to figure that

2    into our sales costs or products costs or whatever

3    it is to know how much we are making, first of all,

4    and again, not that we made that much, because

5    there's still plenty that we didn't think of at

6    that time, or we just, like, let go; we didn't

7    include it in our charges -- not charges, into our

8    costs, but at least -- but even what you're saying

9    that we started to have a line about administrative

10   sale, admin., whatever you want to call it is -- so

11   since this is November, 2023?

12        Q.   2022.

13        A.   It says here -- oh.  Because it does say a

14   conference call 2023, so I got confused.

15        Q.   Yeah, I think it's a typo.

16        A.   So sometime after, which was -- when I say

17   "sometime," not in December, not in January; it was

18   sometime February or later that we started to make

19   note of those costs, of administrative costs.

20        Q.   And that was as a result of this report,

21   though --

22        A.   It was a result that it opened up our eyes

23   of our costs that we have to start thinking about

24   our costs, of administrative costs.

25        Q.   Right, but it was based on your reporting

Jeremiah E. Brach
May 13, 2025

1    and analysis done by Forum Business Advisors that

2    opened your eyes; is that correct?

3        A.   Yeah.   I mean, obviously, we called him

4    down; he didn't come from, like, okay, to analyze

5    our company, so he knew our concerns, because we

6    met with him over our concerns, and let's just get

7    it clear also; by no way did we hire him as a legal

8    advisor or an accountant to know exactly what means

9    1099 people or what means W-2; it was just what he

10   suggested or what he spells out what these people,

11   so again, I don't know if we could dictate or not

12   dictate -- I don't know; this is what he said --

13       Q.   Let's just focus on the one point.   All I'm

14   just trying to establish is, as a result of this

15   consulting and reporting, that's when for the first

16   time you started taking note and attributing

17   administrative costs; is that correct?

18       A.   It's not a result of this letter, because,

19   obviously, we called him to discuss it, and we

20   wanted -- that we have these costs, and how do we

21   -- how should we lay it out even though we could

22   have -- okay.   All our buyers who are working for

23   us, we could have just told them without calling

24   down a consultant, "Hey, we have a lot of different

25   -- in the sales that we are going to now deduct

Jeremiah E. Brach
May 13, 2025

1    your pay," let's say.  We could have said,

2    "we're going to deduct it to five percent," and we

3    could have said two percent --

4        Q.  You could have done that, but what I'm

5    asking you -- let me make it a little simpler for

6    you.  Not until after this report was issued to you

7    did Sound Around start taking note and deducting

8    administrative costs; is that correct?

9        A.  So I'm not sure if Lazar -- so

10   administrative costs are -- because going back to

11   20 -- obviously, this conversation was a

12   conversation already in 2021 with Lazar, and like

13   in Exhibit B that we have here -- right, this is

14   Exhibit B (indicating), there was ongoing --

15   businesses change; there's new costs --

16       Q.  I understand --

17           MR. CUZA:  Nick, wait.  Let him finish.

18       A.  Yeah, I have to.  This was a concern.  When

19   a company's paying such high -- okay.  We own the

20   company, right?  Sound Around owns the company,

21   because there's owners to that, there's

22   responsibilities to that; there's big, big risks

23   when we bring in inventory; is it going to sell?

24   Is it not going to sell?  Are we going to lose

25   money on the sales?  Where the competition will be

Jeremiah E. Brach
May 13, 2025

1  when we decide the product is one thing, and then,

2  four, five, six months later when the product comes

3  in, the product could be much lower price than the

4  market; we might have to take a loss.  Maybe we

5  didn't do the due diligence, people brought in

6  stuff that were trademarked or whatever -- I don't

7  know -- trade dress or different things that we

8  could have lawsuits on; that's part of our risks

9  that we take that we have to maybe throw away all

10  the pieces, dispose it, send it to the competitors

11  who sued us for it, which happens various times,

12  and so on; and it happened quite a few times with

13  hundreds of thousands of dollars of these losses;

14  these are the risks we take.  Now, when we take

15  these risks, there's also risks of warehousing

16  costs.  It's very good to get a check, what these

17  people got, millions of dollars throughout time,

18  and then, we charged them here, we charged them

19  there, the way they said that we charge, but we

20  really had to know if we're making money or not, so

21  we had concerns; when you give such big checks to

22  people, you have to know are you making money or

23  not?  So there's -- you bring in sometimes

24  consultants to figure out, first of all, what are

25  really all the costs?  Are we really calculating

Jeremiah E. Brach
May 13, 2025

1    all the costs the right way?  The way we used to do

2    it in the nineties and the 2000s maybe doesn't

3    apply today; there's much more staff; there's much

4    more administrators by us --

5        Q.  Let me jump in here, okay --

6        A.  No, because it's really important all these

7    details --

8        Q.  I know, but I'm not trying to question the

9    justifications.  I'm just asking a really simple

10   question.  The first time that Sound Around started

11   taking into consideration administrative costs was

12   after this report was issued; is that correct?

13       A.  So going back to --

14       Q.  I know -- I'm not saying it's not the first

15   time you thought of it or anything; I'm saying the

16   first time you took action on it was after this

17   report was issued; isn't that correct?

18       A.  So it wasn't before; that's what I could

19   tell you.

20       Q.  Okay.  I'll take that.  Okay.  And is that

21   also true of the Amazon costs?

22       A.  What as Amazon costs?

23       Q.  Amazon costs are listed here as expenses

24   that should be deducted.  Was the first time that

25   that was taken into consideration was after this

Jeremiah E. Brach
May 13, 2025

1    report or did you charge before that?

2         A.   No.   Amazon costs we always charged for.

3         Q.   Okay.   Thank you.   Simple.   And then, Number

4    Five, do you know what he means by chargebacks?

5         A.   So I think I mentioned it before -- and I

6    don't know if that's what he means, but I brought

7    up something that we had Amazon chargebacks, so I'm

8    not sure if it means Amazon chargebacks or all the

9    chargebacks from different companies that they

10   charge us, but when you have a vendor and you sell

11   them product, there's always -- not always, but

12   part of the way some vendors make money is besides

13   that they make money on your product that they sell

14   it for a profit, they're professional at making

15   money from chargebacks.   I'll give you an example.

16   We used to have a vendor named Menards, for example

17   -- M-E-N-A-R-D-S; they're in the midwest --

18   Wisconsin, Illinois, whatever, Minnesota -- they're

19   similar to Home Depot but a regional Home Depot;

20   they're very big players in the market there, and

21   we were selling -- we got very excited that we were

22   selling to their retail stores products, and all of

23   a sudden, the chargebacks that they charged us was

24   crazy; every time you cancel an order, every time

25   you ship an order, that the pallet -- there was

Jeremiah E. Brach
May 13, 2025

1   something sticking out; like, we just -- we did

2   business with them two years, we couldn't figure

3   out how they're not going to do the chargebacks,

4   and we figured out that was a way for them to

5   profit on chargebacks, so we just exited doing

6   business with them.  So chargebacks can mean --

7   like, which Walmart is big time on chargebacks, so

8   I'm not sure which chargebacks, but at Amazon, the

9   fact was that we have chargebacks on Amazon; a lot

10  of it is shipping concerns, like, how the product

11  was labeled maybe or how the product was -- or if

12  it was late; I'm not sure of the details, but there

13  was a lot of different chargebacks.  ISTA cost

14  chargebacks if the product is bigger than the --

15  like, a -- certain size that they feel is safe to

16  ship, they charge you for that.  So there's

17  different charges, which might not have been

18  included before, and I mentioned before it was

19  somewhere between a half-a-percent and two percent

20  throughout those years.

21      Q.  Now, these charges, would they be on the

22  Power BI report?

23      A.  No.

24      Q.  Where would they be?

25      A.  It would be in the Amazon -- again --

Jeremiah E. Brach
May 13, 2025

1      Q.  No, I'm saying -- let me -- withdrawn.  Let

2    me ask the question.  The charges that you -- these

3    expenses as they apply to the commissions and the

4    way you calculated the commissions, would they be

5    in Power BI, the amounts that you --

6      A.  So we never -- we never -- we never deducted

7    for chargebacks.

8      Q.  No.  I'm saying all the -- the list here.

9      A.  So Amazon costs, yes; that was always.

10     Q.  Okay.  Other than chargebacks, would -- all

11   the other ones would be on Power BI?

12     A.  Product liability wasn't.

13     Q.  Did you charge for product liability?

14     A.  No.  Again, we didn't charge.  When we had

15   in mind costs in administrative costs --

16     Q.  So that was part of administrative costs?

17     A.  Yeah, because again, there's really much --

18   as I said, if you want to go through

19   percentage-wise the numbers --

20     Q.  No, no, no.  I'm just trying to focus

21   here --

22     A.  Right.  So we figured, let's call it --

23     Q.  Wait.  Let me just ask you a question.

24   Didn't you have a separate line for insurance

25   charges that you charged against the commissions?

Jeremiah E. Brach
May 13, 2025

1        A.  I don't think so.  I don't think so.

2        Q.  I don't want to --

3        A.  I don't think so.  Again, I'm not the

4    Power BI expert, but I don't remember that there

5    was a line about it.

6        Q.  I want to draw your attention to

7    Lazar Ilowitz.  He was hired in 2019; is that

8    correct?

9        A.  Yes.

10       Q.  And at the time he was hired, he was working

11   for a different company; is that right?

12       A.  Yes.

13       Q.  Okay.  And did he have a written agreement

14   or enter a written agreement with Sound Around

15   regarding his employment?

16       A.  I don't think he had an employment

17   agreement, but he had -- I don't know the name of

18   the agreement, but, like, a certain employee

19   confidentiality agreement, maybe it's called?

20       Q.  Yeah.  And --

21       A.  Or a standard -- I don't know the exact

22   name, but there was an agreement.  I don't know --

23   standards, maybe it's called.

24       Q.  So you had an agreement.  Was it executed in

25   any way?

Jeremiah E. Brach
May 13, 2025

1      A.  He signed an agreement; he signed something.

2      Q.  And who drafted that agreement?

3      A.  I think it was drafted by an employment

4  attorney that -- the company policy.

5      Q.  And when was that done?

6      A.  I don't know, because it was a general

7  company agreement; it wasn't specific --

8      Q.  Are you talking about a handbook?

9      A.  Maybe a handbook.

10     Q.  Okay.  So there's no agreement with

11  Mr. Ilowitz, then?

12     A.  There was -- in there, there's a certain

13  agreement; there are some agreements -- I'm not an

14  attorney, again, that know what --

15     Q.  So other than the handbook -- company

16  handbook -- is there any written agreement with

17  Mr. Ilowitz?

18     A.  There was obviously an interview with him --

19     Q.  Okay.  The question was just -- we'll get to

20  that.  Other than the handbook, is there a written

21  agreement with Mr. Ilowitz?

22     A.  I don't think so.

23     Q.  Okay.  And then, at the time he was hired,

24  can you tell us what he was hired to do?

25     A.  He was hired to be a buyer.

Jeremiah E. Brach
May 13, 2025

1      Q.  And he started as a buyer right away; is
2   that correct?
3      A.  His role as a buyer started right away.
4   Yes.
5      Q.  And then, didn't he have an additional role
6   of having to sell off overstock?
7      A.  No, it was one role.
8      Q.  Just one role as a buyer?
9      A.  Yes.
10      Q.  And how was he paid at the time he was
11   hired?
12      A.  So since you mentioned something about
13   overstock, I just want to clarify what -- so should
14   I start from Mr. Ilowitz, or you just want to know
15   how he was paid?
16      Q.  I want to know how he was paid.  You said he
17   didn't have anything to do with overstock.
18      A.  No.  Part of -- yes.  So I do have to
19   explain a little bit.
20      Q.  Okay.  We'll go back to that; just answer
21   the open question as to how he was paid.
22      A.  So the first -- it is based on the
23   conversation, so I do have to explain when -- how
24   he was hired, how he was paid --
25      Q.  Before we get to that, can you just tell me

Jeremiah E. Brach
May 13, 2025

1    how he was paid?

2        A.   The first year, he was paid about $50,000 a

3    year.

4        Q.   And was he on payroll at that time?

5        A.   At that time, yes.

6        Q.   And did he receive commissions during the

7    first year?

8        A.   During the first year, I don't think there

9    was yet -- so now, I do have to explain how that

10   job works in order to get commission and how you're

11   paid and so on.  So the same thing like

12   Mr. Friedman and the same thing, I think he

13   mentioned in the previous deposition, what was his

14   previous job; so this is the role of buyers by some

15   companies out there that very few -- it's not a

16   national type of job; it's very limited; I don't

17   think there's more than five or ten of these type

18   of companies that have these roles, but the role of

19   a buyer is, I think he mentioned in his previous

20   job, which I didn't know what he was making, but he

21   mentioned by the previous deposition that he had

22   that he was making about $800, as I understood.

23   Now, that type of job, when somebody comes --

24       Q.   But I wanted to know if he got paid

25   commissions during the first year; that's kind of a

Jeremiah E. Brach
May 13, 2025

1    yes-or-no question.

2        A.   The first year he didn't, but --

3        Q.   Okay.  All right.

4        A.   -- but I do have to explain myself a little

5    bit, because it's not just did he get commission,

6    did he not get commission; there's some other

7    important factors here that we have to know about.

8    So when he -- because it's important to know -- so

9    the fact is that he came for a job; he was working

10   somewhere else already; he wasn't very happy there,

11   and for the reason that he said, because he didn't

12   see an opportunity there; and so, he came to us.

13   He might have heard -- his sister worked for us,

14   and he might have heard -- that Mr. Friedman, in

15   2018, word in the company was, "Our company is a

16   company where most people make between" -- I'm not

17   saying the warehouse people, but let's say people

18   are earning between $80,000 and $200,000 there a

19   year.  And when -- in 2018, when Friedman received

20   300-plus thousand dollars, so obviously, he

21   probably made noise in the company; I don't know

22   who was talking about it, but people heard about

23   it.  So she asked me -- that her brother has a job

24   somewhere and the same role that Mr. Ilowitz has --

25   Mr. Friedman has, "Maybe I could" -- she thinks

Jeremiah E. Brach
May 13, 2025

```
1    he's very capable; "Maybe I could interview him,"
2    and he's not too happy about his current place.  So
3    I interviewed him, and I told him at that time --
4    obviously, we told him what the job is about, how
5    we're going to pay.  So it's very similar to how we
6    were going to pay -- how somehow the other job --
7    that it sounds like the other job gave him 40,000,
8    we were going to give him 50 as a base.  Now, it
9    doesn't mean base; it's as a starting; the guy has
10   to -- but the potential if we're going to give you
11   warehousing and we're going to give you the
12   opportunity to -- the money like a bank account and
13   a structure to -- be able to help us and grow our
14   line, and we're hiring you for that, so anything
15   above that -- not above that; anything that you
16   have over here potential technically to maybe make
17   $500,000 a year, $300,000, or 600,000, because if
18   you're going to be buying more merchandise for
19   us -- Mr. Ilowitz introduced us to new brands, new
20   products, new product lines, and then he has an
21   amazing opportunity, because if he can make for the
22   company --
23       Q.  I'm not questioning you about the
24   opportunity.  What I'm questioning is, when was the
25   first time that he was permitted to make
```

Jeremiah E. Brach
May 13, 2025

1    commissions?

2        A.  He was permitted 2019 also.

3        Q.  Oh.  I asked you if he --

4        A.  You asked when he was permitted -- when was

5    he permitted.

6        Q.  So he was allowed to get commissions right

7    away, then?

8        A.  Yeah, but when he walks in the door, he's

9    not selling you anything.

10       Q.  Okay.  We just misunderstand each other.  So

11   he was entitled to get commissions.  So he got a

12   salary, right?

13       A.  So let me explain what --

14       Q.  Wait, wait, wait.  I just have a few

15   questions -- there's a lot of stuff I have to get

16   through, and we'll come back on another day; I'd be

17   happy to and hear all of this, but I just want to

18   get through a few more things.  So when he was

19   hired, he was paid on payroll the 50,000; is that

20   correct?

21       A.  Yes.  And that --

22       Q.  I'm just going -- I'm going to let you say

23   all your stuff, I promise you; I just want to get

24   out a few points, okay?  I promise you.

25           MR. CUZA:  Nick, let me just say this,

Jeremiah E. Brach
May 13, 2025

1    right?  He -- clearly, he -- it's your

2    deposition, right, and he really is going to

3    answer your question; the risk that we all have

4    here is that if you don't let him finish, you're

5    going to get an incomplete answer.  Clearly, I

6    know where he's going, because I've heard this

7    story before, and I'm telling you he's really

8    trying to answer your question.

9        MR. FORTUNA:  Okay.  I'm going to let him

10   talk; I just want --

11       MR. CUZA:  And that's fine.  Obviously, it's

12   your deposition, but I want the record to be

13   clear, right, that there's a risk that comes

14   with not letting him finish.  I know you're not

15   doing it on purpose; I'm not suggesting that.  I

16   know.  I know.

17       MR. FORTUNA:  I'm not sure about the

18   admonition, but okay.

19       Q.  Just -- and we'll get to the background; I

20   just want to set up the basics what's going on.  He

21   was on payroll initially for the 50,000, correct?

22       A.  Yes.

23       Q.  But in addition to that, at the same time,

24   he was also a 1099 for the commissions that he was

25   going to earn; isn't that correct?

Jeremiah E. Brach
May 13, 2025

1    A.   In 2019, he didn't earn commissions yet.

2    Q.   I'm saying the way it was structured at the

3  beginning.

4    A.   No.  He was -- that's why I have to explain.

5  There was some mistakes happening here; that's why.

6  There was technical errors what happened with his

7  payroll.

8    Q.   Tell me the technical errors?

9    A.   That's why I have to explain it.

10   Q.   No --

11   A.   There's a reason why when you go to hire a

12  buyer, nobody is taking a job and coming to you for

13  a job that I'm going to make commission in Year

14  Two, and the first year I can't pay my rent, right?

15  So that's why companies invest in such people that

16  could be capable buyers, or if they feel that -- or

17  if the people feel they could be a buyer, the

18  standard in the industry is that these companies,

19  just like his previous employer paid him $800 a

20  week, we paid him $1,000 a week or something

21  similar; that's what's the standard in the world of

22  buyers for such businesses, that they invest in the

23  person, that they tell them, "Hey, I'm going to

24  make sure you can have food on the table, you'll

25  pay your rent, whatever it cost" -- whatever -- it

Jeremiah E. Brach
May 13, 2025

1    doesn't mean, you know, on a $50,000 salary, and

2    we're going to invest in you; you may fail, right,

3    and you're not going to find good products.  So if

4    after a year or two years, you couldn't bring a

5    profit to the company that would at least cover

6    your $50,000, then we lost, and then, basically, we

7    would tell them, "Maybe we can find another job for

8    you here or you would have to leave," right,

9    because it wasn't worth it, the two-year investment

10   into the employee.  So the concept is that these

11   people are -- these buyers are -- usually pretty

12   confident -- by us, usually without a doubt, but

13   other companies, I know plenty of people that tried

14   this role and after a year or two, they left it,

15   because they couldn't figure out --

16       Q.  So when did he become a 1099?

17       A.  He got a 1099 the first time in 2020, I

18   think.

19       Q.  In 2020?

20       A.  Yes.

21       Q.  And when did he stop getting a W-2?

22       A.  So there -- our system, since he was the

23   first year on the $50,000 payroll, right, just like

24   -- I'm not sure when in 2020 was the first

25   commission check.  I don't know.  I'm sure I can

Jeremiah E. Brach
May 13, 2025

1    know, but I just don't know now.  So I don't know

2    if it has to -- but let's say it was January, it

3    could be it was April, it could be it was June or

4    July, so I don't know.  So what's most likely --

5    and I'm not saying it's contingent, because it

6    could be it was January, then it doesn't make

7    sense, but it could be that in January, he still

8    continued on with his salary, because he still

9    wasn't getting commission at that time, and maybe

10   February the same case, maybe March the same case

11   -- so I don't know the detail of that, but that's

12   one scenario, that he started the new year, and

13   somehow, even once he started -- definitely at one

14   point in the year, he got commission already.  We

15   forgot about it, and we just let it roll; it

16   just --

17        Q.  What did you forget about it?

18        A.  The way we discussed it, the minute he gets

19   commission already, that's more than the $50,000 a

20   year, he goes onto commission only; not 1099 or

21   W-2; he goes onto commission only, nothing to do

22   with how we pay him.  He goes onto commission only.

23   He's no longer getting a fixed $1,000 a week, or

24   $50,000 a year; I don't remember how it was --

25        Q.  So you're suggesting that you paid him

1    $1,000 a week longer than you wanted to?

2        A.  I sure did, yes.

3        Q.  And how much longer?

4        A.  Because it was a conversation at one point

5    about --

6        Q.  I'm just asking you about how much longer.

7        A.  So as I said, I don't know in 2020 when he

8    got his commission, but definitely from when he

9    started to receive the program -- how this

10   program's working, that you get a fixed salary

11   until we try a year or two; after two years, if you

12   didn't bring us -- so let's assume we invested in

13   you $100,000 in the person; let's just say it was

14   $100,000 every two years, and let's say he didn't

15   bring us profits $400,000; then we probably lost on

16   him --

17       Q.  Yeah, but that wasn't the case with Ilowitz?

18       A.  Right, right, right, right.

19       Q.  No, I'm just focusing on Ilowitz --

20       A.  No, but I'm just trying to explain how this

21   job with base salary goes and how it goes -- how it

22   converts into commission.

23       Q.  But I'm just saying, at what point did you

24   start paying beyond what you thought you should

25   have been paying his salary?  Was it 2020?

Jeremiah E. Brach
May 13, 2025

1        A.  At what point?  Sorry.

2        Q.  I'll rephrase it.  When did you stop paying

3     him the salary of 50,000 a year?

4        A.  I stopped paying him in 2022 in January, and

5     the reason, I could explain it.  So 2018, that was

6     agreed upon:  pay him $50,000.  We didn't discuss

7     which way.  Obviously, he was -- usually an

8     employee comes, we pay him, right?  That's the

9     normal way.  There are some people/employees who

10    come ask, "Could I have a 1099?" -- yours is such a

11    way also, but $50,000.  Fine.  But Year Two,

12    January, I don't think he earned yet.  Again, I

13    don't know for sure, but I'm not sure if he earned

14    yet a commission check; like, if it was going to be

15    converted into commissions yet.  At a certain

16    point, obviously he did.  At that time, really, the

17    $50,000 was supposed to stop.  Now, once that --

18    but it just continued, like -- meaning Jack

19    continued it, I didn't pay attention to stop it,

20    and it just moved on.  There was a point that I had

21    a conversation that I'm going to stop it and he

22    came to tell me --

23        Q.  Who's "he"?

24        A.  Ilowitz.  I'm sorry.  And he came to tell me

25    that he's living off it, and he has two ways how he

Jeremiah E. Brach
May 13, 2025

1    runs his financing, if I could still continue about

2    it, and then, I'm a very easygoing, good guy, and I

3    just allowed him to stay on that, even though he's

4    -- he was -- making already the commission; that

5    was one conversation.

6        Q.   And when was that conversation?

7        A.   At one point -- it could be by the end of

8    2020, when he was making already -- again, I don't

9    remember every year how much he made, but let's

10   assume he made a couple of hundred thousand dollars

11   that year already in commissions; then he didn't --

12   he -- based on what we spoke about before the job,

13   he didn't deserve any more of the $50,000 paycheck,

14   but I let it go on to the next year.  And there was

15   even a time that I heard back from someone that he

16   even made fun of me that I don't know what's going

17   on, he just gets his commission, and plus, he gets

18   the salary, then I'm like this guy that doesn't pay

19   attention or whatever -- obviously, I didn't pay

20   attention to the whole story, but -- and that came

21   back, so then -- so again, 2019 was his first year;

22   that was 50,000.  Year Two, at a certain point, it

23   converted to commissions.  So January he still

24   should have gotten his paycheck, right, or until

25   when the commissions kick in; at the time

Jeremiah E. Brach
May 13, 2025

1    commissions kicked in, he should have -- the way we

2    discussed it, it should have stopped his paycheck

3    -- the weekly, the check, it should have gone over

4    to commissions only in 20 -- sorry, 2020, right.

5    2021, it's somehow -- that's when we had that one

6    conversation, and I just let it happen, but I

7    realized he didn't even come to me in 2022, even

8    though he made already, like, 7-, $800,000 in 2021,

9    that it's going -- and somehow, by the end of

10   January, 2022, I realized that we went into the

11   next year, like, "What are we doing here?  We're

12   still paying him the $50,000; he made already 7-,

13   800,000"; he wouldn't come and tell me, "Oh, you

14   know, I don't deserve it anymore or whatever, even

15   though we discussed it." So once we went into the

16   new year, I realized and I stopped it -- obviously

17   by the end of the month, it stopped, because that's

18   when I realized that it was still going on.  And

19   whenever I have the chance -- so just for the

20   record, because we discussed -- one of the

21   discussions we had by that first meeting was,

22   obviously, I did ask him, does he have a noncompete

23   with his previous boss, and he told me no; I did

24   meet his previous boss a year later, and he came

25   with a big complaint to me; he never complained to

Jeremiah E. Brach
May 13, 2025

1    me right away; and he told me some story about how

2    he's damaging his business, and I told him, "I'm

3    not here to hurt you" -- his boss -- his previous

4    boss -- and I asked him about a noncompete and he

5    said -- so the noncompete, he told me after he left

6    the job after this was brought up, he told me that

7    he even had a noncompete, so I told him -- I did

8    ask him if he had a noncompete, and he told me no,

9    so I just took him at his words, and -- but -- so I

10   asked why didn't he do anything if he had a

11   noncompete, and he said that he just couldn't deal

12   with lawsuits and whatever, but he told me that his

13   accountant, which is a very respected accountant in

14   the community, Abe Roth (phonetic) his name is,

15   told him that he has an obligation to sue him,

16   because what he did to him he's going to do to

17   others, and others should know about it, and

18   unfortunately, that's what he did to others, so --

19       Q.  Did you see a copy of that noncompete?

20       A.  I didn't see.  I'm just telling you what I

21   heard from -- and I heard it from another person

22   also, but at least I did hear it from his boss

23   about the noncompete.

24           MR. CUZA:  So Jerry, Nick is entitled to ask

25       questions, so listen to his questions and answer

Jeremiah E. Brach
May 13, 2025

1    his questions, right?  So -- and you really do

2    need to answer his questions, okay?

3        Q.  When Ilowitz was hired, you specifically

4    asked him to bring over the bakeware product line

5    that he developed at his prior job to sell at

6    Sound Around; isn't that correct?

7        A.  That's not correct.

8        Q.  You never asked him to bring over the

9    bakeware product line?

10       A.  Once he was working for us already, he told

11   me that he developed a bakeware product line by the

12   previous job, and I remember asking him, "Did you

13   develop it or you got it from the company?" Not

14   that it makes a real difference, but I just felt

15   that if he was the brain behind it, then -- I mean,

16   he had an obligation, but there was no noncompete;

17   he was working for us already, so he said that he

18   developed it, and okay, then if it was your idea on

19   the thing, then -- again, he doesn't have a

20   noncompete based on what I understood then, it is

21   then okay.  So later, I did find out that his

22   boss --

23       Q.  Oh.  Go ahead.  Sorry.

24       A.  Later, I did find out that his previous boss

25   did introduce him to the bakeware company.

Jeremiah E. Brach
May 13, 2025

1    Q.  So at the time, though, you had asked him to

2    bring it over to Sound Around when you thought it

3    was his brainchild?

4    A.  At the time after he was working for us

5    already, not bringing it over -- that he could

6    source it.

7    Q.  Right.  After he was working for you, you

8    found out that bakeware line, he said it was his

9    brainchild; you asked him to, like, source it for

10   Sound Around?

11   A.  I didn't ask it; he recommended to me that,

12   "I know the bakeware line; I did it a little bit

13   over there," and I said okay.

14   Q.  Okay.

15   A.  But when it came to other things that that

16   company did that he didn't do or that wasn't really

17   in his territory -- I told him specifically on

18   paper goods -- and he told me that there was a

19   woman there that's doing very good with high-end

20   paper goods, should he do it, and I told him, "No

21   way.  I don't want you to go after your previous

22   boss; you should find new products."

23   Q.  Okay.

24        MR. FORTUNA:  Can I have this marked as

25   Defendants' Exhibit F (indicating)?

Jeremiah E. Brach
May 13, 2025

1              (Whereupon, a document entitled "Sound

2         Around Inc. Policy & Practices Guide" was marked

3         as Defendants' Exhibit F for identification, as

4         of this date.)

5         Q.  Would you take a look at what's been marked

6    as Defendants' Exhibit F titled "Sound Around Inc.

7    Policy & Practices Guide"?

8         A.  Yes.

9         Q.  Okay.  Is that the, what you termed the,

10   agreement that you said Mr. Ilowitz signed?

11        A.  Yes.

12        Q.  So -- and would you turn to the last page?

13   Is that where he signed it under the

14   Acknowledgment?

15        A.  I don't know if this is the page, but I

16   remember a signature from him where he signed.

17        Q.  Do you have a copy of that signed

18   Acknowledgment or a signed copy of the Practices

19   and Policy Guide?

20        A.  I don't have it with me here, but we have

21   it.  I've seen it.

22        Q.  You have it, so can you produce it if you

23   need to?

24             THE WITNESS:  I think we did produce it, no?

25        A.  I've seen it.  I don't know.

Jeremiah E. Brach
May 13, 2025

1    Q.  Would you take a look at the second

2    paragraph on that page, the last page.  Just read

3    that second paragraph.

4         (The Witness complied.)

5    A.  Yes.

6    Q.  Do you see where it says this "practices and

7    policies do not create an express or implied

8    contract or covenant of any type between the

9    company and the employee"?

10   A.  Yes.

11   Q.  Okay.  And that -- so that specifically says

12   this is not a contract between an employee and the

13   company, correct?

14   A.  That's what it says here.

15   Q.  Okay.  Now, I want -- would you turn to the

16   first page after the cover page?

17   A.  After the Table of Contents?  Is that it?

18   Q.  No, the Table of Contents.

19   A.  Oh, okay.

20   Q.  So under the Benefits section, right, after

21   Ilowitz was solely a 1099 contractor, did he

22   receive vacation or sick days as per this policy

23   and practice guide?

24   A.  I don't know if he took vacation or not, but

25   if he would have taken, let's say, a week vacation,

Jeremiah E. Brach
May 13, 2025

1    then he could have taken a week vacation.

2       Q.   Right, but I'm saying, did he get the

3    benefits as outlined in this practice and policy

4    guide at the time he was a 1099 contractor?

5       A.   I don't know what they are.  Shall I read

6    it?

7       Q.   If you want, turn to Page Nine.  This is

8    your company policy and practice guide, right?

9       A.   Yes.

10      Q.   And you've read it before?

11      A.   Somewhat, after this case.

12      Q.   At the bottom of Page Nine, do you see --

13      A.   "Full-time employees working 35 plus hours

14   per week are eligible for vacation/sick days.

15   Part-time employees do not earn any time."

16      Q.   So did that apply to him when he was a 1099?

17      A.   Yes.  If he took vacation, there would be no

18   -- there would be no -- he got paid, and he got --

19   he did get -- we didn't deduct anything from him if

20   he took a week vacation -- or I don't know the

21   amount of days exactly that he was entitled to, but

22   just like before with Mr. Friedman, Jewish

23   holidays, holidays he didn't work, legal holidays,

24   and, again, I don't know the exact policy of how

25   many vacations, and let's just say holidays -- all

Jeremiah E. Brach
May 13, 2025

1    these holidays he didn't have to work.

2        Q.  But did he get paid for any of those?

3        A.  Because we didn't deduct for his commission,

4    meaning we paid him as being our employee for

5    commission-based since it was -- he gave up the --

6    he didn't want to stay at $50,000, right?  The

7    whole incentive here was that he should be earning

8    commission.  We didn't deduct commission based that

9    he didn't work certain legal holidays or holidays

10   or vacation days.  Correct.

11       Q.  So you didn't pay him anything extra for

12   taking vacation or holidays?  He got his

13   commissions --

14       A.  He got his day off; you don't pay for a

15   holiday; he didn't work on holidays.

16       Q.  According to this, the employees got paid

17   for the holiday.

18       A.  They get paid, so we did pay him.  He got a

19   day off and we didn't deduct.

20       Q.  So in other words, you didn't penalize him

21   for not working that day?

22       A.  Correct.

23       Q.  I understand.  Did he -- did he get paid for

24   jury duty?

25       A.  I don't know if he ever had jury duty.  He

Jeremiah E. Brach
May 13, 2025

1  never told me that he has jury duty.

2      Q.  Did he have Workers' Compensation coverage?

3      A.  Based on that he wanted the 1099 and got the

4  1099, I don't think he had Workers' Compensation

5  coverage.

6      Q.  Did he get health insurance?

7      A.  We once, I think, discussed it; he said his

8  wife has health insurance.

9      Q.  Did he get family medical leave at any

10  point?

11      A.  I don't know if he ever had that condition

12  or if he ever requested it, but if he would request

13  it, we would -- we would -- let him.

14      Q.  Okay.  If you turn to Page Eight --

15      A.  Eight?

16      Q.  Yeah.  -- you see where it says Compensation

17  Policies?

18      A.  Yeah.

19      Q.  It says that pay date was every Tuesday?

20      A.  Yes.

21      Q.  Did he get paid every Tuesday?

22      A.  No, because he got commission.  So he got

23  different -- you have to calculate commission.

24      Q.  So -- and then he would get paid maybe once

25  every six months; is that right?

Jeremiah E. Brach
May 13, 2025

1      A.   No.

2      Q.   How often would he get paid?

3      A.   He would get paid -- I don't remember

4   exactly, but it's itemized, so it was either

5   monthly or quarterly.  There was one time a gap of

6   when we changed over from paying based -- because

7   the way sales were going, there was a time in 2022

8   when sales started to be through direct ordering

9   from China, and the payments were, like, 120 days.

10  So since we didn't get -- we were looking at trying

11  to pay the commission after we get paid, even

12  though we didn't verify the payments, but at least

13  it should have to do with the terms.  So when we

14  went from that 30 days getting paid to 120, there

15  was this little gap, so there was this gap of once,

16  but other than that, I think it was monthly --

17     Q.   And is there a record of the dates that

18  Ilowitz and Friedman received payments?

19     A.   There is a schedule of all the payments they

20  got and all the dates they got it.

21     Q.   And where is that record?

22     A.   I don't know if it was produced or if it was

23  asked for production, but I've seen that my Counsel

24  has it.

25     Q.   Where is it maintained at Sound Around?

Jeremiah E. Brach
May 13, 2025

1        A.   Jack Tybereg would have that information.

2        Q.   Okay.   After December of 2022, Sound Around

3    started charging a holding charge against the

4    commissions.   Can you describe what the holding

5    charge is?

6        A.   So it's not a charge; it's another way we

7    calculate our homegrown costs; and as I said

8    before, we had our cost of products.   In order to

9    calculate when you're selling -- when you're buying

10   and selling products as a business, you have to

11   know your costs in the product, and when you're

12   selling, you have to make sure that you're making a

13   profit on the sales, but obviously, you have to

14   know all the costs of the sales as well in order to

15   come out with a profit, hopefully, right?   So one

16   of the costs that we -- that we -- that we -- added

17   to our -- to our -- to our -- product costs became

18   the holding costs for our costs, and based on those

19   -- so it converted into product cost, and based on

20   what we said, that we're paying the ten percent

21   commission of the profits -- so one of the ways we

22   calculated the profits, but it is by far not the

23   final real or anything; it was just how we

24   calculated the product cost, including in it now

25   the holding costs.

Jeremiah E. Brach
May 13, 2025

1      Q.  The first time you included the holding

2  costs in that homegrown-costs calculation that you

3  discussed was in 2023; is that correct?

4      A.  I'm almost positive it was February, 2023.

5          MR. FORTUNA:  Okay.  Can I have this marked

6      (indicating)?

7          (Whereupon, the Complaint was marked as

8      Defendants' Exhibit G for identification, as of

9      this date.)

10     Q.  I show you what's been marked as Defendants'

11  Exhibit G, which is a copy of the Complaint

12  Sound Around filed against the Friedman Defendants

13  among others.  Do you recognize this document?

14     A.  Yes.

15     Q.  And did you read this Complaint before it

16  was filed?

17     A.  I did.

18     Q.  Okay.  And were you the person that provided

19  the information that comprised the Complaint?

20         MR. CUZA:  Objection.  Communications with

21     Counsel are privileged.

22         MR. FORTUNA:  I didn't --

23         MR. CUZA:  Counsel obviously drafted the

24     Complaint, Nick.

25     Q.  Were you the source of the factual

Jeremiah E. Brach
May 13, 2025

1    information for the Complaint?

2         MR. CUZA:  Again, objection.  Find another

3    way to ask a question, but any communication

4    with Counsel is privileged.

5         MR. FORTUNA:  I'm not asking him about any

6    communication.

7         MR. CUZA:  And there's more than that,

8    right?

9         MR. FORTUNA:  I'm sorry?

10        MR. CUZA:  There's more to that than that.

11   Who's the source of a Complaint prepared by

12   Counsel?  Who's going to know his Counsel?  So

13   he's not going to know, is he?  If you want to

14   ask him about a specific fact, then please go

15   ahead and do that.

16   Q.  Okay.  I want to draw your attention to

17   Paragraph 31 of the Complaint.  It states in

18   Paragraph 31 that Friedman, as the Buyer, had full

19   discretion relating to purchase, marketing, and

20   sale of products for which he was charged.  Is that

21   accurate?

22   A.  So -- I'm sorry.  Even though I saw -- "in

23   which he was charged," what does that mean,

24   "charged"?

25   Q.  Well, it's -- you don't understand that

Jeremiah E. Brach
May 13, 2025

1    sentence?

2        A.   Which he was charged to do, right?

3        Q.   Yeah.

4        A.   Okay.  He was in charge of.

5        Q.   So you agree with that statement?

6        A.   Yes.

7        Q.   And in that circumstance, he was free to act

8    using his best judgment; isn't that correct?

9        A.   Judgment on what?

10       Q.   On what he thought was best.

11       A.   I mean, he needed approval, still, from the

12   -- you mean judgment to buy products --

13       Q.   No, no.  Judgment in deciding, you know, how

14   the product should be sourced, on how it should be

15   marketed; you know, negotiating purchase prices.

16   He was supposed to use his best judgment on that;

17   isn't that correct?

18       A.   He was supposed to negotiate purchase

19   pricing, right, marketing -- whatever the marketing

20   on the Amazon platforms are, whatever platforms he

21   was in charge of.  What else?  And how to sell the

22   products.

23       Q.   So he had to use his best judgment on that?

24       A.   That's what it says here.  Does it say?

25   Yeah.

Jeremiah E. Brach
May 13, 2025

1        Q.  And Ilowitz had the same discretion; is that

2    correct?

3        A.  Yes.

4        Q.  In the Complaint, it's alleged that Friedman

5    and Ilowitz misappropriated confidential

6    information.  Specifically what confidential

7    information was taken?

8        A.  Which line or paragraph?

9        Q.  You don't recall that being --

10       A.  Yeah, I was definitely, but, again --

11       Q.  So I'm referring to something -- I'm not

12   asking you what's in the Complaint.  I'm asking you

13   what confidential information was taken by Friedman

14   and Ilowitz?

15       A.  Customer lists.

16       Q.  And what customer lists?

17       A.  From Go Flow.

18       Q.  And how do you know they took that?

19       A.  From e-mails we saw.

20       Q.  What did the e-mails say?

21       A.  How we download it, e-mailed to himself.

22       Q.  Who's "himself"?

23       A.  Mr. Ilowitz.

24       Q.  And what customers were they?

25       A.  Consumers who buy product.  Another one --

Jeremiah E. Brach
May 13, 2025

1      Q.   Sound Around keeps a list of all the
2   consumers that buys its products?
3      A.   No, but those lists are available.
4      Q.   Where are they available?
5      A.   Whoever buys on our website, we keep those
6   lists.
7      Q.   So if you don't have a customer list, how
8   did he take it from you?
9      A.   It's by software -- again, I'm not familiar
10   with all these softwares that we have, but I
11   believe there's Go Flow, a place that we have that
12   has that information or may keep it for a couple of
13   days; I'm not sure exactly how it works, but that's
14   where Ilowitz took that information from.
15      Q.   And who owns Go Flow?
16      A.   It's a company.  I don't know.
17      Q.   So it wasn't from you --
18      A.   I mean, the password to go in was from us,
19   so it was our license that we have with Go Flow.
20      Q.   So do you have a copy of what you allege was
21   taken?
22      A.   I just saw an e-mail that downloads; I'm not
23   sure that we have the copy.
24      Q.   Did you find out what was downloaded in any
25   way?

Jeremiah E. Brach
May 13, 2025

1      A.  It was -- again, I'm not a technical expert

2   on these things, but from what I heard, I believe

3   it was customer lists.

4      Q.  Who did you hear that from?

5      A.  Probably from the people involved in the

6   software.

7      Q.  Who is that?

8      A.  Maybe Green, Abe.

9      Q.  When you say -- is that Hershy Green?

10     A.  Right.

11     Q.  He spells it with an R, though, right?

12     A.  Hershy, yes.  H-E-R-S-H-Y.

13     Q.  And Abe, your brother?

14     A.  Yeah.

15     Q.  What other confidential information was

16  taken?

17     A.  The way we price products, the way we

18  conduct business.

19     Q.  The way you price products, where is that

20  information located?

21     A.  It's in the back office, we said before, and

22  in the --

23     Q.  Specifically, what's back there?

24     A.  All the product data, like, the items, the

25  -- it's our system.  The costs.

Jeremiah E. Brach
May 13, 2025

1       Q.  So you told us that you make 30 percent

2   profit margin on the products.  What other

3   information is there?

4       A.  No.  I told you that we did that in 2017 or

5   prior to 2018 when we went into the contract with

6   Friedman.

7       Q.  Well, other than profit margin, what

8   information is there that was taken?

9       A.  Oh.  In general?

10      Q.  No, no.  Specifically, I want to know what

11  was taken.

12      A.  The way we sell our vendors contacts --

13  like, when vendors would e-mail me and I would

14  forward it to him or anybody else, it was taken off

15  the Sound Around network to the private gmail

16  account.

17      Q.  And when was that done?

18      A.  Throughout the time of them working with us.

19      Q.  So during the four or five years they were

20  working there, you're saying?

21      A.  More 2022, 2023.

22      Q.  And what specific information was taken when

23  you say "how we work with our vendors"?  What

24  information are you talking about that was

25  confidential?

Jeremiah E. Brach
May 13, 2025

1      A.  It's -- anything that's in a company is

2   confidential.

3      Q.  So it's anything that relates to the

4   company, you're saying?

5      A.  Yes.

6      Q.  Because the vendors were selected by Ilowitz

7   and Friedman.

8      A.  But it was still confidential, because they

9   worked for us.  So it's still confidential; they

10   still can't take it home.

11      Q.  So you definition is, even though they

12   selected the vendors themselves, that it belongs to

13   you?

14      A.  I would think so.

15      Q.  And that's the confidential information

16   you're saying --

17      A.  That's not the only confidential

18   informations; that's one of the confidential

19   informations.

20      Q.  And I'm trying to find out all the

21   confidential information that you say they took.

22   What else did they take?

23      A.  The communication with Amazon.

24      Q.  What communication with Amazon?

25      A.  With Vendor Central.

Jeremiah E. Brach
May 13, 2025

1      Q.   What was in those communications?

2      A.   Is how they got their account; they

3    basically -- Amazon was under the impression that

4    they're giving Sound Around another account.

5      Q.   Besides what Amazon is thinking, I'm trying

6    to find out what confidential information it took

7    from Sound Around.

8      A.   There's -- so the way we sell -- it's the

9    techniques of the company.  Even though you could

10   say there isn't confidential -- there's a lot of --

11     Q.   I'm not saying that at all; I just want to

12   know  specifically what they are.  What techniques

13   are you talking about?

14     A.   Every single detail of how to run a

15   business, how they're running it today, came from

16   confidential information, what they took and what

17   they passed over to their new companies.  After

18   this question --

19     Q.   Okay.  But I want to know what that is.

20     A.   What?

21     Q.   I want to know what that is.  What specific

22   techniques did they take from you that you say that

23   they shouldn't have?

24     A.   Confidential information -- I just said a

25   couple.

Jeremiah E. Brach
May 13, 2025

1       Q.  Yeah, but I want to know all.

2       A.  How to run with platforms.

3       Q.  What does that mean, "how to run with the

4   platforms"?

5       A.  To be honest, I'm not that much this tech

6   guru, and I think -- so I'm not the tech guru.  If

7   I could ask for a break, I would want to have a

8   break -- a five-minute break.  So the last thing I

9   answered was, I'm not a tech guru, so I'm not sure

10  if I'm the person that can answer these, but --

11      Q.  You can have a break, but it's not to find

12  out answers to the question --

13          MR. CUZA:  Jerry, you can answer what you

14      know, okay?  What you don't know, you just say

15      that you don't know.

16      A.  This is what I know, but there's other

17  people that know other things.

18      Q.  Okay, fine.  But I'm not trying to stop you

19  from taking a break; if you want a break, you could

20  take a break; it's just for the reason that you

21  said I'm not sure is why.  Do you want a break?

22          MR. CUZA:  Finish your answer and then you

23      can take a break.

24      A.  Again, I'm not very familiar with the

25  softwares in the company and the -- and all the

Jeremiah E. Brach
May 13, 2025

1    things that they -- I don't know if you call --

2    stole or these confidential information, but the

3    systems how to work with maybe the customer

4    service; I'm just thinking of different things that

5    could have been is this information.  They -- I

6    would think that they -- there's a lot of

7    confidential information.  Obviously, not everyone

8    does what we do.  We found two other people around

9    the world that do know what we're doing, and they

10   got that, obviously, from us.  So to tell you the

11   details how and where and what, I'm not sure.

12       Q.  Just let me understand a couple of -- unless

13   you want to take a break --

14       A.  Yeah, I just need a quick bathroom break.

15           (Whereupon, a break was taken at 3:02 p.m.,

16       and the deposition resumed at 3:07 p.m.)

17       Q.  Part of the confidential information that

18   you mentioned that they took is how to run the

19   platforms.  What platforms were you talking about?

20       A.  So I don't -- the truth is, I don't know too

21   much about the subject of -- but there's a lot of

22   systems, and I'm personally not involved in it, so

23   I don't know how to answer most of it.

24       Q.  Who would know that information?

25       A.  I would say Abe, Hershy Green.

Jeremiah E. Brach
May 13, 2025

1     Q.  And they would know what information was

2     taken by Ilowitz and Friedman, or they just know

3     how the systems work?

4     A.  I think -- yes, they would know what

5     information was taken.

6     Q.  Do you know of any other confidential

7     information that they took that they shouldn't have

8     taken as alleged in the Complaint?

9     A.  Again, there was e-mails there that he took,

10    hard drives, so they -- it was all -- a lot of it

11    was based on actions of the e-mails that we found.

12    Q.  And do you have those e-mails compiled

13    anywhere that demonstrate that?

14    A.  We have it; I think my attorney has it.

15    Q.  So do you have a separate file of e-mails

16    that comprise the confidential information or

17    mentions the confidential information that you

18    allege they took?

19    A.  If I remember correctly, I think Rebecca has

20    it.

21    Q.  Rebecca.  And when you say Rebecca, you're

22    talking about your attorney?

23    A.  Yeah.

24    Q.  So is there anyone else that would know

25    about what confidential information that was taken

Jeremiah E. Brach
May 13, 2025

1    other than Hershy Green or Abe, your brother?

2        A.  I'm not sure.

3        Q.  And is there any other confidential

4    information that you're aware of that was taken?

5        A.  Not at this minute, but at some point in the

6    -- in this -- whole chain of events, I think there

7    was that I knew, but at this minute, I'm not -- I

8    don't know.

9        Q.  Okay.  And then -- and that information, if

10   there were other additional confidential

11   information, it would be in that file that you said

12   Rebecca has?

13       A.  I would think she has, I don't know if all,

14   but most.

15       Q.  Okay.  In the Complaint, you allege that

16   Friedman and Ilowitz took trade secrets from

17   Sound Around.  What trade secrets were taken?

18       A.  From what I know is the -- how we conduct

19   the business, how -- and how the company made

20   money.

21       Q.  Now.  Can you be more specific?  What

22   aspects of conducting the business was a trade

23   secret that they took?

24       A.  It was -- it might have not been

25   international trade secret, but it was a trade

Jeremiah E. Brach
May 13, 2025

1    secret on how we operate the business, how we

2    import, how we ship, how we warehouse things, how

3    we sell things, what kind of margins we work on,

4    how much PPC we do; the whole running of a

5    business.  Obviously, they didn't go into a

6    business like construction or other things;

7    obviously, they went into a business competing with

8    us, so they learned that the secret -- every

9    business has their secret how they make -- how they

10   conduct business; it doesn't have to be, as I

11   mentioned, government secrets or something, but

12   it's still certain secrets in how a business is

13   successful, and that's what they -- that's what

14   they -- took.

15       Q.  So I have here, and just -- I don't want to

16   miss any:  how you import, how you ship, how you

17   warehouse, PPC, meaning pay per click?

18       A.  How we advertise.

19       Q.  How you advertise.  Anything else?

20       A.  The whole setup with how we sell to Amazon.

21       Q.  Anything else?

22       A.  How we price our products.

23       Q.  Well, those prices are on Amazon, right --

24       A.  No, because we're selling it to Amazon, and

25   so, how we price it to Amazon, what kind of

Jeremiah E. Brach
May 13, 2025

1    margins; that's our secrets.

2        Q.  Anything else?  You okay?

3        A.  Yeah.  I don't know why my fingers are

4    getting jammed today; it never happens.

5        Q.  Do you need anything?

6            MR. CUZA:  Water?

7            MR. NOVAK:  Off the record.

8            (Whereupon, a discussion was held off the

9        record.)

10       A.  Okay.  Sorry.

11       Q.  Are there any specifics about how you import

12   -- that are trade secrets, or you're just talking

13   generally?

14       A.  In general.

15       Q.  And any specifics on how you ship, or are

16   you talking about in general?

17       A.  In general.

18       Q.  Any specifics on how you warehouse the

19   products, or are you talking about in general?

20       A.  Every company has their ways how to operate

21   their business, and I believe that that's certain

22   -- that's a secret; nobody is publicizing how they

23   operate their business and how they make money.  So

24   when people are in a company and they know all

25   these things from the company and then they go and

Jeremiah E. Brach
May 13, 2025

1    they -- and they even  learn what we do wrong,

2    because every company does things wrong, and they

3    get the view, and so they can even -- like,

4    example, which products not to bring.  From

5    learning from experiences, these are secrets that

6    evolve throughout time; again, it doesn't have to

7    be the most secretive formulas that we're

8    developing food or ingredients in food or something

9    like that, but it's still -- it's a certain method

10   how we operate and calculate how to make profit.

11   So when people are in there and they know that and

12   they go and they take it elsewhere, that's called

13   by me a trade secret.

14       Q.  Okay.  And how about how you advertise?  Is

15   there anything specific about that or just

16   generally?

17       A.  How we run the advertisements, I don't know

18   -- I'm not involved in advertisements, so I can't

19   tell you how we run it, but it's the -- it's the --

20   it's the total way we operate the business; and

21   there's a lot of details; it's not just total, but

22   in every single place, everything together becomes

23   a secret, and it's meant for the people in the

24   business that are working there and not to take out

25   -- take it outside the business.

Jeremiah E. Brach
May 13, 2025

1      Q.  Are there any details other than what you

2  described so far that would be a trade secret that

3  we should know about?

4      A.  Not that I can think now.

5      Q.  And then, how you sell to Amazon, are you

6  talking about generally how you sell to Amazon or

7  is there something specific about how Sound Around

8  does it?

9      A.  Example:  where Ilowitz used to worked

10  before that, they used Seller Central accounts;

11  they were 3P sellers.  Most of the Amazon world

12  sells under Seller Central; and when they decided

13  that they're going to compete with us in January,

14  2022, they didn't go and -- they didn't -- even

15  though they decided in January of '22 they're going

16  to start competing with us, they only put it into

17  action after they were able to get the

18  Vendor Central account go through 1P, and only then

19  did they start with product development, after they

20  had their Vendor Central account, and I could

21  explain it.

22      Q.  So getting a Vendor Central account is a

23  trade secret?

24      A.  It's a certain -- for us, it's a certain

25  secret that we had or it was a method how we sold

Jeremiah E. Brach
May 13, 2025

1    that one of the reasons -- that, alone, that they

2    didn't start doing things 'til after they got it;

3    even though they registered their company and the

4    brands in January and February of 2022, they didn't

5    do anything 'til April or May, when they got their

6    Vendor Central accounts, and  after that did they

7    start developing their products.  They didn't

8    develop any products before, even though they could

9    have competed with us through Seller Central

10   accounts, but they knew the way they want to

11   compete, they wouldn't be able to be profitable,

12   that even though other people do make profits on

13   Seller Central accounts, but they didn't know that

14   way, so they only knew our way from Vendor Central.

15   So it's a certain secret that they learned.  That's

16   a certain -- I call that a trade secret.

17       Q.  So the trade secret, just so I understand,

18   that your client is using as a trade secret is

19   using a Vendor Central account?

20       A.  That's not only -- no.  That's not --

21       Q.  No.  In this specific instance.

22       A.  It's another way how to -- as I said, it's a

23   total operations of doing business, how to be able

24   to come -- hopefully, come -- up with a profit.

25       Q.  But we were talking about selling to Amazon

Jeremiah E. Brach
May 13, 2025

```
 1    the trade secret portion, so that part of it --

 2        A.  So it's a certain secret.  Yes.

 3        Q.  The secret is the Vendor Central account; is

 4    that what you're saying?

 5        A.  Again, it's not a secret -- it's not a

 6    secret  that there is Vendor Central accounts out

 7    there, but it's a certain method of selling that we

 8    used and they understood that way, so that's a

 9    certain way in how to continue, and -- yeah.

10        Q.  Other than the Vendor Central account,

11    selling to Amazon, what other secrets are there?

12        A.  So obviously, the vendors we spoke about, I

13    think?

14        Q.  No, no, no.  Dealing -- I'm just focusing --

15    I'm still focusing on selling to Amazon.  So you

16    identified the Vendor Central account you used to

17    sell to Amazon.  What other aspects of selling to

18    Amazon is a secret that they took?

19        A.  I can't think of anything else now.

20        Q.  Now, did you have any written agreements or

21    policy regarding these trade secrets?

22        A.  With Friedman, we had a -- in the contract,

23    it talks about secrets confidentiality, I think,

24    and with Ilowitz, again, whatever it says in this

25    handbook of secrets.
```

Jeremiah E. Brach
May 13, 2025

1      Q.   That's it?  Is there anything else?

2      A.   With Ilowitz also before, when I met him the

3  first time, I did say that whatever happens --

4  like, in business, nothing should be taken out on

5  the street of what we do and so on.

6      Q.   But anything else in writing other than what

7  you just identified, the employment agreement you

8  had with Friedman in June of 2018 or the policy and

9  practice guide that you gave to Ilowitz?

10     A.   Not that I can think of.

11     Q.   Okay.  You allege in the Complaint that

12  Friedman and Ilowitz diverted corporate

13  opportunities.  What opportunities were diverted?

14     A.   So products that they -- like, what products

15  to source, they were supposed to source us

16  products, and that was their job, and -- so those

17  type --

18     Q.   So other than the 120 million in sales that

19  they were doing per year, what products were they

20  supposed to source for you that they diverted?

21     A.   The products that they sourced for the

22  brands of Lifemaster, Bakken-Swiss, et. cetera,

23  et. cetera, they were supposed to do it for us.

24     Q.   So what you're saying is the products

25  that --

Jeremiah E. Brach
May 13, 2025

1      A.  The brands and the products.

2      Q.  The brands and the products that they

3  sourced for their business they were supposed to do

4  for you?

5      A.  Correct.

6      Q.  Those were the corporate opportunities that

7  were diverted?

8      A.  And that's one that's a pretty big corporate

9  opportunity.

10      Q.  I'm not judging; I'm just trying to find out

11  all the information.  Is there anything else?  Any

12  other corporate opportunities that you allege that

13  they diverted?

14      A.  Obviously, sometimes, new products, even; it

15  didn't have to be, you know -- new opportunities,

16  new types of items and those categories.

17      Q.  And what new items or products did they

18  divert that Sound Around should have had?

19      A.  Similar things that we spoke about:  new

20  types of products in the category and --

21      Q.  But I want to know specifically, because

22  you're alleging they diverted corporate

23  opportunities, and I want to know what was

24  diverted.

25      A.  Products.

Jeremiah E. Brach
May 13, 2025

1    Q.  Which products other than what you just

2    named?

3    A.  Oh, not only the brand; certain specific

4    products, or whenever I would send -- because

5    again, if a Chinese factory would contact me, I

6    would -- usually without questions asked, I would

7    -- just send it potentially if it was a similar

8    category or I thought Ilowitz was the right man for

9    it or if I thought Friedman or if I thought a third

10   person that had nothing to do -- a different buyer

11   by us, I would send it to these people, and I

12   wouldn't start dealing with, meaning because I sent

13   it to the buyers to pay for it, and so, those

14   vendors, those contacts.

15   Q.  Were there any products that you forwarded

16   to Friedman or Ilowitz -- just focusing on them now

17   -- that they took and developed for themselves?

18   A.  I'm not sure.

19   Q.  And could you name any products that you

20   forwarded to them to develop?

21   A.  It wasn't more products; it was more

22   manufacturers, like, who might sell trampolines or

23   who might sell air conditioners, so that when they

24   sent me an e-mail -- also pots, cookware -- I would

25   forward to the right buyers who would take care of

Jeremiah E. Brach
May 13, 2025

1    it.

2        Q.  Can you name any manufacturers or vendors

3    that you forwarded to Ilowitz or Friedman that they

4    subsequently used on their own?

5        A.  I can't name these, but I remember there

6    were these e-mails that I used to send them.

7        Q.  And those e-mails that you sent them, did

8    they ultimately -- do you have a record of those

9    e-mails where they took that information and used

10   it for themselves?

11       A.  I don't know, because I don't know where

12   they buy their stuff from.

13       Q.  So you have no idea?

14       A.  I wouldn't know.

15       Q.  Are there any other -- other than what you

16   described here today, are there any other corporate

17   opportunities that you say they diverted?

18       A.  There could be there is; I just don't know

19   at this moment.

20       Q.  You claim in the Complaint that Friedman and

21   Ilowitz artificially depressed sales or products

22   through price manipulation.  What does that mean?

23       A.  So let's say -- let's just say, it's an

24   example, you have an item that Ilowitz is selling,

25   he's officially the buyer for me, for Sound Around,

Jeremiah E. Brach
May 13, 2025

```
1    for a certain product, so let's -- if you don't
2    mind I touch this (indicating) and this
3    (indicating), and let's say these are two very
4    similar items; this is diet (indicating), and this
5    is whatever (indicating) --
6         MR. FORTUNA:  For the record, indicating a
7      can of Diet Coke and a bottle of water.
8         A.   Right.  Rather, these two bottles of water
9    (indicating), because -- so let's say it just had a
10   different color -- this is green (indicating), this
11   is blue (indicating), and this is the one that he's
12   the buyer for me (indicating), and this one is
13   where he's selling it himself (indicating).  He's
14   controlling this price to be 19.99 on retail
15   somehow -- there's ways how to control it that
16   Amazon should sell this for 19.99 (indicating), and
17   let's say this one (indicating) he's controlling
18   that it should be 17.99.  So obviously, customers
19   are going to go to the 17.99 versus the 19.99.
20   Now, at the same time, there's also how do
21   customers get to it?  Through PPC, through
22   marketing; he might do less marketing for mine or
23   more for his, or the opposite; sometimes it works
24   in favor to do more for ours and less for his, but
25   if the same guy is controlling both, he has every
```

Jeremiah E. Brach
May 13, 2025

1    reason to push this one (indicating) over this one

2    (indicating).

3        Q.  Do you know of any specific instances where

4    that was done?

5        A.  When somebody is -- again, I'm not the tech

6    person, but I understood that there is some

7    examples of these type of behavior, but the -- but

8    when a person's controlling both, there's no

9    question it's an extreme big conflict that he would

10   want that his should sell more than this one

11   (indicating).  Over here (indicating), he's making

12   a complete profit on it, and over here

13   (indicating), he's just making commission on it,

14   and he has no interest that it should sell even if

15   we have inventory, because we're not charging him

16   yet that, like you mentioned, the dead inventory or

17   whatever; so he couldn't care less, and that's why

18   we were left over with millions of dollars of

19   inventory of unsold goods.

20       Q.  I understand that, but -- so did this occur

21   while they were still 1099s for Sound Around?

22       A.  Well they were buyers of us; I'm not sure

23   what the 1099s -- while they were working for us in

24   2022 or 2023 -- and 2022 is probably maybe only

25   December, but definitely throughout 2023 while this

Jeremiah E. Brach
May 13, 2025

1    was big time ongoing and they were doing millions

2    of dollars of sales, it was very direct, because

3    most of the items were very direct competition to

4    ours.

5        Q.  Do you have specific instances where there

6    were -- where that occurred?

7        A.  Again, it's from the product sales, and you

8    search it.  You could -- there's ways how to

9    advertise.  Let's say on my product -- let's say on

10   the Sound Around product -- you can advertise his

11   product (indicating).  The exact -- let's say the

12   ones that look very exact, even if it doesn't look

13   very exact, you could just put onto a certain

14   product that an ad should come up to the other

15   brand, "Try this one," "Try that one" -- like,

16   again, I don't know the --

17       Q.  I know conceptually, but I'm just trying to

18   find out if you have a record of that occurring on

19   any products.

20       A.  There's -- I am not the technical guy who

21   knows how to gather that information and how it

22   happened, so me personally -- the company, I think,

23   has some information about it.

24       Q.  And who would have that information?

25       A.  Again, maybe Abe.

Jeremiah E. Brach
May 13, 2025

1      Q.   Abe your brother?

2      A.   Yes.

3      Q.   Anyone else?

4      A.   It could be Yosef Friedman (phonetic) maybe

5    had it.  I'm not sure.

6      Q.   Who's Yosef Friedman?

7      A.   He's, like, maybe if you want to call him

8    Sales Manager.

9      Q.   Okay.  So you think either Abe or

10   Yosef Friedman might have that information?

11     A.   Yes.

12     Q.   Would it be anywhere else?

13     A.   Maybe the PPC guy?  I don't know if we still

14   have that information, but --

15     Q.   You might not even have that information?

16     A.   Maybe not.  I don't know.  I don't know.

17     Q.   And what's a PPC guy?

18     A.   The marketing guy.

19     Q.   And who is that?

20     A.   Jonathan Benor.

21     Q.   How do you spell that?

22     A.   B-E-N-O-R.

23     Q.   Okay.  Other than what you described here,

24   were sales depressed through price manipulation in

25   any other way?

Jeremiah E. Brach
May 13, 2025

1      A.  Not that I could think of, but it could be

2   yes.

3      Q.  You allege in the Complaint that personal

4   debts were paid by Friedman and Ilowitz using

5   Sound Around's money.  What debts were paid by

6   Friedman or Ilowitz or both -- personal debts --

7   using Sound Around's money?

8      A.  That means things that they owed?

9      Q.  Yeah.  You're saying money that they paid on

10  their -- for their personal benefit, you know,

11  money that they owed were paid using Sound Around's

12  money, and I'm just trying to find out exactly what

13  was paid --

14     A.  What do you mean by "owed"?  Sorry.

15     Q.  Well, the Complaint says that they paid

16  their personal debts, "debts" meaning money that

17  they owed, using Sound Around's money, and I'm just

18  trying to find out what they paid using Sound

19  Around's money.

20     A.  Okay.  So obviously, we don't know

21  everything, because I'm not sure if we got --

22     Q.  I'll just take anything that you know.

23     A.  Okay.  So Friedman, his wife and his credit

24  card were linked to our bank account, and nobody in

25  the company knows how it happened and who gave the

Jeremiah E. Brach
May 13, 2025

1    authorization for it, but -- so we don't have any

2    record -- we're assuming there was personal things

3    there -- maybe yes, maybe not -- but he never gave

4    statements to those credit card accounts.  So it's

5    -- I could believe that he did personal spending or

6    for his company spending over there.

7        Q.  So you don't know of any instance where he

8    paid personal accounts --

9        A.  I know that his credit card was linked to

10   our bank account.

11       Q.  But didn't he --

12       A.  I don't know how it happened, who gave the

13   authorization for it, but that's a fact.

14       Q.  But didn't he have to use his credit card to

15   pay Sound Around expenses?

16       A.  Not that that I know of; I don't know what

17   kind of expenses he paid from his credit card.

18       Q.  Well, didn't he pay rebates to customers on

19   behalf of Sound Around using his credit card?

20       A.  I don't know that.

21       Q.  Didn't he pay in excess of $500,000 on

22   behalf of Sound Around as rebates to customers?

23       A.  He never gave any accounting for that.  I

24   wouldn't know.

25       Q.  Well, Sound Around paid in excess of

Jeremiah E. Brach
May 13, 2025

1    $500,000 in rebates that were charged to Friedman's

2    account and you're not aware of that?

3        A.  I don't know about it; he never gave me any

4    details about it.  Maybe he did; I don't know to

5    who.

6        Q.  So I'm just trying to understand, you're not

7    aware of any personal expenses that he paid with

8    Sound Around's money; you're just assuming, because

9    payments were made to his credit card, that maybe

10   some personal  expenses were paid; is that correct?

11       A.  Not some.  It could be a lot.  It was -- you

12   said, I think the number's, like, $800,000 --

13       Q.  Could it be zero?

14       A.  Everything could be, but it's definitely --

15       Q.  So you don't know of any?

16       A.  It's definitely something to suspect that

17   was --

18       Q.  Other than suspicion, you don't know of any

19   expenses that were paid -- personal expenses -- by

20   Friedman; is that right?

21       A.  Whatever I know is only from the credit

22   cards, which I don't know, but yeah.

23       Q.  Does anyone else know anything more about it

24   than you?

25       A.  I don't think so.  And by Ilowitz, it was --

Jeremiah E. Brach
May 13, 2025

1   when I say "personal," I don't know.  Again, what

2   we do know is that from the PayPal account, he did

3   pay some expenses.

4       Q.  What did he pay?

5       A.  He paid photographers that did photography

6   for the Bakkenmaster brand.

7       Q.  Do you have records of that?

8       A.  Yes.

9       Q.  And do you know those records were requested

10  and it was offered to pay that if that was actually

11  true?

12      A.  It, for sure, was paid, and -- I don't

13  understand the question.  Sorry.

14      Q.  Okay.  Where are the records of those

15  payments?

16      A.  There is PayPal payments to certain

17  photographers.  There's actually four

18  photographers; two of them didn't want to give me

19  any records, even though it came from our account,

20  but it was a very easy -- we're not this company

21  that is -- we're not -- now it's a little

22  different, but -- obviously, but -- again, if he

23  had to -- he had access to our PayPal account --

24  one second -- and he had access to decide -- it

25  wouldn't be suspicious if he paid a photographer

Jeremiah E. Brach
May 13, 2025

1    from the PayPal account, let's say, $10,000,

2    $20,000, $5,000, whatever the amount was, you know,

3    and again, I don't know the exact amounts now as we

4    speak here -- sit here.  So it could be that while

5    he was in order to not raise suspicion if -- when

6    he hired a photographer for -- we wouldn't

7    recognize anything should have been different,

8    because he used that photographer four months ago

9    for our product, so now, I'm going to use it for

10   Bakkenmaster, let's say, or Bakken-Swiss or

11   whatever.  So he would use that for that, so we

12   wouldn't realize anything's different; he'd use it

13   for photography, probably, because we didn't

14   request that he should submit, "Okay.  Where's the

15   bill for" -- "Oh, it was the photographer," you

16   know, because we didn't -- he didn't put it into

17   another place where it was product cost actually;

18   like, when you spend money on photography, that's

19   another thing where there's setup costs involved

20   which we didn't mention before of other ways how we

21   calculate costs, but we didn't put in every time

22   every photography happened, but -- so now, he knew

23   he could somehow embezzle funds from the PayPal to

24   go towards hiring this photographer.  So in two

25   instances, there were two photographers that came

Jeremiah E. Brach
May 13, 2025

1     forward and said exactly every itemization of the

2     PayPal, which went to what products; and there was

3     a photographer in Barcelona, and there was a

4     different photographer in Monsey, I think, New

5     York, or Monroe, New York -- somewhere upstate --

6     and those two detailed which items from our PayPal

7     went to pay for that photography from those

8     products.

9         Q.  Do you have that information anywhere?

10        A.  Yes.

11        Q.  Can we get copies of that?

12        A.  Again, the same thing:  Rebecca has it.  And

13    another instance, I mean, there's much more, but

14    you asked me --

15        Q.  No, I want to hear all the instances.

16        A.  I mean, again, I don't remember offhand

17    everything, but he bought a computer right before

18    he left and made sure to name it Sound Lazer or

19    something -- Ilowitz Sound, so when it comes to us,

20    it shouldn't be suspicious, and he should just take

21    it home, and he's probably still using that

22    computer for his business and he wrote it on our

23    account, like, some company -- I don't even know

24    which company, I forgot, but he bought with our

25    PayPal, and there were some other --

Jeremiah E. Brach
May 13, 2025

1      Q.   Okay.  On the computer, when was that

2  computer purchased?

3      A.   End of 2023.

4      Q.   And you never got it back?

5      A.   No.  I don't know if we requested it back.

6      Q.   And how much was spent on that computer?

7      A.   $2,000?

8      Q.   I'm sorry?

9      A.   I think, 2,000 or 3,000; in that range.

10     Q.   And is there anything else?

11     A.   There were a lot of small amounts that was

12  also through the PayPal that was -- that was in the

13  -- but a lot of it is a little -- we wouldn't be

14  able to prove everything besides if we got proper

15  Discovery to see how  he paid for everything for

16  his company.

17     Q.   But what items did he buy?

18     A.   It's not about buying only; it's using

19  services. It's using --

20     Q.   What items or services did he pay for that

21  you think shouldn't have been paid for?

22     A.   Which could be --

23     Q.   You don't know?

24     A.   Yeah.  The way to really get this is once I

25  know how he paid; he should have to prove how he

Jeremiah E. Brach
May 13, 2025

1    paid for his company; that's why we would like to

2    know a lot of things that we didn't get 'til now.

3        Q.   So you don't have any information about him

4    making payments for his company; you're just --

5        A.   Oh, we do have -- the photographer we have

6    -- the two-time photographer, and there's for sure

7    the other two photographers also, but they didn't

8    want to give us their information; they said it's

9    too hard, they're too busy, they're too I don't

10   know what.

11       Q.   Okay.  But other than the photographers that

12   you described --

13       A.   There were certain creators that we realized

14   that -- I think the person that designed the

15   Lifemaster brand or the Lifemaster logo, I forgot

16   who it was, but I remember seeing that also related

17   to a PayPal charge.

18       Q.   Do you have that information?

19       A.   I remember seeing it, and if I saw it, we

20   have it.  Yes.

21       Q.   And where would that be located?

22       A.   I'm not sure if Rebecca has it, but if not,

23   we would have to look again through our PayPal.

24       Q.   Anything else?

25       A.   Again, there were other things when I was

Jeremiah E. Brach
May 13, 2025

1    looking -- it's already a year-and-a-half, maybe,

2    since February of '23 that I looked at it, but

3    since then, I remember seeing different things, but

4    -- so I don't remember every detail.

5         Q.   So that's all you remember, right?

6         A.   Again, there's different things; like, he

7    did have access to my credit card or to maybe Abe's

8    credit card that it could be like, but again, I

9    don't -- when somebody transfers Fiver to my credit

10   card or different services that people use, I don't

11   always go and itemize it, because I just assume

12   that it was him for the company or somebody else

13   for the company.  So again, these things are

14   changing -- they have changed in our company the

15   way we do things, but because we were a small

16   family business at one point, we used to do things,

17   like, very, if you want to call it, sloppy or just,

18   like, sharing or whatever that is.  Just easy about

19   things.

20        Q.   You allege in the Complaint that Friedman

21   and Ilowitz took proprietary information.  Is there

22   anything else other than what you've already

23   described during your testimony that you're

24   alleging they took that's proprietary information?

25        A.   Again, I think there is, but I'm not the

Jeremiah E. Brach
May 13, 2025

1    person that's that guy that knows all these things

2    in the company.

3        Q.   Who is?

4        A.   Probably Abe, Hershy Green, maybe Mohammed

5    (phonetic) -- or no.  Let's leave it at Hershy

6    Green and Abe.

7        Q.   Who's Mohammed?

8        A.   He's our IT guy.

9        Q.   And what does he do?

10       A.   He's -- he sets up IT, and he knows the

11   systems, so I'm not sure -- I'm not sure -- he's

12   more -- he's going to be here soon, so --

13       Q.   He's going to what?

14       A.   Could we stop a second?  Could I ask, is

15   there something --

16       Q.   Yeah, yeah, yeah.  If you want to --

17            THE WITNESS:  No, because --

18            MR. CUZA:  If you get to a topic, right,

19       then -- the one that I told you Hershy might

20       testify about, it's not going to be Hershy; it's

21       going to be Mohammed.  So if you get to a topic

22       that Jerry can't answer, it's going to be

23       Mohammed, but it's really going to be up to you.

24       Q.   And what information does Mohammed have that

25   he would testify about?

Jeremiah E. Brach
May 13, 2025

1      A.  Because one of the lines -- I'm not sure

2    that document, what you give to the attorney about

3    what's going to be discussed by deposition, you

4    have something about the systems and this, and I'm

5    very unfamiliar with that, so I don't know how to

6    testify about it, so -- or answer questions.  So he

7    thought -- you know, I guess originally he thought

8    Hershy is going to come, but I think by the end,

9    Mohammed is coming.

10     Q.  Okay.  You also -- what's Mohammed's last

11   name?

12     A.  I don't know, but I call him Mohammed MCSI,

13   because that's the company, I think; that's how I

14   call him, but I don't know his last name.

15     Q.  So he's not an employee, he's a contractor?

16     A.  Yeah.  He definitely doesn't -- again, he's

17   -- I think he does work for a lot of people, so

18   he's a contractor.  Yes.

19     Q.  Okay.  Thank you.  You allege in the

20   Complaint that training was taken.  Can you

21   describe what was taken regarding training?

22     A.  How we train our employees, how we -- again,

23   does it say anywhere specifically, because I --

24          MR. CUZA:  Can you point him to it --

25          THE WITNESS:  Yeah, yeah, because sometimes

Jeremiah E. Brach
May 13, 2025

1      I'm not sure, like --

2          MR. CUZA:  Jerry, get the Complaint.

3      Q.  Paragraph 53.  I'm sorry.  It says training

4  that they were provided.  Withdrawn.  I'll withdraw

5  that.

6          In Paragraph 53, among other things, it says

7  they were using, quote, unquote, "other resources."

8  Other than what you testified today, is it just --

9  is there anything else you would like to add that

10  they were using for their business other than what

11  you testified to today?

12     A.  Not that I recall.

13     Q.  Okay.  In Paragraph 64 -- I don't know if

14  you need to read it -- it says that Friedman and

15  Ilowitz were usurping products being presented to

16  Sound Around by vendors and manufacturers.  Which

17  products were usurped that were presented by

18  Sound Around's vendors and manufacturers?

19     A.  So I think this goes back to those e-mails

20  that I used to forward over to them, and in the

21  case of Ilowitz, I remember seeing that he always

22  used to somehow take these people to get them off

23  Sound Around's e-mail and just get them to, like,

24  WeChat or other information and just communicate

25  with them, not on our e-mail.

Jeremiah E. Brach
May 13, 2025

1    Q.  Yeah, but I'm just trying to find out what

2    products were usurped specifically?  Do you know of

3    any?

4        A.  There was one item that I told Ilowitz that

5    we have to start bringing in the longest time, and

6    that was a scooter without a seat, and -- just a

7    simple scooter, and -- I remember showing him other

8    products about it at Amazon, and he somehow always

9    pushed it off, pushed it off -- "Oh, the factory is

10   not ready," and "The factory is this," "The factory

11   is that," and he never brought it, obviously, to

12   us, and, "Oh, the sample's not going to be ready;

13   they're still developing," and obviously, once the

14   secret came out about Lifemaster, we found out that

15   he's doing it over there, so that's the reason why

16   he didn't want us to do it by us.

17       Q.  Any other products?

18       A.  There were some hangers that we discussed

19   like that.

20       Q.  What about those hangers were --

21       A.  I remember talking about, like, smaller

22   counts of hangers, how to sell so it could be more

23   attractive with cheaper pricing and different types

24   of hangers, but -- and again, that was pushed and

25   pushed and pushed, and at the same time, when he

Jeremiah E. Brach
May 13, 2025

```
1    left, I found out that he was doing -- he had full
2    lines of, like six or seven -- I don't know -- I
3    don't want to count six or seven, I don't know, but
4    a lot of lines of hangers, all the small counts of
5    -- like, whatever we discussed then, we didn't get
6    to us; it was there already.
7        Q.  Any other products?
8        A.  That I remember discussing those two
9    categories, but I'm sure there were others, too.
10       Q.  In Paragraph 65 -- and I don't know if you
11   have to look at this -- you state that Friedman and
12   Ilowitz solicited pricing at -- for their business
13   at -- trade shows and conferences and meetings they
14   were attending on behalf of Sound Around.
15   Specifically what trade shows, meetings, or
16   conferences did they solicit pricing for their
17   business that they were retaining on behalf  of --
18       A.  If you don't mind, I want to read it,
19   because I just want to make sure of the exact --
20       Q.  Yeah, yeah.
21       A.  It says here soliciting information and
22   pricing, not only pricing, right?  So it's not
23   specifically about pricing; it's information;
24   that's the bigger picture.
25       Q.  But I'm asking you what conferences, trade
```

Jeremiah E. Brach
May 13, 2025

1    shows -- specifically what conferences, trade

2    shows, or meetings did they do that at that you're

3    aware of?

4        A.  Yeah.  So not always did they go the same

5    time.  It's not only trade shows, but it's also

6    meetings.  They went different times to China in

7    2023.  One of them -- again, I forgot who went

8    which time, but I remember one going in the summer

9    of 2023 and another one went in sometime April,

10   May, June, maybe this time of year.  Now when I say

11   "summer," probably July or August.  So that was one

12   thing.  And then, they -- if I remember correctly,

13   they went to the Chicago fair in Chicago, which was

14   March of 2023, and I'm not sure if they also went

15   to Berlin that year; that, I don't know -- I

16   forgot; I don't remember, but again, we could check

17   that if we see some expenses paid there.  But they

18   did go to those shows, and they came back with

19   nothing for us.

20       Q.  How do you know they took information for

21   themselves?

22       A.  Because they had a whole line of product

23   then; they were buying products.  So obviously,

24   they took it for someone.  They didn't bring back,

25   like, nice stuff for us, things that we could do,

Jeremiah E. Brach
May 13, 2025

1    and it could be Friedman did bring back some, like,

2    products but nothing that he really developed or

3    paid attention to develop; if anything, just a

4    little, like, just to show that he did something,

5    but for himself -- for themselves, they made sure

6    to have a lot of nice products.

7        Q.  Yeah, but how do you know it came from those

8    conferences?

9        A.  They didn't go for nothing there.

10       Q.  I'm just saying, do you have any evidence

11   that they got products' pricing information for

12   their business at those conferences?

13       A.  They definitely -- they definitely met

14   manufacturers there that they do business with.

15       Q.  And how do you know at those conferences --

16   like, what evidence do you have that they got

17   information from their business at those

18   conferences?

19       A.  In 2023, I think that was the only time they

20   went to those conferences, or to China, or to

21   Chicago to the show, and in Chicago, that show is

22   all about cookware and bakeware.  So it's

23   definitely -- it makes sense that -- again, we

24   didn't see all the Discovery of the e-mails, the

25   communication between them and the vendors, but if

Jeremiah E. Brach
May 13, 2025

1   they went there for a day or two to the show -- and

2   for China, obviously they went for more than a day

3   or two than Chicago, and again maybe in 2022 as

4   well -- I'm not sure about that -- but I would

5   definitely believe that they -- that they did --

6   they took the opportunity -- it only makes sense

7   that they took that opportunity of being there by

8   the show to discuss their business and expand their

9   line, because they had a very big line at the end

10  of when they left in 2024, so it must have been

11  that they did business over there.

12      Q.  Other than "must have been," do you know of

13  any specific information or pricing that they did

14  get?  Do you know of anything specific?

15      A.  I don't know, but again, it's very -- it

16  makes sense, so that's why we're asking for

17  Discovery of all the communications from those

18  times at the factories.  But one thing they didn't

19  do for us --

20      Q.  But when you alleged in their Complaint that

21  they did do that, you didn't have any information

22  as to what they did; is that correct?

23      A.  I had information that they went to China,

24  and I know that they created products at that time.

25      Q.  So you're not aware of any pricing that was

Jeremiah E. Brach
May 13, 2025

1    obtained or any information that was obtained?

2        A.   That's why we're asking for Discovery.

3        Q.   In Paragraph 79, you state that Friedman and

4    Ilowitz purchased samples with Sound Around's funds

5    for their own business.  What samples did they

6    purchase for their business with Sound Around's

7    money?

8        A.   So there was -- the first thing is, we got

9    samples through our warehouse; they used our

10   warehouse as the place to get samples, and they did

11   send samples from our warehouse to a factory in

12   China as well.

13       Q.   Okay.  What samples?

14       A.   Certain --

15       Q.   Specifically, what was that?

16       A.   Which ones?  I mentioned two stores.

17       Q.   Either one.  Start with the things that were

18   sent to the warehouse.

19       A.   Yeah.  So we saw that they sent -- we saw

20   some, like, Bakkenmaster finished products that

21   came to us as samples.

22       Q.   Do you have those?

23       A.   We -- I once took a picture of it, of the

24   boxes; it could be we still have it, but I'm not

25   sure if we still have it.

Jeremiah E. Brach
May 13, 2025

1    Q.  Do you have, like, the invoices or shipping

2    information for those products?

3    A.  Not that.

4    Q.  But you have a picture?

5    A.  I think I have a picture of products, and

6    then they --

7    Q.  Anything else?

8    A.  -- they took from our warehouse a sample and

9    shipped it to China.

10   Q.  Okay.  So before we move on to that, are

11   there any other samples that you say that were

12   shipped to your warehouse other than the

13   Bakkenmaster?

14   A.  Yeah.  We had a treadmill that we saw; I

15   think I remember seeing pickleball rackets.

16   Q.  And how do you know these were samples that

17   they had purchased for their business?  Like, it's

18   not something Sound Around used?

19   A.  They sell it.

20   Q.  Well, do you sell it?

21   A.  I don't sell pickleball rackets; I don't

22   sell -- and again -- yeah, you're right; it was

23   definitely something that wouldn't cause attention

24   -- in our office it might have caused attention,

25   but in the warehouse, it definitely wouldn't cause,

Jeremiah E. Brach
May 13, 2025

1    because it's just sending samples there, and so,

2    nobody would realize anything, because that's what

3    they were doing, right?  They were sending samples.

4         Q.  Do you have these items?

5         A.  I don't know now, because I haven't seen it

6    in awhile, but it could be it's still there in the

7    place where I saw it last.

8         Q.  And do you have the shipping information

9    regarding those items?

10        A.  There were -- again, I don't know if I still

11   have it with me.

12        Q.  Are there any other items that you allege

13   that were samples that they purchased?

14        A.  Again, I can't remember the exact because

15   they gathered -- the warehouse gathered -- me a

16   pallet or two of these type of items, so I don't --

17   I have to go and see what was there exactly.

18        Q.  Moving on to shipping samples from the

19   warehouse to the manufacturers, what was -- what

20   items were shipped?

21        A.  So it was one or two items that I

22   remember --

23        Q.  And what are they?

24        A.  -- that I've seen.  It was, like, a type of

25   stands or metal racks.  So definitely the metal

Jeremiah E. Brach
May 13, 2025

1  rack; I'm not sure of the music stand also, but for

2  sure this rack.

3      Q.  Anything else?

4      A.  Not that I recall.

5      Q.  In the paragraph -- and you mentioned this

6  earlier, that Ilowitz stole a Sound Around hard

7  drive.  Do you recall saying that?

8      A.  Yeah.

9      Q.  Are you aware that Ilowitz paid for that

10 with his own money, that hard drive?

11     A.  No, I don't know.  When I say "stole a hard

12 drive," I mean to say that he took information on

13 the -- it's the information; it doesn't have to be

14 about the hard drive itself.  So I don't know if he

15 paid or not -- I don't know -- but from the e-mail,

16 it shows that he took a hard drive; it says, "take

17 hard drive."

18     Q.  Oh, okay.  So you don't know if he stole it

19 or not, but he took a hard drive?

20     A.  Right, with -- obviously, with --

21 information on it.

22     Q.  So you're not aware of whether it was his

23 that he owned it or Sound Around owned it?

24     A.  I'm not aware.

25     Q.  Okay.  In your Complaint and at other times,

Jeremiah E. Brach
May 13, 2025

1    you complained that Friedman and Ilowitz received

2    commissions from factories, and I think at other

3    times you labeled it kickbacks.

4        A.  Which line?

5        Q.  In general, I'm saying.  I'm about to ask

6    you the question.  Do you recall making those

7    allegations?

8        A.  Yes.

9        Q.  And does Sound Around have any written

10   policies about independent contractors, employees,

11   or anyone receiving commissions from factories

12   while they were there?  It may be different now,

13   but --

14       A.  Now we have.  Yes.

15       Q.  But before, were there any --

16       A.  Before, we didn't have.  Not that I recall.

17       Q.  Did anyone, while they were there, instruct

18   Friedman or Ilowitz that they weren't allowed to

19   take commissions from factories in China?

20       A.  I don't think it's something that you have

21   to instruct.  It's, first of all, as far as I know

22   -- I don't know, sorry; I shouldn't say that.  It's

23   definitely something that's not acceptable in the

24   business community.

25       Q.  I'm asking, did anyone ever instruct them?

Jeremiah E. Brach
May 13, 2025

1      A.   So my -- no, not that I know about, but at a

2    certain point, my father started to ask about it,

3    about Friedman taking kickbacks.  He suspected it.

4      Q.   Who did he ask?

5      A.   A factory.

6      Q.   When was that?

7      A.   I don't know which year, but it makes sense,

8    let's say, 2022, 2023.

9      Q.   Do you have any record of your father asking

10    the factories?

11      A.   So there was once an e-mail that he asked;

12    I'm not sure if he CC-ed Friedman on it.  For some

13    reason in my memory, I believe he did, or -- but

14    maybe he didn't, and it was brought up once or

15    twice to Friedman directly with my father, and

16    Friedman denied it. "What?" He doesn't know what

17    that is.  And the factory, obviously, didn't

18    answer, or they questioned -- there was one time a

19    factory did send an e-mail, like, without -- I

20    shouldn't say "a factory"; someone sent an e-mail,

21    we didn't know who that person is, and it was a

22    person that was sent an e-mail telling us that

23    somebody is asking for kickbacks, and we assumed it

24    had to do with my father asking about Friedman

25    once, but it was after my father asked the factory

Jeremiah E. Brach
May 13, 2025

1    about Friedman, and we couldn't figure out who it

2    was -- the person didn't want to say -- but he

3    warned us that somebody was asking for kickbacks.

4        Q.  Do you have a copy of the e-mail that your

5    father sent to the factory?

6        A.  So obviously, if there's an e-mail, there

7    must be a copy.  We tried to look for it recently;

8    we couldn't find it, but we probably didn't do

9    major searches, you know, so we -- but we did try

10   to find it lately, and we couldn't, but it wasn't,

11   like -- but you understand that when people ask for

12   kickbacks or commissions, the price of the product

13   goes up.

14       Q.  I understand that's what you've alleged.

15       A.  Right.  So if the price of that product goes

16   up, one of their jobs is to make sure we get the

17   best price, so that was clear that that was their

18   job description.  So I would assume it's

19   unacceptable.

20       Q.  At any time during the time that they were

21   purchasing, arranging for purchasing products or

22   anything like that -- and making -- purchasing

23   products, did Sound Around have any issue getting

24   its margins?

25       A.  Yes.

Jeremiah E. Brach
May 13, 2025

1    Q.  When was that?

2    A.  On a lot of products.

3    Q.  Okay.  Of the 120 million in sales, let's

4    say, they did per year, how much of that were there

5    issues with margins?

6    A.  I can't answer you now.

7    Q.  And was that any different from the other

8    products that you had?

9    A.  The other products were very profitable.

10    Q.  Okay.

11    A.  The margin was.  Other -- first of all,

12    which other?

13    Q.  The products other than Ilowitz and

14    Friedman.

15    A.  Yeah.  So that -- the margins was -- we had

16    a big problem with margins and more towards the end

17    of 2023.

18    Q.  And do you have records of that?

19    A.  It's in the Power BI.

20    Q.  Okay.  And how would I get to see those

21    records about the issues with margins?  Like, what

22    reports would we call for?

23    A.  Again, probably you could see how the

24    margins are declining, maybe.

25    Q.  And what report would have that?

Jeremiah E. Brach
May 13, 2025

1       A.   Power BI.

2       Q.   So there's a margin report on Power BI?

3       A.   Yeah.

4       Q.   And it would be for all the company

5   products?

6       A.   It would be for all the company products,

7   and -- but this -- you have to know how to read it,

8   so again, if you get it, it's one thing, but there

9   has to be an explanation together with it while

10  we're explaining it.  So 2022, the -- was a very

11  strong year, and I don't know what you're referring

12  to 120 million; again, I don't know which year

13  you're talking about, but 2022 was a very strong

14  year, because we introduced direct imports to

15  Amazon.  Now, if I could -- so direct imports

16  brought -- on the sale, it brought -- more profit

17  margins, so there was COVID, right, 2020, 2021.

18  2021, there was a big shortage of goods on the

19  market, and Amazon's data reflected that they are

20  out of goods, because in 2021, there was container

21  problems -- the history of the COVID that people

22  couldn't get containers, so there were shortages of

23  goods; containers were very expensive, right?  So

24  their system felt that they have to order like

25  crazy in 2022.  So when we offered direct imports,

Jeremiah E. Brach
May 13, 2025

1    it was a time that Amazon didn't have stock in

2    America, because it was after these events of 2021

3    that created the logistics with the supply chain --

4    I'm sure you heard the news or whatever -- but that

5    created this demand.  So when we put on our offers

6    on direct imports, then we -- Amazon, somehow their

7    system, their algorithm just said buy, buy, buy;

8    you know, it was hungry to buy, they call it.  So

9    even though on those sales the margins were high,

10   but it was, like, call it -- because the system

11   made mistakes; they didn't realize 2022 was going

12   to be really -- they overbought and -- which,

13   again, we paid -- you know, obviously we made

14   profit from it, but it was a mistake in data and

15   analytics of the system that thought -- because

16   just like we didn't have inventory, nobody had

17   inventory, probably, in 2021 -- by the end of 2021.

18   So when their system said to buy, so they went in

19   and bought from a million people -- I mean, I don't

20   want to say a million, but they bought from a lot

21   of people at the same time so much product, and it

22   just created a system that all of a sudden by 2022,

23   everybody was overfilled with product:  us, Amazon,

24   and everybody, the whole industry.

25       Q.  So did that affect the 2023 sales:  because

Jeremiah E. Brach
May 13, 2025

1    they were overloaded with product from 2022?

2        A.   It's very possible that it affected 2023

3    sales a little bit.

4        Q.   And did it affect Sound Around's sales as a

5    result?

6        A.   A little bit.  Yeah.

7        Q.   Do you know what percentage sales went down

8    in 2023 for Sound Around?

9        A.   No.

10       Q.   Is there a record anywhere of the percentage

11   sales of how much they went down in 2023 compared

12   to 2022?

13       A.   Yes.

14       Q.   And where would that record be?

15       A.   By our sales, or maybe Rebecca has it as

16   well.

17       Q.   Would be on Power BI or somewhere else?

18       A.   Yeah, Power BI.  So because you were talking

19   about -- so where we got affected.  So we were

20   overpaying for goods, and we weren't that much

21   involved, and obviously, we trusted our buyers with

22   what they're bringing and they're -- you know, that

23   they're in touch, because that's their job, to be

24   on top of the pricing; and after they left, we

25   found out that we were overpaying big time.  Some

Jeremiah E. Brach
May 13, 2025

1    people were even overpaying 30, 40 percent, even

2    though they only probably got five percent

3    kickbacks; we were overpaying 30 percent at that

4    time.

5        Q.  Were there any other buyers that sold as

6    much as Ilowitz or Friedman at Sound Around?

7        A.  Buyers?  No.

8        Q.  Anybody who came close?

9        A.  They started much later, so Friedman's

10   benefit in this deal was, he was the first one; he

11   came in in 2017, 2016, as I mentioned, and

12   transitioned into a buyer.  So he had -- he was

13   like a freefall; he -- we gave him the opportunity,

14   being Abe's brother-in-law.  Whatever he wanted to

15   buy, we didn't stop him; whatever he wanted to

16   introduce, he wasn't stopped; and again, we -- I'm

17   not saying -- we also benefitted from it, but we

18   had a trust in him being like family, and so, he

19   had a big, big opportunity there for him, and the

20   company benefitted from that, yes, at that time.

21   And so, it's not like, "Wow, he was so amazing that

22   he did sales"; it's again -- and it came with

23   motivation from us; you know, we took our risks and

24   so on and so on, and then, even when Ilowitz

25   joined, it was also because -- there was -- yeah,

Jeremiah E. Brach
May 13, 2025

1    at that time, there might have been another buyer

2    already, but he was more conservative.  And -- but

3    again, Ilowitz, even when he left and he told me

4    goodbye, he told me he feels bad and he's -- you

5    know, "it was a very good opportunity here," and he

6    thanked me for the past opportunity that, you know,

7    we built him up and, you know, they made a lot of

8    money by us.

9        Q.  How many other buyers were there at the

10   time, you know, at Sound Around, let's say, in

11   January, 2024, other than Ilowitz and Friedman?

12       A.  About three.

13       Q.  And those three other buyers, what were

14   their names?

15       A.  Ryan Parks; then there was Lieby Klein --

16   L-I-E-B-Y, K-L-E-I-N -- and then, there was a

17   combination of two:  Rachel Weiss (phonetic) and

18   Shindy Spielman:  S-H-I-N-D-Y, S-P-I-E-L-M-A-N.

19       Q.  Starting with Ryan, what were his total

20   sales for the year?

21       A.  As we're speaking here, I don't know.

22       Q.  Was it less than ten million?

23       A.  I don't know.

24       Q.  Where would those records be?

25       A.  Same where all the other sales records:

Jeremiah E. Brach
May 13, 2025

1     Power BI.

2         Q.  And is it fair to say you don't know what

3     the sales of the other buyers were as well?

4         A.  Correct.

5             (Whereupon, a discussion was held off the

6         record.)

7         A.  Two-minute break?

8         Q.  Yes.

9             (Whereupon, a break was taken at 4:12 p.m.,

10        and the deposition resumed at 4:18 p.m.)

11            (Whereupon, the requested portion of the

12        record was read back.)

13        Q.  We may have covered this question before,

14    but I just want to -- of the three entities that

15    you named -- Sound Around, Pyramid, and Jazzy -- is

16    payroll run through each of those entities to pay

17    the employees that work?

18        A.  No.

19        Q.  Okay.  That's what I thought.  The Brach

20    Family Foundation, is payroll paid through -- is

21    payments to employees paid through the Brach Family

22    Foundation?

23        A.  The Brach Family Foundation is not mine, or

24    it's not my foundation; I never heard of anything

25    like that, so I wouldn't know.

Jeremiah E. Brach
May 13, 2025

1      Q.   Whose foundation is it?

2      A.   I think, my dad.

3      Q.   So you don't have any information about the

4  Brach Family Foundation?

5      A.   No.

6      Q.   Are you aware of any payments of business

7  expenses coming from the Brach Family Foundation?

8      A.   No.

9      Q.   Do you know what bank accounts the Brach

10  Family Foundation has?

11      A.   Which bank they bank?

12      Q.   Okay.  We'll start with that.

13      A.   No.  Is that a --

14      Q.   Yeah, yeah.  We'll start with that question;

15  I'm okay with that question.

16      A.   I'm not sure if they have bank accounts or

17  -- I do know there is a foundation; I do know there

18  is one bank account; I don't know which bank or --

19  there might be two.  I don't know.  But it would be

20  probably either in TD or Webster Bank, one of the

21  two.

22      Q.   Do you know of any instances where employees

23  were paid by Sound Around or Brach Family

24  Foundation for their efforts where payments were

25  made to Yaitev Lev -- Y-A-I-T-E-V, L-E-V -- or UTA

Jeremiah E. Brach
May 13, 2025

1    instead of being paid on payroll?

2        A.  No, I don't know of such things.

3        Q.  Is it possible that that occurred?

4        A.  I don't think so.

5        Q.  Are you familiar with a company called

6    Lifepro LLC?

7        A.  Yes.

8        Q.  Who are the owners of Lifepro LLC?

9        A.  Abraham Brach, not Abe Brach, my brother.

10   It's my son Abraham Brach and Joel Gotterer

11   (phonetic).

12       Q.  Does Sound Around have any interest in

13   Lifepro?

14       A.  No.

15       Q.  Is Sound Around paid for any of Lifepro's

16   expenses?

17       A.  No.

18       Q.  Never paid for any expenses?

19       A.  What does "expenses" mean?

20       Q.  We have information that they -- that

21   Sound Around paid vendor expenses in excess of

22   $500,000.  Do you know if that ever occurred?

23       A.  I don't know what kind of information that

24   is.  Sound Around might have once loaned them

25   money, and other than that, there was one time

1    during COVID when Lifepro's 3PO couldn't -- I said

2    one time; I'm not sure one time or one occurrence

3    could have happened over a couple of weeks, but it

4    was an occurrence that UPS wasn't picking up from

5    the 3PO where Lifepro stores their goods.  So they

6    asked Sound Around if they could bring their goods

7    over to the warehouse, and Sound Around was getting

8    UPS pickups -- by COVID, there was a lot of

9    disruption, and you were lucky to get a UPS trailer

10   to pick up your goods; a lot of warehouses couldn't

11   get that service, because they were overwhelmed.

12   And so, there was a certain time that he asked

13   permission if he could drop off pallets -- I don't

14   know how many pallets -- by our place, and UPS

15   would pick it up, and obviously, it would go -- the

16   Lifepro account, just UPS would pick it up from our

17   warehouse.

18       Q.  Lifepro's business is to sell products

19   online; is that correct?

20       A.  Not -- I think they sell in-store also; they

21   sell, I think, in Dick's Sporting Goods and maybe

22   in some other stores; I'm not familiar, because I

23   really don't know much about their -- the first

24   time I found out that they sell in Dick's Sporting

25   Goods when I was in Sawgrass Mills near where Jesus

Jeremiah E. Brach
May 13, 2025

1    lives, probably, and I went into Dick's Sporting

2    Shop there in the mall, and I saw my son's product,

3    and I said, "Oh, wow.  You're in Dick's Sporting

4    Goods.  Very nice." Like, that was the first time I

5    knew about it.  So I don't know much of his

6    business, like, about his products; we don't

7    discuss it, because it could be sometimes there

8    could be a conflict, but that's -- he -- he's not

9    part of our company, so he could do whatever he

10   wants.

11       Q.  Does Lifepro sell same or similar products

12   that Sound Around sells?

13       A.  Mostly not.

14       Q.  Mostly not.  What products are similar to

15   Sound Around that they do sell?

16       A.  I'm not sure if -- they're very brand

17   specific, so they're -- again, I know where you're

18   coming from and where you're heading to, but they

19   established their business in 2017, for the record.

20   So they went -- they started it as a fitness

21   company, so it was before we had any contract with

22   Ilowitz -- I mean, not that it makes a difference,

23   because he has no connection with our company other

24   than he's my son and my father's grandson and Abe's

25   nephew, and just to get it straight, he wanted to

Jeremiah E. Brach
May 13, 2025

1    come work for us, and Abe didn't allow it back in,

2    I think, 2017.

3        Q.  He never worked for Sound Around?

4        A.  No.  So he felt that he doesn't want the

5    next generation of family to be in this company.

6    So I asked my -- so me, as a father, he's my oldest

7    son, I put him together with my personal trainer

8    back at that time -- his name was Joel Gotterer --

9    and I asked him, you know, my son always thought

10   maybe he's going to come work for us, but Abe

11   didn't -- we didn't want to create family

12   conflicts; I guess he rather wanted his

13   brother-in-law, Moises Friedman, to work for us

14   rather than Abe -- my son Abe.  So I said okay.

15   Listen, a father has to try to help his son with a

16   livelihood; that's part of our commandments in the

17   Talmud, to teach you some business or a trade, so I

18   said, "The only thing I could teach you is

19   something to do with online or I could tell you an

20   idea," so I said, "Try to pick a certain category

21   that you would enjoy," b., and I knew my personal

22   trainer was always dreaming of creating his own

23   fitness line.  So I put those two together, and

24   after that -- and I asked, actually -- after that,

25   they created their business, and they both put in

Jeremiah E. Brach
May 13, 2025

1    money, and from there on, they're on themselves.

2    We really never spoke too much about business

3    besides sometimes when he needed help, like, with

4    warehouse for a couple of days as a service for UPS

5    or anything like that.

6        Q.  Okay.  Did Lifepro sell the same products

7    that Friedman and Ilowitz sourced and developed for

8    Sound Around?

9        A.  So Lifepro has a fitness line.  There were

10   times that it could be; there was a certain item,

11   obviously, because at that time, Sound Around --

12   and I would say even today -- okay, let me not talk

13   about today.  At the time that Friedman was working

14   for us, Sound Around didn't have really -- I mean,

15   we do have a brand, Squatz, but he wasn't -- we

16   don't do much with it, and Friedman and Ilowitz

17   weren't involved in that brand at all.  But we --

18   so that -- we do have a small fitness brand, but

19   again, we don't do much over there, so I shouldn't

20   say we don't have a fitness brand, but our Serene

21   Life is very broad; it's -- NutriChef is for

22   kitchen products.  Pyle, as we said, is -- I would

23   say is -- mostly something audio related.  Serene

24   Line is a brand that -- anything and everything.

25   So it could be -- it could be water sports, it

Jeremiah E. Brach
May 13, 2025

1    could be cleaning material, it could be home and

2    bath, it could be fitness; it could be anything and

3    everything, so it's not category specific.  So

4    since we did have -- in Serene Life, we had -- in

5    Serene Life, we had -- some treadmills, so, in that

6    case, to say that Lifepro has treadmills, it could

7    be that they have a couple of treadmills, but if

8    you take Lifepro's brand as -- I don't know how

9    many products he has; I don't follow him, but let's

10   say he has 60 items -- I'm just going to say a

11   number that -- I don't know; it could be a hundred;

12   I'm  just saying -- well, let's keep it by 100.  He

13   has 100 items; it could be that five or six items

14   might be similar, but it's definitely not

15   direct-targeted to compete with us.

16       Q.  Earlier, we were talking about paying duties

17   or tariffs, that Sound Around had to pay duties or

18   tariffs on products.  Would Sound Around change the

19   classification on products so it could pay lower

20   duties to United States Customs?

21       A.  It's not about a change in classifications;

22   it's about when you bring in an item, a lot of

23   times there could be items that could be identified

24   in various classifications.  An example:  there

25   could be an item that could be called a speaker, it

Jeremiah E. Brach
May 13, 2025

1   could be called a loudspeaker; who knows the

2   difference, I don't know, but by Customs, there's

3   two different classifications for these:  the

4   speaker has one; the loudspeaker has another.  I'm

5   just giving an example.  So obviously, we're going

6   to try to put it into the cheaper one, and whatever

7   the less -- Customs leaves over a lot of room

8   sometimes on certain products; it could be a

9   refrigerator.  Again, I don't know specifics.

10  Loudspeaker and speaker I do know, but sometimes,

11  it's very similar, very -- that they leave -- oh.

12  If you have that code, it's somehow, let's say, two

13  percent -- I'm just saying a number -- but if it's

14  this code, it's going to be 15 percent, and it's

15  very similar to the product categories; and so,

16  obviously, we're going to try to go for the cheaper

17  one and pay the Customs on the cheaper

18  classifications.

19      Q.  Would -- so another example.  Let's say,

20  would you categorize air conditioners as

21  evaporators to pay a lower duty?

22      A.  If it goes through like that, that -- let's

23  say every air conditioner -- I'm not an expert at

24  it, and it wasn't my job, so I don't know, but if

25  in an air conditioner there's evaporator -- if

Jeremiah E. Brach
May 13, 2025

1    there is an evaporator, it could be that we put it

2    on the evaporators, but we would still write on the

3    invoice or anything that it's an air

4    conditioner/evaporator, or so I believe; and the

5    ones that really were involved in this, to actually

6    bring down the cost of duty, were usually

7    Mr. Friedman and other buyers, potentially.

8         MR. FORTUNA:  Okay.  Can we have this marked

9         (indicating)?

10        (Whereupon, an e-mail chain and an invoice

11        were marked as Defendants' Exhibit H for

12        identification, as of this date.)

13        Q.  Would you just take a look at what's been

14    marked as Defendants' Exhibit H?  It's an e-mail to

15    you and also an invoice -- a two-page invoice.  Do

16    you see where the e-mail indicates, stating, that

17    the portable air conditioners should read

18    "Evaporators Only" and the "HTS Code," and they

19    state the code there in the e-mail?  It says, "Hi

20    eva"?

21        A.  Yeah.  Yes.

22        Q.  And that would be to arrange to pay a lower

23    duty or tariff on that product coming in if the

24    invoice was structured differently; is that right?

25        A.  It could be, right, to be called evaporator.

Jeremiah E. Brach
May 13, 2025

1    Yes.

2        Q.   Now --

3        A.   Now, this was probably -- just this method

4    was guided, as I said, by Friedman before.

5        Q.   No, no.  I have a different question.

6        A.   Yeah, sure.

7        Q.   So when Sound Around paid lower tariffs as a

8    result of classifying certain items in one way or

9    another differently, isn't it true they would

10   charge the buyers the higher tariff that would have

11   been charged?  So, for instance, on an evaporator,

12   if the tariff is four percent and on an air

13   conditioner it was 25 percent, they would charge

14   the buyers the cost of the 25 percent tariff?

15       A.   Not true.

16       Q.   So would Sound Around charge the buyers the

17   same amount that it was paying for the duties?

18       A.   Sound Around was charging the buyers the

19   amount, let's say in this case, it would probably

20   be eight percent, as we saw on that -- not charged,

21   let me just go back.  We calculated our cost to be

22   eight percent in this case.  Yes.

23       Q.   Moving on to a different topic, Sound Around

24   had several programs where they would give rebates

25   for positive reviews on Amazon.  Do you recall

Jeremiah E. Brach
May 13, 2025

1    that?

2        A.  I was never involved in those deals usually

3    -- not "usually"; I wasn't involved in those type

4    of --

5        Q.  Are you aware that Sound Around did that?

6        A.  So what's the question exactly?

7        Q.  Okay.  Would it offer rebates to customers

8    in exchange for positive reviews on Amazon?

9        A.  So I'm not sure the definition of "rebate to

10   customers in exchange for positive reviews."

11       Q.  Would it give customers money back if they

12   wrote reviews on Amazon?

13       A.  So I'm not sure what time period -- what --

14   yes.

15       Q.  Okay.  I'll help you with that.

16           MR. FORTUNA:  Could we have this marked

17       (indicating)?

18           (Whereupon, two letters were marked as

19       Defendants' Exhibit I for identification, as of

20       this date.)

21       Q.  Would you take a look at what's been marked

22   as Defendants' Exhibit I?  There are two letters

23   there, one from Serene Life, and the other has an

24   Amazon logo on it from Guthrie Siegman?  Oh, it's

25   to Guthrie Siegman.  I'm sorry.

Jeremiah E. Brach
May 13, 2025

1    A.  So again, the first -- it talked to me?

2    Okay.  So the first, right, this is a Serene Life

3    e-mail -- I don't know.  Is it an e-mail?

4    Q.  It's a letter.

5    A.  A letter, okay, because, again, it's the

6    first time I'm seeing this letter, so that's why I

7    -- what's the next one supposed to be?  I'm sorry;

8    I'm taking off my glasses.

9    Q.  I know it's hard to read.

10   A.  Yes, I am reading the first time these two

11   documents.

12   Q.  Okay.  Looking at the Serene Life, that's an

13   offer to give a rebate for a review; is that

14   correct?

15   A.  Let me read it again.  I'm sorry.  It

16   doesn't say anything about a review on this offer.

17   Q.  This letter was sent out when they went to

18   claim the rebate they would have to do a review on

19   the product at that time.

20   A.  So -- I can't tell you.  I don't know.  From

21   this letter, I can't tell you.

22   Q.  Who would know about the offering of rebates

23   for reviews at Sound Around?

24   A.  So I would assume in this case

25   Moises Friedman would know, because it's a

Jeremiah E. Brach
May 13, 2025

1    treadmill, so maybe he wants to testify about it;

2    he probably created this card or designed it, but I

3    don't know anything else.  As I said, this is the

4    first time I'm seeing this card, so I can't testify

5    about it.

6       Q.  Who at Sound Around would know other than

7    Moises Friedman?

8       A.  It could be no one.

9       Q.  Well, the rebates had to be paid, right?  So

10   Sound Around would have had to pay the rebate.

11      A.  You said that it was on this Capital One

12   card before, these rebates, so I don't know.

13      Q.  So you have no idea?

14      A.  You're showing me a document here, the first

15   time I'm seeing it; I have no clue what is going on

16   here.

17      Q.  The address there that's listed on the

18   envelope pictured on that first page, that's

19   Sound Around's address, correct?

20      A.  Yes.

21      Q.  The phone number listed there, is that

22   Sound Around's phone number?

23      A.  Yes.

24      Q.  Okay.  Going to the second page, offering a

25   gift card for $10 for feedback on products to

Jeremiah E. Brach
May 13, 2025

1    customers, are you familiar with that one?

2        A.  First of all, I'm seeing it, but over here,

3    it says a little bit more details about what's

4    happening.  He's saying -- I'm just reading it

5    again.  So first -- so he's asking, "Would you mind

6    leaving us a review for the bath mat online?"

7    Right?  Does it say "feedback" also?  Sorry.

8        Q.  It's just before that, but that's

9    sufficient.

10        A.  Oh, "initial feedback." So he's saying,

11    "Would you mind leaving us a review for a bath mat

12    online?  If you are willing to help us, I would

13    love to say thanks by sending a $10 Amazon gift

14    card." So I'm not sure at what time this was, but

15    -- so it's showing here they're asking for a

16    review; it doesn't say what kind of review or

17    anything like that, but it's asking -- I'm not sure

18    which date this was done.

19        Q.  Okay.  Are you familiar with giving of

20    Amazon gift cards for reviews at Sound Around?

21        A.  I'm not familiar with that.

22        Q.  Who would be familiar?

23        A.  I think it was because in this case, you see

24    Ryan, it was more, like, some buyers were doing

25    things as a way to promote their products, and they

Jeremiah E. Brach
May 13, 2025

1    were doing things -- we, as let's call it, the Pyle

2    products that I used to make and import and all

3    that, I don't remember doing it -- these things --

4    but again, this -- I'm not even sure if this

5    violated at certain times different policies out

6    there, because again, this is not asking for a

7    certain review.  So again, I can only see what I

8    see in this card; he's not asking what kind of

9    review to leave, and I don't know which year it is.

10   So there were different years that different

11   policies came out, so you're showing me a card that

12   I can't answer much about.

13        Q.  But this was sent by Sound Around, right?

14        A.  It was sent by a buyer; I see Ryan -- that's

15   Ryan Parks; it says -- as I mentioned before, it

16   looks like these buyers did things on their --

17   again, I don't know, their -- discretion or on

18   their -- obviously to promote their product, but

19   I'm not sure if he violated anything.

20        Q.  Sound Around would have to pay for the gift

21   cards, though, right?

22        A.  It could be, but I don't know.

23        Q.  And did Amazon let Sound Around use its logo

24   on its letters?

25        A.  I don't know if Sound Around did this or if

Jeremiah E. Brach
May 13, 2025

1   Ryan Parks -- yeah, so I'm not sure.  I don't know

2   which date it was, so --

3       Q.  Well, there's been instances where Sound

4   Around was penalized by Amazon for either paying

5   for reviews or trying to get customers to put

6   reviews in violation of Amazon's policies; is that

7   correct?

8       A.  There was an instance where, again, one of

9   Moises Friedman's products -- that, again, that he

10  was in charge of; it was Sound Around's products,

11  but that Moises Friedman was in charge of, that had

12  a -- it was, particularly, a vacuum sealer, and it

13  had a certain registration in there, and I'm not

14  familiar with exactly the type of registration, to

15  register your product, and maybe it led to -- I

16  don't know the exact wording what was in that fax,

17  but that did lead to a violation; and actually,

18  from that, it was already something we weren't

19  doing for quite a few years, but it seemed that

20  there was still once -- because again, in the

21  history -- we're doing this Amazon since, I think,

22  2008 or maybe earlier, that our product might be on

23  Amazon even from 2006.  In the history of Amazon,

24  there was a lot of different policies and -- with

25  all these, let's call it, with review policies and

1  so on and so on, so in that case, with this, it was

2  a time that we already cleaned out a lot of these

3  -- we definitely stopped doing it, and it seemed

4  there were some boxes that could have been in

5  Amazon stock that we didn't have access to or --

6  maybe, or -- to clean out these cards, but we took

7  out all these cards after that and before that also

8  that we didn't do it.

9      Q.   Does that relate to Deal Chaser?

10     A.   Yes.

11          MR. FORTUNA:  I'm going to -- can you have

12     this marked (indicating)?

13          (Whereupon, an investigative report was

14     marked as Defendants' Exhibit J for

15     identification, as of this date.)

16     Q.   In the other instances where the Serene Life

17  and Ryan P. sent out those letters, that was a

18  violation of Amazon's policy to do that; isn't that

19  right?

20     A.   I don't know.  I think not at that time.  I

21  don't know which time it was, so I wouldn't know.

22     Q.   I'm going to ask you to look at what's been

23  marked as Defendants' Exhibit J; this is the

24  investigation report regarding Deal Chaser for

25  violating Amazon's policy.

Jeremiah E. Brach
May 13, 2025

1    A.  Okay.

2    Q.  Now, what happened?  The product line was

3   suspended by Amazon as a result of asking for the

4   reviews?

5    A.  The account was suspended from Deal Chaser,

6   but I wasn't dealing with this issue, so I don't

7   know much about this issue.

8    Q.  Who was dealing with this account?

9    A.  Yosef Friedman and Abe.

10   Q.  Abe, your brother?

11   A.  Yeah.  So I don't know -- I mean, do you

12  want to show me anything specifically --

13   Q.  If you look at the top of the third page, it

14  indicates -- it says, "Auditor-Q-Comments.Account

15  has been enforced Product Review Abuse-Insert

16  Abuse.Upon validation seller has prior warn AHR and

17  suspension queuing, ASIN." That was when the

18  account was suspended; is that right?

19   A.  It seems to be, yeah.  And again, this is

20  the same violation that I spoke about before with

21  that vacuum sealer that, you know --

22   Q.  Now, who would have the records of the

23  payments that were made for the rebates done on

24  behalf of Sound Around on request for reviews?

25  So --

Jeremiah E. Brach
May 13, 2025

1      A.   I'm not saying there was any rebates; I

2   still don't know that there was rebates for a

3   request of reviews; I'm not sure what times you're

4   asking.  You said before that Friedman has those

5   records in Capital One card, so obviously, I don't

6   have it, then.

7      Q.   Would anybody else other than Friedman have

8   them?

9      A.   I don't -- we -- I don't have anywhere -- so

10  first of all, let's get it clear.  I don't know if

11  any rebates were for reviews in violation.

12     Q.   Okay.  If there were payments by

13  Sound Around for rebates for those reviews, where

14  would those records be?

15     A.   I don't know.  And I don't think there were

16  these type of -- I don't know about it.

17     Q.   Your father's name is Zigmund Brach --

18  Z-I-G-M-U-N-D -- right?

19     A.   Yes.

20     Q.   Does he require employees at different times

21  living outside of New York City to use his cell

22  phone?

23     A.   Not that I know about.

24     Q.   And do you know, are you aware --

25     A.   I mean, I saw it in the Complaint, but I

Jeremiah E. Brach
May 13, 2025

1    don't know anything about it.

2        Q.  Are you aware that employees at different

3    times were paid to use Zigmund Brach's cell phone

4    outside of New York City?

5        A.  No.

6        Q.  Where does Zigmund Brach live?

7        A.  He lives in Monroe, New York -- Woodbury,

8    New York, actually; he has a home in Miami; he has

9    a home in Israel; and he has a home in Brooklyn.

10       Q.  And how much of his time does he spend in

11   Brooklyn?

12       A.  I don't calculate his time; I just told you

13   before, he's in the office sometimes four times a

14   week, sometimes once in four weeks; I think I said

15   that before, so if you want to do the math on that.

16       Q.  Are you familiar with a person named

17   John Gaston?

18       A.  Yes.

19       Q.  Okay.  I understand that John Gaston is a

20   graphic designer?

21       A.  Yes.

22       Q.  Okay.  And I understand that he altered bank

23   statements on behalf of Sound Around in support of

24   loans that Sound Around was getting?

25       A.  I never heard of such a thing.  Not that I

Jeremiah E. Brach
May 13, 2025

1  recall; leave it like that.

2      Q.  Were there circumstances where Sound Around

3  was applying for loans and it changed the balances

4  on its bank account statements using John Gaston to

5  do that?

6      A.  Sound Around never applied for loans besides

7  their bank credit line.

8      Q.  So in the instance, let's say, with the bank

9  credit line, would John Gaston change the balances

10  in its bank accounts to support --

11      A.  In whose bank account?

12      Q.  Sound Around's.

13      A.  I don't think -- to change the balances?

14      Q.  Uh-huh.

15      A.  Definitely not to get loans, definitely

16  not --

17      Q.  For any other reason?

18      A.  I'm not sure -- I don't know what the

19  reason, but definitely not to get loans.

20      Q.  Are you aware of instances where John Gaston

21  would change the bank statements for Sound Around?

22      A.  Not that I'm aware of.

23      Q.  What about for World Class Sales?

24      A.  I don't remember.  You know, I told you it's

25  closed already, like, three, four years, so I don't

Jeremiah E. Brach
May 13, 2025

1    remember.

2        Q.   Were there circumstances where you asked

3    John Gaston to change World Class Sales' bank

4    statements for you?

5        A.   Yeah, so that could have been, like, I don't

6    know, once or twice.

7        Q.   And what was the circumstances that you had

8    him change the bank statements for you?

9        A.   I don't remember, but it could be when I

10   sent -- again, I'm not a hundred percent sure, but

11   it could be when I sent -- when I bought an

12   apartment in Israel, and in order to have a bank

13   account there -- and they like to know how you're

14   funding the apartment -- so I'm not sure if that's

15   the -- but that would be the only thing I would

16   remember.

17       Q.   Any other circumstance that you can --

18       A.   Not that I recall.

19       Q.   And do you have copies of those statements

20   that were altered by John Gaston?

21       A.   It might be in my e-mail.  I don't know.

22       Q.   And did you obtain a loan for the apartment

23   based on those statements?

24       A.   No.

25       Q.   And what year was that that those statements

Jeremiah E. Brach
May 13, 2025

1    were altered by John Gaston?

2        A.  As I said, I don't remember.

3        Q.  Okay.  Currently, Sound Around is

4    advertising for someone to work in HR on LinkedIn;

5    is that correct?

6        A.  I don't think we still are, because we hired

7    someone already.

8        Q.  Okay.  When did you hire someone?

9        A.  In April.

10       Q.  And that person reports to Jack Tybereg?

11       A.  I'm not sure.

12       Q.  Okay.  In the advertisement, did you list

13   that the person would be reporting to Jack Tybereg?

14       A.  I didn't list the ad on LinkedIn, so I don't

15   know what they could have put --

16           MR. FORTUNA:  Can you just mark that

17       (indicating)?

18           (Whereupon, an advertisement seeking an HR

19       person was marked as Defendants' Exhibit K for

20       identification, as of this date.)

21       A.  So it says here Jack Tybereg.

22       Q.  I just show you what's been marked

23   Defendants' Exhibit K.  Do you recognize that

24   document?

25       A.  No.

Jeremiah E. Brach
May 13, 2025

1      Q.  Is that the ad that Sound Around, or, in

2    this case, it says Pyle USA, advertised for an HR

3    person?

4      A.  Again, it's the first time I'm seeing this

5    document, but we were looking and we hired an HR

6    person.

7      Q.  And does that person now report to

8    Jack Tybereg?

9      A.  As I said, I'm not sure how -- Abe was the

10    one that -- was the one that -- hired -- that was

11    involved in hiring her; it could be Jack Tybereg

12    was supposed to get the documents about it, but I

13    don't know if she actually reports to Jack Tybereg,

14    because as I said before, you asked me about

15    Jack Tybereg and people reporting to him.  As far

16    as I know, she's very new, so she's not yet

17    reporting really to anyone; she just came in, like,

18    a week ago, two weeks ago, end of April, so --

19      Q.  Did you have occasion -- moving to another

20    subject, did you have occasion to solicit Chinese

21    manufacturers, to solicit money from them to give

22    to your son for his wedding?

23      A.  Solicit?

24      Q.  Yeah.

25      A.  Not solicit.

Jeremiah E. Brach
May 13, 2025

1      Q.  Did you send e-mails to Chinese

2  manufacturers with your account information to give

3  your son --

4      A.  Not solicit.  When my son got married in

5  2020, my -- the girl that was -- there was a girl

6  in the office that -- because they had done this by

7  my wedding, even; my father's manufacturers used to

8  give us nice wedding gifts, from $500 gifts, $1,000

9  gifts; some bought us silver, so -- and I thought

10  it was a nice way that they should know that the

11  owner of the company is making -- one of the owners

12  of the company is making a wedding, and maybe they

13  could -- it would be, like, for the couple that

14  they should -- they could send -- that he's making

15  a wedding, and Chinese customs, they like to -- you

16  know, a wedding is a big thing.  So if they could

17  participate in some way -- obviously, it was COVID,

18  but if not, it would be nice if they get a gift for

19  him.

20      Q.  So -- and you sent also account information

21  for them to send the money to --

22      A.  Obviously, if they -- if they want to send a

23  present, then they should send the money for it.

24      Q.  And you did that by e-mail?

25      A.  I don't think I did it; I think a girl in

Jeremiah E. Brach
May 13, 2025

1   the office did it.

2       Q.  Okay.  And other than e-mail, was it sent

3   any other way?

4       A.  I don't think so.

5       Q.  And how many manufacturers did you send that

6   -- was that e-mail sent to?

7       A.  I wouldn't know, but let's say 20, 30, but I

8   don't know of the exact number.

9       Q.  Did they all give?

10      A.  No, not all.  I mean, some yes, some not,

11  but I wouldn't remember percentages who yes, who

12  not, and so on.

13      Q.  I draw your attention to the company name

14  Accountability.

15      A.  Yes.

16      Q.  Accountability's consultant that does work

17  for --

18      A.  And just on the previous subject, it was the

19  company knew about it.

20      Q.  Well, you're the company.

21      A.  No, no.  The other people in the company

22  knew about it.

23      Q.  Okay.

24      A.  And it wasn't based on sales, it wasn't

25  based on commissions, it wasn't based on kickbacks;

Jeremiah E. Brach
May 13, 2025

1   it was a wedding gift.  People probably gave

2   between -- again, I don't remember the exact

3   numbers, but probably between $300 to 1500, which

4   is a standard or -- you know, again, I don't want

5   to be caught on numbers here, but it was something,

6   yeah.

7       Q.  You said $1500?

8       A.  Yeah.  Maybe -- I remember there were a

9   couple that were maybe more than 1,000; that's why

10  I say -- again, I don't know if it was 1500, but it

11  was, like -- it was in a range from there to there.

12      Q.  Drawing your attention to --

13      A.  Like a wedding registry or something; that

14  was my -- yes.  Accountability.

15      Q.  Accountability, it's a company that does

16  work for Sound Around; is that correct?

17      A.  It has done work for Sound Around.

18      Q.  It doesn't do it currently?

19      A.  No.

20      Q.  And what kind of work did they do for

21  Sound Around?

22      A.  They did consulting work.

23      Q.  And what aspect of the business did they

24  consult on?

25      A.  In the financial place, in the -- in the --

Jeremiah E. Brach
May 13, 2025

1    in how to -- to help for operations -- probably

2    financing and operations.  Both.

3        Q.  Okay.

4            MR. FORTUNA:  I just want to go off the

5        record for a second.

6            (Whereupon, a discussion was held off the

7        record.)

8            MR. FORTUNA:  Could we have this marked

9        (indicating)?

10           (Whereupon, a report from Accountability was

11       marked as Defendants' Exhibit L for

12       identification, as of this date.)

13       Q.  I want to show you what's been marked as

14   Exhibit L; it's a report that we received from

15   Accountability; I'd like to go through it with you.

16   This is a report.  Is this from Power BI, this

17   report, or someplace else?

18       A.  It looks like Power BI.

19       Q.  And just drawing your attention to the buyer

20   that it's associated with, it says Moises F.  Would

21   that be Moises Friedman, the Defendant?

22       A.  Where does it say that?

23       Q.  On the left-hand column, if you go down --

24       A.  Yes, yes.  I see that.

25       Q.  Okay.  So would that be Moises Friedman?

Jeremiah E. Brach
May 13, 2025

```
 1      A.  Yes.

 2      Q.  Okay.  Now, just going across the top, it

 3   says "Product Sales," and it's, like, 2,362,000,

 4   et. cetera, okay?  And what does that reference?

 5   Sales to date, sales in a year, or something else?

 6      A.  So it says -- if you see "Year," it says,

 7   "All," so it's probably all the years; "Months," it

 8   means all the months; "Categories," it means -- it

 9   says "All"; "Vendor," it says "All"; "Buyer" is

10   specific to Moises F., but by SKU, the next line,

11   it says a certain SKU number, and then everything

12   else says "All." So I'm not exactly sure.  So what

13   I'm assuming, but again, I cannot know for sure

14   what it's representing here, that this SKU might

15   have done $2.3 million from all the years, but

16   again --

17      Q.  This is one particular SKU, so this is only

18   one item?

19      A.  I don't know for sure, but it could be this

20   -- again, you're showing me a paper; I'm not sure

21   what it really calculates here.

22      Q.  That's why I'm showing it to you, because I

23   don't either.

24      A.  Right.  No, because it doesn't say how many

25   pieces were -- maybe it does; I don't see that,
```

Jeremiah E. Brach
May 13, 2025

1    like, how it calculates.  So the Time would

2    represent -- based on this information, you would

3    think it means all from Day One until that date --

4    I don't know which date it is, right?  But the way

5    the report would be, you would think it's for this

6    SKU only, but again, I don't know where it's taking

7    that information or -- and it doesn't show -- or

8    maybe it does show how much quantity there was.

9        Q.  So across the top, it says "Product Sales,"

10   so you think that's product sales from the

11   beginning on this one particular SKU?

12       A.  I don't know.

13       Q.  So you don't really know how to read this

14   report?

15       A.  Because usually, it should say how many

16   pieces it was; it just says a dollar amount, yeah,

17   so I don't know.

18       Q.  All right.  We can put this aside for now,

19   then.  And are you familiar with the aged

20   inventory, what that means over here (indicating)?

21       A.  I don't know what it means over here

22   (indicating), but I know what aged inventory means.

23       Q.  You don't know what the number 86906 means?

24       A.  So something's a little off here from what

25   I'm seeing here, because it says "Total Inventory

Jeremiah E. Brach
May 13, 2025

1    82908," "Aged" shows 86906, which is more than

2    Total Inventory.  Well, it's actually slightly

3    less, 906 versus 908.  No, 86.  Yeah.  Right.

4    Sorry.  So that's what I'm saying:  you're showing

5    me a paper.  Usually, the Total would be more than

6    the Aged, so I'm not sure what created that this

7    should show the Aged more than the Total, but Aged

8    Inventory would mean -- if you want to know what

9    Aged Inventory would mean, that it's a line item

10   that you can set it -- it doesn't -- there's a

11   setting here -- like, "Age Rule" -- you see here

12   "Age Rule," the second-to-the-bottom tab, there's a

13   drop-down there; you could put in over 365 days,

14   you could put in over 180 days, you could -- maybe

15   you could even put in any amount of days -- I'm not

16   sure.  So whatever it's set, that's what this

17   Aged Rule would be -- that's -- yeah, so, but I'm

18   just -- again, I don't know the details of

19   everything here, but --

20       Q.  Who at Sound Around would understand this

21   chart?

22       A.  Again, I understand it pretty good, but I

23   can't really say this information is right, because

24   it's just a copy of a paper; it's not the system.

25       Q.  And then, looking across the chart below

Jeremiah E. Brach
May 13, 2025

1    those numbers at the top, it has each month and

2    then a number on each month.  Is that the total

3    sales each month of this SKU?

4        A.  It makes sense.

5        Q.  And then, over on the right, it says "Total

6    Inventory 83K." Do you see that?

7        A.  Yeah.  So again, it's matching up with the

8    82908, because it might be rounded up to 83K.  And

9    then, 86910 underneath that shows something about

10   Aged, so again, it's something there with the

11   number.

12       Q.  But it's unusual to have more Aged Inventory

13   than Total Inventory?

14       A.  Yes.

15       Q.  Just jumping back to -- I'm going to put

16   this aside for a moment.  Jumping back to the

17   Complaint, one other point I want to ask.  In the

18   Complaint, it alleges that Ilowitz tried to bribe

19   an Amazon official to get a Vendor Central account.

20   Do you remember that?

21       A.  So I don't know if -- does it say Ilowitz or

22   Friedman or both?  I'm not sure.

23       Q.  It says Ilowitz, but we could find the

24   paragraph.  What do you know about that?

25       A.  I once spoke to the guy that was involved in

Jeremiah E. Brach
May 13, 2025

1    setting up the -- that was involved who they tried

2    to get him to help them set up the Vendor Central

3    account, and I think his name was Sunil [sic], I

4    think, and he -- when I was asking about it, that's

5    what he told me.

6        Q.  What did he say?

7        A.  He basically was saying -- I don't want to

8    say the language, but he said, like, certain --

9    that, "Can you imagine the way they -- they were

10   like scumbags.  They even wanted to bribe me,"

11   whatever, like that type of language -- I don't

12   know the exact words, but that was the way they --

13   that they thought I'm going to --

14       Q.  And did he tell you what they tried to bribe

15   him with, what Ilowitz tried to bribe with him

16   with?

17       A.  Money.

18       Q.  Did he tell you any amounts?

19       A.  No amounts.  No.

20       Q.  When did this conversation take place?

21       A.  I would assume, February or March, 2024.

22       Q.  Okay.  If you want, look at Paragraph 91 of

23   the Complaint.

24       A.  Yes.

25       Q.  Okay.  How did you get in touch with this

Jeremiah E. Brach
May 13, 2025

1    representative?

2        A.  Because he used to be -- he was a

3    vendor/manager; he didn't do that much business

4    with us, but there were a couple of categories that

5    he did, and I sent him an e-mail once to talk to

6    him, and he gave me his number.  I don't know if it

7    was his -- I don't think it was his private number;

8    he gave me his number where to reach him by Amazon,

9    and we might have had two calls.

10       Q.  What was the reason you sent him an e-mail?

11       A.  To understand how this whole thing came

12   about.

13       Q.  When you say "thing," what thing?

14       A.  Of them getting a Vendor Central account,

15   assuming that it was for us, for Sound Around.

16       Q.  Did he provide the Vendor Central account to

17   them, this person that you spoke to?

18       A.  Eventually, he was -- I don't think he was

19   the one; he gave them another person.  It was

20   through the e-mails; I only know that through the

21   e-mails, and he did give me the products that they

22   sell over there and the brands that's affiliated

23   with the account, and LRI is the accountholder and

24   whatever.

25       Q.  And in Paragraph 90, it's alleged -- you

Jeremiah E. Brach
May 13, 2025

1    allege that Ilowitz intended to steal a

2    fraudulently procured license from Sound Around.

3    Can you tell me the circumstances of that?

4        A.  Yes.  He was trying to get the

5    Vendor Central account.

6        Q.  But how was he trying to steal

7    Sound Around's license?

8        A.  Because when -- all the e-mails that he's --

9    what it's meant, at least -- I don't know how you

10   describe it, but how it's -- what it's meant, all

11   the e-mails that went from Ilowitz to try to get

12   the vendor Central account was signed under, I

13   think, Sound Around or Pyle or NutriChef -- one of

14   our company -- he had our company signature --

15       Q.  You're talking about the signature block?

16       A.  Is that called signature block?  Yeah.

17   Lazer -- I don't have it in front of me, so -- but

18   it was from our e-mail address and from -- let's

19   call it signature block, if that's what it means,

20   where underneath, it says something about our

21   company.  Yeah.  So it seems that -- and he's

22   talking about we want to have another -- we're

23   opening another brand, so again, if it's we or I --

24   like, it means whoever is sending it, it's from

25   that company, right?  So whenever they did send it

Jeremiah E. Brach
May 13, 2025

1    to him, it was probably with the intention that

2    Sound Around might need another Vendor Central

3    account for different products like outdoor

4    grilling or barbecue stuff that they were doing.

5    So I believe that when he went to register the

6    account, he just -- you could -- even though they

7    sent an invitation sometimes for a certain company,

8    when you go and put in information, you can put in

9    your own information, so I think that's what it's

10   meant.

11        Q.   So when you say that he tried to steal

12   Sound Around's license, what you meant was --

13        A.   Procured license, like, procured a Amazon

14   Vendor Central partnership license, so instead of

15   putting -- when they send it -- if they're sending

16   the invite to Sound Around, right -- how it goes

17   is, Vendor Central sends you an invite; that's how

18   it works.  They send you an on-boarding invite.  If

19   they would send it to my e-mail address, let's say,

20   or to Ilowitz, or to anyone working at Sound Around

21   to the company's address, right, to Pyle USA or to

22   any other -- Sound Around -- or whatever the e-mail

23   address was, they're inviting -- like, they're

24   inviting that company to come onboard, and by the

25   end, he put on there his company information, so

Jeremiah E. Brach
May 13, 2025

1    that's what I allege -- yeah.

2        Q.  So just so I understand this, the reason you

3    think he was stealing Sound Around's license is

4    that he tried to obtain the Vendor Central account

5    from Amazon using Pyle USA's e-mail?

6        A.  Not only that.  When they sent the

7    on-boarding, they sent it to our e-mail also.

8        Q.  But they were sending it to Ilowitz, though.

9        A.  But our -- it was on the Sound Around server

10   or --

11       Q.  No, I understand.

12       A.  It wasn't to Bakkenmaster or to his gmail

13   account.

14       Q.  But you're saying that the invite was sent

15   to Ilowitz at Pyle USA?

16       A.  Yes.

17       Q.  And that's the reason you think he was

18   stealing it?

19       A.  I think that -- again, I don't know in the

20   dictionary what stealing means, but stealing from

21   somebody's wallet, stealing from someone --

22   stealing invite could also mean stealing, right?

23       Q.  So any other evidence other than that that

24   supports stealing the license from Sound Around?

25       A.  No.

Jeremiah E. Brach
May 13, 2025

1      Q.   Okay.  Do you have those e-mails that you're

2   referring to that you saw went back and forth

3   between Ilowitz and Amazon?

4      A.   So I have them, and I believe Rebecca/Jesus

5   have it, too.

6          MR. FORTUNA:  Can I have this marked

7      (indicating)?

8          (Whereupon, an e-mail chain was marked as

9      Defendants' Exhibit M for identification, as of

10      this date.)

11      Q.   Would you take a look at what's been marked

12   as Defendants' Exhibit M?  It's an e-mail from you

13   to a woman named Rachel at Amazon dated

14   February 5th, 2024.  Do you recognize that e-mail?

15      A.   Yes.

16      Q.   It's an e-mail that you sent?

17      A.   Yes.

18      Q.   That's an e-mail where you were trying to

19   get access to ML Imports' Vendor Central account;

20   is that correct?

21      A.   Why are you saying that?  Again, we believed

22   -- "We have an urgent matter to discuss" --

23          MR. CUZA:  Jerry, read it to yourself.

24          (The Witness complied.)

25      A.   It doesn't say that I'm trying to get access

Jeremiah E. Brach
May 13, 2025

1    to it; it's saying that I'm not sure -- at that

2    point, I wasn't sure what he was doing with that

3    account, and we have to discuss something about it

4    to make sure that we're not liable for that account

5    or any other things that he's doing with it,

6    because if it was meant to send to us, as you could

7    see further down -- I don't know if it's further

8    down -- but as I mentioned, it was this -- that

9    they sent us the invite, so I want to make sure

10   that -- what that means.  Is it, like, our account?

11   Is it not our account?  Obviously, we had to

12   discuss something.

13       Q.  Well, you imply here that it was your

14   company account and the e-mail to her saying that

15   he was the only one who had the login, and you

16   wanted to make sure he wasn't using it anymore,

17   because he left the company.  So you're implying

18   that it was your account.

19       A.  It doesn't say I'm saying it's our company's

20   account; it was intended to be our company's

21   account when the invite was sent, but that doesn't

22   say that either.  All I'm saying is that he left

23   the company, and he was the only one in the company

24   that had a login to that account below, and we have

25   no way to make sure that he's not using it for his

Jeremiah E. Brach
May 13, 2025

1   personal use or -- I say "personal use," which he

2   used it for --

3       Q.  But you knew it wasn't Sound Around's

4   account because it wasn't an account that you ever

5   used, isn't that correct, at the time you wrote

6   that e-mail?

7       A.  But it was intended to come to Sound Around

8   from -- what I understood, from -- the e-mails to

9   where they sent the invite.  So all I wanted to do

10  is discuss this situation to bring --

11      Q.  Did you have a discussion with Rachel?

12      A.  With her, not.  I think someone told me that

13  she left or she was in a different department or

14  that she totally left, and that's when Sanil

15  reached out to me, or, I think, June, or maybe

16  someone else.  That's when he reached out to me.

17      Q.  And is that when you had that conversation

18  that you described earlier?

19      A.  Yeah.

20      Q.  And did you have any other conversations

21  with him or anyone else about that Vendor Central

22  account?

23      A.  Not with anybody else; not that I can

24  remember, and --

25      Q.  You indicated that Sanil referred you to

Jeremiah E. Brach
May 13, 2025

1  someone else that gave them the account.  Who did

2  he refer you to?

3      A.  I didn't say that.  I said that Sanil

4  referred them to someone else to give the account;

5  that's what I think I said.

6      Q.  Yeah, I think you're right.  And do you know

7  who they were referred to to get the account?

8      A.  I don't know, but there was the e-mail

9  chain.

10     Q.  And Rebecca has those e-mails?

11     A.  Yeah.

12         MR. FORTUNA:  Could I have this marked

13     (indicating)?

14         (Whereupon, a message from the Nutrichef

15     founder along with the NutriChef logo were

16     marked as Defendants' Exhibit N for

17     identification, as of this date.)

18     Q.  Do you recognize the document that's marked

19  as Defendants' Exhibit N?

20     A.  The first time I saw this document is -- was

21  after Ilowitz left, and I did investigations into a

22  lot of his activity.

23     Q.  Whose signature is that on the first page

24  there?

25     A.  I'm not sure.

Jeremiah E. Brach
May 13, 2025

1    Q.  Okay.  And it indicates that 15 percent of

2    profits goes to New York Soup Kitchen to help the

3    needy.  Do you see that?  Does Sound Around give 15

4    percent of its profits --

5    A.  So getting the record straight, and I'm

6    going to be wild here, I'm sorry, but this is the

7    same fraud that he did for his company, that he put

8    15 percent of profit that goes to Soup Kitchen and

9    another, whatever, to cancer patients; he put on

10   our products without us knowing about it, and we

11   only found out about it after he left the company,

12   and the phone number that's here is his private

13   phone number, and it matches with the same phone

14   number that he has on his products in his company,

15   and he stole -- and whoever's signature this is --

16   it's either someone's fraud or fraudulent

17   signature; he did not have permission to mention

18   this from anyone in the company, and I found out

19   about it the first time after he left.

20   Q.  So jb@pyleusa.com is not a valid e-mail?

21   A.  Not that I have access to, or that I used.

22   Q.  And the phone number, which phone number is

23   that?

24   A.  This phone number is the same number that he

25   has at Bakkenmaster and that he has access to; we

Jeremiah E. Brach
May 13, 2025

1    don't have access to this.

2        Q.  And then, the 15 percent of the profits in

3    New York, that's not something that Sound Around

4    does?

5        A.  We don't do it, and we never said we do it;

6    he did this with his own fraud.  But I could say we

7    do give a lot of charity, and we made sure to get

8    rid of these cards, you know, obviously whatever we

9    had access to.

10       Q.  And where were those cards?

11       A.  I'm not sure, but I think it was in the

12   product.

13       Q.  We've got some 1099s and W-2s that were

14   issued to Ilowitz and Friedman, but not all of them

15   for all the years that they worked there.  Where

16   are those records kept, the W-2s and 1099s?

17       A.  Jack Tybereg would have access to them.

18       Q.  So he would have access to whatever records

19   we're missing?

20       A.  Yes.

21           MR. FORTUNA:  Do you mind if we just take a

22       break?  I just want to review; we only have a

23       couple of minutes left.

24           MR. CUZA:  Yeah, that's fine.

25           (Whereupon, a break was taken at 5:34 p.m.,

Jeremiah E. Brach
May 13, 2025

1    and the deposition resumed at 5:40 p.m.)

2    Q.  I'm going to draw your attention to certain

3    international sales of Ilowitz's and Friedman's

4    products.  Products that they developed and brought

5    in that were sold in Europe, no commissions were

6    paid on them, and products that were sent to

7    Israel, no commissions were paid on those sold in

8    Israel.  What's the rationale for not paying

9    commissions on products that were developed that

10   were sold in Israel and in Europe?

11   A.  So, first of all, we, as a company, could

12   decide what we do pay commission on and what we

13   don't pay commission on, right?  We can tell them,

14   "We don't want to pay you commission in America

15   either, and you could leave if you don't like it,"

16   right?  So we have the right to say that.  But

17   Sound Around never sold products to Israel, and

18   Sound Around never benefitted from selling products

19   to Israel.  There was two occasions that Sound

20   Around -- not Sound Around.  In one case, there was

21   a company in Israel that asked me about -- a

22   company that I knew of that asked me that "maybe

23   you could help me get sinks" -- they saw on our

24   website that we have sinks and that we sell camping

25   sinks, and they asked me if maybe it would be an

Jeremiah E. Brach
May 13, 2025

```
1    interesting product for the Sukkot holiday.  Sukkot
2    is a holiday that we go to outdoor tents, like,
3    type of thing, and so, it could make sense to have
4    these sinks in the tents so people could wash their
5    hands in there.  So I told -- so all I did is I
6    connected him to the factory there where we were
7    buying those sinks from, and that company bought it
8    directly, and I was just involved in the
9    connection; it was a one-time deal, and
10   Sound Around or myself didn't make any profit from
11   it.
12        Q.  And then in Europe?
13        A.  Oh.  In Israel, there was another story,
14   obviously; that was on sinks.  Once, there was a
15   story on scooters that, again, Sound Around did not
16   sell it to anyone in Israel; Sound Around connected
17   -- there was a company that was doing -- trying --
18   they were talking about maybe I should become a
19   partner with them in an Israeli business.  So at
20   first, they wanted to test it on scooters and to
21   see if maybe there's an opportunity.  In the same
22   situation, they bought it once, and -- they bought
23   it once, I think it was in 2023, and they basically
24   -- nothing ever happened from this partnership; it
25   took them awhile to sell it and this.  So, again,
```

Jeremiah E. Brach
May 13, 2025

1    they bought it directly; I had no profit that I

2    made or Sound Around didn't sell it to them,

3    Sound Around didn't make a profit, and we let them

4    once -- and we said we'll see the future -- if you

5    see it as a future opportunity, and by the end of

6    the day, it just took too long to sell, and he just

7    lost his, you know, to continue on with it.

8        Q.  So basically, you didn't pay commissions on

9    the sales to Israel because there were no profit on

10    the sales that you --

11        A.   I didn't pay, because Sound Around, first of

12    all, didn't sell it, and I didn't pay because they

13    weren't involved in that.  Just because they

14    developed for us a product line didn't mean that

15    they're now getting commissions.  It was part of

16    the job also to sell it; it's not just selling it

17    to Israel.  Israel, they're not involved in the

18    sales; part of the job in the contract with

19    Friedman says that he has to be involved in the

20    sales, like, Amazon, eBay, so it says there.  So he

21    wasn't involved in the sales; it was a vendor

22    relationship that Sound Around had, so I --

23    somebody asked me for testing, and nothing ever

24    happened, so there was no profit anyways for

25    Sound Around, so for sure -- if there's no profit

Jeremiah E. Brach
May 13, 2025

1    for sure, you don't have to give commission, so

2    that's what happened over there.

3        Q.   And what about Europe?

4        A.   Europe, I can't recall that there was ever a

5    product of one of the Friedman items.  Maybe I'm

6    wrong, but when Friedman was working by us, I don't

7    recall there ever being a product that we sold of

8    Friedman's items -- I don't recall at least that we

9    sold, but the understanding behind it is, again,

10   that -- first of all, we only -- if I'm not

11   mistaken, we set up policies about Europe, but it

12   -- we only started Europe on a -- on a -- end of

13   2023 and going into 2024.  So we started to send

14   their products, and it was -- I'm not sure if there

15   was profits or not, but it was part of a discussion

16   that Europe is not, because they're not involved in

17   the sales, you have to hire different people to

18   deal with it, and I'm not sure -- maybe in the past

19   there might have been even that we did pay them --

20   I don't know; there wasn't a lot in the past, but

21   definitely, there was a conversation through one of

22   these companies, you know, how we're going to build

23   out international countries, and it was -- since we

24   have to share -- since we have to share profits --

25   not profits; since we have to share commissions

Jeremiah E. Brach
May 13, 2025

1   with other people that are doing those markets, so

2   it might be a reduced fee or it might be no fee,

3   because there's a lot of other -- it's like a total

4   different market.

5       Q.   And then -- and why was only three percent

6   commission paid for Canada?

7       A.   It wasn't.  It was paid more.

8       Q.   How much was it?

9       A.   Until 2023, it was paid -- we paid just like

10  America, even though there was much more costs

11  there, and even though there were much more costs

12  -- example:  we had a full-time guy that made quite

13  a bit of money managing the account, and we didn't

14  deduct that cost from him to share with, like --

15  not share; we had -- let's call it -- it was their

16  products, but the sales part -- it was the products

17  that they were in charge of, not their products, it

18  was the company's products, products that they were

19  in charge of, but in selling, we had a guy that was

20  managing the sales and we had to pay him commission

21  also for -- we paid him commission for -- managing

22  the Canadian sales, because every market needs a

23  separate focus, separate involvement, and how you

24  sell and everything; the fact is we did pay another

25  guy in 2022, 2021 salary and some incentives; it

Jeremiah E. Brach
May 13, 2025

```
1   was a different type of setup of commissions.  But
2   -- so -- but even though that, we still paid them
3   until 2023 the ten-percent commission, but besides
4   that, we didn't include in there freight to Canada,
5   Customs to Canada, from America to Canada; there
6   was small amounts, not big amounts, but whatever
7   the customs is, so we never added all these amounts
8   to the Power BI and everything, so -- but we still
9   paid them.  So when it came the following year and
10  we realized how many holes there is in the account
11  and whatever, we decided that Canada's going to be
12  a shared commission, because we pay one guy, if
13  this Canadian guy -- he's not Canadian; he's
14  American, but he takes care of the Canada sales.
15  We also -- so we're going to have to reduce it to
16  five percent; but even though Friedman claims that
17  I told him at one point that I'm going to give him
18  seven-and-a-half percent and it came after that,
19  and I don't remember that -- I know there was a
20  discussion, but I didn't agree, but still, at the
21  end of the day, before he left, even the day that
22  we found out of this big violation what he did, I
23  still paid him to cover some -- he came up with
24  numbers, and believe it or not, the last day he was
25  in the company, the Thursday before that,
```

Jeremiah E. Brach
May 13, 2025

1    February 3rd, that we knew already that he was

2    competing and everything -- I don't know which

3    world I was born at; I still gave him a check that

4    day, and -- because that's who I am; I'm a good

5    person, and somehow, he whatever, and I still --

6    and I think that was the day or definitely in

7    December but end of his employment, he somehow got

8    out from me that I should pay him seven-and-a-half

9    percent commission, not five-percent commission for

10   Canada, and we made, like, one big lump sum,

11   whatever we calculated that, and we gave to him at

12   the end for that seven-and-a-half.  So it was not

13   three percent.  It could be it was suggested in one

14   of the documents by someone that it should go

15   ongoing, because I was developing this

16   international team and we have big overheads there

17   and everything, so it could have been that was the

18   suggestion for the future, but obviously, that

19   future never happened, because they left their

20   employment.

21       Q.  I have a question about how your father

22   started the company.  It was reported that your

23   father used to steal trucks --

24       A.  Steal?

25       Q.  Steal trucks full of merchandise and load

Jeremiah E. Brach
May 13, 2025

 1  them into his warehouse and then resell it.  Is

 2  that true?

 3      A.  False.  Where do you see that report?

 4      Q.  It's not in a report.  Was he ever arrested

 5  for --

 6      A.  Why are you saying that?  Why are you

 7  accusing me?

 8      Q.  I'm not accusing you.  I'm asking you a

 9  question; this is information that we got; I'm

10  asking you if it's true.

11      A.  It's not true.

12      Q.  And was your father ever arrested for that?

13      A.  He was never arrested.

14      Q.  I don't have any further questions; I'm

15  going to give it to Paul.

16          MR. NOVAK:  Okay.

17  EXAMINATION BY

18  MR. NOVAK:

19      Q.  Mr. Brach, thank you for being here today.

20  My name is Paul Novak, and I represent Executive

21  Services LLC and Executive Laundry LLC and

22  Executive Services.  Mr. Rottenberg never worked

23  for Sound Around, correct?

24      A.  No.

25      Q.  Are you aware of anyone from Executive

Jeremiah E. Brach
May 13, 2025

1    Laundry LLC or Executive Services ever working for

2    Sound Around?

3        A.  Now -- I always thought it was a company

4    that Mr. Ilowitz was involved with, so we did

5    paychecks to that company, but later in the case,

6    after this whole thing, I was aware that --- I

7    became aware that -- Executive Laundry did not work

8    or have any connection besides that they received

9    the checks from Sound Around that I know about.

10       Q.  I appreciate that.  Did you ever communicate

11   with Mr. Rottenberg about Sound Around?

12       A.  Me?  No.

13       Q.  Did you ever communicate with Mr. Rottenberg

14   about the checks Sound Around made out to Executive

15   Laundry?

16       A.  No.

17       Q.  So as you said, in essence, at this point,

18   you're aware that the only involvement that

19   Executive Laundry or Executive Services had in

20   anything related to this lawsuit is that

21   Mr. Ilowitz asked Sound Around to make checks for

22   certain commission payments from Sound Around to

23   Mr. Ilowitz, to make those checks to Executive

24   Laundry instead of to Mr. Ilowitz, correct?

25       A.  And I think that came out that they also

Jeremiah E. Brach
May 13, 2025

1    received kickbacks there.

2        Q.  But when you say --

3        A.  There was wires from China that -- that was

4    the only connection that Executive Laundry had with

5    Sound Around.

6        Q.  Okay.  Understood.  And Sound Around agreed

7    to make the checks payable for Mr. Ilowitz's

8    commissions through Executive Laundry, correct?

9        A.  Yes.

10       Q.  There was nothing improper about

11   Sound Around making these checks for Mr. Ilowitz's

12   commissions to Executive Laundry, correct?

13       A.  I don't know what "proper" or "not proper"

14   means, but we -- we gave a 1099, and Ilowitz told

15   us to give them their checks, so we gave them the

16   checks not knowing whose company, which company --

17   we thought it was his company, but yes.

18       Q.  But at the time when you were doing it,

19   obviously you didn't believe that there was

20   anything improper about it, right?

21       A.  No, I didn't believe.

22       Q.  And there was, likewise, nothing improper

23   about Executive Laundry receiving those checks,

24   correct?

25       A.  I didn't know, so yeah.  I mean, I don't

Jeremiah E. Brach
May 13, 2025

1    know if it's proper or not, but at that time, I

2    didn't believe it was improper.

3        Q.  Okay.  At this time, do you believe there

4    was anything improper about Executive Laundry

5    receiving the checks which you authorized to be

6    made out to them?

7        A.  I don't know the laws in these type of --

8    what they are.

9        Q.  I'm not asking you about the laws, but I'm

10   asking about, do you have any reason to believe

11   that there was anything improper about that?

12       A.  I mean, maybe the way the funds were

13   handled.  I don't know; that's why I'm saying I

14   don't know.

15       Q.  Do you have any basis for believing that

16   Mr. Rottenberg knew what products Sound Around sold

17   before this lawsuit was filed?

18       A.  No.

19       Q.  During the Defendants' depositions, we

20   talked about, and we looked at, documents of

21   payments from China.  Do you recall that?

22       A.  Which -- my -- no, no.  Their deposition --

23   the Defendants.  Yeah.

24       Q.  Do you recall those documents about payments

25   from China?

Jeremiah E. Brach
May 13, 2025

1      A.   Yes.

2      Q.   Do you have any basis for believing that

3   Mr. Rottenberg knew that any of these payments from

4   China had any relations to brands that were

5   competing with Sound Around?

6      A.   I don't think -- I don't know; I wouldn't

7   know.

8      Q.   But you -- as you sit here today, you don't

9   have any basis for believing that he knew that,

10   correct?

11      A.   I wouldn't know what he knew or what he

12   discussed with Mr. Ilowitz.

13      Q.   Okay.  The Complaint identifies two

14   individual Defendants, Mr. Friedman and

15   Mr. Ilowitz, and it alleges that Mr. Friedman and

16   Mr. Ilowitz controlled Executive Laundry LLC and

17   Executive Services.  Is it now your understanding

18   that they had no control over these two companies?

19      A.   I'm not -- Mr. Friedman, I understand, does

20   not have any -- you know, at that time, I thought

21   maybe he does have something, but Mr. Friedman,

22   obviously, from now, I understand he doesn't have

23   any connection with Executive Laundry, but

24   Mr. Ilowitz, it could be yes, it could be not.  I

25   don't know.

Jeremiah E. Brach
May 13, 2025

1     Q.  Do you have any basis to believe, for the

2  allegation, that Mr. Ilowitz either created,

3  operated, or controlled Executive Laundry LLC?

4     A.  The company?  It doesn't look like.

5     Q.  So you have no basis for that allegation?

6     A.  I mean, he was in control of checkbooks we

7  saw and certain things that he -- he had his own

8  checkbook or something like that.

9     Q.  So he did not own or operate or control

10  Executive Laundry LLC?

11     A.  It doesn't look like that he owned it.

12     Q.  Okay.  Is the answer the same for Executive

13  Services?

14     A.  Again, from what I have seen.

15     Q.  Okay.  And are you aware now that Executive

16  Laundry LLC is a commercial laundry service?

17     A.  Laundry for what?

18     Q.  A commercial laundry service that provides

19  -- that loans clothes, literally.

20     A.  Right, because the funny part is, everybody

21  asks if this is laundry -- it makes sense for both,

22  but I understand they do shirts, maybe other

23  things, too.

24     Q.  But do you have any basis for believing that

25  Executive Laundry is in the business of doing

Jeremiah E. Brach
May 13, 2025

1  anything other than laundering shirts and other

2  garments?

3      A.  Obviously, they help people to do something

4  with their bank account; I don't know -- we still

5  don't know what, but -- yes.

6      Q.  Okay.  And by helping people with bank

7  accounts, do you mean helping facilitating the

8  payment that you you were making to Mr. Ilowitz

9  through Executive Laundry's bank account?

10     A.  So, obviously, they were doing that, so I

11 don't know what they were doing, but there was

12 payments going there, payments going out, payments

13 going around, you know, so I don't know.  Yeah.

14     Q.  Okay.  Hopefully, I won't have to ask about

15 some of these additional questions in too much

16 detail, but I'll try to speed it up, and to do so,

17 from now on, I'll refer to Executive Laundry LLC

18 and Executive Services just as Executive Laundry,

19 okay?  The Complaint makes certain allegations

20 against all Defendants collectively, and by "all

21 Defendants," I mean all the individual Defendants,

22 all the different corporate entities collectively,

23 and it also makes certain allegations against the

24 corporate Defendants, which is the corporations.

25 So, for instance, Paragraph Four refers to the

Jeremiah E. Brach
May 13, 2025

1    individual Defendants creating brands through the

2    corporate Defendants for the purpose of competing

3    with Sound Around using their misappropriated

4    information and trade secrets.  Are you aware of

5    any brand created through Executive Laundry for the

6    purpose of competing with Sound Around?

7        A.  No.

8        Q.  In Paragraph 50, the Complaint alleges that

9    -- and I'll shorten this, that -- Executive Laundry

10   was used to compete with Sound Around.  Do you have

11   any basis for that allegation, sir, with Sound

12   Around's products?

13       A.  Again, they helped -- they definitely were

14   an accomplice or helped, because the funds went

15   there and then it went there, so, like, it was

16   definitely a place to help out.

17       Q.  Okay.  But if you can, we can focus on the

18   paragraph in more detail, but my question is, how

19   did Executive Laundry -- how was it used to compete

20   with Sound Around?

21       A.  No.  Only that they helped them with the

22   funds somehow to compete.

23       Q.  What do you mean to help them with the

24   funds?

25       A.  That funds were going in there, funds were

Jeremiah E. Brach
May 13, 2025

1    going out from there, so --

2        Q.  Can you be more specific, please?

3        A.  I mean, the money from Mr. Ilowitz that he

4    put in to compete with us probably went through --

5    I'm sure some of the money went through --

6    Executive Laundry, right?  I mean, I don't know,

7    but, again, did Executive Laundry create brands?

8    No, but was it an accomplice?  I would think yes.

9        Q.  So I'm trying -- that's what I'm trying to

10   focus on, sir, because in this paragraph, in

11   Paragraph 50, it alleges that Executive Laundry was

12   used to compete with Sound Around.  So in what

13   manner was it used to compete with Sound Around

14   specifically?

15       A.  Maybe helping them get kickbacks; the

16   kickbacks went into there, so that's how he was

17   able to buy merchandise, from that money, to

18   compete.

19       Q.  Kickbacks from whom?

20       A.  From Chinese vendors.

21       Q.  How did Executive Laundry help make Chinese

22   companies give kickbacks to Mr. Ilowitz?

23       A.  He gave them their bank accounts to receive

24   the money.

25       Q.  Oh.  But that's not my question, sir.  My

Jeremiah E. Brach
May 13, 2025

1    question is, how did Executive Laundry induce the

2    Chinese companies to give Mr. Ilowitz kickbacks?

3        A.  Oh, that -- I don't think he did that.

4        Q.  Thank you.  That's my question.  So, in

5    essence, it's -- you're alleging that Executive

6    Laundry received money for kickbacks to

7    Mr. Ilowitz, right?

8        A.  Right.

9        Q.  But you're -- you don't have any basis for

10   alleging that Executive Laundry had any role in

11   causing these kickbacks to be given to Mr. Ilowitz?

12       A.  Correct.

13       Q.  Do you have any basis for the allegation

14   that Executive Laundry was used to, quote, "source

15   or market" products competing with Sound Around?

16       A.  No.

17       Q.  Do you have any basis for the allegation

18   that Executive Laundry had any role in manipulating

19   the pricing, marketing, and sourcing of Sound

20   Around's products?

21       A.  No.

22       Q.  Do you have any basis for the allegation

23   that Executive Laundry used or infringed on Sound

24   Around's trademarks?

25       A.  No.

Jeremiah E. Brach
May 13, 2025

1    Q.  How about any basis for the allegation that

2    Executive Laundry copied the design, photography,

3    and details from Sound Around's listings to create

4    listings to sell nearly identical parallel products

5    through their own companies, including brands

6    operated through the corporate Defendants?

7    A.  No.

8    Q.  So you don't have any basis for the

9    allegation that Executive Laundry infringed on

10   Sound Around's trade dress as alleged in the

11   Complaint?

12   A.  No.

13   Q.  Do you have any basis for the allegation in

14   the Complaint that Executive Laundry was involved

15   in offering to sell, distribute, and advertise

16   products under the Sound Around trademarks or trade

17   dress?

18   A.  No.

19   Q.  Do you have any basis for the allegation in

20   the Complaint that Executive Laundry had any role

21   with usurping, stealing, or misappropriating

22   supplies from Sound Around?

23   A.  No.

24   Q.  And I take it you don't have any basis for

25   the allegation that Executive Laundry marketed the

Jeremiah E. Brach
May 13, 2025

1    NutriChef pizza tray?

2        A.  No.

3        Q.  You don't have any basis for the allegation

4    that Executive Laundry is marketing products as

5    being Swiss or utilizing Swiss coating?

6        A.  No.

7        Q.  Why is that funny?

8        A.  It started from the pizza trays.

9        Q.  And you also don't have any allegation for

10   the claim in Paragraph 184 that Executive Laundry,

11   among other Defendants, misrepresented that the

12   products sold by Mr. Ilowitz or Mr. Friedman were

13   identical in nature to the products sold by

14   Sound Around?

15       A.  No.

16       Q.  Do you have any basis for the allegation in

17   the Complaint that Executive Laundry

18   misappropriated Sound Around's trade secrets?

19       A.  No.

20       Q.  Do you have any basis for the allegation in

21   the Complaint that -- actually, let me just read

22   Paragraph 200 from the Complaint quickly, which

23   states, "The individual Defendants knew that the

24   information they used constituted trade secrets

25   belonging to Sound Around.  The individual

Jeremiah E. Brach
May 13, 2025

1   Defendants provided this information for use by the

2   corporate Defendants as well." What is the basis

3   for the allegation that the individual Defendants

4   provided any trade secrets to Executive Laundry?

5       A.  No.

6       Q.  You don't have any?

7       A.  I don't have any.

8       Q.  So I take it, then, you don't have any basis

9   for the allegation that Executive Laundry used any

10  trade secrets belonging to Sound Around?

11      A.  Correct.

12      Q.  And I apologize; this is just slightly

13  repetitive, but the allegations kind of repeat in

14  the Complaint; I just want to make sure I don't

15  miss any, but we're getting close to the end.  Do

16  you have any basis for the allegation that

17  Executive Laundry possesses and is using

18  Sound Around's confidential information and trade

19  secrets to compete with or otherwise harm

20  Sound Around?

21      A.  No.

22      Q.  In Paragraph 225 of the Complaint, the

23  allegation is that "Defendants knew or should have

24  known that Sound Around's confidential information,

25  including its trade secrets, are, 1. Confidential,

Jeremiah E. Brach
May 13, 2025

1    2.  Were acquired under circumstances giving rise

2    to a duty to maintain their secrecy or limit their

3    use, 3.  Were developed or required by Sound Around

4    at great time, effort, and expense, 4. Were

5    maintained as confidential and are not generally

6    available to the public and Sound Around's

7    competitors, 5. Would provide significant benefit

8    to a competitor seeking to compete with Sound

9    Around, and 6. Are critical to Sound Around's

10   ability to conduct its business successfully." Sir,

11   do you have any basis to make any of these

12   allegations against Executive Laundry?

13       A.  No.

14       Q.  In Paragraph 240, it's alleged that

15   "Defendants have enriched by using the materials,

16   trade secrets, concepts, confidential and

17   proprietary information and resources in upgrading

18   their businesses." What is -- do you have any basis

19   for this allegation against Executive Laundry?

20       A.  No.

21       Q.  In Paragraphs 254 and 255, the Complaint

22   alleges that "the individual Defendants breached

23   certain fiduciary duties to Sound Around and that

24   the corporate Defendants knowingly participated and

25   facilitated the breaches of the individual

Jeremiah E. Brach
May 13, 2025

1    Defendants' fiduciary duties." Sir, do you have any

2    basis for the allegation that Executive Laundry

3    knowingly participated in the breach of the

4    individual Defendants' duties?

5        A.  No.

6        Q.  In Paragraph 263, the Complaint alleges that

7    "the Defendants intended to and did trade under

8    goodwill and brand recognition associated with

9    Sound Around's products by manufacturing,

10   distributing, promoting, and selling using

11   Sound Around's trademark and/or trade dress"; and

12   in the following paragraph, it states that "the

13   individual Defendants' acts are likely to cause

14   confusion, mistake, and deception to consumers as

15   to the affiliation, connection, or association of

16   the Defendants' products with Sound Around's

17   brands," et. cetera.  Sir, do you have any basis

18   for these allegations against Executive Laundry?

19       A.  No.

20       Q.  Paragraph 329 alleges that "the Defendants

21   conspired to take and took substantial funds,

22   amount of funds, from Sound Around's bank

23   accounts," et. cetera.  Do you have any basis for

24   any of the allegations in that paragraph, sir?

25       A.  No.

Jeremiah E. Brach
May 13, 2025

1    Q.  And I'm happy to read the rest of it, but

2    thank you.  Paragraph 332 alleges that "Defendants

3    also conspired to take and did take Sound Around's

4    Vendor Central account which was issued by Amazon

5    to Sound Around." Is there any basis for this

6    allegation against Executive Laundry?

7    A.  No.

8    Q.  Paragraph 335 alleges that "Defendants took

9    electronic records from Sound Around's computer."

10   Is there any basis for that allegation against

11   Executive Laundry?

12   A.  No.

13   Q.  Paragraph -- with respect to Paragraph 342,

14   is there any basis for the allegation that --

15   actually, withdrawn; we already covered that.

16        Is there any basis for the allegation in

17   Paragraph 342 that Executive Laundry sought to,

18   quote, "deprive Sound Around of property and

19   profits"?

20   A.  No.

21   Q.  Is there any basis for the allegation in

22   that same paragraph that Executive Laundry, quote,

23   "misappropriated and misused Sound Around's

24   trademark, trade dress, trade secrets, and

25   proprietary information to obtain a competitive

Jeremiah E. Brach
May 13, 2025

1    advantage over Sound Around"?

2        A.  No.

3        Q.  Is there any basis to the allegation that

4    Executive Laundry, quote, "manipulated the

5    marketing of pricing of Sound Around's products"?

6        A.  No.

7        Q.  Is there any basis for the allegation that

8    Executive Laundry, quote, "stole and converted

9    Sound Around's money"?

10       A.  Again, they helped out with the kickbacks,

11   so --

12       Q.  You mean they --

13       A.  They received the kickbacks.

14       Q.  They received kickbacks which China was

15   sending to Mr. Ilowitz in Executive Laundry's bank

16   accounts.  That's all you mean?  Nothing else?

17       A.  Correct.

18       Q.  Paragraph 344 alleges that "Defendants with

19   criminal intent and through a pattern of

20   racketeering activity operated their association,

21   in fact, that constituted a criminal enterprise."

22   Sir, do you have any basis for the allegation that

23   Executive Laundry had any criminal intent?

24       A.  I don't know.

25       Q.  So you don't have any basis as you sit here

Jeremiah E. Brach
May 13, 2025

1    today, correct?

2        A.  Again, I don't know what they helped out

3    here, so I can't say yes or no.

4        Q.  But you can't say yes?

5        A.  Again, I don't know if this is criminal or

6    not or --

7        Q.  You can't say one way or another?

8        A.  Right.

9        Q.  Just a few more questions.  With respect to

10   Paragraph 349 of the Complaint, is there any basis

11   for the allegation that Executive Laundry, quote,

12   "collected from Sound Around payment and

13   reimbursement of costs related to their competing

14   business"?

15       A.  So -- no.

16       Q.  Is there any basis for the allegation that

17   Executive Laundry, quote "usurped and diverted

18   Sound Around's corporate opportunities"?

19       A.  No.

20       Q.  Is there any basis for the allegation that

21   Executive Laundry owed any obligation to Sound

22   Around to disclose its dealings with Mr. Ilowitz?

23       A.  I'm sorry.  The question again?

24       Q.  Sure.  Is there any basis for the allegation

25   that Executive Laundry owed any obligation to

Jeremiah E. Brach
May 13, 2025

1    Sound Around to disclose its dealings with

2    Mr. Ilowitz?  And that's alleged in Paragraph 349.

3        A.   Again, I'm not sure.  If he knew that he was

4    doing bad, then maybe he should have disclosed,

5    but --

6        Q.   Do you have any basis for understanding that

7    Mr. Rottenberg had any idea that there was anything

8    untoward?

9        A.   Something was fishy here, getting from China

10   money, so it's definitely a concern of why he did

11   what he did; I'm not going to say he was so

12   innocent.

13       Q.   Okay.  So what is your basis for saying that

14   something was fishy?

15       A.   Getting Chinese money, knowing that he works

16   for a company that's buying products; he's getting

17   checks, so it's definitely questionable.

18       Q.   When you say "knowing that he's working for

19   a company that's buying products," are you

20   referring to Mr. Ilowitz?

21       A.   Yeah, he was getting checks from us, getting

22   wires from China.

23       Q.   So you're saying there was something fishy

24   about Mr. Ilowitz receiving checks from China?

25       A.   Yes.

Jeremiah E. Brach
May 13, 2025

```
1        Q.  But there was -- was there anything fishy
2   about Mr. Ilowitz getting checks from you?
3        A.  No.
4        Q.  Why wasn't there anything fishy about
5   Mr. Ilowitz getting checks from China?
6        A.  Because people don't get wires from China
7   like that.
8        Q.  Sound Around didn't get wires from China?
9        A.  Not really.
10       Q.  "Not really," or --
11       A.  I mean, I can't say we never got a wire from
12   China.
13       Q.  So Sound Around did get wires from China?
14       A.  Not the amounts that Mr. Illowitz got from
15   China.
16       Q.  Okay.  What amounts did Sound Around get --
17       A.  Very small amounts.  Either overpay of a
18   product, sometimes a product refund that we
19   double-wired by mistake so they would send us back
20   money.  Other than that, they didn't really get
21   anything substantial, not in the millions of
22   dollars.
23       Q.  How much money in kickbacks per year did
24   Sound Around get last year from companies in China?
25       A.  Sound Around doesn't get kickbacks from
```

Jeremiah E. Brach
May 13, 2025

1    China; Sound Around pays to China.

2        Q.   So Sound Around never got kickbacks from any

3    company in China?

4        A.   Correct.

5        Q.   In Paragraph 376, it refers to money due

6    from Defendants to Sound Around.  Is there any

7    basis for the allegation that Executive Laundry

8    owes any money to Sound Around?

9        A.   No.

10       Q.   Thank you for your time, sir.

11       A.   That's it?

12       Q.   Yes.

13       A.   Oh.

14           (Whereupon, this examination was concluded

15       at 6:17 p.m.)

16

17    _____

             JEREMIAH E. BRACH
18

19

             _____
20       Subscribed and sworn to
         before me this _____
21       day of _____, 2025.

22       _____
             Notary Public
23

24

25

Jeremiah E. Brach
May 13, 2025

1                          CERTIFICATION

2

3      I, DAVID NOVICK, a Notary Public for and within

4    the State of New York, do hereby certify:

5      That the witness whose testimony as herein set

6    forth, was duly sworn by me; and that the within

7    transcript is a true record of the testimony given

8    by said witness.

9      I further certify that I am not related to any of

10   the parties to this action by blood or marriage,

11   and that I am in no way interested in the outcome

12   of this matter.

13     IN WITNESS WHEREOF, I have hereunto set my hand

14   this 13th day of May, 2025.

15

16   _____

17        DAVID NOVICK

18

19                *      *      *

20

21

22

23

24

25

Jeremiah E. Brach
May 13, 2025

1                    ERRATA SHEET

2    CASE NAME:   SOUND AROUND, INC. v.
                  MOISES FRIEDMAN,
3                 SHULIM ELIEZER ILOWITZ,
                  ML IMPORTS, INC., CYRF, INC.,
4                 LRI GROUP, LLC, EXECUTIVE SERVICES,
                  EXECUTIVE LAUNDRY, LLC,
5                 MDF MARKETING, INC., WORLD GROUP
                  IMPORT, LLC, HEFEI PAIDONG OUTDOOR
6                 PRODUCTS CO., LTD.
     DATE OF DEPOSITION:  5-13-25
7    WITNESS' NAME:  JEREMIAH E. BRACH

8    PAGE/LINE(S)/    CHANGE            REASON
     _____/_____/_____/_____
9    _____/_____/_____/_____
     _____/_____/_____/_____
10   _____/_____/_____/_____
     _____/_____/_____/_____
11   _____/_____/_____/_____
     _____/_____/_____/_____
12   _____/_____/_____/_____
     _____/_____/_____/_____
13   _____/_____/_____/_____
     _____/_____/_____/_____
14   _____/_____/_____/_____
     _____/_____/_____/_____
15   _____/_____/_____/_____
     _____/_____/_____/_____
16   _____/_____/_____/_____
     _____/_____/_____/_____
17   _____/_____/_____/_____
     _____/_____/_____/_____
18   _____/_____/_____/_____
     _____/_____/_____/_____
19   _____/_____/_____/_____

20        _____

21          JEREMIAH E. BRACH

22   SUBSCRIBED AND SWORN TO
     BEFORE ME THIS_____DAY
23   OF_____, 2025.

24   _____

25        NOTARY PUBLIC

     MY COMMISSION EXPIRES_____

Jeremiah E. Brach
May 13, 2025

---

**$**

**$1,000**
49:16 58:11,
15,17,22
67:6 153:20
155:23 156:1
252:8
**$10**
90:1 240:25
241:13
**$10,000**
81:3 91:25
201:1
**$100**
56:5,10,12,
13 69:17,18,
21 70:6
**$100,000**
68:16 69:15
91:24 109:12
156:13,14
**$120**
112:8,20
114:10
**$13**
90:2
**$130**
56:6
**$150,000**
123:10
**$1500**
254:7
**$2,000**
30:17 87:15
203:7
**$2-and-a-half**
70:17
**$2.3**
256:15
**$20,000**
201:2
**$200,000**
81:6,15
123:11
149:18

**$3**
56:16,17
**$30**
56:15
**$30,000**
80:24 81:14
**$300**
254:3
**$300,000**
150:17
**$300,000-plus**
64:20
**$400,000**
156:15
**$5**
70:11,13,16
72:4,10
**$5,000**
30:15 68:17,
18 201:2
**$50**
70:9
**$50,000**
43:4 64:23
148:2 154:1,
6,23 155:19,
24 157:6,11,
17 158:13
159:12 166:6
**$500**
30:17 252:8
**$500,000**
64:23 150:17
198:21 199:1
229:22
**$80**
53:5
**$80,000**
149:18
**$800**
148:22
153:19
**$800,000**
159:8 199:12

---

**-**

**-7**
18:15

---

**1**

**1**
290:25
**1,000**
254:9
**10,000**
81:19
**100**
56:16 70:7,
9,10 72:1,9
234:12,13
**100,000**
81:2,18
**100-**
123:9
**1099**
66:21 67:1,
3,7,9,16
133:17,22
134:6 138:9
152:24
154:16,17
155:20
157:10
164:21
165:4,16
167:3,4
280:14
**1099s**
59:15
194:21,23
270:13,16
**11204**
6:11
**11219**
8:13
**11:34**
73:18
**11:41**
73:19

---

**12**
83:24 105:17
**12-month**
82:13
**120**
168:9,14
189:18 221:3
222:12
**13th**
35:24
**1455**
8:13
**14th**
35:24
**15**
126:4 235:14
269:1,3,8
270:2
**1500**
254:3,10
**1501**
16:16
**15th**
46:8
**1600**
6:11
**16th**
46:9
**17.99**
193:18,19
**180**
258:14
**184**
289:10
**19**
57:8
**19.99**
193:14,16,19
**1973**
8:15
**1990s**
36:15 88:17
**1991**
15:2
**1995**
14:19 51:5

---

**1996**
 14:23 18:15
 122:16
**19th**
 135:6
**1:03**
 128:13
**1:46**
 128:13
**1P**
 68:4 186:18
**1st**
 76:16,22
 126:3

---

**2**

**2**
 291:1
**2,000**
 126:9 203:9
**2,362,000**
 256:3
**20**
 19:3 38:1
 110:18,23
 139:11 159:4
 253:7
**20/80**
 27:20
**200**
 289:22
**200,000**
 78:13,15
 79:21 80:25
 81:11
**2000s**
 89:22 141:2
**2006**
 243:23
**2008**
 243:22
**2009**
 21:18
**200K**
 79:16,19

**2010**
 21:18
**2012**
 40:24
**2013**
 40:24
**2016**
 43:23 225:11
**2017**
 51:7 52:1
 114:8 176:4
 225:11
 231:19 232:2
**2018**
 43:16,18,19
 44:3,5
 54:15,20
 57:7,13
 58:9,10,24
 59:3,6 60:3,
 7,9 61:7,15,
 18,21 64:19,
 20 66:23,24
 67:14 129:5
 130:5 131:3
 149:15,19
 157:5 176:5
 189:8
**2019**
 42:14 64:24
 65:17 66:11,
 14,20 67:3,5
 145:7 151:2
 153:1 158:21
**2020**
 21:23 83:1
 96:20
 154:17,19,24
 156:7,25
 158:8 159:4
 222:17 252:5
**2021**
 21:23 76:16
 82:25 83:1
 139:12
 159:5,8
 222:17,18,20
 223:2,17

 275:25
**2022**
 133:7 135:6
 137:12 157:4
 159:7,10
 168:7 169:2
 176:21
 186:14 187:4
 194:24 213:3
 219:8
 222:10,13,25
 223:11,22
 224:1,12
 275:25
**2023**
 97:15 98:14
 137:11,14
 170:3,4
 176:21
 194:24,25
 203:3 211:7,
 9,14 212:19
 219:8 221:17
 223:25
 224:2,8,11
 272:23
 274:13 275:9
 276:3
**2024**
 41:22,25
 42:1,16,17,
 18 83:22
 84:7,8
 213:10
 226:11
 260:21
 265:14
 274:13
**2025**
 298:21
**22**
 110:19,23,25
 186:15
**225**
 290:22
**23**
 205:2

**240**
 291:14
**25**
 54:5 105:18
 107:9,12
 237:13,14
**254**
 291:21
**255**
 291:21
**263**
 292:6
**27**
 107:13
**28th**
 8:15
**29th**
 133:7

---

**3**

**3**
 291:3
**3,000**
 203:9
**30**
 34:10,11,14
 55:23 56:1,
 14,16 80:4,8
 109:5 168:14
 176:1 225:1,
 3 253:7
**30,000**
 81:19 126:24
 127:2,3
**300**
 120:2
**300,000**
 80:10,12
 81:13
**300-plus**
 149:20
**300K**
 79:25 80:21,
 22
**31**
 171:17,18

**329**
  292:20
**332**
  293:2
**335**
  293:8
**342**
  293:13,17
**344**
  294:18
**349**
  295:10 296:2
**35**
  56:23,24
  165:13
**365**
  258:13
**376**
  298:5
**3:02**
  180:15
**3:07**
  180:16
**3P**
  26:8 28:24
  186:11
**3PL**
  97:19 98:10
**3PO**
  230:1,5
**3rd**
  41:25 42:1
  277:1

---

**4**

**4**
  291:4
**40**
  122:18
  126:8,9
  225:1
**40,000**
  150:7
**4:12**
  227:9

**4:18**
  227:10

---

**5**

**5**
  291:7
**5,000**
  126:15,20,24
**50**
  25:19,20
  36:23 37:2
  53:1,3,5
  70:8 72:3,11
  113:9,12
  114:7,10
  121:22 122:5
  124:20 150:8
  285:8 286:11
**50,000**
  151:19
  152:21 157:3
  158:22
**50/50**
  27:18 30:15
**500**
  120:3 121:4,
  5
**53**
  208:3,6
**58th**
  46:8
**59th**
  8:13
**5:34**
  270:25
**5:40**
  271:1
**5th**
  265:14

---

**6**

**6**
  291:9
**60**
  52:25 109:5

**234:10**
**600,000**
  150:17
**60th**
  16:15,16
  35:23
**63rd**
  6:11 16:14
**64**
  208:13
**65**
  210:10
**6:17**
  298:15

---

**7**

**7,000**
  126:22
**7-**
  159:8,12
**70**
  124:20
**79**
  214:3

---

**8**

**80**
  53:3 114:7
  122:19
  124:20
**80/20**
  27:19
**800**
  125:13
**800,000**
  159:13
**82908**
  258:1 259:8
**83K**
  259:6,8
**86**
  258:3
**86906**
  257:23 258:1

**86910**
  259:9

---

**9**

**90**
  53:4,10
  261:25
**906**
  258:3
**908**
  258:3
**91**
  260:22
**95**
  16:9 53:11
**96**
  16:9
**98**
  80:16
**99**
  80:16

---

**A**

**a.m.**
  73:18,19
**Abe**
  32:1 77:7
  127:25 128:1
  130:11
  133:12,13
  160:14
  175:8,13
  180:25 182:1
  195:25
  196:1,9
  206:4,6
  229:9 232:1,
  10,14 245:9,
  10 251:9
**Abe's**
  41:13,14
  205:7 225:14
  231:24
**ability**
  11:5,9

Jeremiah E. Brach
May 13, 2025

291:10

**able**
29:24 56:20
57:4 73:8
125:9 127:2
150:13
186:17
187:11,23
203:14
286:17

**above**
103:16
107:14,23
150:15

**Abraham**
229:9,10

**abuse**
102:16

**Abuse-insert**
245:15

**Abuse.upon**
245:16

**acceptable**
218:23

**accepted**
100:17

**access**
34:18 96:12
111:21
112:1,2
200:23,24
205:7 244:5
265:19,25
269:21,25
270:1,9,17,
18

**accomplice**
285:14 286:8

**account**
26:8 29:3,6
30:5 68:19
111:20,25
150:12
176:16
178:2,4
186:18,20,22
187:19

188:3,10,16
197:24
198:10 199:2
200:2,19,23
201:1 202:23
228:18
230:16
245:5,8,18
248:4,11
249:13
252:2,20
259:19 260:3
261:14,16,23
262:5,12
263:3,6
264:4,13
265:19
266:3,4,10,
11,14,18,20,
21,24 267:4,
22 268:1,4,7
275:13
276:10
284:4,9
293:4

**accountability**
19:24 253:14
254:14,15
255:10,15

**Accountability's**
253:16

**accountable**
19:21 83:10

**accountant**
34:24 35:7,
10 36:1,3,11
38:6 60:18
138:8 160:13

**accountant's**
35:9

**accountholder**
261:23

**accounting**
98:18 198:23

**accounts**
29:2 186:10

187:6,10,13
188:6 198:4,
8 228:9,16
248:10 284:7
286:23
292:23
294:16

**Accuracy**
46:21

**accurate**
48:1,7,9
54:11 58:22
109:13
171:21

**accurately**
11:5,10

**accusing**
278:7,8

**Acknowledgment**
163:14,18

**acquired**
291:1

**across**
104:25 105:6
106:24 107:3
256:2 257:9
258:25

**act**
172:7

**action**
7:20 42:19
141:16
186:17

**actions**
9:2 181:11

**actively**
21:14

**activity**
27:3 268:22
294:20

**acts**
10:10 292:13

**actual**
55:6 85:8
87:18 88:25
98:5,6 99:3

103:16
107:14,23
110:24

**actuary**
74:24 75:8,
10

**ad**
92:20 195:14
250:14 251:1

**add**
107:24
111:14 208:9

**added**
71:5,10
103:16 111:1
112:25
169:16 276:7

**addition**
20:8 48:22
49:22 69:6
71:9 72:24
75:12,13
118:22
152:23

**additional**
69:8 111:14
113:17 147:5
182:10
284:15

**address**
6:10 8:12
13:22,23
14:1 35:22
45:24 46:1,
2,3,4 48:4
96:5 240:17,
19 262:18
263:19,21,23

**addressed**
95:19

**adjusted**
95:7

**admin**
137:10

**administrative**
98:12,15,21,

Jeremiah E. Brach
May 13, 2025

24 99:10
101:6,8,11,
14 102:24
108:11
135:25
136:5,11,19
137:9,19,24
138:17
139:8,10
141:11
144:15,16
**administrators**
141:4
**admonition**
152:18
**advantage**
294:1
**advertise**
183:18,19
185:14
195:9,10
288:15
**advertised**
251:2
**advertisement**
250:12,18
**advertisements**
92:16,17
185:17,18
**advertising**
92:25 118:9
128:23 250:4
**advice**
134:9,12
**advises**
134:4
**advisor**
129:25 138:8
**Advisors**
129:6,12,25
131:10
132:17
133:4,11
135:1,5,11
138:1

**affect**
11:8,11
223:25 224:4
**affected**
224:2,19
**affiliated**
261:22
**affiliates**
33:2 36:19
**affiliation**
292:15
**affirmed**
6:3
**afterwards**
117:15
**Age**
258:11,12
**aged**
257:19,22
258:1,6,7,9,
17 259:10,12
**agencies**
37:5
**agency**
37:11,12,22,
23
**aggressive**
128:3
**ago**
34:11 201:8
251:18
**agree**
102:17
115:15 172:5
276:20
**agreed**
55:22 62:22
157:6 280:6
**agreement**
27:25 28:2,
6,12 44:6,
10,12,15,18,
21 45:7
46:22 47:11
48:12 51:7
53:12,19
54:13,15,18

55:1,5,6,12
57:15 58:11,
19,21 62:6,
7,8,13,20,23
63:3,23
64:11,25
65:14,22,23,
24 66:2
110:21
111:7,11
145:13,14,
17,18,19,22,
24 146:1,2,
7,10,13,16,
21 163:10
189:7
**agreements**
27:14 28:4
29:25 44:24
45:11 55:13,
14 112:3
146:13
188:20
**ahead**
102:6 161:23
171:15
**AHR**
245:16
**air**
15:21 107:8
121:17
124:17
125:5,9,17,
24 126:2,17
127:5 191:23
235:20,23,25
236:3,17
237:12
**aisles**
98:8
**algorithm**
223:7
**allegation**
283:2,5
285:11
287:13,17,22
288:1,9,13,
19,25 289:3,

9,16,20
290:3,9,16,
23 291:19
292:2 293:6,
10,14,16,21
294:3,7,22
295:11,16,
20,24 298:7
**allegations**
218:7
284:19,23
290:13
291:12
292:18,24
**allege**
174:20
181:18
182:15
189:11
190:12 197:3
205:20
207:19
216:12 262:1
264:1
**alleged**
173:4 181:8
213:20
220:14
261:25
288:10
291:14 296:2
**alleges**
259:18
282:15 285:8
286:11
291:22
292:6,20
293:2,8
294:18
**alleging**
190:22
205:24
287:5,10
**Allegra**
40:6
**allow**
232:1

**Allowance**
  28:19 29:11,
  14 56:7,8
  68:6,9,24
  109:4,24
**allowed**
  151:6 158:3
  218:18
**Allyn**
  6:17
**altered**
  247:22
  249:20 250:1
**amazing**
  150:21
  225:21
**Amazon**
  24:3 26:7,
  10,20 27:7,
  16,17 28:17,
  18,20,24
  29:5,11,12
  30:5,6 40:6
  55:10 68:4,
  22,23,24
  93:1 99:20,
  25 101:4
  108:9,12,14,
  16,19,24
  109:12,15
  110:13,22
  111:7,19
  135:23,24
  141:21,22,23
  142:2,7,8
  143:8,9,25
  144:9 172:20
  177:23,24
  178:3,5
  183:20,23,
  24,25 186:5,
  6,11 187:25
  188:11,15,
  17,18 193:16
  209:8 222:15
  223:1,6,23
  237:25
  238:8,12,24

  241:13,20
  242:23
  243:4,21,23
  244:5 245:3
  259:19 261:8
  263:13 264:5
  265:3,13
  273:20 293:4
**Amazon's**
  222:19 243:6
  244:18,25
**America**
  104:9 223:2
  271:14
  275:10 276:5
**American**
  276:14
**amount**
  54:4 56:10
  66:12 69:1,8
  90:23 91:14
  96:11 100:16
  120:19,22
  125:10
  165:21 201:2
  237:17,19
  257:16
  258:15
  292:22
**amounts**
  105:15 120:6
  124:11 144:5
  201:3 203:11
  260:18,19
  276:6,7
  297:14,16,17
**analysis**
  138:1
**analytical**
  39:7 85:24
**analytics**
  121:13
  125:22
  126:23
  223:15
**analyze**
  138:4

**and/or**
  292:11
**Angeles**
  18:24 48:14,
  15,22 49:2
**answer**
  7:7 8:9
  12:25 64:24
  69:24 78:19
  85:15 98:20
  123:7 136:9
  147:20
  152:3,5,8
  160:25 161:2
  179:10,13,22
  180:23
  206:22 207:6
  219:18 221:6
  242:12
  283:12
**answered**
  179:9
**answers**
  179:12
**anybody**
  32:4 55:20
  111:24
  176:14 225:8
  246:7 267:23
**anymore**
  45:19 58:13
  66:8 124:3,
  25 125:2,16,
  20 159:14
  266:16
**anyone**
  11:25 31:25
  35:5 38:7
  118:5 127:8,
  22 181:24
  196:3 199:23
  218:11,17,25
  251:17
  263:20
  267:21
  269:18
  272:16
  278:25

**anything's**
  201:12
**apartment**
  249:12,14,22
**apologize**
  290:12
**app**
  31:2
**applied**
  92:7 248:6
**apply**
  141:3 144:3
  165:16
**applying**
  248:3
**appreciate**
  279:10
**approval**
  172:11
**approximately**
  13:25 15:13
  16:11 18:14
  21:24 36:21
  52:4 55:8,23
  112:12 114:3
**April**
  126:18 155:3
  187:5 211:9
  250:9 251:18
**area**
  15:16 39:2
**arguing**
  113:24
**around**
  7:18 9:15
  15:9 20:2,3,
  7,9,13 21:4
  22:3,7,10
  23:8,17
  25:14,25
  26:1 27:23
  28:1,3,5,7,
  10,12,13,14,
  20,22 29:3,
  8,17,18,22
  30:16,20,24
  31:5,15,21

Jeremiah E. Brach
May 13, 2025

32:12,15,20
33:2,11,17
34:13 35:1,6
36:1,12,19
38:12,14,15,
24 40:22
41:22 42:16,
18,24 43:4
44:5,10 47:8
50:9,18
51:8,12
52:2,12,15,
21 53:13
54:10 57:8,
12,17 58:10,
25 59:4,11,
17 60:10
61:8,12
66:20 69:7
73:8 75:15,
25 76:17
77:5 79:1,3
82:21 84:18
90:10,12
96:15,19
97:2 102:18
112:7,21
113:1,13
114:11,17,
21,23 115:20
117:10 118:6
120:12,15
122:22 129:5
130:5,7,18
131:11,24
132:6,9
139:7,20
141:10
145:14 161:6
162:2,10
163:2,6
168:25 169:2
170:12 174:1
176:15
178:4,7
180:8 182:17
186:7 190:18
192:25
194:21

195:10
198:15,19,
22,25 208:16
210:14
215:18
217:6,23
218:9 220:23
224:8 225:6
226:10
227:15
228:23
229:12,15,
21,24 230:6,
7 231:12,15
232:3 233:8,
11,14
234:17,18
237:7,16,18,
23 238:5
239:23
240:6,10
241:20
242:13,20,
23,25 243:4
245:24
246:13
247:23,24
248:2,6,21
250:3 251:1
254:16,17,21
258:20
261:15
262:2,13
263:2,16,20,
22 264:9,24
267:7 269:3
270:3
271:17,18,20
272:10,15,16
273:2,3,11,
22,25 278:23
279:2,9,11,
14,21,22
280:5,6,11
281:16 282:5
284:13
285:3,6,10,
20 286:12,13
287:15

288:16,22
289:14,25
290:10,20
291:3,9,23
293:5,18
294:1
295:12,22
296:1 297:8,
13,16,24,25
298:1,2,6,8
**Around's**
  81:9 112:25
  113:19
  197:5,7,11,
  17,19 199:8
  208:18,23
  214:4,6
  224:4
  240:19,22
  243:10
  248:12 262:7
  263:12 264:3
  267:3 285:12
  287:20,24
  288:3,10
  289:18
  290:18,24
  291:6,9
  292:9,11,16,
  22 293:3,9,
  23 294:5,9
  295:18
**arrange**
  128:17,21
  236:22
**arrangement**
  29:12
**arranging**
  220:21
**arrested**
  11:23 278:4,
  12,13
**arrived**
  104:12
**Art**
  118:8
**artificially**
  192:21

**ASIN**
  245:17
**asked**
  96:16 123:2
  149:23
  151:3,4
  160:4,10
  161:4,8
  162:1,9
  168:23 191:6
  202:14
  219:11,25
  230:6,12
  232:6,9,24
  249:2 251:14
  271:21,22,25
  273:23
  279:21
**asking**
  7:6,17 59:9,
  10 62:14,16,
  18 69:23
  73:3 76:10
  82:16,21
  83:12,18
  108:15 139:5
  141:9 156:6
  161:12 171:5
  173:12
  210:25
  213:16 214:2
  218:25
  219:9,23,24
  220:3 241:5,
  15,17 242:6,
  8 245:3
  246:4 260:4
  278:8,10
  281:9,10
**asks**
  283:21
**aspect**
  254:23
**aspects**
  182:22
  188:17
**asserted**
  7:20

Jeremiah E. Brach
May 13, 2025

**assessments**
130:2
**assigned**
55:21
**associated**
78:14 90:14
255:20 292:8
**association**
292:15
294:20
**assume**
7:25 45:1
56:4,23 70:8
72:1 83:13
86:20 109:16
125:5,11,18
126:2 156:12
158:10
205:11
220:18
239:24
260:21
**assumed**
72:1 104:11
219:23
**assuming**
198:2 199:8
256:13
261:15
**attached**
47:10 90:18
**attending**
210:14
**attention**
17:2 40:15
42:22 49:25
130:14
133:15 145:6
157:19
158:19,20
171:16 212:3
215:23,24
253:13
254:12
255:19 271:2
**attorney**
6:17 10:17
12:1,17,18

146:4,14
181:14,22
207:2
**attorneys**
13:4
**attractive**
209:23
**attributing**
138:16
**auction**
22:17
**audio**
19:6,7,8
50:19,23
51:4,9,10,
13,14,15
123:24
124:19
233:23
**audio-related**
53:8
**Auditor-q-
comments.
account**
245:14
**August**
126:12
211:11
**Australia**
39:18
**authority**
32:19,23,24
34:15
**authorization**
198:1,13
**authorized**
281:5
**available**
52:13 109:8
174:3,4
291:6
**Avenue**
35:24 45:20
46:8,9
**average**
56:13
100:15,19

109:20
110:11
130:18
**AVS**
109:6,24
**aware**
33:17,18
60:5,8,9,12,
15,20 61:7,
8,12,17
182:4 199:2,
7 211:3
213:25
217:9,22,24
228:6 238:5
246:24 247:2
248:20,22
278:25
279:6,7,18
283:15 285:4
**awhile**
216:6 272:25

─────────

**B**

**B-A-I-S**
13:15
**B-E-N-O-R**
196:22
**B-E-T-H**
45:17
**back**
9:23 10:23
18:2,12
25:11 28:21
30:12 41:4
42:3,22
47:12 50:23
51:5 57:9
62:1 67:25
68:14,17,22,
25 69:3,6,7
70:5,11,19
71:17,22,25
72:7,21
73:23 74:16
75:15 82:1
83:23 84:11,

13 86:11
87:14 88:17,
22 89:21
90:6,8 91:16
92:10 94:2
95:7,9,21
99:25 101:13
102:20
103:12 104:2
106:7 119:6,
17 121:20
125:8 127:10
128:2 136:7
139:10
141:13
147:20
151:16
158:15,21
175:21,23
203:4,5
208:19
211:18,24
212:1 227:12
232:1,8
237:21
238:11
259:15,16
265:2 297:19
**back-end**
74:15
**background**
45:6 74:21
152:19
**bad**
10:10 25:1,4
102:10 226:4
296:4
**Bais**
13:15
**bakeware**
161:4,9,11,
25 162:8,12
212:22
**Bakken-swiss**
189:22
201:10
**Bakkenmaster**
200:6 201:10

Jeremiah E. Brach
May 13, 2025

214:20
215:13
264:12
269:25
**balances**
248:3,9,13
**bank**
150:12
197:24
198:10
228:9,11,16,
18,20 247:22
248:4,7,8,
10,11,21
249:3,8,12
284:4,6,9
286:23
292:22
294:15
**barbecue**
263:4
**Barcelona**
202:3
**bargain**
119:2
**base**
57:22 98:9
126:13,15
150:8,9
156:21
**based**
30:8 55:7,25
56:25 65:21
81:13 84:25
85:12 87:9
88:18 90:2,
3,17 91:15,
18 97:23,24,
25 98:2,9
99:2 100:4
103:18
104:22 105:7
106:23 107:4
121:1 127:15
132:2 133:4,
9 135:9
137:25
147:22

158:12
161:20 166:8
167:3 168:6
169:18,19
181:11
249:23
253:24,25
257:2
**basically**
22:15 27:21
78:12 91:18
154:6 178:3
260:7 272:23
273:8
**basics**
152:20
**basis**
111:10
281:15
282:2,9
283:1,5,24
285:11
287:9,13,17,
22 288:1,8,
13,19,24
289:3,16,20
290:2,8,16
291:11,18
292:2,17,23
293:5,10,14,
16,21 294:3,
7,22,25
295:10,16,
20,24 296:6,
13 298:7
**bath**
234:2 241:6,
11
**bathroom**
180:14
**begin**
40:21 42:13
**beginning**
29:16 42:14
50:12 51:14
59:6 75:12
83:1,21
91:2,17

153:3 257:11
**beginning-
beginning**
92:13
**behalf**
26:1 59:24
60:10 61:4
198:19,22
210:14,17
245:24
247:23
**behavior**
194:7
**behind**
127:9 161:15
274:9
**believe**
51:11 174:11
175:2 184:21
198:5 213:5
219:13 236:4
263:5 265:4
276:24
280:19,21
281:2,3,10
283:1
**believed**
265:21
**believing**
281:15
282:2,9
283:24
**belonging**
289:25
290:10
**belongs**
25:20 177:12
**below**
107:18,19,20
258:25
266:24
**benefit**
197:10
225:10 291:7
**benefits**
164:20 165:3

**benefitted**
225:17,20
271:18
**Benor**
196:20
**Berlin**
211:15
**besides**
15:13 30:25
31:1 87:18
142:12 178:5
203:14 233:3
248:6 276:3
279:8
**best**
13:8,9 26:17
110:20
172:8,10,16,
23 220:17
**beth**
45:14,15,16,
20
**better**
136:10
**BI**
70:24 73:14,
24 74:5,12,
17 75:4
90:17 91:5
93:16,17,20,
24,25 94:6,
7,9 95:16
96:14,18
106:2 114:15
143:22
144:5,11
145:4 221:19
222:1,2
224:17,18
227:1
255:16,18
276:8
**Bible**
14:7,9
**big**
15:14 82:24
99:20 100:6
122:23

139:22
140:21
142:20 143:7
159:25 190:8
194:9 195:1
213:9 221:16
222:18
224:25
225:19
252:16
276:6,22
277:10,16
**bigger**
143:14
210:24
**biggest**
23:17
**bill**
87:24 100:6
201:15
**bind**
32:20,22
**birth**
8:14
**bit**
20:11,14
24:11 39:12
43:4 50:24
54:8 56:22
85:22 90:25
96:3 108:20
118:11
119:2,6
147:19 149:5
162:12
224:3,6
241:3 275:13
**BJ**
19:11
**block**
262:15,16,19
**blowers**
15:22
**blue**
193:11
**blue-collar**
16:5

**board**
104:25 105:6
106:24 107:3
**boards**
124:18
**BOL**
40:6
**book**
52:22 89:20,
22
**bookkeeper**
18:1 33:25
**born**
8:16 277:3
**boss**
159:23,24
160:3,4,22
161:22,24
162:22
**bottle**
193:7
**bottles**
193:8
**bottom**
76:11 165:12
**bought**
9:22 18:11
118:14
121:18,19
127:9
202:17,24
223:19,20
249:11 252:9
272:7,22
273:1
**box**
24:1 26:19,
21
**boxes**
214:24 244:4
**Brach**
6:8,14
227:19,21,23
228:4,7,9,23
229:9,10
246:17 247:6
278:19

298:17
**Brach's**
247:3
**brain**
161:15
**brainchild**
162:3,9
**brand**
51:17,22
92:21 191:3
195:15 200:6
204:15
231:16
233:15,17,
18,20,24
234:8 262:23
285:5 292:8
**brand-name**
9:20
**Brandings**
21:9
**brands**
33:4,8 92:24
150:19 187:4
189:22
190:1,2
261:22 282:4
285:1 286:7
288:5 292:17
**breach**
292:3
**breached**
291:22
**breaches**
291:25
**break**
8:7,8,10
73:18 99:4
127:16
128:9,12
179:7,8,11,
19,20,21,23
180:13,14,15
227:7,9
270:22,25
**breakage**
100:19

**bribe**
259:18
260:10,14,15
**briefly**
67:20
**bring**
13:10 50:14
87:16 88:8,9
114:20
119:19
124:22,23
125:12
139:23
140:23 154:4
156:12,15
161:4,8
162:2 185:4
211:24 212:1
230:6 234:22
236:6 267:10
**bringing**
83:8 162:5
209:5 224:22
**brings**
94:2
**broad**
233:21
**broke**
9:6
**broken**
9:11
**Brooklyn**
6:11 8:13,17
13:21 18:25
35:21 46:9
247:9,11
**brother**
12:6 32:1
38:25 39:10
41:6,9,12,
13,14 57:1
116:9
122:10,24
123:3,13
130:11 133:5
135:12
149:23
175:13 182:1

196:1 229:9
245:10
**brother's**
41:18
**brother-in-
law**
32:6 41:13,
16 122:10
123:12,15
225:14
232:13
**brought**
7:18 10:3,13
65:1 75:4,5
89:6 100:8
106:8 112:22
113:18 121:4
124:16 140:5
142:6 160:6
209:11
219:14
222:16 271:4
**buffers**
87:7
**build**
20:22 125:2
274:22
**building**
31:2
**buildings**
20:22
**built**
226:7
**bump**
121:11
**burden**
23:17
**business**
6:9 8:25
9:14,15,17,
19 14:10
15:13,15
16:3 17:1,15
19:8 20:17
21:7,9,15,25
22:2,4,11,24
23:1,2,7

24:8 25:12,
18 31:6
36:14 39:5,
11,16 51:3
86:3,12
103:1
112:20,25
113:13,19
114:11
117:19
122:13,14,20
123:20
124:5,12,14,
25 129:6,7,
12,25 131:10
132:17
133:3,11
135:1,5,11
138:1 143:2,
6 160:2
169:10
175:18
178:15
182:19,22
183:1,5,6,7,
9,10,12
184:21,23
185:20,24,25
187:23 189:4
190:3 202:22
205:16
208:10
210:12,17
212:12,14,17
213:8,11
214:5,6
215:17
218:24 228:6
230:18
231:6,19
232:17,25
233:2 254:23
261:3 272:19
283:25
291:10
295:14
**businesses**
21:2 31:8
139:15

153:22
291:18
**busy**
22:6 24:12
75:6 123:25
204:9
**buy**
18:4 20:18
27:10 75:15
119:9,23
120:13,16
121:7 126:22
172:12
173:25
192:12
203:17
223:7,8,18
225:15
286:17
**buyer**
49:23 55:11
78:2,15
81:8,14
83:16,25
99:16 123:4,
16,17 127:21
131:17
146:25
147:1,3,8
148:19
153:12,17
171:18
191:10
192:25
193:12
225:12 226:1
242:14
255:19 256:9
**buyer's**
80:19
**buyers**
55:12,18
81:21,22,25
82:8,22 83:3
89:24 124:6,
12 131:18
133:17
134:16

135:15
138:22
148:14
153:16,22
154:11
191:13,25
194:22
224:21
225:5,7
226:9,13
227:3 236:7
237:10,14,
16,18 241:24
242:16
**buying**
18:9,11
20:18 23:13
44:1 86:4,7
119:11
150:18 169:9
203:18
211:23 272:7
296:16,19
**buys**
174:2,5

---

**C**

---

**C-H-A-I-M**
46:14
**calculate**
55:19 56:20
66:8 72:12
79:23 87:3
88:5 89:9
90:15 97:10,
17,18 99:14
167:23
169:7,9
185:10
201:21
247:12
**calculated**
65:25 66:6,9
72:13 80:21
86:18 87:20
89:3,5 90:4
93:5,23

95:25 99:24
101:25
109:17
110:10 144:4
169:22,24
237:21
277:11
**calculates**
79:21 256:21
257:1
**calculating**
67:21 84:19
140:25
**calculation**
55:8 78:4
80:24 84:16,
25 89:2
102:1
104:15,19
124:13 170:2
**calculations**
95:4 136:24
**calendar**
52:1 77:21
82:13 83:6
**call**
18:20 26:12
27:15 38:13
40:11 48:17,
19 54:19
55:9 64:17
77:9 85:11,
25 86:2,15,
16 88:19
101:19
104:22 122:7
124:6,16
137:10,14
144:22 180:1
187:16 196:7
205:17
207:12,14
221:22
223:8,10
242:1 243:25
262:19
275:15

**called**
15:11,18
24:5 26:22
28:19,24
29:6 31:9,10
45:21 49:23
67:10,17
68:6 86:1
90:5 101:25
105:1,2
111:2 119:25
123:23 129:6
138:3,19
145:19,23
185:12 229:5
234:25 235:1
236:25
262:16
**calling**
138:23
**calls**
261:9
**camping**
271:24
**Canada**
39:19 275:6
276:4,5,14
277:10
**Canada's**
276:11
**Canadian**
275:22
276:13
**cancel**
142:24
**canceled**
70:16,17
71:19 72:8
**cancer**
269:9
**capable**
150:1 153:16
**Capital**
240:11 246:5
**car**
15:4,5 19:6,
8 50:23

51:9,13
**card**
197:24
198:4,9,14,
17,19 199:9
205:7,8,10
240:2,4,12,
25 241:14
242:8,11
246:5
**cards**
199:22
241:20
242:21
244:6,7
270:8,10
**care**
10:22 17:21
39:2 123:21
191:25
194:17
276:14
**case**
7:9 9:10,21
10:1,7,9,11,
15,22 12:4,
11 43:22
70:11 81:2
155:10
156:17
165:11
208:21 234:6
237:19,22
239:24
241:23 244:1
251:2 271:20
279:5
**categories**
55:20 68:10
101:10 110:9
190:16 210:9
235:15 256:8
261:4
**categorize**
235:20
**category**
68:7 85:9
105:3

109:20,21
110:6,7,8
130:15
190:20 191:8
232:20 234:3
**caught**
254:5
**caused**
215:24
**causing**
287:11
**CBM**
86:16
**CC-ED**
219:12
**cell**
246:21 247:3
**Central**
68:12 111:20
177:25
186:10,12,
18,20,22
187:6,9,13,
14,19 188:3,
6,10,16
259:19 260:2
261:14,16
262:5,12
263:2,14,17
264:4 265:19
267:21 293:4
**cents**
70:8 72:11
93:2
**certain**
10:3 14:14
18:23 24:4
28:5 43:24
54:4 55:11
56:19 57:3
58:17 61:1
70:4 71:25
75:13 77:10
79:12 84:18
85:1 97:1
99:9 106:20
110:18,19
114:1 115:1

119:10
135:20
143:15
145:18
146:12
157:15
158:22 166:9
183:12
184:21 185:9
186:24
187:15,16
188:2,7,9
191:3 193:1
195:13
200:16
204:13
214:14 219:2
230:12
232:20
233:10 235:8
237:8 242:5,
7 243:13
256:11 260:8
263:7 271:2
279:22 283:7
284:19,23
291:23
**Certificate**
46:21
**certification**
14:5
**certification
s**
14:3
**cetera**
189:22,23
256:4
292:17,23
**Chaim**
46:14
**chain**
182:6 223:3
236:10 265:8
268:9
**chance**
84:3 87:22
159:19

**chances**
70:10
**change**
57:5 65:25
66:2,3
105:9,10,12,
19,24 107:3
110:23
123:19
139:15
234:18,21
248:9,13,21
249:3,8
**changed**
43:17 44:2
54:25 57:21
65:23 66:13
84:17,24
90:24 94:3
105:13,16
106:2 110:25
111:4 168:6
205:14 248:3
**changes**
66:18
**changing**
205:14
**chapped**
15:24
**charge**
38:23 68:9
69:7 71:6,10
72:25 73:24
83:10 84:13,
18 85:7 93:3
97:13,14
98:12 99:12
104:24 105:7
107:9,13
108:1,9,11
109:6 140:19
142:1,10
143:16
144:13,14
169:3,5,6
172:4,21
204:17
237:10,13,16

243:10,11
275:17,19
**charge-backs**
99:20
**chargebacks**
136:1 142:4,
7,8,9,15,23
143:3,5,6,7,
8,9,13,14
144:7,10
**charged**
58:4 69:3
70:25 71:1,
7,8 72:21
74:15 78:1
79:19 81:20,
22,24 83:23
85:1 88:25
89:6 96:23,
24 97:11,19,
23 98:1,2
99:9,15,16
100:5 101:14
102:13,22
103:3,7
105:5 106:18
108:3,6
136:19,22
140:18
142:2,23
144:25
171:20,23,24
172:2 199:1
237:11,20
**charges**
30:5 98:11
108:16
136:25 137:7
143:17,21
144:2,25
**charging**
69:6 98:16
99:25
102:10,11
136:4,8
169:3 194:15
237:18

**charity**
270:7
**chart**
258:21,25
**Chaser**
244:9,24
245:5
**cheaper**
88:11 209:23
235:6,16,17
**check**
73:6,11
95:24 96:8,9
140:16
154:25
157:14 159:3
211:16 277:3
**checkbook**
34:18 283:8
**checkbooks**
283:6
**checked**
43:20
**checking**
23:24
**checks**
34:16 93:21
140:21
279:9,14,21,
23 280:7,11,
15,16,23
281:5
296:17,21,24
297:2,5
**Chicago**
19:1 115:25
211:13
212:21 213:3
**child**
85:20
**China**
115:24,25
123:25 124:1
125:1 168:9
211:6 212:20
213:2,23
214:12 215:9

218:19 280:3
281:21,25
282:4 294:14
296:9,22,24
297:5,6,8,
12,13,15,24
298:1,3
**Chinese**
191:5 251:20
252:1,15
286:20,21
287:2 296:15
**circumstance**
68:23 172:7
249:17
**circumstances**
120:12 248:2
249:2,7
262:3 291:1
**City**
36:8 246:21
247:4
**civil**
45:9,22
**claim**
192:20
239:18
289:10
**claims**
276:16
**clarification**
49:15
**clarify**
147:13
**Class**
9:19 22:1
23:8,9 26:4,
6 248:23
249:3
**Class's**
24:17
**classes**
14:3
**classification**
234:19

**classifications**
234:21,24
235:3,18
**classifying**
237:8
**clean**
244:6
**cleaned**
244:2
**cleaning**
234:1
**clear**
26:2 49:5
54:8 55:4
106:6 138:7
152:13
220:17
246:10
**clearer**
72:18
**clearest**
98:9
**clearly**
152:1,5
**clerical**
17:25
**click**
92:16 93:1,2
183:17
**client**
187:18
**close**
22:6 34:14
113:9 225:8
290:15
**closed**
248:25
**closely**
76:10
**closing**
22:17
**clothes**
283:19
**clue**
240:15

**co-**
109:14
**co-op**
56:7 74:15
109:1,23
**co-ops**
54:1
**Coast**
88:9,10,11,
12,13
**coating**
289:5
**code**
235:12,14
236:18,19
**Cogan**
40:11
**Coke**
193:7
**colitis**
11:17
**collected**
295:12
**collectively**
284:20,22
**college**
14:15 74:23,
24
**color**
118:11
193:10
**column**
255:23
**combination**
226:17
**combine**
90:19
**combined**
112:6
**come**
19:21 21:7
22:17 25:1
28:21 38:20
56:9 68:17,
22 70:5,10
91:22 96:2
102:7 117:3

118:1 125:23
138:4 151:16
157:10
159:7,13
169:15
187:24
195:14 207:8
232:1,10
263:24 267:7
**comes**
38:17 54:3
56:6,11
68:15,25
140:2 148:23
152:13 157:8
202:19
**comfortable**
56:21 136:12
**commandments**
232:16
**commercial**
283:16,18
**commission**
53:17 55:1,7
57:19 63:15,
18 65:21
67:25 69:2,7
71:9,17,21,
24,25 72:2,
20,24 80:20
81:3,10,15,
17 84:16,20,
23 90:10,15
97:11
101:16,17
102:14,23
105:6,7
130:19
131:12
134:15
148:10
149:5,6
153:13
154:25
155:9,14,19,
20,21,22
156:8,22
157:14

Jeremiah E. Brach
May 13, 2025

158:4,17
166:3,8
167:22,23
168:11
169:21
194:13
271:12,13,14
274:1 275:6,
20,21 276:3,
12 277:9
279:22
**commission-
based**
63:13 166:5
**commissions**
64:13 65:14
78:16 79:19
89:7 90:23
96:24 98:13
103:8 108:2,
10,12,17
135:14,21
136:20
144:3,4,25
148:6,25
151:1,6,11
152:24 153:1
157:15
158:11,23,25
159:1,4
166:13 169:4
218:2,11,19
220:12
253:25
271:5,7,9
273:8,15
274:25 276:1
280:8,12
**communicate**
208:24
279:10,13
**communicating**
39:14
**communication**
171:3,6
177:23,24
212:25

**communication
s**
170:20 178:1
213:17
**community**
160:14
218:24
**companies**
24:19 27:16
30:22,24
33:3,8,10,
13,14,16,19
55:10 92:23
97:4,7
100:12 142:9
148:15,18
153:15,18
154:13
178:17
274:22
282:18
286:22 287:2
288:5 297:24
**company**
9:9 10:11
18:2,18
19:19 25:13
27:22 33:5,9
34:20,22
37:19 48:10
53:22 57:3
63:7 64:17,
18 67:9,12,
16 72:3
82:25 85:21
86:10 88:4
89:3,5 92:20
98:25 99:15
100:5
101:22,23
102:17
119:16
122:11,12
123:1,15
124:9 125:8
129:24
135:18 138:5
139:20

145:11
146:4,7,15
149:15,16,21
150:22 154:5
161:13,25
162:16
164:9,13
165:8 174:16
177:1,4
178:9 179:25
182:19
184:20,24,25
185:2 187:3
195:22
197:25 198:6
200:20
202:23,24
203:16
204:1,4
205:12,13,14
206:2 207:13
222:4,6
225:20 229:5
231:9,21,23
232:5
252:11,12
253:13,19,
20,21 254:15
262:14,21,25
263:7,24,25
266:14,17,23
269:7,11,14,
18 271:11,
21,22 272:7,
17 276:25
277:22
279:3,5
280:16,17
283:4
296:16,19
298:3
**company's**
125:7 139:19
263:21
266:19,20
275:18
**compared**
224:11

**compensation**
56:17,18
60:17 124:14
167:2,4,16
**compete**
186:13
187:11
234:15
285:10,19,22
286:4,12,13,
18 290:19
291:8
**competed**
187:9
**competing**
183:7 186:16
277:2 282:5
285:2,6
287:15
295:13
**competition**
139:25 195:3
**competitive**
293:25
**competitor**
291:8
**competitors**
55:9 140:10
291:7
**compilation**
37:14
**compiled**
181:12
**complained**
159:25 218:1
**complaint**
159:25
170:7,11,15,
19,24 171:1,
11,17 173:4,
12 181:8
182:15
189:11
192:20
197:3,15
205:20
207:20 208:2

213:20
217:25
246:25
259:17,18
260:23
282:13
284:19 285:8
288:11,14,20
289:17,21,22
290:14,22
291:21 292:6
295:10
complete
98:17 194:12
compliance
100:25
complicated
72:15
complied
131:6 164:4
265:24
comprise
181:16
comprised
96:10 98:15,
21 108:18
170:19
comptroller
33:25 34:12
computer
18:9 202:17,
22 203:1,2,6
293:9
concept
86:13 154:10
concepts
291:16
conceptually
195:17
concern
7:18 139:18
296:10
concerned
11:19 48:1,6
50:7 64:12
concerns
95:6 96:5

133:21
138:5,6
140:21
143:10
concluded
298:14
condition
11:4 15:21
26:18,25
27:11 167:11
conditioner
125:10,17
235:23,25
237:13
conditioner/
evaporator
236:4
conditioners
107:8 121:17
124:17
125:5,24
126:2,17
127:5 191:23
235:20
236:17
conditions
23:24 24:2,4
26:15,16
conduct
175:18
182:18
183:10
291:10
conducting
182:22
conference
137:14
conferences
210:13,16,25
211:1 212:8,
12,15,18,20
confidence
126:25
confident
154:12
confidential
173:5,6,13

175:15
176:25
177:2,8,9,
15,17,18,21
178:6,10,16,
24 180:2,7,
17 181:6,16,
17,25 182:3,
10 290:18,
24,25 291:5,
16
confidentiali
ty
145:19
188:23
conflict
22:11 194:9
231:8
conflicts
232:12
confused
137:14
confusion
292:14
connected
272:6,16
connection
231:23 272:9
279:8 280:4
282:23
292:15
consent
21:10
consequence
83:25 84:9
conservative
126:13 226:2
consideration
77:17
141:11,25
considered
32:14 77:22
considering
101:10
consistent
72:17

conspired
292:21 293:3
constituted
289:24
294:21
construction
20:22 183:6
consult
254:24
consultant
129:6,25
131:10
138:24
253:16
consultants
140:24
consulting
138:15
254:22
consumers
173:25 174:2
292:14
contact
191:5
contacts
176:12
191:14
container
86:17 87:10,
15,17,19
88:1,14,20
120:2 222:20
containers
87:13,24
88:8,9
125:13
222:22,23
Contents
164:17,18
contingent
155:5
continue
9:24 49:16
158:1 188:9
273:7
continued
155:8

157:18,19

**continuous**
14:24,25

**contract**
9:23 32:22
47:8 82:2,10
83:3 108:25
111:15 132:3
164:8,12
176:5 188:22
231:21
273:18

**contractor**
20:23 164:21
165:4
207:15,18

**contractors**
37:9,10,22
133:18
134:11
218:10

**contracts**
44:24 111:18

**contribute**
69:8

**control**
193:15
282:18
283:6,9

**controlled**
282:16 283:3

**controlling**
193:14,17,25
194:8

**conversation**
83:19,20,22
139:11,12
147:23 156:4
157:21
158:5,6
159:6 260:20
267:17
274:21

**conversations**
132:24 133:9
135:10
267:20

**converted**
157:15
158:23
169:19 294:8

**converts**
156:22

**convicted**
11:21

**COO**
77:11

**cookware**
191:24
212:22

**copied**
10:13 288:2

**copies**
202:11
249:19

**copy**
10:6 89:20
95:22 160:19
163:17,18
170:11
174:20,23
220:4,7
258:24

**copyright**
10:4,5

**corporate**
32:15,17
33:7 34:25
35:6 189:12
190:6,8,12,
22 192:16
284:22,24
285:2 288:6
290:2 291:24
295:18

**corporations**
284:24

**correct**
6:25 37:23
41:23 42:25
43:17 44:3,4
48:16,23
49:18 50:4,
10 53:13,21

54:7,21,24
55:2 57:17,
21 58:6,12
59:1,14,25
60:3,23
61:16,19,22
62:2,9,12
63:24 64:3,
14 65:8,9,
18,23 66:22
67:4,11,18
69:4,5,9
73:1 75:16,
17 78:2,20
79:14 80:9,
12 81:21
84:1,15,21
85:2,3,5,10
96:25 97:5
98:13 108:2,
8,13 110:16
112:8,22,23
113:2,3,20
114:3,12,23
115:11
120:10
128:18
129:2,7
131:4,25
132:7 133:6
138:2,17
139:8
141:12,17
145:8 147:2
151:20
152:21,25
161:6,7
164:13
166:10,22
170:3 172:8,
17 173:2
190:5 199:10
213:22 227:4
230:19
239:14
240:19 243:7
250:5 254:16
265:20 267:5
278:23

279:24
280:8,12,24
282:10
287:12
290:11
294:17 295:1
298:4

**correctly**
78:7 80:5
104:5 116:1
181:19
211:12

**cost**
30:17 69:9
83:15 85:13,
14 86:2,5,
15,18 87:5
88:20,21
89:23 90:1,
22 91:15
92:5 94:2
97:8,9,18,24
98:5,6,18
100:21
104:17 105:8
108:11
136:24
143:13
153:25
169:8,19,24
201:17 236:6
237:14,21
275:14

**costed**
10:11 70:8

**costing**
84:10

**costs**
22:19 29:23
30:1,7,21
66:16 70:20
72:5 76:16
85:5,8,10
86:6,9,17
87:4,5,10,
13,15,17,18,
19,21,22
88:3,5,7,24,

25 89:3
90:14 96:23
97:10,17
99:5,18
100:15
101:19,23,25
102:2,25
103:14,17
108:2
135:23,24,25
136:1,5,11,
19 137:1,2,
8,19,23,24
138:17,20
139:8,10,15
140:16,25
141:1,11,21,
22,23 142:2
144:9,15,16
169:7,11,14,
16,17,18,25
170:2 175:25
201:19,21
275:10,11
295:13

**Counsel**
9:8 168:23
170:21,23
171:4,12

**count**
210:3

**counterclaims**
7:19

**countries**
18:6 39:16,
23,25 40:3
116:2 274:23

**country**
122:22

**counts**
209:22 210:4

**couple**
102:6 158:10
174:12
178:25
180:12 230:3
233:4 234:7
252:13 254:9

261:4 270:23

**course**
117:18

**court**
6:5 7:7,15
8:4,20

**cousin**
42:9

**covenant**
164:8

**cover**
22:20 88:7
103:16
104:18
130:20 154:5
164:16
276:23

**coverage**
167:2,5

**covered**
106:12
133:25
227:13
293:15

**COVID**
117:23 118:1
222:17,21
230:1,8
252:17

**CPA**
34:6 35:18

**crazy**
121:7 142:24
222:25

**create**
23:1 86:12
87:5 90:12
164:7 232:11
286:7 288:3

**created**
25:11 86:13
88:16,18
92:10
101:19,20
102:1 213:24
223:3,5,22
232:25 240:2

258:6 283:2
285:5

**creating**
232:22 285:1

**creation**
100:23
118:10

**creators**
204:13

**credit**
197:23
198:4,9,14,
17,19 199:9,
21 205:7,8,9
248:7,9

**credits**
54:7

**crime**
11:21

**criminal**
294:19,21,23
295:5

**critical**
291:9

**current**
8:12 31:5
150:2

**custom**
94:11

**customer**
17:18 18:8
69:1 173:15,
16 174:7
175:3 180:3

**customers**
18:4,7 27:14
28:23 173:24
193:18,21
198:18,22
238:7,10,11
241:1 243:5

**customs**
88:1 105:14
106:7 234:20
235:2,7,17
252:15
276:5,7

**cut**
82:17

**CUZA**
12:20 13:8
139:17
151:25
152:11
160:24
170:20,23
171:2,7,10
179:13,22
184:6 206:18
207:24 208:2
265:23
270:24

**CYRF**
6:22

---

**D**

**D-I-N**
45:17

**DA**
109:3

**dad**
15:11 17:23
31:22 36:16,
17 38:8,9
119:1,3,16
128:22 228:2

**dad's**
16:3 34:19

**daily**
27:3

**Damage**
28:19 29:11,
14 56:7
68:5,9,24
109:3,24

**damages**
10:21

**damaging**
160:2

**data**
74:5,9,11
94:1 95:8
121:8 175:24

222:19
223:14
**date**
8:14 12:9
27:3 40:23
41:25 46:24
75:22 76:14,
17 129:13
131:16
132:19 135:3
163:4 167:19
170:9 236:12
238:20
241:18 243:2
244:15
250:20
255:12 256:5
257:3,4
265:10
268:17
**dated**
135:5 265:13
**dates**
79:12
168:17,20
**David**
75:21,23
77:1,4 80:5
83:17
**day**
11:13 15:11,
16 26:11
29:14 83:19,
23 91:23
151:16
166:14,19,21
213:1,2
257:3 273:6
276:21,24
277:4,6
298:21
**day-to-day**
38:23
**days**
38:18 62:25
63:16 65:2
66:19 109:6
126:8,9

164:22
165:14,21
166:10
168:9,14
174:13 233:4
258:13,14,15
**dead**
76:11 77:17,
20,22,25
78:10,13
79:4,16,21
80:25 81:12,
20 84:13
194:16
**dead-item**
81:16
**deal**
22:7 30:16
35:14 120:5,
6,10 160:11
225:10
244:9,24
245:5 272:9
274:18
**dealing**
188:14
191:12
245:6,8
**dealings**
295:22 296:1
**deals**
238:2
**debit**
68:16,19
**debits**
54:7 91:21
**debts**
197:4,5,6,16
**December**
51:25 57:7
76:20 137:17
169:2 194:25
277:7
**deception**
292:14
**decide**
119:23 140:1

200:24
271:12
**decided**
17:4 22:12,
23 125:11
126:13 127:7
186:12,15
276:11
**deciding**
172:13
**decision**
22:13 64:21
**declining**
221:24
**deduct**
62:25 63:5,
12 64:7,9
65:1 81:5
92:22 138:25
139:2 165:19
166:3,8,19
275:14
**deducted**
54:6 64:5
66:12 68:18
78:15,16
90:15,22
91:20 93:4,
9,14 141:24
144:6
**deducting**
67:21 109:13
134:20
135:20
136:10 139:7
**deduction**
81:16
**deductions**
94:8 110:6
**deep**
102:25
**Defendant**
255:21
**Defendants**
6:18,20 7:19
170:12
281:23

282:14
284:20,21,24
285:1,2
288:6
289:11,23
290:1,2,3,23
291:15,22,24
292:7,20
293:2,8
294:18 298:6
**Defendants'**
46:20,23
47:1 75:19,
21 76:5
129:10,12,15
132:15,18,21
134:24
135:2,4
162:25
163:3,6
170:8,10
236:11,14
238:19,22
244:14,23
250:19,23
255:11
265:9,12
268:16,19
281:19
292:1,4,13,
16
**define**
55:16
**defines**
77:20
**definitely**
16:20 27:4
28:14 29:15
41:10 45:4,5
59:5 77:9
79:8 92:14
95:19 97:22
114:4 116:7,
9 122:15
131:20,21
155:13 156:8
173:10
194:25

199:14,16
207:16
212:13,23
213:5
215:23,25
216:25
218:23
234:14 244:3
248:15,19
274:17 277:6
285:13,16
296:10,17
**definition**
79:5,15 80:2
177:11 238:9
**demand**
223:5
**demonstrate**
181:13
**demurrage-costs**
87:23
**denied**
219:16
**department**
15:15 17:18
118:8 267:13
**depending**
27:11 128:16
129:1
**depends**
27:20 30:1
68:7 99:23
**deposed**
8:18 9:21,25
10:8
**deposition**
7:2,6 9:9,12
43:21 73:19
128:13
148:13,21
152:2,12
180:16 207:3
227:10 271:1
281:22
**depositions**
8:22 281:19

**Depot**
142:19
**depressed**
192:21
196:24
**deprive**
293:18
**describe**
34:25 72:17
127:18 169:4
207:21
262:10
**described**
29:19 31:1
50:20,23
81:4,9 84:14
92:2 186:2
192:16
196:23
204:12
205:23
267:18
**describes**
82:18
**describing**
10:20 81:20
**description**
220:18
**deserve**
158:13
159:14
**design**
10:6,13,16
70:24 118:5
288:2
**designated**
31:7 33:20
**designates**
31:8
**designed**
109:19
118:13,19,21
204:14 240:2
**designer**
75:2 118:7
247:20

**desk**
17:7 19:17
**destroy**
25:8
**detail**
71:11 155:11
178:14 205:4
284:16
285:18
**detailed**
202:6
**details**
12:10 69:12
72:5 141:7
143:12
180:11
185:21 186:1
199:4 241:3
258:18 288:3
**determine**
73:13
120:19,22
**develop**
57:3 161:13
187:8 191:20
212:3
**developed**
161:5,11,18
191:17 212:2
233:7 271:4,
9 273:14
291:3
**developers**
74:9
**developing**
185:8 187:7
209:13
277:15
**development**
20:24 112:19
186:19
**Dick's**
230:21,24
231:1,3
**dictate**
50:15 134:5
138:11,12

**dictionary**
264:20
**diet**
193:4,7
**difference**
7:1 89:16
161:14
231:22 235:2
**differences**
109:25
**different**
9:15,17
19:16 20:5
24:2,4,6,19
26:24 27:13,
14 29:25
40:3,4 50:15
54:25 55:6,
10 58:1,3
59:9 62:4,6
63:21 74:7,8
82:9,16,20
83:12 86:17
88:15 89:12
95:3 105:14,
15 107:1
109:20,21
110:8 127:6
138:24 140:7
142:9
143:13,17
145:11
167:23 180:4
191:10
193:10
200:22
201:7,12
202:4 205:3,
6,10 209:23
211:6 218:12
221:7 235:3
237:5,23
242:5,10
243:24
246:20 247:2
263:3 267:13
274:17 275:4
276:1 284:22

Jeremiah E. Brach
May 13, 2025

| | | | |
|---|---|---|---|
| **differently** | **discussed** | **DJ** | 284:10,11 |
| 236:24 237:9 | 95:20 155:18 | 19:7,10,12 | 296:4 |
| **digital** | 159:2,15,20 | **doctor** | **dollar** |
| 111:9 | 167:7 170:3 | 11:12 | 70:7 93:2 |
| **diligence** | 207:3 209:18 | **document** | 257:16 |
| 140:5 | 210:5 282:12 | 75:20 76:23 | **dollars** |
| **din** | **discusses** | 79:7 81:23 | 69:19 70:6 |
| 45:14,15,16, | 134:14 | 86:21 103:12 | 81:11,13 |
| 20 | 135:14 | 129:11,16 | 86:23 87:8, |
| **direct** | **discussing** | 132:16,22 | 12 114:8 |
| 168:8 195:2, | 120:25 210:8 | 133:1 134:25 | 140:13,17 |
| 3 222:14,15, | **discussion** | 135:7,8 | 149:20 |
| 25 223:6 | 14:21 57:10 | 163:1 170:13 | 158:10 |
| **direct-** | 73:16,20 | 207:2 240:14 | 194:18 195:2 |
| **targeted** | 81:14 82:24 | 250:24 251:5 | 297:22 |
| 234:15 | 128:10 | 268:18,20 | **domestic** |
| **directed** | 133:19,23 | **documents** | 39:11 |
| 27:22 29:8,9 | 184:8 227:5 | 12:13,16,19, | **door** |
| **direction** | 255:6 267:11 | 21,24 13:1, | 151:8 |
| 134:5 | 274:15 | 3,4,5,7,10 | **double** |
| **directly** | 276:20 | 43:3,20 | 113:16 114:5 |
| 26:10 219:15 | **discussions** | 52:10 129:8 | 121:22 122:5 |
| 272:8 273:1 | 79:8 84:2 | 239:11 | **double-wired** |
| **disc** | 103:18 130:1 | 251:12 | 297:19 |
| 19:12 | 159:21 | 277:14 | **doubled** |
| **disclose** | **dispose** | 281:20,24 | 112:24 |
| 295:22 296:1 | 30:6 140:10 | **doing** | 113:7,8,19 |
| **disclosed** | **Disposing** | 19:18 20:4 | **doubt** |
| 296:4 | 30:7 | 48:10 49:13 | 154:12 |
| **discounts** | **disruption** | 74:8 95:12 | **download** |
| 54:1 | 230:9 | 113:1,12,14 | 94:13 173:21 |
| **Discovery** | **distribute** | 114:6,9,10, | **downloaded** |
| 203:15 | 288:15 | 11,17 122:15 | 94:16 174:24 |
| 212:24 | **distributing** | 126:21,23 | **downloading** |
| 213:17 214:2 | 292:10 | 143:5 152:15 | 87:25 |
| **discretion** | **distributors** | 159:11 | **downloads** |
| 171:19 173:1 | 18:5 | 162:19 180:9 | 174:22 |
| 242:17 | **diversified** | 187:2,23 | **draft** |
| **discuss** | 51:12 | 189:19 195:1 | 44:18 45:6 |
| 103:4 122:1 | **divert** | 209:15 210:1 | **drafted** |
| 125:24 126:7 | 190:18 | 216:3 241:24 | 44:15 146:2, |
| 138:19 157:6 | **diverted** | 242:1,3 | 3 170:23 |
| 213:8 231:7 | 189:12,13,20 | 243:19,21 | **Drafting** |
| 265:22 | 190:7,13,22, | 244:3 263:4 | 45:11 |
| 266:3,12 | 24 192:17 | 266:2,5 | **dragged** |
| 267:10 | 295:17 | 272:17 275:1 | 84:5,6 |
| | | 280:18 | |
| | | 283:25 | |

Jeremiah E. Brach
May 13, 2025

draw
  49:25 130:14
  133:15 145:6
  171:16
  253:13 271:2
drawing
  42:22 254:12
  255:19
drayage
  87:16
dreaming
  232:22
dress
  140:7
  288:10,17
  292:11
  293:24
drive
  217:7,10,12,
  14,16,17,19
driver's
  15:5
drives
  181:10
driving
  15:4 46:3
drop
  230:13
drop-down
  258:13
due
  140:5 298:5
duly
  6:2
duties
  16:23 17:12
  39:1 43:6,16
  86:15 103:7,
  13,16 104:4,
  9 105:2,3,15
  107:15
  234:16,17,20
  237:17
  291:23
  292:1,4
duty
  49:1 104:12

105:8
166:24,25
167:1 235:21
236:6,23
291:2
dying
  125:20

_____

E

e-mail
  94:14 96:7
  174:22
  176:13
  191:24
  208:23,25
  217:15
  219:11,19,
  20,22 220:4,
  6 236:10,14,
  16,19 239:3
  249:21
  252:24
  253:2,6
  261:5,10
  262:18
  263:19,22
  264:5,7
  265:8,12,14,
  16,18 266:14
  267:6 268:8
  269:20
e-mailed
  173:21
e-mails
  173:19,20
  181:9,11,12,
  15 192:6,7,9
  208:19
  212:24 252:1
  261:20,21
  262:8,11
  265:1 267:8
  268:10
earlier
  50:20,23
  112:16 114:6
  119:7 132:9

217:6 234:16
243:22
267:18
early
  89:22
earn
  152:25 153:1
  165:15
earned
  157:12,13
earning
  69:18 149:18
  166:7
East
  88:8,11,13
easy
  200:20
  205:18
easygoing
  158:2
ebay
  24:3 27:7
  273:20
education
  13:11 34:8
effect
  11:13 29:13
  63:23
effort
  291:4
efforts
  228:24
eight
  18:21 103:15
  105:22
  106:4,11,15,
  17,21 107:4,
  16,18,20,22
  167:14,15
  237:20,22
either
  27:18 28:15,
  17,22 30:6
  32:24 52:23
  75:14 90:11
  101:3 110:11
  113:10

117:5,21
120:1 121:14
128:15,25
136:13 168:4
196:9 214:17
228:20 243:4
256:23
266:22
269:16
271:15 283:2
297:17
electricity
  30:19
electronic
  293:9
Electronics
  21:9 33:15
eligible
  165:14
EMAG
  40:6
embezzle
  201:23
emotion
  121:25
employed
  32:12
employee
  53:13 59:25
  60:16,23
  61:4,25 62:1
  145:18
  154:10 157:8
  164:9,12
  166:4 207:15
employees
  16:5 17:16
  18:18 22:14,
  19,21 30:19
  33:19 36:18
  37:6,8,15,21
  44:24 59:13,
  15 165:13,15
  166:16
  207:22
  218:10
  227:17,21
  228:22

246:20 247:2

**employer**
59:25 60:21
61:1 153:19

**employment**
46:22
145:15,16
146:3 189:7
277:7,20

**empty**
98:7

**encounter**
42:10

**end**
21:17 42:17
54:20 57:13
58:9,24 59:3
61:14,18,21
82:13 83:1,
19,22 91:23
126:20 158:7
159:9,17
203:3 207:8
213:9 221:16
223:17
251:18
263:25 273:5
274:12
276:21
277:7,12
290:15

**ended**
21:20,23

**enforced**
245:15

**English**
47:10,16,20,
24,25

**enjoy**
232:21

**enjoyed**
127:1

**enriched**
291:15

**enter**
145:14

**entered**
44:5 95:16

**enterprise**
82:7 294:21

**entities**
42:20
227:14,16
284:22

**entitled**
129:11
151:11
160:24 163:1
165:21

**entry**
17:25 18:1
74:9,11

**envelope**
240:18

**environment**
105:13 106:5

**equal**
57:12 80:11

**equals**
56:2

**equipment**
19:12 50:19
53:9

**errors**
153:6,8

**essence**
279:17 287:5

**establish**
90:3 138:14

**established**
231:19

**estate**
20:10,16,25
30:25

**estimate**
86:23

**et**
189:22,23
256:4
292:17,23

**EU**
40:1

**Europe**
39:18,23,24,
25 271:5,10
272:12
274:3,4,11,
12,16

**eva**
236:20

**evaluate**
129:7

**evaporator**
235:25
236:1,25
237:11

**evaporators**
235:21
236:2,18

**events**
182:6 223:2

**eventually**
22:4 24:15
261:18

**everybody**
30:10 56:21
109:23 110:9
223:23,24
283:20

**everyone**
37:17,24
109:22
117:23 180:7

**evidence**
212:10,16
264:23

**evolve**
185:6

**evolved**
19:16 22:16

**exact**
16:11 21:18
40:23 77:6,7
79:11 109:7
145:21
165:24
195:11,12,13
201:3 210:19
216:14

243:16 253:8
254:2 260:12

**exactly**
11:2 32:17
52:11 57:6
63:8 70:13,
25 74:4,6,10
87:14 89:14
91:5,9 97:20
103:23
105:24
117:12,16
129:21 138:8
165:21 168:4
174:13
197:12 202:1
216:17 238:6
243:14
256:12

**examination**
6:12 278:17
298:14

**examined**
6:3

**examples**
194:7

**Excel**
89:17

**excess**
112:7 114:9
198:21,25
229:21

**exchange**
238:8,10

**excited**
123:18
124:22
142:21

**exciting**
124:18

**executed**
145:24

**Executive**
278:20,21,
22,25 279:1,
7,14,19,23
280:4,8,12,

23 281:4
282:16,17,23
283:3,10,12,
15,25 284:9,
17,18 285:5,
9,19 286:6,
7,11,21
287:1,5,10,
14,18,23
288:2,9,14,
20,25 289:4,
10,17 290:4,
9,17 291:12,
19 292:2,18
293:6,11,17,
22 294:4,8,
15,23
295:11,17,
21,25 298:7
**Exhibit**
46:23 75:19,
21 82:4,5,18
129:10,13
132:15,18,21
134:24
135:2,5
139:13,14
162:25
163:3,6
170:8,11
236:11,14
238:19,22
244:14,23
250:19,23
255:11,14
265:9,12
268:16,19
**existing**
26:4
**exited**
143:5
**expand**
213:8
**expanded**
48:13,20
49:1
**expansion**
39:4

**expense**
291:4
**expenses**
58:1,3 74:17
85:1,4 91:19
92:1,3,4,7,
9,12 93:9,14
94:8 134:20
135:21
141:23 144:3
198:15,17
199:7,10,19
200:3 211:17
228:7
229:16,18,
19,21
**expensive**
222:23
**experience**
14:10
**experiences**
185:5
**expert**
145:4 175:1
235:23
**explain**
56:3 78:25
85:13,17
87:7 98:4
99:18 101:21
102:9 103:1
108:14
147:19,23
148:9 149:4
151:13
153:4,9
156:20 157:5
186:21
**explained**
66:7 87:11
108:19,22
**explaining**
89:25 222:10
**explanation**
222:9
**export**
18:6

**express**
164:7
**expressing**
121:25
**extent**
24:13
**extra**
166:11
**extreme**
194:9
**eyes**
15:18 23:22
137:22 138:2

---

**F**

**F-N-A-C**
40:13
**FA**
109:4
**facilitated**
291:25
**facilitating**
284:7
**fact**
95:23 106:7
117:8 122:4
143:9 149:9
171:14
198:13
275:24
294:21
**factories**
117:16,25
213:18
218:2,11,19
219:10
**factors**
149:7
**factory**
117:17
120:5,9
191:5 209:9,
10 214:11
219:5,17,19,
20,25 220:5
272:6

**facts**
12:10 93:21
100:14
**factual**
100:22
170:25
**fail**
154:2
**fair**
211:13 227:2
**falls**
68:23
**False**
278:3
**familiar**
35:2,3
40:16,19,25
41:3 42:4,6
59:21 75:23
174:9 179:24
229:5 230:22
241:1,19,21,
22 243:14
247:16
257:19
**family**
31:6 122:13
167:9 205:16
225:18
227:20,21,23
228:4,7,10,
23 232:5,11
**family-
oriented**
17:15
**far**
47:25 48:6
50:6 64:4,7,
11 70:23
78:19 105:18
115:7 128:23
169:22 186:2
218:21
251:15
**father**
12:6 17:21
21:10 38:11
86:13 88:16

119:5 219:2,
9,15,24,25
220:5 232:6,
15 277:21,23
278:12

**father's**
23:17 231:24
246:17 252:7

**favor**
27:19,20
56:22,24
193:24

**fax**
18:1 243:16

**February**
41:25 42:1
57:8 76:20
97:14 137:18
155:10 170:4
187:4 205:2
260:21
265:14 277:1

**Federal**
60:16,22,25

**fee**
99:10 101:2,
6,8,11,15
108:9,10,12,
14 109:15,
16,17 110:13
275:2

**feedback**
240:25
241:7,10

**feel**
17:4 38:20
136:11
143:15
153:16,17

**feelings**
122:2

**feels**
38:20 226:4

**fees**
30:4 56:9
71:3 87:23
88:15 98:12,

15,21,24
101:5 102:24
103:2 108:1,
3,7,16
109:25
111:1,14

**fell**
9:5

**felt**
22:10,11
88:6,15
95:4,18
123:3 127:8,
10,11 128:2
161:14
222:24 232:4

**fiduciary**
291:23 292:1

**Fifteen**
32:11

**Fifty**
36:24

**figure**
50:8 73:9
137:1 140:24
143:2 154:15
220:1

**figured**
136:24 143:4
144:22

**file**
24:13 111:19
181:15
182:11

**filed**
42:18
170:12,16
281:17

**files**
111:21

**final**
90:22 169:23

**finally**
84:6

**finance**
34:8 108:1,
3,6

**financial**
34:21 74:14
254:25

**financing**
125:8 158:1
255:2

**find**
16:25 50:14,
16,17 89:19
94:4 108:17
115:13,14,17
154:3,7
161:21,24
162:22 171:2
174:24
177:20 178:6
179:11
190:10
195:18
197:12,18
209:1 220:8,
10 259:23

**fine**
129:20
152:11
157:11
179:18
270:24

**fingers**
184:3

**finish**
139:17
152:4,14
179:22

**finished**
15:7 16:10
30:9,14
214:20

**finishes**
56:10

**firm**
35:12,13,15
36:5,6

**first**
6:2 15:7,9,
20 16:7
18:3,12
26:13 41:4,

20 42:9,11
50:11 56:23
70:14 75:2,6
78:17 79:5,
25 82:14
93:20 103:20
104:3 117:13
119:8,24
120:8 121:9,
18,19 122:8
125:5,11
131:1,7
136:3,6,19
137:3 138:15
140:24
141:10,14,
16,24 147:22
148:2,7,8,25
149:2 150:25
153:14
154:17,23,24
158:21
159:21
164:16 170:1
189:3 214:8
218:21
221:11
225:10
230:23 231:4
239:1,2,6,10
240:4,14,18
241:2,5
246:10 251:4
268:20,23
269:19
271:11
272:20
273:11
274:10

**first-first**
75:3

**first-time**
121:2

**fishy**
296:9,14,23
297:1,4

**fitness**
231:20

Jeremiah E. Brach
May 13, 2025

232:23
233:9,18,20
234:2
**five**
8:24 68:16
70:10,15
77:24 100:20
102:15
106:9,10
135:22 139:2
140:2 142:4
148:17
176:19 225:2
234:13
276:16
**five-and-a-half**
68:8 86:23
87:8,12 88:6
**five-and-a-half-thousand-dollar**
87:10 88:19
**five-minute**
179:8
**five-percent**
277:9
**Fiver**
205:9
**fix**
95:13
**fixed**
87:18,19
95:6 155:23
156:10
**flea**
24:6
**floor**
107:16
**Florida**
19:2 38:22
**Flow**
173:17
174:11,15,19
**FNAC**
40:13

**FOB**
86:15 94:2
**focus**
19:8 47:16
51:6,20,25
67:20 68:21
76:9 136:15
138:13
144:20
275:23
285:17
286:10
**focusing**
51:19 156:19
188:14,15
191:16
**follow**
18:7 234:9
**followed**
55:2
**following**
18:10 57:14
126:17 276:9
292:12
**follows**
6:4
**food**
153:24 185:8
**fool**
86:5
**fooled**
104:11
**foot**
9:6
**forget**
155:17
**forgot**
91:9 104:21
155:15
202:24
204:15
211:7,16
**form**
60:21
**formulas**
185:7

**forth**
265:2
**Fortuna**
6:13,17,18
14:20 46:19
75:18 128:8
129:9
132:11,14
134:23
152:9,17
162:24
170:5,22
171:5,9
193:6 236:8
238:16
244:11
250:16
255:4,8
265:6 268:12
270:21
**Forty-five**
31:24
**Forum**
129:6,11,25
131:10
132:17
133:3,10
135:1,5,11
138:1
**forward**
66:10,11,15,
16 176:14
191:25 202:1
208:20
**forwarded**
191:15,20
192:3
**found**
23:22 95:14
100:12
104:12 106:6
115:10,16
124:21 162:8
180:8 181:11
209:14 210:1
224:25
230:24
269:11,18

276:22
**foundation**
227:20,22,
23,24 228:1,
4,7,10,17,24
**founder**
268:15
**four**
8:24 18:22,
23 38:17
49:21
104:13,18
106:8 109:3,
4 122:21
140:2 176:19
200:17 201:8
237:12
247:13,14
248:25
284:25
**fraud**
269:7,16
270:6
**fraudulent**
269:16
**fraudulently**
262:2
**free**
26:12,14
172:7
**freefall**
225:13
**freight**
56:7 109:4,
23 276:4
**Friedman**
6:18,19,21
7:1 35:10,
18,25 40:16
41:4,21
42:19,23
44:6 45:2
47:9 51:24
53:12 55:20
58:10 60:2,
11 61:9,13,
18,21 62:1
66:21 67:10,

Jeremiah E. Brach
May 13, 2025

17,24 69:2
71:13 75:14
82:2 83:2,4
84:20 86:25
89:13 90:11
91:13 92:7
94:18 109:18
112:6,16
114:19 115:8
116:7,20
117:6,21
118:3,19,23
119:4,15
121:15,18
122:9,14,25
124:17
127:22
128:16,25
131:20,21,24
132:6 148:12
149:14,19,25
165:22
168:18
170:12
171:18
173:4,13
176:6 177:7
181:2 182:16
188:22
189:8,12
191:9,16
192:3,20
196:4,6,10
197:4,6,23
199:20
205:20
208:14
210:11 212:1
214:3 218:1,
18 219:3,12,
15,16,24
220:1 221:14
225:6 226:11
232:13
233:7,13,16
236:7 237:4
239:25 240:7
243:11 245:9
246:4,7

255:21,25
259:22
270:14
273:19
274:5,6
276:16
282:14,15,
19,21 289:12
**Friedman's**
41:19 43:6
48:12 100:8
110:7 199:1
225:9 243:9
271:3 274:8
**friends**
20:17
**front**
9:6 15:18
262:17
**full**
6:7 46:12
77:21 98:7
171:18 210:1
277:25
**full-time**
37:6 38:11
165:13
275:12
**fun**
158:16
**funding**
249:14
**fundings**
54:1
**funds**
201:23 214:4
281:12
285:14,22,
24,25
292:21,22
**funny**
283:20 289:7
**future**
273:4,5
277:18,19

—————————
**G**
—————————

**G-L-A-N-Z**
75:1
**gap**
168:5,15
**garbage**
26:23
**garments**
284:2
**Gaston**
247:17,19
248:4,9,20
249:3,20
250:1
**gather**
195:21
**gathered**
216:15
**gauge**
83:9
**gave**
21:12 24:10,
22 32:24
72:2 99:1
122:8,10,24
125:2 126:25
150:7 166:5
189:9 197:25
198:3,12,23
199:3 225:13
254:1 261:6,
8,19 268:1
277:3,11
280:14,15
286:23
**general**
85:9 146:6
176:9
184:14,16,
17,19 218:5
**generalized**
103:11
**generally**
184:13
185:16 186:6

291:5
**generation**
232:5
**generous**
124:10
**geographically**
122:22
**geometry**
80:16
**Germany**
115:25
**gestures**
8:5
**get all**
126:17
**getting**
16:6 49:17
63:20,21
64:12 67:8
71:11 72:10
123:19
154:21
155:9,23
168:14 184:4
186:22
220:23 230:7
247:24
261:14 269:5
273:15
290:15
296:9,15,16,
21 297:2,5
**gift**
240:25
241:13,20
242:20
252:18 254:1
**gifts**
252:8,9
**girl**
252:5,25
**give**
7:10 11:6,10
12:2 22:13
24:22 26:12,
13 55:22

Jeremiah E. Brach
May 13, 2025

64:22 67:25
71:17,22,25
77:12 84:3
91:24,25
93:17 95:22,
24 98:17
101:15
123:13,16
134:5 140:21
142:15
150:8,10,11
200:18 204:8
207:2 237:24
238:11
239:13
251:21
252:2,8
253:9 261:21
268:4 269:3
270:7 274:1
276:17
278:15
280:15
286:22 287:2
**given**
8:23 93:19
94:17 287:11
**giving**
22:14 134:9
178:4 235:5
241:19 291:1
**Glanz**
74:25 75:1
95:1
**glasses**
239:8
**gloves**
15:23,24
**gmail**
176:15
264:12
**goes**
24:11 26:9
29:21 78:4
102:2
155:20,21,22
156:21
208:19

220:13,15
235:22
263:16
269:2,8
**going**
12:1 15:19
17:7 21:22
22:20 23:15,
23 24:14
25:2 28:15
39:14 49:12,
22 51:5
55:22 56:25
65:5,20 66:9
69:10 70:10
72:4,16
81:1,16 84:4
85:16 86:11
88:17 89:21
93:20,25
101:15 104:2
109:7 113:5
116:6 117:20
124:15
125:4,12,17,
19 126:14
127:17
136:14
138:25
139:2,10,23,
24 141:13
143:3 150:5,
6,8,10,11,18
151:22
152:2,5,6,9,
20,25
153:13,23
154:2,3
157:14,21
158:16
159:9,18
160:16 168:7
171:12,13
186:13,15
193:19 201:9
206:12,13,
20,21,22,23
207:3,8
209:12 211:8

223:11
232:10
234:10
235:5,14,16
240:15,24
244:11,22
256:2 259:15
260:13 269:6
271:2
274:13,22
276:11,15,17
278:15
284:12,13
285:25 286:1
296:11
**good**
6:14,15 12:8
16:1 27:8
38:20 75:11
118:4 123:3
128:8 140:16
154:3 158:2
162:19 226:5
258:22 277:4
**goodbye**
226:4
**goods**
15:17 24:2,
25 25:7 26:5
30:5 68:5
70:11 82:6
88:13 91:15,
16 92:6
128:15,21
129:1 133:21
162:18,20
194:19
222:18,20,23
224:20
230:5,6,10,
21,25 231:4
**goodwill**
292:8
**Google**
100:18 123:7
**Gotterer**
229:10 232:8

**government**
60:22,25
183:11
**grades**
121:24
**graduate**
74:23
**grandson**
231:24
**graphic**
118:7 247:20
**graphics**
17:22
**graphs**
52:7
**great**
103:6 104:17
291:4
**green**
94:24 175:8,
9 180:25
182:1 193:10
206:4,6
**grilling**
263:4
**Gross**
74:13,19
75:8 94:24,
25 112:1
**Group**
6:22
**grow**
124:24
150:13
**guess**
9:9 37:3
41:7 44:25
58:15 64:21
69:19 72:11
77:14 82:25
105:23 207:7
232:12
**guidance**
50:13
**guide**
163:2,7,19
164:23

165:4,8
189:9
**guided**
237:4
**guru**
179:6,9
**Guthrie**
238:24,25
**guy**
25:7 26:19
39:7 74:1,
13,25 86:20
124:23 150:9
158:2,18
193:25
195:20
196:13,17,18
206:1,8
259:25
275:12,19,25
276:12,13
**guys**
102:10

---

**H**

**H-E-R-S-H-Y**
175:12
**half**
108:22
**half-a-**
**percent**
99:23 100:3
143:19
**hand**
68:11
**handbook**
146:8,9,15,
16,20 188:25
**handle**
37:17
**handled**
281:13
**handles**
74:21
**handling**
70:21

**hands**
15:23 272:5
**hangers**
209:18,20,
22,24 210:4
**happen**
79:12 80:14
82:22 83:13,
15,18 115:2
159:6
**happened**
10:18 79:10,
13 82:21
84:7,8 95:10
105:25 128:3
140:12 153:6
195:22
197:25
198:12
201:22 230:3
245:2 272:24
273:24 274:2
277:19
**happening**
153:5 241:4
**happy**
124:4 149:10
150:2 151:17
293:1
**hard**
16:6 98:5
104:10 110:1
181:10 204:9
217:6,10,11,
14,16,17,19
239:9
**harm**
290:19
**hated**
124:1
**he'll**
81:17,18
**head**
22:12 65:6
**heading**
88:22 231:18

**health**
167:6,8
**hear**
7:22 151:17
160:22 175:4
202:15
**heard**
7:25 55:14
75:8 100:12
102:11,15
122:24
130:10
149:13,14,22
152:6 158:15
160:21 175:2
223:4 227:24
247:25
**hearing**
39:14 58:15
**heart**
52:18
**heat**
15:21
**Hebrew**
44:12 46:23
47:21,22
48:1,5
**held**
14:21 19:21
73:16,20
128:2,10
184:8 227:5
255:6
**help**
98:25 113:4
123:14
124:24
150:13
232:15 233:3
238:15
241:12 255:1
260:2 269:2
271:23 284:3
285:16,23
286:21
**helped**
285:13,14,21
294:10 295:2

**helping**
17:23 284:6,
7 286:15
**Hershy**
175:9,12
180:25 182:1
206:4,5,19,
20 207:8
**Hey**
138:24
153:23
**high**
13:13,14,20
14:2 27:19
139:19 223:9
**high-end**
162:19
**higher**
106:21
237:10
**highest**
13:11 106:18
**hire**
55:5 123:15
138:7 153:11
250:8 274:17
**hired**
44:18 45:1
48:9 75:7
77:7 129:6
145:7,10
146:23,24,25
147:11,24
151:19 161:3
201:6 250:6
251:5,10
**hiring**
124:4 150:14
201:24
251:11
**historically**
86:25
**history**
51:2 85:14
89:13 222:21
243:21,23

Jeremiah E. Brach
May 13, 2025

| | | | |
|---|---|---|---|
| hold | hundred | identifying | 209:4 210:12 |
| 15:3 | 54:22 70:6 | 115:7 131:2 | 214:4 217:6, |
| holding | 74:18 96:21 | Illinois | 9 218:1,18 |
| 169:3,4,18, | 122:6 158:10 | 142:18 | 221:13 |
| 25 170:1 | 234:11 | Illowitz | 225:6,24 |
| holes | 249:10 | 297:14 | 226:3,11 |
| 276:10 | hundreds | Ilowitz | 231:22 |
| holiday | 69:19 140:13 | 7:3,4 10:2 | 233:7,16 |
| 63:16 | hungry | 41:1 42:3,4, | 259:18,21,23 |
| 166:15,17 | 223:8 | 15,19 67:24 | 260:15 |
| 272:1,2 | hurt | 69:2 71:14 | 262:1,11 |
| holidays | 105:21 160:3 | 75:14 87:2 | 263:20 |
| 61:19,22,23 | hurting | 89:14 90:11 | 264:8,15 |
| 62:2,5,8,9, | 95:18 | 92:8 94:17 | 265:3 268:21 |
| 19,21 63:6, | | 109:18 | 270:14 |
| 8,9,17 64:3 | | 112:6,16 | 279:4,21,23, |
| 65:3 165:23, | **I** | 114:19 115:9 | 24 280:14 |
| 25 166:1,9, | | 116:6,20 | 282:12,15, |
| 12,15 | idea | 117:6,21 | 16,24 283:2 |
| home | 161:18 | 118:3,19,22 | 284:8 286:3, |
| 8:12 51:10, | 192:13 | 119:4,15 | 22 287:2,7, |
| 15 142:19 | 232:20 | 121:15 | 11 289:12 |
| 177:10 | 240:13 296:7 | 124:23 | 294:15 |
| 202:21 234:1 | identical | 127:22 | 295:22 |
| 247:8,9 | 288:4 289:13 | 128:16,25 | 296:2,20,24 |
| homegrown | identificatio | 131:22 145:7 | 297:2,5 |
| 85:13 102:1 | n | 146:11,17,21 | Ilowitz's |
| 136:23 169:7 | 46:24 75:22 | 147:14 | 84:20 110:7 |
| homegrown- | 129:13 | 149:24 | 271:3 280:7, |
| costs | 132:18 135:3 | 150:19 | 11 |
| 170:2 | 163:3 170:8 | 156:17,19 | imagine |
| honest | 236:12 | 157:24 161:3 | 126:8 260:9 |
| 38:2 179:5 | 238:19 | 163:10 | impact |
| hope | 244:15 | 164:21 | 11:9 |
| 48:10 | 250:20 | 168:18 | impair |
| hours | 255:12 265:9 | 173:1,5,14, | 11:5 |
| 49:8 134:5 | 268:17 | 23 174:14 | implied |
| 165:13 | identified | 177:6 181:2 | 164:7 |
| house | 115:10 117:6 | 182:16 186:9 | imply |
| 9:6 46:3,4,6 | 118:3 124:17 | 188:24 | 266:13 |
| 123:22,23 | 188:16 189:7 | 189:2,9,12 | implying |
| HR | 234:23 | 191:8,16 | 266:17 |
| 250:4,18 | identifies | 192:3,21,24 | import |
| 251:2,5 | 131:10,12 | 197:4,6 | 6:23 103:7 |
| HTS | 282:13 | 199:25 | 183:2,16 |
| 236:18 | identify | 202:19 | 184:11 242:2 |
| | 90:13 | 205:21 | important |
| | 114:20,24 | 208:15,21 | 99:5 141:6 |

149:7,8

**importing**
86:3

**imports**
6:21 222:14,
15,25 223:6

**Imports'**
265:19

**impressed**
121:21

**impression**
121:23 178:3

**impressive**
80:18

**improper**
280:10,20,22
281:2,4,11

**in-store**
230:20

**incentive**
166:7

**incentives**
275:25

**include**
48:13 49:1
87:6 136:23
137:7 276:4

**included**
87:6,11,12,
21 105:8
143:18 170:1

**including**
51:15 54:7
169:24 288:5
290:25

**income**
27:17,21

**incomplete**
152:5

**increased**
103:14,15

**independent**
37:8,22
133:18
134:10
218:10

**indicated**
267:25

**indicates**
236:16
245:14 269:1

**indicating**
46:20 75:19
86:22 103:13
112:14
129:10
132:15
134:24
139:14
162:25 170:6
193:2,3,4,5,
6,9,10,11,
12,13,16,17
194:1,2,11,
13 195:11
236:9 238:17
244:12
250:17 255:9
257:20,22
265:7 268:13

**individual**
40:16 93:13
282:14
284:21 285:1
289:23,25
290:3
291:22,25
292:4,13

**induce**
287:1

**industry**
24:18 30:10
55:9,15
153:18
223:24

**information**
33:22 52:8,
12,13,14,16,
20 60:13
74:11,14,22
89:4 91:5,22
94:7 95:14,
20 103:6
114:14 169:1

170:19 171:1
173:6,7,13
174:12,14
175:15,20
176:3,8,22,
24 177:15,21
178:6,16,24
180:2,5,7,
17,24 181:1,
5,7,16,17,25
182:4,9,11
190:11 192:9
195:21,23,24
196:10,14,15
202:9 204:3,
8,18 205:21,
24 206:24
208:24
210:21,23
211:20
212:11,17
213:13,21,23
214:1 215:2
216:8
217:12,13,21
228:3
229:20,23
252:2,20
257:2,7
258:23
263:8,9,25
278:9 285:4
289:24
290:1,18,24
291:17
293:25

**informations**
177:18,19

**infringed**
287:23 288:9

**infringement**
10:15

**ingredients**
185:8

**initial**
119:13
127:19
241:10

**initially**
152:21

**initiated**
125:25

**injury**
100:11

**innocent**
296:12

**input**
74:5

**instance**
187:21 198:7
202:13
237:11 243:8
248:8 284:25

**instances**
97:4 194:3
195:5 201:25
202:15
228:22 243:3
244:16
248:20

**instituted**
57:15

**instruct**
218:17,21,25

**insurance**
9:7,8 100:4,
6,9,11,15
144:24
167:6,8

**intelligent**
101:18

**intended**
262:1 266:20
267:7 292:7

**intent**
294:19,23

**intention**
84:13 263:1

**interest**
25:15 30:23
31:14,18
32:2,5,7,10
37:25 38:4
194:14
229:12

interesting
272:1
international
39:5,16
182:25 271:3
274:23
277:16
Internet
21:9
interpreted
79:17
interview
146:18 150:1
interviewed
150:3
introduce
161:25
225:16
introduced
150:19
222:14
introduction
119:13
inventory
22:18,20
75:13 77:21
78:13 79:16,
24 81:1 83:5
84:4 100:20
133:21
139:23
194:15,16,19
223:16,17
257:20,22,25
258:2,8,9
259:6,12,13
invest
153:15,22
154:2
invested
156:12
investigation
244:24
investigation
s
268:21

investigative
244:13
investing
21:1
investment
100:24 154:9
investments
20:25
investor
20:19,21
invitation
263:7
invite
263:16,17,18
264:14,22
266:9,21
267:9
inviting
263:23,24
invoice
54:4 56:5
236:3,10,15,
24
invoices
215:1
involved
10:2 17:10
20:20,23
21:1,3,5,14
22:2 31:2
32:18 39:4,
11,12,15
64:6 70:20
71:4 94:23
99:5 102:2
119:3,7,10,
17 123:20
128:19 130:9
175:5 180:22
185:18
201:19
224:21
233:17 236:5
238:2,3
251:11
259:25 260:1
272:8
273:13,17,

19,21 274:16
279:4 288:14
involvement
275:23
279:18
IP
10:5
IRS
34:9
Israel
14:13 15:1
38:22 247:9
249:12
271:7,8,10,
17,19,21
272:13,16
273:9,17
Israeli
272:19
issue
11:17 17:7
30:10 95:17
131:13,15
220:23
245:6,7
issued
131:23
136:18 139:6
141:12,17
270:14 293:4
issues
94:20,22
221:5,21
issuing
66:21
ISTA
101:4 143:13
item
77:20,22,24
79:20 104:5,
12 107:8,11,
12 133:16
192:24 209:4
233:10
234:22,25
256:18 258:9

itemization
202:1
itemize
205:11
itemized
168:4
items
16:2 23:24
28:3 55:19
76:11 77:17,
20,25 78:1,
10 79:4,21
81:12,20
82:19,22
83:23 84:13
89:1,6 91:12
102:7 103:14
106:6,13,15,
20,21,23
107:4 121:17
123:22,23
135:22
175:24
190:16,17
193:4 195:3
202:6
203:17,20
216:4,9,12,
16,20,21
234:10,13,23
237:8 274:5,
8

---

### J

Jack
33:23 37:16
60:14 157:18
169:1
250:10,13,21
251:8,11,13,
15 270:17
Jacksonville
19:1
jammed
184:4
January
41:22 42:16,

Jeremiah E. Brach
May 13, 2025

17 57:8
71:23 91:11
137:17
155:2,6,7
157:4,12
158:23
159:10
186:13,15
187:4 226:11

**Japan**
39:19

**Jazzy**
33:15 38:1,5
227:15

**jb@pyleusa.
com**
269:20

**Jeremiah**
6:8 298:17

**Jerry**
160:24
179:13
206:22 208:2
265:23

**Jerusalem**
14:13

**Jesus**
13:2 230:25

**Jewish**
14:6,9,12
45:9,12,22
63:6,8,16
64:2 65:3
165:22

**job**
15:7,9,20
16:7 18:3
20:11 24:9
34:9 43:24
48:11 49:13
50:12 55:4,5
75:9 80:15
118:21
122:25
128:20
148:10,14,
16,20,23
149:9,23

150:4,6,7
153:12,13
154:7 156:21
158:12 160:6
161:5,12
189:16
220:18
224:23
235:24
273:16,18

**jobs**
132:3 220:16

**jockey**
19:12

**Joel**
229:10 232:8

**John**
247:17,19
248:4,9,20
249:3,20
250:1

**joined**
85:21 122:14
225:25

**Jonathan**
196:20

**judge**
45:12

**judging**
190:10

**judgment**
102:12
118:17
121:23
172:8,9,12,
13,16,23

**July**
126:10 155:4
211:11

**jump**
90:9 102:6
126:14,23
141:5

**jumping**
42:3 259:15,
16

**June**
44:5 54:15
125:17,18
126:4,20
155:3 189:8
211:10
267:15

**jury**
166:24,25
167:1

**justification
s**
141:9

---

**K**

**K-A-U-F-L-A-
N-D**
40:13

**K-L-E-I-N**
226:16

**Kaufland**
40:12

**keep**
12:9 28:9
52:12 99:22
174:5,12
234:12

**kept**
52:20
114:14,15
270:16

**kick**
158:25

**kickbacks**
218:3 219:3,
23 220:3,12
225:3 253:25
280:1
286:15,16,
19,22 287:2,
6,11 294:10,
13,14
297:23,25
298:2

**kicked**
159:1

**kid**
41:10 85:18,
22

**kind**
11:14 14:2
32:23 57:2
129:24
148:25
183:3,25
198:17
229:23
241:16 242:8
254:20
290:13

**kinds**
102:22
135:20

**kitchen**
51:17 233:22
269:2,8

**Klein**
226:15

**knew**
16:1,4 41:5,
9,20 42:8
44:19,25
56:25 94:19,
20,21 95:2,
23 98:4
104:14
127:11
130:10 138:5
182:7
187:10,14
201:22 231:5
232:21
253:19,22
267:3 271:22
277:1 281:16
282:3,9,11
289:23
290:23 296:3

**know**
6:16 7:5,24
8:8 10:5
11:1,7,12
12:8 13:22,
24,25 14:3

Jeremiah E. Brach
May 13, 2025

| | | | |
|---|---|---|---|
| 15:12 16:6, | 8,9,11,25 | 18 184:3,24 | 25 243:1,16 |
| 10,19 17:3 | 116:10,12,14 | 185:11,17 | 244:20,21 |
| 18:1,16,22 | 117:12 | 186:3 187:13 | 245:7,11,21 |
| 19:25 20:24 | 118:12,15 | 190:15,21,23 | 246:2,10,15, |
| 21:18 23:14, | 119:12,18 | 192:11,14,18 | 16,23,24 |
| 15,20 24:10, | 120:16 | 194:3 | 247:1 |
| 11,14 25:6, | 122:3,6,7 | 195:16,17 | 248:18,24 |
| 10 27:4 | 123:6 124:19 | 196:13,16 | 249:6,13,21 |
| 28:8,13,15 | 126:22 | 197:10,20,22 | 250:15 |
| 29:15 31:7, | 127:3,13 | 198:7,9,12, | 251:13,16 |
| 13 33:1,6, | 129:21 | 16,20,24 | 252:10,16 |
| 10,12,21,22 | 131:14,16 | 199:3,4,15, | 253:7,8 |
| 34:9,11 | 132:1,9 | 18,21,22,23 | 254:4,10 |
| 35:7,8 36:6, | 134:3,12 | 200:1,2,9 | 256:13,19 |
| 13,14,22 | 137:3 138:8, | 201:2,3,16 | 257:4,6,12, |
| 37:3,7,14,20 | 11,12 140:7, | 202:23 | 13,17,21,22, |
| 38:2,3,4,16 | 20,22 141:8, | 203:5,23,25 | 23 258:8,18 |
| 41:25 42:7 | 14 142:4,6 | 204:2,10 | 259:21,24 |
| 43:22 44:19 | 145:17,21,22 | 207:5,7,12, | 260:12 |
| 45:3,16,23, | 146:6,14 | 14 208:13 | 261:6,20 |
| 25 46:5,6 | 147:14,16 | 209:2 210:2, | 262:9 264:19 |
| 47:1 50:6 | 148:20,24 | 3,10 211:15, | 266:7 268:6, |
| 53:2,4 54:9 | 149:7,8,21 | 20 212:7,15 | 8 270:8 |
| 55:12,16 | 152:6,14,16 | 213:12,14, | 273:7 |
| 56:8 57:6,11 | 154:1,13,25 | 15,24 215:16 | 274:20,22 |
| 58:16 59:11, | 155:1,4,11 | 216:5,10 | 276:19 277:2 |
| 22 60:4,19 | 156:7 157:13 | 217:11,14, | 279:9 |
| 62:5 63:7,8, | 158:16 | 15,18 | 280:13,25 |
| 10 64:4,5,7 | 159:14 | 218:21,22 | 281:1,7,13, |
| 67:5,6 70:23 | 160:17 | 219:1,7,16, | 14 282:6,7, |
| 71:6,8 72:13 | 162:12 | 21 220:9 | 11,20,25 |
| 73:4,5,7,8 | 163:15,25 | 222:7,11,12 | 284:4,5,11, |
| 74:4 75:5 | 164:24 | 223:8,13 | 13 286:6 |
| 76:8,9,19 | 165:5,20,24 | 224:7,22 | 294:24 |
| 77:6,12 | 166:25 | 225:23 | 295:2,5 |
| 78:19 82:3 | 167:11 | 226:5,6,7, | **knowing** |
| 83:6 85:16 | 168:22 | 10,21,23 | 56:19 269:10 |
| 86:4,6,9,16 | 169:11,14 | 227:2,25 | 280:16 |
| 87:3,14,25 | 171:12,13 | 228:9,17,18, | 296:15,18 |
| 89:25 91:21 | 172:13,15 | 19,22 229:2, | **knowingly** |
| 92:5,13 93:2 | 173:18 | 22,23 | 291:24 292:3 |
| 95:12 96:16 | 174:16 | 230:14,23 | **known** |
| 98:6 99:19, | 176:10 | 231:5,17 | 290:24 |
| 22 101:23 | 178:12,19,21 | 232:9 234:8, | **Kollel** |
| 106:1 107:11 | 179:1,14,15, | 11 235:2,9, | 122:8 |
| 109:2,3,5,14 | 16,17 180:1, | 10,24 239:3, | **kolo** |
| 110:2,3,18 | 9,20,23,24 | 9,20,22,25 | 45:21 |
| 111:9 112:9, | 181:1,2,4,6, | 240:3,6,12 | |
| 11,12 113:4, | 24 182:8,13, | 242:9,17,22, | |

Jeremiah E. Brach
May 13, 2025

**L**

**L-E-V**
228:25
**L-I-B-R-E**
40:9
**L-I-E-B-Y**
226:16
**labeled**
143:11 218:3
**labor**
29:23 30:1,
18
**landed**
86:18 90:3,4
**lands**
90:2
**language**
260:8,11
**larger**
130:18
**larger-than-
average**
131:11
**Las**
115:25
**lasted**
54:20,23
82:19
**late**
20:10 143:12
**launch**
120:17
**launched**
121:9
**laundering**
284:1
**laundry**
278:21
279:1,7,15,
19,24 280:4,
8,12,23
281:4
282:16,23
283:3,10,16,
17,18,21,25

284:17,18
285:5,9,19
286:6,7,11,
21 287:1,6,
10,14,18,23
288:2,9,14,
20,25 289:4,
10,17 290:4,
9,17 291:12,
19 292:2,18
293:6,11,17,
22 294:4,8,
23 295:11,
17,21,25
298:7
**Laundry's**
284:9 294:15
**law**
14:6,10,12
45:9,22
60:16
**laws**
281:7,9
**lawsuit**
9:10 279:20
281:17
**lawsuits**
140:8 160:12
**lawyer**
60:18
**lay**
138:21
**Lazar**
75:21,23,24
77:1,4 80:5
139:9,12
145:7
**Lazar's**
83:17
**Lazer**
6:21 7:1,3,4
41:1 202:18
262:17
**lead**
23:15 243:17
**leader**
31:12

**leadership**
32:18
**learn**
16:1,2 45:22
185:1
**learned**
129:8 183:8
187:15
**learning**
185:5
**leave**
99:11 123:1,
2 154:8
167:9 206:5
235:11 242:9
248:1 271:15
**leaves**
235:7
**leaving**
241:6,11
**led**
243:15
**left**
20:1 26:5
75:7 81:18
154:14 160:5
194:18
202:18 210:1
213:10
224:24 226:3
266:17,22
267:13,14
268:21
269:11,19
270:23
276:21
277:19
**left-hand**
255:23
**leftover**
16:25
**legal**
63:6,8,16
64:3 65:3
133:22 138:7
165:23 166:9

**letter**
138:18
239:4,5,6,
17,21
**letters**
238:18,22
242:24
244:17
**letting**
152:14
**Lev**
228:25
**level**
13:11 15:10
**liability**
100:4,6,9,15
135:24
144:12,13
**liable**
266:4
**Libre**
40:7
**license**
15:5 174:19
262:2,7
263:12,13,14
264:3,24
**licenses**
15:3
**Lieby**
226:15
**life**
8:24 20:5
51:22 92:21
233:21
234:4,5
238:23
239:2,12
244:16
**Lifemaster**
189:22
204:15
209:14
**Lifepro**
229:6,8,13
230:5,16
231:11

Jeremiah E. Brach
May 13, 2025

233:6,9
234:6
**Lifepro's**
229:15
230:1,18
234:8
**likewise**
280:22
**limit**
291:2
**limited**
24:24 148:16
**line**
28:19 76:24
104:5 137:9
144:24 145:5
150:14
161:4,9,11
162:8,12
173:8 211:22
213:9 218:4
232:23
233:9,24
245:2 248:7,
9 256:10
258:9 273:14
**lines**
150:20 207:1
210:2,4
**linked**
197:24 198:9
**Linkedin**
250:4,14
**liquidate**
22:22
**liquidation**
22:23
**liquidation.**
**com**
24:5 27:9
**liquidators**
24:5,6 25:5,
6 27:9
**list**
18:8 28:9,11
29:17 92:1
99:20 135:22

144:8 174:1,
7 250:12,14
**listed**
141:23
240:17,21
**listen**
160:25
232:15
**listing**
93:8,13,23
**listings**
288:3,4
**lists**
173:15,16
174:3,6
175:3
**literally**
30:11 283:19
**litigation**
7:18
**little**
20:11,14
22:21 24:11
39:12 43:3
50:24 54:8,
23 55:6
56:22 85:22,
24 88:10,17
90:25 96:3
107:1 108:19
118:11
119:2,6
121:10 122:2
139:5 147:19
149:4 162:12
168:15
200:21
203:13 212:4
224:3,6
241:3 257:24
**live**
247:6
**livelihood**
232:16
**lives**
45:25 231:1
247:7

**living**
45:10 157:25
246:21
**LLC**
229:6,8
278:21 279:1
282:16
283:3,10,16
284:17
**load**
277:25
**loan**
23:5 249:22
**loaned**
229:24
**loans**
247:24
248:3,6,15,
19 283:19
**located**
13:20 35:20
36:7 45:18
175:20
204:21
**location**
16:12
**login**
266:15,24
**logistic**
97:4,7 98:1,
3
**logistics**
29:1 135:25
223:3
**logo**
204:15
238:24
242:23
268:15
**long**
16:17 19:13
21:15 29:10,
12 34:12
35:25 36:11
54:24 96:4
273:6

**longer**
54:24 55:2
61:19,22
64:11 82:19
155:23
156:1,3,6
**longest**
209:5
**look**
26:15,21
46:25 52:19
73:10,12
76:4 77:24
79:20 91:11
100:18
114:16
118:11
129:14
132:20 163:5
164:1 195:12
204:23
210:11 220:7
236:13
238:21
244:22
245:13
260:22
265:11
283:4,11
**looked**
23:6,18
205:2 281:20
**looking**
16:24 17:1
23:20 25:10
39:19 75:9
122:11
168:10 205:1
239:12 251:5
258:25
**looks**
23:19 242:16
255:18
**Los**
18:24 48:14,
15,22 49:2
**lose**
22:22 139:24

**loss**
  30:11 140:4
**losses**
  140:13
**lost**
  154:6 156:15
  273:7
**lot**
  10:11 22:24
  23:9,21 26:6
  37:5 38:21
  40:11 74:14
  79:9 84:3,10
  95:14 96:1,2
  102:4
  105:21,25
  106:5 110:4
  113:4 117:24
  124:7 127:6
  138:24
  143:9,13
  151:15
  178:10
  180:6,21
  181:10
  185:21
  199:11
  203:11,13
  204:2 207:17
  210:4 212:6
  221:2 223:20
  226:7 230:8,
  10 234:22
  235:7 243:24
  244:2 268:22
  270:7 274:20
  275:3
**loudspeaker**
  235:1,4,10
**love**
  241:13
**low**
  122:18
**lower**
  140:3 234:19
  235:21
  236:22 237:7

**lowest**
  15:10
**LRI**
  6:22 261:23
**luck**
  12:8
**lucky**
  230:9
**lump**
  277:10
**lunch**
  127:16
  128:9,12

---

**M**

**M-A-Y-E-R**
  13:16
**M-E-I-S-S-E-
L-S**
  44:17 46:17
**M-E-N-A-R-D-S**
  142:17
**M-E-R-C-A-D-O**
  40:9
**M-O-R-D-E-C-
H-A-I**
  46:16
**made**
  15:24 30:17
  53:23,24
  56:13,23
  64:21 67:9,
  12,15,16
  70:9 72:3
  79:25 81:2
  93:8,12,18
  94:18 137:4
  149:21
  158:9,10,16
  159:8,12
  182:19 199:9
  202:18 212:5
  223:11,13
  226:7 228:25
  245:23 270:7
  273:2 275:12

  277:10
  279:14 281:6
**main**
  52:24
**maintain**
  74:3 291:2
**maintained**
  89:11 90:6,7
  111:18
  168:25 291:5
**maintaining**
  73:24
**maintains**
  34:21 111:24
**major**
  220:9
**majority**
  68:3
**make**
  9:12 22:17
  49:12,19
  56:14 69:17
  71:1,3,6
  72:15 76:13
  82:11 86:8
  101:5 106:12
  112:13
  119:20,21
  124:8,12
  137:18 139:5
  142:12,13
  149:16
  150:16,21,25
  153:13,24
  155:6 169:12
  176:1 183:9
  184:23
  185:10
  187:12
  210:19
  220:16 242:2
  266:4,9,16,
  25 272:3,10
  273:3
  279:21,23
  280:7 286:21
  290:14
  291:11

**makes**
  7:1 72:13
  119:21
  161:14
  212:23
  213:6,16
  219:7 231:22
  259:4 283:21
  284:19,23
**making**
  55:23 57:17
  64:20 65:19
  92:19 102:12
  137:3
  140:20,22
  142:14
  148:20,22
  158:4,8
  169:12
  194:11,13
  204:4 218:6
  220:22
  252:11,12,14
  280:11 284:8
**mall**
  231:2
**man**
  17:21,22
  126:21 191:8
**manage**
  48:14 49:6
  134:10
**manager**
  21:13 22:8,
  25 24:8
  25:21,22
  42:25 43:8,9
  77:11 123:4,
  5,8,12 196:8
**managers**
  49:13,14
**managing**
  43:13 48:17
  275:13,20,21
**Manhattan**
  36:9,10
**manipulated**
  294:4

Jeremiah E. Brach
May 13, 2025

manipulating
  287:18
manipulation
  192:22
  196:24
manner
  286:13
manufactured
  116:20
manufacturer
  118:24
  120:22
  128:15
manufacturers
  115:7,9,14,
  16,18,19
  116:16,19
  117:2,7,19
  191:22 192:2
  208:16,18
  212:14
  216:19
  251:21
  252:2,7
  253:5
manufacturing
  117:10 292:9
March
  42:18 76:16,
  22 105:23
  126:18
  155:10
  211:14
  260:21
margin
  55:24 56:2
  80:3,8,9,10,
  12 176:2,7
  221:11 222:2
margins
  183:3 184:1
  220:24
  221:5,15,16,
  21,24 222:17
  223:9
mark
  134:23
  250:16

marked
  46:19,23
  47:1 75:18,
  21 76:5 80:6
  129:9,12,14
  132:12,15,
  17,20 135:2,
  4 162:24
  163:2,5
  170:5,7,10
  236:8,11,14
  238:16,18,21
  244:12,14,23
  250:19,22
  255:8,11,13
  265:6,8,11
  268:12,16,18
market
  24:6 140:4
  142:20
  222:19
  275:4,22
  287:15
marketed
  172:15
  288:25
marketing
  6:22 67:10,
  17 74:16
  91:19 92:4,
  9,17,18,19,
  23 128:23
  171:19
  172:19
  193:22
  196:18
  287:19 289:4
  294:5
marketplaces
  91:21
markets
  27:6 275:1
markup
  80:1
married
  41:6 252:4
Martin
  132:16

  133:10,19
  135:1,10
mat
  241:6,11
matches
  269:13
matching
  259:7
material
  234:1
materials
  291:15
math
  56:2 57:11
  69:10,11
  75:11 80:2
  247:15
mathematical
  69:23 80:15
mathematician
  85:25
mathematics
  66:7 86:1
matter
  6:19 265:22
matters
  45:9 48:4
Mayer
  13:15
MCSI
  207:12
MDF
  6:22 59:7
  67:10,12,14,
  17
mean
  17:16 24:11,
  21 26:3
  30:25 31:10
  35:13 37:10
  38:16 47:12,
  13 48:9 49:6
  61:23 62:5
  79:6 82:17
  92:16 104:8
  109:7,16
  111:22 114:2

  119:18
  129:24
  130:10,20
  135:16 138:3
  143:6 150:9
  154:1 161:15
  171:23
  172:11,12
  174:18 179:3
  192:22
  197:14
  202:13,16
  217:12
  223:19
  229:19
  231:22
  233:14
  245:11
  246:25
  253:10
  258:8,9
  264:22
  273:14
  280:25
  281:12 283:6
  284:7,21
  285:23
  286:3,6
  294:12,16
  297:11
meaning
  24:17 32:17
  36:16 107:13
  157:18 166:4
  183:17
  191:12
  197:16
means
  16:4 45:13
  82:12 83:6
  86:24 109:3
  133:17
  138:8,9
  142:4,6,8
  197:8 256:8
  257:3,20,21,
  22,23
  262:19,24

264:20
266:10
280:14
meant
185:23
262:9,10
263:10,12
266:6
medical
11:4 167:9
medication
11:3,7,12,
13,14,18
meet
116:25
117:3,5,7,9,
19 159:24
meeting
121:6,14
125:4 127:7,
15,25 159:21
meetings
120:25
127:18,23
133:1,4
210:13,15
211:2,6
megaphones
51:12
Meissels
44:16 46:16
memo
77:16
memory
48:25 219:13
Menards
142:16
mention
201:20
269:17
mentioned
27:7,8 29:25
30:18 51:13
68:12 85:23
109:9,22
111:12 132:8
142:5 143:18

147:12
148:13,19,21
180:18
183:11
194:16
214:16 217:5
225:11
242:15 266:8
mentioning
131:14
mentions
49:7 181:17
menu
83:17
Mercado
40:7
merchandise
9:11,20
23:13 150:18
277:25
286:17
message
268:14
met
42:11
116:15,19
117:13,15,17
138:6 189:2
212:13
metal
216:25
method
185:9 186:25
188:7 237:3
Mexico
39:19
Miami
247:8
microphones
51:11
midwest
142:17
million
53:5,6 79:24
80:3,11
81:10,13
112:8,20

113:18
114:8,10
122:6,18,19
124:20
189:18 221:3
222:12
223:19,20
226:22
256:15
millions
140:17
194:18 195:1
297:21
Mills
230:25
mind
22:9 85:25
144:15 193:2
210:18
241:5,11
270:21
mine
193:22
227:23
minimal
51:24
minimum
53:3 103:15
106:11 107:4
119:25
120:8,13,16
127:20
Minnesota
142:18
minus
72:11
minute
155:18
182:5,7
minutes
270:23
Mir
14:13
misappropriat
ed
173:5 285:3
289:18

293:23
misappropriat
ing
288:21
miscategorize
d
110:5
misrepresente
d
289:11
missing
270:19
mistake
223:14
292:14
297:19
mistaken
10:1 274:11
mistakes
153:5 223:11
misunderstand
113:16
151:10
misused
293:23
ML
6:21 265:19
modified
57:21,25
58:2
Mohammed
206:4,7,21,
23,24 207:9,
12
Mohammed's
207:10
Moises
6:21 40:16
41:4,19,21
45:2 47:9
232:13
239:25 240:7
243:9,11
255:20,21,25
256:10
moment
130:16

192:19
259:16
**money**
10:11 15:18
22:19,22
23:19 27:6,
12 29:24
30:2,7,8
54:2 56:11
65:8,9,12
66:12 71:3
86:8 88:11
97:8,9
119:20
139:25
140:20,22
142:12,13,15
150:12
182:20
184:23
197:5,7,9,
11,12,16,17,
19 199:8
201:18 214:7
217:10 226:8
229:25 233:1
238:11
251:21
252:21,23
260:17
275:13
286:3,5,17,
24 287:6
294:9
296:10,15
297:20,23
298:5,8
**Monroe**
43:10 48:14,
22 202:5
247:7
**Monsey**
14:14 202:4
**month**
72:8 91:11
121:5 126:3,
16 159:17
259:1,2,3

**monthly**
91:8 168:5,
16
**months**
16:20 83:24
106:8 140:2
167:25 201:8
256:7,8
**MOQ**
119:25
**Mordechai**
46:15
**more-than-120**
113:18
**morning**
6:14,15
**motivation**
225:23
**move**
17:5 70:22
88:13 215:10
**moved**
57:9 157:20
**moving**
216:18
237:23
251:19
**music**
217:1

———————

**N**

**name**
6:7,16 21:25
25:13,23
32:8 35:9,15
36:6 37:20
46:11,12,15
77:3 90:18,
20 91:7
145:17,22
160:14
191:19
192:2,5
202:18
207:11,14
232:8 246:17

253:13 260:3
278:20
**named**
9:19 13:15
35:10 40:16,
25 44:16
51:17,22
74:13,25
75:8 85:12
142:16 191:2
227:15
247:16
265:13
**names**
6:24 109:10
226:14
**national**
148:16
**nature**
13:3,5 23:7
289:13
**natures**
9:2
**need**
8:7 75:10
77:17 119:11
129:18
130:16 161:2
163:23
180:14 184:5
208:14 263:2
**needed**
17:17,19
172:11 233:3
**needs**
275:22
**needy**
269:3
**neglected**
23:10
**negotiate**
118:23
172:18
**negotiated**
115:11
119:4,14

**negotiating**
172:15
**negotiations**
111:2,3,13
**nephew**
231:25
**net**
53:25 54:2,
4,5 56:3,4,
5,9,10 57:14
**network**
176:15
**never**
16:1 17:14
22:25 23:6
25:6 28:18
31:7 49:10
55:13 68:10
69:12 70:12
79:13 83:23
84:8,14
94:16 95:9
99:8,24
105:25 108:6
111:22 124:1
127:24 144:6
159:25 161:8
167:1 184:4
198:3,23
199:3 203:4
209:11
227:24
229:18 232:3
233:2 238:2
247:25 248:6
270:5
271:17,18
276:7 277:19
278:13,22
297:11 298:2
**news**
223:4
**nice**
122:20
123:13
211:25 212:6
231:4 252:8,
10,18

Jeremiah E. Brach
May 13, 2025

Nicholas
  6:17
Nick
  139:17
  151:25
  160:24
  170:24
Nine
  165:7,12
nineties
  20:10 89:21
  141:2
nobody's
  17:1 95:12
nods
  8:5
noise
  149:21
noncompete
  159:22
  160:4,5,7,8,
  11,19,23
  161:16,20
normal
  44:22 157:9
Notary
  6:3 298:22
note
  137:19
  138:16 139:7
Notwithstandi
ng
  95:23
Novak
  184:7
  278:16,18,20
November
  8:15 135:6
  137:11
null
  71:2
number
  36:18 37:7
  52:5,6 55:25
  56:1,25
  77:24 79:20
  91:23,25

97:19,20,23
99:2,8,10
101:12 104:8
105:22
110:14,17
133:16 142:3
234:11
235:13
240:21,22
253:8 256:11
257:23
259:2,11
261:6,7,8
269:12,13,
14,22,24
number's
  199:12
numbers
  75:11 95:11,
  12 109:2,8
  123:21
  124:12,13
  126:5 144:19
  254:3,5
  259:1 276:24
Nutri
  50:22
Nutrichef
  51:17 233:21
  262:13
  268:14,15
  289:1

___

O

oath
  7:10
objection
  170:20 171:2
obligation
  160:15
  161:16
  295:21,25
obtain
  249:22 264:4
  293:25

obtained
  214:1
obviously
  19:22 20:25
  24:21 26:3,
  15 27:12
  28:17 29:22
  30:3,11
  43:19 44:21
  47:23 50:13
  57:2 63:13
  64:18 65:3
  68:15 70:19
  84:7 85:16
  88:10 91:15,
  20,24 95:6,
  17,18 103:9
  105:19
  109:11
  117:4,25
  118:16
  119:19
  122:4,6,9,24
  127:1,2
  138:3,19
  139:11
  146:18
  149:20 150:4
  152:11
  157:7,16
  158:19
  159:16,22
  169:13
  170:23
  180:7,10
  183:5,7
  188:12
  190:14
  193:18
  197:20
  200:22
  209:11,13
  211:23 213:2
  217:20
  219:17 220:6
  223:13
  224:21
  230:15
  233:11

235:5,16
242:18 246:5
252:17,22
266:11 270:8
272:14
277:18
280:19
282:22
284:3,10
occasion
  251:19,20
occasionally
  95:10 128:4
occasions
  116:13
  119:10
  271:19
occur
  194:20
occurred
  84:14 195:6
  229:3,22
occurrence
  230:2,4
occurring
  195:18
Ocean
  45:20
October
  129:5 130:5
  131:3 133:7
offer
  24:15 238:7
  239:13,16
offered
  23:1 24:18
  200:10
  222:25
offering
  131:11
  239:22
  240:24
  288:15
offers
  223:5
offhand
  99:19 202:16

**office**
17:8,20
18:20 90:6,8
91:16 95:2
117:1 175:21
215:24
247:13 252:6
253:1
**officer**
32:17
**officers**
32:14,15
**official**
31:11,13
259:19
**officially**
192:25
**okay**
6:23 7:17
8:1,3,11,22
12:18 13:20
17:11 19:13,
22 21:2
22:16 32:19
33:5,10
40:15 41:3
43:5 44:2
48:6,19
49:15,25
50:6 53:15
54:13,18
57:19,24
58:8 59:9,16
61:25 62:7
63:5 64:10
65:6,16
69:6,10,18
70:18 71:15,
16,23 72:7,
15 73:15
75:12 76:4,
19,24 77:16
78:17 79:3
81:24 84:4,
16 88:20
90:7 98:12,
23 99:7,17
103:4 104:17

109:17
112:10
113:24
115:19,23
117:5 118:2
120:8,18
127:16 128:7
130:21
131:5,9
132:25
133:16
134:14,22
135:9 136:17
138:4,22
139:19
141:5,20
142:3 144:10
145:13
146:10,19,23
147:20 149:3
151:10,24
152:9,18
161:2,18,21
162:13,14,23
163:9
164:11,15,19
167:14 169:2
170:5,18
171:16 172:4
178:19
179:14,18
182:9,15
184:2,10
185:14
189:11
196:9,23
197:20,23
200:14
201:14 203:1
204:11
207:10,19
208:13
214:13
215:10
217:18,25
221:3,10,20
227:19
228:12,15
232:14

233:6,12
236:8 238:7,
15 239:2,5,
12 240:24
241:19 245:1
246:12
247:19,22
250:3,8,12
253:2,23
255:3,25
256:2,4
260:22,25
265:1 269:1
278:16 280:6
281:3 282:13
283:12,15
284:6,14,19
285:17
296:13
297:16
**old-fashioned**
89:17
**older**
82:23 83:15
**oldest**
232:6
**on-boarding**
263:18 264:7
**onboard**
18:12 263:24
**once**
6:6,9 17:3
23:21 34:9
38:17 116:1,
7 117:25
155:13
157:17
159:15
161:10
167:7,24
168:15
203:24
209:13
214:23
219:11,14,25
229:24
243:20
247:14 249:6

259:25 261:5
272:14,22,23
273:4
**one**
9:4,5,10,11
15:11 17:1,
21,22 20:21
23:19 27:2
28:8 29:14
32:24 34:3,
23 40:11
46:18 47:22,
23,24 48:2,
13 55:21
72:16,19,20
74:18 75:4
76:18 79:15
82:7,10,15
83:4 85:4,23
88:20 99:8,
21 100:20
104:8 109:6
110:7,14
116:12,13
125:6 127:17
130:10
131:17
132:13
133:16
138:13 140:1
147:7,8
155:12,13
156:4 158:5,
7 159:5,20
168:5
169:15,21
173:25
177:18 187:1
190:8
193:11,12,17
194:1,10
195:15
200:24
205:16
206:19 207:1
209:4 211:7,
8,9,11
213:18
214:17

216:21
219:18
220:16 222:8
225:10
228:18,20
229:25 230:2
235:4,6,17
237:8 238:23
239:7 240:8,
11 241:1
243:8 246:5
251:10
252:11
256:17,18
257:3,11
259:17
261:19
262:13
266:15,23
271:20
274:5,21
276:12,17
277:10,13
295:7
**one-time**
272:9
**ones**
29:9 115:15
144:11
195:12
214:16 236:5
**ongoing**
117:15
139:14 195:1
277:15
**online**
18:5 21:8
23:12 40:4
128:24
230:19
232:19
241:6,12
**open**
24:1 26:21
147:21
**opened**
26:19 137:22
138:2

**opening**
262:23
**operate**
134:6 183:1
184:20,23
185:10,20
283:9
**operated**
283:3 288:6
294:20
**operates**
33:3
**operating**
33:11
**operation**
122:20
**operations**
38:23 77:10,
14 130:2
187:23
255:1,2
**opportunities**
24:7 124:21
189:13
190:6,12,15,
23 192:17
295:18
**opportunity**
122:9,11
123:3,14,16
149:12
150:12,21,24
190:9 213:6,
7 225:13,19
226:5,6
272:21 273:5
**opposite**
27:20 193:23
**order**
17:25 18:1
45:6 117:14
119:8,9
120:5,8,9
121:11
125:10,16,
17,21 126:14
127:19,20
128:14

142:24,25
148:10
169:8,14
201:5 222:24
249:12
**ordered**
119:25
127:10,12
**ordering**
168:8
**orders**
17:25
**organized**
16:24 56:18
**original**
25:21,22
57:9 94:3
**originally**
123:23 207:7
**outdoor**
263:3 272:2
**outlined**
165:3
**outlining**
96:10
**outside**
12:23 185:25
246:21 247:4
**overbought**
223:12
**overfilled**
223:23
**overheads**
277:16
**overloaded**
98:8 224:1
**overpaid**
95:9
**overpay**
297:17
**overpaying**
224:20,25
225:1,3
**oversee**
118:18,20
**overstock**
147:6,13,17

**overwhelmed**
230:11
**owed**
197:8,11,14,
17 295:21,25
**owes**
298:8
**owned**
67:9,16
217:23
283:11
**owner**
41:15 133:10
135:10
252:11
**owners**
31:20 32:4,
12 139:21
229:8 252:11
**ownership**
25:15 31:14,
17 32:5,7,10
37:25 38:4
**owns**
35:13 139:20
174:15

---

**P**

---

**p.m.**
128:13
180:15,16
227:9,10
270:25 271:1
298:15
**paddle**
124:17
**page**
47:4 76:12
79:21 130:15
163:12,15
164:2,16
165:7,12
167:14
240:18,24
245:13
268:23

Jeremiah E. Brach
May 13, 2025

pages
  76:13
paid
  37:21,22,23
  43:2 44:2
  45:2,4,5
  48:11 49:16,
  17 50:2
  53:15,18
  59:24 60:10
  61:7,19,22
  62:1,3,4,8,
  18,22 63:4,
  10,11 64:13,
  15,18,24
  65:21 67:25
  68:1 69:1
  71:10,18,21,
  23 72:20
  80:23 90:10,
  23 91:9 93:3
  106:10,21
  107:12 123:9
  124:11
  147:10,15,
  16,21,24
  148:1,2,11,
  24 151:19
  153:19,20
  155:25
  165:18
  166:2,4,16,
  18,23
  167:21,24
  168:2,3,11,
  14 197:4,5,
  9,11,13,15,
  18 198:8,17,
  25 199:7,10,
  19 200:5,12,
  25 203:15,
  21,25 204:1
  211:17 212:3
  217:9,15
  223:13
  227:20,21
  228:23
  229:1,15,18,
  21 237:7

240:9 247:3
271:6,7
275:6,7,9,21
276:2,9,23
pallet
  27:11 142:25
  216:16
pallets
  15:17 22:25
  23:5,10,18
  70:22
  230:13,14
paper
  162:18,20
  256:20
  258:5,24
paragraph
  49:20 50:1
  82:5 131:1,7
  164:2,3
  171:17,18
  173:8 208:3,
  6,13 210:10
  214:3 217:5
  259:24
  260:22
  261:25
  284:25
  285:8,18
  286:10,11
  289:10,22
  290:22
  291:14
  292:6,12,20,
  24 293:2,8,
  13,17,22
  294:18
  295:10 296:2
  298:5
Paragraphs
  291:21
parallel
  288:4
Parks
  226:15
  242:15 243:1
part
  13:17 28:11

29:11,12
33:11 59:17
74:7 92:9
114:15
117:18 137:1
140:8 142:12
144:16
147:18
180:17 188:1
231:9 232:16
273:15,18
274:15
275:16
283:20
Part-time
  165:15
participate
  252:17
participated
  291:24 292:3
particular
  78:14 81:8
  85:8 89:1
  130:12
  256:17
  257:11
partner
  21:13 31:11
  272:19
partners
  24:10
partnership
  263:14
  272:24
parts
  27:1
party
  30:4
pass
  13:18
passed
  178:17
password
  174:18
past
  29:4 78:14
  79:16 226:6

274:18,20
patients
  269:9
pattern
  294:19
Paul
  278:15,20
pay
  10:21 54:18
  55:15 59:18,
  19 61:1
  62:11,22
  63:2 71:24
  81:6 92:16
  95:19,21
  101:3 109:5
  123:6,10
  139:1 150:5,
  6 153:14,25
  155:22
  157:6,8,19
  158:18,19
  166:11,14,18
  167:19
  168:11
  183:17
  191:13
  198:15,18,21
  200:3,4,10
  202:7 203:20
  227:16
  234:17,19
  235:17,21
  236:22
  240:10
  242:20
  271:12,13,14
  273:8,11,12
  274:19
  275:20,24
  276:12 277:8
payable
  280:7
paycheck
  158:13,24
  159:2
paychecks
  279:5

Jeremiah E. Brach
May 13, 2025

**paying**
17:2 22:14
58:10,14,17,
21 61:9 62:6
63:1 66:21
101:4 130:18
131:24
132:2,6,10
135:21
139:19
156:24,25
157:2,4
159:12 168:6
169:20
234:16
237:17 243:4
271:8
**payment**
57:15 63:21
64:12 66:3,6
81:15 93:13,
18 284:8
295:12
**payments**
59:7 67:9,
12,13,15
93:7,12
94:18,20
168:9,12,18,
19 199:9
200:15,16
204:4 227:21
228:6,24
245:23
246:12
279:22
281:21,24
282:3 284:12
**Paypal**
200:2,16,23
201:1,23
202:2,6,25
203:12
204:17,23
**payroll**
37:17,19
58:25 59:4,
7,11,13,15,

16,17,18,20,
22 60:10
61:9,13 64:6
148:4 151:19
152:21 153:7
154:23
227:16,20
229:1
**pays**
60:22 298:1
**peak**
113:22
**penalize**
166:20
**penalized**
243:4
**penalties**
7:11
**pending**
8:9
**people**
17:17,19,24
18:10 19:3
22:17 23:12,
20,23 24:18,
21,22 25:2,
10 26:6,7,24
27:4,10 31:9
34:1,4 63:9
70:21 74:7,
12 86:6,9
93:1 94:23
119:11
124:4,5,8,9,
24 125:3
138:9,10
140:5,17,22
149:16,17,22
153:15,17
154:11,13
175:5 179:17
180:8 184:24
185:11,23
187:12
191:11
205:10
207:17
208:22

220:11
222:21
223:19,21
225:1 251:15
253:21 254:1
272:4 274:17
275:1 284:3,
6 297:6
**people's**
23:22
**people/
employees**
157:9
**percent**
25:19,20
31:24 32:11
38:1 50:2
53:10,11,17,
20,25 54:5,
9,19,22
55:3,15,17,
24,25 56:1,
2,3,14,15,
16,24 57:10,
14,22,23
58:4,5 66:1,
9 67:22,23
68:9,17
74:18 80:4,
8,11,24
84:17,24
96:21 99:10,
12,13,14,15,
22,24 100:2,
16,20
101:14,15,
16,17
103:15,16
104:5,6,10,
13,14,15,25
105:6,17,18,
22 106:4,9,
11,14,15,17,
21 107:3,4,
9,10,12,13,
14,17,18,19,
20,21,23,24,
25 108:22

109:1,3,4,5,
7,22,23
110:18
113:10,13
114:10
121:22 122:5
134:19
139:2,3
143:19
169:20 176:1
225:1,2,3
235:13,14
237:12,13,
14,20,22
249:10
269:1,4,8
270:2 275:5
276:16,18
277:9,13
**percentage**
31:17,23
38:15 53:8
57:16 68:6
70:5 105:10,
12 224:7,10
**percentage-
wise**
144:19
**percentages**
111:4 253:11
**Perfect**
7:5
**period**
20:5 53:15
238:13
**periodic**
14:24
**perjury**
7:11
**permission**
21:12 230:13
269:17
**permitted**
150:25
151:2,4,5
**person**
9:22 40:25
74:6 153:23

Jeremiah E. Brach
May 13, 2025

156:13
160:21
170:18
179:10
191:10 194:6
204:14 206:1
219:21,22
220:2 247:16
250:10,13,19
251:3,6,7
261:17,19
277:5
**person's**
10:19 194:8
**personal**
8:25 197:3,
6,10,16
198:2,5,8
199:7,10,19
200:1 232:7,
21 267:1
**personally**
42:8 100:7
116:16 125:1
180:22
195:22
**personnel**
130:2
**perspective**
71:13
**phone**
17:25
240:21,22
246:22 247:3
269:12,13,
22,24
**phonetic**
32:9 35:11
40:6,11 74:2
122:8 160:14
196:4 206:5
226:17
229:11
**photographer**
200:25
201:6,8,15,
24 202:3,4
204:5,6

**photographers**
200:5,17,18
201:25
204:7,11
**photography**
100:24 200:5
201:13,18,22
202:7 288:2
**pick**
230:10,15,16
232:20
**picked**
115:9
**picking**
15:20 230:4
**pickleball**
215:15,21
**pickups**
230:8
**picture**
210:24
214:23
215:4,5
**pictured**
240:18
**piece**
70:9
**pieces**
70:7,9,15
72:1,7,9
120:2,3
121:4 125:13
126:15
140:10
256:25
257:16
**PIGO**
40:6
**PIGU**
40:7
**pizza**
289:1,8
**place**
16:1 18:12
125:9,16,17
150:2 174:11
185:22

201:17
214:10 216:7
230:14
254:25
260:20
285:16
**placement**
128:24
**places**
39:20
**Plaintiff**
6:2
**planned**
70:13
**platform**
29:5
**platforms**
40:2,4
68:13,14
172:20
179:2,4
180:19
**play**
66:17
**players**
142:20
**please**
6:6 7:22,24
8:7 108:14
171:14 286:2
**plenty**
137:5 154:13
**plural**
92:19
**PO**
127:11
**point**
6:16 9:11
20:22 22:5
51:19 58:17
61:6,8,13
67:8 97:1
106:24 112:5
114:9 117:12
119:3 130:17
138:13
155:14

156:4,23
157:1,16,20
158:7,22
167:10 182:5
205:16
207:24 219:2
259:17 266:2
276:17
279:17
**points**
18:23 151:24
**policies**
164:7 167:17
218:10
242:5,11
243:6,24,25
274:11
**policy**
63:7 81:10
146:4 163:2,
7,19 164:22
165:3,8,24
188:21 189:8
244:18,25
**popular**
21:8
**portable**
236:17
**portion**
73:22 188:1
227:11
**position**
17:9 19:14,
15,18 20:7
33:24,25
34:16 77:2,
5,6,10
**positions**
21:2
**positive**
170:4 237:25
238:8,10
**possesses**
290:17
**possible**
15:11 224:2
229:3

Jeremiah E. Brach
May 13, 2025

posted
 12:9
potential
 150:10,16
potentially
 124:24 191:7
 236:7
pots
 191:24
Power
 70:24 73:14
 74:17 75:4
 90:17 91:5
 93:16,17,20,
 24,25 94:6,
 7,9 95:16
 96:14,18
 106:2 114:15
 143:22
 144:5,11
 145:4 221:19
 222:1,2
 224:17,18
 227:1
 255:16,18
 276:8
PPC
 74:16 92:9,
 14,15 183:4,
 17 193:21
 196:13,17
practice
 44:22 164:23
 165:3,8
 189:9
practices
 163:2,7,18
 164:6
preparation
 12:13,24
prepare
 7:8 13:7
prepared
 13:4,6
 171:11
present
 50:9 127:21

252:23
presented
 208:15,17
pretty
 113:9 154:11
 190:8 258:22
previous
 121:11
 148:13,14,
 19,21 153:19
 159:23,24
 160:3
 161:12,24
 162:21
 253:18
previously
 114:22
price
 39:8 56:5
 90:3,4
 104:16
 118:23
 119:2,5,12,
 14,17,19,21
 123:5,6
 140:3
 175:17,19
 183:22,25
 192:22
 193:14
 196:24
 220:12,15,17
prices
 172:15
 183:23
pricing
 172:19
 209:23
 210:12,16,
 22,23 212:11
 213:13,25
 224:24
 287:19 294:5
primarily
 50:19 128:5
printed
 89:21

prior
 51:7 58:9
 63:23 76:22
 84:19 96:14
 112:18 161:5
 176:5 245:16
private
 176:15 261:7
 269:12
privileged
 170:21 171:4
pro
 19:7 51:10
probably
 6:16 10:7
 19:2 21:16
 30:16,20
 37:6 38:6
 44:25 52:22,
 25 53:2,3,10
 57:5 65:18
 66:5 72:12
 93:16 110:24
 132:23
 149:21
 156:15 175:5
 194:24
 201:13
 202:21 206:4
 211:11 220:8
 221:23
 223:17 225:2
 228:20 231:1
 237:3,19
 240:2 254:1,
 3 255:1
 256:7 263:1
 286:4
problem
 49:9 221:16
problems
 15:14 133:21
 222:21
procured
 262:2 263:13
produce
 163:22,24

produced
 168:22
product
 10:3,12,13,
 16,20 12:23
 25:4 30:2,9,
 12 50:13
 51:4 68:1,
 21,24 69:3,
 16 71:16
 72:16,19,20
 81:11 83:14,
 16 85:8
 90:1,16,18,
 19 91:6,20
 97:5,6 99:6
 100:12,23,
 24,25 101:1,
 24 103:10
 106:9 118:2,
 4,5,10,13,
 18,19,20
 119:13,19
 120:1,14,17
 135:24
 140:1,2,3
 142:11,13
 143:10,11,14
 144:12,13
 150:20
 161:4,9,11
 169:11,17,
 19,24 172:14
 173:25
 175:24
 186:19 193:1
 195:7,9,10,
 11,14 201:9,
 17 211:22
 220:12,15
 223:21,23
 224:1 231:2
 235:15
 236:23
 239:19
 242:18
 243:15,22
 245:2,15
 256:3 257:9,

10 270:12
272:1 273:14
274:5,7
297:18
**product-**
**specific**
92:25
**production**
168:23
**products**
15:25 16:6
17:3 19:4
26:24 28:11
29:4,10,18
50:3,8,15,16
51:8,18,23
64:14,15
65:7,9 66:17
70:7 72:5
82:12,14
83:8 84:10
86:4 90:13,
19 93:8,13,
24 98:18
99:1 100:1,8
104:16
110:5,10
112:6
114:19,20
115:1,4,8,20
116:20
117:10,21
127:6 128:16
137:2 142:22
150:20 154:3
162:22
169:8,10
171:20
172:12,22
174:2
175:17,19
176:2 183:22
184:19 185:4
187:7,8
189:14,16,
19,21,24
190:1,2,14,
17,20,25

191:1,4,15,
19,21 192:21
195:19
202:2,8
208:15,17
209:2,8,17
210:7 211:23
212:2,6
213:24
214:20
215:2,5
220:21,23
221:2,8,9,13
222:5,6
230:18
231:6,11,14
233:6,22
234:9,18,19
235:8 240:25
241:25 242:2
243:9,10
261:21 263:3
269:10,14
271:4,6,9,
17,18 274:14
275:16,17,18
281:16
285:12
287:15,20
288:4,16
289:4,12,13
292:9,16
294:5
296:16,19
**products'**
212:11
**professional**
48:3,7
142:14
**profit**
55:24 57:3
66:1,13
67:23 70:17
79:25 81:12
91:24 101:16
134:20
142:14 143:5
154:5

169:13,15
176:2,7
185:10
187:24
194:12
222:16
223:14 269:8
272:10
273:1,3,9,
24,25
**profitable**
187:11 221:9
**profits**
55:16,17,19
56:1,20
57:10,16
66:9 78:1
80:22,23
81:17 84:18,
19,25 101:17
156:15
169:21,22
187:12
269:2,4
270:2
274:15,24,25
293:19
**program**
56:19 90:17
91:17 109:1
111:7 156:9
**program's**
156:10
**programs**
94:1 110:3
237:24
**promise**
151:23,24
**promote**
17:6 123:4
124:7 241:25
242:18
**promoting**
292:10
**prone**
100:11
**pronounce**
77:3

**pronounced**
75:24
**proper**
33:7 203:14
280:13 281:1
**property**
293:18
**propose**
114:22
135:18
**proprietary**
205:21,24
291:17
293:25
**prove**
203:14,25
**provide**
261:16 291:7
**provided**
170:18 208:4
290:1,4
**provides**
283:18
**provision**
55:2
**PTO**
63:7
**public**
6:3 291:6
298:22
**publicizing**
184:22
**pull**
82:3
**pulls**
94:1
**purchase**
118:23
171:19
172:15,18
214:6
**purchased**
120:23 203:2
214:4 215:17
216:13
**purchases**
120:20,21

Jeremiah E. Brach
May 13, 2025

purchasing
220:21,22
purpose
95:13 152:15
285:2,6
pursuant
67:15
push
84:4 119:6,
17 194:1
pushback
24:22,23
pushed
209:9,24,25
pushing
124:7
put
15:23 70:22
74:12 88:5
104:4,14
106:11
107:14
108:25
186:16
195:13
201:16,21
223:5 232:7,
23,25 235:6
236:1 243:5
250:15
257:18
258:13,14,15
259:15
263:8,25
269:7,9
286:4
puts
29:22
putting
57:11 65:5
263:15
Pyle
123:23
233:22 242:1
251:2 262:13
263:21
264:5,15

Pyramid
33:15 38:1,5
227:15

## Q

quantity
120:1 257:8
quarterly
91:9 168:5
question
7:22,24 8:1,
9 34:3 59:9,
10 71:11
78:21 82:16
83:12 84:22
88:21,22,23,
24 95:5,21
98:21 102:20
127:17
136:10
141:8,10
144:2,23
146:19
147:21 149:1
152:3,8
171:3 178:18
179:12 194:9
200:13 218:6
227:13
228:14,15
237:5 238:6
277:21 278:9
285:18
286:25
287:1,4
295:23
questionable
296:17
questioned
219:18
questioning
150:23,24
questions
7:6,17 69:23
76:11 78:18
94:21 95:4
151:15

160:25
161:1,2
191:6 207:6
278:14
284:15 295:9
queuing
245:17
quick
121:6 126:1
180:14
quickly
289:22
quite
40:20 140:12
243:19
275:12
quote
208:7 287:14
293:18,22
294:4,8
295:11,17

## R

R-I-N-G-E-L
25:24
rabbi
14:15 44:16
45:8 46:14
rabbinical
14:15
rabbis
45:22
Rachel
226:17
265:13
267:11
rack
217:1,2
racketeering
294:20
rackets
215:15,21
racks
216:25
raise
94:22 123:2

201:5
range
19:3 97:22
203:9 254:11
rare
97:3
rates
100:13
rationale
271:8
reach
24:19 261:8
reached
112:7
267:15,16
read
47:3,19,20,
23,24 73:23
76:7,10,25
79:9,18
129:17
130:16,25
131:7 164:2
165:5,10
170:15
208:14
210:18 222:7
227:12
236:17
239:9,15
257:13
265:23
289:21 293:1
reading
76:10,23
78:9 129:19
239:10 241:4
ready
209:10,12
real
20:10,15,25
30:25 101:12
161:14
169:23
realize
201:12 216:2
223:11

Jeremiah E. Brach
May 13, 2025

| | | | |
|---|---|---|---|
| **realized** | 218:6,16 | **recommended** | **referring** |
| 102:2 159:7, | 237:25 248:1 | 162:11 | 6:20 173:11 |
| 10,16,18 | 249:18 | **record** | 222:11 265:2 |
| 204:13 | 274:4,7,8 | 6:7,10 | 296:20 |
| 276:10 | 281:21,24 | 14:20,22 | **refers** |
| **reason** | **receive** | 46:10 52:22 | 284:25 298:5 |
| 110:24 | 54:14 60:16 | 72:15,18 | **reflected** |
| 149:11 | 64:1 148:6 | 73:17,21,23 | 222:19 |
| 153:11 157:5 | 156:9 164:22 | 97:12 98:3 | **refrigerator** |
| 179:20 194:1 | 286:23 | 115:4 128:11 | 235:9 |
| 209:15 | **received** | 152:12 | **refund** |
| 219:13 | 13:12 29:18, | 159:20 | 68:25 297:18 |
| 248:17,19 | 20 54:10 | 168:17,21 | **regard** |
| 261:10 | 59:3,6 60:2, | 184:7,9 | 16:23 |
| 264:2,17 | 6 66:12 | 192:8 193:6 | **regarding** |
| 281:10 | 149:19 | 195:18 198:2 | 12:10 94:8 |
| **reasons** | 168:18 218:1 | 219:9 | 145:15 |
| 100:1 187:1 | 255:14 279:8 | 224:10,14 | 188:21 |
| **rebate** | 280:1 287:6 | 227:6,12 | 207:21 216:9 |
| 238:9 | 294:13,14 | 231:19 | 244:24 |
| 239:13,18 | **receives** | 255:5,7 | **Regents** |
| 240:10 | 60:17 | 269:5 | 13:16,19 |
| **rebates** | **receiving** | **records** | 80:16 |
| 198:18,22 | 63:19,24 | 34:21 200:7, | **regional** |
| 199:1 237:24 | 218:11 | 9,14,19 | 142:19 |
| 238:7 239:22 | 280:23 281:5 | 221:18,21 | **register** |
| 240:9,12 | 296:24 | 226:24,25 | 243:15 263:5 |
| 245:23 | **recently** | 245:22 | **registered** |
| 246:1,2,11, | 89:18 220:7 | 246:5,14 | 187:3 |
| 13 | **recognition** | 270:16,18 | **registration** |
| **Rebecca** | 292:8 | 293:9 | 243:13,14 |
| 181:19,21 | **recognize** | **recoup** | **registry** |
| 182:12 | 47:2,7 76:6 | 29:24 30:2, | 254:13 |
| 202:12 | 129:15,19, | 20 | **regular** |
| 204:22 | 22,23 | **recover** | 111:10 |
| 224:15 | 132:21,24,25 | 72:21 | 117:18 |
| 268:10 | 135:6 170:13 | **reduce** | **regulations** |
| **Rebecca/jesus** | 201:7 250:23 | 276:15 | 134:7 |
| 265:4 | 265:14 | **reduced** | **reimbursement** |
| **recall** | 268:18 | 275:2 | 295:13 |
| 8:21 10:24 | **recollection** | **refer** | **reiterate** |
| 31:4 40:12, | 13:8,9 | 6:19,24 | 81:8 |
| 14 43:2,3 | **recommendatio** | 268:2 284:17 | **relate** |
| 44:20 49:1 | **n** | **reference** | 244:9 |
| 51:23 52:3 | 134:18,21 | 256:4 | **related** |
| 115:22 173:9 | **recommendatio** | **referred** | 9:14 19:6 |
| 208:12 | **ns** | 267:25 | 204:16 |
| 217:4,7 | 130:3 135:16 | 268:4,7 | |

233:23
279:20
295:13
**relates**
177:3
**relating**
171:19
**relations**
282:4
**relationship**
41:21 42:15
273:22
**remain**
82:6
**remember**
9:4 21:6
40:23 52:7,
10,17 76:7
79:7,11
86:21 91:5
92:15 99:19
103:19 104:4
110:20
116:1,6,8
117:16
130:12,13
133:1,18,20,
23 134:2
145:4 155:24
158:9 161:12
163:16 168:3
181:19 192:5
202:16
204:16,19
205:3,4,5
208:21
209:7,21
210:8 211:8,
12,16 215:15
216:14,22
242:3 248:24
249:1,9,16
250:2 253:11
254:2,8
259:20
267:24
276:19

**removal**
30:4,7
**remove**
30:7
**renew**
111:10
**rent**
22:15 29:23
30:18 97:9
153:14,25
**repair**
27:1,5
**repairing**
23:25
**repairman**
27:2
**repeat**
7:23 84:22
290:13
**repeating**
6:23
**repetitive**
290:13
**rephrase**
7:24 117:8
157:2
**report**
73:6,14
85:13,14
90:12,21
91:7,8,10
92:1,6,11,15
93:5,7,10,
11,15,17
94:5,11,12
95:22,25
96:10 109:12
130:4,7,12
131:23 132:6
133:3,7,24,
25 134:4,19
135:5,9,14
136:3,15,18
137:20 139:6
141:12,17
142:1 143:22
221:25 222:2

244:13,24
251:7
255:10,14,
16,17 257:5,
14 278:3,4
**reported**
277:22
**reporter**
6:5 7:7 8:4
**reporting**
137:25
138:15
250:13
251:15,17
**reports**
24:13 34:3
60:21 73:10,
12 94:17
95:8,11
221:22
250:10
251:13
**represent**
6:18 257:2
278:20
**representative**
261:1
**representatives**
117:2
**represented**
9:8
**representing**
256:14
**reputation**
25:4
**request**
167:12
201:14
245:24 246:3
**requested**
73:22 167:12
200:9 203:5
227:11
**require**
246:20

**required**
7:7 63:9
120:9 127:20
291:3
**requires**
61:1
**resell**
278:1
**resources**
208:7 291:17
**respect**
20:15 34:16
79:4 82:22
83:16 105:9
109:18
134:10
293:13 295:9
**respected**
160:13
**responses**
8:4
**responsibilities**
16:23 17:12,
14 43:6,17
82:9,15 83:4
139:22
**responsibility**
19:20 82:8,
11 83:2,7
118:25
128:25 129:4
**responsible**
25:7 74:10
**rest**
114:17 293:1
**result**
61:2 113:17,
20 137:20,22
138:14,18
224:5 237:8
245:3
**resumed**
73:19 128:13
180:16
227:10 271:1

**retail**
  142:22
  193:14
**retailers**
  18:6
**retaining**
  210:17
**return**
  23:2,21
  25:12,14,25
  27:23 28:7,
  10,12,16
  29:6,8,17,22
  30:10,16
  33:12,13
  38:3 67:23
  68:5,15
  69:9,20,21,
  22 70:3,13,
  19,20
**returned**
  15:17 26:20
  29:10 68:2,
  17 71:16
  72:19
**returns**
  15:15,20,21
  16:18,23
  17:18 22:24
  23:6,10,14,
  16 24:20
  26:1,9,11,14
  27:22 28:5,
  18,20,21
  29:7,8 53:20
  54:6,11
  67:21 68:11,
  13 70:14
  71:4 91:20
  123:21
**revenue**
  53:20 54:10
  56:11
**review**
  12:13,16
  121:16
  239:13,16,18
  241:6,11,16

  242:7,9
  243:25
  245:15
  270:22
**reviewed**
  12:17,19,21,
  22,24 13:1,5
**reviews**
  25:1 237:25
  238:8,10,12
  239:23
  241:20
  243:5,6
  245:4,24
  246:3,11,13
**rid**
  82:11,12
  270:8
**right**
  7:4 12:22
  30:2 39:21
  41:15,19
  42:20 43:11
  44:7,13 45:5
  47:4 48:11
  49:21 50:20
  52:6 54:16
  56:10 59:11,
  18,21 61:2,
  10 63:6 64:6
  66:4,11
  67:24 68:2,
  20,25 69:16
  70:3,9,11
  71:14,18,21,
  22,24 72:8,
  22 76:22
  78:6 80:1,14
  81:3 82:5,
  16,24 83:8,
  11 86:8
  89:10 95:6
  100:1
  101:17,24,25
  102:15
  103:8,21
  108:25
  109:10

  112:17 117:4
  118:3 119:21
  122:1 125:20
  131:23 133:5
  134:11,16,20
  135:12,15
  136:15
  137:25
  139:13,20
  141:1 144:22
  145:11
  147:1,3
  149:3 151:6,
  12 152:1,2,
  13 153:14
  154:2,8,23
  156:18 157:8
  158:24 159:4
  160:1 161:1
  162:7 164:20
  165:2,8
  166:6 167:25
  169:15 171:8
  172:2,19
  175:10,11
  183:23
  191:8,25
  193:8 199:20
  202:17 205:5
  206:18
  210:22
  215:22 216:3
  217:20
  220:15
  222:17,23
  236:24,25
  239:2 240:9
  241:7
  242:13,21
  244:19
  245:18
  246:18
  256:24
  257:4,18
  258:3,23
  259:5 262:25
  263:16,21
  264:22 268:6
  271:13,16

  280:20
  283:20 286:6
  287:7,8
  295:8
**Ringel**
  25:24
**Rinvoq**
  11:15
**rise**
  291:1
**risk**
  127:4 152:3,
  13
**risks**
  139:22
  140:8,14,15
  225:23
**role**
  48:12,20
  49:18,23
  77:7 123:19
  147:3,5,7,8
  148:14,18
  149:24
  154:14
  287:10,18
  288:20
**roles**
  148:18
**roll**
  155:15
**room**
  235:7
**Roth**
  160:14
**Rottenberg**
  278:22
  279:11,13
  281:16 282:3
  296:7
**rounded**
  259:8
**rule**
  27:18
  258:11,12,17
**run**
  21:14 86:10

Jeremiah E. Brach
May 13, 2025

91:7,8 97:8,
25 101:22
178:14
179:2,3
180:18
185:17,19
227:16
**running**
102:25
178:15 183:4
**runs**
158:1
**Ryan**
226:15,19
241:24
242:14,15
243:1 244:17

---

**S**

**S-H-I-N-D-Y**
226:18
**S-H-M-U-E-L**
75:1
**S-N-E-U-R**
25:24
**S-P-I-E-L-M-**
**A-N**
226:18
**S-T-E-I-N-W-**
**U-R-T-Z-E-L**
14:16
**safe**
143:15
**salaries**
131:12
**salary**
58:11,21
62:19 63:19,
20,24 64:1
130:18
131:25
132:2,7
151:12 154:1
155:8
156:10,21,25
157:3 158:18

275:25
**sale**
54:3 56:5,
10,12 70:2,
3,16 71:19
93:5 137:10
171:20
222:16
**sale-specific**
92:24
**sales**
9:19 17:10,
13,14,22
18:5,13 21:8
22:1 50:2
52:2,7
53:17,19,23,
24,25 54:10,
20 56:3
57:14 64:13
65:1 66:1
68:4,18
70:5,17 71:2
72:7 77:8
84:24 85:1
90:11 91:14,
21 92:22
94:9 98:24
99:13,14
100:4 112:5,
15,17,18,21
113:1,12,18,
23 114:8
120:18,25
121:2,8
122:4 123:21
125:20
126:10,12
137:2 138:25
139:25
168:7,8
169:13,14
189:18
192:21
195:2,7
196:8,24
221:3 223:9,
25 224:3,4,

7,11,15
225:22
226:20,25
227:3 248:23
253:24
256:3,5
257:9,10
259:3 271:3
273:9,10,18,
20,21 274:17
275:16,20,22
276:14
**Sales'**
249:3
**Sales/buyers**
130:16,23
**sample**
215:8
**sample's**
209:12
**samples**
214:4,5,9,
10,11,13,21
215:11,16
216:1,3,13,
18
**Sanil**
267:14,25
268:3
**Sarubgh**
74:2 94:25
95:1
**save**
24:8,9
**Sawgrass**
230:25
**saying**
12:18 63:22
65:16 72:6,
14 78:20
80:25 82:20
83:13 86:5
89:2 92:4
101:2,9
103:19
105:20 107:5
108:3,6,21
109:2 111:6

113:6,11,17
114:1 121:3
132:4 134:21
137:8
141:14,15
144:1,8
149:17 153:2
155:5 156:23
165:2 176:20
177:4,16
178:11 188:4
189:24 197:9
212:10 217:7
218:5 225:17
234:12
235:13
241:4,10
246:1 258:4
260:7 264:14
265:21
266:1,14,19,
22 278:6
281:13
296:13,23
**says**
48:18,24
76:15,16
77:16,18,23,
25 78:3,12,
24 82:5 83:3
107:15,23
129:21
130:6,17,22
133:8,14,16,
24 134:8
135:18
137:13
164:6,11,14
167:16,19
172:24
188:24
197:15
208:3,6,14
210:21
217:16
236:19 241:3
242:15
245:14
250:21 251:2

Jeremiah E. Brach
May 13, 2025

255:20
256:3,6,9,
11,12 257:9,
16,25 259:5,
23 262:20
273:19,20
**scan**
90:5
**scared**
25:1
**scenario**
72:3 110:12
119:18
155:12
**scenarios**
106:12
**schedule**
168:19
**school**
13:13,14,20
14:3 41:11
**scooter**
209:6,7
**scooters**
272:15,20
**scratch**
112:15
**scumbags**
260:10
**sealer**
243:12
245:21
**search**
195:8
**searches**
220:9
**searching**
89:18
**season**
126:19
**seasonal**
121:16
**seat**
209:6
**second**
46:15,18
75:6 79:20

90:9 119:8
121:2,3,12
164:1,3
200:24
206:14
240:24 255:5
**second-to-
the-bottom**
258:12
**secrecy**
291:2
**secret**
182:23,25
183:1,8,9
184:22
185:13,23
186:2,23,25
187:15,16,
17,18 188:1,
2,3,5,6,18
209:14
**secretive**
185:7
**secrets**
182:16,17
183:11,12
184:1,12
185:5
188:11,21,
23,25 285:4
289:18,24
290:4,10,19,
25 291:16
293:24
**section**
131:1 164:20
**security**
59:24
**see**
15:16 18:9
23:25 26:15,
25 27:5 47:4
50:1 76:15
77:16,18
78:5 86:19
89:5 93:25
100:19 106:3
114:16

119:20
120:16
130:22
131:9,13
132:23
133:16
134:1,7
135:22 136:1
149:12
160:19,20
164:6 165:12
167:16
203:15
211:17
212:24
216:17
221:20,23
236:16
241:23
242:7,8,14
255:24
256:6,25
258:11 259:6
266:7 269:3
272:21
273:4,5
278:3
**seeing**
46:4 121:1
204:16,19
205:3 208:21
215:15 239:6
240:4,15
241:2 251:4
257:25
**seeking**
250:18 291:8
**sees**
23:18 37:21,
24
**selected**
177:6,12
**sell**
18:5 23:12,
25 24:3,4,
24,25 25:8
26:1,7 27:13
29:4 39:16,

18,20,24
40:2 50:8,9,
22 56:4
65:7,11,17,
20 68:16
70:4,14
72:9,19
82:12 83:5,
11,14 90:1
100:12 118:4
120:17 121:1
125:20 126:2
127:2
139:23,24
142:10,13
147:6 161:5
172:21
176:12 178:8
183:3,20
186:5,6
188:17
191:22,23
193:16
194:10,14
209:22
215:19,20,
21,22
230:18,20,
21,24
231:11,15
233:6 261:22
271:24
272:16,25
273:2,6,12,
16 275:24
288:4,15
**seller**
9:23 26:8
29:5 68:12
186:10,12
187:9,13
245:16
**sellers**
186:11
**selling**
9:20,24 19:4
23:7,13 25:1
64:16,17

66:17 68:12
86:4,7,8
99:1,6 110:9
114:22
124:20
142:21,22
151:9 169:9,
10,12 183:24
187:25
188:7,11,15,
17 192:24
193:13
271:18
273:16
275:19
292:10
**sells**
79:24 186:12
231:12
**send**
26:6 87:24
96:7 108:24
140:10
191:4,7,11
192:6 214:11
219:19
252:1,14,21,
22,23 253:5
262:25
263:15,18,19
266:6 274:13
297:19
**sending**
51:8 216:1,3
241:13
262:24
263:15 264:8
294:15
**sends**
263:17
**sense**
71:1,6 72:13
112:13
119:22 155:7
212:23
213:6,16
219:7 259:4
272:3 283:21

**sentence**
82:6 172:1
**separate**
33:5 108:10
144:24
181:15
275:23
**September**
125:19,23
**Serene**
51:22 92:21
233:20,23
234:4,5
238:23
239:2,12
244:16
**server**
264:9
**service**
17:18 24:15
180:4 230:11
233:4
283:16,18
**services**
203:19,20
205:10
278:21,22
279:1,19
282:17
283:13
284:18
**set**
26:7,9 124:6
152:20
258:10,16
260:2 274:11
**sets**
206:10
**setting**
258:11 260:1
**settled**
10:21
**settlement**
9:13
**setup**
183:20
201:19 276:1

**seven**
18:20 50:1
210:2,3
**seven-and-a-
half**
105:17
276:18
277:8,12
**Seventy-three**
38:10
**several**
237:24
**SFN**
35:18
**share**
25:18
274:24,25
275:14,15
**shared**
276:12
**sharing**
205:18
**sheet**
86:2 87:5,6
88:18 89:17,
18,19 90:2
106:1
**shelf**
118:14
**Shindy**
226:18
**ship**
30:4 142:25
143:16
183:2,16
184:15
**shipped**
128:21
215:9,12
216:20
**shipping**
30:3 70:20
71:4 76:15
85:4,8,9
87:18 88:24,
25 89:3 92:6
128:17

135:25
143:10 215:1
216:8,18
**shipping-cost**
85:7
**shirts**
283:22 284:1
**Shmuel**
75:1
**Shop**
231:2
**shops**
27:10
**shortage**
222:18
**shortages**
222:22
**shorten**
285:9
**shorthand**
54:19
**shortly**
57:1 132:5
**show**
26:11 62:15
87:2 91:12,
23 92:6,11
116:8 135:4
170:10
212:4,21
213:1,8
245:12
250:22
255:13
257:7,8
258:7
**showed**
92:14,15
**showing**
95:25 121:23
209:7 240:14
241:15
242:11
256:20,22
258:4
**shows**
90:21

115:12,13,23
116:2,5
210:13,15
211:1,2,5,18
217:16 258:1
259:9
**sic**
260:3
**sick**
124:2 164:22
**side**
20:14 21:8
**Siegman**
238:24,25
**sign**
77:13
**signature**
31:11 163:16
262:14,15,
16,19 268:23
269:15,17
**signed**
47:23 54:15
146:1
163:10,13,
16,17,18
262:12
**significant**
114:4 291:7
**signing**
51:7
**signor**
44:9
**silver**
252:9
**similar**
28:1 124:13
142:19 150:5
153:21
190:19 191:7
193:4
231:11,14
234:14
235:11,15
**simple**
69:17 110:4
141:9 142:3

209:7
**simpler**
139:5
**single**
76:24 178:14
185:22
**sinks**
271:23,24,25
272:4,7,14
**sir**
285:11
286:10,25
291:10
292:1,17,24
294:22
298:10
**sister**
41:19 149:13
**sister-in-
law's**
41:6,8
**sit**
18:3 96:2
125:23 201:4
282:8 294:25
**sites**
24:5
**sitting**
84:9 112:11
124:19
**situation**
68:21,22
69:20 267:10
272:22
**six-percent**
105:8
**size**
30:8 112:25
113:7,19
143:15
**SKU**
256:10,11,
14,17 257:6,
11 259:3
**slight**
66:18

**slightly**
258:2 290:12
**sloppy**
205:17
**small**
122:13,20
125:21
203:11
205:15 210:4
233:18 276:6
297:17
**smaller**
209:21
**Sneur**
25:24
**social**
59:24
**software**
174:9 175:6
**softwares**
174:10
179:25
**Sol**
32:9,16
35:10,18,25
**sold**
9:11 25:3,5
28:11,12
29:20,21
30:14 50:3,
19,21 64:14,
15 65:8,13
69:15 70:1,
6,7 72:1
81:8,10 83:8
90:14,22
93:8 100:1,9
109:12
114:22 121:5
125:14,18
126:3,7,9,20
127:3 186:25
225:5 271:5,
7,10,17
274:7,9
281:16
289:12,13

**solely**
115:9 164:21
**solicit**
210:16
251:20,21,
23,25 252:4
**solicited**
210:12
**soliciting**
210:21
**solid**
125:8
**somebody's**
59:19 86:3
264:21
**someone's**
269:16
**someplace**
255:17
**something's**
257:24
**son**
10:19 35:14
229:10
231:24
232:7,9,14,
15 251:22
252:3,4
**son's**
231:2
**son-in-law's**
42:9
**sort**
26:14,23
122:2
**sorting**
16:17
**sought**
293:17
**Sound**
7:18 9:15
15:9 20:2,3,
6,8,13 21:3
22:3,6,10
23:8,16 26:1
28:1,3,5,10,
13,14,20,22

29:3,18
30:20,24
31:5,15,21
32:12,15,20
33:2,11,15,
17 34:13
35:1,6 36:1,
12,19 38:12,
14,15,24
40:22 42:18,
24 44:5,10
47:8 50:9,18
51:8 52:2,
12,15,21
53:13 54:10
57:17 58:10,
25 59:4,11,
17 60:10
61:8,12
66:20 69:7
73:8 75:15,
25 77:5
79:1,3 81:9
82:21 84:18
90:10,12
96:15,19
97:2 102:18
112:7,21,25
113:1,13,19
114:11,17,
21,23 115:20
117:10 118:6
120:12,15
129:5 130:18
131:11,24
132:6,8
139:7,20
141:10
145:14 161:6
162:2,10
163:1,6
168:25 169:2
170:12 174:1
176:15
178:4,7
182:17 186:7
190:18
192:25
194:21

195:10
197:5,7,11,
17,18
198:15,19,
22,25 199:8
202:18,19
208:16,18,23
210:14
214:4,6
215:18
217:6,23
218:9 220:23
224:4,8
225:6 226:10
227:15
228:23
229:12,15,
21,24 230:6,
7 231:12,15
232:3 233:8,
11,14
234:17,18
237:7,16,18,
23 238:5
239:23
240:6,10,19,
22 241:20
242:13,20,
23,25 243:3,
10 245:24
246:13
247:23,24
248:2,6,12,
21 250:3
251:1
254:16,17,21
258:20
261:15
262:2,7,13
263:2,12,16,
20,22 264:3,
9,24 267:3,7
269:3 270:3
271:17,18,
19,20
272:10,15,16
273:2,3,11,
22,25 278:23
279:2,9,11,

14,21,22
280:5,6,11
281:16 282:5
285:3,6,10,
11,20
286:12,13
287:15,19,23
288:3,10,16,
22 289:14,
18,25
290:10,18,
20,24 291:3,
6,8,9,23
292:9,11,16,
22 293:3,5,
9,18,23
294:1,5,9
295:12,18,21
296:1 297:8,
13,16,24,25
298:1,2,6,8
**sounded**
121:21
**sounds**
20:8 150:7
**Soup**
269:2,8
**source**
17:23,24
115:21
123:22
162:6,9
170:25
171:11
189:15,20
287:14
**sourced**
65:7 75:14
112:7 115:8
116:21
117:21
123:24
172:14
189:21 190:3
233:7
**sourcer**
17:22

**sources**
29:19
**sourcing**
17:10,13
44:1 50:3
123:22
287:19
**space**
97:9
**speak**
7:22 11:25
12:5,7 94:25
201:4
**speaker**
234:25
235:4,10
**speaking**
226:21
**specialist**
45:8
**specific**
12:3,10 45:9
89:6 90:10
92:16 103:10
110:14 146:7
171:14
176:22
178:21
182:21
185:15 186:7
187:21 191:3
194:3 195:5
213:13,14
231:17 234:3
256:10 286:2
**specifically**
6:20 17:11
107:11 161:3
162:17
164:11 173:6
175:23
176:10
178:12
190:21
207:23 209:2
210:15,23
211:1 214:15
245:12

286:14
specifics
184:11,15,18
235:9
specify
117:20
speed
284:16
spell
40:8 46:10
196:21
spells
138:10
175:11
spend
201:18
247:10
spending
198:5,6
spent
92:23 203:6
Spielman
226:18
split
27:17 39:1
splitting
27:21
spoke
42:10 94:24
95:1 122:5
158:12
188:12
190:19 233:2
245:20
259:25
261:17
Sporting
230:21,24
231:1,3
sports
233:25
spreadsheet
85:12 86:1,
2,11,13,14
89:8,10
91:16 92:5,
10 104:3,22

spreadsheets
89:12
spring
126:19
Squatz
233:15
staff
141:3
stamp
34:19
stand
217:1
standard
94:12,13
119:25
145:21
153:18,21
254:4
standards
145:23
stands
216:25
start
15:19 16:4
17:2 21:17
23:23 29:24
48:21 67:13
70:2 76:16
77:17 84:6
91:1 96:18
102:4 115:14
123:19
124:4,22
126:22
127:19
137:23 139:7
147:14
156:24
186:16,19
187:2,7
191:12 209:5
214:17
228:12,14
started
15:10 16:2,
15 21:20,21
23:5,16,23
24:15,16,19

39:18 42:23,
24 43:7,18,
23 50:22
51:1,2,15,17
66:20 67:8,
13 89:14,15
91:1,3,4
97:13,14
98:14
105:14,15,
20,22,23
106:4
112:15,16,18
126:5 136:4,
23 137:9,18
138:16
141:10
147:1,3
155:12,13
156:9 168:8
169:3 219:2
225:9 231:20
274:12,13
277:22 289:8
starting
22:19 66:20,
23,24 67:3,5
119:9 150:9
226:19
starts
27:18 70:2
126:19
state
6:6,9 13:18
60:15,22,25
210:11 214:3
236:19
stated
16:22
statement
172:5
statements
114:1 198:4
247:23
248:4,21
249:4,8,19,
23,25

states
171:17
234:20
289:23
292:12
stating
236:16
stay
58:6 158:3
166:6
stayed
19:15
steal
262:1,6
263:11
277:23,24,25
stealing
264:3,18,20,
21,22,24
288:21
Steinwurtzel
14:15
step
62:1
Steve
36:4,11
Stevens
132:16
133:10,19
135:1,10
sticking
143:1
stock
84:10
126:11,12
223:1 244:5
stole
180:2 217:6,
11,18 269:15
294:8
stolen
10:18
stomach
11:17 124:2
stop
154:21
157:2,17,19,

21 179:18
206:14
225:15
**stopped**
18:9,11
57:13 58:10,
14,16,17,20,
21 61:9,12
67:6 128:1
131:24
132:2,6,10
157:4 159:2,
16,17 225:16
244:3
**storage**
96:23 97:10,
13,14,17,18
**store**
97:4,6 98:10
**stored**
97:7
**stores**
142:22
214:16
230:5,22
**storing**
98:8
**story**
152:7 158:20
160:1
272:13,15
**straight**
231:25 269:5
**street**
6:11 8:13
16:14,15,16
35:23 46:8
189:5
**strength**
125:7
**strip**
87:24 88:1
**strong**
222:11,13
**structure**
33:7 35:1,6
55:1 57:20

84:17,24
122:13
134:15
136:24
150:13
**structured**
89:23 135:15
153:2 236:24
**studies**
14:5,11,17
15:8 16:10
20:1
**study**
14:2,11,12,
24,25 121:8
**studying**
15:1,12
**stuff**
24:16,17
25:2 26:22
74:15,16
119:14 140:6
151:15,23
192:12
211:25 263:4
**subject**
7:11 79:8
180:21
251:20
253:18
**submit**
201:14
**Subscribed**
298:20
**subsequent**
120:18,19,
21,24
**subsequently**
192:4
**substantial**
292:21
297:21
**successful**
183:13
**successfully**
291:10

**sudden**
105:16
142:23
223:22
**sue**
160:15
**sued**
9:7 10:14
140:11
**suffer**
11:4
**sufficient**
241:9
**suggested**
138:10
277:13
**suggesting**
152:15
155:25
**suggestion**
277:18
**Sukkot**
272:1
**sum**
277:10
**summer**
125:14,15
211:8,11
**Sunil**
260:3
**supervise**
48:18,19
49:6 58:20
**supervising**
48:21 49:10
58:13 64:22
**supplies**
288:22
**supply**
223:3
**support**
64:17 98:25
247:23
248:10
**supports**
264:24

**supposed**
43:9 53:18
57:5 63:13,
14 84:6
157:17
172:16,18
189:15,20,23
190:3 239:7
251:12
**sure**
28:16 29:9,
15,20 32:16
35:4 36:20
37:4,5 41:10
45:1 46:5
49:12,19
50:25 54:22
59:7 61:14,
24 62:15
65:19 69:14
70:23,25
74:6,10,18
75:3,5 76:9,
13 77:7,8,11
78:6,11
79:15,18
82:11 84:23
89:13,14
91:17 94:24
95:1 96:17,
20,21 97:19
101:22
104:20
106:12
107:19,21
110:12
113:25
114:13
116:2,12
118:14
119:21 124:8
129:22
131:19 139:9
142:8 143:8,
12 152:17
153:24
154:24,25
156:2 157:13
169:12

Jeremiah E. Brach
May 13, 2025

174:13,23
179:9,21
180:11 182:2
191:18
194:22 196:5
197:21
200:12
202:18
204:6,22
206:11 207:1
208:1 210:9,
19 211:14
212:5 213:4
214:25
217:1,2
219:12
220:16 223:4
228:16 230:2
231:16 237:6
238:9,13
241:14,17
242:4,19
243:1 246:3
248:18
249:10,14
250:11 251:9
256:12,13,
19,20 258:6,
16 259:22
266:1,2,4,9,
16,25 268:25
270:7,11
273:25
274:1,14,18
286:5 290:14
295:24 296:3
**suspect**
199:16
**suspected**
219:3
**suspended**
245:3,5,18
**suspension**
245:17
**suspicion**
199:18 201:5
**suspicious**
200:25

202:20
**SVP**
77:14
**Swiss**
289:5
**switch**
43:19
**sworn**
298:20
**system**
52:24 55:18
56:20 57:2,
3,15 73:25
74:5,12
96:14 154:22
175:25
222:24
223:7,10,15,
18,22 258:24
**systems**
180:3,22
181:3 206:11
207:4

---

**T**

**T-O-P-A-L**
36:4
**tab**
258:12
**table**
153:24
164:17,18
**take**
7:5,8 8:8,10
11:13 22:9
39:2 40:11
46:25 49:22
56:12,15,16
61:25 63:15
68:6 69:15
76:4 81:16
129:14
132:20
140:4,9,14
141:20 163:5
164:1 174:8

177:10,22
178:22
179:20,23
180:13
185:12,24,25
191:25
197:22
202:20
208:22
217:16
218:19 234:8
236:13
238:21
260:20
265:11
270:21
288:24 290:8
292:21 293:3
**taken**
11:3 73:18
94:8 128:12
141:25
164:25 165:1
173:7,13
174:21
175:16
176:8,11,14,
22 180:15
181:2,5,8,25
182:4,17
189:4
207:20,21
227:9 270:25
**takes**
276:14
**taking**
11:19 17:21
23:22 77:17
123:20,21
138:16 139:7
141:11
153:12
166:12
179:19 219:3
239:8 257:6
**talk**
12:20 57:24
65:6 69:21

72:16 85:22
94:23 102:10
152:10
233:12 261:5
**talked**
239:1 281:20
**talking**
51:6 59:16
63:18,19
69:20 80:4
103:24
109:15
110:21
130:11
131:17 146:8
149:22
176:24
178:13
180:19
181:22
184:12,16,19
186:6 187:25
209:21
222:13
224:18
234:16
262:15,22
272:18
**talks**
135:20
188:23
**Talmud**
232:17
**Talmudic**
14:5,11
16:10
**Target**
28:23
**tariff**
103:7,21
107:9 236:23
237:10,12,14
**tariffs**
86:16 104:24
105:1
234:17,18
237:7

Jeremiah E. Brach
May 13, 2025

tax
  33:12,13
  38:3
taxes
  59:18,20,22,
  24 60:10
  61:1,9
TD
  228:20
teach
  232:17,18
team
  277:16
tech
  179:5,6,9
  194:5
technical
  153:6,8
  175:1 195:20
technically
  150:16
techniques
  178:9,12,22
tell
  11:9 12:19
  17:11 76:5
  91:13,14
  95:9 97:21
  105:24
  107:6,7
  114:4,25
  115:3 118:12
  129:15
  132:21
  141:19
  146:24
  147:25
  153:8,23
  154:7
  157:22,24
  159:13
  180:10
  185:19
  232:19
  239:20,21
  260:14,18
  262:3 271:13

telling
  100:14,21
  152:7 160:20
  219:22
temp
  37:5,12,23
ten
  21:16 55:15,
  17,25 56:1,
  15 57:10,22
  58:4,5 66:1,
  9 67:22
  72:6,7 80:24
  84:17 93:2
  99:15
  101:15,16
  106:10
  107:24
  109:1,22
  134:19
  148:17
  169:20
  226:22
ten-percent
  276:3
tents
  272:2,4
term
  55:11 80:8
  136:22
termed
  163:9
terminated
  41:22 42:16
terms
  109:5,23
  133:22
  168:13
territory
  162:17
test
  120:13,16
  125:12
  272:20
tested
  64:19

testified
  6:4 8:20 9:3
  208:8,11
testify
  206:20,25
  207:6 240:1,
  4
testifying
  7:14
testimony
  7:10 11:6,10
  12:1,3,14
  205:23
testing
  273:23
thank
  7:4 30:23
  40:10 42:3
  49:15 58:8
  59:10 75:12
  80:19 97:16
  98:23 132:13
  142:3 207:19
  278:19 287:4
  293:2 298:10
thanked
  226:6
thanks
  241:13
thereabouts
  57:13
thing
  26:13 47:3
  70:14 79:15
  82:14 100:22
  110:4 119:12
  125:6 127:5
  136:8 140:1
  148:11,12
  161:19 179:8
  201:19
  202:12
  211:12
  213:18 214:8
  222:8 232:18
  247:25
  249:15
  252:16

261:11,13
  272:3 279:6
things
  12:17 19:16,
  18 20:4,18
  30:15 34:5
  39:8 43:24
  74:8 79:9,
  12,13 84:19
  85:24 90:24
  92:5 94:3
  95:7,12 98:8
  100:21 101:2
  102:22
  103:19
  105:13,16,
  17,18,25
  107:18
  109:14 111:4
  140:7 151:18
  162:15 175:2
  179:17
  180:1,4
  183:2,3,6
  184:25 185:2
  187:2 190:19
  197:8 198:2
  204:2,25
  205:3,6,13,
  15,16,19
  206:1 208:6
  211:25
  214:17 229:2
  241:25
  242:1,3,16
  266:5 283:7,
  23
think
  6:25 9:25
  10:23 11:11
  13:6 15:2,6
  16:9 25:2,19
  26:5 27:2
  28:4,7,16
  29:7,14 33:7
  34:5,7 37:20
  39:19,22
  40:23 41:24,

25 42:10,14
43:8 45:20
46:5,6 49:7
51:21 52:9,
14 58:23
59:5 64:20
65:5 68:9
70:18 72:16
74:18,19
75:2 79:6
80:20 81:3
83:5 89:16
90:6,8 94:1,
6,10,14
97:20 105:1
107:19,22
108:19 109:8
110:1,10
111:17,19
113:11
115:25 121:1
128:8 131:18
137:5,15
142:5 145:1,
3,16 146:3,
22 148:8,12,
17,19 154:18
157:12
163:24
167:4,7
168:16
177:14 179:6
180:6 181:4,
14,19 182:6,
13 186:4
188:13,19,23
189:10
195:22 196:9
197:1
199:12,25
202:4 203:9,
21 204:14
205:25
207:8,13,17
208:19
212:19
215:5,15
218:2,20
228:2 229:4

230:20,21
232:2 241:23
243:21
244:20
246:15
247:14
248:13 250:6
252:25 253:4
257:3,5,10
260:3,4
261:7,18
262:13 263:9
264:3,17,19
267:12,15
268:5,6
270:11
272:23 277:6
279:25 282:6
286:8 287:3

**thinking**
122:23 126:6
137:23 178:5
180:4

**thinks**
85:25 149:25

**third**
30:4 121:12
130:14,20
191:9 245:13

**third-party**
28:25 29:1,
2,3,5 97:4,7
98:1,3

**Thirty**
80:11

**thought**
50:8 69:12
118:3 141:15
156:24 162:2
172:10
191:8,9
207:7 223:15
227:19 232:9
252:9 260:13
279:3 280:17
282:20

**thousand**
86:23 87:8,

12 88:7
120:3 121:4,
7 125:13
126:2,4,7,15
149:20
158:10

**thousand-
piece**
126:14

**thousands**
69:19 140:13

**three**
33:13,14
36:2 38:18
50:2 53:17,
19,25 54:9,
19 55:3
56:2,16
57:14 65:25
66:8 67:22
68:8 84:24
226:12,13
227:14
248:25 275:5
277:13

**thrift**
27:10

**throw**
140:9

**Thursday**
276:25

**til**
84:4 104:20,
22 187:2,5
204:2

**time**
8:7 15:19
17:20 18:17,
19 19:5,24
20:1 22:15
30:9,13
42:11 43:5,
14,15 50:2,
18,22 51:1,
4,16,22
53:9,10,15
55:21,22,23
57:6,20

58:3,13,25
59:3 60:2,9
61:7 66:13
67:7 71:25
79:10 81:10
88:6,15
91:18 94:3,
18 101:19
102:1 103:25
104:1 106:1
112:5 117:17
118:13
119:15,24
121:9,12
122:14
123:18
125:24 126:1
128:1,8
130:4,8,13
131:15
133:19
134:1,9
136:4,19
137:6 138:16
140:17
141:10,15,
16,24 142:24
143:7 145:10
146:23
147:10
148:4,5
150:3,25
152:23
154:17 155:9
157:16
158:15,25
162:1,4
165:4,15
168:5,7
170:1 176:18
185:6 189:3
193:20 195:1
201:21
209:5,25
211:5,8,10
212:19
213:24
219:18
220:20

Jeremiah E. Brach
May 13, 2025

223:1,21
224:25
225:4,20
226:1,10
229:25
230:2,12,24
231:4 232:8
233:11,13
238:13
239:6,10,19
240:4,15
241:14
244:2,20,21
247:10,12
251:4 257:1
267:5 268:20
269:19
280:18
281:1,3
282:20 291:4
298:10
**times**
29:16 56:14
66:16 79:12
83:20 90:25
92:14 96:1,2
104:22
105:21
110:18,19
116:10,24
120:15
123:17
140:11,12
211:6 213:18
217:25 218:3
233:10
234:23 242:5
246:3,20
247:3,13
**timing**
91:10
**timing-wise**
132:5
**title**
19:17 31:5,
7,10,11,13
77:13,15

**titled**
163:6
**titles**
31:9
**today**
7:10,18 11:6
12:2,14 20:1
35:10 39:8
45:21 86:15
123:9 141:3
178:15 184:4
192:16
208:8,11
233:12,13
278:19 282:8
295:1
**told**
10:17 15:14
75:9 87:4
115:5,20
127:13,14
138:23
150:3,4
159:23
160:1,2,5,6,
7,8,12,15
161:10
162:17,18,20
167:1 176:1,
4 206:19
209:4 226:3,
4 247:12
248:24 260:5
267:12 272:5
276:17
280:14
**tooling**
101:1
**top**
16:4 224:24
245:13 256:2
257:9 259:1
**Topal**
36:4,11
**topic**
133:25
206:18,21
237:23

**total**
18:19 36:18
52:2 53:19,
20,22,23
54:9 93:22
112:5 113:12
185:20,21
187:23
226:19
257:25
258:2,5,7
259:2,5,13
275:3
**totally**
24:10 267:14
**touch**
17:4 193:2
224:23
260:25
**touched**
22:25
**toys**
106:14
**track**
28:9 57:4
**trade**
111:3
115:12,13,23
116:4 140:7
182:16,17,
22,25 184:12
185:13
186:2,23
187:16,17,18
188:1,21
210:13,15,25
211:1,5
232:17 285:4
288:10,16
289:18,24
290:4,10,18,
25 291:16
292:7,11
293:24
**trademark**
10:6 292:11
293:24

**trademarked**
140:6
**trademarks**
287:24
288:16
**traditionally**
90:24,25
104:7
**trailer**
230:9
**trailers**
88:12
**train**
207:22
**trainer**
232:7,22
**training**
207:20,21
208:3
**trampolines**
100:10
191:22
**transcribe**
8:5
**transcript**
7:9
**transfers**
34:19 88:12
205:9
**transitioned**
225:12
**translating**
80:5
**translation**
47:11,16,20,
25 48:1,8,10
**translator**
48:3
**traveled**
116:7
**tray**
289:1
**trays**
289:8
**treadmill**
215:14 240:1

Jeremiah E. Brach
May 13, 2025

treadmills
  100:10
  124:18
  234:5,6,7
treated
  30:22
treats
  30:10
trial
  9:12
trig
  80:16
trigonometry
  121:24
trucks
  26:10
  277:23,25
true
  141:21
  200:11
  237:9,15
  278:2,10,11
Trump
  103:21
  104:8,20
  105:14
trust
  225:18
trusted
  224:21
truth
  11:10 180:20
truthfully
  11:5
try
  30:12 111:3,
  13 119:5
  136:14
  156:11
  195:15 220:9
  232:15,20
  235:6,16
  262:11
  284:16
trying
  10:23 21:5
  68:20 94:4

101:13
102:12,21
103:1 108:17
120:1 138:14
141:8 144:20
152:8 156:20
168:10
177:20 178:5
179:18
190:10
195:17
197:12,18
199:6 209:1
243:5 262:4,
6 265:18,25
272:17 286:9
Tuesday
  167:19,21
turn
  86:6 163:12
  164:15 165:7
  167:14
turned
  22:5
Turning
  40:15
tweak
  85:21 118:15
tweaked
  57:21
Twenty
  31:19 32:3
twice
  219:15 249:6
two
  17:24 20:22
  36:2 39:2
  76:13 92:18
  99:10,12,13,
  14,21,24
  100:2 101:14
  103:15
  107:14,23,24
  108:22
  109:4,6,23
  112:14,24
  125:12
  131:18 132:3

139:3 143:2,
19 153:14
154:4,14
156:11,14
157:11,25
158:22 180:8
193:3,8
200:18
201:24,25
202:6 204:7
210:8 213:1,
3 214:16
216:16,21
226:17
228:19,21
232:23
235:3,12
238:18,22
239:10
251:18 261:9
271:19
282:13,18
Two-minute
  227:7
two-page
  75:20 236:15
two-time
  204:6
two-year
  89:15 154:9
Tybereg
  33:23 37:16
  60:14 169:1
  250:10,13,21
  251:8,11,13,
  15 270:17
type
  27:10 55:4
  109:10
  119:12
  148:16,17,23
  164:8 189:17
  194:7
  216:16,24
  238:3 243:14
  246:16
  260:11 272:3
  276:1 281:7

types
  27:6,9 30:1
  51:14 92:18
  94:22 99:25
  110:9
  190:16,20
  209:23
typical
  120:4
typically
  56:13
typo
  137:15

_____

U

U.S.
  117:3
Uh-huh
  39:6 69:25
  248:14
UK
  39:18
ultimately
  192:8
unacceptable
  220:19
underneath
  259:9 262:20
understand
  7:11,15,20,
  23 8:1 48:4
  52:19 65:19
  69:11,24
  72:14 76:24
  78:7 81:7
  84:12 86:14
  93:22,23
  99:5 101:24
  102:8,13,19,
  20,23,24
  103:23 107:2
  132:4 139:16
  166:23
  171:25
  180:12
  187:17

Jeremiah E. Brach
May 13, 2025

194:20 199:6
200:13
220:11,14
247:19,22
258:20,22
261:11
264:2,11
282:19,22
283:22
**understandable**
86:10
**understanding**
274:9 282:17
296:6
**understands**
35:5
**understood**
8:2 81:5
148:22
161:20 188:8
194:6 267:8
280:6
**undertaken**
14:18
**unfamiliar**
207:5
**uniform**
110:13
**United**
234:20
**unloading**
88:13
**unquote**
208:7
**unsold**
133:21
194:19
**untoward**
296:8
**unusual**
259:12
**UPC**
90:5
**upgrading**
291:17

**UPS**
26:10 230:4,
8,9,14,16
233:4
**upstate**
38:21 43:12
202:5
**urgent**
265:22
**USA**
251:2 263:21
264:15
**USA's**
264:5
**usurped**
208:17 209:2
295:17
**usurping**
208:15
288:21
**UTA**
228:25
**utilizing**
289:5

---

**V**

**vacation**
62:24,25
63:2 64:2
65:4 164:22,
24,25 165:1,
17,20
166:10,12
**vacation/sick**
165:14
**vacations**
165:25
**vacuum**
243:12
245:21
**valid**
269:20
**validation**
245:16
**value**
23:19,22

**values**
16:25
**varied**
57:20
**various**
29:19 97:6
140:11
234:24
**Vegas**
115:25
**vendor**
108:25
111:20 117:4
142:10,16
177:25
186:18,20,22
187:6,14,19
188:3,6,10,
16 229:21
256:9 259:19
260:2
261:14,16
262:5,12
263:2,14,17
264:4 265:19
267:21
273:21 293:4
**vendor/
manager**
261:3
**vendors**
26:8 27:15
28:22 142:12
176:12,13,23
177:6,12
188:12
191:14 192:2
208:16,18
212:25
286:20
**verbal**
55:5 65:14
**verbalize**
8:3
**verbally**
65:22
**verify**
114:2 168:12

**version**
47:21
**versus**
114:17
193:19 258:3
**video**
10:18,19
**view**
185:3
**violate**
134:6
**violated**
242:5,19
**violating**
244:25
**violation**
243:6,17
244:18
245:20
246:11
276:22
**visited**
116:3

---

**W**

**W-2**
59:19,21,23
60:1,2,6,16,
21 138:9
154:21
155:21
**W-2S**
270:13,16
**wait**
107:2 139:17
144:23
151:14
**walk**
15:16
**walking**
46:4
**walks**
151:8
**wallet**
264:21

Jeremiah E. Brach
May 13, 2025

**Walmart**
  28:23 143:7
**want**
  9:24 23:14
  24:23,25
  27:14 37:3
  49:5 52:5
  53:2 56:3
  67:20 69:10,
  24 72:18
  77:9 78:18
  84:3,22 86:2
  93:22 99:4
  101:21
  102:21 103:2
  117:24
  120:6,15
  122:1
  130:14,17
  131:8 133:15
  136:7,9,13,
  15 137:10
  144:18
  145:2,6
  147:13,14,16
  151:17,23
  152:10,12,20
  162:21
  164:15 165:7
  166:6
  171:13,16
  176:10
  178:11,19,21
  179:1,7,19,
  21 180:13
  183:15
  187:10
  190:21,23
  194:10 196:7
  200:18
  202:15 204:8
  205:17
  206:16
  209:16
  210:3,18,19
  220:2 223:20
  227:14
  232:4,11
  245:12

  247:15
  252:22 254:4
  255:4,13
  258:8 259:17
  260:7,22
  262:22 266:9
  270:22
  271:14
  290:14
**wanted**
  9:23 22:6,13
  24:8,9 44:21
  76:13 87:3
  89:5 93:7,11
  123:1,2,13,
  19 124:1,6
  125:2 138:20
  148:24 156:1
  167:3
  225:14,15
  231:25
  232:12
  260:10
  266:16 267:9
  272:20
**warehouse**
  9:21,22
  17:17 18:25
  19:2 39:12,
  13 42:24
  43:8,9,11,13
  48:13,15,18,
  20,21,22
  49:2 64:22
  70:21 97:25
  98:6 100:19
  122:25
  123:4,5,8,11
  149:17
  183:2,17
  184:18
  214:9,10,11,
  18 215:8,12,
  25 216:15,19
  230:7,17
  233:4 278:1
**warehouses**
  18:23,24

  58:14,20
  97:3,8
  122:21 125:7
  230:10
**warehousing**
  87:25 100:17
  140:15
  150:11
**warn**
  245:16
**warned**
  220:3
**warnings**
  84:1,2
**wash**
  272:4
**water**
  86:7 87:21
  184:6 193:7,
  8 233:25
**way**
  10:17 16:3
  17:5 29:21
  44:2 57:25
  62:4 65:10,
  25 66:6
  79:25 80:1
  81:4 101:24
  106:25
  113:10
  124:2,15,25
  126:5,6,24
  138:7 140:19
  141:1 142:12
  143:4 144:4
  145:25 153:2
  155:18
  157:7,9,11
  159:1 162:21
  168:7 169:6
  171:3 174:25
  175:17,19
  176:12 178:8
  185:20
  187:10,14,22
  188:8,9
  196:25
  203:24

  205:15 237:8
  241:25
  252:10,17
  253:3 257:4
  260:9,12
  266:25
  281:12 295:7
**ways**
  124:8 157:25
  169:21
  184:20
  193:15 195:8
  201:20
**wear**
  15:24
**website**
  174:5 271:24
**Webster**
  228:20
**Wechat**
  208:24
**wedding**
  251:22
  252:7,8,12,
  15,16 254:1,
  13
**week**
  38:17,18
  49:17 58:11
  67:6 153:20
  155:23 156:1
  164:25
  165:1,14,20
  247:14
  251:18
**weekly**
  159:3
**weeks**
  38:19 230:3
  247:14
  251:18
**weight**
  30:8
**Weiss**
  32:9,16
  226:17

Jeremiah E. Brach
May 13, 2025

went
  18:13 62:24,
  25 63:2,4,5
  64:2 74:23
  95:7 100:13,
  14 107:22
  112:20
  115:23 116:9
  119:15
  125:14 126:1
  127:7 128:2
  159:10,15
  168:14 176:5
  183:7 202:2,
  7 211:6,7,9,
  13,14 212:20
  213:1,2,23
  223:18
  224:7,11
  231:1,20
  239:17
  262:11 263:5
  265:2
  285:14,15
  286:4,5,16
West
  88:9,10,12
whichever
  30:5 127:21
whoever's
  269:15
wife
  15:24 41:18
  167:8 197:23
wild
  269:6
wire
  34:19 96:8
  297:11
wires
  93:21 280:3
  296:22
  297:6,8,13
Wisconsin
  142:18
withdraw
  208:4

withdrawn
  47:19 53:16
  54:14 61:17
  116:18 117:8
  120:20 144:1
  208:4 293:15
witness
  13:7 76:23
  78:9 131:6
  163:24 164:4
  206:17
  207:25
  265:24
woman
  162:19
  265:13
won
  10:7 104:8
Woodbury
  247:7
word
  80:13 136:22
  149:15
wording
  243:16
words
  160:9 166:20
  260:12
work
  12:23 15:9,
  25 16:5,17
  19:13,25
  23:4 29:24
  34:1,4 35:12
  36:5,19
  38:11,15,16
  39:13 42:7
  45:20 62:21
  63:9,13,14,
  15 64:19
  75:25 76:2
  86:25 87:9
  95:8 104:2
  118:5,16
  124:4 134:5
  165:23
  166:1,9,15
  176:23 180:3

181:3 183:3
207:17
227:17
232:1,10,13
250:4 253:16
254:16,17,
20,22 279:7
worked
  16:2 20:3
  21:3 30:24
  34:10 40:20
  41:20 42:12
  65:10,15,22
  89:22 104:7
  149:13 177:9
  186:9 232:3
  270:15
  278:22
workers
  37:11,12,23
  133:17,22
Workers'
  167:2,4
working
  22:3 40:21
  42:13,23,24
  43:7 56:19
  57:1 64:11
  65:2 106:19
  138:22
  145:10 149:9
  156:10
  161:10,17
  162:4,7
  165:13
  166:21
  176:18,20
  185:24
  194:23
  233:13
  263:20 274:6
  279:1 296:18
works
  45:15,16
  70:12 82:3
  148:10
  174:13
  193:23

263:18
296:15
world
  6:22 9:19
  18:7 22:1
  23:8,9 24:17
  26:4,6
  100:17
  153:21 180:9
  186:11
  248:23 249:3
  277:3
worst-case
  110:12
worth
  64:21 69:16
  70:6 81:11,
  12 154:9
worthless
  23:21
wound
  101:3
wow
  124:19 126:7
  225:21 231:3
write
  34:16 78:8
  108:24 236:2
writes
  86:20,22,24
writing
  28:6 78:8
  103:13,17
  110:22 111:8
  189:6
written
  44:6,9,12
  46:22 62:7
  81:23 83:17
  145:13,14
  146:16,20
  188:20 218:9
wrong
  80:2,7,13,21
  95:4 185:1,2
  274:6

Jeremiah E. Brach
May 13, 2025

**wrote**
134:13
202:22
238:12 267:5

———————————

**Y**

———————————

**Y-A-I-T-E-V**
228:25
**Yaitev**
228:25
**yeah**
11:2 20:20
21:21 22:4
25:17 31:12
32:25 36:10,
17 37:13,24
42:2 43:12
45:15 48:9
49:20 52:14
58:23 59:19
63:4,12
72:11 77:13,
19 78:23
80:19 94:16
97:2 103:23
105:4 106:25
108:4 111:1
120:11 122:3
124:15,20
127:10 131:9
135:8,19,24
137:15 138:3
139:18
144:17
145:20 151:8
156:17
167:16,18
172:3,25
173:10
175:14 179:1
180:14
181:23 184:3
188:9 197:9
199:22
203:24
206:16
207:16,25

209:1 210:20
211:4 212:7
214:19
215:14,22
217:8 221:15
222:3 224:6,
18 225:25
228:14
236:21 237:6
243:1
245:11,19
249:5 251:24
254:6,8
257:16
258:3,17
259:7
262:16,21
264:1 267:19
268:6,11
270:24
280:25
281:23
284:13
296:21
**year**
15:1 16:8,
19,21 18:14,
15,16 21:19
43:4 52:1,11
60:3 64:19,
23 65:2
76:21 77:21
78:14 79:17
82:7,20,23
83:6,7,14
84:5 99:23
104:20,21
111:2,15
113:21
117:25
121:19,20
123:10,11
125:6,11,23
126:14,17,20
148:2,3,7,8,
25 149:2,19
150:17
153:13,14
154:4,14,23

155:12,14,
20,24 156:11
157:3,11
158:9,11,14,
21,22
159:11,16,24
189:19
211:10,15
219:7 221:4
222:11,12,14
226:20 242:9
249:25
256:5,6
276:9
297:23,24
**year-and-a-
half**
205:1
**yearly**
52:7 111:13
**years**
14:17 16:11
21:16,19
23:11 34:10,
11,14 36:2
40:20 57:19
60:6 99:21
102:15 111:5
122:16,17,19
123:7 143:2,
20 154:4
156:11,14
176:19
242:10
243:19
248:25
256:7,15
270:15
**yes-or-no**
149:1
**Yeshaya**
74:13,19
75:8 112:1
**Yeshiva**
13:15 14:13,
14 122:7,8
**York**
6:11 8:13,17

13:18,21
14:14 18:24,
25 35:21
38:21 43:10,
12 123:9
202:5 246:21
247:4,7,8
269:2 270:3
**Yosef**
196:4,6,10
245:9
**young**
45:22

———————————

**Z**

———————————

**Z-I-G-M-U-N-D**
246:18
**zero**
65:8 104:10,
12,17 106:13
112:15,20
199:13
**Zigmund**
246:17
247:3,6
**Zoom**
10:1