IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
SOUND AROUND INC.,

                 Plaintiff,

                       Case no. 1:24-cv-01986

                 v.

MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML
IMPORTS, INC., CYRF, INC., LRI GROUP, LLC,
EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC,
MDF MARKETING, INC., WORLD GROUP IMORT, LLC,
HEFEI PAIDONG OUTDOOR PRODUCTS CO., LTD.,

                 Defendants.
----------------------------------------X

DEPOSITION

OF

JACOB TYBERG

September 29, 2025

Reported by:

Nicole Mannarino

Stenographic Court Reporter

Job No. 6979476-001

Jacob Tyberg
September 29, 2025

1

2                          DATE:  September 29, 2025

3                          TIME:  10:00 a.m. (Eastern Time)

4

5

6          Deposition of JACOB TYBERG, held at the

7     office of HOLLAND & KNIGHT, LLP, 787 Seventh

8     Avenue, 31st Floor, New York, New York

9     10019, pursuant to NOTICE, before Nicole

10    Mannarino, Court Reporter and Notary Public

11    of the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jacob Tyberg
September 29, 2025

```
 1

 2        A P P E A R A N C E S:

 3


 4        HOLLAND & KNIGHT, LLP
                  Attorneys for Plaintiff
 5                SOUND AROUND, INC.
                  701 Brickell Avenue, Suite 3300
 6                Miami, Florida 33131
          BY:     JESUS CUZA, ESQ.
 7        EMAIL:  jesus.cuza@hklaw.com

 8


 9

10        ALLYN & FORTUNA, LLP
                  Attorneys for Defendants
                  MOISES FRIEDMAN, SHULIM ELIEZER
11                ILOWITZ, ML IMPORTS, INC.,CYRF,
                  INC., LRI GROUP, LLC, MDF MARKETING
12                INC., WORLD GROUP IMPORT, LLC,
                  400 Madison Avenue, Suite 10D
13                New York, New York 10017
          BY:     NICHOLAS FORTUNA, ESQ.
14        EMAIL:  nfortuna@allynfortuna.com
                  MEGAN J. MUOIO, ESQ.,
15        EMAIL:  mmuoio@allynfortuna.com

16


17        BYRNE & O'NEILL, LLP
                  Attorneys for the Defendants
18                EXECUTIVE SERVICES and
                  EXECUTIVE LAUNDRY, LLC
19                26 Broadway
                  New York, New York 10004
20        BY:     PAUL NOVAK, ESQ.
          EMAIL:  pn@bonlaw.com
21


22
          ALSO PRESENT:
23        MOISES FRIEDMAN
          SHULMAN ILOWITZ
24        JERRY BRACH

25
```

Jacob Tyberg
September 29, 2025

1

2          JACOB TYBERG,

3          called as a witness, having been duly

4          affirmed, testified as follows:

5     EXAMINATION BY

6     MR. FORTUNA:

7          Q.    Good morning, my name is Nicholas

8     Fortuna, I am an attorney with Allyn &

9     Fortuna, we represent what's been generally

10    referred to as the Friedman Defendants.  The

11    Friedman Defendants are Moises Friedman,

12    Eliezer Ilowitz, ML Imports, CYRF Inc., LRI

13    Group, MDF Marketing, World Group Import.

14    But I am just going to refer to them as the

15    Friedman Defendants, if that's okay, instead

16    of listing them every time I ask a question.

17    So, you have to verbalize your answers, the

18    Court Reporter can't take down a nod or a

19    gesture.  So, do you understand that I am

20    going to refer to them as the Friedman

21    Defendants?

22          A.    Yes.

23          Q.    Would you state your full name and

24    address for the record?

25          A.    Jacob Tyberg, 1225 East 35th

Jacob Tyberg
September 29, 2025

```
1                      JACOB TYBERG

2      benefits?

3           A.    I don't think you can.

4           Q.    Do you maintain a list of all the

5      employees of Sound Around?

6           A.    It's an electronic list.

7           Q.    You have their names, addresses all

8      that information?

9           A.    It's on the payroll system.

10          Q.    You said another part of your job

11     is bank reconciliations?

12          A.    Yes.

13          Q.    Would you describe what you do?

14          A.    Exactly as it sounds.

15          Q.    I asked you to describe what you

16     do?

17          A.    What do we do, we at the end of the

18     month add up the debits and the credits,

19     expenses, so on and so forth and at the end

20     of the month we make sure everything is

21     accounted for in the bank statements and make

22     sure it reconciles.

23          Q.    Reconciles with what?

24          A.    To the bank.  That the actual bank

25     statement reconciles to the bank.
```

Jacob Tyberg
September 29, 2025

| | |
|---|---|
| 1 | JACOB TYBERG |
| 2 | Q.   When you say, reconcile, do you |
| 3 | mean reconcile with the records that you keep |
| 4 | internally? |
| 5 | A.   Yes. |
| 6 | Q.   So, you compare the bank statements |
| 7 | to the records you keep internally? |
| 8 | A.   I guess, yes. |
| 9 | Q.   Now, starting with Sound Around, |
| 10 | what system are those records kept on? |
| 11 | A.   It's called a CSI system, Blue |
| 12 | System. |
| 13 | Q.   Sorry? |
| 14 | A.   It's a Blue System it's called. |
| 15 | It's been nicknamed the Blue System because |
| 16 | the interface is blue, that's why they call |
| 17 | it the Blue System. |
| 18 | Q.   Does it have like a commercial |
| 19 | name? |
| 20 | A.   It's a UNIX bay system, I don't |
| 21 | think it has a commercial name. |
| 22 | Q.   Was it created specifically for |
| 23 | Sound Around, is it a custom system or is it |
| 24 | a commercial package system? |
| 25 | A.   It was probably created to a degree |

