HERSHY GREEN
September 30, 2025

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SOUND AROUND, INC.,

                                PLAINTIFF,


        -against-         Case No.:
                          1:24-cv-01986-JHR


MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML
IMPORTS, INC., CYRF, INC., LRI GROUP, LLC,
EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC,
MDF MARKETING, INC., WORLD GROUP IMPORT,
LLC, HEFEI PAIDONG OUTDOOR PRODUCTS CO.,
LTD.,

                                DEFENDANTS.
------------------------------------------X
```

           DATE:  September 30, 2025

           TIME:  2:31 P.M.


           DEPOSITION of the Plaintiff, SOUND AROUND, INC., by a Witness, HERSHY GREEN, taken by the Defendant, pursuant to an Order and to the Federal Rules of Civil Procedure, held at the offices of Holland & Knight LLP, 787 Seventh Avenue, 31st Floor, New York, New York 10019, before Elizabeth Keating, a Notary Public of the State of New York.

```
 1
 2    A P P E A R A N C E S:
 3
 4    HOLLAND & KNIGHT LLP
      Attorneys for the Plaintiff
 5    SOUND AROUND INC.
         701 Brickell Avenue, Suite 3300
 6       Miami, Florida 33131
      BY:  REBECCA CANAMERO, ESQ.
 7       rebecca.canamero@hklaw.com
 8
 9    ALLYN & FORTUNA LLP
      Attorneys for the Defendants
10    MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML
      IMPORTS, INC., CYRF, INC., LRI GROUP, LLC,
11    MDF MARKETING, INC., WORLD GROUP IMPORT,
      LLC
12       400 Madison Avenue, 10th Floor
         New York, New York 10017
13    BY:  NICHOLAS FORTUNA, ESQ.
             MEGAN J. MUOIO, ESQ.
14       nfortuna@allynfortuna.com
         Mmuoio@allynfortuna.com
15
16
      BYRNE & O'NEILL LLP
17    Attorneys for the Defendants
      EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC
18       26 Broadway, 3rd Floor
         New York, New York 10004
19    (NOT PRESENT)
20
21    ALSO PRESENT:
22    SHULIM ILOWITZ
23    MOISES FRIEDMAN
24    JEREMIAH BRACH
25              *         *         *
```

HERSHY GREEN
September 30, 2025

```
 1
 2         F E D E R A L   S T I P U L A T I O N S
 3
 4
 5      IT IS HEREBY STIPULATED AND AGREED by and
 6   between the counsel for the respective
 7   parties herein that the sealing, filing and
 8   certification of the within deposition be
 9   waived; that the original of the deposition
10   may be signed and sworn to by the witness
11   before anyone authorized to administer an
12   oath, with the same effect as if signed
13   before a Judge of the Court; that an
14   unsigned copy of the deposition may be used
15   with the same force and effect as if signed
16   by the witness, 30 days after service of
17   the original & 1 copy of same upon counsel
18   for the witness.
19
20      IT IS FURTHER STIPULATED AND AGREED that
21   all objections except as to form, are
22   reserved to the time of trial.
23
24              *    *    *    *
25
```

```
 1                  HERSHY GREEN
 2     H E R S H Y   G R E E N, called as a
 3     witness, having been first duly affirmed,
 4     by a Notary Public of the State of New
 5     York, was examined and testified as
 6     follows:
 7             THE REPORTER:  Can you please
 8         state your name for the record.
 9             THE WITNESS:  Hershy Green.
10             THE REPORTER:  Can you please
11         state your address for the record.
12             THE WITNESS:  940 45th Street,
13         Brooklyn, New York 11219.
14     EXAMINATION BY
15     MR. FORTUNA:
16         Q.    Hershy is spelled H-E-R-S-H-Y;
17     is that correct?
18         A.    Yeah.
19         Q.    Okay.  Good afternoon,
20     Mr. Green.  My name is Nicholas Fortuna,
21     I'm with the firm of Allyn and Fortuna, we
22     represent, what's been called, the Friedman
23     defendants in this case, in the action,
24     brought by Sound Around.  The Friedman
25     defendants are Moises Friedman, Lazer
```

```
 1                   HERSHY GREEN
 2     them a file, and the file gets
 3     automatically created in the blue system.
 4     So that's where Jerry or Ziggy could look,
 5     they see, over there, all the sales, the
 6     bottom line numbers.  Not the details, just
 7     every night we send it.  It's like
 8     QuickBooks, let's call it.
 9          Q.   So can you tell me what
10     information's kept in the main system?
11          A.   I can't tell you exactly
12     because as far as what we send in over
13     there, I know there's an -- it's an old
14     system from -- it's connected to the bank.
15     So I think they put in the wires over
16     there, certain things, the financial data,
17     but as far as what I was involved in, is
18     purchase orders and sales orders, the
19     bottom line numbers.
20          Q.   Now, the sales, are they kept
21     track of by what products were sold?
22          A.   Yes, and the inventories that's
23     related.  Personal sales and inventory work
24     together.
25          Q.   So the sales are kept track of
```

HERSHY GREEN
September 30, 2025

```
 1                    HERSHY GREEN
 2     warehouse, all these products for this
 3     price, and that, we send that information
 4     into the blue system, into the main system,
 5     and that gets sent, afterwards, to our back
 6     office, the portal, so we can see this
 7     customer -- we call them a customer --
 8     eBay, or New Egg, or whatever, Amazon.
 9     Every type is a different customer.  So we
10     can see all the sales.  If you want to get
11     into the details, you have to go another
12     system to check out the details.
13          Q.    So just so I understand what
14     you have in the back office, you'll have a
15     list of the products that were sold, right;
16     is that correct?
17          A.    The back office won't have the
18     list of the products that was sold, you'll
19     see the orders.  The orders either to be --
20     have the details of the order or the B to B
21     and the B to C you will have a summary
22     order.
23          Q.    B to c, that's business to
24     customer --
25          A.    Yes.
```

