## RE: FEB MOSHE F

**Moshe Friedman**
To: Jerry Brach
Cc: Abe Brach

Fri 6/30/2023 1:26 AM

Is there a report for holding cost?

I don't know what to say, but the fact is that every time I open up power BI sales are up and profit just goes down, my profit for this year is less then what it was beginning of June even if I made $7 million in sales in June, if things are getting changed why does the buyers don't have the right to know? Is something hidden??? We cannot discuss with anyone???

Lets not fake our self's, I'm a buyer for over 5 years in this company, I know all insides of this kind of business, much more then you think, I have never seen this company in such a bad shape as it is now, amazon Is not interested in our stuff, Chinese factories are looking away from us selling our items to other companies and the main thing, all employees are completely turned off.

When things went good, we never felt appreciated, as this was the standard here, but once things are not going the right way, the BUYERS was the #1 company problem, months of moths was spent on how to charge the buyers, and putting pressure about the overstock, I kept on saying many times, we are not bringing in new items and we are losing it, you have to be blind not to see it happening

Yosef friedman might be a amazing add on to our company, the only problem is that he is a complete person, not here to learn, today at the meeting he mentioned that if we want to buy for Q4 we missed the boat, its too late…. Nothing more is needed to say about him now. ( and just FYI he told lazer he never sold a product on amazon )

I know you have dreams of having 30 buyers here etc. maybe im not that smart to see that in the future, but I can only tell you this, you have the power to do whatever you want on what you want to pay us, charging us for holding cost for items we did NOT ask to order and we worked a couple of months to get rid of it, but the buyers are feeling it and EVERYONE is re-thinking their position here and no one see this unfortunately as a future, they see it that the goal is to make a cap on them using a side way.....