## Fw: moshe f july



Moshe Friedman
To: Jerry Brach
Cc: Abe Brach

Reply | Reply All | Forward

Fri 12/8/2023 12:47 PM

Please let me know when we can discuss all that is open

I just realized that this is for July where profit was 460K and I'm getting paid 75% less then what we agreed originally on..... i was told all changes will have a little impact.

i want to deal with this civilly and we should discuss it, i cleaned a lot of inventory and this is what is affecting the commission a lot.

Thanks

**From:** jackt@pyleusa.com <jackt@pyleusa.com>
**Sent:** Thursday, November 30, 2023 11:23 AM
**To:** Moshe Friedman <moshef@pyleusa.com>
**Subject:** FW: moshe f july

**From:** Jerry Brach <JerryB@pyleusa.com>
**Sent:** Thursday, November 30, 2023 12:09 PM
**To:** jackt@pyleusa.com
**Subject:** moshe f july

$11,467.17