Conversations



**Chaim Avrumy Brach**  4:00 PM

Hi Moshe I wanted to ask you for some insight when you have a moment. Topic is launching on Amazon - if you can please share some of your current strategies that you've used or seen in 2021 that u see a trend what has worked pretty well. Should it be ppc , low price , rebates etc. It would mean alot if we can get a conversation going about it. Thank you

Reply | Mark as read