# EXPERT WITNESS REPORT

Keith Sterling
August 28, 2025

EVP of Sales and Marketplace Launch at Commerce Canal
Co-Founder at The Starren Group

## Table of Contents

*1.*  *ASSIGNMENT*..................................................................................................... 2

*2.*  *QUALIFICATIONS AND BACKGROUND*................................................................. 2

   **2.1**  **MY QUALIFICATIONS AS AN EXPERT IN THE AMAZON MARKETPLACE**..................................... 2

   **2.2**  **FACTS, DATA AND EXHIBITS CONSIDERED** ............................................................. 3

   **2.3 STATEMENT OF COMPENSATION FOR MY WORK**................................................... 5

   **2.4 SCOPE OF ENGAGEMENT AND OPINIONS HIRED TO PROVIDE**........................................ 5

*3*  *OVERVIEW OF E-COMMERCE BUSINESS OPERATIONS ON AMAZON* ................................ 6

   **3.1**  **OVERVIEW OF LAUNCHING AN E-COMMERCE BUSINESS ON AMAZON** ................................ 6

   **3.2**  **VENDOR CENTRAL VS. SELLER CENTRAL** ............................................................. 8

   **3.3**  **HOW PRODUCTS ARE SOLD AND PRICED ON AMAZON** ........................................... 11

   **3.4**  **PRODUCT RANKINGS AND PUBLICLY AVAILABLE SALES DATA**.................................... 12

*4*  *PUBLICLY AVAILABLE TOOLS AND EDUCATIONAL RESOURCES*......................................... 13

   **4.1**  **REVIEW OF FREE AMAZON TOOLS TO HELP MANAGE A AMAZON BUSINESS**........................ 13

   **4.2**  **REVIEW OF PAID AMAZON TOOLS TO HELP MANAGE AN AMAZON BUSINESS** .................... 13

*5*  *OVERVIEW OF AMAZON ADVERTISING AND MARKETING STRATEGY*............................... 17

   **5.1**  **DIFFERENT TYPES OF AMAZON PAY PER CLICK CAMPAIGNS** ................................... 17

   **5.2**  **DISCOUNTS AND PROMOTIONAL OPPORTUNITIES ON AMAZON** ......................... 18

*6*  *COMPETITIVE ANALYSIS BETWEEN SOUND AROUND AND ML IMPORTS,* ..................... 19

   **6.1**  **ARE SOUND AROUND AND ML IMPORTS DIRECT COMPETITORS?** ......................... 19

   **6.2**  **ANALYSIS OF THE SOUND AROUND'S PRODUCTS AND ML IMPORT'S  PRODUCTS**............... 20

   **6.3**  **COMPETITIVE ENVIRONMENT WITH THIRD-PARTY SELLERS**................................... 73

*7*  *SUMMARY OF FINDINGS*.................................................................................. 74

## 1. ASSIGNMENT

1.1. I have been retained by the defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group LLC, MDF Marketing, Inc., and World Group Import, LLC in the matter of *Sound Around, Inc. v. Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group LLC, Executive Services, Executive Laundry, LLC, MDF Marketing, Inc., and World Group Import, LLC* to serve as an expert witness. The purpose of this report is to provide analysis and expert opinion on the following matters: (i) the operation and intricacies of selling through Amazon and other online platforms; (ii) an overview and the difference between the varying methods one can sell on Amazon (Vendor Central verus Seller Central); (iii) how products are priced and sold on the Amazon marketplace; (iv) how product rank is established and tracked; (v) what Amazon information is available via third party applications either paid or free; (vi) how Amazon Pay-Per-Click advertising campaigns and promotional programs are implemented and used to promote product sales; and, (vii) a direct competitive assessment between the plaintiff Sound Around, Inc. ("Sound Around") and defendant ML Imports, Inc. ("ML Imports").

## 2. QUALIFICATIONS AND BACKGROUND

### 2.1 MY QUALIFICATIONS AS AN EXPERT IN THE AMAZON MARKETPLACE

2.1.1 I am the Executive Vice President of Sales and Marketplace Launch at Commerce Canal, a full-service e-commerce Amazon focused agency managing over $650 million in gross merchandise volume (GMV) across 150+ accounts globally using both Amazon Seller Central and Amazon Vendor Central. Our corporate headquarters are located at 54 East 34th Street, Suite 1001, New York NY 10001.

2.1.2 Commerce Canal provides a turnkey solution providing clients a service to manage their entire Amazon and other market business strategies.  Clients can also opt in for Advertising only support and the Commerce Canal team will manage and implement best in class Advertising strategies.

2.1.3 I have been at Commerce Canal for 3.5 years which during that time our company has seen double-digit growth year over year  with one of the highest client retention rates in the industry.

2.1.4 Prior to being the Executive Vice President of Sales and Marketplace Launch I held the role of Director of Brands responsible for the Brands Management team.  My role was to provide strategy and recommendations to our clients on how to best maximize the value of their products on Amazon while also providing an internal resource for our Brand Managers to train and coach them on the different ways to use Amazon to grow a business.

2.1.5 I co-founded The Starren Group in May 2015, an Amazon marketing and consulting firm specializing in providing full strategic support to brands using the Amazon Marketplace.

2

Services provided by the Starren Group include: advertising implementation, detail page creation, fulfillment recommendations, promotional opportunity analysis, profitability analysis and selling strategies.

2.1.6   I have more than 12 years of hands-on experience in the Amazon ecosystem leveraging both Vendor Central and Seller Central Amazon accounts scaling Amazon businesses.

2.1.7   I have launched and scaled brands from inception to eight-figure revenue, managed advertising campaigns with budgets exceeding $1,000,000, and built product portfolios across diverse categories.

2.1.8   I have been panel speaker at BWG Strategy Digital Commerce Summit discussing Amazon advertising and the state of the Amazon marketplace.

2.1.9   Prior to joining Commerce Canal I worked at Mundi Westport Group a leading manufacturer of leather accessories running their e-commerce and Amazon business and accelerating their Amazon growth from $3 million to $30 million in 3 years.

2.1.10  In 2010 I obtained a Bachelors of Science in Business Administrations / Entrepreneurial Studies from Quinnipiac University in Hamden, CT.

2.1.11  I received a Masters of Business Administrations from Quinnipiac University in Hamden, CT in 2011.

2.1.12  My complete CV is attached as Exhibit "1."


## 2.2 FACTS, DATA AND EXHIBITS CONSIDERED

2.2.1   The information provided to me was copies of Sound Around, Inc.'s Complaint, Defendants' Answer with Counterclaims, the Declaration of Moises Friedman in Opposition to Plaintiff's motion for a preliminary injunction and product listing pages for certain products sold by Sound Around and ML Imports under the same or similar Amazon categories. Hyperlinks to the product listing pages I reviewed are:

| Product | ML Imports Link | Sound Around Link |
|---|---|---|
| | https://www.amazon.com/dp/B0BNNY5C73?th=1 | https://www.amazon.com/5-Quart-Stainless-Steel-Stockpot-Dishwasher/dp/B09L51B7T1/ref=sr_1_5?crid=3HICP0122AJU9&dib=eyJ2IjoiMSJ9.o8dxf-5xOJLcgNdetLFRXA.T1yPuK7LYJQuy8jr5TBSeaMClH-BeL2A37Fh0NFdI-E&dib_tag=se&keywords=B09L51B7T1&qid=1755626920&sprefix=b09l51b7t1%2Caps%2C95&sr=8-5&th=1 |
| 1 | | |
| 2 | https://www.amazon.com/dp/B0BMS1GGP1?th=1 | https://www.amazon.com/20-Piece-Nonstick-Kitchen-Cookware-Set/dp/B086R2VYT2?th=1 |
| 3 | https://www.amazon.com/dp/B0BR8P9N7W?th=1 | https://www.amazon.com/NutriChef-3-Piece-Nonstick-Kitchen-Baking/dp/B089N57JGS?th=1 |

3

| | | |
|---|---|---|
| 4 | https://www.amazon.com/dp/B0DCDCVQ63?th=1 | https://www.amazon.com/NutriChefKitchen-2-Pc-Non-Stick-Pizza-Tray/dp/B09QT8BT3H/ref=sr_1_3?crid=3OUH3HRUO8ZBH&dib=eyJ2IjoiMSJ9.oS21iDLqete6ZQixkJnIgg.KAM1XRGGiAx_ArUWISX6YHJ6HUgE-_vvAZnNNwkHYog&dib_tag=se&keywords=B09QT8BT3H&qid=1755713589&sprefix=b09qt8bt3h%2Caps%2C185&sr=8-3&th=1 |
| 5 | https://www.amazon.com/Bakken-Pizza-Baking-Pan-High-Temperature/dp/B0DCDHZ28T/ref=sr_1_1?crid=12O5FE9TF5T8G&dib=eyJ2IjoiMSJ9.edOsEgEP-toPiEw_8Hyf0Q.6fttxauTyMHA8V1HTNfEtByqIr1MX5VO3dthVyRu0II&dib_tag=se&keywords=B0DCDHZ28T&qid=1755714748&sprefix=b0dcdhz28t%2Caps%2C95&sr=8-1&th=1 | https://www.amazon.com/NutriChef-12-8-Inch-Nonstick-Pizza/dp/B0B77WBVD8/ref=sr_1_2?crid=2A1Y7RAWEC44T&dib=eyJ2IjoiMSJ9.s-eMPBYYv88Rn5oegJ0VHw.B5tN9nD7SQWFDdm0TFEdzlYFzVvmSboLTHFQQtE7g9s&dib_tag=se&keywords=B0B77WBVD8&qid=1755713973&s=home-garden&sprefix=b0b77wbvd8%2Cgarden%2C161&sr=1-2&th=1 |
| 6 | https://www.amazon.com/dp/B0BRGQ3CK9 | https://www.amazon.com/10-Piece-Kitchen-Oven-Baking-Pans/dp/B08BPGWLYZ/?th=1 |
| 7 | https://www.amazon.com/dp/B0BZWSFHL8?th=1 | https://www.amazon.com/Hurtle-3-Wheeled-Scooter-Lean-Steer/dp/B07VY9Q95Q?th=1 |
| 8 | https://www.amazon.com/dp/B0C3D5DMRC?th=1 | https://www.amazon.com/Portable-Electric-Air-Conditioner-Unit/dp/B07DQVNSP8/?th=1 |
| 9 | https://www.amazon.com/dp/B0C784LC11?th=1 | https://www.amazon.com/3-Pc-Nonstick-Cookie-Sheet-Pans/dp/B09TG4TZZ6/ref=sr_1_2?crid=1GH9TSRZ6P8QW&dib=eyJ2IjoiMSJ9.xOo0G2Y__8kkdPgGCFGJmQ.WV_8QKNWJcDH521LkUdMs_2AtePu1yoeCeG0yj3NcTg&dib_tag=se&keywords=B09TG4TZZ6&qid=1755716469&sprefix=b09tg4tzz6%2Caps%2C121&sr=8-2 |
| 10 | https://www.amazon.com/dp/B0CDXBCQBL?th=1 | https://www.amazon.com/SereneLife-Velvet-Hangers-Pack-Space-Saving/dp/B0DB3RK7V3/ref=sr_1_1?crid=10CCSOCB2KK76&dib=eyJ2IjoiMSJ9.N3RFRBD_J_x7DgzxxYJRbA.ZGldm9iLRh_dqG2EzJ9Mei9DvwopncIJUkm9EBwXrtM&dib_tag=se&keywords=B0DB3RK7V3&qid=1755717281&sprefix=b0db3rk7v3%2Caps%2C2258&sr=8-1&th=1 |
| 11 | https://www.amazon.com/dp/B0CDXGY8T8?th=1 | https://www.amazon.com/Premium-Solid-Wooden-Hangers-Precisely/dp/B09PC1LPGJ/ref=sr_1_1?crid=1O0YSXUXHSJO3&dib=eyJ2IjoiMSJ9.tSskljpKp-yQ3NoQv_Ma1g.JrIUfeLHxh8CTI-Y94_r7SRjbOHIArVH2Bv172SBZi0&dib_tag=se&keywords=B09PC1LPGJ&qid=1755717752&sprefix=b09pc1lpgj%2Caps%2C120&sr=8-1&th=1 |
| 12 | https://www.amazon.com/dp/B0CPFWCWTV?th=1 | https://www.amazon.com/Pyle-Heavy-Duty-Microphone-Stand/dp/B00SVRLPYY/?th=1 |
| 13 | https://www.amazon.com/dp/B0CPFWL32M | https://www.amazon.com/Microphone-Stand-Universal-Compact-Adjustable/dp/B002PAW6AU?th=1 |
| 14 | https://www.amazon.com/dp/B0CPGP6X38?th=1 | https://www.amazon.com/Pyle-Keyboard-Reinforced-Adjustable-PKST38-5/dp/B0CNS8XXWV?th=1 |
| 15 | https://www.amazon.com/dp/B0CPFWXD7D?th=1 | https://www.amazon.com/Pyle-Universal-Adjustable-Compatible-Stability/dp/B000E0PPG0/ref=sr_1_4?crid=1QJ1TQDYHK8YN&dib=eyJ2IjoiMSJ9.scc7QVpHEBpm4kcAlx_Xug.AKjgc1TaMxo-HZkJwqg3kAWvd4-ENwd3rf9Gp2wojoA&dib_tag=se&keywords=B000E0PPG |



