
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUND AROUND, INC.,

        Plaintiff,

v.

MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP, LLC, EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC, MDF MARKETING, INC., WORLD GROUP IMPORT, LLC, HEFEI PAIDONG OUTDOOR PRODUCTS CO., LTD.,

        Defendants.

CASE NO. 1:24-CV-01986-JHR

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK )
                        ss:
COUNTY OF KINGS   )

    I, Michael J. Byrne, being sworn, say; I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

    On **November 25, 2025,** I served the within **Opinion and Order on Motion to Withdraw** by electronically transmitting a true copy thereof to Levi Rottenberg at Lrottenberg@gmail.com. Service was made on Levi Rottenberg on behalf of Executive Laundry by his acceptance of service by email on November 25, 2025

                                                                        Michael J. Byrne

Sworn to before me this
26th day of November, 2025

*Jean Johnson*
Notary JEAN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01JO4702204
QUALIFIED IN NASSAU COUNTY
MY COMMISSION EXPIRES 05/31/2027

1