# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

December 3, 2025

*Via ECF*

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18B
New York, NY 10007-1312

Denied.

*[signature]*
12/3/25

Re: *Sound Around, Inc. v. Friedman et. al.,* Case No. 1:24-cv-01986

Dear Judge Cote,

We represent Plaintiff, Sound Around, Inc. ("Sound Around"). We are submitting this unopposed letter-motion to respectfully request an extension of the deadlines for the Parties to respond to the motions for summary judgment filed by Plaintiff and Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing, Inc., and World Group Import, LLC ("Friedman Defendants") on November 21, 2025.[1]

Currently, the deadline for Sound Around and the Friedman Defendants to respond to each other's motions for summary judgment is December 19, 2025. An extension through January 16, 2026 is respectfully requested in light of the significant scope of the Motions (and Statements of Fact submitted together with those Motions), which addresses multiple claims and counterclaims filed by the Parties and require the Parties to address numerous important issues. The additional time is needed to adequately address and brief each of these issues for the Court. The Friedman Defendants do not oppose the request and the extension would equally apply to their deadline to respond to Plaintiff's motion, such that the new deadlines for the Parties would be:

Responses to Motions for Summary Judgment: **January 16, 2026**
Replies in Support of Motions for Summary Judgment: **February 6, 2026**[2]

There have been no prior requests for an extension of time to respond to the Motions. The extension will not affect any other pre-trial deadlines currently set by the Court.

Thank you for your time and consideration.

---

[1] The request for extension of time does not apply to the Motion for Summary Judgment filed by the Executive Defendants (ECF No. 319) and the deadline for Plaintiff to respond to that Motion will remain December 19, 2025.

[2] The Court originally provided four (4) weeks for the Parties to file their Replies but Plaintiff is requesting only (3) weeks in light of the 28-day request for extension for the Responses. Plaintiff is mindful of the Court's desire to move the case and seeks only to ask the Court for the additional time that is absolutely necessary, which is the time that has been requested above for the Responses and Replies.

Respectfully submitted,

          HOLLAND & KNIGHT LLP

          *Counsel for Plaintiff*

          By: */s/ Annelise Del Rivero*
          Annelise Del Rivero
          Fla. Bar. No. 1003234 (Admitted PHV)
          Email: annelise.delrivero@hklaw.com