# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

December 15, 2025

*Via ECF*

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18B
New York, NY 10007-1312

      Re: *Sound Around, Inc. v. Friedman et. al.,* Case No. 1:24-cv-01986

Dear Judge Cote,

      We represent Plaintiff, Sound Around, Inc. ("Sound Around"). We are submitting this letter-motion pursuant to Local Rule 7.1 to respectfully request an enlargement of word-limitation in connection with Plaintiff's forthcoming Response in Opposition to the Motion for Summary Judgment filed by Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing, Inc., and World Group Import, LLC ("Friedman Defendants"). Plaintiff makes this request as it is responding to Defendants' 17,900 word (and 56 page) long motion seeking summary judgment on all of Plaintiff's claims. Respectfully, Plaintiff needs the additional space to adequately address and brief the many issues presented for the Court.

      Accordingly, Plaintiff respectfully requests the Court's permission to file a brief containing not more than 12,000 words.

  Thank you for your time and consideration.

      Respectfully submitted,                HOLLAND & KNIGHT LLP

                                          By: */s/ Annelise Del Rivero*
                                          Annelise Del Rivero (Admitted PHV)
                                          Florida Bar No. 1003234
                                          Email: annelise.delrivero@hklaw.com