# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

---

December 17, 2025

*Via ECF*

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18B
New York, NY 10007-1312

      Re: *Sound Around, Inc. v. Friedman et. al.,* Case No. 1:24-cv-01986

Dear Judge Cote,

      We represent Plaintiff, Sound Around, Inc. ("Sound Around"). We are submitting this letter-motion pursuant to Local Rule 7.1 to respectfully request another enlargement of word-limitation in connection with Plaintiff's forthcoming Response in Opposition to the Motion for Summary Judgment filed by Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing, Inc., and World Group Import, LLC ("Friedman Defendants"). As your Honor knows, Plaintiff initially requested an increased word limit of 12,000 for its response to Defendants' 17,900 word (and 56 page) long motion for summary judgment.

      As Plaintiff continues to work on the issues, it has realized it is in need of an additional enlargement of 5,000 words. Plaintiff continues to endeavor not to use the entirety of this and is trying to present a concise brief for the Court but, in an abundance of caution and to ensure it is able to fully and thoroughly address all issues, is respectfully asking for the additional space.

      Accordingly, Plaintiff respectfully requests the Court's permission to file a brief containing not more than 17,000 words.

      Thank you for your time and consideration.

Respectfully submitted,

Granted.
[signature]
12/17/25

HOLLAND & KNIGHT LLP

By: */s/ Annelise Del Rivero*
Annelise Del Rivero (Admitted PHV)
Florida Bar No. 1003234
Email: annelise.delrivero@hklaw.com