**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SOUND AROUND, INC.,

                                 Plaintiff,                  **24-CV-1986 (DLC) (KHP)**

            -against-                         **ATTORNEYS' FEES ORDER**

MOISES FRIEDMAN et al.,

                                 Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court previously granted attorneys' fees and costs to the Friedman Defendants in this action in connection with an oral motion to compel made on the record at the October 3, 2025 conference. (ECF No. 290, at 10.)  On October 22, 2025, the Friedman Defendants filed a motion for attorneys' fees, requesting a total of $20,926.50. (ECF No. 299.)  On November 5, 2025, Plaintiff filed a letter stating they would not oppose the motion and would pay the $20,926.50 of attorneys' fees in full on November 6, 2025. (ECF No. 308.)  Notwithstanding the consensual resolution of the motion, the Court has independently reviewed the record. The Court hereby **grants** the request for attorneys' fees, finding the Friedman Defendants' requested rates and hours reasonable under the applicable standards for such motions. *See, e.g.*, *Arbor Hill Concerned Citizens Neighborhood Ass'n v. County of Albany*, 522 F.3d 182, 187-90 (2d Cir. 2008).  The Friedman Defendants shall file a short letter confirming they received payment from Plaintiff by **January 23, 2026**; otherwise, Plaintiff shall have until that time to tender payment if it has not done so already.

1

2

The Clerk is respectfully directed to terminate the motion for attorneys' fees at ECF No. 299.

**SO ORDERED.**

Dated: January 9, 2026
New York, NY

*Katharine H. Parker*

Katharine H. Parker
United States Magistrate Judge