Case 1:24-cv-01986-DLC-KHP    Document 353    Filed 01/13/26    Page 1 of 1



**ALLYN & FORTUNA LLP**
ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

January 13, 2026

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

**VIA CM/ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, New York 10007

WWW.ALLYNFORTUNA.COM

Re: *Sound Around, Inc. v. Friedman et al.*
Case No. 1:24-cv-01986

Dear Judge Cote:

  This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Friedman Defendants") in the above-referenced matter. We write, pursuant to Local Rule 7.1, to request the Court's permission to file an extended brief in further support of the Friedman Defendants' motion. Plaintiff Sound Around, Inc. ("Plaintiff")'s brief in opposition to the Friedman Defendants' motion for summary judgment is 55 pages, and the Friedman Defendants require additional briefing to respond to Plaintiff's arguments in full. Therefore, the Friedman Defendants request permission to file a brief containing not more than 7,950 words. Thank you for your consideration.

*Granted.*
*/s/ Denise Cote*
*1/13/26*

Sincerely,

/s/Nicholas Fortuna

Nicholas Fortuna

cc: All counsel (via ECF)