UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUND AROUND, INC., | ) |
| Plaintiff, | ) Case No.: 1:24-cv-01986 |
| v. | ) |
| MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP, LLC, EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC, MDF MARKETING, INC., WORLD GROUP IMPORT, LLC, HEFEI PAIDONG OUTDOOR PRODUCTS CO., LTD., | ) |
| Defendants. | ) |

### AFFIDAVIT OF JOEL VENTURA IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR PARTIAL SUMMARY JUDGMENT

1. My name is Joel Ventura. I am a photographer based in Barcelona, Spain who specializes in, among other things, brand and product photography. I also operate a photography studio in Barcelona called Timelab Studio.

2. During the period of 2020 through 2024, I was hired by Plaintiff Sound Around, Inc. to provide product photography services for products that are owned by Sound Around brands.

3. As a result of the photography services I provided to Sound Around, I met Defendants Moises Friedman ("Friedman") and Shulim Ilowitz ("Ilowitz"), among other individuals at Sound Around.



4. Whenever I provided services to Sound Around, my studio generated an invoice for those services, and I then sent the invoice to the person at Sound Around who requested those services, including Ilowitz at his Sound Around email address .

5. Sound Around would then issue payment from Sound Around's PayPal account, which was associated with the email address jackt@lanzar.com (the "Sound Around Paypal Account").

6. In approximately December 2023, Ilowitz contacted my office regarding photography services recently provided for Sound Around and requested that the invoice reflect a specific cost amount. My office issued an invoice in that amount as instructed, and we received payment for that amount from the Sound Around PayPal Account.

7. About a week later, Ilowitz again contacted my office and stated that the invoiced amount exceeded the agreed-upon cost of the services by approximately $1,400. We confirmed this was correct and determined that we had been overpaid about $1,400 by Sound Around.

8. Ilowitz instructed that we refund the overpayment amount to a PayPal account associated with the email address primedealsny@gmail.com (the "Prime Deals Paypal Account"). This was a different PayPal account than the one from which we received the payment, as instructed by Ilowitz. We transmitted the refund for a total of $1,399.04 to the Prime Deals PayPal Account on December 12, 2023. **Exhibit A**.

9. In January 2024, Ilowitz contacted my office regarding photography services recently provided for Sound Around and instructed that the invoice reflect a specific cost amount. My office issued an invoice in that amount as instructed, and we received payment for that amount from the Sound Around PayPal Account.

TIMELABSTUDIO, S.L.
B-67217927
C/ Pere IV, 93, 1º, 1ª
08018 BARCELONA

10. About a week later, Ilowitz again contacted my office and stated that the invoiced amount exceeded the agreed-upon cost of the services by approximately $700. We confirmed this was correct and determined that we had been overpaid about $700 by Sound Around.

11. Ilowitz instructed that we refund the overpayment amount to the Prime Deals Paypal Account. This was a different PayPal account than the one from which we received the payment (the Sound Around PayPal Account). As instructed, we transmitted the refund for a total of $735.07 to the Prime Deals PayPal Account on January 17, 2024. **Exhibit B**.

12. That same day (January 17, 2024), we received a payment of 2,322.65 € from the Sound Around PayPal Account. **Exhibit C**. We immediately knew that this payment was a mistake as Sound Around did not owe us any amounts for any services at that time.

13. Thus, I contacted Ilowitz (Sound Around's agent) about the payment, and Ilowitz acknowledged that it was a mistake and instructed that the refund be sent to the Prime Deals PayPal Account. That same day, we refunded the payment (totaling $2,384.35)[1] to the Prime Deals PayPal Account. **Exhibit D**.

14. Shortly thereafter, Ilowitz informed me that he was beginning a new job and was no longer working for Sound Around. At times, however, he continued to engage my services for his new job, and all payments for those services were made from the Prime Deals PayPal Account. Based on this, it is now my understanding that the Prime Deals PayPal Account is not owned Sound Around.

15. In February 2024, I was contacted by Jerry Brach, the owner of Sound Around, who informed me that he had uncovered conduct by Ilowitz and Friedman where they misappropriated

---

[1] The refunded amount exceeded the original payment by approximately $50 due to currency exchange differences.

Sound Around's funds. He requested information from me relating to the projects I had completed for Sound Around during the period when Ilowitz and Friedman were working as Sound Around's Buyers. I provided a chart of payments received from Sound Around, including those for photography jobs for Lifemaster and Bakken-Swiss products (which I previously understood were products for Sound Around but which I now understand were not).

16. That same month, I received a phone call from Ilowitz, who had Friedman and another individual he identified as his "attorney" on the line. Ilowitz appeared extremely nervous and told me that if Jerry contacted me, I must not say anything to him about Ilowitz. I felt that Ilowitz, Friedman, and his attorney were attempting to pressure me not to speak with Jerry or discuss anything about Ilowitz with him.

17. Neither I nor any member of my staff at Timelab involved in handling collections and payments has benefited from any amount of money derived from illegal or unjustified means.

18. All payments that we received from Sound Around were for legitimate photography services that we actually performed. Each payment matched the agreed-upon price at the time, based on the difficulty of the job and the number of photos requested.

19. The prices on each invoice were individually negotiated with Sound Around through Ilowitz.

20. Because we trusted Ilowitz who had communicated and worked with us for years as Sound Around's agent—and because the period of irregular activity was very brief—we did not immediately realize what was happening with the three payments described above, nor did we understand the consequences of Ilowitz's instructions at the time. It was the telephone call received from Jerry that was a decisive turning point, after which—following a brief period of significant confusion—we were able to clearly and fully understand what had taken place.

TIMELABSTUDIO, S.L.
B-67217927
C/ Pere IV, 93, 1º, 1ª
08018 BARCELONA

21.  I am over the age of eighteen (18) and am competent to give this affidavit based upon my personal knowledge.

Dated: January 16, 2026

TIMELABSTUDIO, S.L.
B-67217927
C/ Pere IV, 93, 1º, 1ª
08018 BARCELONA

_____
Joel Ventura