# Exhibit A



## PrimeDeals

12 December 2023 . Money Sent

−$1.399,04 USD

### Paid with

PayPal balance      $1.399,04 USD

### Transaction ID

8CM51091DL6379300

### Contact info

**Message PrimeDeals**
**primedealsny@gmail.com**

### Note

Family

### Details

| Sent to PrimeDeals | $1.397,00 USD |
| --- | --- |
| Fee | **$2,04 USD** |
| Total | **$1.399,04 USD** |