# Exhibit B



## PrimeDeals

17 January 2024 . Money Sent

**−$735,07 USD**

## Paid with

PayPal balance                27,67 €

PayPal balance      $706,22 USD

## Rate for conversion of e-money

€27,67 EUR = $28,85 USD

1 EUR = 1,0426 $ USD

## Transaction ID

83R92077S68579
05F

## Contact info

**Message PrimeDeals**
**primedealsny@gmail.com**

## Note

🦄🦄🦄

## Details

Sent to              $733,00 USD
PrimeDeals

Fee                   **$2,07 USD**

**Total**             **$735,07 USD**