# Exhibit C



## SOUND AROUND INC.
17 January 2024 . Money Received

**+2.322,65 €**

### Paid to
PayPal balance    2.322,65 €

### Transaction ID
8YT43804TE888601G

### Contact info
**Message SOUND AROUND INC.**
**jackt@lanzar.com**

### Details
Sent by SOUND AROUND INC.    2.322,65 €

Total    2.322,65 €