# Exhibit D



| | PrimeDeals | −$2.384,35 USD |
|---|---|---|
| | 17 January 2024 . Money Sent | |

## Paid with

PayPal balance          2.286,99 €

## Rate for conversion of e-money

€2.286,99 EUR = $2.384,35 USD
1 EUR = 1,0426 $ USD

## Transaction ID

0MM5626670269754V

## Contact info

**Message PrimeDeals**
primedealsny@gmail.com

## Details

| Sent to PrimeDeals | $2.382,28 USD |
|---|---|
| Fee | $2,07 USD |
| Total | $2.384,35 USD |