

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile  (973) 379-0048

WWW.ALLYNFORTUNA.COM

January 20, 2026

**VIA CM/ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, New York 10007

   Re: *Sound Around, Inc. v. Friedman et al.*
     *Case No. 1:24-cv-01986*

Dear Judge Parker:

  This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Friedman Defendants") in the above-referenced matter. Pursuant to Your Honor's Attorneys' Fees Order at ECF Doc. No. 352, this letter is to confirm that the Friedman Defendants have received the attorneys' fees payment from the Plaintiff Sound Around, Inc., as ordered by Your Honor.

               Sincerely,

               /s/Nicholas Fortuna

               Nicholas Fortuna

cc : All counsel (via ECF)