

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

January 20, 2026

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

**VIA ECF**

WWW.ALLYNFORTUNA.COM

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

    Re:   *Sound Around, Inc. v. Friedman et al.*
           *Case No. 1:24-cv-01986*

Dear Judge Cote:

    This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Defendants") in the above-referenced matter. I am writing to address Plaintiff's submission of <u>two</u> memoranda of law on January 16, 2026 in further support of its Motion for Partial Summary Judgment. Because the two memoranda combined contain far more than the 6,500 words permitted by the Court, we ask that the Court disregard the Plaintiff's January 16, 2026 reply submission in its entirety or, at a minimum, disregard the two memoranda of law for failure to follow this Court's orders.

    On January 14, 2026, this Court granted Plaintiff's request to file a memorandum of law containing no more than 6,500 words in further support of its Motion for Summary Judgment. (ECF Doc No. 356.) On January 16, 2026, Plaintiff submitted a memorandum of law in further support of its Motion for Partial Summary Judgment containing 6,488 words, according to the annexed attorney's certification. (ECF Doc. No. 364.) In addition, the Plaintiff submitted a 17-page memorandum of law written by attorney Paul Schectman, which was attached as Exhibit PP to the Declaration of Zigmund Brach. (ECF Doc. No. 366-16.) The memorandum of law attached as Exhibit PP is labeled "Expert Declaration of Paul Shectman." Disguising the additional memorandum of law as an expert declaration in order to submit an excessively large brief should not permitted by the Court, and Plaintiff should be sanctioned accordingly, either by having this Court disregard Plaintiff's entire reply submission or, at a minimum, having this Court disregard the two offending memoranda of law submitted with Plaintiff's reply.

    Thank you for your consideration.

                                                                Sincerely,

/s/Nicholas Fortuna

Nicholas Fortuna

cc:    All counsel (via email)