UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SOUND AROUND, INC.,

                                        Plaintiff,                      24-CV-1986 (DLC) (KHP)

            -against-                                    **ORDER**

MOISES FRIEDMAN et al.,

                                        Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       On November 25, 2025, the undersigned conditionally granted Byrne & O'Neill, LLP's motion to withdraw as counsel to the Executive Defendants in this action. (ECF No. 333.) The Court set the condition that the Petitioner on that motion complete summary judgment briefing and file a letter notifying the Court that they had done so, after which the Court would order the Clerk to terminate their representation on the docket. However, summary judgment briefing has concluded, and after reviewing the docket, the Court does not appear to have received the requested letter.

       Petitioner Byrne & O'Neill LLP shall therefore file a status update on its representation of the Executive Defendants by **February 2, 2026**. The letter shall indicate whether the Court should terminate Petitioner's representation on the docket or vacate the order granting withdrawal, with any non-privileged information providing a basis for the requested action.

       **SO ORDERED.**

Dated: January 27, 2026
New York, NY

                                                                  Katharine H. Parker
                                                                   United States Magistrate Judge