```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOUND AROUND, INC.,

                         Plaintiff,              24-CV-1986 (DLC) (KHP)

    -against-                      ORDER SCHEDULING TELEPHONE
                                            CONFERENCE

MOISES FRIEDMAN et al.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A telephone conference in this matter is hereby scheduled for **Wednesday, January 28, 2026, at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (646) 453-4442; ID 470 274 915#.**

**SO ORDERED.**

DATED:    New York, New York
                 January 27, 2026

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge