UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOUND AROUND, INC.,

                Plaintiff,                              24-CV-1986 (DLC) (KHP)

       -against-                             **POST-CONFERENCE &**
                                                          **SCHEDULING ORDER**

MOISES FRIEDMAN et al.,

                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The parties in this action appeared telephonically before the undersigned on January 28, 2026, at 2:00p.m. At the conference, the parties represented that they are nearing a consensual resolution of the discovery issues identified in the Plaintiff's and the Friedman Defendants' letters (ECF Nos. 357, 372), which may obviate the need for formal motion practice. In order to encourage consensual resolution, the Court **granted** the parties' oral request for an extension of the time to file a motion. The Court hereby extends the time for Plaintiff's Rule 37 motion to **February 6, 2026**, with corresponding extensions of one week for the opposition and reply. Further, the parties shall file a status letter by **February 5, 2026**, updating the Court regarding whether the discovery issues are resolved. If they are not resolved, the parties may propose a revised briefing schedule for both proposed motions.

    **SO ORDERED.**

DATED:      New York, New York
                  January 28, 2026

                                                                 _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge