

| Partners: | Senior Associates: | Admitted in |
|---|---|---|
| Kevin J. O'Neill ♦ | John M. Rondello, Jr. ▪ | ● NY, NJ, & CT |
| Michael J. Byrne ▪ | Paul Novak ○ | ▪ NY, NJ & PA |
| Elaine C. Gangel ● | Senior Litigation Counsel: | ♦ NY & NJ |
| Albert Wesley McKee ▪ | Donald A. Pitofsky ● | ○ NY & CT |
| Mark R. McCauley ● | | ● NY Only |

26 Broadway, Third Floor
New York, NY 10004
Tel: (212) 422-9424
Fax: (212) 422-9429

January 30, 2026

**VIA PACER**
Magistrate Judge Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:  Sound Around, Inc. v. Friedman et al
          1:24-CV-01986-JHR
          Our File No. 1055-101

Hon. Judge Parker:

I represent defendant Executive Laundry.

The Court granted my firm's motion to withdraw as counsel upon condition that a reply was submitted for Executive Laundry's summary judgment motion. All briefing, including Executive Laundry's reply, is complete.

The Court urged plaintiff to voluntarily dismiss its claims against Executive Laundry more than once, well before Executive Laundry moved for summary judgment. Depending on the outcome of the motion, Executive Laundry may pursue sanctions against plaintiff including attorney's fees necessitated by plaintiff's disregard of the Court's suggestion to voluntarily dismiss its case against Executive Laundry.

It is respectfully requested that the Court terminate my firm's representation for all purposes except allowing my firm, on its own behalf and on behalf of Executive Laundry, to move for sanctions against plaintiff as may be appropriate following the disposition of Executive Laundry's summary judgment motion.

| NEW YORK, NY | SYRACUSE, NY | NEW JERSEY | CONNECTICUT |
|---|---|---|---|
| 212-422-9424 | 315-218-9590 | 973-778-7074 | 203-327-7561 |

S:\Shared Folders\Data\1000\1055-101\2026 LETTERS\Judge Parker 1-30-26.docx



Hon. Katharine H. Parker  January 30, 2026
Page 2

Thank you for your consideration of this request.

Very truly yours

*Michael J. Byrne*

Michael J. Byrne

cc:  All counsel via PACER