# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Jesús E. Cuza
305 789 7513
jesus.cuza@hklaw.com

February 3, 2026

**VIA ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, NY 10007-1312

     Re: *Sound Around, Inc. v. Friedman et al.,* Case No. 1:24-cv-01986-DLC-KHP

Dear Judge Parker,

As discussed during the January 28 conference before Your Honor, the parties continue to engage in productive discussions aimed at resolving the outstanding discovery issues identified in the parties' letters [ECF Nos. 357, 372], which would obviate the need for formal motion practice. Consistent with the conference discussion, Your Honor's post-conference order [ECF No. 378] directs the parties to file a status letter by February 5, 2026 advising the Court whether an agreement has been reached and outlining the terms of any such agreement.

The parties have been diligently conferring and remain committed to resolving these issues but require additional time to do so. In particular, Plaintiff's counsel is managing significant deadlines in another federal matter this week and seeks to ensure sufficient time and attention can be devoted to these meet-and-confer efforts. To allow the parties to continue their discussions in good faith and to work toward a consensual resolution, the parties jointly request a one-week extension of the deadlines set in the Court's January 28, 2026 order. Under this proposal, the status letter would be due no later than February 12, 2026, including any proposed briefing schedule for Plaintiff's Rule 37 motion should the issues remain unresolved at that time.

This brief extension will ensure that counsel and their respective clients have adequate time to thoroughly address the remaining discovery matters and potentially avoid unnecessary motion practice. The parties appreciate the Court's consideration.

Thank you for your consideration.

*/s/ Rebecca Canamero*
Rebecca Canamero

cc:    Megan Muoio (mmuoio@allynfortuna.com)
       Nick Fortuna (nfortuna@allynfortuna.com)
       Paul Novak (pn@bonlaw.com)