UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUND AROUND, INC., | ) |
| Plaintiff, | ) Case No.: 1:24-cv-01986 |
| v. | ) |
| | ) **STIPULATION OF VOLUNTARY** |
| MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP, LLC, EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC, MDF MARKETING, INC., WORLD GROUP IMPORT, LLC, HEFEI PAIDONG OUTDOOR PRODUCTS CO., LTD., | ) **DISMISSAL WITH PREJUDICE** |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sound Around, Inc. ("Plaintiff") and Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., Cyrf, Inc., LRI Group, LLC, MDF Marketing, Inc., and World Group Import, LLC ("Defendants") that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Counts II, III, IV, VII, XII, and XIII, XX, and XXI of Plaintiff's Complaint [ECF No. 1] against Defendants are hereby dismissed with prejudice.

Dated: February 11, 2026                                  Respectfully submitted,

                                                          HOLLAND & KNIGHT LLP

By: */s/ Nicholas Fortuna*                                By: */s/ Jesus E. Cuza*
400 Madison Avenue, Suite 10D                             Jesus E. Cuza (Admitted PHV)
New York, New York 10017                                  Florida Bar No. 428991
(212) 213-8844                                            Email: jesus.cuza@hklaw.com
nfortuna@allynfortuna.com                                 Rebecca Canamero (Admitted PHV)
                                                          Florida Bar No. 86424
*Attorneys for Defendants*                                Email: rebecca.canamero@hklaw.com

/s/ *Annelise Del Rivero*
Annelise Del Rivero (Admitted PHV)
Florida Bar No. 1003234
Email: annelise.delrivero@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, Florida 33131

and

Marisa Marinelli
New York Bar No. 2172328
787 Seventh Avenue, 31ST Floor
New York, NY 10019
(212) 513-3239
Marisa.Marinelli@hklaw.com

*Attorneys for Sound Around, Inc.*

2