UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUND AROUND, INC., )
)
                Plaintiff, )   Case No.: 1:24-cv-01986
)
v. )
)   **STIPULATION OF VOLUNTARY**
MOISES FRIEDMAN, SHULIM ELIEZER )   **DISMISSAL WITH PREJUDICE**
ILOWITZ, ML IMPORTS, INC., CYRF, INC., )
LRI GROUP, LLC, EXECUTIVE SERVICES, )
EXECUTIVE LAUNDRY, LLC, MDF )
MARKETING, INC., WORLD GROUP )
IMPORT, LLC, HEFEI PAIDONG OUTDOOR )
PRODUCTS CO., LTD., )
)
                Defendants. )

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sound Around, Inc. ("Plaintiff") and Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., Cyrf, Inc., LRI Group, LLC, MDF Marketing, Inc., and World Group Import, LLC ("Defendants") that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Counts II, III, IV, VII, XII, and XIII, XX, and XXI of Plaintiff's Complaint [ECF No. 1] against Defendants are hereby dismissed with prejudice.

Dated: February 11, 2026

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Nicholas Fortuna
400 Madison Avenue, Suite 10D
New York, New York 10017
(212) 213-8844
nfortuna@allynfortuna.com

*Attorneys for Defendants*

By: /s/ Jesus E. Cuza
Jesus E. Cuza (Admitted PHV)
Florida Bar No. 428991
Email: jesus.cuza@hklaw.com
Rebecca Canamero (Admitted PHV)
Florida Bar No. 86424
Email: rebecca.canamero@hklaw.com

So ordered.
2/12/26

/s/ *Annelise Del Rivero*
Annelise Del Rivero (Admitted PHV)
Florida Bar No. 1003234
Email: annelise.delrivero@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, Florida 33131

and

Marisa Marinelli
New York Bar No. 2172328
787 Seventh Avenue, 31ST Floor
New York, NY 10019
(212) 513-3239
Marisa.Marinelli@hklaw.com

*Attorneys for Sound Around, Inc.*