**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SOUND AROUND, INC.,

                          Plaintiff,                          **24-CV-1986 (DLC) (KHP)**

             -against-                                          **ORDER**

MOISES FRIEDMAN et al.,

                         Defendants.
-------------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

Upon review of the docket, the parties have consensually resolved the issues identified in Defendants' letter of January 23, 2026, which is docketed as ECF No. 372. (ECF No. 380.) That motion is hereby terminated as moot.

Regarding Executive Laundry's motion to withdraw, previously granted by this Court at ECF No. 333, they have requested the Court convert their representation to a limited scope representation for the potential purpose of filing for sanctions against Plaintiff Sound Around. (ECF No. 379.)  In accordance with the Court's order granting the motion to withdraw, the Court hereby converts Executive Laundry's appearance to a limited scope representation for the potential purpose of filing for sanctions against Plaintiff Sound Around.  Executive Laundry will still need to identify trial counsel should any claims against it survive its motion for summary judgment.

**The Clerk is respectfully directed to terminate the motion at ECF No. 372.**

**SO ORDERED.**

DATED:      New York, New York
            April 3, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge