

**Partners:**
Kevin J. O'Neill ◆
Michael J. Byrne ●
Elaine C. Gangel ⊛
Albert Wesley McKee ▪
Mark R. McCauley ⊛

**Senior Associates:**
John M. Rondello, Jr. ⊛
Paul Novak ○
**Senior Litigation Counsel:**
Donald A. Pitofsky ⊛

Admitted in
● NY, NJ, & CT
▪ NY, NJ & PA
◆ NY & NJ
○ NY & CT
⊛ NY Only

26 Broadway, Third Floor
New York, NY 10004
Tel: (212) 422-9424
Fax: (212) 422-9429

April 15, 2026

**VIA PACER**
Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18B
New York, NY 10007-1312

  Re: Sound Around, Inc. v. Friedman et al
     1:24-CV-01986-JHR
     Our File No. 1055-101

Hon. Judge Cote:

  This firm is former counsel to defendant Executive Laundry.

  This Court granted this firm's motion to withdraw as counsel while allowing a limited appearance for the purpose of pursuing collection of attorney's fees if the Court granted Executive Laundry's summary judgment motion. Since Executive Laundry's summary judgment motion was denied, this firm informed Executive Laundry that it will provide no further services on its behalf, recommended that it promptly retain new counsel, and advised of the dates for 1) negotiations, 2) a pretrial order and 3) placement of the case on the trial calendar.

       Very truly yours

       *Michael J. Byrne*

       Michael J. Byrne

cc: All counsel via PACER

| NEW YORK, NY | SYRACUSE, NY | NEW JERSEY | CONNECTICUT |
|---|---|---|---|
| 212-422-9424 | 315-218-9590 | 973-778-7074 | 203-327-7561 |