UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SOUND AROUND, INC.,                      :          24cv1986 (DLC)
                                         :
                        Plaintiff,       :              ORDER
                                         :
            -v-                          :
                                         :
MOISES FRIEDMAN et al.,                  :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On November 7, 2025, then-counsel for defendants Executive Services and Executive Laundry, LLC (together, "Executive Defendants") -- Byrne & O'Neill, LLP ("Byrne") -- moved for withdrawal, citing failure to pay its fees. In an Opinion of November 25, Magistrate Judge Parker granted the motion to withdraw upon condition that Byrne complete Executive Defendants' summary judgment briefing.

Summary judgment briefing was completed on January 16, 2026. On January 30, Byrne requested that Magistrate Judge Parker terminate its representation of Executive Defendants except for the limited potential purpose of filing for sanctions against plaintiff as may be appropriate following the disposition of Executive Defendants' summary judgment motion. In an Order of April 3, Magistrate Judge Parker granted Byrne's request for limited scope representation and noted that

Executive Defendants will need to identify trial counsel should any claims against them survive their summary judgment motion.

In an Opinion of April 10, the Court denied Executive Defendants' motion for summary judgment.  On April 15, Byrne notified the Court that, given the denial of Executive Defendants' motion for summary judgment, the firm will provide no further services on behalf of Executive Defendants.  No other counsel has entered an appearance on their behalf.  Although a natural person may represent himself, corporations must be represented by an attorney in federal court.  United States v. Twenty Miljam-350 IED Jammers, 669 F.3d 78, 91 (2d Cir. 2011). Accordingly, it is hereby

ORDERED that the application to withdraw is granted.

IT IS FURTHER ORDERED that any new counsel for Executive Defendants shall file a notice of appearance on ECF by **May 1, 2026**.  Failure to submit a notice of appearance may result in entry of a default judgment against Executive Defendants.

IT IS FURTHER ORDERED that Byrne shall promptly serve this Order on Executive Defendants and file an affidavit of service on the docket by **April 20, 2026.**

Dated:    New York, New York
          April 15, 2026

_____
DENISE COTE
United States District Judge

2