**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| SOUND AROUND, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:24-cv-01986-JHR |
| | ) | |
| v. | ) | |
| | ) | Notice of Motion for |
| | ) | Plaintiff's Memorandum of Law |
| MOISES FRIEDMAN, SHULIM ELIEZER | ) | in Support of Request for Award |
| ILOWITZ, ML IMPORTS, INC., CYRF, INC., | ) | of Attorneys' Fees |
| LRI GROUP, LLC, EXECUTIVE SERVICES, | ) | |
| EXECUTIVE LAUNDRY, LLC, MDF | ) | |
| MARKETING, INC., WORLD GROUP | ) | |
| IMPORT, LLC, HEFEI PAIDONG OUTDOOR | ) | |
| PRODUCTS CO., LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION FOR PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF REQUEST FOR AWARD OF ATTORNEYS' FEES**

PLEASE TAKE NOTICE that Plaintiff Sound Around Inc., through its attorneys, Holland & Knight LLP, will move this Court pursuant to Federal Rule of Civil Procedure 37(b)(2)(c); 37(b)(2)(d)(1)(3) before the Honorable Katherine H. Parker, United States District Court for the Southern District of New York, at 500 Pearl St., New York, NY 10007-1312 as soon as the matter may be heard, for an Order granting Plaintiff's Memorandum of Law in Support of Request for Award of Attorneys' Fees.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Plaintiff Sound Around Inc. submits its Memorandum of Law, which is being filed contemporaneously with this notice; and the Declaration of Rebecca Canamero, Esq., dated April 21, 2026, with exhibits, also being filed contemporaneously with this notice.

Dated: April 21, 2026                          Respectfully submitted,

                                               HOLLAND & KNIGHT LLP

                                                /s/ *Jesus E. Cuza*
Marisa Marinelli                               Jesus E. Cuza (Admitted PHV)
New York Bar No. 2172328                       Florida Bar No. 428991
787 Seventh Avenue, 31ST Floor                 Email: jesus.cuza@hklaw.com
New York, NY 10019                             */s/ Rebecca Canamero*
(212) 513-3239                                 Rebecca Canamero (Admitted PHV)
Marisa.Marinelli@hklaw.com                     Florida Bar No. 86424
                                               Email: rebecca.canamero@hklaw.com
                                               /s/ *Annelise Del Rivero*
                                               Annelise Del Rivero (Admitted PHV)
                                               Florida Bar No. 1003234
                                               Email: annelise.delrivero@hklaw.com
                                               701 Brickell Avenue, Suite 3300
                                               Miami, Florida 33131

                                               *Attorneys for Sound Around, Inc.*