

ATTORNEYS AT LAW

**NEW YORK**
**400 MADISON AVE., 10TH FL**
**NEW YORK, NEW YORK, 10017**
**TELEPHONE:(212)213-8844**
**FACSIMILE: (212)213-3318**

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

April 22, 2026

**VIA CM/ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, New York 10007

> Re:    *Sound Around, Inc. v. Friedman et al.*
> *Case No. 1:24-cv-01986*

Dear Judge Parker:

This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Friedman Defendants") in the above-referenced matter. Pursuant to Your Honor's Order at ECF Doc. No. 401, this letter is to confirm that the Friedman Defendants produced the WeChat messages consistent with the Order to Plaintiff Sound Around, Inc. on April 21, 2026, as ordered by Your Honor.

Sincerely,

/s/Nicholas Fortuna

Nicholas Fortuna

cc : All counsel (via ECF)