

ATTORNEYS AT LAW

**NEW YORK**
**400 MADISON AVE., 10TH FL**
**NEW YORK, NEW YORK, 10017**
**TELEPHONE:(212)213-8844**
**FACSIMILE:  (212)213-3318**

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile  (973) 379-0048


WWW.ALLYNFORTUNA.COM

May 1, 2026

**VIA ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

> Re:  *Sound Around, Inc. v. Friedman et al.*
> *Case No. 1:24-cv-01986*

Dear Judge Cote:

This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Defendants") in the above-referenced matter. We write to inform the Court that, as the Executive Defendants have not retained substitute counsel, the remaining represented parties have elected to submit the Joint Pretrial Order by June 30, 2026 and begin trial before Your Honor on August 10, 2026.

Thank you for your consideration.

Sincerely,

/s/Nicholas Fortuna

Nicholas Fortuna

cc:    All counsel (via email)