UNITED STATES DISTRICT COURT
SOUTHERN DISTIRCT OF NEW YORK
------------------------------------------------------------------------X Index Number: 1-24-CV-01986

SOUND AROUND INC.,

                                Plaintiff,

 vs.


MOISES FRIEDMAN, SULIM ELIEZER
ILOWITZ, ML IMPORTS, INC. CYRF, INC.,
LRI GROUP, LLC, EXECUTIVE SERVICES,
 EXECUTIVE LAUNDRY, LLC, MDF
MARKETING, INC,  WORLD GROUP
IMPORT LLC; HEFEI PAIDONG OUTDOOR
PRODUCS CO, LTD,

                              Defendant.


------------------------------------------------------------------------X


**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE,** that the above captioned Defendants EXECUTIVE SERVICES, and

EXECUTIVE LAUNDRY, LLC, hereby appear by their counsel.  The Law Offices of Joshua R.
Bronstein & Associates, PLLC, and hereby demands that all notices given or required to be given
and all papers served or required to be served in this case be given to and served to Defendant's
Counsel by the following means:

           The Law Offices of Joshua Bronstein & Associates, PLLC
           114 Soundview Drive,
            Port Washington, NY 11050
            Phone:  (516) 698-0202

Email: jbrons5@yahoo.com

**PLEASE TAKE FURTHER NOTICE,** that the demand includes, without limitation,

all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands,

replies, answers, reports, and appraisals, both formal and informal, written or oral, which affect

the Defendants or property of the Defendants EXECUTIVE SERVICES & EXECUTIVE

LAUNDRY, LLC

Dated:  May 1, 2026
    Port Washington, NY

              BY: *Joshua Bronstein*
              _____

The Law Offices of Joshua R. Bronstein & Associates, PLLC
***Attorneys for Defendants EXECUTIVE SERVICES***
***& EXECUTIVE LAUNDRY, LLC***
Joshua Bronstein, Esq.
 114 Soundview Drive,
 Port  Washington, NY 11050
Phone: (516) 698-0202
Email:  jbrons5@yahoo.com

**<u>AFFIRMATION OF SERVICE</u>**

STATE OF NEW YORK    )    ss.:

COUNTY OF NASSAU    )

Joshua Bronstein, an attorney duly admitted to practice law before the Courts of the

State of New York, states the following pursuant to the penalties of perjury:

I am not a party to this action, am over 18 years of age and reside in the County of

Nassau, State of New York.

I served a copy of the on the following NOTICE OF APPEARANCE on all attorneys appearing in this case via ECF on May 1, 2026.

By:    /s/ Joshua Bronstein

Joshua Bronstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTIRCT OF NEW YORK

-------------------------------------------------------------------------X   Index Number: 1-24-CV-01986

SOUND AROUND INC.,

                                        Plaintiff,


 vs.



MOISES FRIEDMAN, SULIM ELIEZER
ILOWITZ, ML IMPORTS, INC. CYRF, INC.,
LRI GROUP, LLC, EXECUTIVE SERVICES,
 EXECUTIVE LAUNDRY, LLC, MDF
MARKETING, INC,  WORLD GROUP
IMPORT LLC; HEFEI PAIDONG OUTDOOR
PRODUCS CO, LTD,

                                        Defendant.


-------------------------------------------------------------------------X


**<u>DEFENDANT'S NOTICE OF APPEARANCE</u>**

---

**THE LAW OFFICES OF JOSHUA R. BRONSTEIN & ASSOCIATES, PLLC**

**114 SOUNDVIEW DRIVE,**

**PORT WASHINGTON, NY 11050**

**PHONE: (516) 698-0202**

Jbrons5@yaho.com