# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Jesus E. Cuza
305 789 7513
jesus.cuza@hklaw.com

May 11, 2026

**VIA ECF**

Hon. Katharine H. Parker
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 17D, New York, NY 10007

Dear Judge Parker:

Sound Around, Inc. ("Plaintiff") submits this letter in response to Defendants Moises Friedman, Shulim Ilowitz, ML Imports, Inc., Cyrf, Inc., LRI Group, LLC, MDF Marketing, Inc., and World Group Import, LLC's ("Defendants[']") May 11, 2026 letter requesting an adjournment of the settlement conference scheduled to take place before Your Honor on May 13, 2026 (the "Letter") [ECF No. 424]. In the Letter, Defendants request that the settlement conference be adjourned for 30 days based on discussions that the parties have (separately) had with a private individual regarding a potential resolution of this matter. Plaintiff opposes any adjournment.

The May 13, 2026, settlement conference was ordered by Judge Cote and Your Honor, and Defendants identify no valid basis to suspend that Court-ordered conference. While the parties have had certain discussions through a private mediator, those discussions have not resulted in any resolution, nor are the parties anywhere close to reaching a resolution at this time. In addition, any simultaneous discussions with a private party have no bearing on the Court's settlement conference or the parties' obligations with the Court. While Plaintiff is interested in participating in good faith settlement discussions, Plaintiff opposes and will not encourage delay tactics.

Consistent with Your Honor's Individual Practices, Plaintiff provided a timely settlement demand to Defendants and prepared and provided the Court with its required submission under Your Honor's Individual Practices.  Accordingly, Plaintiff respectfully requests that the Court proceed with the settlement conference as scheduled.

Respectfully,

**HOLLAND & KNIGHT LLP**

*/s/ Jesus E. Cuza*
Jesus E. Cuza