

ATTORNEYS AT LAW

**NEW YORK**
**400 MADISON AVE., 10TH FL**
**NEW YORK, NEW YORK, 10017**
TELEPHONE:**(212)213-8844**
FACSIMILE: **(212)213-3318**

May 11, 2026

**VIA ECF**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:___05/12/2026

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile  (973) 379-0048

WWW.ALLYNFORTUNA.COM

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 17D
New York, NY 10007-1312

    Re:    *Sound Around, Inc. v. Friedman et al.*
           Case No. 1:24-cv-01986-DLC-KHP

Dear Judge Parker,

This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing, Inc., and World Group Import, LLC (collectively, "Defendants") in this action. I write to request that Your Honor adjourn the settlement conference in this matter, which is currently scheduled for May 13, 2026. The reason for the request is that the parties have been privately discussing the possible resolution and/or a process for resolution of this matter through an intermediary who is a respected individual in the Orthodox Jewish community. These discussions take place on Sundays and there have been two sessions thus far. As a result, Defendants request that the settlement conference be adjourned for 30 days in order to permit that discussion process to continue. Plaintiff's counsel did not consent to the Defendants' request. No previous requests for an adjournment of the settlement conference have been submitted.

Thank you for your consideration.

           Sincerely,

           /s/Nicholas Fortuna

           Nicholas Fortuna

c: All counsel (via ECF)

> **APPLICATION DENIED:** **The Settlement Conference in this matter scheduled for Wednesday, May 13, 2026, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York will proceed as scheduled.**

KATHARINE H. PARKER    **05/12/2026**
United States Magistrate Judge