USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____5/28/2026____

T 305.374.8500 | F 305.789.7799

The Court thanks the Plaintiff for the update and requests that the Parties submit a joint status update on the progress of the settlement by **June 5, 2026**.

May 27, 2026

**VIA ECF**

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

5/28/2026

Hon. Katharine H. Parker
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 17D, New York, NY 10007

Dear Judge Parker:

Sound Around, Inc. ("Plaintiff") submits this letter in compliance with the Court's instruction during the May 13, 2026 settlement conference to provide a status update regarding ongoing settlement discussions with Defendants Executive Laundry, LLC and Executive Services (the "Executive Defendants"). Plaintiff reports that the parties have had further discussions and believe they will be able to resolve the dispute between Plaintiff and the Executive Defendants. Plaintiff's and Executive Defendants' attorneys have discussed the paperwork that needs to be finalized to bring to closure the litigation between Plaintiff and the Executive Defendants and anticipate having finalized and signed the paperwork by no later than June 16, 2026. With the court's permission, however, Plaintiff will file a further status report with the Court no later than June 5, 2026 providing an additional update.

Respectfully,

**HOLLAND & KNIGHT LLP**

*/s/ Jesus E. Cuza*
Jesus E. Cuza