# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Jesus E. Cuza
305 789 7513
jesus.cuza@hklaw.com

June 5, 2026

**VIA ECF**

Hon. Katharine H. Parker
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 17D, New York, NY 10007

Dear Judge Parker:

Sound Around, Inc. ("Plaintiff") submits this letter to provide a status update regarding ongoing settlement discussions with Defendants Executive Laundry, LLC and Executive Services (the "Executive Defendants"). Plaintiff reports that the parties have had further discussions and have reached a settlement. The necessary documents will be drafted next week, and Plaintiff reasonably expects that the documents will be reviewed and finalized by the Parties within the next two weeks. With the Court's permission, Plaintiff will file another status report with the Court on or before June 19, 2026.

Respectfully,

**HOLLAND & KNIGHT LLP**

*/s/ Jesus E. Cuza*
Jesus E. Cuza