```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____6/8/2026____
```

305.374.8500 | F 305.789.7799

> The Court thanks the Parties for the update and requests a joint status update by **June 19, 2026**.

June 5, 2026

**VIA ECF**

Hon. Katharine H. Parker
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 17D, New York, NY 10007

Dear Judge Parker:

    Sound Around, Inc. ("Plaintiff") submits this letter to provide a status update regarding ongoing settlement discussions with Defendants Executive Laundry, LLC and Executive Services (the "Executive Defendants"). Plaintiff reports that the parties have had further discussions and have reached a settlement.  The necessary documents will be drafted next week, and Plaintiff reasonably expects that the documents will be reviewed and finalized by the Parties within the next two weeks. With the Court's permission, Plaintiff will file another status report with the Court on or before June 19, 2026.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

6/8/2026

Respectfully,

**HOLLAND & KNIGHT LLP**

*/s/ Jesus E. Cuza*
Jesus E. Cuza