USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2026

.ght

FL 33131 | T 305.374.8500 | F 305.789.7799

> The Court thanks Plaintiffs for the updates. The Parties are directed to file a **joint** status update on the progress of settlement discussions **by June 30, 2026**.

June 19, 2026

**VIA ECF**

Hon. Katharine H. Parker
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 17D, New York, NY 10007

Dear Judge Parker:

Plaintiff Sound Around, Inc. submits this letter to provide a status update regarding Plaintiff's ongoing settlement discussions with the Executive Defendants. As represented to Plaintiff's counsel, the Executive Defendants are reviewing the settlement agreement that has been drafted and approved by Plaintiff. Based on conversations between the attorneys, the agreement should be finalized and signed next week. Thus, and relying on the mentioned conversations between the parties' attorneys, Plaintiff strongly believes that a *joint* letter will be filed with the Court no later than June 30, 2026, requesting the Court to enter a proposed judgment that will be submitted for the Court's consideration. Consequently, with the Court's permission, Plaintiff will file the mentioned joint letter (or another status report in the event of an unexpected delay) no later than June 30, 2026. Thank you for the Court's consideration.

Respectfully,

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

6/22/2026

**HOLLAND & KNIGHT LLP**

*/s/ Jesus E. Cuza*
Jesus E. Cuza