

ATTORNEYS AT LAW

**NEW YORK**
**400 MADISON AVE., 10TH FL**
**NEW YORK, NEW YORK, 10017**
**TELEPHONE:(212)213-8844**
**FACSIMILE: (212)213-3318**

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile  (973) 379-0048

WWW.ALLYNFORTUNA.COM

July 10, 2026

**<u>VIA HAND DELIVERY</u>**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

       Re:    *Sound Around, Inc. v. Friedman et al.*
              *Case No. 1:24-cv-01986*

Dear Judge Cote:

This firm represents Defendants Moises Friedman, Shulim Eliezer Ilowitz, ML Imports, Inc., CYRF, Inc., LRI Group, LLC, MDF Marketing Inc., and World Group Import, LLC ("Defendants") in the above-referenced matter. As per your Order dated July 2, 2026, Defendants wish to inform the Court that Moises Friedman and Shulim Eliezer Ilowitz will testify at the hearing scheduled for July 14, 2026. In addition, enclosed please find two copies of Defendants' Exhibit List and pre-marked Defendants' Exhibits A through K.

Thank you for your consideration.

                     Sincerely,

                     /s/Nicholas Fortuna

                     Nicholas Fortuna

cc:    All counsel (via email)