**Sound Around, Inc. v. Friedman et al.**
**24-cv-1986 (DLC)(KHP)**
**July 14, 2026**

**Defendants' Exhibit List**

| | |
|---|---|
| Defendants' Exhibit A | Plaintiff's Exhibit A from the Deposition of Levy Rottenberg on March 26, 2025 |
| Defendants' Exhibit B | Plaintiff's Exhibit H from the Deposition of Levy Rottenberg on March 26, 2025 |
| Defendants' Exhibit C | Excerpt of the Transcript from the Deposition of Levi Rottenberg on March 26, 2025 |
| Defendants' Exhibit D | Wire Confirmations and Bank Statements for Alleged "Additional Manufacturers" |
| Defendants' Exhibit E | Excerpt from WeChat Communications between Moises Friedman and Jiangsu Yoau Electric Co. Ltd. |
| Defendants' Exhibit F | Declaration of Shulim Eliezer Ilowitz |
| Defendants' Exhibit G | Excerpt from WeChat Communications between Shulim Eliezer Ilowitz and Goldmine (in Guangdog Yangiang) |
| Defendants' Exhibit H | Excerpt from WeChat Communications between Shulim Eliezer Ilowitz Guangzhou Huafeng Aluminum Foil Technologies Co. Ltd. |
| Defendants' Exhibit I | Excerpt from WeChat Communications between Shulim Eliezer Ilowitz and Ningbo Homful Import and Export Co., Ltd. |
| Defendants' Exhibit J | Excerpt from WeChat Communications between Shulim Eliezer Ilowitz and Ningbo James Electronic Co. Ltd. |
| Defendants' Exhibit K | Excerpt from WeChat Communications between Shulim Eliezer Ilowitz and Yong Feng Yuan |