USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/13/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

SOUND AROUND, INC.,

                          Plaintiff,

             -against-

MOISES FRIEDMAN et al.,

                        Defendants.
------------------------------------------------------------------X

**24-CV-1986 (DLC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the Plaintiffs' and Executive Defendants' letter dated July 1, 2026.  The Plaintiffs and Executive Defendants shall file a stipulation of dismissal or a joint status update by **July 17, 2026**.

       **SO ORDERED.**

DATED:      New York, New York
             July 13, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge