UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

SOUND AROUND, INC.,

Plaintiff,

Case No.:
1:24-cv-01986-DC

-against-

MOISES FRIEDMAN, SHULIM ELIEZER ILOWITZ, ML IMPORTS, INC., CYRF, INC., LRI GROUP, LLC, EXECUTIVE SERVICES, EXECUTIVE LAUNDRY, LLC, MDF MARKETING, INC., WORLD GROUP IMPORT, LLC, HEFEI PAIDONG OUTDOOR PRODUCTS CO., LTD.,

Defendants.

-------------------------------------------------x

**CONSENSUAL FINAL JUDGMENT**

**THIS MATTER** is before the Court by virtue of the Stipulation Consenting to Entry of Final Judgment (the "Stipulation"), dated July 17, 2026 and executed by and between counsel for Sound Around, Inc. ("Plaintiff" or "Sound Around") and Executive Laundry LLC and Executive Services, each a New York corporation with a principal place of business located at 99 Toledo Street, Farmingdale, NY 11735 (collectively "Executive Parties").

**NOW**, upon review of the Stipulation, the Complaint filed in this Court on or about March 15, 2024, the Affidavit of the Agreed Amount Due of Levi Rottenberg, the executive officer of each of the Executive Parties ("Rottenberg Aff."), and for good cause show, and upon the consent of Plaintiff and the Executive Parties, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that Plaintiff is hereby granted final judgment as to Counts IX (Unjust Enrichment) and XI (Aiding and Abetting Breach of Fiduciary Duty) jointly and severally against the Executive Parties; and it is further

**ORDERED, ADJUDGED AND DECREED**, that the amount due to Plaintiff on the claims that are the subject of this action is $6,364,166.00, which amount includes pre-judgment interest at the rate of 9% through August 10, 2026 (see Rottenberg Aff. at ¶ 2); and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiff shall be entitled to post-judgment interest at the rate of 9%.

Dated: July 17, 2026

**SOUND AROUND, INC.**

*/s/ Jerry Brach*

Name: Jerry Brach

Title Executive Officer

**EXECUTIVE LAUNDRY LLC**
**EXECUTIVE SERVICES**

Name: Levi Y. Rottenberg

Title Owner

SO ORDERED this 20th day of July, 2026.

Honorable Denise Cote, U.S.D.J.



#540784250_v1