UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUND AROUND, INC.,
Plaintiff,
-v-
MOISES FRIEDMAN, et al.,
Defendants.

24cv1986 (DLC)

ORDER

DENISE COTE, District Judge:

Plaintiff filed a letter on August 6, 2026 pursuant to the Court's instructions at the Final Pretrial Conference held on August 5. In section C of that letter, plaintiff stated its willingness to forego its claim for injunctive relief under the Defend Trade Secrets Act (DTSA) to the extent that doing so would not divest the Court of jurisdiction over the remaining state law claims. In section G of its letter, Plaintiff also explained its willingness to withdraw all its remaining claims and move the Court for entry of judgment on the counts and relief that the Court has already resolved on summary judgment and in response to plaintiff's motion for sanctions, but only if defendants agree to withdraw their counterclaims with prejudice. Plaintiff's offer, if accepted by defendants, would eliminate the need for a trial in this case, which is scheduled to begin on August 10. Accordingly, it is hereby

ORDERED that plaintiff's offer in section C of its letter to withdraw the DTSA claim is accepted. Given the late stage and extensive history of this litigation, the Court continues to exercise supplemental jurisdiction over the remaining state law claims.

IT IS FURTHER ORDERED that defendants provide the Court with their response to plaintiff's offer in Section G of its letter by **3:00 P.M. today.**

Dated: August 7, 2026
New York, New York

DENISE COTE
United States District Judge