UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUND AROUND, INC.,

Plaintiff,

-v-

MOISES FRIEDMAN, et al.,

Defendants.

---

24cv1986 (DLC)

ORDER

DENISE COTE, District Judge:

In advance of the August 10, 2026 trial in this case, it is hereby

ORDERED that plaintiff and defendants are each allocated five hours to give their opening statements and to examine witnesses. This allotment of time does not include the time that each party will be allocated for their summations.

Dated: August 7, 2026
New York, New York

DENISE COTE
United States District Judge