UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SOUND AROUND, INC., Plaintiff, -v- MOISES FRIEDMAN, et al., Defendants. | : | 24cv1986 (DLC) ORDER |

DENISE COTE, District Judge:

The jury trial in this case was scheduled to begin on August 10, 2026. On August 7, three of the defendants -- Moises Friedman, Shulim Eliezer Ilowitz, and ML Imports, Inc. -- filed for bankruptcy, triggering an automatic stay. The parties appeared for a conference on August 10, during which plaintiff's counsel made an oral motion for entry of judgment under Rule 54(b), Fed. R. Civ. P., against four corporate defendants that did not file bankruptcy. In opposition, defense counsel argued that those defendants were also covered by the automatic stay and requested the opportunity to brief the motion. Accordingly, it is hereby

ORDERED that plaintiff's brief is due **August 12, 2026.** The opposition is due **August 19, 2026.** Any reply is due **August 21, 2026.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion

papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: August 10, 2026
New York, New York

Denise Cote
DENISE COTE
United States District Judge