```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
SOUND AROUND, INC.,                       :
                                          :
                           Plaintiff,     :        24cv1986 (DLC)
              -v-                          :
                                          :          ORDER
MOISES FRIEDMAN, et al.,                   :
                                          :
                           Defendants.    :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On August 10, 2026, counsel for all defendants, Mr. Nicholas Fortuna of Allyn & Fortuna LLP, was ordered to show cause why he and his firm should not be required to compensate the Court for the unnecessary jury costs it incurred in connection with the jury trial in this case, which was automatically stayed on the eve of trial when three of the defendants filed for bankruptcy. Mr. Fortuna's response, filed later that day, fails to explain why the Court was not notified until after 5 p.m. on August 7 about the defendants' bankruptcy filing. Accordingly, it is hereby

ORDERED that Mr. Fortuna and his law firm shall cover the payments owed to jurors who needlessly showed up for jury service on August 10 in the amount of $296.34. Mr. Fortuna shall make such payment within thirty days of this Order, made

payable by check to the Office of the Clerk.

Dated:      August 11, 2026
            New York, New York

_____
DENISE COTE
United States District Judge