Jacob Tyberg
September 29, 2025

```
1                    JACOB TYBERG

2    password -- has access to the password for

3    Blue System?

4         A.   Yes.

5         Q.   So, it's publicly known?

6         A.   Okay.

7         Q.   I am asking?

8         A.   It's not a state secret.

9         Q.   The Back Office password, is that

10   publicly known?

11        A.   I couldn't tell you.

12        Q.   What about QuickBooks, does that

13   have a password?

14        A.   Yes.

15        Q.   How many passwords does that have

16   for access?

17        A.   Just me.

18        Q.   Does anyone else have access to the

19   QuickBooks?

20        A.   The accountant.

21        Q.   That's it, no one else?

22        A.   Maybe Yeshaya Gross, I don't know.

23        Q.   If Yeshaya Gross had it he would

24   use the same password you had to get on?

25        A.   Yes.
```

Jacob Tyberg
September 29, 2025

```
1                    JACOB TYBERG
2         Q.   And the accountant uses the same
3    password you use?
4         A.   Yes.
5         Q.   I want to direct your attention to
6    certain expenses.  Holding cost expenses,
7    where are they maintained?
8         A.   Back Office, just a guess.
9         Q.   And who calculates the holding
10   cost?
11        A.   I would say Jerry.
12        Q.   Who inputs the data regarding the
13   holding cost?
14        A.   I don't know.
15        Q.   Is that maintained for each
16   product?
17        A.   I don't know.
18        Q.   How are holding costs calculated?
19        A.   Couldn't tell you.
20        Q.   What comprises holding costs?
21        A.   I don't know.
22        Q.   Who would know?
23        A.   Jerry.
24        Q.   Anyone else?
25        A.   No.
```

Jacob Tyberg
September 29, 2025

```
1                    JACOB TYBERG

2         A.   I don't know what finance fees are

3    for the Defendants, so I couldn't tell you if

4    the records exist.

5         Q.   I direct your attention to the fees

6    that Amazon charged Sound Around?

7         A.   Okay.

8         Q.   Where are they maintained?

9         A.   I don't know, I don't know.

10        Q.   Are the fees Amazon charges tied to

11   each sale that they do?

12        A.   I don't know.

13        Q.   What about the sales that are done

14   through Amazon, where are those records

15   maintained?

16        A.   It winds up in the Blue System but

17   I don't know if that's the original place or

18   it gets brought in from a different system

19   into the Blue System.

20        Q.   The information that's in the Blue

21   System, is that after Amazon takes its fees

22   or beforehand?

23        A.   I don't know.  That's a good

24   question.  I don't know.

25        Q.   Would Yeshaya Gross also maintain
```

Jacob Tyberg
September 29, 2025

```
1                    JACOB TYBERG
2     worked as an independent contractor and
3     received a 1099 for work; is that correct?
4               MR. CUZA:  Objection.  Compound.
5          Two different statements in one
6          question.
7               MR. FORTUNA:  I don't think so.
8               MR. CUZA:  Listen to the words.
9               MR. FORTUNA:  I said, is it
10         correct.
11              MR. CUZA:  Again, objection.
12         Q.   When he was first hired he also
13    worked and received a 1099 for commissions
14    that he was earning as a buyer; is that
15    correct?
16         A.   He didn't receive a commission in
17    the early years, if my memory serves me.  I
18    don't think he got a commission in the early
19    years.  I don't have the records in front of
20    me but I think he just received a W2.
21         Q.   Let me ask a different question.
22    Was there a time he received both a 1099 and
23    a W2?
24         A.   Yes.
25         Q.   Is it true that you told him that
```

Jacob Tyberg
September 29, 2025

JACOB TYBERG

2   he couldn't receive the 1099 in his own name

3   because he couldn't get a W2 and a 1099 from

4   the same company?

5       A.   Yes.

6       Q.   You told him he had to provide you

7   with an entity to get the 1099?

8       A.   Yes.

9       Q.   He provided you with Executive

10  Laundry and Executive Services?

11      A.   Yes.

12      Q.   All the 1099 payments were made to

13  Executive Laundry and Executive Services?

14      A.   Yes.

15      Q.   Why couldn't he receive both a W2

16  and 1099 in his own name?  Why did you tell

17  him that?

18      A.   Because the accountants told us or

19  maybe we saw it, we researched it, that an

20  employee shouldn't be getting paid his income

21  W2 and 1099, the IRS frowns on it maybe or if

22  it's to an entity, vaguely that's why we

23  required -- that's pretty much what we

24  instituted.

25      Q.   Just to clarify, a W2 is the

Jacob Tyberg
September 29, 2025

```
 1              C E R T I F I C A T E

 2

 3       STATE OF NEW YORK        )
                                 :  SS.:
 4       COUNTY OF RICHMOND       )

 5

 6              I, NICOLE MANNARINO, a Stenographic

 7       Court Reporter and Notary Public for and

 8       within the State of New York, do hereby

 9       certify:

10              That the witness, JACOB TYBERG,

11       whose examination is hereinbefore set forth

12       was duly sworn and that such examination is a

13       true record of the testimony given by that

14       witness.

15              I further certify that I am not

16       related to any of the parties to this action

17       by blood or by marriage and that I am in no

18       way interested in the outcome of this matter.

19              IN WITNESS WHEREOF, I have hereunto

20       set my hand this 29th day of September, 2025.

21                      Nicole Mannarino

22              _____

23                      NICOLE MANNARINO

24

25
```