```
 1                   HERSHY GREEN
 2    system?
 3          A.    Yes.
 4          Q.    Okay.  My understanding is
 5    Power BI draws data from the different
 6    systems and puts them together to create
 7    reports; is that correct?
 8          A.    Not really.
 9          Q.    Can you describe what Power BI
10    does?
11          A.    Power BI is basically a
12    reporting system.  Like you have the blue
13    and Power BI --
14          Q.    Like what, I'm sorry?
15          A.    Any -- I don't know which
16    reporting system you're familiar with, I'm
17    just trying to give you a -- but basically,
18    it's a report that creates you
19    calculations, if you want, and nice visuals
20    that you can see reports, comparisons, and
21    those type of things.  It's easier to
22    create.  It's a product created by
23    Microsoft, and that connects to our data
24    warehouse where the data warehouse where
25    the data warehouse's function is to model
```

HERSHY GREEN
September 30, 2025

|   |   |
|---|---|
| 1 | HERSHY GREEN |
| 2 | the data before it gets to Power BI.  So to |
| 3 | take all the orders, the details from |
| 4 | GoFlow, or back office, or anywhere we have |
| 5 | orders, let's say, settlement reports from |
| 6 | Amazon, or credits, and co-ops, everything |
| 7 | gets put into the data warehouse and Power |
| 8 | BI just displays the visuals. |
| 9 |     Q.    So Power BI takes the |
| 10 | information from the data warehouse and, |
| 11 | sort of, combines it into a specialized |
| 12 | report depending on what you're looking |
| 13 | for? |
| 14 |     A.    Correct. |
| 15 |     Q.    Now, the data warehouse, can |
| 16 | you describe what that is? |
| 17 |     A.    That's a database.  That's it, |
| 18 | what it is. |
| 19 |     Q.    Where is that located? |
| 20 |     A.    That's by us. |
| 21 |     Q.    It's at Sound Around? |
| 22 |     A.    Yes. |
| 23 |     Q.    So in addition to, just so I |
| 24 | understand -- |
| 25 |     A.    It's a terminology. |

```
 1                     HERSHY GREEN
 2         Q.    I'm sorry, can you explain that
 3   a little bit more?  Which people have
 4   access to the main system or the blue
 5   system?
 6         A.    It's people that work in the
 7   company for quite a few years.  Currently
 8   people that get hired don't use the blue
 9   system, didn't even go in.
10         Q.    They never went in so they
11   don't need access?
12         A.    That's correct.
13         Q.    And what about the back office,
14   who has access to that?
15         A.    Everyone, based on whoever --
16   on whatever the needs are and permissions.
17   We have a lot of information there, and
18   there's a set up for that, depends which
19   department.  If you're warehouse guy, you
20   don't see everything that a buyer sees, or
21   whatever.
22         Q.    So -- so if I understand you
23   correctly, everybody has access to the back
24   office system as to information that
25   pertains to their job; is that accurate?
```

HERSHY GREEN
September 30, 2025

```
 1                 HERSHY GREEN
 2        A.    More or less, yes.
 3        Q.    Okay.  So there's, like, access
 4   for warehouse people, access for buyers,
 5   separately, any other, like, segregation
 6   other than those two?
 7        A.    Management and that's --
 8   depends, I can't recall every single
 9   permission, but there's a lot of
10   permissions, a lot of -- it's a whole thing
11   they have to fill out with all the
12   permissions.
13        Q.    Okay.  So once you're working
14   within a certain group, you can have access
15   to it at any time?
16        A.    Right.
17        Q.    With --
18        A.    Not any time, now, only certain
19   IPs.  We have a lot a restrictions on the
20   information.  So it's not -- we don't want
21   people they are not in the office to be
22   able to access that information, only while
23   they are sitting in the office or connected
24   through VPN.  Those type of security
25   things.
```

HERSHY GREEN
September 30, 2025

```
 1              HERSHY GREEN
 2       Q.   And what about the Power BI,
 3  who has access to that?
 4       A.   The same.  It's -- it's
 5  permissions based on every buyer can see
 6  their products.  They shouldn't see the
 7  other, the other buyer's product, so it's
 8  filtered for them with their information.
 9       Q.   And if someone's working
10  remotely, you connect them remotely through
11  VPN?
12       A.   Yes.
13       Q.   Okay.  So is that, those
14  permissions, basically setup when someone's
15  hired?
16       A.   Yeah, it's setup when someone's
17  hired or as the need comes they get
18  approval, or whatever they need, IT gives
19  them the access.
20       Q.   And once they have access, does
21  that ever change for any reason?
22       A.   If we have to remove the
23  access.
24       Q.   Like when you fire someone?
25       A.   Yes, termination, off-boarding,
```

```
1                    HERSHY GREEN

2                  C E R T I F I C A T E

3

4     STATE OF NEW YORK    )
                           :  SS.:
5     COUNTY OF RICHMOND   )

6

7          I, ELIZABETH KEATING, a Notary Public

8     for and within the State of New York, do

9     hereby certify:

10         That the witness whose examination is

11    hereinbefore set forth was duly affirmed

12    and that such examination is a true record

13    of the testimony given by that witness.

14         I further certify that I am not

15    related to any of the parties to this

16    action by blood or by marriage and that I

17    am in no way interested in the outcome of

18    this matter.

19         IN WITNESS WHEREOF, I have hereunto

20    set my hand this 11th day of October 2025.

21

22                    [signature: Elizabeth Keating]

23                    _____
                            ELIZABETH KEATING
24

25
```