| | | |
|---|---|---|
| | | 0&qid=1755719269&sprefix=b000e0ppg0%2Caps%2C79&sr=8-4&th=1 |
| 16 | https://www.amazon.com/dp/B0CPFY2Q1H?th=1 | https://www.amazon.com/Pyle-Kit-Height-Adjustable-Insert-Home-PMDK102/dp/B000EHWJ9O?th=1 |
| 17 | https://www.amazon.com/dp/B0CPFVXJ1H?th=1 | https://www.amazon.com/Circulation-Cantilever-Universal-Black-Pyle-PLRSTN14UX2/dp/B084CZCGFP?th=1 |
| 18 | https://www.amazon.com/dp/B0CPGL2HPG | https://www.amazon.com/Pro-Laptop-Projector-Stand-Adjustable/dp/B003GEKXRM |
| 19 | https://www.amazon.com/dp/B0CRRVTW1R?th=1 | https://www.amazon.com/SereneLife-Foldable-Treadmill-0-6-7-5MPH-Assembly/dp/B09HV83LDG |
| 20 | https://www.amazon.com/dp/B0CS7ZJ64H?th=1 | https://www.amazon.com/SereneLife-SLISAU30BK-Full-Portable-Sauna/dp/B07WC64NPQ?th=1 |
| 21 | https://www.amazon.com/dp/B0CRXK7LK7?th=1 | https://www.amazon.com/SereneLife-68-9-Female-Mannequin-Dress/dp/B08FKWLKYY?th=1 |
| 22 | https://www.amazon.com/dp/B0CSLP9TT3?th=1 | https://www.amazon.com/SereneLife-Space-Saving-Organizers-Ultra-Thin-Lightweight/dp/B0CQ9SRDKN/ref=sr_1_1?crid=YJYVK323YERI&dib=eyJ2IjoiMSJ9.fyq-1jupmHEscfr1qWhA2g.iTvOufDBLzZxXVnG_Mx5HoxVD9ztNC5j8jgfKfrDeHg&dib_tag=se&keywords=B0CQ9SRDKN&qid=1755724490&sprefix=b0cq9srdkn%2Caps%2C177&sr=8-1&th=1 |
| 23 | https://www.amazon.com/dp/B0CVL2ZD69?th=1 | https://www.amazon.com/NutriChef-Refrigerator-Organizers-Countertops-Cabinets-Designed/dp/B09PB55QCY?th=1 |
| 24 | https://www.amazon.com/dp/B0CVKZ77ZV?th=1 | https://www.amazon.com/NutriChef-Refrigerator-Stackable-Organizers-Countertops/dp/B0C91X4729 |
| 25 | https://www.amazon.com/dp/B0CWWF6CBT?th=1 | https://www.amazon.com/NutriChef-5-Piece-Plastic-Measuring-Spoons/dp/B0D7X8T8YP |
| 26 | https://www.amazon.com/dp/B0CWVWFNM1?th=1 | https://www.amazon.com/6-Piece-Magnetic-Measuring-Spoon-Clean/dp/B07VHWC5R3 |
| 27 | https://www.amazon.com/dp/B0CZ5CDWG6?th=1 | https://www.amazon.com/SereneLife-Professional-Spinning-Portable-Exercise/dp/B0F9PZDMYF |
| 28 | https://www.amazon.com/dp/B0D3SD2S3V?th=1 | https://www.amazon.com/Portable-Electric-Air-Conditioner-Unit/dp/B07DQVNSP8/?th=1 |

## 2.3 STATEMENT OF COMPENSATION FOR MY WORK

2.3.1    My billing rate is $850 per hour for services performed in connection with this matter.  My compensation is not contingent whatsoever on the outcome of this matter, the analysis herein, or the expert opinions expressed in this report.

## 2.4 SCOPE OF ENGAGEMENT AND OPINIONS HIRED TO PROVIDE

2.4.1    The scope of engagement includes an overview of how an e-commerce business begins selling goods on Amazon under both a Amazon Vendor Central account and Amazon Seller

Central account including but not limited to how to obtain a Vendor Central or Seller Central account on Amazon, the differences between those types of accounts, how to sell products to Amazon, how Amazon establishes the price that it pays sellers for products, how Amazon establishes the price that customers pay for products, how product and category rankings work on Amazon and the product sales information publicly available on Amazon.

2.4.2   The scope of engagement also includes an analysis of the paid and free resources publicly available for developing a successful e-commerce business and how those tools are useful when selecting and choosing which products to sell and how to grow and maximize sales on the marketplace.

2.4.3   The scope of engagement also includes an overview of Amazon Advertising and how advertising and marketing campaigns are used to gain market share and promote the sale of products.

2.4.4   The scope of engagement also includes the preparation of a direct competitor analysis for ML Imports and provide an opinion as to whether and to what extent Plaintiff Sound Around, Inc. and ML Imports, Inc. are direct competitors, and the impact sales of one has on the other.

2.4.5   The scope of engagement also includes an analysis of sales of products sold by competitors of the Defendants and Plaintiff and the impact of sales of the competitors have on the competition between Plaintiff and Defendant.

## 3   OVERVIEW OF E-COMMERCE BUSINESS OPERATIONS ON AMAZON

### 3.1 OVERVIEW OF LAUNCHING AN E-COMMERCE BUSINESS ON AMAZON

3.1.1   Launching an e-commerce business typically requires identifying viable products that have customer demand, sourcing or manufacturing inventory, listing those products on a marketplace (like Amazon) with compelling and optimized information and attractive and quality imagery, building an advertising strategy and being able to ship products to customers while making a profit. Sellers must also manage shipping, compliance, and analytics to track profitability and inventory.

3.1.2   Selling on Amazon has become an extremely popular way for individuals and companies to sell online. Amazon is responsible for several of the logistical responsibilities that typically require a large investment in capital to support the back-office requirements of processing and shipping orders and returns.  Amazon is responsible for processing payment, customer fulfillment, customer returns and has over 200 million active Amazon Prime customers shopping on the platform.[1]

---

[1] https://www.searchlogistics.com/learn/statistics/amazon-prime-statistics/, Retrieved on August 8, 2025.

3.1.3    Establishing a successful e-commerce business—particularly one selling physical goods—requires overcoming a wide range of logistical, technical, and strategic hurdles.

3.1.4    Identifying profitable, manufacturable products requires market research, supplier vetting, sampling, quality control, and price negotiation. Ensuring consistency and reliability from overseas manufacturers introduces risks in communication, time zones, lead times, and intellectual property control.

3.1.5    Small businesses must manage warehousing, shipping, returns, and last-mile delivery, all of which involve capital, coordination, and service-level compliance. Fulfillment By Amazon (FBA) is a program offered by Amazon which allows sellers to send bulk inventory to Amazon warehouses. Amazon then handles pick, pack, ship, returns, and customer service for customer orders. This removes the need for a seller to build their own logistics infrastructure or manage last-mile delivery.[2]

3.1.6    Without a built-in audience, new brands must pay heavily to drive traffic through paid advertising (Google, Facebook, affiliates), search engine optimization (SEO), influencer marketing, etc. to bring potential customers to their native e-commerce website. Amazon receives over 2 billion visits per month and has established buyer trust, which removes the need to build traffic from scratch.[3]

3.1.7    Unknown online brands often face consumer hesitation, low initial conversion rates, and high return rates due to lack of reviews or recognizable branding. Building social proof through reviews, user-generated content (UGC), and press mentions takes time and sustained effort.  Amazon is a known brand with consumer trust that allows customers to feel safe and secure when shopping on Amazon.[4]

3.1.8    Running an online store requires building and managing a website.  Part of maintaining that website is integrating payment gateways, fraud protection, tax collection, mobile responsiveness, and more. Businesses must manage backend systems for inventory, accounting, customer service, and compliance. Amazon collects and remits payments on customers' behalf and is responsible for state sales tax on behalf of sellers in most jurisdictions, removing a major compliance burden.[5]

3.1.9    With little to no experience or investment needed, sellers can create their own e-commerce business leveraging Amazon and instantly have access to all of the Amazon Prime customers as potential customers.  Having access to these 200+ million Prime subscribers who can do all their e-commerce shopping from one marketplace makes Amazon a very attractive marketplace to create an e-commerce business.

---

[2] https://sell.amazon.com/fulfillment-by-amazon, Retrieved on August 8, 2025.
[3] https://www.similarweb.com/website/amazon.com/#overview, retrieved on August 7th, 2025.
[4] https://seller.alibaba.com/us/businessblogs/top-11-internet-shopping-sites-in-the-world-px002ajqs, retrieved on August 7th, 2025.
[5] https://www.amazon.com/gp/help/customer/display.html?nodeId=202036190, retrieved on August 7th, 2025.

## 3.2 VENDOR CENTRAL VS. SELLER CENTRAL

3.2.1    Amazon has two main programs for how individuals and companies can market and sell their products and brands on Amazon. Amazon has a Vendor Central program and a Seller Central program.[6]

3.2.2    Amazon Vendor Central is by invitation only and suppliers can only gain access to Vendor Central if they are invited by Amazon directly.[7]

3.2.3    When a Vendor Central account is created Amazon will generate a Vendor Code that is linked to your Amazon account.[8]

3.2.4    Within each Vendor Central account vendors might have sub vendor codes that are typically used to represent different brands that the vendor might be selling or different methods in which a vendor might be fulfilling orders within the Vendor Central account.

3.2.5    Suppliers are only issued one Vendor Central account. If a supplier has multiple brands and needs to separate out brands for reporting, accounting or other business needs Amazon will issue additional sub vendor codes within the same Vendor Central account.

3.2.6    Amazon Vendor Central operates on a wholesale model where businesses sell their products directly to Amazon and Amazon is the customer. Amazon then resells those products to end customers on Amazon.com.[9]

3.2.7    Suppliers use an Amazon generated product template to upload their catalog to Amazon which includes all information that is displayed on Amazon.com. Suppliers are also responsible for submitting product photography that meets the image requirements set by Amazon.

3.2.8    The main image requirements set by Amazon are: (i) White Background - The main product image must have a pure white background so it blends seamlessly with Amazon's site; (ii) Only the Product – The photo must show only the item being sold. No extra props, accessories, or unrelated items are allowed; (iii) Fill the Frame – The product should take up most of the image space so it's easy to see and clearly recognizable; (iv) High Quality & Clear – Images must be sharp, well-lit, and professional looking, with no blurriness or pixelation; (v) No Added Graphics – Main images cannot include text, logos, watermarks, borders, or inset images; and (vi) Category Rules Apply – Some categories have specific requirements (e.g., clothing must be shown on-model, kids' apparel shown flat, shoes photographed at an angle).[10]

---

[6] https://www.datachannel.co/blogs/amazon-seller-central-vs-amazon-vendor-central, Retrieved on August 16, 2025.
[7] https://www.junglescout.com/resources/articles/how-to-sell-to-amazon-directly/, Retrieved on August 7, 2025.
[8] https://www.khoocommerce.com/120/Amazon-Vendor-Central-Glossary-Essential-Terms-Every-Supplier-Needs-to-Know-for-Success, Retrieved on August 16, 2025.
[9] https://synder.com/blog/what-is-amazon-vendor-central/, Retrieved on August 7, 2025.
[10] https://sellercentral.amazon.com/help/hub/reference/external/G1881?locale=en-US, Retrieved on August 16, 2025.

3.2.9   Amazon issues purchase orders (POs) to vendors / suppliers, who are responsible for shipping bulk quantities of product to Amazon's fulfillment centers.[11]

3.2.10   Inventory received is owned by Amazon and Amazon is responsible for setting retail pricing, handles customer transactions, and manages fulfillment, shipping, returns, and customer service on behalf of the supplier.  Amazon is the seller of record and Amazon consumers do not know who is supplying the product directly to Amazon.

3.2.11   Vendors typically receive net payment terms (e.g., Net 30, Net 60), and must comply with Amazon's operational and compliance requirements, which include chargebacks for late shipments, labeling issues, or packaging noncompliance.

3.2.12   Vendor Central vendors often face limited pricing control and may see Amazon aggressively discount their products to have the Buy Box[12] featured on its product listing to facilitate the immediate purchase by customers or compete with other retailers. [13]

3.2.13   Vendors who are selling on Vendor Central do not have control over how much inventory Amazon orders and stores at their warehouse.  Amazon uses their own forecasting tools and analysis to determine how much inventory they should keep supporting Amazon shopper demand.[14]

3.2.14   When vendors submit their products to Amazon Vendor Central they enter a wholesale cost and a suggested retail price.  If Amazon accepts those products, they will purchase those products at the submitted wholesale costs and Amazon will use the suggested retail price as a guideline to where to start the retail price.  Amazon has final say and control over the final retail price and can change the retail price multiple times a day.[15]

3.2.15   There are a few standard fees that Vendor Central suppliers will be charged on every purchase order from Amazon.  There are traditionally three main fees that vendors will incur: (1) COOP % fee which is a marketing fee that Amazon charges to promote the items, (2) A FREIGHT % fee to offset the cost of Amazon to pickup and ship product to customers, (3) DAMAGES/ RETURNS % fee to cover the costs of customer returns and damaged inventory.[16]

3.2.16   Additional fees that suppliers might be charged are: CHARGEBACKS when there are issues with products they supply to Amazon or SHORTAGES when a supplier does not send Amazon the correct number of items on their order.[17]

---

[11] https://www.rithum.com/amazon-vendor-central/, Retrieved on August 7th, 2025.
[12] *See* Section 3.3.5, *below*.
[13] https://www.repricer.com/blog/what-is-the-amazon-buy-box/, Retrieved on August 7, 2025.
[14] https://blog.openbridge.com/amazon-vendor-central-forecasting-report-automation-4975a897d7d5, Retrieved on August 7, 2025.
[15] https://sellbery.com/blog/amazon-pricing-strategy-ultimate-guide/, Retrieved on August 7, 2025.
[16] https://www.commercecanal.com/commerce-canal-whats-new/amazon-vendor-central-fees, Retrieved on August 7, 2025.
[17] https://www.commercecanal.com/commerce-canal-whats-new/amazon-vendor-central-fees, Retrieved on August 7, 2025.

3.2.17  The three main fees, COOP, FREIGHT and DAMAGES, are negotiated with Amazon at the end of each year depending on the profitability of that supplier Amazon relationship during the prior year.

3.2.18  The Amazon Seller Central platform allows businesses to list and sell products directly to Amazon customers via the Marketplace.  Seller Central is open to all sellers, and a seller does not need to be invited to sell via the Seller Central program.[18]

3.2.19  The requirements for selling on Seller Central are:(i) Choose a Selling Plan – Select either the Individual (per-item fee) or Professional (monthly subscription) plan; (ii) Provide Business Details – Submit business name, address, entity type, and contact information; (iii) Bank & Billing Information – Add a valid bank account to receive payments and a credit card for fees; (iv) Identity Verification – Upload government-issued ID and, if required, supporting documents (e.g., utility bill, bank statement); (v) Country & Tax Eligibility – Must be located in an eligible country and may need to provide tax documentation; and (vi) Account Approval – Amazon typically reviews applications within a few days. Once approved, sellers can configure their account and list products.[19]

3.2.20  Sellers are responsible for controlling their inventory levels. Sellers can choose between Fulfilled by Amazon (FBA), where inventory is sent to Amazon and they handle shipping and customer service, or Fulfilled by Merchant (FBM), where the seller stores and ships inventory directly from their own warehouse.[20]

3.2.21  Sellers selling via Seller Central pay fees to Amazon to support their Amazon business.  The typical and standard fees that apply to sellers are: Referral Fees – A deduction calculated based as a percentage of the total sale price; Monthly Subscription Fee– a monthly fee charged to all professional sellers; FBA Fulfilment Fee – a fee charged on every order determined by the size and weight of the item if that item is being fulfilled by Amazon's fulfillment program; Monthly Inventory Storage Fee – a monthly storage fee for the space your inventory occupies at a Amazon warehouse.[21]

3.2.22  Sellers on Seller Central set their own retail prices.  Sellers have full control of their retail price that customers pay.  Sellers will set the retail price that is displayed on Amazon.com and Amazon does not have any control over changing that retail price.[22]

3.2.23  Sellers will use an Amazon generated product template to upload their catalog to Amazon which will includes all information that is displayed on Amazon.com. Sellers are also responsible for submitting product photography that meets the image requirements set by Amazon.

---

[18] https://sell.amazon.com/sell/registration-guide, Retrieved on August 7, 2025.
[19] https://sell.amazon.com/sell/registration-guide, Retrieved on August 16, 2025.
[20] https://sell.amazon.com/blog/fba-vs-fbm, Retrieved on August 7, 2025.
[21] https://sellercentral.amazon.com/help/hub/reference/external/G6F7CN3EQS7MEGCN?initialSessionID=142-5691785-3940343&ld=NSGoogle&pageName=US%3ASD%3ASOA-pricing, Retrieved on August 7, 2025.
[22] https://sellercentral.amazon.com/help/hub/reference/external/GPTFQ566449VXXCP?locale=en-US, Retrieved on August 16, 2025.

3.2.24   The main image requirements set by Amazon for selling via Seller Central are: (i) White Background - The main product image must have a pure white background so it blends seamlessly with Amazon's site; (ii) Only the Product – The photo must show only the item being sold. No extra props, accessories, or unrelated items are allowed; (iii) Fill the Frame – The product should take up most of the image space so it's easy to see and clearly recognizable; (iv) High Quality & Clear – Images must be sharp, well-lit, and professional looking, with no blurriness or pixelation; (v) No Added Graphics – Main images cannot include text, logos, watermarks, borders, or inset images; and, (vi) Category Rules Apply – Some categories have specific requirements (e.g., clothing must be shown on-model, kids' apparel shown flat, shoes photographed at an angle).[23]

3.2.25   All products listed on Amazon are given a unique Amazon Standard Identification Number (ASIN).  Every different product listed on Amazon is given a different ASIN and no two different products have the same ASIN. [24]

3.2.26   If two separate sellers are selling the same item, both sellers' products will have the same ASIN and will be displayed on the same page with only one seller being awarded the Amazon Buy Box to potentially earn the customer sale.[25]

## 3.3 HOW PRODUCTS ARE SOLD AND PRICED ON AMAZON

3.3.1   All products sold on Amazon have a listed sell price that is either established by a Seller or by Amazon depending on what method the item is being sold: Seller Central or Vendor Central.

3.3.2   Sellers selling products using the Amazon Seller Central platform have control over the retail price that is set and listed on Amazon.com. Sellers can change their price whenever they choose and can updated their price multiple times a day.  Sellers will set a list price that they want the Amazon customer to pay.

3.3.3   For products that are listed via the Amazon Vendor Central program, the price is set by Amazon.   Suppliers will submit to Amazon their recommended price that they want Amazon to list their item for, but Amazon has the right to change and list that item for whatever price they see fit. [26]

3.3.4   Amazon will use their own proprietary pricing algorithm to determine what price to list items sold via the Amazon Vendor Central program.  Some factors that will influence the

---

[23] https://sellercentral.amazon.com/help/hub/reference/external/G1881?locale=en-US, Retrieved on August 16, 2025.
[24] https://sell.amazon.com/blog/what-is-an-asin, Retrieved on August 8, 2025.
[25] https://blog.refundsmanager.com/multiple-sellers-of-the-same-item/, Retrieved on August 8, 2025.
[26] https://www.smartscout.com/amazon-selling-guides/how-amazon-vendor-pricing-works-the-inner-mechanics, Retrieved on August 7th, 2025.

price are: sales history, inventory, how popular the item is, customer interest, product reviews, product pricing on other websites and other proprietary metrics.[27]

3.3.5   Each Amazon detail page has an Amazon Buy Box. The Amazon Buy Box is the white box on a product detail page where customers can click "Add to Cart" or "Buy Now." When multiple sellers offer the same product, only one seller at a time wins the Buy Box—and this seller becomes the default seller for that listing and earns the sale for that item.[28]

3.3.6   Amazon has the right to suppress the Buy Box preventing customers from purchasing that item.  If an Amazon Seller sets a retail price that Amazon believes to be too high or too low Amazon can suppress the Buy Box so customers will be unable to purchase that item. Amazon can also suppress the buy box if Amazon finds the same item being listed for less on a competitor's website like Walmart or Target.[29]

## 3.4 PRODUCT RANKINGS AND PUBLICLY AVAILABLE SALES DATA

3.4.1   Every product sold on Amazon both through Vendor Central and Seller Central has a Best Seller Rank (BSR).  The BSR is a metric that appears on the product detail page and indicates a product's sales rank compared to similar products within that product category.[30]

3.4.2   The BSR rank fluctuates hourly with the lower the score the better the item sells compared to other similar products within its category.[31]

3.4.3   BSR is listed directly on every product detail page in the "Product Information" section. This information is public information that any visitor to Amazon can view.  There are also dedicated Amazon Best Seller pages that list the top 100 best-selling items for every product category on Amazon.[32]

3.4.4   There are free third-party tools like Keepa that will track product sales rank over a given time so sellers can view how popular a product has been and track product sales cycle over a given time.[33]

3.4.5   Some basic product sales data is displayed on some products directly on the Amazon listing showing how many units have been purchased over the last week or month.[34]

---

[27] https://www.smartscout.com/amazon-selling-guides/how-amazon-vendor-pricing-works-the-inner-mechanics, Retrieved on August 7, 2025.

[28] https://sell.amazon.com/blog/buy-box-featured-offer, Retrieved on August 7, 2025.

[29] https://www.brandalignment.com/amazon-buy-box-suppression/, Retrieved on August 7, 2025.

[30] https://sell.amazon.com/blog/amazon-best-sellers-rank, Retrieved on August 7, 2025.

[31] https://sell.amazon.com/blog/amazon-best-sellers-rank, Retrieved on August 7, 2025.

[32] https://sell.amazon.com/blog/amazon-best-sellers-rank, Retrieved on August 7, 2025.

[33] https://cleartheshelf.com/keepa-review/, retrieved on August 8, 2025.

[34] https://www.intentwise.com/blog/amazon-ui-feature/amazon-is-displaying-sales-data-in-search-heres-what-to-know/, Retrieved on August 8, 2025

3.4.6    Public third party tools like Jungle Scout, Helium 10, and Keepa estimate sales volume for products sold on Amazon and are common tool used by sellers to track product or category popularity. [35] [36]

# 4   PUBLICLY AVAILABLE TOOLS AND EDUCATIONAL RESOURCES

## 4.1 REVIEW OF FREE AMAZON TOOLS TO HELP MANAGE AN AMAZON BUSINESS

4.1.1    There are several free tools that are owned by Amazon and other third-party tools that help sellers support and run their Amazon business.

4.1.2    Amazon has an Amazon Seller University series which offers free video-based courses on all the different programs and knowledge one would need to create and operate an Amazon selling account.[37]

4.1.3    Amazon Revenue Calculator is a tool that sellers use to understand the profitability of selling their item on Amazon.  Sellers enter in their cost of goods, their retail price, the size and weight of their item and the Amazon category they want to sell in, and Amazon will calculate the fees associated with selling that item.[38]

4.1.4    Amazon has a YouTube channel with over 300 videos providing trainings and answering questions on how to sell on Amazon, what the different tools are to help one sell on Amazon and to learn how to be successful on Amazon.[39]

4.1.5    Amazon offers an Amazon Ads Certification course to help sellers understand how to run advertising campaigns on Amazon and to understand the different advertising options and strategies on how to advertise on Amazon.[40]

4.1.6    There are numerous third party companies, websites, blogs and YouTube channels that offer free information on how to create an Amazon Business.[41] [42]

## 4.2 REVIEW OF PAID AMAZON TOOLS TO HELP MANAGE AN AMAZON BUSINESS

4.2.1    There are a variety of paid tools that Amazon Sellers can use to help them better run their Amazon business. These tools offer a variety of features and uses that can help different parts of maximizing and optimizing an Amazon business to give the seller the best chance to be successful.

---

[35] https://www.helium10.com/tools/free/amazon-sales-estimator, Retrieved on August 8, 2025.

[36] https://www.junglescout.com/estimator/, Retrieved on August 8, 2025.

[37] https://sell.amazon.com/learn/seller-university, Retrieved on August 7, 2025.

[38] https://sellercentral.amazon.com/hz/fba/profitabilitycalculator/index?lang=en_US, Retrieved on August 7, 2025.

[39] https://www.youtube.com/@AmazonSellerUniversity/videos, Retrieved on August 7, 2025.

[40] https://advertising.amazon.com/academy?ref_=aaa_us_hnav_gw&activeLocale=en-us, Retrieved on August 7th, 2025.

[41] https://sell.amazon.com/blog/amazon-sales-estimator, Retrieved on August 16, 2025.

[42] https://www.analyzer.tools/best-free-tools-for-new-amazon-sellers-a-comprehensive-toolkit/, Retrieved on August 16, 2025.

4.2.2    Jungle Scout is a subscription-based software suite designed specifically for Amazon sellers to research, analyze, and manage product opportunities. It provides real-time and historical data on millions of Amazon listings, enabling sellers to make informed decisions about which products to source and sell.[43]

4.2.3    Jungle Scout offers Product Database filters allowing sellers to filter Amazon's catalog by sales rank, price, reviews, and estimated sales to identify profitable opportunities.[44]

4.2.4    Jungle Scout offers sellers access to its Keyword research tool providing sellers keyword search volume, pay-per-click (PPC) bid estimates, and competition metrics to optimize product listings and advertising campaigns.[45]

4.2.5    Jungle Scout has a Supplier Database used to help sellers find and verify manufacturers worldwide, including matching suppliers to existing Amazon products.[46]

4.2.6    Helium 10 is an all-in-one software platform for Amazon and Walmart marketplace sellers that combines product research, keyword optimization, listing creation, analytics, and operational tools in a single suite. It is designed to help sellers identify profitable opportunities, optimize listings, and manage day-to-day operations more efficiently.[47]

4.2.7    Helium 10 has a product research feature that allows sellers to search Amazon's product catalog using advanced filters such as category, estimated monthly sales, review count, price range, and more to find viable product opportunities.[48]

4.2.8    Helium 10 has a reverse ASIN lookup feature to find the exact keywords driving sales for competitors, while also identifying high-volume, relevant keywords for listing optimization and PPC campaigns.[49]

4.2.9    Helium 10 has a profits dashboard designed to track all financial metrics including revenue, profit margins, fees, and cost of goods sold for better decision-making.[50]

4.2.10  Keepa is a comprehensive Amazon price tracking and product data analysis tool used by sellers, resellers, and buyers to monitor pricing trends, sales rank history, and competitive activity across millions of Amazon listings worldwide. [51] The pricing information is updated multiple times a day, given the constant price changes for products sold on Amazon.

[43] https://www.junglescout.com/, Retrieved on August 9, 2025.
[44] https://www.junglescout.com/, Retrieved on August 9, 2025.
[45] https://www.junglescout.com/, Retrieved on August 9, 2025.
[46] https://www.junglescout.com/, Retrieved on August 9, 2025.
[47] https://www.helium10.com/, Retrieved on August 9, 2025.
[48] https://www.helium10.com/, Retrieved on August 9, 2025.
[49] https://www.helium10.com/, Retrieved on August 9, 2025.
[50] https://www.helium10.com/, Retrieved on August 9, 2025.
[51] https://keepa.com/#!, Retrieved on August 9, 2025.

4.2.11  Keepa Sales Rank Tracking displays historical Best Seller Rank (BSR) data to help sellers gauge demand trends and seasonality.[52]

4.2.12  Keepa has product tracking alerts which allows users to set alerts for price drops, Best Seller Rank changes, or restocks, enabling timely purchasing or pricing adjustments.[53]

4.2.13  Keepa has product search tools which allows users to search products based on ASIN or UPC, search product best sellers, and even search a seller ID to gain access to the seller's entire store and obtain a breakdown of their product catalog by category, and see the seller's ratings and review count.

4.2.14  Similarweb is a digital intelligence platform that provides website traffic analytics, audience insights, and competitive benchmarking. While it is not exclusive to Amazon, sellers use Similarweb to track sales history, analyze traffic patterns, referral sources, and audience behavior for Amazon.com and other marketplaces, as well as for competitor brand sites. This data helps sellers better understand how customers find products and where marketing opportunities exist.[54]

4.2.15  Similarweb has a traffic analytics feature which estimates the total visits to Amazon's marketplace or specific brand stores, showing trends over time.[55]

4.2.16  Similarweb can track traffic sources breaking down how visitors arrive at Amazon listings or stores—via search engines, paid advertising, social media, referrals, or direct traffic—helping sellers understand customer acquisition channels.[56]

4.2.17  Similarweb has a competitor benchmarking feature that compares traffic and engagement metrics for competing brands, enabling sellers to identify gaps and opportunities in their own strategies.[57]

4.2.18  Similarweb gives product level, brand level and category level sales, traffic, and customer conversion history with enhanced analytics comparing that data to prior time periods.[58]

4.2.19  Smartscout is a specialized Amazon analytics and research platform designed to give sellers, brands, and agencies a deep view into Amazon's marketplace structure. Smartscout maps Amazon's category tree, brand landscape, and seller activity, allowing users to uncover opportunities at a granular level.[59]

---

[52] https://keepa.com/#!, Retrieved on August 9, 2025.
[53] https://keepa.com/#!, Retrieved on August 9, 2025.
[54] www.similarweb.com, Retrieved on August 9, 2025.
[55] www.similarweb.com, Retrieved on August 9, 2025.
[56] www.similarweb.com, Retrieved on August 9, 2025.
[57] www.similarweb.com, Retrieved on August 9, 2025.
[58] www.similarweb.com, Retrieved on August 9, 2025.
[59] https://www.smartscout.com/, Retrieved on August 9, 2025.

4.2.20  Smartscout has a category and brand explorer feature that mimics the Amazon's category hierarchy and identifies top brands within each niche, along with their market share, estimated revenue, and growth trends.[60]

4.2.21  Smartscout allows sellers to view individual Amazon sellers, showing their storefront inventory, sales estimates, fulfillment methods, and brand partnerships (Vendor or Seller).[61]

4.2.22  Smartscout monitors specific brands or product listings to track changes in sales rank, Buy Box ownership, and pricing over time.[62]

4.2.23  Purvey.ai is an analytics platform for e-commerce, with a strong focus on providing real-time product, pricing, and competitive intelligence for Amazon and other online marketplaces. It helps sellers monitor market conditions, track competitors, and optimize pricing strategies.[63]

4.2.24  Purvey.ai continuously tracks competitors' prices on Amazon and alerts sellers to changes, enabling quick pricing adjustments to remain competitive.[64]

4.2.25  Purvey.ai provides competitor benchmarking so sellers can compare their brands against other sellers and brands, showing product mix, pricing patterns, and estimated sales performance.[65]

4.2.26  Rithum (formerly CommerceHub) is an e-commerce platform that enables brands, retailers, and distributors to manage, expand, and optimize their marketplace presence across Amazon and hundreds of other online sales channels. While it is not exclusive to Amazon, many large sellers and brands use Rithum to streamline multichannel operations and ensure consistent performance on Amazon's marketplace.[66]

4.2.27  Rithum is a central database which standardizes product listings, ensuring accurate and optimized content across Amazon and other marketplaces.[67]

4.2.28  Rithum inventory and order management system syncs inventory levels and automates order routing to prevent overselling, improve fulfillment speed, and maintain high seller performance metrics.

---

[60] https://www.smartscout.com/, Retrieved on August 9, 2025.
[61] https://www.smartscout.com/, Retrieved on August 9, 2025.
[62] https://www.smartscout.com/, Retrieved on August 9, 2025.
[63] https://purvey.ai/, Retrieved on August 9, 2025.
[64] https://purvey.ai/, Retrieved on August 9, 2025.
[65] https://purvey.ai/, Retrieved on August 9, 2025.
[66] https://www.rithum.com/, Retrieved on August 25, 2025.
[67] https://www.rithum.com/, Retrieved on August 25, 2025.

4.2.29  Viral Launch offers tools to analyze Amazon's marketplace, identifying high-demand, low-competition product opportunities with data on sales trends, seasonality, and competition.[68]

4.2.30  Viral Launch Includes campaign management, competitor tracking, and market intelligence to optimize PPC advertising, monitor market shifts, and scale product sales effectively. [69]

4.2.31  Tinuiti is a full-service performance marketing agency that specializes in helping brands grow across digital channels, including Amazon. Unlike standalone software tools, Tinuiti provides managed services and strategic consulting for Amazon sellers, with expertise in Vendor Central and Seller Central operations. [70]

4.2.32  Tinuiti also provides managed services and strategic consulting for Amazon sellers, with expertise in Vendor Central and Seller Central operations.[71]

# 5   OVERVIEW OF AMAZON ADVERTISING AND MARKETING STRATEGY

## 5.1 DIFFERENT TYPES OF AMAZON PAY PER CLICK CAMPAIGNS

5.1.1  Pay-Per-Click (PPC) advertising is the foundation of Amazon marketing. Sellers bid on keywords to promote products in search results and on detail pages. Amazon Advertising is an essential part of establishing a brand on Amazon and promoting and selling products on Amazon.

5.1.2  Amazon Advertising is Amazon's integrated suite of pay-per-click (PPC) and display-based advertising solutions that allow sellers and vendors to promote their products directly on Amazon's platform and across Amazon-owned media. It is designed to increase product visibility, drive traffic to listings, and grow sales by targeting shoppers at various stages of the buying process.  The goal is to drive sales and improve product rank.[72]

5.1.3  When creating an advertising campaign sellers will establish a daily budget that they are willing to spend to promote their brand or their products.  That budget is the maximum they are willing to spend for that campaign.  If that budget has been reached during the day Amazon will no longer show that ad to Amazon shoppers.[73]

5.1.4  Amazon Advertising uses a real-time auction system for its campaigns, where advertisers bid on Amazon search terms, keywords and product targets.  The seller who has the highest bid with a relevant ad product to the searched term will typically win the

---

[68] https://viral-launch.com/, Retrieved on August 25, 2025.
[69] https://viral-launch.com/, Retrieved on August 25, 2025.
[70] https://tinuiti.com/, Retrieved on August 25, 2025.
[71] https://tinuiti.com/, Retrieved on August 25, 2025.
[72] https://advertising.amazon.com/?ref_=logo, Retrieved on August 7, 2025.
[73] https://advertising.amazon.com/library/guides/sponsored-products-budget-best-practices, Retrieved on August 7, 2025.

placement.  The final cost per click (CPC) is determined by how much a seller's competitors have bid.  For example, If Seller A's max bid is $1 for the Amazon search term "Non Stick Pan" and all other sellers who are also bidding on the term of "Non Stick Pan" have a max bid of $.75, Seller A will be awarded a placement for that advertisement. If a customer clicks Seller A's ad, Seller A will be charged only $.76.  Sellers will only be charged $.01 higher than the next highest bid.

5.1.5     There are multiple different campaign types that differ in how sellers can bid on specific keywords or segments of products to try and win the ad auction and gain placement on the Amazon results page. [74]

5.1.6     Sponsored Products Campaign Types are PPC ads that promote individual product listings within search results and on product detail pages. These ads are keyword or ASIN targeted and are the most widely used format.[75]

5.1.7     Sponsored Brand Campaign Types are ads featuring a brand logo, headline, and multiple products. They appear in prominent positions in search results and help increase brand awareness.[76]

5.1.8     Sponsored Display Campaign Types are display ads that target audiences on and off Amazon based on shopping behavior, product views, or interests. They can re-engage shoppers who viewed a product but did not purchase.[77]

5.1.9     On Amazon there are several different places that product advertisements will appear. Depending on the ad type several product ads will appear next to each other with each ad bidding on the same search term.  There could be as many as half of the first 25 results that are ads displayed on one Amazon search result page when a customer searches for a specific keyword.[78]

5.1.10   If multiple sellers are bidding on the same keyword, multiple sellers can be awarded a placement on the detail page earning the potential for a customer to click on one of their ads.

## 5.2 DISCOUNTS AND PROMOTIONAL OPPORTUNITIES ON AMAZON

5.2.1     There are several different promotional tools and opportunities that sellers can use when they want to provide a discount to Amazon shoppers.

---

[74] https://advertising.amazon.com/library/guides/sponsored-products-budget-best-practices, Retrieved on August 7, 2025.

[75] https://advertising.amazon.com/solutions/products/sponsored-products?ref_=a20m_us_lbr_gd_spbbp_p_sp, Retrieved on August 7, 2025.

[76] https://advertising.amazon.com/solutions/products/sponsored-brands/?ref_=a20m_us_search_title, retrieved on August 9, 2025.

[77] https://advertising.amazon.com/solutions/products/sponsored-display/?ref_=a20m_us_search_title, Retrieved on August 9, 2025.

[78] https://www.9news.com/article/money/consumer/steve-on-your-side/amazon-sponsored-results-search/73-f3cffc2b-836b-4e90-9710-429529648694, Retrieved on August 8, 2025.

5.2.2   Percentage-Off and BOGO Promotions consist of Amazon sellers  leveraging built-in promotion tools to offer straightforward savings—either a set percentage off (e.g., "Save 20% when you buy five pairs of socks") or Buy One, Get One (BOGO) offers (e.g., "Buy three, get one free"). These "Promotions" are particularly effective for encouraging bulk purchases or boosting average order value. They appear directly on the detail page, making them highly visible and easy to redeem.[79]

5.2.3   Lightning Deals are time-bound, limited-quantity discounts featured on Amazon's deals page. These deals run for a limited period, usually lasting between 4 to 12 hours, and offer discounts on selected products.[80]

5.2.4   Best Deals span several days, offering sustained exposure for products that need a longer sales window.[81]

5.2.5   Coupons are attractive, clickable digital coupons that appear on product listings and in search results—no codes needed. Buyers simply click the "Clip Coupon" checkbox to apply savings at checkout. Coupons benefit conversions and are accessible to both Amazon Prime and non-Prime users, increasing listing visibility and click-through rates.[82]

5.2.6   Prime-Exclusive Discounts enable sellers to offer special pricing visible only to Amazon Prime members, rewarding loyalty and encouraging repeat purchases.[83]

5.2.7   Brand Tailored Promotions allow brand-registered sellers to deliver unique discounts (10–50%) to specific customer segments—such as students or health-conscious shoppers—with each user limited to one redemption.[84]

5.2.8   Sellers can provide a price discount by lowering the retail price for a given time.  Sellers will decide how much the discount should be and how long the discount should be active for.

## 6   COMPETITIVE ANALYSIS BETWEEN SOUND AROUND AND ML IMPORTS,

### 6.1 ARE SOUND AROUND AND ML IMPORTS DIRECT COMPETITORS?

6.1.1   The Amazon marketplace is an expansive marketplace with over 600 million products listed for sale.[85]  The Home and Kitchen category is the most competitive category with over 70

---

[79] https://sell.amazon.com/blog/seller-promotions, Retrieved on August 9, 2025.
[80] https://sell.amazon.com/blog/seller-promotions, Retrieved on August 9, 2025.
[81] https://sell.amazon.com/blog/seller-promotions, Retrieved on August 9, 2025.
[82] https://sell.amazon.com/blog/seller-promotions, Retrieved on August 9, 2025.
[83] https://sell.amazon.com/blog/seller-promotions, Retrieved on August 9, 2025.
[84] https://sell.amazon.com/blog/seller-promotions, Retrieved on August 9, 2025.
[85] https://redstagfulfillment.com/how-many-products-does-amazon-carry/, Retrieved on August 8, 2025.

million products listed.[86]  Most of the products I was asked to review are listed in the Home and Kitchen Category on Amazon.

6.1.2    Reviewing the list of products provided to me comparing products sold by Sound Around and ML Imports, I would classify them as competitors to the extent that the products are similar and often in the same Amazon category, in which there are many other similar products and competitors.

6.1.3    Sound Around and ML Imports are offering and selling a variety of products across a variety of different brands. These products are all listed and comingled on the Amazon marketplace with numerous other brands and products selling very similar products.  Since these products are listed on the Marketplace they will be competing for the same customers looking for the same products.

6.1.4    The products that both Sound Around and ML Imports are selling are heavily saturated by 'generic' and non-brand dominant products.  Customers typically will shop these categories focusing more on price, product reviews, product rank and how high they appear on the search results page.

## 6.2 ANALYSIS OF THE SOUND AROUND'S PRODUCTS AND ML IMPORT'S  PRODUCTS

6.2.1    I was asked to provide an analysis comparing similar products sold by Sound Around and ML Imports.

6.2.2    **Product 1**: Stainless Steel Stockpot [87] [88]



---

[86] https://redstagfulfillment.com/how-many-products-does-amazon-carry/, Retrieved on August 8, 2025.
[87] https://www.amazon.com/dp/B09L51B7T1, Retrieved on August 25, 2025.
[88] https://www.amazon.com/dp/B0BNNY5C73, Retrieved on August 25, 2025.

6.2.3   Both items are listed in the 'Stockpots' category on Amazon in a category that has over 1,000 different products listed.[89]

6.2.4   During the calendar year 2024 the Stockpots category on Amazon did $58.2M in sales across the top 1,000 selling products.[90]



6.2.5   ML Imports is not copying or reusing any of the same pictures that Sound Around is using and is following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.6   When viewing the top selling items within the Stockpot category most products have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators. [91] [92]



---

[89] https://www.amazon.com/Stockpots-Cookware-Baking-Kitchen/b/ref=dp_bc_5?ie=UTF8&node=289832, Retrieved on August 8, 2025.
[90] https://shopper.similarweb.com/home, Retrieved on August 8, 2025. *Please note*: Access to Similarweb requires registration.
[91] https://www.amazon.com/dp/B0D22M7TKC, Retrieved on August 25, 2025.
[92] https://www.amazon.com/dp/B0BPK2G464, Retrieved on August 25, 2025.

6.2.7   With a highly saturated category of this size and the number of products listed, the addition of a new brand and new product offering would not have any impact on the performance of the rest of the category or one specific product or brand.

6.2.8   Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.9   **Product 2**: 20 Piece Nonstick Kitchen Cookware Set [93] [94]



6.2.10  Both items are listed in the 'Cookware Sets' category on Amazon in a category that has over 1,000 different products listed.[95]

[93] https://www.amazon.com/dp/B086R2VYT2, Retrieved on August 25, 2025.
[94] https://www.amazon.com/dp/B0BMS1GGP1?th=1, Retrieved on August 25, 2025.
[95] https://www.amazon.com/cookware-sets/b/ref=dp_bc_4?ie=UTF8&node=289816, Retrieved on August 11, 2025.

6.2.11  During the calendar year 2024 the Cookware Sets category on Amazon did $617.6M in sales across the top 1,000 selling products.[96]



6.2.12  ML Imports is not copying or reusing any of the same pictures that Sound Around is using and is following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.13  When viewing the top selling items within the Cookware Sets category most products have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators.[97] [98]



6.2.14  Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility,

---

[96] https://shopper.similarweb.com/home, Retrieved on August 11, 2025.
[97] https://www.amazon.com/dp/B0DS1VT6CW, Retrieved on August 25, 2025.
[98] https://www.amazon.com/dp/B0DB6ZH1M9, Retrieved on August 25, 2025.

shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.15 **Product 3**: Cooking Sheet Baking Pan Set[99] [100]



6.2.16 Both items are listed in the 'Bakeware Sets' category on Amazon in a category that has 312 products listed.[101]

6.2.17 During the calendar year 2024 the Bakeware Sets category on Amazon did $38.7M in sales across the top 1,000 selling products.[102]



---

[99] https://www.amazon.com/dp/B089N57JGS?th=1, Retrieved on August 25, 2025.
[100] https://www.amazon.com/dp/B0BR8P9N7W, Retrieved on August 25, 2025.
[101] https://www.amazon.com/bakeware-sets/b/ref=dp_bc_4?ie=UTF8&node=289669, Retrieved on August 11, 2025.
[102] https://shopper.similarweb.com/home, Retrieved on August 11, 2025.

6.2.18   ML Imports is not copying or reusing any of the same pictures that Sound Around is using and is following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.19   When viewing the top selling items within the Bakeware Sets category most products have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators. [103] [104]



6.2.20   Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

[103] https://www.amazon.com/dp/B0D9YVHZ1Y?th=1, Retrieved on August 25, 2025.
[104] https://www.amazon.com/dp/B0D94Y13ZD?th=1, Retrieved on August 25, 2025.

6.2.21 **Product 4**: Nonstick Pizza Tray (13 Inch) [105] [106]



6.2.22 Both items are listed in the 'Pizza Pans & Stones' category on Amazon in a category that has 10,000 products listed.[107]

6.2.23 During the calendar year 2024 the Pizza Pans & Stones category on Amazon did $32.5M in sales across the top 1,000 selling products.[108]



6.2.24 ML Imports is not copying or reusing any of the same pictures that Sound Around is using and is following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

---

[105] https://www.amazon.com/dp/B09QT8BT3H, Retrieved on August 25, 2025.
[106] https://www.amazon.com/dp/B0DCDCVQ63, Retrieved on August 25, 2025.
[107] https://www.amazon.com/Pizza-Pans-Stones/b/ref=dp_bc_4?ie=UTF8&node=383850011, Retrieved on August 11, 2025.
[108] https://shopper.similarweb.com/home, Retrieved on August 11, 2025.

6.2.25  When viewing the top selling items within the Pizza Pans & Stones category, most products have a very similar look and feel to the listing with very similar imagery.  This is very common for products that inherently are the same with no major differentiators. [109] [110]



6.2.26  Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

[109] https://www.amazon.com//dp/B0DMT6CMPN, Retrieved on August 25, 2025
[110] https://www.amazon.com//dp/B09C2LPT1J, Retrieved on August 25, 2025

6.2.27  **Product 5**: Nonstick Pizza Tray (12.8 inch) [111] [112]



6.2.28  Both items are listed in the 'Pizza Pans & Stones' category on Amazon in a category that has 10,000 products listed.[113]

6.2.29  During the calendar year 2024 the Pizza Pans & Stones category on Amazon did $32.5M in sales across the top 1,000 selling products.[114]



6.2.30  ML Imports is not copying or reusing any of the same pictures that Sound Around is using and is following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

[111] https://www.amazon.com//dp/B0B77WBVD8, Retrieved on August 25, 2025.
[112] https://www.amazon.com/dp/B0DCDHZ28T, retrieved on August 25, 2025.
[113] https://www.amazon.com/Pizza-Pans-Stones/b/ref=dp_bc_4?ie=UTF8&node=383850011, Retrieved on August 11, 2025.
[114] https://shopper.similarweb.com/home, Retrieved on August 11, 2025.

6.2.31  When viewing the top selling items within the Pizza Pans & Stones most products have a very similar look and feel to the listing with very similar imagery.  This is very common for products that inherently are the same with no major differentiators. [115] [116]



6.2.32  Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

[115] https://www.amazon.com//dp/B0F6KPXY1P, Retrieved on August 25, 2025.
[116] https://www.amazon.com//dp/B0BYCRB7QK, Retrieved on August 25, 2025.

6.2.33 **Product 6**: 10 Piece Bakeware Set [117] [118]



6.2.34  Both items are listed in the 'Bakeware Sets' category on Amazon in a category that has 312 products listed.[119]

6.2.35  During the calendar year 2024 the Cooking Sheet Baking Pan Set category on Amazon did $38.7M in sales across the top 1,000 selling products.[120]



6.2.36  ML Imports is not copying or reusing any of the same pictures that Sound Around is using and is following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.37  When viewing the top selling items within the Bakeware Sets category most products have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators.[121] [122]

---

[117] https://www.amazon.com/dp/B08BPGWLYZ, Retrieved on August 25, 2025.
[118] https://www.amazon.com/dp/B0BRGQ3CK9, Retrieved on August 25, 2025.
[119] https://www.amazon.com/bakeware-sets/b/ref=dp_bc_4?ie=UTF8&node=289669, Retrieved on August 11, 2025.
[120] https://shopper.similarweb.com/home, Retrieved on August 11, 2025.
[121] https://www.amazon.com/dp/B0F8P2KK4X, Retrieved on August 25, 2025.
[122] https://www.amazon.com/dp/B0D9HB11KZ, Retrieved on August 25, 2025.



6.2.38   Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.39   **Product 7**: 3 Wheeled Scooter for Kids with LED Lights [123] [124]



---

[123] https://www.amazon.com//dp/B07VY9Q95Q, Retrieved on August 25, 2025.
[124] https://www.amazon.com//dp/B0BZWSFHL8, Retrieved on August 25, 2025.

6.2.40   Both items are listed in the 'Kick Scooters' category on Amazon in a category that has 895 products listed.[125]

6.2.41   During the calendar year 2024 the Kick Scooter category on Amazon did $278.1M in sales across the top 1,000 selling products.[126]



6.2.42   ML Imports is not copying or reusing any of the same pictures that Sound Around is using and is following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.43   When viewing the top selling items within the Kick Scooters category most products have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiator. [127] [128]



6.2.44   Amazon's customer base is large and diverse. One product's performance, especially in the Sports & Outdoor category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements

---

[125] https://www.amazon.com/kick-scooters/b/ref=dp_bc_6?ie=UTF8&&node=13280971, Retrieved on August 11, 2025.
[126] https://shopper.similarweb.com/home, Retrieved on August 11, 2025.
[127] https://www.amazon.com/dp/B07JBB6YJQ, Retrieved on August 25, 2025.
[128] https://www.amazon.com/dp/B0DG63CNM9, Retrieved on August 25, 2025.

such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.45  **Product 8**: Portable Air Conditioners [129] [130]



6.2.46  Both items are listed in the 'Portable Air Conditioners' category on Amazon in a category that has 10,000 products listed.[131]

6.2.47  During the calendar year 2024 the Portable Air Condition category on Amazon did $528.1M in sales across the top 1,000 selling products.[132]



---

[129] https://www.amazon.com/dp/B07DQVNSP8, Retrieved on August 25, 2025.
[130] https://www.amazon.com/dp/B0C3D5DMRC, Retrieved on August 25, 2025.
[131] https://www.amazon.com/Portable-Air-Conditioners/b/ref=dp_bc_4?ie=UTF8&node=1193678, Retrieved on August 11, 2025.
[132] https://shopper.similarweb.com/home, Retrieved on August 11, 2025.

6.2.48  ML Imports is not copying or reusing any of the same pictures that Sound Around is using and is following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.49  When viewing the top selling items within the Portable Air Conditioners category most products have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators. [133] [134]



6.2.50  Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

[133] https://www.amazon.com/dp/B0FCMLFWSQ?th=1, Retrieved on August 25, 2025.
[134] https://www.amazon.com/dp/B0F3HRSN8B?th=1, Retrieved on August 25, 2025.

6.2.51 **Product 9**: 3 Piece Non-Stick Cooking Sheets [135] [136]



6.2.52 Both items are listed in the 'Bakeware Sets' category on Amazon in a category that has 312 products listed.

6.2.53 During the calendar year 2024 the Bakeware Sets category on Amazon did $38.7M in sales across the top 1,000 selling products.[137]



6.2.54 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

---

[135] https://www.amazon.com//dp/B09TG4TZZ6, Retrieved on August 26, 2025.
[136] https://www.amazon.com//dp/B0C784LC11, Retrieved on August 26, 2025.
[137] https://shopper.similarweb.com/home, Retrieved on August 11, 2025.

6.2.55 When viewing the top selling items within the Bakeware Sets category most products have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators. [138] [139]



6.2.56 Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

6.2.57  **Product 10**: Velvet Hangers [140] [141]



6.2.58  Both items are listed in the 'Standard Hangers' category on Amazon in a category that has over 2,000 products listed.[142]

6.2.59  During the calendar year 2024 the Standard Hangers category on Amazon did $176.9M in sales across the top 1,000 selling products.[143]



6.2.60  ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

---

[140] https://www.amazon.com//dp/B0DB3RK7V3, Retrieved on August 26, 2025.
[141] https://www.amazon.com/dp/B0CDXBCQBL, Retrieved on August 26, 2025.
[142] https://www.amazon.com/standard-hangers/b/ref=dp_bc_5?ie=UTF8&node=16353551, Retrieved on August 11, 2025.
[143] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

6.2.61  When viewing the top selling items within the Standard Hangers category and similar liked products, most have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators.[144] [145]



6.2.62  Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

[144] https://www.amazon.com//dp/B01IRHUV6A, Retrieved on August 26, 2025.
[145] https://www.amazon.com//dp/B077BMY1KZ, Retrieved on August 26, 2025.

6.2.63 **Product 11**: Wooden Hangers [146] [147]



6.2.64 ML Imports product is listed in the "Standard Hangers" category that has over 2,000 products listed[148] and the Sound Around item is listed in the "'Suit Hangers" category on Amazon that has 437 products listed.[149]

6.2.65 Although these two items look similar, they are listed in different Amazon categories. Both items and numerous products within both categories are selling virtually the same item under different brand names. This is very common for products that inherently are the same with no major differentiators. [150]



---

[146] https://www.amazon.com//dp/B09PC1LPGJ, Retrieved on August 26, 2025.
[147] https://www.amazon.com//dp/B0CDXGY8T8, Retrieved on August 26, 2025.
[148] https://www.amazon.com/standard-hangers/b/ref=dp_bc_5?ie=UTF8&node=16353551, Retrieved on August 12, 2025.
[149] https://www.amazon.com/suit-hangers/b/ref=dp_bc_5?ie=UTF8&node=16353561, Retrieved on August 12, 2025.
[150] https://www.amazon.com/dp/B0DLLNRN88, Retrieved on August 26, 2025.

6.2.66  During the calendar year 2024 the Standard Hangers category on Amazon did $176.9M in sales across the top 1,000 selling products.[151] [152]



6.2.67  During the calendar year 2024 the Suit Hanger category on Amazon did $59.7M in sales across the top 1,000 selling products.[153]



6.2.68  Being in two different categories but having a similar look, there is no impact one product would have against the other product in product categories that are high sales volume.

6.2.69  Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

[151] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.
[152] https://www.amazon.com/dp/B0CG1MRSWD, Retrieved on August 26, 2025.
[153] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

6.2.70  **Product 12**: Microphone Stand [154] [155]



6.2.71  Both items are listed in the 'Musical Instruments > Stands' category on Amazon in a category that has over 1,000 products listed.[156]

6.2.72  During the calendar year 2024 the Musical Instruments > Stands category on Amazon did $49.6M in sales across the top 1,000 selling products.[157]



6.2.73  ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.74  When viewing the top selling items within the Musical Instruments > Stands category and similar liked products, most have a very similar look and feel to the listing with very similar

---

[154] https://www.amazon.com//dp/B00SVRLPYY, Retrieved on August 26, 2025.
[155] https://www.amazon.com/dp/B0CPFWCWTV, Retrieved on August 26, 2025.
[156] https://www.amazon.com/Microphone-Stands/b/ref=dp_bc_4?ie=UTF8&node=11974591, Retrieved on August 12, 2025.
[157] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

imagery. This is very common for products that inherently are the same with no major differentiators.[158] [159]



6.2.75 Amazon's customer base is large and diverse. One product's performance, especially in the home and Musical Instruments which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.76 **Product 13**: Microphone Stand 2 [160] [161]



---

[158] https://www.amazon.com//dp/B000TZVCWG, Retrieved on August 26, 2025.
[159] https://www.amazon.com//dp/B000978D58, Retrieved on August 26, 2025.
[160] https://www.amazon.com//dp/B002PAW6AU, Retrieved on August 26, 2025.
[161] https://www.amazon.com//dp/B0CPFWL32M, Retrieved on August 26, 2025.

6.2.77  Both items are listed in the 'Musical Instruments > Stands' category on Amazon in a category that has over 1,000 products listed.[162]

6.2.78  During the calendar year 2024 the Musical Instruments > Stands category on Amazon did $49.6M in sales across the top 1,000 selling products.[163]



6.2.79  ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different.  Displaying images in a similar manner to competitors is a common practice.  Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.80  When viewing the top selling items within the Musical Instruments > Stands category and similar liked products, most have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators.[164] [165]



---

[162] https://www.amazon.com/Microphone-Stands/b/ref=dp_bc_4?ie=UTF8&node=11974591, Retrieved on August 12, 2025.
[163] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.
[164] https://www.amazon.com/dp/B0F8QQC569, Retrieved on August 26, 2025
[165] https://www.amazon.com/dp/B00BOSHAS2, Retrieved on August 26, 2025

6.2.81  Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.82  **Product 14**: Keyboard Stand [166] [167]



6.2.83  Both items are listed in the 'Musical Instruments > Stands' category on Amazon in a category that has over 1,000 products listed.[168]

6.2.84  During the calendar year 2024 the Musical Instruments > Stands category on Amazon did $49.6M in sales across the top 1,000 selling products.[169]



[166] https://www.amazon.com//dp/B0CNS8XXWV, Retrieved on August 26, 2025
[167] https://www.amazon.com/dp/B0CPGP6X38, Retrieved on August 26, 2025
[168] https://www.amazon.com/Microphone-Stands/b/ref=dp_bc_4?ie=UTF8&node=11974591, Retrieved on August 12, 2025.
[169] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

6.2.85  ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.86  When viewing the top selling items within the Musical Instruments > Stands category and similar liked products, most have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators.[170] [171]



6.2.87  Amazon's customer base is large and diverse. One product's performance, especially in the Musical Instruments category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

6.2.88 **Product 15**: Tripod Speaker Stand [172] [173]



6.2.89 Both items are listed in the 'Musical Instruments > Stage Speaker Stands' category on Amazon in a category that has over 439 products listed.[174]

6.2.90 During the calendar year 2024 the Musical Instruments > Stage Speaker Stands category on Amazon did $5.8M in sales across the top 1,000 selling products. [175]



6.2.91 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.92 When viewing the top selling items within the Musical Instruments > Stage Speaker Stands category and similar liked products, most have a very similar look and feel to the listing

[172] https://www.amazon.com//dp/B000E0PPG0, Retrieved on August 26, 2025.
[173] https://www.amazon.com/dp/B0CPFWXD7D, Retrieved on August 26, 2025.
[174] https://www.amazon.com/Speakers-Stands/b/ref=dp_bc_4?ie=UTF8&node=11975041, Retrieved on August 12, 2025.
[175] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

with imagery all very similar. This is very common for products that inherently are the same with no major differentiators. [176] [177]



6.2.93  Although the category is not a large, saturated category regarding sales volume, there is enough demand for multiple sellers to earn substantial business where the introduction of a new product would not alter the category landscape.

6.2.94  Amazon's customer base is large and diverse. One product's performance, even in the Musical Instruments category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

[176] https://www.amazon.com//dp/B00ICR3G4U, Retrieved on August 26, 2025.
[177] https://www.amazon.com/dp/B07S62HZR7, Retrieved on August 26, 2025.

6.2.95  **Product 16**: Tripod Speaker Stand 2 [178] [179]



6.2.96  Both items are listed in the 'Musical Instruments > Stage Speaker Stands' category on Amazon in a category that has over 439 products listed.[180]

6.2.97  During the calendar year 2024 the Musical Instruments > Stage Speaker Stands category on Amazon did $5.8M in sales across the top 1,000 selling products. [181]



6.2.98  ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different.  Displaying images in a similar manner to competitors is a common practice.  Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

---

[178] https://www.amazon.com//dp/B000EHWJ9O, Retrieved on August 26, 2025.
[179] https://www.amazon.com/dp/B0CPFY2Q1H, Retrieved on August 26, 2025.
[180] https://www.amazon.com/Speakers-Stands/b/ref=dp_bc_4?ie=UTF8&node=11975041, Retrieved on August 12, 2025.
[181] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

6.2.99  When viewing the top selling items within the Musical Instruments > Stage Speaker Stands category and similar liked products, most have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators.[182] [183]



6.2.100  Although the category is not a large, saturated category regarding sales volume, there is enough demand for multiple sellers to earn substantial business where the introduction of a new product would not alter the category landscape.

6.2.101  Amazon's customer base is large and diverse. One product's performance in the Musical Instruments category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

[182] https://www.amazon.com//dp/B00RAWXS2S, Retrieved on August 26, 2025.
[183] https://www.amazon.com//dp/B07SKLPQLQ, Retrieved on August 26, 2025.

### 6.2.102 **Product 17**: Vented Shelf [184] [185]



6.2.103 Both items are listed in the 'Electronics > Racks & Cabinets' category on Amazon in a category that has over 4,000 products listed.[186]

6.2.104 During the calendar year 2024 the Electronics > Racks & Cabinets category on Amazon did $5.8M in sales across the top 1,000 selling products. [187]



6.2.105 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.106 When viewing the top selling items within the Electronics > Racks & Cabinets category and similar liked products, most have a very similar look and feel to the listing with very

[184] https://www.amazon.com//dp/B084CZCGFP, Retrieved on August 26, 2025.
[185] https://www.amazon.com//dp/B0CPFVXJ1H, Retrieved on August 26, 2025.
[186] https://www.amazon.com/Computer-Racks-Cabinets/b/ref=dp_bc_4?ie=UTF8&node=1086958, Retrieved on August 12, 2025.
[187] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

similar imagery. This is very common for products that inherently are the same with no major differentiators. [188] [189]



6.2.107 Amazon's customer base is large and diverse. One product's performance, especially in the Electronics category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.108 **Product 18**: Laptop Projector Stand [190] [191]



[188] https://www.amazon.com//dp/B0DD6DX745, Retrieved on August 26, 2025.
[189] https://www.amazon.com//dp/B0DVH1WG96, Retrieved on August 26, 2025.
[190] https://www.amazon.com//dp/B003GEKXRM, Retrieved on August 26, 2025.
[191] https://www.amazon.com//dp/B0CPGL2HPG, Retrieved on August 26, 2025.

6.2.109 ML Imports product is listed in the "Musical Instruments > Racks & Stands" category that has over 464 products listed[192] and the Sound Around item is listed in the 'Electronics > Stands' category on Amazon that has 40,000 products listed.[193]

6.2.110 Although these two items look similar, they are listed in different Amazon categories. Both items and numerous products within both categories are selling virtually the same item under different brand names. This is very common for products that inherently are the same with no major differentiators. [194] [195]



6.2.111 During the calendar year 2024 the Musica Instruments > Racks & Stands category on Amazon did $21.7M in sales across the top 1,000 selling products.[196]



[192] https://www.amazon.com/DJ-Racks-Stands/b/ref=dp_bc_5?ie=UTF8&node=11973961, Retrieved on August 12, 2025.
[193] https://www.amazon.com/Laptop-Stands/b/ref=dp_bc_4?ie=UTF8&node=3015409011, Retrieved on August 12, 2025.
[194] https://www.amazon.com/dp/B0C4LG3L43, Retrieved August 26, 2025.
[195] https://www.amazon.com/dp/B08BYMDF9G, Retrieved August 26, 2025.
[196] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

6.2.112 During the calendar year 2024 the Electronics > Stands category on Amazon did $113.3M in sales across the top 1,000 selling products.[197]



6.2.113 Being in two different categories but having a similar look, there is no impact one product would have against the other product in product categories that have this type of sales volume.

6.2.114 With the products being in different categories and with the Electronics stands category being that large, the addition of a new brand and new product offering would not have any impact on the performance of the rest of the category or one specific product or brand.

6.2.115 Amazon's customer base is large and diverse. One product's performance, especially in the Musical Instruments category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

[197] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

**6.2.116** **Product 19**: Foldable Treadmill [198] [199]



6.2.117 Both items are listed in the 'Treadmills' category on Amazon in a category that has over 10,000 products listed.[200]

6.2.118 During the calendar year 2024 the Treadmills category on Amazon did $833.2M in sales across the top 1,000 selling products.[201]



6.2.119 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different.  Displaying images in a similar manner to competitors is a common practice.  Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.120 When viewing the top selling items within the Treadmills category and similar liked products, most have a very similar look and feel to the listing with very similar imagery.

---

[198] https://www.amazon.com//dp/B09HV83LDG, Retrieved on August 26, 2025.
[199] https://www.amazon.com//dp/B0CRRVTW1R, Retrieved on August 26, 2025.
[200] https://www.amazon.com/treadmill-home-treadmill/b/ref=dp_bc_4?ie=UTF8&node=3407831, Retrieved on August 12, 2025.
[201] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

This is very common for products that inherently are the same with no major differentiators.[202] [203]



6.2.121 Amazon's customer base is large and diverse. One product's performance, especially in the Sports & Outdoors category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.122 **Product 20**: Foldable Sauna [204] [205]



---

[202] https://www.amazon.com//dp/B0FHHNFGHZ, Retrieved on August 26, 2025.
[203] https://www.amazon.com/dp/B0DJ27HCCZ, Retrieved on August 26, 2025.
[204] https://www.amazon.com/dp/B07WC64NPQ, Retrieved on August 26, 2025.
[205] https://www.amazon.com/dp/B0CS7ZJ64H, Retrieved on August 26, 2025.

6.2.123 Both items are listed in the 'Saunas' category on Amazon in a category that has over 665 products listed.[206]

6.2.124 During the calendar year 2024 the Saunas category on Amazon did $113.4M in sales across the top 1,000 selling products.[207]



6.2.125 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.126 When viewing the top selling items within the Saunas category and similar liked products, most have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators. [208] [209]



[206] https://www.amazon.com/Saunas/b/ref=dp_bc_3?ie=UTF8&node=2475549011, Retrieved on August 13, 2025.
[207] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.
[208] https://www.amazon.com/dp/B0F8QRGW67, Retrieved on August 26, 2025.
[209] https://www.amazon.com/dp/B0DH1TDVDX, Retrieved on August 26, 2025.

6.2.127 Amazon's customer base is large and diverse. One product's performance, especially in the Patio, Lawn & Garden category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.128 **Product 21**: Female Mannequin [210] [211]



6.2.129 Both items are listed in the 'Mannequins' category on Amazon in a category that has over 915 products listed.[212]

6.2.130 During the calendar year 2024 the Mannequin category on Amazon did $9.8M in sales across the top 1,000 selling products[213]

---

[210] https://www.amazon.com//dp/B08FKWLKYY, Retrieved on August 26, 2025.
[211] https://www.amazon.com//dp/B0CRXK7LK7, Retrieved on August 26, 2025.
[212] https://www.amazon.com/Retail-Mannequins/b/ref=dp_bc_3?ie=UTF8&node=8615560011, Retrieved on August 12, 2025.
[213] https://shopper.similarweb.com/categories/sales-performance?from=2024-01&to=2024-12&domain=amazon.com&category=8615560011&comparison=yoy, Retrieved on August 12, 2025.



6.2.131 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.132 When viewing the top selling items within the Mannequins category and similar liked products, most have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators. [214] [215]



6.2.133 Amazon's customer base is large and diverse. One product's performance has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping

---

[214] https://www.amazon.com//dp/B01MQZ7YXD, Retrieved on August 26, 2025.
[215] https://www.amazon.com//dp/B0DGKSH197, Retrieved on August 26, 2025.

speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.134 **Product 22**: Plastic Hangers [216] [217]



6.2.135 Both items are listed in the 'Standard Hangers' category on Amazon in a category that has over 2,000 products listed.[218]

6.2.136 During the calendar year 2024 the Standard Hangers category on Amazon did $176.9M in sales across the top 1,000 selling products.[219]



6.2.137 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner

[216] https://www.amazon.com//dp/B0CQ9SRDKN, Retrieved on August 26, 2025.
[217] https://www.amazon.com/dp/B0CSLP9TT3, Retrieved on August 26, 2025.
[218] https://www.amazon.com/standard-hangers/b/ref=dp_bc_5?ie=UTF8&node=16353551, Retrieved on August 12, 2025.
[219] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.138  When viewing the top selling items within the Standard Hangers category and similar liked products, most have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators.[220] [221]



6.2.139  Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

[220] https://www.amazon.com//dp/B0CZF76L6H, Retrieved on August 26, 2025.
[221] https://www.amazon.com//dp/B074KP9F48, Retrieved on August 26, 2025.

6.2.140 **Product 23**: Plastic Storage Bins [222] [223]



6.2.141 Both items are listed in the 'Home & Kitchen > Organization Accessories' category on Amazon in a category that has over 70,000 products listed.[224]

6.2.142 During the calendar year 2024 the Home & Kitchen > Organization Accessories category on Amazon did $300.9M in sales across the top 1,000 selling products.[225]



6.2.143 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.144 When viewing the top selling items within the 'Home & Kitchen > Organization Accessories' category and similar liked products, most have a very similar look and feel to

[222] https://www.amazon.com//dp/B09PB55QCY, Retrieved on August 26, 2025.
[223] https://www.amazon.com//dp/B0CVL2ZD69, Retrieved on August 26, 2025.
[224] https://www.amazon.com/kitchen-storage-accessories/b/ref=dp_bc_4?ie=UTF8&node=3744031, Retrieved on August 12, 2025.
[225] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators. [226] [227]



6.2.145 Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.146 **Product 24**: Plastic Storage Bins [228] [229]



[226] https://www.amazon.com//dp/B0D7NN6CPL, Retrieved on August 26, 2025.
[227] https://www.amazon.com/dp/B0984YGW8H, Retrieved on August 26, 2025.
[228] https://www.amazon.com/dp/B0C91X4729, Retrieved on August 26, 2025.
[229] https://www.amazon.com/dp/B0CVKZ77ZV, Retrieved on August 26, 2025.

6.2.147 Both items are listed in the 'Home & Kitchen > Organization Accessories' category on Amazon in a category that has over 70,000 products listed[230]

6.2.148 During the calendar year 2024 the Home & Kitchen > Organization Accessories category on Amazon did $300.9M in sales across the top 1,000 selling products.[231]



6.2.149 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.150 When viewing the top selling items within the 'Home & Kitchen > Organization Accessories' category and similar liked products, most have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators. [232] [233]

[230] https://www.amazon.com/kitchen-storage-accessories/b/ref=dp_bc_4?ie=UTF8&node=3744031, Retrieved on August 12, 2025.
[231] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.
[232] https://www.amazon.com/dp/B0F2435ZH3, Retrieved on August 26, 2025.
[233] https://www.amazon.com/dp/B07WSF96LZ, Retrieved on August 26, 2025.



6.2.151 Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.152 **Product 25**: Plastic Measuring Spoon Set 5 Piece Set [234] [235]



---

[234] https://www.amazon.com/dp/B0D7X8T8YP, Retrieved on August 26, 2025.
[235] https://www.amazon.com/dp/B0CWWF6CBT, Retrieved on August 26, 2025.

6.2.153 Both items are listed in the 'Home & Kitchen > Spoons' category on Amazon in a category that has over 1,000 products listed[236]

6.2.154 During the calendar year 2024 the Home & Kitchen > Spoons category on Amazon did $38.3M in sales across the top 1,000 selling products.[237]



6.2.155 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.156 When viewing the top selling items within the 'Home & Kitchen > Organization Accessories' category and similar liked products, most have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators. [238] [239]

[236] https://www.amazon.com/Measuring-Spoons/b/ref=dp_bc_5?ie=UTF8&node=289788, Retrieved on August 12, 2025.
[237] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.
[238] https://www.amazon.com/dp/B005NKJXFA, Retrieved on August 26, 2025.
[239] https://www.amazon.com/dp/B01H5S5D74, Retrieved on August 26, 2025.



6.2.157 Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.158 **Product 26**: Plastic Measuring Spoon Set 6 Piece Set [240]



6.2.159 Both items are listed in the 'Home & Kitchen > Spoons" category on Amazon in a category that has over 1,000 products listed.[241]

---

[240] https://www.amazon.com/dp/B07VHWC5R3, Retrieved on August 26, 2025
[241] https://www.amazon.com/Measuring-Spoons/b/ref=dp_bc_5?ie=UTF8&node=289788, Retrieved on August 12, 2025

6.2.160 During the calendar year 2024 the Home & Kitchen > Spoons category on Amazon did $38.3M in sales across the top 1,000 selling products.[242] [243]



6.2.161 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.162 When viewing the top selling items within the 'Home & Kitchen > Organization Accessories' category and similar liked products, most have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators. [244] [245]

---

[242] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.
[243] https://www.amazon.com/dp/B0CWVWFNM1, Retrieved on August 26, 2025.
[244] https://www.amazon.com/dp/B0C9ZN17ML, Retrieved on August 26, 2025.
[245] https://www.amazon.com/dp/B07DJ53GZQ, Retrieved on August 26, 2025.



6.2.163 Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

6.2.164 **Product 27**: Fitness Dance Pole [246] [247]



6.2.165 ML Imports product is listed in the "Sports & Outdoors > Dance" category that has over 60,000 products listed[248] and the Sound Around item is listed in the "Sports & Outdoors > Dance Floors" category on Amazon that has 165 products listed.[249]

6.2.166 Although these two items look similar, they are listed in different Amazon categories. Both items and numerous products within both categories are selling virtually the same item under different brand names. This is very common for products that inherently are the same with no major differentiators.[250]



---

[246] https://www.amazon.com/dp/B0F9PZDMYF, Retrieved on August 26, 2025.
[247] https://www.amazon.com/dp/B0CZ5CDWG6, Retrieved on August 26, 2025.
[248] https://www.amazon.com/Ballet-Dance-Equipment/b/ref=dp_bc_4?ie=UTF8&node=13285461, Retrieved on August 13, 2025.
[249] https://www.amazon.com/Dance-Flooring/b/ref=dp_bc_5?ie=UTF8&node=13285521, Retrieved on August 12, 2025
[250] https://www.amazon.com/dp/B07CXTLMSJ, Retrieved on August 26, 2025

6.2.167  During the calendar year 2024 the Sports & Outdoors > Dance Floors category on Amazon did $6.3M in sales across the top 1,000 selling products.[251] [252]



6.2.168  During the calendar year 2024 the Sports & Outdoors > Dance category on Amazon did $15.1M in sales across the top 1,000 selling products.[253]



6.2.169  ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different.  Displaying images in a similar manner to competitors is a common practice.  Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.170  Even though both  are selling the same items, both category sizes are too large where one product would have no impact against the other product.

6.2.171  With the products being in different categories and selling in large volumes, the addition of a new brand and new product offering would not have any impact on the performance of the rest of the category or one specific product or brand. Amazon's customer base is

---

[251] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.
[252] https://www.amazon.com/dp/B085DNMGZD, Retrieved on August 26, 2025.
[253] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

large and diverse. One product's performance has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision.

6.2.172 **Product 28**: Portable Air Conditioner [254] [255]



6.2.173 Both items are listed in the 'Home & Kitchen > Air Conditioners > Portable' category on Amazon in a category that has over 10,000 products listed[256]

6.2.174 During the calendar year 2024 the Home & Kitchen > Air Conditioners > Portable category on Amazon did $528.1M in sales across the top 1,000 selling products.[257]



---

[254] https://www.amazon.com/dp/B07DQVNSP8, Retrieved on August 26, 2025.
[255] https://www.amazon.com/dp/B0D3SD2S3V, Retrieved on August 26, 2025.
[256] https://www.amazon.com/Portable-Air-Conditioners/b/ref=dp_bc_4?ie=UTF8&node=1193678, Retrieved on August 13, 2025.
[257] https://shopper.similarweb.com/home, Retrieved on August 12, 2025.

6.2.175 ML Imports is not copying or reusing any of the same pictures that Sound Around is using. Although the images look similar, they are different. Displaying images in a similar manner to competitors is a common practice. Both products are following the same guidelines and product listing templates Amazon provides and forces sellers to use when selling on Amazon.

6.2.176 When viewing the top selling items within the 'Home & Kitchen > Organization Accessories' category and similar liked products, most have a very similar look and feel to the listing with very similar imagery. This is very common for products that inherently are the same with no major differentiators. [258] [259]



6.2.177 Amazon's customer base is large and diverse. One product's performance, especially in the home and kitchen category which has tremendous competition and thousands of listings, has little to no direct impact on another's success in the same category because elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. In addition, various factors such as the product's price, availability, Prime eligibility, shipping speed, and promotional offers will drive a customer's purchasing decision. Therefore, the presence or absence of a single competing product has little to no impact on another product's sales.

---

[258] https://www.amazon.com/dp/B01DLPUWL2, Retrieved on August 26, 2025.
[259] https://www.amazon.com/dp/B0F62L3QV8, Retrieved on August 26, 2025.

## 6.3 COMPETITIVE ENVIRONMENT WITH THIRD-PARTY SELLERS

6.3.1   Amazon is ranked one of the most trusted brands by US consumers which is why it is the most popular e-commerce platform with 1.9 million active sellers and about 550 new sellers joining every day. [260]

6.3.2   Amazon operates as one of the most competitive marketplaces in the world. It is an open platform where virtually anyone can create a brand and list products for sale, meaning there are few barriers to entry. This openness drives intense competition as new sellers join daily, often targeting popular categories with high sales potential.[261]

6.3.3   The marketplace is inherently a "copy-cat" environment. Sellers routinely monitor what products are performing well, often through tools like Amazon's Best Seller pages, and then attempt to replicate or closely imitate those successful products. Unless a product has a clear differentiator—such as a patent, copyright protection, or proprietary technology—it is common for competing sellers to launch near-identical versions in hopes of capturing some of the sales volume.

6.3.4   Competition on Amazon is not a one-on-one scenario in the product categories in which the plaintiff and defendant sell. Most categories have thousands of competing products, with established and new sellers vying for visibility. These categories can sustain large volumes of sales across many brands, but the competition is relentless, and market share is constantly shifting.

6.3.5   Sellers often emulate not only the products themselves but also the "look and feel" of the top performers, including packaging, imagery, and listing style. This is facilitated by the fact that sellers do not technically own their Amazon product detail pages—Amazon controls the listing and content. This fluidity makes imitation a common and accepted practice within the platform.[262]

6.3.6   While this environment can support many sellers achieving significant sales, it also means that simply having a product on Amazon does not guarantee success. Continuous optimization, differentiation, and brand building are required to compete effectively in such a crowded and fast-moving marketplace.

6.3.7   One product's performance has little to no direct impact on another's success in the same category because Amazon's customer base is so large and diverse. Purchasing decisions are influenced by multiple variables including price, availability, Prime eligibility, shipping speed, and promotional offers. Even within the same category, customers will often make their selections based on these factors rather than the presence or absence of a single competing product.

---

[260] https://www.edesk.com/blog/amazon-statistics/, Retrieved on August 8, 2025.

[261] https://www.marketplacepulse.com/articles/amazon-has-9-7-million-sellers-worldwide, Retrieved on August 8, 2025.

[262] https://www.amazon.com/gp/help/customer/display.html?nodeId=GLSBYFE9MGKKQXXM#:~:text=COPYRIGHT,U.S.%20and%20international%20copyright%20laws., Retrieved on August 8, 2025.

6.3.8    Additionally, elements such as customer reviews, star ratings, product rank, advertising placement, and where the item appears on a search results or detail page all heavily influence conversion rates. A product with stronger reviews and better placement may outperform others regardless of brand recognition or market incumbency. Given the constant influx of new sellers and evolving search algorithms, sellers must continually refine their approach to maintain visibility and market share.

6.3.9    The success and popularity of  Sound Around's product does not guarantee the success of a competitor's products or a similar ML Imports product that is similar.  When a new product is listed on the marketplace it will be added to one of the last pages of Amazon until it can develop sales history and performance.

6.3.10   Getting products to rank well and perform will depend on a variety of actions taken by the seller: detail page optimization, pricing, advertising strategies, product photography, promotional opportunities and other actions needed to be taken by the seller.

6.3.11   There are 600 million products on Amazon, not all of them are successful and profitable.[263] Selling on Amazon takes a lot of work, energy and usually an investment of capital to get traction. Sellers need to understand there is endless competition on Amazon by Amazon directly and third-party sellers.  Unless the product or brand you are selling is different and very difficult to copy, sellers need to expect to see copycat listings.

## 7   SUMMARY OF FINDINGS

7.1.1    Based on my professional experience and review of the case materials, I conclude the following:

7.1.2    Based on my professional experience and review of the case materials, I conclude that the allegations made against ML Imports are not supported by the evidence. The facts demonstrate that ML Imports has acted within the normal competitive framework of the Amazon marketplace.

7.1.3    ML Imports did not require or benefit from any information allegedly belonging to Sound Around to establish its Amazon business. With years of prior Amazon experience, ML Imports already possessed the knowledge necessary to launch and manage products.

7.1.4    The information Plaintiffs claim was misused—such as internal reports or business intelligence software—provides no competitive advantage beyond what any seller can already obtain. Product performance, category sales, and keyword trends are publicly visible on Amazon or accessible through widely available third-party tools such as Jungle Scout, Helium 10, and Keepa.

---

[263] https://redstagfulfillment.com/how-many-products-does-amazon-carry/, Retrieved on August 16, 2025.

7.1.5   Simply knowing what sells on Amazon is not sufficient to guarantee success. Building a profitable business requires independent marketing strategies, advertising budgets, competitive pricing, positive customer reviews, and consistent operational performance. These elements take time and effort and cannot be replicated through access to another seller's data.

7.1.6   The Vendor Central program structure further undermines Plaintiff's claims. Amazon will only issue one Vendor Central account per company, and if a new brand needs to be added, Amazon issues a sub-vendor code. ML Imports could not have "stolen" or duplicated Sound Around's account. Moreover, any changes to bank or company information within Vendor Central require multiple verifications from Amazon directly to the registered account holder.

7.1.7   Because both Sound Around and ML Imports sell primarily through Vendor Central, they surrender control over key aspects of their business to Amazon. Amazon alone determines retail prices, purchase order quantities, markdowns, and promotional activity. Both sellers' products are subject to the same Amazon-controlled processes.

7.1.8   From the customer's perspective, all Vendor Central products are displayed as "Ships from and sold by Amazon." Buyers cannot see who the underlying supplier is, making it irrelevant whether Sound Around or ML Imports provided the inventory.

7.1.9   The information provided to me does not demonstrate there have been any trade secrets, stolen information or misuse of Amazon data that would prevent Sound Around from continuing to have a successful business on Amazon.

7.1.10  There is no evidence of trade secret misappropriation, stolen data, or misuse of Amazon systems that would prevent Sound Around from continuing to operate successfully on the platform.

7.1.11  The products at issue, such as hangers and cookware, are commodity goods offered by numerous sellers. Sound Around did not invent or uniquely develop these products; they are easily sourced by any seller through open channels such as Alibaba.

7.1.12  Entering a competitive category does not harm existing sellers. New products begin with no sales history, no reviews, and low search rankings. To compete, new sellers must invest in advertising, generate reviews, and earn visibility over time. Established sellers like Sound Around benefit from earlier entry, stronger sales ranks, and larger review counts, which continue to give them an advantage.

7.1.13  Access to a seller's inventory levels, back-office fulfillment systems, or historical ad campaigns would provide no practical benefit. These systems are tailored to each company's operations and are not transferable. Sound Around's ad campaigns were run by a third-party service provider, and in any case, Amazon advertising is driven primarily by budget and ongoing bid management, not by static campaign structures.

7.1.14  Amazon's advertising and listing optimization processes are industry-standard and available to all sellers. No company holds a unique or proprietary advantage in how ads are run on the platform.

7.1.15  The Amazon marketplace is extraordinarily large and competitive, with thousands of sellers offering similar items in every category. Sound Around and ML Imports may sell overlapping product types, but so do thousands of others, and these categories can support many successful sellers due to their size and demand.

7.1.16  Product similarity on Amazon is not evidence of wrongdoing; it is inherent to how the marketplace operates. Amazon is structured to drive competition and provide customers with choice, often resulting in multiple sellers offering nearly identical products.

7.1.17  In highly competitive categories such as Home & Kitchen, success is determined by execution—pricing, reviews, advertising, and inventory management—not by access to another seller's information. Even with similarities in product appearance, ML Imports' products are distinct listings that comply with Amazon's rules and marketplace standards.

I declare under the penalties of perjury that these opinions are based on my professional experience and on the materials provided to me, and that the foregoing is true and correct.

Keith Sterling
EVP of Sales and Marketplace Launch, Commerce Canal
Co-Founder, The Starren Group
August 28, 2025

76

# Exhibit A

# Keith A. Sterling

Email: KeithASterling@gmail.com | 973.941.4836

An accomplished Amazon and eCommerce leader with a proven track record of launching and growing brands online. Expertise in leveraging the Amazon Marketplace, Shopify, and Walmart Marketplace to achieve online growth, sales, and business objectives. With 12+ years of Amazon selling experience, I have successfully launched new brands and driven revenue growth for existing ones. My full-funnel approach to eCommerce strategy spans from private label brand development to managing $100+ million brands, giving me a deep understanding of what it takes to build a successful online business.

## WORK EXPERIENCE

**Commerce Canal, NYC**                                              *Jan 2022 – Current*

*Full-service e-commerce sales and marketing agency specializing in Amazon selling, managing over $450 million in GMV across 150+ accounts in domestic and global marketplaces.*
**Director of Brands / EVP of Sales and Marketplace Launch**

I orchestrated the implementation of client strategies and devised growth plans for numerous brands spanning diverse product categories on the Amazon marketplace. In this role, I conducted pivotal sales and onboarding calls, articulating our agency's processes and capabilities to both new and prospective clients, facilitating seamless transitions into our tailored solutions for marketplace success.

- Providing clear direction and recommendations to clients on how to best leverage Amazon for sustained growth and profitability.
- Balancing knowdege of both 1P and 3P deploying hybrid growth stragtegies to maximize clients goals for distribution, growth and sales.
- Working with brands ranging from $500K to $60mm understanding the difference on what metrics to focus on and how to levarage different programs on and off Amazon to maximize the business potential.
- Weekly/biweekly presentations with clients reviewing their business updates and recommendations on how to continue to expand and innovated their business (new product launches, different categories, sizes, coles etc).
- Through networking events and personal contacts have signed numerous accounts with multi year deals by explaining the benefits of what we do and how we can support and grow their Amazon business.
- Teaching and mentoring individuals new to the Amazon marketplace and getting them up to speed to efficiently run and manage their own clients and Amazon stores.

**Mundi Westport Group, NYC / NJ**                                  *Sept 2017 – Dec 2021*

*One of America's leading manufacturer and distributor of handbags, personal leather goods, belts and accessories*
**Director of Digital Marketing & Ecomm (Amazon)**

Head of accelerating and developing our Ecommerce business with a primary focus on growing our Amazon business, E-Commerce websites, Walmart business and exploring other E-Commerce opportunities. Also responsible for implementing and overseeing our paid social and digital advertising strategy. From 2017 to 2020 the business has seen over a 550% increase and is forecasted to double again in 2021.
Amazon
- Responsible for growth, expansion, marketing, on page enhancements and optimization and strategy for our Amazon direct (1P Vendor Central) and indirect (3P Seller Central) business.
- In three years, fast-tracked our 1P Amazon business from a 7-figure business to an 8-figure business with over 100% year over year growth.
- Launched a new brand on Amazon and scaled the business to a 7 figure business within the first 16 months and have consistently seen double digit growth month over month with projected sales to double in 2021
- Redesigned and implemented a new marketing and sales strategy for the company's most successful brand which had a growth rate of  25% to now over a 100% growth rate over the last two years with projections to continue to double in 2021.
- Launched and managed an Amazon 3P selling account that is generating 7 figures in the first 16 months.
- Responsible for developing, implementing and optimize our Amazon Advertising campaign structure and strategy for the entire Amazon 1P and 3P business across 10+ brands and category segments, managing a budget of over $500k.
Shopify

- Designed and built four Shopify stores to be shopping cart compatible and fully integrated with company's internal ERP system and to be fully automated with order processing and inventory feeds.
- Fully managing and optimizing company's Shopify stores with double digit growth rates month over month.
- Overseeing our Social media and paid media campaigns across 4 brands

Walmart
- Created a Walmart 3rd Party (Seller Center) marketplace account that has seen triple digit growth over the last 12 months.

**Starren Group Inc, NYC / NJ**                                              *May 2015 – Present*
*Amazon Marketing, Consulting Company*
**Co-Founder**

Co-founder of Starren Group which specializes in driving sales and marketing brands on the Amazon Marketplace. We work as an outside consulting company managing and supporting external Amazon accounts or as exclusive reseller or private label manufacturer of a brand.
- Within the first two years of starting Starren, worked with a Media company that did not have any online or Amazon retail distribution and generated over $2 million in sales on Amazon.
- Partnered with one of the largest European Personal Care brands to import and sell their products on Amazon. With no brand awareness in the US or on Amazon was able to launch the brand on Amazon and generate 7 figure sales in the first 16 months and sustain a continued growth rate of 20% YoY.
- Took a boutique cookie company that was generating $1k a month in sales on their website to averaging $35k a month in sales on Amazon.
- Worked with over 10+ companies ranging in categories of: fashion, accessories, media, personal care, pet care, communications, food and beverage, trucking and personal safety.

**UpClear, New York, NY**                                              *December 2013 – May 2015*
*Trade Promotion Management Software Company (SaaS)*
**Client Consultant**

- Initiate sales calls and product demonstration to executive decision makers at perspective clients.
- Collaborate with clients to understand their business process and provide recommendations on best practices.
- Post sales support to strengthen client relationships and ensure full satisfaction with software configuration.
- Work cross functionally with tech and client service team to align software with clients' expectations and needs.
- Present new features and best practices on how to best utilize company software during client user group training seminars.
- Represent UpClear at networking and industry events to expand awareness, build relationships and procure additional clients.
- Interview, hire and facilitate the onboarding process of all new employees.
- Facilitate in product development and release management to align solutions with customer specific business processes.
- Manage and maintain US client expectations, equating to 1/3 of UpClear's revenues.

**Brooklands Inc., Boca Raton, FL**                                              *January 2012 – November 2013*
*Start-up Consumer Package Goods - Medical Device Company*
**Account Manager / Operations & Sales Manager**

- Managed creation of company website and digital presence. Initiated successful digital marketing campaign dramatically increasing brand awareness resulting in substantial increase in web presence and sales.
- Account manager for QVC. Developed strong relationship contributing to dramatic increase in sales and propelling QVC to be Brooklands' largest customer.
- Increased company and product awareness domestically and internationally through industry tradeshows in US, Europe, and Middle East, leading to product being sold in the three largest food/drug mass retail chains in US.
- Drove product sales by handling all customer inquiries via email or phone and negotiating terms.
- Improved company's cash flow by developing comprehensive inventory management system and implementing a just-in-time inventory system which decreased the time between customer purchase order and delivery of goods.

**Starting Five Media LLC, Short Hills, NJ.**                                              *June 2011 – August 2012*
*Online Internet Marketing and Digital Media Consulting Company*
**Founder**

Business Application and Consulting Company Client
- Maintained and updated client's website as they expanded their products and service offerings.
- Implemented Search Engine Optimization terms that coincided with each individual webpage.
- Participated in weekly marketing conference calls with upper management to review ongoing and upcoming projects and events to further understand the direction of the business and build relationships with upper management.

Home Entertainment Music Client
- Developed self-service consignment Amazon Advantage program for home entertainment music client to market and sell CDs directly on Amazon.com.
- Implemented Google Adwords program and analyzed performance of each campaign's click through rate increasing sales by 50% of top selling items.

## EDUCATION

**Quinnipiac University, Hamden CT, Class of 2011**
*Masters of Business Administration (MBA)*
> Responsible for the development of the first Entrepreneurship Class offered in the MBA Program.

**Quinnipiac University, Hamden CT, Class of 2010**
*Bachelor of Science, Business Administration / Entrepreneurial Studies*

## SKILLS & CERTIFICATIONS

QuickBooks, Xero, Microsoft Suite, Zoho, Google Analytics, Google Adwords, Amazon Advantage, Amazon Vendor Central, Amazon Seller Central, Shopify, Walmart Seller Center